**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| QSOFT CONSULTING LIMITED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) C.A. No._____(     ) |
| | ) | |
| TEDDY TONG and TDTONG LTD., | ) | |
| | ) | |
| Defendants. | ) | |

**VERIFIED COMPLAINT**

Plaintiff QSoft Consulting Limited ("Plaintiff," or "QSoft"), by and through its undersigned attorneys, hereby brings the following Verified Complaint against Defendants Teddy Tong ("Tong") and tdtong ltd (collectively, "Defendants"), and states as follows:

**SUMMARY OF ACTION**

1.      QSoft is the world's leading provider of online gay and lesbian oriented services.  QSoft owns and operates several online communities where QSoft members can meet, chat, or access other Internet-based services.  Since November 2006 and continuing through the date of filing, QSoft has been receiving complaints from its members about being targeted by recurring, unsolicited commercial messages.  These unsolicited messages are being sent by Tong and promote websites, which are registered to Defendants, and which offer services in direct competition with QSoft's online services and infringe on QSoft's protected GAYDAR mark.  QSoft files this action to enjoin Defendants from continuing their ongoing illegal and injurious conduct and for actual damages suffered as a result of such conduct.

## PARTIES AND VENUE

2.      QSoft is a private British corporation having its principal place of business at Twickenham, Middlesex, TW1 4EG, United Kingdom.

3.      Upon information and belief, Defendants are residents of New Jersey, with a claimed address in Princeton, New Jersey, and are the registrants of record for the following Infringing Domain Names: <gaydarboys.net>, <gaydarcams.net>, <gaydarguyz.com>, and <myqaydar.com> (the "Infringing Domain Names"), each of which have been registered through Estdomains Inc. (the "Registrar").  In addition, Defendants are the registrants of <myrealjocks.com>, which was registered through GoDaddy.com.  Attached collectively as **Exhibit A** are true and correct print-outs of the public WHOIS records evidencing Defendants' registration of these domain names.

## JURISDICTION AND VENUE

4.      This Court has subject matter jurisdiction over this action pursuant to the Lanham Act, 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1338(a) and 1338(b), the Controlling the Assault of Non-Solicited Pornography Act (the "CAN-SPAM Act"), 15 U.S.C. § 7706(f)(7), and the Computer Fraud and Abuse Act, 18 U.S.C. § 1030.  This Court also has supplemental jurisdiction over the state law claims included herein pursuant to 28 U.S.C. § 1367, as such claims are so related to the claims over which this Court has original jurisdiction that they form part of the same case or controversy.

5.      Defendant Teddy Tong has submitted himself to the jurisdiction of this Court by registering the Infringing Domain Names with Estdomains Inc., a Delaware corporation.

6.    Defendant tdtong ltd. has submitted itself the jurisdiction of this Court by registering the Infringing Domain Names with Estdomains Inc., a Delaware corporation.

7.    Upon information and belief, Defendants solicit, transact and do business within this Judicial District.  Defendants have also maintained systematic and continuous contacts with Delaware via the email and Internet-related violations described below.

8.    Venue is proper in this Court pursuant to 28 U.S.C. § 1391 because a substantial portion of the events giving rise to the claims pled herein occurred in this Judicial District and, upon information and belief, Defendants do business in this Judicial District.

## FACTUAL ALLEGATIONS

9.    QSoft was incorporated on November 27, 1997.

10.    QSoft is a technology company with a network of complimentary media brands/marks that include the world's leading gay and lesbian dating websites and an online digital radio station.

11.    QSoft's media brands/marks include GAYDAR and RAINBOW NETWORK, as well as the related URLs <gaydar.co.uk>, <gaydargirls.com>, <gaydarradio.com>, <gaydartravel.com>, <gaydarguys.com> and <rainbownetwork.com>, (collectively, the "GAYDAR websites").

12.    To date, QSoft has registered and maintains approximately 116 domain names through which its online services are accessible.  A complete list of QSoft's domain names is attached as **Exhibit B**.

13.     Since November 1999, QSoft has been extensively involved in the development of interactive online services for the gay and lesbian community.

14.     Since November 1999, QSoft has supplied online dating services for the gay and lesbian community under the media brand/mark GAYDAR.

15.     QSoft's network of websites serves more than 300 million page impressions per month to over three million registered and audited users ("Gaydar Members").

16.     Of its three million registered and audited users, approximately 409,026 are residents of the United States.

**QSOFT'S MARKS AND REGISTRATIONS**

17.     QSoft first adopted its GAYDAR mark in May 1999, when the domain name <gaydar.co.uk> was registered.

18.     In 2001, QSoft applied to register GAYDAR as a trademark in the European Community.  On January 9, 2003, QSoft registered GAYDAR as a trademark in the European Community.

19.     QSoft registered the domain name <gaydar.co.uk> on May 15, 1999.

20.     QSoft registered the domain name <gaydargirls.com> on November 30, 2001.

21.     QSoft registered the domain name <gaydarradio.com> on June 9, 2004.

22.     QSoft registered the domain name <gaydartravel.com> on February 13, 2004.

23.     QSoft registered the domain name <gaydarguys.com> on March 31, 2003.

24.     QSoft registered the domain name <rainbownetwork.com> on February 6, 1998.

25.     QSoft registered the domain name <my-gaydar.com> on September 19, 2001.

26.     QSoft currently operates its online dating and chat services business through the domain names: <gaydar.co.uk>, <gaydarguys.com> and <gaydargirls.com>. QSoft has entered into an affiliate relationship with Cruz N'Cub Publishing Inc. ("Cruz") who directs webtraffic to QSoft's <gaydar.co.uk> domain name via the <gaydar.net> domain name.

27.     QSoft operates its GAYDAR websites under the GAYDAR mark.  Cruz operates the <gaydar.net> website under a license of the GAYDAR mark granted by QSoft.

## USE OF THE GAYDAR WEBSITES

28.     The Internet-related services offered by QSoft on the GAYDAR Websites include access to other GAYDAR websites, the ability to send and receive electronic communications to and from other Gaydar Members, and other features such as chat rooms, online content, or online applications offered from time to time by QSoft in connection with the GAYDAR Websites.

29.     QSoft provides advertising for a webcam service known as "CupidoCam."

30.     QSoft personnel expend significant time and energy to minimize any disruption to its services and members by indiscriminate and unauthorized mass mailings of unsolicited commercial email ("spam").

31.    QSoft regulates its GAYDAR websites and service in part by strictly prohibiting the sending of spam through the GAYDAR websites.  QSoft also prohibits any automated use of its system, such as the use of scripts, bots, or other executable programs that, among other things, may alter a user's experience and damage QSoft's computer network.

32.    QSoft's prohibitions of unsolicited commercial messages, registration of multiple user accounts per individual, submission of false registration information, and promotion of other commercial products or services are set forth in its contracts with its users.  QSoft's contract with Gaydar Members is referred to as the Gaydar Website Membership Terms and Conditions ("Terms and Conditions").  QSoft's current Terms and Conditions are publicly posted on its website at http://gaydar.co.uk.  A true and correct copy of QSoft's current Terms and Conditions is attached hereto as **Exhibit C**.

33.    QSoft's Terms and Conditions specifically prohibit Gaydar Members from advertising or promoting the user's or a third-party's products or services in any manner without QSoft's permission.

34.    QSoft's Terms and Conditions govern the use of the GAYDAR websites, and in order to become a Gaydar Member, communicate with other Gaydar Members, and make use of the services provided by QSoft, a user must first agree to be bound by the Terms and Conditions before being allowed to register for an account.

## QSOFT'S PROMOTION OF GAYDAR WEBSITES

35.    QSoft's online dating services business is advertised on its GAYDAR websites and through other QSoft domain names.

36.    QSoft has engaged in extensive national and international advertising on the Internet, in newspapers, and on radio stations in the United States.

37.    During 2005, QSoft spent $124,145.00 advertising and promoting the GAYDAR mark and websites in the United States alone.  Examples of QSoft's United States print advertisements are attached hereto as **Exhibit D**.

38.    QSoft has also developed search engine optimization strategies to maximize its visibility on the Internet.

39.    As a result of its superior customer service, competitive pricing, and extensive advertising, QSoft now operates some of the largest gay and lesbian oriented lifestyle and dating websites in the world.

40.    Advertisers who wish to target the affluent gay and lesbian community do so through QSoft's GAYDAR websites.

41.    The GAYDAR mark has come to represent QSoft's goodwill and recognition as a leading source of online dating services in the industry and with consumers in the United States, the United Kingdom, and throughout the world.

42.    The GAYDAR mark therefore has grown to become one of the biggest and most recognized brands in the global gay and lesbian marketplace.

### DEFENDANTS' UNLAWFUL AND INFRINGING ACTIVITIES

43.    On or about November 22, 2006, QSoft discovered that the Infringing Domain Names <gaydarboys.net>, <gaydarcams.net>, and <myqaydar.com> were linked to chat room messages sent from registered user accounts on <gaydar.co.uk>.

44.     The <gaydar.co.uk> accounts at issue are registered to Defendant Tong. *See* **Exhibit A**.   Tong has registered numerous user names including, among others, "speciallyexult" and "bargeincidence".

45.     Upon information and belief, the <gaydar.co.uk> accounts at issue were fraudulently created for the specific purpose of sending unsolicited commercial messages to Gaydar Members.

46.     The <gaydar.co.uk> accounts registered to Tong have sent, since as early as November 21, 2006, hundreds of unsolicited commercial messages to Gaydar Members.

47.     The unsolicited commercial messages advertise and link Gaydar Members to the Infringing Domain Name websites <gaydarboys.net>, <gaydarcams.net>, and <myqaydar.com>.  All of the messages sent by Tong violate the consumer protection provisions of the CAN-SPAM Act.

48.     As soon as Tong's spamming attacks began, QSoft took immediate action to block his illegal activities, by, among other things, sending Defendants a cease and desist letter on November 24, 2006 thereby notifying them that the unsolicited commercial chat room messages are illegal and advising Tong that he would be liable to QSoft for damages resulting therefrom.   Additionally, upon learning that Tong had registered a different physical address with GoDaddy.com, QSoft sent a *second* cease and desist letter to all of his purported physical and electronic addresses.  True and correct copies of the cease and desist letters are collectively attached hereto as **Exhibit E**.

49.    The spam messages were sent from Tong's multiple fraudulently created accounts to create the false impression that the messages came from other individual users and Gaydar Members rather than an individual unaffiliated with QSoft.

50.    Defendants are direct competitors of QSoft.    Among other domain names, Tong is the owner of <gayhost.org> which refers Internet traffic to iFriends.net and other adult oriented webcam "chat room" websites.    Examples of Tong's use of <gayhost.org> to refer traffic to iFriends.net are attached as **Exhibit F**.

51.    Defendants are using the Infringing Domain Names in, or for the promotion of, online gay and lesbian oriented dating and webcam services that directly compete with QSoft and CupidoCam.

52.    Defendants are not affiliated with QSoft and, as a result, are not authorized to use the GAYDAR mark.

53.    Defendants have used the GAYDAR mark in connection with their spamming and infringing activities, including their commercial advertisements for their Infringing Domain Names and corresponding websites.    Defendants' activities dilute, tarnish, and otherwise diminish the value of the GAYDAR mark.

54.    Defendants have no legitimate reason to use QSoft's GAYDAR mark in connection with their competing online gay and lesbian oriented dating, webcam, or chat room services businesses.

55.    At all relevant times, Defendants have been aware that their use of QSoft's GAYDAR mark for their commercial endeavors was not authorized by QSoft. Defendant Tong has also been aware that he was prohibited from spamming GAYDAR website users with his illegal messages.

56.    Defendant Tong's willfulness is evident from, among other things, the fact that all the messages were sent in violation of the Terms and Conditions.

57.    Defendant Tong's willfulness is also evident from the fact that Tong has continued to send unsolicited commercial messages after receiving both of QSoft's cease and desist letters.

58.    Defendant Tong's willfulness is further evidenced by his use of multiple apparently false street addresses in violation of 17 U.S.C. § 504(c)(3), which provides that a presumption of willfulness is created when one provides materially false contact information to a domain name registrar.  *See* **Exhibit A**.

59.    Defendants' conduct was, and is, intentional, willful, and designed to unlawfully misappropriate QSoft's goodwill and reputation and also to unfairly divert QSoft's potential business to Defendants' businesses.

## RESULTING HARM TO QSOFT

60.    In being duped into delivering multiple illegal, automated commercial messages initiated by Defendant Tong to Gaydar Members via chat rooms, QSoft has incurred and continues to incur substantial bandwidth and delivery-related costs.  QSoft has also been forced to devote time, money and resources to the problems caused by Defendants' harmful and ongoing activities.

61.    Defendants' use of <gaydarboys.net>, <gaydarcams.net>, and <myqaydar.com> has damaged QSoft by causing actual confusion and likelihood of confusion in the marketplace, in that consumers mistakenly believe that the GAYDAR websites are affiliated with, or are a sponsor of, Defendants' Infringing Domain Names and corresponding websites.  Such confusion damages QSoft's reputation and goodwill.

Such confusion also dilutes and diminishes the value of the famous GAYDAR mark by associating it with Defendant Tong's spamming activities.  Attached as **Exhibit G** is one example of an e-mail written by a confused Gaydar Member believing that the spam messages originated from QSoft or one of the GAYDAR websites.

62.     Defendants' wrongful acts have resulted in substantial harm to QSoft in its reputation, loss of goodwill, loss of profits, reduced server capacity, employee costs, attorneys' fees, and other pecuniary damages.  Attached as **Exhibit H** is one example of an e-mail written by an irate Gaydar Member who believed that the spam messages were sent (or could have been sent) by QSoft or one its GAYDAR websites.

63.     Unless enjoined by this Court, Defendants will continue their activities thereby causing further immediate and irreparable harm to QSoft.

## COUNT I

### Violation of the CAN-SPAM ACT
### (15 U.S.C. § 7701 et seq.)

64.     QSoft realleges and incorporates by reference paragraphs 1 through 63 as if fully set forth herein.

65.     By the aforementioned conduct, Defendant Tong has committed actionable violations of the CAN-SPAM Act, 15 U.S.C. § 7701 et seq.

66.     Defendant Tong has violated 15 U.S.C. § 7704(a)(1) which prohibits the initiation of the transmission, to a protected computer, of a commercial electronic mail message that contained or was accompanied by header information that was materially false or misleading.  Among other things, Defendant violated Section 7704(a)(1) by using false or fraudulent pretenses to obtain multiple <gaydar.co.uk> accounts that he

specifically agreed would not be used for commercial purposes, which he then used to spam Gaydar Members to promote his own commercial endeavors.

67.    Tong has engaged in a pattern or practice of misconduct involving repeated instances of misconduct in violation of the CAN-SPAM Act, 15 U.S.C. § 7704(a)(2).  Defendant has repeatedly transmitted commercial messages while having knowledge, or knowledge fairly implied on the basis of objective circumstances, that the subject heading of the message would likely mislead a recipient, acting reasonably under the circumstances, about a material fact regarding the contents or subject matter of the message.  Among other things, Defendant Tong mislead QSoft's members by utilizing an automated robot to simulate human conversation.

68.    Tong has engaged in a pattern or practice of misconduct involving repeated instances of misconduct in violation of the CAN-SPAM Act, 15 U.S.C. § 7704(a)(3).  Tong has repeatedly transmitted unsolicited, electronic commercial messages that did not comply with the consumer protection provisions of the CAN-SPAM Act.  Among other things, the Spam messages that Tong sent to Gaydar Members failed to include a functional electronic return address or any other mechanism, conspicuously displayed or otherwise, which the recipient could use to request not to receive any future commercial messages from Tong.

69.    Tong has engaged in a pattern or practice of misconduct involving repeated instances of misconduct in violation of the CAN-SPAM Act, 15 U.S.C. § 7704(a)(4).  These violations involve, among other things, continuing to transmit unsolicited commercial messages regarding his commercial endeavors more than ten business days after receiving requests from the recipients of these messages not to receive

such messages in the future, and by continuing to send the unsolicited messages to Gaydar Members despite QSoft's request, on behalf of its customers, not to do so.

70.    Tong has engaged in a pattern or practice of misconduct involving repeated instances of misconduct in violation of the CAN-SPAM Act, 15 U.S.C. § 7704(a)(5). These violations have involved, among other things, failing to include a clear and conspicuous identification that the spam messages sent to Gaydar Members from the fraudulently obtained <gaydar.co.uk> accounts were advertisements and solicitations for his commercial endeavors, failing to include with his Spam messages to Gaydar Members a clear and conspicuous notice of the user's opportunity to opt out or to decline further commercial messages from Defendant, and/or failing to include with his Spam messages to Gaydar Members a valid physical postal address.

71.    Defendant Tong has engaged in all of the aforementioned actions willfully, and with actual knowledge or knowledge fairly implied on the basis of objective circumstances.

72.    As a result of Defendant Tong's acts, QSoft has suffered, and continues to suffer, irreparable injury, loss of reputation, and pecuniary damages including actual damages in an amount to be proven at trial and statutory damages trebled for willfulness. QSoft is also entitled to recover attorneys' fees pursuant to 15 U.S.C. § 7706.

73.    Unless enjoined by this Court, Tong will continue these acts, causing QSoft further and immediate irreparable harm.

## COUNT II

### Cybersquatting Under the Anticybersquatting Consumer Protection Act
### (15 U.S.C. § 1125(d))

74.      QSoft realleges and incorporates by reference paragraphs 1 through 63 as if fully set forth herein.

75.      The Infringing Domain Names <gaydarboys.net>, <gaydarcams.net.> and <myqaydar.com> are identical or confusingly similar to QSoft's GAYDAR mark, which was distinctive at the time the Infringing Domain Names were registered.

76.      Defendants adopted the Infringing Domain Names with a bad faith intent to profit from QSoft's GAYDAR mark.

77.      Defendants provided false contact information when applying for the registration of the Infringing Domain Names in an effort to further conceal their true identity in violation of 17 U.S.C. § 504(c)(3).

78.      Defendants' use of the Infringing Domain Names has caused, and will continue to cause, irreparable harm to QSoft's goodwill and reputation.

79.      Defendants' actions were willful.

80.      QSoft has no adequate remedy at law.  QSoft therefore seeks an order from the Court transferring the Infringing Domain Names to QSoft.

81.      Defendants' activities, as alleged herein, constitute a violation of the federal Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d).

82.      QSoft has incurred attorneys' fees and costs as a result of Defendants' willful and intentional actions.

83.      QSoft has been damaged in an amount to be proven at trial as a result of Defendants' willful and intentional actions.

## COUNT III

### Violation of the Computer Fraud and Abuse Act
### (18 U.S.C. § 1030 et seq.)

84.        QSoft realleges and incorporates by reference paragraphs 1 through 63 as if fully set forth herein.

85.        QSoft maintains one or more computers as defined by 18 U.S.C. § 1030(e) through which e-mail transmissions are received, stored and disseminated for the benefit of Gaydar Members.

86.        Defendant Tong, without authorization, caused the transmission of one or more programs, information, codes, or commands to QSoft's computer facilities through the means of a computer used in interstate commerce,, knowingly and willfully, with the intent, or alternatively with reckless disregard of a substantial and unjustified risk, that its transmission would damage or cause damage to QSoft's computer system or network.

87.        Tong knowingly and intentionally accessed QSoft's computer system and network by obtaining multiple <gaydar.co.uk> accounts.

88.        Tong knowingly transmitted unsolicited commercial messages to Gaydar Members that included, in place of the actual sender's return address, the addresses of two <gaydar.co.uk> accounts that Defendant Teddy Tong created with the intention of collecting never-to-be-read complaints.

89.        Tong transmitted unsolicited commercial messages to Gaydar Members knowing that numerous messages and complaints would be collected by his fraudulently obtained <gaydar.co.uk> accounts.

90.     Tong transmitted unsolicited commercial messages to Gaydar Members knowing that numerous recipients of the messages would e-mail complaints to QSoft.

91.     Tong transmitted unsolicited commercial messages to Gaydar Members knowing that his conduct could potentially damage QSoft's computer system and online services, including the risk that QSoft would be forced to withhold or delay the use of computer services to its legitimate subscribers.

92.     Defendant Tong's willful transmission of one or more programs, information, codes, or commands to QSoft's computer system or network did in fact cause damage to QSoft's computer system and network.

93.     By the actions alleged above, Tong intentionally accessed QSoft's protected computer network or system without authorization, or in excess of authorization, and obtained information from a protected computer via an interstate or foreign communication in violation of 18 U.S.C. § 1030(a)(2)(C).

94.     By the actions alleged above, Tong, knowingly and with intent to defraud, accessed QSoft's protected computer system or network without authorization and/or in excess of authorized access in violation of 18 U.S.C. § 1030(a)(4).

95.     By the actions alleged above, Tong knowingly and intentionally accessed QSoft's protected computer system and network and knowingly caused the transmission of a program, information, code, or command, without authorization and/or in excess of authorized access in violation of 18 U.S.C. § 1030(a)(5).

96.     Defendant Tong's actions caused QSoft to suffer in excess of $5,000 in economic loss.

97.     QSoft has suffered immediate and ongoing irreparable harm and has no adequate remedy at law.

## COUNT IV

### Violation of the Lanham Act
### (Section 43(c), 15 U.S.C. § 1125)

98.     QSoft realleges and incorporates by reference paragraphs 1 through 63 as if fully set forth herein.

99.     QSoft is the owner of the GAYDAR common law name and mark.

100.     QSoft, using its GAYDAR mark, has been overwhelmingly successful. QSoft's GAYDAR websites are some of the most visited gay and lesbian oriented websites in the world. QSoft's network of websites serve more than 300 million page impressions per month to over three million registered and audited users. As such, the GAYDAR name and mark is incredibly valuable and famous.

101.     By the actions alleged above, Defendants have made commercial use in commerce of the GAYDAR name and mark with the willful intent to trade on QSoft's reputation and to cause dilution of the famous GAYDAR mark.

102.     Defendants' use of the GAYDAR mark began in November 2006, long after QSoft's GAYDAR mark had become well-known and famous.

103.     Defendants' use of the GAYDAR mark has caused, and continues to cause, dilution of its distinctive quality and lessens its capacity to identify and distinguish QSoft's goods, services, and customers. Additionally, Defendants' intentional association of the GAYDAR mark with its unsolicited commercial messages tarnishes and diminishes the value of the GAYDAR famous mark.

104.     Defendants' activities described herein constitute trademark dilution within the meaning of Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c).

105.     On November 24, 2006, QSoft advised Defendants in writing of QSoft's ownership of the GAYDAR mark and demanded that Defendants immediately cease and desist from further use of the GAYDAR mark and its activities related thereto.  *See* **Exhibit E**.  Defendants failed to comply with QSoft's request.

106.     On May 30, 2007, QSoft again demanded in writing that Defendants cease and desist their infringing and otherwise harmful activities.  *See* **Exhibit E**. Defendants have not complied with QSoft's requests.

107.     Defendants' acts have damaged, impaired, and diluted that part of QSoft's goodwill symbolized by its GAYDAR mark to QSoft's immediate and irreparable damage.  This is especially true insofar as Defendants' acts induce those viewing or receiving Defendant Tong's unsolicited commercial messages and advertisements to conclude incorrectly that QSoft was somehow connected with, condoned, or participated in Defendants' commercial endeavors.

108.     As a result of Defendants' activities, QSoft has suffered, and continues to suffer, irreparable injury, loss of reputation, and pecuniary damages, and, therefore, is entitled to three times its actual damages as well as disgorgement of any if Defendants' profits, in addition to attorneys' fees and costs, in amounts to be proven at trial.

109.     Unless enjoined by this Court, Defendants will continue these acts, thereby causing QSoft further immediate and irreparable harm.

110.    The above-mentioned acts were done in an intentional, willful, malicious, and oppressive manner in conscious disregard of QSoft's rights.  Accordingly, QSoft is entitled to treble damages under the Lanham Act.

## COUNT V

### Violation of the Delaware Uniform Deceptive Trade Practices Act
### (Del. Code tit. 6, § 2531 et seq.)

111.    QSoft realleges and incorporates by reference paragraphs 1 through 63 as if fully set forth herein.

112.    QSoft is the owner of the GAYDAR common law name and mark.

113.    QSoft has been overwhelmingly successful.  Since their inception, QSoft's GAYDAR websites have become some of the most visited gay and lesbian websites in the world.  QSoft's network of websites serve more than 300 million page impressions per month to over three million registered and audited users.  As such, the GAYDAR name and mark is incredibly valuable and famous.

114.    Upon information and belief, Defendants are engaged in a business, vocation, or occupation involving the manipulation of Internet traffic, as well as the provision, maintenance, or management of substantive content on the Internet.

115.    Defendants have sent hundreds of unsolicited commercial messages to QSoft's customers that contained links to websites.  These websites contained QSoft's famous mark, GAYDAR.

116.    Defendants' infringing use of QSoft's GAYDAR mark in the unsolicited commercial messages sent to QSoft customers was done in the course of Defendants' business, vocation, or occupation.

117.     Defendants' infringing use of QSoft's GAYDAR mark in the unsolicited commercial messages sent to QSoft customers causes a likelihood of confusion or of misunderstanding as to the source, sponsorship, approval, or certification of the spam messages and of the infringing websites in violation of Section 2532(a)(2) of the Delaware Uniform Deceptive Trade Practices Act.

118.     Defendants' infringing use of QSoft's GAYDAR mark in the unsolicited commercial messages sent to QSoft customers causes a likelihood of confusion or of misunderstanding as to the spam messages' or infringing websites' affiliation, connection, or association with, or certification by, QSoft in violation of Section 2532(a)(3) of the Delaware Uniform Deceptive Trade Practices Act.

119.     Through their infringing use of QSoft's GAYDAR mark in the unsolicited commercial messages sent to QSoft customers, Defendants have misrepresented that their spam messages or infringing websites have the sponsorship or approval of QSoft in violation of Section 2532(a)(5) of the Delaware Uniform Deceptive Trade Practices Act.  Additionally, through their infringing use of QSoft's GAYDAR mark in the unsolicited commercial messages sent to QSoft customers, Defendants have misrepresented that they are sponsored by QSoft, that QSoft approves of their conduct, or that their goods or services are connected to QSoft, all in violation of Section 2532(a)(5) of the Delaware Uniform Deceptive Trade Practices Act.

120.     Defendants have engaged in other conduct which similarly creates a likelihood of confusion or misunderstanding in violation of Section 2532(a)(12) of the Delaware Uniform Deceptive Trade Practices Act by using fraudulently obtained Gaydar Member accounts to transmit the unsolicited commercial messages to QSoft customers.

By using a Gaydar Member account to initiate the spam messages, Defendants greatly increased the likelihood that a recipient would be confused or misled as to the origin, sponsorship, or affiliation of the spam messages or the infringing websites.

121.    By the above-stated conduct, Defendants have committed actionable violations of the Delaware Uniform Deceptive Trade Practices Act, Del. Code Tit. 6, § 2531 et seq.

122.    QSoft has suffered actual damages to be proven at trial as a result of Defendants' aforementioned conduct.

123.    The above-mentioned acts were done in an intentional, willful, malicious, and oppressive manner in conscious disregard of QSoft's rights. Accordingly, QSoft is entitled to treble damages and attorneys fees under the Delaware Uniform Deceptive Trade Practices Act.

## <u>COUNT VI</u>

### Common Law Trademark Infringement and Unfair Competition

124.    QSoft realleges and incorporates by reference paragraphs 1 through 63 as if fully set forth herein.

125.    Defendants' use of the Infringing Domain Names to promote directly competitive online gay and lesbian oriented dating and chat room services has caused actual confusion or is likely to cause confusion with QSoft's GAYDAR mark. *See* **Exhibit G**.

126.    Defendants' conduct constitutes unfair competition by using the Infringing Domain Names for the promotion of directly competitive online gay and lesbian oriented dating and chat room services creates the false and misleading

impression that the advertised gay and lesbian oriented dating and chat room services are authorized or sponsored by, or are associated with, QSoft.

127.    Defendants' promotion of directly competitive online gay and lesbian oriented dating and chat room services are based on false and fraudulent claims and is designed to influence consumer purchasing decisions.   Attached as **Exhibit I** is an unsolicited commercial message from one of Defendant Tong's <gaydar.co.uk> fraudulently obtained accounts.

128.    By reason of the foregoing activities, Defendants have violated and infringed QSoft's common law rights in its GAYDAR mark, and have otherwise competed unfairly with QSoft in violation of the common law of the State of Delaware and Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

129.    Upon information and belief, all of Defendants' aforementioned acts were and are intentional and willful.

130.    Defendants' aforementioned acts have damaged QSoft and, unless enjoined, will continue to damage and cause irreparable injury to QSoft's goodwill and reputation.

131.    QSoft has no adequate remedy at law.

## COUNT VII

### Breach of Contract

132.    QSoft realleges and incorporates by reference paragraphs 1 through 63 as if fully set forth herein.

133.    In order to obtain a <gaydar.co.uk> account, Defendant Tong was specifically required, and expressly accepted, QSoft's Terms and Conditions.   This

contract expressly prohibited any use of the GAYDAR websites to spam or send unsolicited commercial messages. *See* **Exhibit C Provision 6.1.2**.

134.    QSoft's Terms and Conditions also expressly prohibits the use of QSoft's services for any commercial endeavors and prohibits users from having more than one Member Account at one time. *See* **Exhibit C, Provision 6.1.2 and 6.1.11**.

135.    Defendant Tong fraudulently obtained multiple <gaydar.co.uk> accounts.

136.    Defendant Tong's use of multiple, fraudulently obtained <gaydar.co.uk> accounts to send hundreds of unsolicited commercial messages to Gaydar Members in order to carry out his illegal scheme constitutes a breach of his contract with QSoft.

137.    QSoft has been damaged as a result of Defendant Tong's breaching activities.

138.    As a result of Defendant Tong's breaches of contract, QSoft is entitled to actual and consequential damages in an amount to be proven at trial.

## COUNT VIII

### Trespass to Chattel

139.    QSoft realleges and incorporates by reference paragraphs 1 through 63 as if fully set forth herein.

140.    Defendants intentionally employed automated robots, scripts, or executable commands to send multiple unsolicited commercial messages to QSoft's customers in direct violation of QSoft's Terms and Conditions and in direct contravention of QSoft's cease and desist letters.

141.    Defendants were never authorized to use QSoft's computer systems to send unsolicited commercial messages to QSoft customers.

142.    QSoft's computer systems are valuable resources and have a finite capacity.

143.    Defendants' automated transmission of hundreds of unsolicited commercial messages to QSoft customers through the use of QSoft's computer systems consumed a significant capacity of QSoft's computer systems.

144.    Defendants' unauthorized consumption of QSoft's computer systems' capacity depleted the capacity available for authorized  usage by QSoft customers, thereby diminishing the condition, quality, and/or value of QSoft's computer systems.

145.    In addition, Defendants' unauthorized use of automated robots, scripts, or executable commands endangers QSoft's computer systems by creating a threat of congestion and overload problems, both of which would significantly disrupt QSoft's operations.

146.    As a result of Defendants' trespass to chattel, QSoft is entitled to actual and consequential damages in an amount to be proven at trial.

## **RELIEF REQUESTED**

WHEREFORE, Plaintiff QSoft Consulting Limited, prays for judgment against Defendants Teddy Tong and tdtong ltd on each and every count listed in the Complaint and for relief including:

A)    An order temporarily or permanently enjoining Defendants from:

(i)    directly or indirectly sending or transmitting any unsolicited commercial messages to any Internet or QSoft user including, but not limited to, any such message that references in any way

GAYDAR or any of the GAYDAR websites for a commercial purpose;

(ii) using any automated scripts, bots, or other executable programs in connection with any QSoft and/or GAYDAR account or service;

(iii) using, linking, selling, exercising control over, or otherwise owning the Infringing Domain Names <gaydarboys.net>, <gaydarcams.net>, <myqaydar.com>, or any other domain name or trademark or service mark that incorporates, in whole or in part, QSoft's GAYDAR mark;

(iv) using false representations or descriptions in commerce or using false designations of origin that are likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendants with QSoft and/or GAYDAR or as to the origin, sponsorship, or approval of Defendants' services by QSoft and/or GAYDAR;

(v) infringing and otherwise violating the common law trademark rights of QSoft in the GAYDAR mark;

(vi) unfairly competing with QSoft and/or GAYDAR or otherwise injuring QSoft's business reputation in any manner;

(vii) establishing any accounts with any GAYDAR websites;

(viii) using QSoft's computer network or system in connection with sending unsolicited commercial messages;

(ix) continuing to violate QSoft's Terms and Conditions;

(x) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (i) through (ix) above;

B) An order transferring the Infringing Domain Names, <gaydarboys.net>, <gaydarcams.net> and <myqaydar.com> to QSoft;

C) An order directing Defendants to deliver up for destruction all printed and electronically stored materials in Defendants' control bearing all or part of the GAYDAR mark;

D)      An order requiring Defendants to pay QSoft damages in an amount sufficient to compensate it fairly for the injury it sustained, plus all profits that are attributable to Defendants' use of the Infringing Domain Names and QSoft's GAYDAR mark in the promotion, advertising, and sale of QSoft's goods and services, and further that the amount of monetary award be trebled in view of the willful and deliberate nature of Defendants' unlawful conduct under the Delaware Uniform Deceptive Trade Practices Act, Del. Code tit. 6, § 2531 et seq., including but not limited to any and all fees, costs, expenses, and attorneys' fees incurred in this action and any and all statutory damages;

E)      An order requiring Defendants to pay QSoft an amount of money for QSoft to effectively engage in a corrective advertising campaign to undo the damage to its business and reputation caused by Defendants;

F)      An order requiring Defendants to pay QSoft statutory damages for each violation of the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d);

G)      Actual damages in an amount to be proven at trial or statutory damages under the CAN-SPAM Act;

H)      An order requiring Defendants to pay QSoft its attorneys' fees and costs;

I)      An order awarding such other and further relief as this Court may deem equitable and proper;

J)    Any and all other relief that this Court deems just.

Dated:  June 19, 2007

**GREENBERG TRAURIG, LLP**

Donald J. Detweiler (I.D. #3087)
Sandra G. M. Selzer (I.D. #4283)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
302-661-7000
*detweilerd@gtlaw.com*
*selzers@gtlaw.com*

-and-

Paul D. McGrady
Anthony L. Abboud
Paul A. Del Aguila
Jason B. Elster
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
312-456-8400

Attorneys for QSoft Consulting Limited

## VERIFICATION

CITY OF LONDON            )
                         ) SS
COUNTY OF MIDDLESEX      )

I, David Muniz, Commercial Director of QSoft Consulting Limited, having read the attached Verified Complaint (the "Complaint"), hereby verify that the information set forth in the Complaint is true and correct to the best of my knowledge, information and belief.

David Muniz

Sworn to before me this 18
day of June, 2007

Notary Public    Victor Julian Warne



I, Victor Julian Warner of 49 Moor Mead Road, St Margarets, TW1 1JS, England, Notary Public, duly admitted and authorised to practise in England and Wales, CERTIFY as follows:

That the annexed document (comprising 1 A4 sheets of paper) (the "Verification Document") was signed in my presence at 2 Holly Road, Twickenham, TW1 4EG, England on 18 June 2007

And was signed on behalf of **QSOFT CONSULTING LIMITED**, a company registered in England and Wales with registered number 03472519 and having its registered office at 1 the Green, Richmond, Surrey, TW9 1PL England

By

**DAVID MUNIZ**, date of birth 22 January 1968, residing at 9 Grosvenor Road, Richmond, TW10 6PE, England, United States of America citizen

Identified by his own statement and production of current United States of America passport, passport number 112614007, expiring on 24 February 2012

And he signed in his capacity as a duly authorised representative of **QSOFT CONSULTING LIMITED** pursuant to resolution of the board of directors passed on 15 June 2007 empowering **DAVID MUNIZ** to sign such documents as the Verification Document

Also annexed is the complaint mentioned in the Verification Document (comprising 23 A4 sheets of paper)

Signed and sealed by me on 18 June 2007 at 49 Moor Mead Road, St Margarets, TW1 1JS, England

Victor Julian Warner, Notary Public
England and Wales

Protocol Number: 2007/50

**Victor Julian Warner**
Notary Public
49 Moor Mead Road, St Margarets, TW1 1JS

Tel: 020 8892 0092
Fax: 020 8892 0092
Email: vwarner@andnotary.eu

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QSOFT CONSULTING LIMITED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. _____( ) |
| | ) |
| TEDDY TONG and TDTONG LTD., | ) |
| | ) |
| Defendants. | ) |

# FILED UNDER SEAL:

## EXHIBITS D, F, G, H AND I TO PLAINTIFF'S COMPLAINT

# EXHIBIT A



Geektels | RFCs | Hotspots | Tools | Traceroute | Whois

| **IP Route Analytics** | **WHOIS** |
|---|---|
| Free white paper on monitoring OSPF EIGRP, BGP, IS-IS, and MPLS VPNs | Beginner's Guide to WHOIS. www.beginnersguide.biz |

Ads by Google



**Whois:** gaydarboys.net    Whois >>

Checking server [whois.crsnic.net]

Checking server [whois.estdomains.com]
Results:
Registration Service Provided By: ESTDOMAINS INC
Contact: +1.3027224217
Website: http://www.estdomains.com

Domain Name: GAYDARBOYS.NET

Registrant:
tdtong ltd.
Teddy Tong (wrotepiqueweight@yahoo.com)
45 10-th ave #19
Princeton
New Jersey,08540
US
Tel. +001.6099872348

Creation Date: 21-Nov-2006
Expiration Date: 21-Nov-2007

Domain servers in listed order:
park21.secureserver.net
park22.secureserver.net

Administrative Contact:
tdtong ltd.
Teddy Tong (wrotepiqueweight@yahoo.com)
45 10-th ave #19
Princeton
New Jersey,08540
US
Tel. +001.6099872348

Technical Contact:
tdtong ltd.
Teddy Tong (wrotepiqueweight@yahoo.com)
45 10-th ave #19
Princeton
New Jersey,08540
US
Tel. +001.6099872348

Billing Contact:
tdtong ltd.
Teddy Tong (wrotepiqueweight@yahoo.com)
45 10-th ave #19
Princeton
New Jersey,08540
US
Tel. +001.6099872348

Status:ACTIVE

The data in this whois database is provided to you for informationpurposes only, that is, to assist you in obtaining information about or related to a domain name registration record. We make this informationavailable "as is", and do not guarantee its accuracy. By submitting awhois query, you agree that you will use this data only for lawfulpurposes and that, under no circumstances will you use this data to:(1) enable high volume, automated, electronic processes that stress orload this whois database system providing you this information; or(2) allow, enable, or otherwise support the transmission of massunsolicited, commercial advertising or solicitations via fascimile,electronic mail, or by telephone. The compilation, repackaging,dissemination or other use of this data is expressly prohibited withoutprior written consent from us. The registrar of record is Critical Internet, Inc.. We reserve the right to modifythese terms at any time. By submitting this query, you agree to abideby these terms.

Results brought to you by the GeekTools Whois Proxy
Server results may be copyrighted and are used with permission.
Proxy © 1999-2005 CenterGate Research Group LLC
Your host (66.151.14.170) has visited 4 times today.

**Dedicated Servers $59/mo** - 40GB storage, 1200GB transfer
Linux OS, Plesk, cPanel, and more! www.nexpoint.net

Ads by Google

Advertise

*Copyright Centergate® Research Group, LLC 1998 - 2007*



Geektels | RFCs | Hotspots | Tools | Traceroute | Whois

**IP Route Analytics**
Free white paper on monitoring OSPF EIGRP,
BGP, IS-IS, and MPLS VPNs

**WHOIS**
Beginner's Guide to WHOIS.
www.beginnersguide.biz

Ads by Google



**Whois:** | gaydarcams.net |   Whois >>

Checking server [whois.crsnic.net]

Checking server [whois.estdomains.com]
Results:
Registration Service Provided By: ESTDOMAINS INC
Contact: +1.3027224217
Website: http://www.estdomains.com

Domain Name: GAYDARCAMS.NET

Registrant:
tdtong ltd.
Teddy Tong (wrotepiqueweight@yahoo.com)
45 10-th ave #19
Princeton
New Jersey,08540
US
Tel. +001.6099872348

Creation Date: 15-Nov-2006
Expiration Date: 15-Nov-2007

Domain servers in listed order:
park21.secureserver.net
park22.secureserver.net

Administrative Contact:
tdtong ltd.
Teddy Tong (wrotepiqueweight@yahoo.com)
45 10-th ave #19
Princeton
New Jersey,08540
US
Tel. +001.6099872348

Technical Contact:
tdtong ltd.
Teddy Tong (wrotepiqueweight@yahoo.com)
45 10-th ave #19
Princeton
New Jersey,08540
US
Tel. +001.6099872348

Billing Contact:
tdtong ltd.
Teddy Tong (wrotepiqueweight@yahoo.com)
45 10-th ave #19
Princeton
New Jersey,08540
US
Tel. +001.6099872348

Status:ACTIVE

The data in this whois database is provided to you for informationpurposes only, that is,
to assist you in obtaining information about or related to a domain name registration
record. We make this informationavailable "as is", and do not guarantee its accuracy.
By submitting awhois query, you agree that you will use this data only for
lawfulpurposes and that, under no circumstances will you use this data to:(1) enable
high volume, automated, electronic processes that stress orload this whois database
system providing you this information; or(2) allow, enable, or otherwise support the
transmission of massunsolicited, commercial advertising or solicitations via
fascimile,electronic mail, or by telephone. The compilation, repackaging,dissemination
or other use of this data is expressly prohibited withoutprior written consent from us.
The registrar of record is Critical Internet, Inc.. We reserve the right to modifythese
terms at any time. By submitting this query, you agree to abideby these terms.

---

Results brought to you by the GeekTools Whois Proxy
Server results may be copyrighted and are used with permission.
Proxy © 1999-2005 CenterGate Research Group LLC
Your host (66.151.14.170) has visited 5 times today.

# Dedicated Servers $59/mo
40GB storage, 1200GB transfer Linux OS, Plesk, cPanel, and more! www.nexpoint.net

Ads by Google

Advertise

*Copyright Centergate® Research Group, LLC 1998 - 2007*



Geektels | RFCs | Hotspots | Tools | Traceroute | Whois

**IP Route Analytics**
Free white paper on monitoring OSPF EIGRP, BGP, IS-IS, and MPLS VPNs

**WHOIS**
Beginner's Guide to WHOIS.
www.beginnersguide.biz

Ads by Google



**Whois:** gaydarguyz.com    Whois >>

Checking server [whois.crsnic.net]

Checking server [whois.estdomains.com]
Results:
Registration Service Provided By: ESTDOMAINS INC
Contact: +1.3027224217
Website: http://www.estdomains.com

Domain Name: GAYDARGUYZ.COM

Registrant:
tdtong ltd.
Teddy Tong (wrotepiqueweight@yahoo.com)
45 10-th ave #19
Princeton
New Jersey,08540
US
Tel. +001.6099872348

Creation Date: 23-Nov-2006
Expiration Date: 23-Nov-2007

Domain servers in listed order:
park21.secureserver.net
park22.secureserver.net

Administrative Contact:
tdtong ltd.
Teddy Tong (wrotepiqueweight@yahoo.com)
45 10-th ave #19
Princeton
New Jersey,08540
US
Tel. +001.6099872348

Technical Contact:
tdtong ltd.
Teddy Tong (wrotepiqueweight@yahoo.com)
45 10-th ave #19
Princeton
New Jersey,08540
US
Tel. +001.6099872348

Billing Contact:
tdtong ltd.
Teddy Tong (wrotepiqueweight@yahoo.com)
45 10-th ave #19
Princeton
New Jersey,08540
US
Tel. +001.6099872348

Status:ACTIVE

The data in this whois database is provided to you for informationpurposes only, that is,
to assist you in obtaining information about or related to a domain name registration
record. We make this informationavailable "as is", and do not guarantee its accuracy.
By submitting awhois query, you agree that you will use this data only for
lawfulpurposes and that, under no circumstances will you use this data to:(1) enable
high volume, automated, electronic processes that stress orload this whois database
system providing you this information; or(2) allow, enable, or otherwise support the
transmission of massunsolicited, commercial advertising or solicitations via
fascimile,electronic mail, or by telephone. The compilation, repackaging,dissemination
or other use of this data is expressly prohibited withoutprior written consent from us.
The registrar of record is Critical Internet, Inc.. We reserve the right to modifythese
terms at any time. By submitting this query, you agree to abideby these terms.

Results brought to you by the GeekTools Whois Proxy
Server results may be copyrighted and are used with permission.
Proxy © 1999-2005 CenterGate Research Group LLC
Your host (66.151.14.170) has visited 6 times today.

**Looking for TCP/IP info?**
Get the latest news, tutorials, white papers, and much more.
Networking.ITtoolbox.com

**IP Address Management**
Proteus Enterprise IPAM Appliance Try a live demo now

Ads b

*Copyright Centergate® Research Group, LLC 1998 - 2007*



Geektels | RFCs | Hotspots | Tools | Traceroute | Whois

**IP Route Analytics**
Free white paper on monitoring OSPF EIGRP, BGP, IS-IS, and MPLS VPNs

**Looking for TCP/IP info?**
Get the latest news, tutorials, white papers, and much more.

Ads by Google



**Whois:** myqaydar.com     Whois >>

Checking server [whois.crsnic.net]

Checking server [whois.estdomains.com]
Results:
Registration Service Provided By: ESTDOMAINS INC
Contact: +1.3027224217
Website: http://www.estdomains.com

Domain Name: MYQAYDAR.COM

Registrant:
n/a
Teddy Tong (avraam02@yahoo.com)
45 10-th ave #19
Princeton
New Jersey,08540
US
Tel. +001.6099872348

Creation Date: 23-Nov-2006
Expiration Date: 23-Nov-2007

Domain servers in listed order:
park21.secureserver.net
park22.secureserver.net

Administrative Contact:
n/a
Teddy Tong (avraam02@yahoo.com)
45 10-th ave #19
Princeton
New Jersey,08540
US
Tel. +001.6099872348

Technical Contact:
n/a
Teddy Tong (avraam02@yahoo.com)
45 10-th ave #19
Princeton
New Jersey,08540
US
Tel. +001.6099872348

Billing Contact:
n/a
Teddy Tong (avraam02@yahoo.com)
45 10-th ave #19
Princeton
New Jersey,08540
US
Tel. +001.6099872348

Status:ACTIVE

The data in this whois database is provided to you for informationpurposes only, that is, to assist you in obtaining information about or related to a domain name registration record. We make this informationavailable "as is", and do not guarantee its accuracy. By submitting awhois query, you agree that you will use this data only for lawfulpurposes and that, under no circumstances will you use this data to:(1) enable high volume, automated, electronic processes that stress orload this whois database system providing you this information; or(2) allow, enable, or otherwise support the transmission of massunsolicited, commercial advertising or solicitations via fascimile,electronic mail, or by telephone. The compilation, repackaging,dissemination or other use of this data is expressly prohibited withoutprior written consent from us. The registrar of record is Critical Internet, Inc.. We reserve the right to modifythese terms at any time. By submitting this query, you agree to abideby these terms.

---

Results brought to you by the GeekTools Whois Proxy
Server results may be copyrighted and are used with permission.
Proxy © 1999-2005 CenterGate Research Group LLC
Your host (66.151.14.170) has visited 7 times today.

**Dedicated Servers $59/mo** - 40GB storage, 1200GB transfer
Linux OS, Plesk, cPanel, and more! www.nexpoint.net

Ads by Google

Advertise

Copyright Centergate® Research Group, LLC 1998 – 2007



Geektels | RFCs | Hotspots | Tools | Traceroute | Whois

**IP Route Analytics**
Free white paper on monitoring OSPF EIGRP, BGP, IS-IS, and MPLS VPNs

**Looking for TCP/IP info?**
Get the latest news, tutorials, white papers, and much more.





**Whois:** `myrealjocks.com`    [ Whois >> ]

Checking server [whois.crsnic.net]

Checking server [whois.godaddy.com]
Results:
The data contained in GoDaddy.com, Inc.'s WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

Registrant:

Teddy Tong
Lengting ave 14-51
San Francisco, California 94104
United States

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: MYREALJOCKS.COM
Created on: 27-Feb-07
Expires on: 27-Feb-08
Last Updated on:

Administrative Contact:
Tong, Teddy undoblewsolebeside@yahoo.com
Lengting ave 14-51
San Francisco, California 94104
United States
14158342352

Technical Contact:
Tong, Teddy undoblewsolebeside@yahoo.com
Lengting ave 14-51
San Francisco, California 94104
United States
14158342352

Domain servers in listed order:
NS1.AWMTHOST.COM
NS2.AWMTHOST.COM

Results brought to you by the GeekTools Whois Proxy
Server results may be copyrighted and are used with permission.
Proxy © 1999-2005 CenterGate Research Group LLC
Your host (66.151.14.170) has visited 8 times today.

**Dedicated Servers $59/mo** - 40GB storage, 1200GB transfer
Linux OS, Plesk, cPanel, and more! www.nexpoint.net

Ads by Google

Advertise

Copyright Centergate® Research Group, LLC 1998 - 2007

# EXHIBIT B

# LISTING OF QSOFT DOMAIN NAMES

| NUM | DOMAIN NAME | TLD | REGISTRANT |
|---|---|---|---|
| 1 | GOODMORNINGGAYDAR.BIZ | BIZ | Gary Frisch QSoft Consulting Ltd. |
| 2 | GOODMORNINGAYDAR.BIZ | BIZ | Gary Frisch QSoft Consulting Ltd. |
| 3 | QSOFTDIGITAL.BIZ | BIZ | Gary Frisch QSoft Consulting Ltd. |
| 4 | GAYDAREVENTS.BIZ | BIZ | Gary Frisch QSoft Consulting Ltd. |
| 5 | GAYDARBLOG.BIZ | BIZ | Gary Frisch QSoft Consulting Ltd. |
| 6 | GAYDARNATION.BIZ | BIZ | Gary Frisch QSoft Consulting Ltd. |
| 7 | GAYDAYDATE.BIZ | BIZ | Gary Frisch QSoft Consulting Ltd. |
| 8 | GAYDARNATION.US | US | Gary Frisch QSoft Consulting Ltd. |
| 9 | GAYDARRADIO.US | US | Gary Frisch QSoft Consulting Ltd. |
| 10 | GAYDARNEWS.US | US | Gary Frisch QSoft Consulting Ltd. |
| 11 | GAYDARLIFESTYLE.US | US | Gary Frisch QSoft Consulting Ltd. |
| 12 | GAYDARLIFE.US | US | Gary Frisch QSoft Consulting Ltd. |
| 13 | GAYDARPASS.BIZ | BIZ | Gary Frisch QSoft Consulting Ltd. |
| 14 | QSOFTDIGITAL.US | US | Gary Frisch QSoft Consulting Ltd. |
| 15 | GAYDARGUYS.US | US | Gary Frisch QSoft Consulting Ltd. |
| 16 | GAYDAREVENTS.US | US | Gary Frisch QSoft Consulting Ltd. |
| 17 | GAYDARBLOG.US | US | Gary Frisch QSoft Consulting Ltd. |
| 18 | GAYDARBLOGGER.US | US | Gary Frisch QSoft Consulting Ltd. |
| 19 | GAYDARGLOBAL.US | US | Gary Frisch QSoft Consulting Ltd. |
| 20 | GAYDARGIRLS.US | US | Gary Frisch QSoft Consulting Ltd. |
| 21 | GAYDARADIO.US | US | Gary Frisch QSoft Consulting Ltd. |
| 22 | GAYDARPERSONALS.US | US | Gary Frisch QSoft Consulting Ltd. |
| 23 | GAYDAYDATE.US | US | Gary Frisch QSoft Consulting Ltd. |
| 24 | GAYDAYPASS.US | US | Gary Frisch QSoft Consulting Ltd. |
| 25 | GAYDARNATION.INFO | INFO | Gary Frisch QSoft Consulting Ltd. |
| 26 | GOODMORNINGGAYDAR.ORG | ORG | Gary Frisch QSoft Consulting Ltd. |
| 27 | GOODMORNINGAYDAR.ORG | ORG | Gary Frisch QSoft Consulting Ltd. |
| 28 | GAYDARNATION.ORG | ORG | Gary Frisch QSoft Consulting Ltd. |
| 29 | GAYDAREVENTS.ORG | ORG | Gary Frisch QSoft Consulting Ltd. |
| 30 | GAYDARBLOGGER.ORG | ORG | Gary Frisch QSoft Consulting Ltd. |
| 31 | GAYDARGIRLZ.ORG | ORG | Gary Frisch QSoft Consulting Ltd. |
| 32 | GAYDARBLOG.ORG | ORG | Gary Frisch QSoft Consulting Ltd. |
| 33 | GAYDARDIRECT.ORG | ORG | Gary Frisch QSoft Consulting Ltd. |
| 34 | GAYDARGORLS.ORG | ORG | Gary Frisch QSoft Consulting Ltd. |
| 35 | GAYDARGUYS.ORG | ORG | Gary Frisch QSoft Consulting Ltd. |
| 36 | GAYDARGLOBAL.ORG | ORG | Gary Frisch QSoft Consulting Ltd. |
| 37 | GAYDARADIO.ORG | ORG | Gary Frisch QSoft Consulting Ltd. |
| 38 | GAYDARRADIO.ORG | ORG | Gary Frisch QSoft Consulting Ltd. |
| 39 | GAYDARGIRLS.ORG | ORG | Gary Frisch QSoft Consulting Ltd. |
| 40 | MYGAYDAR.US | US | Gary Frisch QSoft Consulting Ltd. |
| 41 | MANFERNO.BIZ | BIZ | Gary Frisch QSoft Consulting Ltd. |
| 42 | GOODMORNINGGAYDAR.US | US | Gary Frisch QSoft Consulting Ltd. |
| 43 | GOODMORNINGAYDAR.US | US | Gary Frisch QSoft Consulting Ltd. |
| 44 | GAYDAYDATE.INFO | INFO | Gary Frisch QSoft Consulting Ltd. |
| 45 | GAYDARLIFE.COM | COM | Gary Frisch QSoft Consulting Ltd. |
| 46 | GAYDARLIFESTYLE.COM | COM | Gary Frisch QSoft Consulting Ltd. |
| 47 | GAYDARNEWS.COM | COM | Gary Frisch QSoft Consulting Ltd. |
| 48 | GAYDARPASS.ORG | ORG | Gary Frisch QSoft Consulting Ltd. |
| 49 | THEGAYDARDIARIES.COM | COM | Gary Frisch QSoft Consulting Ltd. |
| 50 | GAYDARTRAVEL.BIZ | BIZ | Gary Frisch QSoft Consulting Ltd. |
| 51 | GAYDARPERSONALS.INFO | INFO | Gary Frisch QSoft Consulting Ltd. |
| 52 | GAYDARGLOBAL.INFO | INFO | Gary Frisch QSoft Consulting Ltd. |

# LISTING OF QSOFT DOMAIN NAMES

| NUM | DOMAIN NAME | TLD | REGISTRANT |
|---|---|---|---|
| 53 | GAYDAREVENTS.INFO | INFO | Gary Frisch QSoft Consulting Ltd. |
| 54 | QSOFTDIGITAL.INFO | INFO | Gary Frisch QSoft Consulting Ltd. |
| 55 | GAYDARTRAVEL.ORG | ORG | Gary Frisch QSoft Consulting Ltd. |
| 56 | GAYDARTRAVEL.INFO | INFO | Gary Frisch QSoft Consulting Ltd. |
| 57 | MANFERNO.INFO | INFO | Gary Frisch QSoft Consulting Ltd. |
| 58 | MANFERNO.ORG | ORG | Gary Frisch QSoft Consulting Ltd. |
| 59 | DAYGAR.COM | COM | Gary Frisch QSoft Consulting Ltd. |
| 60 | GAYDARNATION.COM | COM | Gary Frisch QSoft Consulting Ltd. |
| 61 | GAYDAR.NL | NL | Gary Frisch QSoft Consulting Ltd. |
| 62 | GAYDAR.AT | AT | Gary Frisch QSoft Consulting Ltd. |
| 63 | GAYDARADIO.NET | NET | Gary Frisch QSoft Consulting Ltd. |
| 64 | GAYDARVOICE.COM | COM | Gary Frisch QSoft Consulting Ltd. |
| 65 | MY-GAYDAR.COM | COM | Gary Frisch QSoft Consulting Ltd. |
| 66 | GAYDARGIRLS.NET | NET | Gary Frisch QSoft Consulting Ltd. |
| 67 | GAYDARGUYS.NET | NET | Gary Frisch QSoft Consulting Ltd. |
| 68 | GAYDARADIO.COM | COM | Gary Frisch QSoft Consulting Ltd. |
| 69 | GAYDARPIBE.NET | NET | Gary Frisch QSoft Consulting Ltd. |
| 70 | GAYDARGAROTOS.NET | NET | Gary Frisch QSoft Consulting Ltd. |
| 71 | GAYDARGAROTO.NET | NET | Gary Frisch QSoft Consulting Ltd. |
| 72 | GAYDARTRAVEL.NET | NET | Gary Frisch QSoft Consulting Ltd. |
| 73 | GAYDARPIBES.NET | NET | Gary Frisch QSoft Consulting Ltd. |
| 74 | GAYDARWOMEN.COM | COM | Gary Frisch QSoft Consulting Ltd. |
| 75 | GAYDARGAYS.NET | NET | Gary Frisch QSoft Consulting Ltd. |
| 76 | GAYDARDAYS.NET | NET | Gary Frisch QSoft Consulting Ltd. |
| 77 | GAYDART.NET | NET | Gary Frisch QSoft Consulting Ltd. |
| 78 | GAYDARDAY.NET | NET | Gary Frisch QSoft Consulting Ltd. |
| 79 | GAYDARDIRECT.NET | NET | Gary Frisch QSoft Consulting Ltd. |
| 80 | GAYDARWOMEN.NET | NET | Gary Frisch QSoft Consulting Ltd. |
| 81 | GAYDAREVENTS.NET | NET | Gary Frisch QSoft Consulting Ltd. |
| 82 | GAYDARBLOGGER.NET | NET | Gary Frisch QSoft Consulting Ltd. |
| 83 | GAYDARGLOBAL.NET | NET | Gary Frisch QSoft Consulting Ltd. |
| 84 | GAYDARGORLS.NET | NET | Gary Frisch QSoft Consulting Ltd. |
| 85 | GAYDARGIRLZ.NET | NET | Gary Frisch QSoft Consulting Ltd. |
| 86 | GOODMORNINGAYDAR.NET | NET | Gary Frisch QSoft Consulting Ltd. |
| 87 | GAYDARPERSONALS.NET | NET | Gary Frisch QSoft Consulting Ltd. |
| 88 | GAYDARNATION.NET | NET | Gary Frisch QSoft Consulting Ltd. |
| 89 | GOODMORNINGGAYDAR.NET | NET | Gary Frisch QSoft Consulting Ltd. |
| 90 | GAYDARGUYS.NET | NET | Gary Frisch QSoft Consulting Ltd. |
| 91 | QSOFTDIGITAL.NET | NET | Gary Frisch QSoft Consulting Ltd. |
| 92 | GAYDARRADIO.NET | NET | Gary Frisch QSoft Consulting Ltd. |
| 93 | THEDAR.NET | NET | Gary Frisch QSoft Consulting Ltd. |
| 94 | GAYDARLIFESTYLE.NET | NET | Gary Frisch QSoft Consulting Ltd. |
| 95 | GAYDARNEWS.NET | NET | Gary Frisch QSoft Consulting Ltd. |
| 96 | GAYDARLIFE.NET | NET | Gary Frisch QSoft Consulting Ltd. |
| 97 | MYGAYDAR.NET | NET | Gary Frisch QSoft Consulting Ltd. |
| 98 | GAYDARWORLD.NET | NET | Gary Frisch QSoft Consulting Ltd. |
| 99 | GAYDARBLOG.NET | NET | Gary Frisch QSoft Consulting Ltd. |
| 100 | GAYDART.COM | COM | Gary Frisch QSoft Consulting Ltd. |
| 101 | GAYDARGAYS.COM | COM | Gary Frisch QSoft Consulting Ltd. |
| 102 | GAYDAYDATE.COM | COM | Gary Frisch QSoft Consulting Ltd. |
| 103 | GAYDARWORLD.COM | COM | Gary Frisch QSoft Consulting Ltd. |
| 104 | FREEDOMS-SHOP.COM | COM | Gary Frisch QSoft Consulting Ltd. |

## LISTING OF QSOFT DOMAIN NAMES

| NUM | DOMAIN NAME | TLD | REGISTRANT |
|---|---|---|---|
| 105 | GAYDARGUYS.COM | COM | Gary Frisch QSoft Consulting Ltd. |
| 106 | GAYDARSHOP.COM | COM | Gary Frisch QSoft Consulting Ltd. |
| 107 | GAYDARGUYS.COM | COM | Gary Frisch QSoft Consulting Ltd. |
| 108 | RAINBOWFLIXXX.COM | COM | Gary Frisch QSoft Consulting Ltd. |
| 109 | THEGAYDAR.COM | COM | Gary Frisch QSoft Consulting Ltd. |
| 110 | GAYDAR.CN | CN | Gary Frisch QSoft Consulting Ltd. |
| 111 | GAYDAR.COM.TR | TR | Gary Frisch QSoft Consulting Ltd. |
| 112 | GAYDAR.IT | IT | Gary Frisch QSoft Consulting Ltd. |
| 113 | MANFERNO.NET | NET | Gary Frisch QSoft Consulting Ltd. |
| 114 | JUSTJIZ.COM | COM | Gary Frisch QSoft Consulting Ltd. |
| 115 | MANFERNO.COM | COM | Gary Frisch QSoft Consulting Ltd. |
| 116 | CUMANGO.COM | COM | Gary Frisch QSoft Consulting Ltd. |

# EXHIBIT C



gaydar.co.uk

## Membership Terms and Conditions

These Membership Terms and Conditions apply where You choose to register as a Member of this website (the **"Site"**). This Site and the related gaydar, rainbownetwork, gaydargirls, gaydarradio and mygaydar sites are offered to you (**"Your"**/**"You"**) by QSoft Consulting Limited (P.O. Box 113, Twickenham TW1 4WY) and its subsidiary companies. Registered in England and Wales. Registration Number: 3472519. Registered Office: 1 The Green, Richmond, Surrey, TW9 1PL, United Kingdom

**Please read these Membership Terms and Conditions carefully before registering on the Site as a Member. If You do not agree to these Membership Terms and Conditions, then You SHOULD NOT register as a Member.**

### 1. Acceptance of Membership Terms and Conditions

1.1 By clicking "Accept" to register You will be deemed to have consented to these Membership Terms and Conditions.
1.2 We reserve the right to change or update these Membership Terms and Conditions from time to time (subject to Your termination right pursuant to paragraph 8). Any revisions to these Membership Terms and Conditions will be notified to You the next time that You log on to the Site as a Member.

### 2. Description of Membership and Subscription

2.1 As a Member, You can take advantage of many services on the Site for free. However other areas of the site require payment of a Member subscription. For a full description of the services offered on this Site and the subscription options for Members, please follow and consult the **Benefits of Membership** page.
2.2 Member subscription payments can be made in UK Sterling, Euros or Dollars.
2.3 Please note that any Member subscription paid by You is subject to a minimum contractual period of one month.
2.4 Our VAT number is 809769283.

### 3. Age of Consent

3.1 You must be **18 years or over** to register as a Member. If We discover or have any reason to suspect that You are not over 18 years of age, then We reserve Our right to suspend or terminate Your Membership to this Site immediately and without notice.

### 4. Password Member Name and Security

4.1 Upon registration as a Member, You will select a Password and Member Name that You can use to access Your Member Account and Profile and to log on to the Members' area of the Site.
4.2 You are responsible for maintaining the confidentiality of Your Password and Member Name and are responsible for all activities that occur under them. We do not have the means to check the identity of people using the Members' area of the Site and will not be liable where Your Password or Member Name are used by someone else.
4.3 You agree to notify Us immediately of any unauthorised use of Your Password or Member Name or any other breach of security of which You become aware.

### 5. Your warranties

5.1 You warrant that:
5.1.1 You are over 18 years of age;
5.1.2 all information and details provided by You to Us (including on registration as a Member) are true, accurate and up to date in all respects and at all times (see Our **Privacy Policy** for details on how to update Your personal data); and
5.1.3 You will comply with these Membership Terms and Conditions including, without limitation, the restrictions relating to acceptable use set out at section 6 below.
5.2 You agree to indemnify and hold Us harmless from any claim or damages (including any legal fees in relation to same) made by a third party in respect of any matter in relation to or arising from Your use and Membership arising from any breach or suspected breach of these Membership Terms and Conditions by You or Your violation of any law or the rights of any third party.

### 6. Acceptable Use

**6.1 We support the free flow of information and ideas over the Internet and do not actively monitor use of the Site, including the Members' area under normal circumstances. We seek to balance this aim with Our obligations to other Members and at law however. We do therefore review all profiles entered onto the Site by Members, check instant messages where certain keywords are triggered and log chatroom exchanges in order to ensure compliance with these terms, and to comply with or investigate any enforcement agency or**

**police request or complaints. We also therefore require that You do not:**

6.1.1 say or do anything that would cause annoyance, inconvenience, harassment or needless anxiety to others;

6.1.2 advertise or promote third party or Your own products or services including by way of the distribution of 'spam' mail;

6.1.3 use foul, threatening or offensive language including, without limitation, racist, sexist, ageist, homophobic or sexually explicit language where inappropriate;

6.1.4 make insulting remarks to or about other Members ("flaming");

6.1.5 jump in and out of Site forum rooms ("frogging");

6.1.6 distribute illegal, copyright infringing, indecent or offensive material or any messages or content that may incite disorder or encourage illegal activities or that causes or may cause harm to minors;

6.1.7 impersonate another person or Member;

6.1.8 transfer files that contain viruses, trojans or other harmful programs;

6.1.9 use the Site to conduct any fraudulent activity including any "pyramid scheme"; "ponzi scheme" or "chain letter";

6.1.10 access or attempt to access the accounts of other Members or to penetrate or attempt to penetrate the Site security measures;

6.1.11 have more than one Member Account at any time.

6.2 We may take any or all of the following action at Our discretion:

6.2.1 remove any Member profile (including photographs) or other material that, in Our sole discretion may be inappropriate or We suspect to be illegal, subject Us to liability or which may violate these Membership Terms and Conditions or where required to do so by law;

6.2.2 issue Members with verbal or written warnings and may take such further action as We deem appropriate under this paragraph 6.2 if such warnings are not heeded;

6.2.3 suspend or terminate a Member's access to the Members' area of the Site or a Member's Account without notice at any time;

6.2.4 inform the appropriate authorities and provide them with information regarding any suspected illegal activity; or

6.2.5 bring legal action against a Member or other user of the Site in relation to any breach of these Membership Terms and Conditions or any illegal or suspected illegal activity.

**We will determine what action is appropriate to be taken against a Member on a case by case basis.**

6.3 You acknowledge that We may be required by law or regulation to access, monitor, store or copy material sent by or to Members without further notice to You.

# 7. Cancellation

7.1 Your Membership services commence immediately when You submit Your registration, or subscription. This means that, subject always to Your right to terminate as set out below, You will not be able to cancel the services after this point.

# 8.Termination of Membership

8.1 Subject to paragraph 8.2 below, You can terminate Your Membership at any time by notifying Us at **support@gaydar.co.uk**

8.2 Please note that any Member subscription paid by You is subject to the minimum contractual period of one month. This means that, where You choose to terminate Your Member subscription before the expiry of this period, You will not receive any refund in respect of this minimum contractual period.

8.3 No refunds will be paid by Us where Your Membership is terminated by Us as a consequence of Your breach of these Membership Terms and Conditions.

# 9. Copyright and Other Intellectual Property Rights

9.1 Your use of the Site grants no rights to You in relation to copyright, trade marks or other of Our intellectual property rights or the intellectual property rights of third parties.

9.2 You may not, without limitation, copy, reproduce, republish, download, post, broadcast, record, transmit, commercially exploit, communicate to the public, or otherwise use the content included in or provided via the Site except for Your own personal, non-commercial use. Subject to the above, You may download insubstantial excerpts of this content to Your hard disk for the purpose of viewing it provided that no more than one copy of any information is made.

# 10. Limitation of Liability

10.1 Whilst We will use all reasonable endeavours to correct any errors or omissions as soon as practicable once they have been brought to Our attention, We do not warrant that the Site will be available uninterrupted and in a fully operating condition nor that the information on and provided via the Site will be free from errors or omissions.

10.2 Access to this Site and its contents may be suspended temporarily and without notice in the case of system failure, necessary maintenance or repair or for reasons beyond Our control.

10.3 Save that nothing in this paragraph 10 shall restrict Your statutory rights (including Your right to receive a reasonable standard of service), all content and services on this Site are provided on an 'as is' and 'as available' basis. We do not make any representation or give any warranty in respect of the Site or its content, including, without limitation information provided by or regarding other Members. We can not vet all Member profiles and entries to ensure that they

are appropriate or correct. **Any decision made or action taken by You on the basis of information provided on or via the Site is at Your sole discretion and risk.**

10.4 Due to the fact that many technical aspects of the Site and the content provided herein is supplied by or otherwise dependent on third parties, We do not give any warranty as to the accuracy, suitability, reliability, completeness, performance, satisfactory quality, fitness for a particular purpose, or freedom from viruses, or other harmful programs of the content contained in or accessed through this Site.

10.5 We will not be liable for any damages, including indirect or consequential losses and whether in contract, tort (including negligence) or otherwise, arising in connection with any use by You or other Members of the Site that is in contravention of these Membership Terms and Conditions or is not directly attributable to Our negligence. Where We are liable for direct loss this will be limited to a maximum of the total price of the Member Subscription paid to Us by You in the 6 months prior to the claim.

10.6 Nothing in these Terms and Conditions shall exclude or limit Our liability for death or personal injury caused by Our negligence.

## 11. Security and Privacy

11.1 Your security and those of all Our Members is very important to Us. Please read Our **Privacy Policy** for important information regarding the use of Your personal data and Your rights in relation to this.

## 12. General

12.1 We shall not be liable for any failure for any suspension, or termination of access to the Site or any content arising out of a force majeure event. A force majeure event shall include, without limitation, failure of infrastructure, government intervention, wars, civil commotion, hijacking, fire, flood, accident, storm, strikes, lockouts, terrorist attacks, or industrial action affecting Us or Our suppliers.

12.2 If any of these Membership Terms and Conditions are determined to be illegal, invalid or otherwise unenforceable by reason of law then to the extent and within the jurisdiction in which that term is illegal, invalid or unenforceable, it shall be severed and deleted from these terms and the remaining terms shall survive, remain in full force and effect and continue to be binding and enforceable.

12.3 These Membership Terms and Conditions shall be governed by and interpreted in accordance with the laws of England. Disputes arising in connection with these terms shall be subject to the exclusive jurisdiction of the courts of England and Wales.

## 13. Complaints and Feedback

13.1 If You have any complaints about another Member or any aspect of the Site or if You have any questions or would otherwise like to provide any other feedback, then You can contact Us by emailing: **support@gaydar.co.uk** or writing to us at the address set out at the top of these terms.

**Commercial Membership Terms and Conditions**

Designed by QSoft Consulting Ltd. © 1999-2006 QSoft Consulting Ltd. All rights reserved.

# EXHIBIT E

**OLSWANG**

Teddy Tong
45 10-th Ave #19
Princeton
New Jersey, 08540
United States

27 November 2006

**Pages**    1 of 4

**Our Ref.**    JAB\CPB\AYW\11569\34
**Your Ref.**

**By Post, and Email**
**Email: avraam02@yahoo.com**

Dear Sirs,

**SPAM and Domain names – www.gaydarboys.net ; www.gaydarcams.net ; www.mygaydar.com**

We act for QSoft Consulting Limited, the operators of the Gaydar.co.uk website. QSoft Consulting Limited are the proprietors of a number of UK and Community Trade Mark Registrations including the word GAYDAR under CTM Nos. 3804168, 2127264 and 3886256 and (inter alia) the domain name www.gaydar.co.uk and related URLs. Copies of the details of these registrations are attached at **Annex 1**. Our client is determined to tackle the sending of unsolicited messages to Gaydar users including bringing legal proceedings against those responsible where necessary. In addition, our client is not prepared to tolerate infringement of its trade mark.

**Spam**

Our client understands that you, or someone on your behalf have registered multiple accounts on gaydar.co.uk and that you have used these accounts to send a large number of messages to Gaydar users via private chat rooms (the "Spam"). The Spam advertise and link Gaydar users to the websites www.gaydarboys.net and www.gaydarcams.net and www.mygaydar.com ("the Websites"). Our client's investigations suggest that the Spam purportedly originated from you or your Website. Your details are registered as the registrant of the Websites on the WHOIS domain registration search. The Websites provide a number of contact details all of which have been directly written to and/or cc'ed to this letter.

The user names registered which are involved in sending the Spam include speciallyexult and bargeincidence.

Our client is now carrying out further investigations. The Spam was unsolicited and our client's investigations suggest that you were responsible for sending them or instigated them being sent or are acting in common design with a third party sending or instigating them being sent. If the

90 High Holborn
London WC1V 6XX
www.olswang.com

T +44 (0) 20 7067 3000
F +44 (0) 20 7067 3999
DX 37972 Kingsway

Regulated by the Law Society

Spam are proven to be unsolicited, you will have conducted a number of unlawful activities, for which our client is entitled to bring legal proceedings against you.

**Breach of Contract – terms and conditions of website**

In order to use any Gaydar services, including the Gaydar chat room and private chat service, registrants must agree and comply with the Gaydar Website Terms of Use. A copy of the Gaydar Website Terms of Use is attached at **Annex 2**.

The Gaydar Website Terms of Use include the following provisions:

> **6.1 We also therefore require that You do not:**
> 6.1.1 say or do anything that would cause annoyance, inconvenience, harassment or needless anxiety to others;
> 6.1.2 advertise or promote third party or Your own products or services including by way of the distribution of 'spam' mail;
> 6.1.5 jump in and out of Site forum rooms ("frogging");
> 6.1.11 have more than one Member Account at any time.

Registrants of a Gaydar account are bound by the above obligations.

By signing up or procuring people to sign up you are bound by the terms. Your activities constitute a breach of the Gaydar Website Terms of Use including those identified above, entitling our client to claim against you for breach of contract.

Our client reserves all its rights including bringing proceedings for the breach of contract and including all its rights in relation to:

- Breach Of Privacy And Electronic Communications (EC Directive) Regulations 2003 (The *Regulations*)
- Breach Of Computer Misuse Act 1990
- Trespass To Goods
- Unlawful Interference

In particular, our client reserves its right to seek an interlocutory injunction.

**Commencement of proceedings**

Our client has taken steps under clause 6.2 of the Conditions to terminate your access to its site and will remove any further profiles created by your or on your behalf. Our client wishes to inform you that no one connected to the Websites will be welcome on our client's site, our client will not refund any subscriptions and will take further action to enforce its position if necessary.

**Trade mark infringement**

As you will no doubt be aware, since 1999 our client has been involved in the supply of dating services under the brand name GAYDAR. GAYDAR is a global brand and gaydar.co.uk has

over 3 million members. According to Hitwise, the leading online competitive intelligence service, gaydar.co.uk is the UK's largest gay and lesbian dating website by share of visits (October 2005). In that month, gaydar.co.uk received 13.95% of all visits made to dating websites. October 2006 figures from Hitwise show that gaydar.co.uk continues to be the UK's largest gay and lesbian dating website with 43.94% of the market.

Our client's brand is therefore extremely well known throughout the supply of dating services industry. Accordingly, our client has a protectable goodwill in the trade mark GAYDAR. It is inevitable that any use of this trade mark will cause confusion in the minds of the public, leading them to mistakenly believe that a business using this mark is somehow associated or connected with our client's business.

Our client became aware on 22 November 2006 that you sent a number of chat room messages including those attached between 21 November and 24 November 2006 advertising services on the sites gaydarboys.net, gaydarcams.net and myqaydar.com (the "Websites"). Anyone seeing these advertisements will associate your dating service with that of our client. Accordingly, your company's use of our client's trade mark GAYDAR constitutes passing off. Further, your use of the mark in relation to Dating Services is an infringement of our client's trade mark. Your continued use of GAYDAR will cause substantial damage to our client's goodwill and reputation.

Further, your use of the mark in relation to the supply of Dating Services is an infringement of our client's Trade Marks because it is the use of an identical mark in relation to identical or similar services in circumstances where there is a likelihood of confusion.

**Domain Name**

You have also registered the domain names gaydarboys.net, gaydarcams.net and myqaydar.com (the "Websites"). It is inevitable that any use of these domain names will cause confusion in the minds of the public given the use of the GAYDAR mark in the URL, leading them to mistakenly believe that your business is somehow associated or connected with our client's business.

The domain names do not appear to be running at the current time, but seem to have been set up to directly compete with our client's goods and services. Given the use of the GAYDAR mark in the URL of the Domain Names and the GAYDAR mark at the top of a number of the domain names' homepages, internet users will assume that the Domain Names are associated with our client when that is not the case.

Your registration of the Domain Names amounts to an "abusive registration" under the Nominet Dispute Resolution Service ("DRS") Policy and WIPO.  We consider that you have registered the Domain Names primarily *"for the purpose of unfairly disrupting our business"*. We also consider that you are *"using the Domain Names in a way which has confused people or*

*businesses into believing that the Domain Names are registered to, operated or authorised by, or otherwise connected with"* our client.

**Action required**

Our client is not prepared to tolerate this infringement of its rights, or allow these unlawful activities to continue. Accordingly, we require you to transfer ownership of the Domain Names to our client and to take the necessary steps to complete the transfer. To avoid infringing our client's rights, kindly provide an undertaking that you will cease to use the domain names listed above and agree to assign this domain name to our client. We require you to agree to cease your unlawful conduct in connection with these domain names, and any others and to undertake not to repeat the offence. We attach undertakings for you to sign and return to us.

As such, our client requires your written response and the signed undertaking no later than **12pm** on **Friday 1 December 2006**.

Our client also requires your proposals for financial compensation.  Such proposals should include a reasonable payment towards damages suffered by our client.  In the meantime, our client reserves all its rights generally.

Should you fail to provide an acceptable response within the above deadline, we will assume that you are involved in the unlawful activities described above and our client will not hesitate to commence legal proceedings against you in respect of each of the causes of action set out in this letter seeking the following remedies:

- an injunction to prevent you from sending spam to Gaydar users;

- an injunction to prevent you abusing the Gaydar Trade Mark;

- damages and/or an account of profits;

- delivery–up of all your records of Gaydar users to whom spam has been sent; and

- recovery of its legal costs.

Our client is in the process of obtaining US legal advice regarding the enforcement of claims against you.

**We recommend that you seek independent legal advice on this matter as soon as possible**.

Yours faithfully

**OLSWANG**

Encs. Undertakings

**ANNEX 1**

OAMI-ONLINE - CTM-ONLINE - Detailed trade mark information



## CTM-ONLINE - Detailed trade mark information



| | |
|---|---|
| **Trade mark name :** | GAYDAR |
| **Trade mark No :** | 003804168 |
| **Trade mark basis:** | CTM |
| **Number of results:** | 1 of 1 |

### Trade mark

| | |
|---|---|
| **Filing date:** | 29/04/2004 |
| **Date of registration:** | 15/11/2005 |
| **Expiry Date:** | 29/04/2014 |
| **Nice Classification:** | 38, 41 ( ➡ Nice classification) |
| **Trade mark:** | Individual |
| **Type of mark:** | Word |
| **Acquired distinctiveness:** | No |
| **Your reference:** | EU9233/MAR |
| **Status of trade mark:** | Registration published ( ➡ Glossary) |
| | ( ➡ History of statuses) |
| **Filing language:** | English |
| **Second language:** | Italian |

### Graphic representation

No entry for application number: 003804168.

### ⊞ List of goods and services

| | |
|---|---|
| **Nice Classification:** | 38 |
| **List of goods and services** | Operation of chat rooms. |
| | |
| **Nice Classification:** | 41 |
| **List of goods and services** | Entertainment; publishing services; electronic publishing services; publication of texts; production, presentation, distribution, syndication, networking and rental of TV and radio programmes, interactive entertainment, films and sound and video recordings, interactive compact discs and CD-ROMs; production and rental of educational and instructional materials; exhibition services; organisation, production and presentation of shows, competitions, contests, games, concerts and events; club services (entertainment); educational examinations; language teaching; provision of language schools and language courses; rental of radio and TV broadcasting facilities; provision of entertainment and education for accessing via communication and computer networks; provision of information relating to radio and TV programmes for accessing via communication and computer networks; provision of information for or relating to education, entertainment, cultural or recreational purposes; provision of information and advisory services relating to entertainment, education, culture or to any of the aforesaid services. |

### Description

| | |
|---|---|
| **Description of the mark:** | No Description |

## Owner

| | |
|---|---|
| **Name:** | QSoft Consulting Limited |
| **ID No:** | 218002 |
| **Natural or legal person:** | Legal entity |
| **Address:** | 6th Floor, Queens House 2 Holly Road |
| **Post code:** | TW1 4EG |
| **Town:** | Twickenham, |
| **Country:** | UNITED KINGDOM |
| **County:** | Middlesex |
| **Correspondence address:** | QSoft Consulting Limited 6th Floor, Queens House 2 Holly Road Twickenham, Middlesex TW1 4EG REINO UNIDO |

## Representative

| | |
|---|---|
| **Name:** | ALEXANDER RAMAGE ASSOCIATES |
| **ID No:** | 10679 |
| **Address:** | 20 High Street |
| **Post code:** | GU21 6BW |
| **Town:** | Woking |
| **Country:** | UNITED KINGDOM |
| **Correspondence address:** | ALEXANDER RAMAGE ASSOCIATES 20 High Street Woking GU21 6BW REINO UNIDO |
| **Telephone:** | 00 44-1483750701 |
| **Fax:** | 00 44-1483740560 |
| **E-mail:** | ⊞ ara@ramage.co.uk |

## Seniority

No entry for application number: 003804168.

## Exhibition priority

No entry for application number: 003804168

## Priority

No entry for application number: 003804168.

## Publication

| | |
|---|---|
| **Bulletin no.:** | ⊞ **2005/015** |
| **Date of publication:** | 11/04/2005 |
| **Part:** | A.1 |
| **Bulletin no.:** | ⊞ **2006/004** |
| **Date of publication:** | 23/01/2006 |
| **Part:** | B.2 |

## Opposition

No entry for application number: 003804168.

## Cancellation

No entry for application number: 003804168.

## Appeals

No entry for application number: 003804168.

### Recordals

No entry for application number: 003804168

### Renewals

No entry for application number: 003804168.

Disclaimer and Copyright

OAMI-ONLINE - CTM-ONLINE - Detailed trade mark information



**ES | DE | EN**

## CTM-ONLINE - Detailed trade mark information



| | |
|---|---|
| **Trade mark name :** | GAYDAR |
| **Trade mark No :** | 002127264 |
| **Trade mark basis:** | CTM |
| **Number of results:** | 1 of 1 |

### Trade mark

| | |
|---|---|
| **Filing date:** | 13/03/2001 |
| **Date of registration:** | 09/01/2003 |
| **Expiry Date:** | 13/03/2011 |
| **Nice Classification:** | 35, 38, 42 ( ➡ Nice classification) |
| **Trade mark:** | Individual |
| **Type of mark:** | Word |
| **Acquired distinctiveness:** | No |
| **Status of trade mark:** | Registration published ( ➡ Glossary) |
| | ( ➡ History of statuses) |
| **Filing language:** | English |
| **Second language:** | Spanish |

### Graphic representation

No entry for application number: 002127264.

### ⊞ List of goods and services

| | |
|---|---|
| **Nice Classification:** | 35 |
| **List of goods and services** | Advertising and sales promotional services provided by means of the Internet. |
| **Nice Classification:** | 38 |
| **List of goods and services** | Communication services provided by means of an interactive website. |
| **Nice Classification:** | 42 |
| **List of goods and services** | Dating agency services provided via the Internet; website design services; website consultancy services. |

### Description

| | |
|---|---|
| **Description of the mark:** | No Description |

### Owner

| | |
|---|---|
| **Name:** | QSoft Consulting Limited |
| **ID No:** | 218002 |
| **Natural or legal person:** | Legal entity |
| **Address:** | 6th Floor, Queens House 2 Holly Road |
| **Post code:** | TW1 4EG |
| **Town:** | Twickenham, |
| **Country:** | UNITED KINGDOM |
| **County:** | Middlesex |
| **Correspondence address:** | QSoft Consulting Limited 6th Floor, Queens House 2 |

Holly Road Twickenham, Middlesex TW1 4EG REINO UNIDO

---

## Representative

| | |
|---|---|
| **Name:** | ALEXANDER RAMAGE ASSOCIATES |
| **ID No:** | 10679 |
| **Address:** | 20 High Street |
| **Post code:** | GU21 6BW |
| **Town:** | Woking |
| **Country:** | UNITED KINGDOM |
| **Correspondence address:** | ALEXANDER RAMAGE ASSOCIATES 20 High Street Woking GU21 6BW REINO UNIDO |
| **Telephone:** | 00 44-1483750701 |
| **Fax:** | 00 44-1483740560 |
| **E-mail:** | ⊞ ara@ramage.co.uk |

---

## Seniority

No entry for application number: 002127264.

## Exhibition priority

No entry for application number: 002127264

## Priority

No entry for application number: 002127264.

---

## Publication

| | |
|---|---|
| **Bulletin no.:** | 2002/059 |
| **Date of publication:** | 29/07/2002 |
| **Part:** | A.1 |

| | |
|---|---|
| **Bulletin no.:** | 2003/017 |
| **Date of publication:** | 24/02/2003 |
| **Part:** | B.1 |

---

## Opposition

No entry for application number: 002127264.

## Cancellation

No entry for application number: 002127264

## Appeals

No entry for application number: 002127264.

## Recordals

No entry for application number: 002127264

## Renewals

No entry for application number: 002127264.

---

◀◀ | ◀ | ▶ | ▶▶ | ⬆

OAMI-ONLINE - CTM-ONLINE - Detailed trade mark information



## CTM-ONLINE - Detailed trade mark information



| | |
|---|---|
| **Trade mark name :** | gaydar |
| **Trade mark No :** | 003886256 |
| **Trade mark basis:** | CTM |
| **Number of results:** | 2 of 5 |

### Trade mark

| | |
|---|---|
| **Filing date:** | 21/06/2004 |
| **Date of registration:** | 11/10/2005 |
| **Expiry Date:** | 21/06/2014 |
| **Nice Classification:** | 35, 38, 41, 45 ( ➡ Nice classification) |
| **Trade mark:** | Individual |
| **Type of mark:** | Figurative |
| **Vienna Classification:** | 1.1.2, 1.1.99, 26.15.98 ( ➡ Vienna Classification) |
| **Acquired distinctiveness:** | No |
| **Your reference:** | EU9341/MAR |
| **Status of trade mark:** | Registration published ( ➡ Glossary) |
| | ( ➡ History of statuses) |
| **Filing language:** | English |
| **Second language:** | Italian |

### Graphic representation



### ⊞ List of goods and services

| **Nice Classification:** | 35 |
|---|---|
| **List of goods and services** | Advertising, marketing and promotional services;<br>including such services provided by means of the |

Internet.

| | |
|---|---|
| **Nice Classification:**<br>**List of goods and services** | 38<br>Communication services; including such services provided by means of an interactive website; operation of chat rooms. |
| **Nice Classification:**<br>**List of goods and services** | 41<br>Entertainment; publishing services; electronic publishing services; publication of texts; production, presentation, distribution, syndication, networking and rental of TV and radio programmes, interactive entertainment, films and sound and video recordings, interactive compact discs and CD-ROMs; production and rental of educational and instructional materials; exhibition services; organisation, production and presentation of shows, competitions, contests, games, concerts and events; club services (entertainment); educational examinations; language teaching; provision of language schools and language courses; rental of radio and TV broadcasting facilities; provision of entertainment and education for accessing via communication and computer networks; provision of information relating to radio and TV programmes for accessing via communication and computer networks; provision of information for or relating to education, entertainment, cultural or recreational purposes; provision of information and advisory services relating to entertainment, education, culture or to any of the aforesaid services. |
| **Nice Classification:**<br>**List of goods and services** | 45<br>Introduction agency services; including such services provided via the Internet. |

## Description

| | |
|---|---|
| **Description of the mark:** | No Description |

## Owner

| | |
|---|---|
| **Name:** | QSoft Consulting Limited |
| **ID No:** | 218002 |
| **Natural or legal person:** | Legal entity |
| **Address:** | 6th Floor, Queens House 2 Holly Road |
| **Post code:** | TW1 4EG |
| **Town:** | Twickenham, |
| **Country:** | UNITED KINGDOM |
| **County:** | Middlesex |
| **Correspondence address:** | QSoft Consulting Limited 6th Floor, Queens House 2 Holly Road Twickenham, Middlesex TW1 4EG REINO UNIDO |

## Representative

| | |
|---|---|
| **Name:** | ALEXANDER RAMAGE ASSOCIATES |
| **ID No:** | 10679 |
| **Address:** | 20 High Street |
| **Post code:** | GU21 6BW |
| **Town:** | Woking |
| **Country:** | UNITED KINGDOM |
| **Correspondence address:** | ALEXANDER RAMAGE ASSOCIATES 20 High Street Woking GU21 6BW REINO UNIDO |
| **Telephone:** | 00 44-1483750701 |
| **Fax:** | 00 44-1483740560 |
| **E-mail:** | ⊞ ara@ramage.co.uk |

## Seniority

No entry for application number: 003886256.

---

## Exhibition priority

No entry for application number: 003886256

---

## Priority

No entry for application number: 003886256.

---

## Publication

| | |
|---|---|
| **Bulletin no.:** | ⊞ **2005/011** |
| **Date of publication:** | 14/03/2005 |
| **Part:** | A.1 |
| **Bulletin no.:** | ⊞ **2005/051** |
| **Date of publication:** | 19/12/2005 |
| **Part:** | B.2 |

---

## Opposition

No entry for application number: 003886256.

---

## Cancellation

No entry for application number: 003886256

---

## Appeals

No entry for application number: 003886256.

---

## Recordals

No entry for application number: 003886256

---

## Renewals

No entry for application number: 003886256.

---

◀◀ | ◀ | ▶ | ▶▶ | ⬆

Disclaimer and Copyright I

**ANNEX 2**

`



# Membership Terms and Conditions

These Membership Terms and Conditions apply where You choose to register as a Member of this website (the **"Site"**). This Site and the related gaydar, rainbownetwork, gaydargirls, gaydarradio and mygaydar sites are offered to you (**"Your"/"You"**) by QSoft Consulting Limited (P.O. Box 113, Twickenham TW1 4WY) and its subsidiary companies.

**Please read these Membership Terms and Conditions carefully before registering on the Site as a Member. If You do not agree to these Membership Terms and Conditions, then You SHOULD NOT register as a Member.**

## 1. Acceptance of Membership Terms and Conditions

1.1 By clicking "Accept" to register You will be deemed to have consented to these Membership Terms and Conditions.

1.2 We reserve the right to change or update these Membership Terms and Conditions from time to time (subject to Your termination right pursuant to paragraph 8). Any revisions to these Membership Terms and Conditions will be notified to You the next time that You log on to the Site as a Member.

## 2. Description of Membership and Subscription

2.1 As a Member, You can take advantage of many services on the Site for free. However other areas of the site require payment of a Member subscription. For a full description of the services offered on this Site and the subscription options for Members, please follow and consult the **Benefits of Membership** page.

2.2 Member subscription payments can be made in UK Sterling, Euros or Dollars.

2.3 Please note that any Member subscription paid by You is subject to a minimum contractual period of one month.

2.4 Our VAT number is 809769283.

## 3. Age of Consent

3.1 You must be **18 years or over** to register as a Member. If We discover or have any reason to suspect that You are not over 18 years of age, then We reserve Our right to suspend or terminate Your Membership to this Site immediately and without notice.

## 4. Password Member Name and Security

4.1 Upon registration as a Member, You will select a Password and Member Name that You can use to access Your Member Account and Profile and to log on to the Members' area of the Site.

4.2 You are responsible for maintaining the confidentiality of Your Password and Member Name and are responsible for all activities that occur under them. We do not have the means to check the identity of people using the Members' area of the Site and will not be liable where Your Password or Member Name are used by someone else.

4.3 You agree to notify Us immediately of any unauthorised use of Your Password or Member Name or any other breach of security of which You become aware.

## 5. Your warranties

5.1 You warrant that:

5.1.1 You are over 18 years of age;

5.1.2 all information and details provided by You to Us (including on registration as a Member) are true, accurate and up to date in all respects and at all times (see Our **Privacy Policy** for details on how to update Your personal data); and

5.1.3 You will comply with these Membership Terms and Conditions including, without limitation, the restrictions relating to acceptable use set out at section 6 below.

5.2 You agree to indemnify and hold Us harmless from any claim or damages (including any legal fees in relation to same) made by a third party in respect of any matter in relation to or arising from Your use and Membership arising from any breach or suspected breach of these Membership Terms and Conditions by You or Your violation of any law or the rights of any third party.

## 6. Acceptable Use

**6.1 We support the free flow of information and ideas over the Internet and do not actively monitor use of the Site, including the Members' area under normal circumstances. We seek to balance this aim with Our obligations to other Members and at law however. We do therefore review all profiles entered onto the Site by Members, check instant messages where certain keywords are triggered and log chatroom exchanges in order to ensure compliance with these terms, and to comply with or investigate any enforcement agency or police request or complaints. We also therefore require that You do not:**

6.1.1 say or do anything that would cause annoyance, inconvenience, harassment or needless anxiety to others;

6.1.2 advertise or promote third party or Your own products or services including by way of the distribution of 'spam' mail;

6.1.3 use foul, threatening or offensive language including, without limitation, racist, sexist, ageist, homophobic or sexually explicit language where inappropriate;

6.1.4 make insulting remarks to or about other Members ("flaming");

6.1.5 jump in and out of Site forum rooms ("frogging");

6.1.6 distribute illegal, copyright infringing, indecent or offensive material or any messages or content that may incite disorder or encourage illegal activities or that causes or may cause harm to minors;

6.1.7 impersonate another person or Member;

6.1.8 transfer files that contain viruses, trojans or other harmful programs;

6.1.9 use the Site to conduct any fraudulent activity including any "pyramid scheme"; "ponzi scheme" or "chain letter";

6.1.10 access or attempt to access the accounts of other Members or to penetrate or attempt to penetrate the Site security measures;

6.1.11 have more than one Member Account at any time.

6.2 We may take any or all of the following action at Our discretion:

6.2.1 remove any Member profile (including photographs) or other material that, in Our sole discretion may be inappropriate or We suspect to be illegal, subject Us to liability or which may violate these Membership Terms and Conditions or where required to do so by law;

6.2.2 issue Members with verbal or written warnings and may take such further action as We deem appropriate under this paragraph 6.2 if such warnings are not heeded;

6.2.3 suspend or terminate a Member's access to the Members' area of the Site or a Member's Account without notice at any time;

6.2.4 inform the appropriate authorities and provide them with information regarding any suspected illegal activity; or

6.2.5 bring legal action against a Member or other user of the Site in relation to any breach of these Membership Terms and Conditions or any illegal or suspected illegal activity.

**We will determine what action is appropriate to be taken against a Member on a case by case basis.**

6.3 You acknowledge that We may be required by law or regulation to access, monitor, store or copy material sent by or to Members without further notice to You.

## 7. Cancellation

7.1 Your Membership services commence immediately when You submit Your registration, or subscription. This means that, subject always to Your right to terminate as set out below, You will not be able to cancel the services after this point.

## 8.Termination of Membership

8.1 Subject to paragraph 8.2 below, You can terminate Your Membership at any time by notifying Us at **support@gaydar.co.uk**

8.2 Please note that any Member subscription paid by You is subject to the minimum contractual period of one month. This means that, where You choose to terminate Your Member subscription before the expiry of this period, You will not receive any refund in respect of this minimum contractual period.

8.3 No refunds will be paid by Us where Your Membership is terminated by Us as a consequence of Your breach of these Membership Terms and Conditions.

## 9. Copyright and Other Intellectual Property Rights

9.1 Your use of the Site grants no rights to You in relation to copyright, trade marks or other of Our intellectual property rights or the intellectual property rights of third parties.

9.2 You may not, without limitation, copy, reproduce, republish, download, post, broadcast, record, transmit, commercially exploit, communicate to the public, or otherwise use the content included in or provided via the Site except for Your own personal, non-commercial use. Subject to the above, You may download insubstantial excerpts of this content to Your hard disk for the purpose of viewing it provided that no more than one copy of any information is made.

## 10. Limitation of Liability

10.1 Whilst We will use all reasonable endeavours to correct any errors or omissions as soon as practicable once they have been brought to Our attention, We do not warrant that the Site will be available uninterrupted and in a fully operating condition nor that the information on and provided via the Site will be free from errors or omissions.

10.2 Access to this Site and its contents may be suspended temporarily and without notice in the case of system failure, necessary maintenance or repair or for reasons beyond Our control.

10.3 Save that nothing in this paragraph 10 shall restrict Your statutory rights (including Your right to receive a reasonable standard of service), all content and services on this Site are provided on an 'as is' and 'as available' basis. We do not make any representation or give any warranty in respect of the Site or its content, including, without limitation information provided by or regarding other Members. We can not vet all Member profiles and entries to ensure that they are appropriate or correct. **Any decision made or action taken by You on the basis of information provided on or via the Site is at Your sole discretion and risk.**

10.4 Due to the fact that many technical aspects of the Site and the content provided herein is supplied by or otherwise dependent on third parties, We do not give any warranty as to the accuracy, suitability, reliability, completeness, performance, satisfactory quality, fitness for a particular purpose, or freedom from viruses, or other harmful programs of the content contained in or accessed through this Site.

10.5 We will not be liable for any damages, including indirect or consequential losses and whether in contract, tort (including negligence) or otherwise, arising in connection with any use by You or other Members of the Site that is in

contravention of these Membership Terms and Conditions or is not directly attributable to Our negligence. Where We are liable for direct loss this will be limited to a maximum of the total price of the Member Subscription paid to Us by You in the 6 months prior to the claim.
10.6 Nothing in these Terms and Conditions shall exclude or limit Our liability for death or personal injury caused by Our negligence.

## 11. Security and Privacy

11.1 Your security and those of all Our Members is very important to Us. Please read Our **Privacy Policy** for important information regarding the use of Your personal data and Your rights in relation to this.

## 12. General

12.1 We shall not be liable for any failure for any suspension, or termination of access to the Site or any content arising out of a force majeure event. A force majeure event shall include, without limitation, failure of infrastructure, government intervention, wars, civil commotion, hijacking, fire, flood, accident, storm, strikes, lockouts, terrorist attacks, or industrial action affecting Us or Our suppliers.
12.2 If any of these Membership Terms and Conditions are determined to be illegal, invalid or otherwise unenforceable by reason of law then to the extent and within the jurisdiction in which that term is illegal, invalid or unenforceable, it shall be severed and deleted from these terms and the remaining terms shall survive, remain in full force and effect and continue to be binding and enforceable.
12.3 These Membership Terms and Conditions shall be governed by and interpreted in accordance with the laws of England. Disputes arising in connection with these terms shall be subject to the exclusive jurisdiction of the courts of England and Wales.

## 13. Complaints and Feedback

13.1 If You have any complaints about another Member or any aspect of the Site or if You have any questions or would otherwise like to provide any other feedback, then You can contact Us by emailing: **support@gaydar.co.uk** or writing to us at the address set out at the top of these terms.

**Commercial Membership Terms and Conditions**

Designed by QSoft Consulting Ltd. © 1999-2006 QSoft Consulting Ltd. All rights reserved.

**UNDERTAKINGS**

To:    QSoft Consulting Limited

        c/o Olswang

        90 High Holborn

        London WC1V 6XX

[Date] 2006

Dear Sirs,

**Community Trade Mark Registration No 3804168 in Classes 38 and 41**

**Community Trade Mark Registration No 2127264 in Classes 35, 38 and 42**

**Community Trade Mark Registration No 3886256 in Classes 35, 38, 41 and 45.**

**for the mark GAYDAR in the name of QSoft Consulting Limited**

**Domain names –** www.gaydarboys.net, www.gaydarcams.net **and** www.mygaydar.com

I refer to the letter from your solicitors, Messrs Olswang, to us dated 24 November 2006 ("the Letter").

In consideration of your not commencing proceedings against me for the reasons set out in your Letter I hereby undertake, whether acting on my own behalf, or by employees, servants, agents or any of them howsoever, and whether directly, or indirectly:

1. neither now or at any time in the future to apply a sign (which shall include without limitation GAYDAR or any similar sign) to any services or domain name which would amount to an infringement of the Trade Marks;

2. neither now or at any time in the future to register or apply to register any domain name including the mark GAYDAR or any similar sign.

3. to cease using the domain name listed above;

4. to assign the domain name above and any other domain names incorporating your marks to QSoft Consulting Limited or another company in the same group as requested.

5. to immediately cease sending or instigating the sending of, and shall not in the future send or instigate the sending of, unsolicited emails or other correspondence to Gaydar Users;

6. to immediately cease any membership of your websites, and shall not in the future, without your express written permission, create any profile or new membership on your websites, including but not limited to gaydar.co.uk;

7.  that within 7 days from the signature of these undertakings I shall provide details of all profiles created by me and/or my company on your websites, including but not limited to gaydar.co.uk; and

8.  within 7 days from the signature of these undertakings to provide to you an Affidavit sworn by a properly authorised officer, verifying the correctness of the information supplied under paragraph 7 above and confirming that the obligations imposed by paragraphs 1-7 above have been fully complied with.

Yours faithfully

_____

Mr Teddy Tong

Signed in his personal capacity and for and on behalf of the businesses operated from the websites www.gaydarboys.net, www.gaydarcams.net and www.mygaydar.com.

# Greenberg Traurig

Paul D. McGrady, Jr.
312.456.8426 telephone
312.899.0407 facsimile
mcgradyp@gtlaw.com

**VIA FEDERAL EXPRESS**

Mr. Teddy Tong
Lengting Ave. 14-51
San Francisco, California 94104

-and-

45 10-th ave #19
Princeton, New Jersey 08540

**ALSO VIA EMAIL:**
undoblewsolebeside@yahoo.com;
maneflauntaloud25@yahoo.com;
canvasfaintdiseasedb@yahoo.com
avraam02@yahoo.com

**RE:    QSoft Consulting Limited**
      **Objection to acts of cybersquatting and trademark infringement,**
      **violations of CAN-SPAM, and the Computer Fraud & Abuse Act,**
      **among others all by Teddy Tong**

Dear Mr. Tong:

We represent QSoft Consulting Limited ("QSoft"). As you are aware, QSoft is the owner of GAYDAR and GAYDAR related marks (collectively the "GAYDAR MARKS"). The GAYDAR MARKS are protected via trademark registrations and also at common law. As you are also aware, QSoft is the operator of the <gaydar.co.uk> website and its associated websites. I am writing you on behalf of QSoft because you are the registrant, as well as the administrative and technical contact for the following infringing domain names (collectively, the "Infringing Domains"):

<gaydarboys.net>

<gaydarcams.net>

<myqaydar.com>

ALBANY

AMSTERDAM

ATLANTA

BOCA RATON

BOSTON

CHICAGO

DALLAS

DELAWARE

DENVER

FORT LAUDERDALE

HOUSTON

LAS VEGAS

LOS ANGELES

MIAMI

MILAN*

NEW JERSEY

NEW YORK

ORANGE COUNTY, CA

ORLANDO

PHILADELPHIA

PHOENIX

ROME*

SILICON VALLEY

TALLAHASSEE

TOKYO*

TYSONS CORNER

WASHINGTON, D.C.

WEST PALM BEACH

ZURICH

*Strategic Alliances
Tokyo-Office/Strategic Alliance

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 2500 | Chicago, IL 60601 | Tel 312.456.8400 | Fax 312.456.8435

www.gtlaw.com

Mr. Teddy Tong
May 30, 2007
Page 2

The above mentioned unauthorized activity by you violates QSoft's exclusive rights in its famous marks under the federal Lanham Act under Title 15 of the United States Code, Section 1125, among others, and applicable state law. Others are likely to be deceived and to mistakenly assume that there is a common source or origin, affiliation or sponsorship of you based upon your misuse through unauthorized registration and use of a domain name containing the GAYDAR MARKS. This misuse also blurs and tarnishes the distinctive character of the GAYDAR MARKS, and constitutes cybersquatting and cyberpiracy under the U.S. federal Anti-Cybersquatting Consumer Protection Act. Your violation of these laws has exposed you to liability of up to $100,000 per domain name registered, as well as liability for treble the profits which you have wrongfully obtained or treble the damages QSoft has suffered through your acts of trademark infringement.

Further, it has come to our client's attention that you have registered multiple accounts on gaydar.co.uk and that you have used these accounts in conjunction with the Infringing Domains and at least one other domain name (<myrealjocks.com>) to send a large number of unsolicited messages to Gaydar Members via private chat rooms ("Spam"). These messages advertise and link Gaydar Members to your various websites which consist of pornographic advertisements for a competing online community, <www.ifriends.com>.

This unauthorized activity by you violates the federal Can-Spam Act, 15 U.S.C. § 7701 et seq., prohibiting the transmission of unsolicited commercial electronic messages. Also, because your activities are unauthorized and in clear violation of the Gaydar Website Terms of Use, your activities violate the federal Computer Fraud and Abuse Act prohibiting unauthorized access to computers.

Further, your activities constitute a breach of contract under the terms and conditions of the <gaydar.co.uk> website. As you are keenly aware, prior to using any Gaydar services, including the Gaydar chat room and private chat service, you agreed to comply with the Gaydar Website Terms of Use. Specifically, the Gaydar Website Terms of Use include the following relevant provisions:

6.1    We also therefore require that You do not:
6.1.1  say or do anything that would cause annoyance, inconvenience, harassment or needless anxiety to others;
6.1.2  advertise or promote third party or Your own products or services including by way of the distribution of spam mail;
6.1.5  jump in and out of Site forum rooms ("frogging');
6.1.11 have more than one Member Account at any time.

By engaging in the conduct described above, you have breached each of these obligations.

Mr. Teddy Tong
May 30, 2007
Page 3

Accordingly, on behalf of QSoft, we now formally demand that you promptly do the following to resolve this matter:

1.    Provide a written undertaking that you, and any and all parties acting in concert with you, will forever cease and desist from all use of the GAYDAR MARKS and any marks confusingly similar to such marks;

2.    Promptly unlock, provide us with the Authorization Codes, and a consent to an electronic transfer request for each of the Infringing Domains;

3.    Provide a written undertaking that you, and any and all parties acting in concert with you, will forever cease and desist from access to and use of the <gaydar.co.uk> website and any related websites, including but not limited to acts of transmitting Spam;

4.    Provide an accounting to us of all your profits related to these activities;

5.    Provide us with a written, full description of your activities including the name and full contact information of all parties acting in concert with you and a description of their involvement in your activities; and

6.    Provide us with your written and reasonable proposal for payment from you to our client of a reasonable amount to compensate our client for its damages resulting from your activities.

To prepare for the contingency of litigation, you are directed to retain all documents and all electronically-stored information (including, without limitation, all electronic information stored or residing on or in e-mail files, web logs, database files, file servers, zip drives, and back-up tapes) related to this matter and to notify any other entities involved in your activities, to do the same.   Such parties include but are not limited to your hosting provider(s), your registrar(s), all parties who appear on your websites, and all parties whose goods or services your website promote.

This letter is written without prejudice to any claim for damages or other relief that our client may have in the event that litigation against you might prove necessary. The foregoing is not a complete statement of the facts or of our client's position or potential claims or causes of action against you, and our

Mr. Teddy Tong
May 30, 2007
Page 4

client specifically reserves all of its rights and remedies relating to your activities. Kindly let us hear from you by <u>Tuesday, June 5, 2007</u>.

Very truly yours,

Paul D. McGrady, Jr.
GREENBERG TRAURIG LLP

JBE

# SEALED

# DOCUMENT

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

07 - 3 9 1

Civil Action No. _____

## ACKNOWLEDGMENT
## OF RECEIPT FOR AO FORM 85

### *NOTICE OF AVAILABILITY OF A*
### *UNITED STATES MAGISTRATE JUDGE*
### *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___2___ COPIES OF AO FORM 85.

_____06/12/07_____
(Date forms issued)

_____
(Signature of Party or their Representative)

_____Ryan McLaughlin_____
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action

JS 44   (Rev. 11/04)   **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a)   PLAINTIFFS | DEFENDANTS |
|---|---|
| QSoft Consulting Limited | Teddy Tong and tdtong ltd. |

**(b)** County of Residence of First Listed Plaintiff   Middlesex County, United Kingdom
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed   Mercer County, New Jersey
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Donald Detweiler, Esq.
Greenberg Traurig, LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
302-661-7000

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- [ ] 1   U.S. Government Plaintiff
- [ ] 2   U.S. Government Defendant
- [x] 3   Federal Question (U.S. Government Not a Party)
- [ ] 4   Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance<br>[ ] 120 Marine<br>[ ] 130 Miller Act<br>[ ] 140 Negotiable Instrument<br>[ ] 150 Recovery of Overpayment & Enforcement of Judgment<br>[ ] 151 Medicare Act<br>[ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>[ ] 153 Recovery of Overpayment of Veteran's Benefits<br>[ ] 160 Stockholders' Suits<br>[ ] 190 Other Contract<br>[ ] 195 Contract Product Liability<br>[ ] 196 Franchise | **PERSONAL INJURY**<br>[ ] 310 Airplane<br>[ ] 315 Airplane Product Liability<br>[ ] 320 Assault, Libel & Slander<br>[ ] 330 Federal Employers' Liability<br>[ ] 340 Marine<br>[ ] 345 Marine Product Liability<br>[ ] 350 Motor Vehicle<br>[ ] 355 Motor Vehicle Product Liability<br>[ ] 360 Other Personal Injury | **PERSONAL INJURY**<br>[ ] 362 Personal Injury— Med. Malpractice<br>[ ] 365 Personal Injury — Product Liability<br>[ ] 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>[ ] 370 Other Fraud<br>[ ] 371 Truth in Lending<br>[ ] 380 Other Personal Property Damage<br>[ ] 385 Property Damage Product Liability | [ ] 610 Agriculture<br>[ ] 620 Other Food & Drug<br>[ ] 625 Drug Related Seizure of Property 21 USC 881<br>[ ] 630 Liquor Laws<br>[ ] 640 R.R. & Truck<br>[ ] 650 Airline Regs.<br>[ ] 660 Occupational Safety/Health<br>[ ] 690 Other | [ ] 422 Appeal 28 USC 158<br>[ ] 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>[ ] 820 Copyrights<br>[ ] 830 Patent<br>[x] 840 Trademark | [ ] 400 State Reapportionment<br>[ ] 410 Antitrust<br>[ ] 430 Banks and Banking<br>[ ] 450 Commerce<br>[ ] 460 Deportation<br>[ ] 470 Racketeer Influenced and Corrupt Organizations<br>[ ] 480 Consumer Credit<br>[ ] 490 Cable/Sat TV<br>[ ] 810 Selective Service<br>[ ] 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | **SOCIAL SECURITY** | |
| [ ] 210 Land Condemnation<br>[ ] 220 Foreclosure<br>[ ] 230 Rent Lease & Ejectment<br>[ ] 240 Torts to Land<br>[ ] 245 Tort Product Liability<br>[ ] 290 All Other Real Property | [ ] 441 Voting<br>[ ] 442 Employment<br>[ ] 443 Housing/ Accommodations<br>[ ] 444 Welfare<br>[ ] 445 Amer. w/Disabilities - Employment<br>[ ] 446 Amer. w/Disabilities - Other<br>[ ] 440 Other Civil Rights | [ ] 510 Motions to Vacate Sentence<br>**Habeas Corpus:**<br>[ ] 530 General<br>[ ] 535 Death Penalty<br>[ ] 540 Mandamus & Other<br>[ ] 550 Civil Rights<br>[ ] 555 Prison Condition | [ ] 710 Fair Labor Standards Act<br>[ ] 720 Labor/Mgmt. Relations<br>[ ] 730 Labor/Mgmt.Reporting & Disclosure Act<br>[ ] 740 Railway Labor Act<br>[ ] 790 Other Labor Litigation<br>[ ] 791 Empl. Ret. Inc. Security Act | [ ] 861 HIA (1395ff)<br>[ ] 862 Black Lung (923)<br>[ ] 863 DIWC/DIWW (405(g))<br>[ ] 864 SSID Title XVI<br>[ ] 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>[ ] 870 Taxes (U.S. Plaintiff or Defendant)<br>[ ] 871 IRS—Third Party 26 USC 7609 | [ ] 875 Customer Challenge 12 USC 3410<br>[ ] 890 Other Statutory Actions<br>[ ] 891 Agricultural Acts<br>[ ] 892 Economic Stabilization Act<br>[ ] 893 Environmental Matters<br>[ ] 894 Energy Allocation Act<br>[ ] 895 Freedom of Information Act<br>[ ] 900 Appeal of Fee Determination Under Equal Access to Justice<br>[ ] 950 Constitutionality of State Statutes |

**V. ORIGIN** (Place an "X" in One Box Only)

- [x] 1   Original Proceeding
- [ ] 2   Removed from State Court
- [ ] 3   Remanded from Appellate Court
- [ ] 4   Reinstated or Reopened
- [ ] 5   Transferred from another district (specify)
- [ ] 6   Multidistrict Litigation
- [ ] 7   Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
18 U.S.C. Section 1030, 15 U.S.C. Section 7701, 15 U.S.C. Section 1125

Brief description of cause:
Action to enjoin Defendants from continuing their ongoing transmission of unsolicited electronic messages that promote pornography and competing online services.

**VII. REQUESTED IN COMPLAINT:**
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

DEMAND $ Preliminary injunction and actional damages

CHECK YES only if demanded in complaint:
JURY DEMAND:   [ ] Yes   [x] No

**VIII. RELATED CASE(S) IF ANY**
(See instructions.)   JUDGE _____   DOCKET NUMBER _____

DATE   6/19/07   SIGNATURE OF ATTORNEY OF RECORD   _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

American LegalNet, Inc.   www.USCourtForms.com