## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QSOFT CONSULTING LIMITED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No._____ (    ) |
| | ) |
| TEDDY TONG and TDTONG LTD., | ) |
| | ) |
| Defendants. | ) |

### PLAINTIFF QSOFT CONSULTING LIMITED'S
### MOTION FOR PRELIMINARY INJUNCTION

Plaintiff QSoft Consulting Limited ("QSoft"), by and through its undersigned attorneys, hereby moves (the "Motion") this Court pursuant to Rule 65(a) of the Federal Rules of Civil Procedure, for an order granting QSoft's Motion and issuing a preliminary injunction against defendants Teddy Tong ("Tong") and tdtong ltd. (collectively, "Defendants"). In support of this Motion, QSoft incorporates its Memorandum of Law in Support of Plaintiff QSoft's Motion for Preliminary Injunction (the "Memorandum") filed concurrently herewith this Motion, and further states as follows:

1.      QSoft is the world's leading provider of online gay and lesbian oriented services. QSoft owns and operates several online communities where QSoft members can meet, chat, or access other Internet-based services. Since November 2006 and continuing through the date of filing, QSoft has been receiving complaints from its members about being targeted by recurring, unsolicited commercial messages. These unsolicited messages are being sent by Tong and promote websites, which are registered to Defendants, and which offer services in direct competition with QSoft's online services and infringe on QSoft's protected GAYDAR mark.

2.      Concurrently with this Motion, QSoft filed its Verified Complaint against Defendants seeking relief under the Controlling the Assault of Non-Solicited Pornography and Marketing Act, 15 U.S.C. § 7701 et. seq (the "CAN-SPAM Act"), the Computer Fraud and Abuse Act, 18 U.S.C.§ 1020 et. seq, the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125 ("ACPA"), Section 43(c) of the Lanham Act, 15 U.S.C. § 1125, and Delaware's Deceptive Trade Practice Act, 6 Del. C. § 2531 et. seq. The Verified Complaint also asserts common law trespass to chattel, breach of contract and trademark infringement and unfair competition claims against Defendants.

3.      QSoft is seeking a preliminary injunction under the CAN-SPAM Act and the ACPA to:

(a)  enjoin the Defendants from spamming QSoft members with unsolicited commercial messages; and

(b)  enjoin Defendants' infringing use of QSoft's protected marks through acts of cybersquatting by transferring the infringing domain names to QSoft.

4.      As fully set forth in the accompanying Memorandum, QSoft is likely to succeed on the merits of each of its claims against the Defendants and without the requested relief, QSoft will suffer irreparable harm.  If granted, the requested relief will not result in harm to the Defendants.  Furthermore, the public interest favors granting QSoft the relief requested.

WHEREFORE, QSoft respectfully requests that this Court grant the Motion and enter a preliminary injunction against Defendants Teddy Tong and tdtong ltd.,

(1)     enjoining the Defendants from spamming QSoft members,

(2)     enjoining Defendants from continuing to use the infringing domain names,

(3)     ordering the Defendants to transfer the infringing domain names to QSoft,

*DEL 86185024v4*

(4)    awarding QSoft its attorneys' fees and costs incurred in bringing this action, and

(5)    awarding QSoft any and all other relief that the Court deems necessary and just.

Dated:  June 19, 2007

**GREENBERG TRAURIG, LLP**

Donald J. Detweiler (I.D. #3087)
Sandra G. M. Selzer (I.D. #4283)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
302-661-7000
*detweilerd@gtlaw.com*
*selzers@gtlaw.com*

-and-

Paul D. McGrady
Anthony L. Abboud
Paul A. Del Aguila
Jason B. Elster
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
312-456-8400

Attorneys for QSoft Consulting Limited

- 3 -

*DEL 86185024v4*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QSOFT CONSULTING LIMITED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No._____ (    ) |
| | ) |
| TEDDY TONG and TDTONG LTD., | ) |
| | ) |
| Defendants. | ) |

## PRELIMINARY INJUNCTION ORDER

This matter having come before the Court on Plaintiff QSoft Consulting Limited's Motion For Preliminary Injunction (the "Motion"); notice of the Motion having been served upon the defendants Teddy Tong and tdtong ltd. (collectively, the "Defendants"); and, after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED that Defendants are enjoined from directly or indirectly sending or transmitting any unsolicited commercial messages to any Internet or QSoft user including, but not limited to, any such message that references in any way GAYDAR or any of the GAYDAR websites for a commercial purpose.

IT IS FURTHER ORDERED that Defendants are enjoined from using, linking, selling, exercising control over, or otherwise owning the Infringing Domain Names <gaydarboys.net>, <gaydarcams.net>, <myqaydar.com>, or any other domain name or trademark or service mark that incorporates, in whole or in part, QSoft's GAYDAR mark.

IT IS FURTHER ORDERED that Defendants transfer ownership of the Infringing Domain Names <gaydarboys.net>, <gaydarcams.net> and <myqaydar.com> to Plaintiff.

Dated: _____, 2007

_____
Judge, United States District Court