# Greenberg Traurig

Sandra G. M. Selzer
Tel. 302.661.7000
Fax 302.661.7171
selzers@gtlaw.com

**VIA HAND DELIVERY**

Mr. Peter T. Dalleo
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re:   <u>QSoft Consulting Limited v. Teddy Tong,</u> *et al.*

Dear Mr. Dalleo:

On June 19, 2007, QSoft Consulting Limited ("QSoft") filed its Verified Complaint against Defendants Teddy Tong and tdtong ltd. (collectively "Defendants") seeking relief under the Controlling the Assault of Non-Solicited Pornography and Marketing Act, 15 U.S.C. § 7701 et. seq (the "CAN-SPAM Act"), the Computer Fraud and Abuse Act, 18 U.S.C.§ 1020 et. seq, the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125 ("ACPA"), Section 43(c) of the Lanham Act, 15 U.S.C. § 1125, and Delaware's Deceptive Trade Practice Act, 6 Del. C. § 2531 et. seq. The Verified Complaint also asserts common law trespass to chattel, breach of contract, and trademark infringement and unfair competition claims against Defendants.

In addition to its Verified Complaint, QSoft filed a Motion for Preliminary Injunction and a Motion for Leave to File Certain Exhibits in Support of Its Verified Complaint and Its Motion for Preliminary Injunction Under Seal. By its Motion for Preliminary Injunction, QSoft seeks to enjoin Defendants from spamming QSoft members with unsolicited commercial messages and to enjoin Defendants' infringing use of QSoft's protected marks through acts of cybersquatting by transferring the infringing domain names to QSoft. Furthermore, by its Motion for Leave to File Certain Exhibits Under Seal, QSoft seeks to seal certain exhibits that that (a) contain the private information of third-parties, namely QSoft's customers, or (b) are sexually explicit in nature, in order to protect third party confidential information from further public disclosure and to prevent dissemination of pornographic materials via the Court's docket.

Counsel for QSoft is available should the Court have questions or concerns.

Respectfully,

*[signature]*

Sandra G. M. Selzer

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
BRUSSELS*
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME*
SACRAMENTO
SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO*
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH
*Strategic Alliance
Tokyo-Office/Strategic Alliance

Greenberg Traurig, LLP | Attorneys at Law | The Nemours Building | 1007 North Orange Street | Suite 1200 | Wilmington, DE 19801
DEL 86185591v1                                                 Tel 302.661.7000 | Fax 302.661.7360                                         www.gtlaw.com