UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

QSOFT CONSULTING LIMITED,          :
                                   :
            Plaintiff,             :
                                   :
     v.                            :   Civil Action No. 07-391-JJF
                                   :
TEDDY TONG and TDTONG LTD.,        :
                                   :

O R D E R

WHEREAS, Plaintiff filed a Motion For Preliminary Injunction in the above-captioned action;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1.   A Preliminary Injunction Hearing will be held on **Wednesday, July 11, 2007** at **1:00 p.m.** in Courtroom 4B, 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2.   Defendants' Answer Brief to Plaintiff's Motion For Preliminary Injunction shall be filed by **Tuesday, July 3, 2007**.

3.   Plaintiff's Reply Brief shall be filed by **Monday, July 9, 2007**.

June 22, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE