# UNITED STATES DISTRICT COURT

_____ District of Delaware

QSOFT CONSULTING LIMITED,

**SUMMONS IN A CIVIL ACTION**

V.

TEDDY TONG and TDTONG, LTD.

CASE NUMBER: 07-

07-391

TO: (Name and address of Defendant)
TDTONG, LTD.
45 10th Ave # 19
Princeton, New Jersey  08540

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Donald Detweiler, Esq.
Greenberg Traurig, LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 8/01) Summons in a Civil Action

PETER T. DALLEO

CLERK

_[signature]_

(By) DEPUTY CLERK

JUN 1 9 2007

DATE

American LegalNet, Inc.
www.FormsWorkflow.com

• AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 6/21/07 |

| NAME OF SERVER (PPJNT) | TITLE |
|---|---|
| KEVIN DUNN | SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: TDTONG, LTD C/O THE DELAWARE SECRETARY OF STATE  TOWNSEND BLDG. DOVER, DE  COPIES THEREOF WERE ACCEPTED BY KAREN CHARBANEAU

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/21/07
                Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.