COURT OF THE STATE OF

COUNTY OF

_____

QSOFT CONSULTING LIMITED                                    Index No. 07-391

           -against-

TEDDY TONG & TDTONG, LTD

_____

State of Delaware
County of New Castle                  SS.:

## DECLARATION OF REASONABLE DILIGENCE

GOLDIE DUNN_____, the undersigned am and was on the dates herein mentioned, over the age of eighteen years, a resident of the State of Delaware and not a party to this action. I received the within  SUMMONS & COMPLAINT____  for service on  TEDDY TONG & TDTONG, LTD_____ and that after due search, care inquiry and diligent attempts at the:

(x  ) -Dwelling House          (   ) -Usual Place of Abode          (   ) -Place of Business, I have been unable to make delivery of said process on the within named defendant / witness. I further say that I attempted to serve the within process on the following dates and at the times indicated:  6/21/07_____     _____     _____

_____     _____     _____

45 10TH AVE. # 19  PRINCETON, NJ  08540

PROCESS IS BEING RETURNED WITHOUT SERVICE FOR THE FOLLOWING REASONS:

NOT FOUND:
(      ) -Moved, Forwarding address unknown.
(      ) -Unknown at address.
(      ) -incorrect place for service.
(XX  ) -No such address.
(      ) -Other:

NON-SERVICE
(      ) -Party is evading Service.
(      ) -Party could not be served within the prescribed time before hearing date ADDRESS DOES NOT EXIST
(XX  ) -Other. PER POST OFFICE & MAPQUEST & PROCESS SERVER IN NEW JERSEY ALSO TDTONG, LTD NOT REG. WITH STATE OF NJ

Sworn to before me this  22ND

     day of  JUNE  2007

_____          _____

GOLDIE DUNN


**UNITED STATES**
**POSTAL SERVICE.**

USPS Home  |  FAQs

**ZIP Code Lookup**

| Search By Address » | Search By City » | Search By Company » | Find All Cities in a ZIP Code™ » |

**Find a ZIP Code by entering an address.**
(You can also search for a partial address, such as "Main Street, Fairfax, VA.")

We're sorry! We were unable to process your request.

The address was not found. Please check the address below.
You may want to utilize the Yellow Pages and/or White Pages below.

* Required Fields

| | |
|---|---|
| * Address 1 | 45 10TH AVE # 19 |
| Address 2 | _____ Apt, floor, suite, etc. |
| * City | PRINCETON |
| * State | NJ   Find state abbreviation |
| ZIP Code | 08540 |

( Submit > )

**Related Links**

Address Information
Services (AIS) Product
Standardize your address
database or find detailed
address information.

Web Tools
Access online tools
to verify addresses,
calculate postage,
and more.

Get Maps Online
Boost your business
with customized maps
and reports.

**Business or**
**Residence Lookup**

Yellow Pages
Find a business nationwide.
White Pages
Find a residence nationwide.

*powered by* **Switchboard**

Site Map   Contact Us   Forms   Gov't Services   Jobs   |   National & Premier Accounts

Copyright © 1999-2005 USPS. All Rights Reserved. Terms of Use   Privacy Policy   NoFEAR Act EEO Data


Postal Inspectors
Preserving the Trust


Inspector General
Promoting Integrity