COURT OF THE STATE OF _____
COUNTY OF _____

QSOFT CONSULTING LIMITED

Index No. 07-391

-against-

TEDDY TONG & TDTONG, LTD

State of Delaware
County of New Castle        SS.:

## DECLARATION OF REASONABLE DILIGENCE

_____GOLDIE DUNN_____, the undersigned am and was on the dates herein mentioned, over the age of eighteen years, a resident of the State of Delaware and not a party to this action. I received the within  SUMMONS & COMPLAINT  for service on  TEDDY TONG & TDTONG, LTD  and that after due search, care inquiry and diligent attempts at the:

( X ) -Dwelling House        ( ) -Usual Place of Abode        ( ) -Place of Business,

I have been unable to make delivery of said process on the within named defendant / witness. I further say that I attempted to serve the within process on the following dates and at the times indicated:

6/21/07

LENGTING AVE. 14-51 SAN FRANCISCO, CA

PROCESS IS BEING RETURNED WITHOUT SERVICE FOR THE FOLLOWING REASONS:

NOT FOUND:
( ) -Moved, Forwarding address unknown.
( ) -Unknown at address.
( ) -incorrect place for service.
(XX) -No such address.
( ) -Other:

NON-SERVICE
( ) -Party is evading Service.
( ) -Party could not be served within the prescribed time before hearing date ADDRESS DOES NOT EXIST
(XX) -Other. PER POST OFFICE & MAPQUEST & PROCESS SERVER IN CALIF. ALSO TDTONG, LTD NOT REG. WITH STATE OF CA

Sworn to before me this  22ND
   day of  JUNE 2007

*Goldie Dunn*

GOLDIE DUNN



USPS Home | FAQs

**ZIP Code Lookup**

**Search By Address** >> | Search By City >> | Search By Company >> | Find All Cities in a ZIP Code™ >>

**Find a ZIP Code by entering an address.**
(You can also search for a partial address, such as "Main Street, Fairfax, VA.")

We're sorry! We were unable to process your request.

The address was not found. Please check the address below.
You may want to utilize the Yellow Pages and/or White Pages below.

* Required Fields

* Address 1: LENGTING AVE. 14-51
Address 2: _____ Apt, floor, suite, etc.
* City: SAN FRANCISCO
* State: CA    Find state abbreviation
ZIP Code: 08540

( Submit > )

**Related Links**

Address Information Services (AIS) Product
Standardize your address database or find detailed address information.

Web Tools
Access online tools to verify addresses, calculate postage, and more.

Get Maps Online
Boost your business with customized maps and reports.

**Business or Residence Lookup**

Yellow Pages
Find a business nationwide.
White Pages
Find a residence nationwide.

powered by Switchboard

Site Map | Contact Us | Forms | Gov't Services | Jobs | National & Premier Accounts

Copyright © 1999-2005 USPS. All Rights Reserved.  Terms of Use   Privacy Policy   NoFEAR Act EEO Data

 Postal Inspectors
Preserving the Trust

 Inspector General
Promoting Integrity



USPS Home | FAQs

**ZIP Code Lookup**

Search By Address » | Search By City » | Search By Company » | Find All Cities in a ZIP Code™ »

**Find a ZIP Code by entering an address.**
(You can also search for a partial address, such as "Main Street, Fairfax, VA.")

We're sorry! We were unable to process your request.

The address was not found. Please check the address below.
You may want to utilize the Yellow Pages and/or White Pages below.

* Required Fields

* Address 1: LENGTING AVE
Address 2: [ ] Apt, floor, suite, etc.
* City: SAN FRANCISCO
* State: CA    Find state abbreviation
ZIP Code: [ ]

Submit >

**Related Links**

Address Information Services (AIS) Product
Standardize your address database or find detailed address information.

Web Tools
Access online tools to verify addresses, calculate postage, and more.

Get Maps Online
Boost your business with customized maps and reports.

**Business or Residence Lookup**

Yellow Pages
Find a business nationwide.
White Pages
Find a residence nationwide.

powered by Switchboard

Site Map | Contact Us | Forms | Gov't Services | Jobs | National & Premier Accounts

Copyright © 1999-2005 USPS. All Rights Reserved. Terms of Use   Privacy Policy   NoFEAR Act EEO Data

 Postal Inspectors
Preserving the Trust

 Inspector General
Promoting Integrity