IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QSOFT CONSULTING, LIMITED | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-cv-391 (JJF) |
| | ) | |
| TEDDY TONG and TDTONG LTD. | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING QSOFT CONSULTING LIMITED'S EXPEDITED
MOTION FOR LEAVE TO EFFECTUATE SERVICE VIA ELECTRONIC MAIL**

This matter having come before the Court on plaintiff QSoft Consulting Limited's Expedited Motion For Leave To Effectuate Service Via Electronic Mail, and, after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED that Plaintiff is granted leave to serve the Summons, Verified Complaint, Motion for Preliminary Injunction, Motion to Seal and Scheduling Order on Defendants Teddy Tong and tdtong ltd via electronic mail upon Defendants' known internet and e-mail addresses and domain sites.

Dated: June 26, 2007

_____
Honorable Joseph J. Farnan, Jr.
United States District Judge