IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QSOFT CONSULTING, LIMITED, <br><br> Plaintiff, <br><br> v. <br><br> TEDDY TONG and TDTONG LTD., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 07-cv-391 (JJF) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

I, Sandra G. M. Selzer, being duly sworn according to law, deposes and says that she is employed by Greenberg Traurig, LLP, which is counsel for the Plaintiff, QSoft Consulting, Limited in the above-captioned action, and that on the 3rd day of July 2007, pursuant to the *Order Granting QSoft Consulting Limited's Expedited Motion for Leave to Effectuate Service Via Electronic Mail*, dated June 26, 2007, she directed copies of the following to be served via email:

- *Civil Cover Sheet to Complaint*;
- *Motion for Preliminary Injunction*;
- *Memorandum of Law in Support Motion for Preliminary Injunction*;
- *Motion for Leave to File Under Seal*;
- *Letter from Sandra Selzer regarding Filing Complaint and Motion for Preliminary Injunction*;
- *Summonses*; and
- *Order Setting Preliminary Injunction Hearing*

upon the following:

avraam02@yahoo.com; canvasfaintdiseased@yahoo.com; maneflauntaloud25@yahoo.com; and undoblewsolebeside@yahoo.com

as evidenced by the authenticated receipts attached hereto.

Dated: July 6, 2007

Sandra G. M. Selzer (No. 4283)
GREENBERG TRAURIG, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
302-661-7000 - Telephone
302-661-7360 - Facsimile

# RECEIPT AUTHENTICATION™

PROOF OF SENDING, DELIVERY AND CONTENT™     RPOST® REGISTERED E-MAIL®

The receipt you have submitted to our system is valid and proves the delivery results displayed below.

** A copy of the original message is attached. **

## Delivery Status

| Address | Status | Details | Delivered (UTC) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| ElsterJ@gtlaw.com | Opened | HTTP | 7/3/2007 5:10:23 PM | 7/3/2007 12:10:23 PM(-500) | 7/3/2007 12:14:01 PM(-500) |
| avraam02@yahoo.com | Delivered to Mailserver | Delivered to f.mx.mail.yahoo.com | 7/3/2007 5:10:28 PM | 7/3/2007 12:10:28 PM(-500) | |
| canvasfaintdiseased@yahoo.com | Delivered to Mailserver | Delivered to g.mx.mail.yahoo.com | 7/3/2007 5:10:36 PM | 7/3/2007 12:10:36 PM(-500) | |
| maneflauntaloud25@yahoo.com | Delivered to Mailserver | Delivered to b.mx.mail.yahoo.com | 7/3/2007 5:12:15 PM | 7/3/2007 12:12:15 PM(-500) | |
| undoblewsolebeside@yahoo.com | Delivered to Mailserver | Delivered to b.mx.mail.yahoo.com | 7/3/2007 5:12:06 PM | 7/3/2007 12:12:06 PM(-500) | |

## Message Envelope

| | |
|---|---|
| FROM: | ElsterJ@gtlaw.com<ElsterJ@gtlaw.com> |
| SUBJECT: | Service of legal process pursuant to court order |
| TO: | avraam02@yahoo.com<br>canvasfaintdiseased@yahoo.com<br>maneflauntaloud25@yahoo.com |

7/6/2007

| | |
|---|---|
| CC: | undoblewsolebeside@yahoo.com |
| BCC: | ElsterJ@gtlaw.com |
| Network ID: | <63B2236C08279846A87B8F5DA27CA5230658EE27@CHI-EXCH01.gtlaw.com> |
| Received: | 7/3/2007 5:08:38 PM(UTC) |
| Client Code: | |

Note: The Registered E-mail ® message associated with this Registered Receipt™ e-mail was sent using the "Register Reply" feature. Replies to the message will be returned via a Registered E-mail™ message.

| Message ID | File size |
|---|---|
| 79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28AD | 4074119 |

**Attachments**

| File name | File size |
|---|---|
| Letter.pdf | 851055 |
| Civil Cover Sheet.pdf | 486914 |
| Motion for Leave to File Under Seal with Order.pdf | 1230621 |
| Summons Tong (NJ).pdf | 369864 |
| Summons Tong (CA).pdf | 371430 |
| Summons TDTong (NJ).pdf | 373948 |
| Summons TDTong Ltd (CA).pdf | 362772 |
| Scheduling Order.PDF | 22839 |

**Delivery Audit Trail**

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 Catch you later/ 07/03/0 7 10:09:54 Opening Socket/ Connecting to: mx2.gtlaw.com/ 220 MX2.GT LAW.COM ESMTP / EHLO trans1.els.rpost.net/ 250-MX2.GTLAW.COM/ 250-PIPE LINING/ 250-SIZE 28866663/ 250-ETRN/ 250-STARTTLS/ 250 8BITMIME/ MAIL FROM:<rcpt79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28AD-1@rpost.net>/ RCPT TO:<ElsterJ@gtlaw.com>/ DATA/ 250 Ok250 Ok354 End data wit h <CR><LF><CR><LF>127621579-2200772317954559@ trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.c om"<ElsterJ@gtlaw.com"<79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28AD-1read@rpost.net>/ R eply-To: "ElsterJ@gtlaw.com" <ElsterJ@reg307031049956.rpost.org>/ TO: "avraam02@yahoo.com", "maneflauntaloud2 5@yahoo.com", "undoblewsolebes ide@yahoo.com", "canvasfaintdiseased @yahoo.com"/ From: ElsterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Disposition- Notification-To: "ElsterJ@gtlaw.c om"<79B89AC67B2A3713EFA86CD2F2D98A 1E9FEF28AD-1read@rpost.net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.c om"<79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28AD-1read@rpost.net>/ X RPost-ID: 79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28AD/ "ElsterJ@gtlaw.co m" <ElsterJ@gtlaw.com>/ Subject: (R)egistered: Service of legal process pursuant to court order / Sending Message Body. / 250 Ok: queu ed as 44E5A50DVC/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 Closing connection./ 07/ 03/07 10:10:02 Opening Socket./ Connecting to: f.mx.mail.yahoo.com/ 220 mta282.mail.mud.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.e ls.rpost.net/ 250-mta282.mail.mud.yahoo.com/ 250-8BITMIME/ 250-SIZE 31 981568/ 250 PIPELINING/ MAIL FROM:<rcpt79B89AC67B2A3713EFA86CD2F2D9 8A1E9FEF28AD-2@rpost.net>/ RCPT TO:<avraam02@yahoo.com>/ DATA / 250 sender <rcpt79b89ac67b2a3713efa86cd2f2d98a1e9fef28ad-2@rpost. net> ok250 recipient <avraam02@yahoo.com> ok354 go ahead15173 3297-22007723171103387@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"<79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28AD- 2read@rpost.net>/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@reg30703 1058957.rpost.org>/ TO: "undoblewsolebeside@yahoo.com" <undoble wsolebeside@yahoo.com>, "maneflauntaloud25@yahoo.com", "canvasfain tdiseased@yahoo.com>/ CC: "ElsterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com"<79B89 AC67B2A3713EFA86CD2F2D98A1E9FEF28AD-2read@rpost.net>/ X-Confirm-Rea ding-to: "ElsterJ@gtlaw.com"<79B89AC67B2A3713EFA86CD2F2D98A1E9FE F28AD/ To: "avraam02@yahoo.com" <avraam02@yahoo.com>/ Subject: 79B89AC67B2A3713EFA86CD2F2D98A1E9FE F28AD/ To: "avraam02@yahoo.com" <avraam02@yahoo.com>/ Subject: (R)egistered: Service of legal process pursuant to court order / Sending Message Body. / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 Closing connection./ 07/ 03/07 10:10:02 Opening Socket./ Connecting to: g.mx.mail.yahoo.com/ 220 mta462.mail.mud.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.e ls.rpost.net/ 250-mta462.mail.mud.yahoo.com/ 250-8BITMIME/ 250-SIZE 31 981568/ 250 PIPELINING/ MAIL FROM:<rcpt79B89AC67B2A3713EFA86CD2F2D9 8A1E9FEF28AD-3@rpost.net>/ RCPT TO:<canvasfaintdiseased@yahoo.co m>/ DATA/ 250 sender <rcpt79b89ac67b2a3713efa86cd2f2d98a1e9fef28 ad-3@rpost.net> ok250 recipient <canvasfaintdiseased@yahoo.com&g t; ok354 go ahead309974246-22007723171101312@trans1.els.rpost.netX-Prio rity. 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"<79B89AC67B2A3713EFA 86CD2F2D98A1E9FEF28AD-3read@rpost.net>/ Reply-To: "ElsterJ@gtlaw.co m"<ElsterJ@reg307031058958.rpost.org>/ TO:"avraam02@yahoo.com", "undoblewsolebeside@yahoo.com" <undoble wsolebeside@yahoo.com>, "maneflauntaloud25@yahoo.com>/ CC: "ElsterJ@gtlaw.com&gt;/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>/ Sender: ElsterJ @gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com"<79B89A C67B2A3713EFA86CD2F2D98A1E9FEF28AD-3read@rpost.net>/ X-Confirm-Read ing-to: "ElsterJ@gtlaw.com"<79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28A D-3read@rpost.net>/ XRPost-ID: 79B89AC67B2A3713EFA86CD2F2D98A1E9FEF 28AD/ To: "canvasfaintdiseased@yahoo.com" <canvasfaintdiseased@yaho o.com>/ Subject: (R)egistered: Service of legal process pursuant to court order / Sending Message Body. / 554 delivery error: dd This use r doesn't have a yahoo.com account (canvasfaintdiseased@yahoo.com) [0] - mta462.mail.mud.yahoo.com/ QUIT/ 221 mta462.mail.mud.yahoo.com/

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 Closing connection./ 07/ 03/07 10:10:02 Opening Socket./ Connecting to: b.mx.mail.re3.yahoo.com/ 220 mta156.mail.re3.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.e ls.rpost.net/ 250-mta156.mail.re3.yahoo.com/ 250-8BITMIME/ 250-SIZE 31 981568/ 250 PIPELINING/ MAIL FROM:<rcpt79B89AC67B2A3713EFA86CD2F2D9 8A1E9FEF28AD-4@rpost.net>/ RCPT TO:<maneflauntaloud25@yahoo.com& gt;/ DATA/ 250 sender <rcpt79b89ac67b2a3713efa86cd2f2d98a1e9fef28ad -4@rpost.net> ok250 recipient <maneflauntaloud25@yahoo.com> o k354 go ahead309974454-22007723171103434@trans1.els.rpost.netX-Priority. 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"<79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28AD-4read@rpost.net>/ Reply-To: "ElsterJ@gtlaw.com"&l t;ElsterJ@reg307031058959.rpost.org>/ TO: "avraam02@yahoo.com", "canvasfaintdiseased@yahoo.com", "undoblewsol ebeside@yahoo.com" <undoblewsolebeside@yahoo.com>, "canvasfaint diseased@yahoo.com>/ CC: "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com& gt;/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>/ Sender: ElsterJ @gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com"<79B89A C67B2A3713EFA86CD2F2D98A1E9FEF28AD-4read@rpost.net>/ X-Confirm-Read ing-to: "ElsterJ@gtlaw.com"<79B89AC67B2A3713EFA86CD2F2D98A1E9FEF 28AD/ To: "maneflauntaloud25@yahoo.com"

| &lt;maneflauntaloud25@yahoo.com&gt;/ Subject: (R)egistered: Service of legal process pursuant to court order / Sending Message Body. / 250 ok dirdel/ / |
|---|
| RPost vers 3.0 Patented 6. 0. 3, 3/ QUIT/ 221 Closing connection./ 07/ 03/07 10:10:04 Opening Socket./ Connecting to: b.mx.mail.yahoo.com/ 220 mta114.mail.re3.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.e ls.rpost.net/ 250-mta114.mail.re3.yahoo.com/ 250-8BITMIME/ 250-SIZE 31 981568/ 250 PIPELINING/ MAIL FROM:&lt;rcpt79B89AC67B2A3713EFA86CD2F2D9 8A1E9FEF28AD-5@rpost.net&gt;/ RCPT TO: &lt;undoblewsolebeside@yahoo.com &gt;/ DATA/ 250 sender &lt;rcpt79b89ac67b2a3713efa86cd2f2d98a1e9fef28a d-5@rpost.net&gt; ok250 recipient &lt;undoblewsolebeside@yahoo.com&gt; ok354 go ahead133383597-220077231 71104856@trans1.els.rpost.netX-Priori ty: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"&lt;"79B89AC67B2A3713EFA86 CD2F2D98A1E9FEF28AD-5read@rpost.net&gt;/ Reply-To: "ElsterJ@gtlaw.com" &lt;ElsterJ@reg307031058960.rpost.org&gt;/ TO: "avraam02@yahoo.com" &lt;l t,avraam02@yahoo.com&gt;, "maneflauntaloud25@yahoo.com" &lt;maneflaunt aloud25@yahoo.com&gt;, "canvasfaintdiseased@yahoo.com" &lt;canvasfaint diseased@yahoo.com&gt;/ CC: "ElsterJ@gtlaw.com" &lt;ElsterJ@gtlaw.com&amp; gt;/ From: ElsterJ@gtlaw.com&lt;ElsterJ@gtlaw.com&gt;/ Sender: ElsterJ @gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com"&lt;"79B89A C67B2A3713EFA86CD2F2D98A1E9FEF28AD-5read@rpost.net&gt;/ X-Confirm-Read ing-to: "ElsterJ@gtlaw.com"&lt;"79B89AC67B2A3713EFA86CD2F2D98A1E9FEF 28A D-5read@rpost.net&gt;/ XRPost-ID: 79B89AC67B2A3713EFA86CD2F2D98A1E9FEF 28AD/ To: "undoblewsolebeside@yahoo.com" &lt;undoblewsolebeside@yahoo. com&gt;/ Subject: (R)egistered: Service of legal process pursuant to c ourt order / Sending Message Body. / 250 ok dirdel/ / |
| &lt;b&gt;Opened from IP 66.151.14.170/ &lt;/b&gt;&lt;br&gt;----/ Conn ection: Keep-Alive/ Via: 1.1 CHI-ISA1/ Accept: */*/ Accept-Encoding: g zip, deflate/ Accept-Language: en-us/ Host: open.rpost.net/ User-Agent: Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; SV1; .NET CLR 1.1 4322; InfoPath.1; .NET CLR 2.0.50727)/ LMW3SVC/1/RootC:\open\&lt;br&gt;&lt;br&gt;&lt;br&gt;0&lt;br&gt;CGI/1.1off&lt;br&gt;1/LM/ W3SVC/1&lt;br&gt;10.0.0.198/Rpost.aspxC:\open\Rpost.aspx404;http://ope n.rpost.net/79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28AD-1_2B960461C59287E 9FD5640F4C37249700D019BD9/rpost.gif&lt;br&gt;66.151.14.17066.151.14.17 032198GET&lt;br&gt;Rpost.aspxopen.rpost.net800&lt;br&gt;HTTP/1.0Micro soft-IIS/5.0/Rpost.aspxKeep-Alive&lt;br&gt;1.1 CHI-ISA1*/*gzip, deflat een-us&lt;br&gt;open.rpost.netMozilla/4.0 (compatible; MSIE 6.0; Windo ws NT 5.1; SV1; .NET CLR 1.1.4322; InfoPath.1; .NET CLR 2.0.50727)/ / |

You should keep an electronic copy of this receipt, together with all of its attachments, for your records. Note that the Registered E-mail® service does not retain any copy of your e-mail or this receipt. You should not rely on the information in this receipt until you have authenticated this receipt. General terms and conditions of service are available upon request by e-mail from info@rpost.com or within the RPost Legal Notice.

An RPost Service **RPost**

RcptVer6.0

7/6/2007

# RECEIPT AUTHENTICATION™

PROOF OF SENDING, DELIVERY AND CONTENT™  
RPOST® REGISTERED E-MAIL®

The receipt you have submitted to our system is valid and proves the delivery results displayed below.

\*\* A copy of the original message is attached. \*\*

### Delivery Status

| Address | Status | Details | Delivered (UTC) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| avraam02@yahoo.com | Delivered to Mailserver | Delivered to ng to [ d.mx.mail.yahoo.com ]. # 10060 | 7/3/2007 5:07:43 PM | 7/3/2007 12:07:43 PM(-500) | |
| canvasfaintdiseased@yahoo.com | Delivered to Mailserver | Delivered to b.mx.mail.yahoo.com | 7/3/2007 5:07:47 PM | 7/3/2007 12:07:47 PM(-500) | |
| maneflauntaloud25@yahoo.com | Delivered to Mailserver | Delivered to c.mx.mail.yahoo.com | 7/3/2007 5:07:37 PM | 7/3/2007 12:07:37 PM(-500) | |
| undoblewsolebeside@yahoo.com | Delivered to Mailserver | Delivered to a.mx.mail.yahoo.com | 7/3/2007 5:07:19 PM | 7/3/2007 12:07:19 PM(-500) | |
| ElsterJ@gtlaw.com | Opened | HTTP | 7/3/2007 5:07:18 PM | 7/3/2007 12:07:18 PM(-500) | 7/3/2007 12:07:22 PM(-500) |

### Message Envelope

**FROM:** ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>  
**SUBJECT:** Service of legal process pursuant to court order  
**TO:** avraam02@yahoo.com  
canvasfaintdiseased@yahoo.com  
maneflauntaloud25@yahoo.com

7/6/2007

| | |
|---|---|
| CC: | undoblewsolebeside@yahoo.com |
| | ElsterJ@gtlaw.com |
| BCC: | |
| Network ID: | <63B2236C08279846A87B8F5DA27CA5230658EE24@CHI-EXCH01.gtlaw.com> |
| Received: | 7/3/2007 5:06:52 PM(UTC) |
| Client Code: | |

Note: The Registered E-mail ® message associated with this Registered Receipt™ e-mail was sent using the "Register Reply" feature. Replies to the message will be returned via a Registered E-mail™ message.

| Message ID | File size |
|---|---|
| C1121AC23DE7866F7F0EAB1979F77B5A3924A508 | 1201666 |

**Attachments**

| File name | File size |
|---|---|
| Motion for Prelim Injunction.pdf | 845923 |
| QSoft memo in support.pdf | 351478 |

**Delivery Audit Trail**

RPost vers 3.0 Patented 6, 0, 3, 3/ 07/03/07 10:07:07 Opening Socket / Connecting to: d.mx.mail.yahoo.com/ Error Connecting to [ d.mx.mail.yahoo.com ]. # 10060 / Error Connecting to [ d.mx.mail.yahoo.com ]. # 10060 / Connecting to: e.mx.mail.yahoo.com/ 220 mta114.mail.re4.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta114. mail.re4.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ M AIL FROM:<rcptC1121AC23DE7866F7F0EAB1979F77B5A3924A508-1@rpost.net& gt;/ RCPT TO:<avraam02@yahoo.com>/ DATA/ 250 sender <rcptc112 1ac23de7866f7f0eab1979f77b5a3924a508-1@rpost.net> ok250 recipient & lt;avraam02@yahoo.com> ok354 go ahead85004244-2200772317731467@tran s1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"& lt;C1121AC23DE7866F7F0EAB1979F77B5A3924A508-1read@rpost.net>/ Reply -To: "undoblewsolebeside@yahoo.com"<ElsterJ@reg307031006950.rpost.org>/ TO: "undoblewsolebeside@yahoo.com" <maneflauntaloud25@yahoo.com>, "maneflauntaloud25@yahoo.com", "c anvasfaintdiseased@yahoo.com" <canvasfaintdiseased@yahoo.com>/ C C: "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw. com<ElsterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-N otification-To: "ElsterJ@gtlaw.com"<C1121AC23DE7866F7F0EAB1979F77B5 A3924A508-1read@rpost.net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.co m"<C1121AC23DE7866F7F0EAB1979F77B5A3924A508-1read@rpost.net>/ XR Post-ID: C1121AC23DE7866F7F0EAB1979F77B5A3924A508-1/ To: "avraam02@yahoo.com" <avraam02@yahoo.com>/ Subject: (R)egistered: Service of le gal process pursuant to court order / Sending Message Body. / 250 ok d irdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ 07/03/07 10:07:09 Opening Socket / Connecting to: b.mx.mail.yahoo.com/ 220 mta139.mail.re3.yahoo.com E SMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta139.mail.r e3.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FR OM:<rcptC1121AC23DE7866F7F0EAB1979F77B5A3924A508-2@rpost.net>/ R CPT TO:<canvasfaintdiseased@yahoo.com>/ DATA/ 250 sender <rcp tc1121ac23de7866f7f0eab1979f77b5a3924a508-2@rpost.net> ok250 recipi ent <canvasfaintdiseased@yahoo.com> ok354 go ahead19535479-2200

77231779624@trans1.els.rpost.net X-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"<C1121AC23DE7866F7F0EAB1979F77B5A3924A508-2read@rpost.net>/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@reg307031006951.rpost.org>/ TO: "avraam02@yahoo.com" <avraam02@yahoo.com>, "maneflauntaloud25@yahoo.com" <undoblewsolebeside@yahoo.com>/ CC: "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com <ElsterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com"<C1121AC23DE7866F7F0EAB1979F77B5A3924A508-2read@rpost.net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<C1121AC23DE7866F7F0EAB1979F77B5A3924A508-2read@rpost.net>/ XRPost-ID: C1121AC23DE7866F7F0EAB1979F77B5A3924A508/ To: "canvasfaintdiseased@yahoo.com" <canvasfaintdiseased@yahoo.com>/ Subject: (R)egistered : Service of legal process pursuant to court order / Sending Message Body. / 554 delivery error: dd This user doesn't have a yahoo.com account (canvasfaintdiseased@yahoo.com) [0] - mta139.mail.re3.yahoo.com/ QUIT/ 221 mta139.mail.re3.yahoo.com/

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 Bye/ 07/03/07 10:07:09 Opening Socket/ Connecting to: c.mx.mail.yahoo.com/ 220 mta202.mail.re3.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta202.mail.re3.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FROM:<rcptC1121AC23DE7866F7F0EAB1979F77B5A3924A508-3@rpost.net>/ RCPT TO:<maneflauntaloud25@yahoo.com>/ DATA/ 250 sender <rcptc1121ac23de7866f7f0eab1979f77b5a3924a508-3@rpost.net> ok250 recipient <maneflauntaloud25@yahoo.com> ok354 go ahead289 593295-220077231779639@trans1.els.rpost.net X-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"<C1121AC23DE7866F7F0EAB1979F77B5A3924A508-3read@rpost.net>/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@reg307031006952.rpost.org>/ TO: "avraam02@yahoo.com" <avraam02@yahoo.com>, "canvasfaintdiseased@yahoo.com" <undoblewsolebeside@yahoo.com>/ CC: "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com"<C1121AC23DE7866F7F0EAB1979F77B5A3924A508-3read@rpost.net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<C1121AC23DE7866F7F0EAB1979F77B5A3924A508-3read@rpost.net>/ XRPost-ID: C1121AC23DE7866F7F0EAB1979F77B5A3924A508/ To: "maneflauntaloud25@yahoo.com" <maneflauntaloud25@yahoo.com>/ Subject: (R)egistered: Service of legal process pursuant to court order / Sending Message Body. / 250 ok dirdel//

RPost vers 3.0 Patented 6, 0, 3, 3/ 07/03/07 10:07:09 Opening Socket / Connecting to: a.mx.mail.yahoo.com/ 220 mta499.mail.mud.yahoo.com E SMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta499.mail.mud.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FROM:<rcptC1121AC23DE7866F7F0EAB1979F77B5A3924A508-4@rpost.net>/ RCPT TO:<undoblewsolebeside@yahoo.com>/ DATA/ 250 sender <rcpt c1121ac23de7866f7f0eab1979f77b5a3924a508-4@rpost.net> ok250 recipient <undoblewsolebeside@yahoo.com> ok354 go ahead238193595-220077231779561@trans1.els.rpost.net X-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"<C1121AC23DE7866F7F0EAB1979F77B5A3924A508-4read@rpost.net>/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@reg307031006953.rpost.org>/ TO: "avraam02@yahoo.com" <avraam02@yahoo.com>, "maneflauntaloud25@yahoo.com" <maneflauntaloud25@yahoo.com>/ CC: "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com"<C1121AC23DE7866F7F0EAB1979F77B5A3924A508-4read@rpost.net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<C1121AC23DE7866F7F0EAB1979F77B5A3924A508-4read@rpost.net>/ XRPost-ID: C1121AC23DE7866F7F0EAB1979F77B5A3924A508/ To: "undoblewsolebeside@yahoo.com" <undoblewsolebeside@yahoo.com>/ Subject: (R)egistered: Service of legal process pursuant to court order / Sending Message Body. / 250 ok dirdel//

```
RPost vers 3.0 Patented 6, 0, 3, 3/ 07/03/07 10:07:09 Opening Socket / Connecting to: mx2.gtlaw.com/ 220
MX2.GTLAW.COM ESMTP / EHLO trans1 els.rpost.net/ 250-MX2.GTLAW.COM 250-PIPELINING/ 250-SIZE 28866663/
250-ETRN/ 250-STARTTLS/ 250 8BITMIME/ MAIL FROM:<rptC1121AC23DE786 6F7F0EAB1979F77B5A3924A508-
5@rpost.net>/ RCPT TO:<ElsterJ@gtlaw. com>/ DATA/ 250 Ok250 Ok354 End data with <CR><LF>.<
CR><LF>145934883-22007723177 10280@trans1.els.rpost.netX-Prior ity: 3/ Return-Receipt-To:
"ElsterJ@gtlaw.com"<C1121AC23DE7866F7F0E AB1979F77B5A3924A508-5read@rpost.net>/ Reply-To:
"ElsterJ@gtlaw.com" <ElsterJ@reg107031007763.rpost.org>/ TO: "avraam02@yahoo.com" & lt;avraam02@yahoo.com>,
"undoblewsolebeside@yahoo.com" <undoblew solebeside@yahoo.com>, "manefllauntaloud25@yahoo.com" <maneflaunt
aloud25@yahoo.com>, "canvasfaintdiseased@yahoo.com", "canvasfaint diseased@yahoo.com>/ From:
ElsterJ@gtlaw.com<ElsterJ@gtlaw.com&g t;/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@g
tlaw.com"<C1121AC23DE7866F7F0EAB1979F77B5A3924A508-5read@rpost.net& gt;/ X-Confirm-Reading-to:
"ElsterJ@gtlaw.com"<C1121AC23DE7866F7 F0EAB1979F77B5A3924A508-5read@rpost.net>/ XRPost-ID:
C1121AC23DE7866F7 F0EAB1979F77B5A3924A508/ "ElsterJ@gtlaw.com> :/ Subject: (R)egistered:
Service of legal process pursuant to court o rder / Sending Message Body. / 250 Ok: queued as 5791A70DT8/ /
<b>Opened from IP 66.151.14.170/ </b><br>---/ Conn ection: Keep-Alive/ Via: 1.1 CHI-ISA1/ Accept: */*/ Accept-Encoding:
g zip, deflate/ Accept-Language: en-us/ Host: open.rpost.net/ User-Agent: Mozilla/4.0 (compatible; MSIE 6.0; Windows NT
5.1; SV1; .NET CLR 1.1 4322; InfoPath.1; .NET CLR 2.0.50727)/ /LM/W3SVC/1/RootC:\open\<br
><br><br>0<br>CGI/1.1off<br>1/LM/ W3SVC/1<br>10.0.0.198/Rpost.aspxC:\open\Rpost.aspx404;http://ope
n.rpost.net/C1121AC23DE7866F7F0EAB1979F77B5A3924A508-5_43CD972FEA7D81C
115A2A52DACCDDD5338AF41B8/rpost.gif<br>66.151.14.17066.151.14.17
014153GET<br>/Rpost.aspxopen.rpost.net800<br>HTTP/1.0Micro soft-IIS/5.0/Rpost.aspxKeep-Alive<br>1.1 CHI-
ISA1*/*gzip, deflat een-us<br>open.rpost.netMozilla/4.0 (compatible; MSIE 6.0; Windo ws NT 5.1; SV1; .NET CLR
1.1. 4322; InfoPath.1; .NET CLR 2.0.50727)/ /
```

You should keep an electronic copy of this receipt, together with all of its attachments, for your records. Note that the Registered E-mail® service does not retain any copy of your e-mail or this receipt. You should not rely on the information in this receipt until you have authenticated this receipt. General terms and conditions of service are available upon request by e-mail from info@rpost.com or within the RPost Legal Notice.

An RPost Service RPost

RcptVer6.0