## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

QSOFT CONSULTING, LIMITED      )
                                     )

        Plaintiff,            )
                                     )

        v.                  )       C.A. No. 07-cv-391 (JJF)
                                     )

TEDDY TONG and TDTONG LTD.    )
                                     )

        Defendants.     )

### CERTIFICATE OF SERVICE

I, Sandra G. M. Selzer, being duly sworn according to law, deposes and says that she is employed by Greenberg Traurig, LLP, which is counsel for the Plaintiff, QSoft Consulting, Limited in the above-captioned action, and that on the 6th day of July 2007, pursuant to the *Order Granting QSoft Consulting Limited's Expedited Motion for Leave to Effectuate Service Via Electronic Mail*, dated June 26, 2007, she directed copies of the following to be served via email:

- *Sealed Exhibits F, G, H and I to Complaint*

upon the following:

> avraam02@yahoo.com; canvasfaintdiseased@yahoo.com;
> maneflauntaloud25@yahoo.com; and undoblewsolebeside@yahoo.com

as evidenced by the authenticated receipts attached hereto.

Dated: July 9, 2007

Sandra G. M. Selzer (No. 4283)
GREENBERG TRAURIG, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
302-661-7000 - Telephone
302-661-7360 - Facsimile

**From:** Authentication [mailto:admin@rpost.com]
**Sent:** Friday, July 06, 2007 3:29 PM
**To:** Elster, Jason (Assoc-Chi-LT)
**Subject:** Re: FW: Receipt: Service of legal process pursuant to court order



# RECEIPT AUTHENTICATION™

PROOF OF SENDING, DELIVERY AND CONTENT™    RPOST® REGISTERED E-MAIL®

The receipt you have submitted to our system is valid and proves the delivery results displayed below.

** A copy of the original message is attached. **

## Delivery Status

| Address | Status | Details | Delivered (UTC) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| avraam02@yahoo.com | Delivered to Mailserver | Delivered to a.mx.mail.yahoo.com | 7/6/2007 3:01:44 PM | 7/6/2007 10:01:44 AM (-500) | |
| canvasfaintdiseased@yahoo.com | Delivered to Mailserver | Delivered to e.mx.mail.yahoo.com | 7/6/2007 3:01:53 PM | 7/6/2007 10:01:53 AM (-500) | |
| maneflauntaloud25@yahoo.com | Delivered to | Delivered to d.mx.mail.yahoo.com | 7/6/2007 3:03:12 PM | 7/6/2007 10:03:12 AM (-500) | |

7/9/2007

| | Mailserver | | | |
|---|---|---|---|---|
| undoblewsolebeside@yahoo.com | Delivered to Mailserver | Delivered to a.mx.mail.yahoo.com | 7/6/2007 3:01:58 PM | 7/6/2007 10:01:58 AM (-500) |

**Message Envelope**

**FROM:** ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>

**SUBJECT:** Service of legal process pursuant to court order

**TO:**
avraam02@yahoo.com
canvasfaintdiseased@yahoo.com
maneflauntaloud25@yahoo.com
undoblewsolebeside@yahoo.com

**CC:**

**BCC:**

**Network ID:** <63B2236C08279846A87B8F5DA27CA5230658EE67@CHI-EXCH01.gtlaw.com>

**Received:** 7/6/2007 2:55:17 PM(UTC)

**Client Code:**

Note: This message has Digital Seal(SM) protection.
Note: The Registered E-mail ® message associated with this Registered Receipt™ e-mail was sent using the "Register Reply" feature.   Replies to the message will be returned via a Registered E-mail™ message.

| Message ID | File size |
|---|---|
| F4E85669CA3CBD3F5B710275B26258C7D3456C94 | 4846600 |

**Attachments**

| File name | File size |
|---|---|
| Exhibit G - Sealed.pdf | 467631 |
| Exhibit H - sealed.pdf | 395185 |
| Exhibit I - sealed.pdf | 241003 |
| Exhibit F - sealed.pdf | 2432061 |

**Delivery Audit Trail**

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 2.0.0 mx1.bcmg.com.br cl osing connection/ 07/06/07 08:01:22 Opening Socket./ Connecting to: a.mx.mail.yahoo.com/ 220 mta480.mail.mud.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta480.mail.mud.yahoo.com/ 250- 8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FROM:<rcptF4E8566 9CA3CBD3F5B710275B26258C7D3456C94-1@rpost.net>/ RCPT TO:<avraam0 2@yahoo.com>/ DATA/ 250 sender <rcptf4e85669ca3cbd3f5b710275b262 58c7d3456c94-1@rpost.net> ok250 recipient <avraam02@yahoo.com> ; ok354 go ahead1849738-2200775615122566@trans1.els.rpost.netX-Priorit y: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"<F4E85669CA3CBD3F5B7102 75B26258C7D3456C94-1read@rpost.net>/ Reply-To:

"ElsterJ@gtlaw.com"& lt;ElsterJ@reg107060726154.rpost.org>/ TO: "undoblewsolebeside@yah oo.com" <undoblewsolebeside@yahoo.com>, "maneflauntaloud25@yahoo com" <maneflauntaloud25@yahoo.com>, "canvasfaintdiseased@yahoo. com" <canvasfaintdiseased@yahoo.com" &l t;ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com& gt;/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@ gtlaw.com"<F4E85669CA3CBD3F5B7 10275B26258C7D3456C94-1read@rpost.net >/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<F4E85669CA3CBD3F5B7 10275B26258C7D3456C94-1read@rpost.net>/ XRPost-ID: F4E85669CA3CBD3F 5B710275B26258C7D3456C94/ To: "avraam02@yahoo.com" <avraam02@yahoo.com>/ Subject: (R)egistered: Service of legal process pursuant to c ourt order / Sending Message Body. / 451 Message temporarily deferred - [190]/ QUIT/ 221 mta480.mail.mud.yahoo.com/

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 421 Error: timeout exceeded/ 07/06/07 08:01:21 Opening Socket./ Connecting to: e.mx.mail.yahoo.c om/ 220 mta378.mail.re4.yahoo.com ESMTP YSmtp service ready/ EHLO tran s1.els.rpost.net/ 250-mta378.mail.re4.yahoo.com/ 250-8BITMIME/ 250-SIZE E 31981568/ 250 PIPELINING/ MAIL FROM:<rcptF4E85669CA3CBD3F5B710275 B26258C7D3456C94-2@rpost.net>/ RCPT TO:<canvasfaintdiseased@yaho o.com>/ DATA/ 250 sender <rcptf4e85669ca3cbd3f5b710275b26258c7d3 456c94-2@rpost.net> ok250 recipient <canvasfaintdiseased@yahoo.c om> ok354 go ahead5323117-22007756151224441@trans1.els.rpost.netX-Pr iority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"<F4E85669CA3CBD3F5 B710275B26258C7D3456C94-2read@rpost.net>/ Reply-To: "ElsterJ@gtlaw. com"<ElsterJ@reg107060726155.rpost.org>/ TO: "avraam02@yahoo.com>, "maneflauntaloud25@yahoo.com" <manefla untaloud25@yahoo.com" <undob lewsolebeside@yahoo.com" <undoblewsolebeside@yahoo.com>, "maneflauntaloud25@yahoo.com" <manefla untaloud25@yahoo.com>/ CC: "ElsterJ@gtlaw.co m>/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>/ Sender: Elste rJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com"<F4E8 5669CA3CBD3F5B710275B26258C7D3456C94-2read@rpost.net>/ X-Confirm-Re ading-to: "ElsterJ@gtlaw.com"<F4E85669CA3CBD3F5B710275B26258C7D3456 C94-2read@rpost.net>/ XRPost-ID: F4E85669CA3CBD3F5B710275B26258C7D3 456C94/ To: "canvasfaintdiseased@yahoo.com" <canvasfaintdiseased@ya hoo.com>/ Subject: Service of legal process pursuant to court order / Sending Message Body. / 554 delivery error: dd This u ser doesn't have a yahoo.com account (canvasfaintdiseased@yahoo.com) [0] - mta378.mail.re4.yahoo.com/ QUIT/ 221 mta378.mail.re4.yahoo.com/

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 07/06/07 08:01:21 Opening Socket./ Connecting to: d.mx.mail.yahoo.com/ 220 mta199.mail.re4.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta199. mail.re4.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ M AIL FROM:<rcptF4E85669CA3CBD3F5B710275B26258C7D3456C94-3@rpost.net& gt;/ RCPT TO:<maneflauntaloud25@yahoo.com>/ DATA/ 250 sender <;rcptf4e85669ca3cbd3f5b710275b26258c7d3456c94- 3@rpost.net> ok250 re cipient <maneflauntaloud25@yahoo.com> ok354 go ahead5323440-2200 77561512244 1@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "El sterJ@gtlaw.com"<F4E85669CA3CBD3F5B710275B26258C7D3456C94-3read@rpo st.net>/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@reg107060726156.r post.org>/ TO: "avraam02@yahoo.com" <avraam02@yahoo.com>, "un doblewsolebeside@yahoo.com" <undoblewsolebeside@yahoo.com>, "can vasfaintdiseased@yahoo.com>/ CC: "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.co m<ElsterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Not ification-To: "ElsterJ@gtlaw.com"<F4E85669CA3CBD3F5B710275B26258C7D 3456C94-3read@rpost.net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com" <F4E85669CA3CBD3F5B710275B26258C7D3456C94-3read@rpost.net>/ XRPo st-ID: F4E85669CA3CBD3F5B710275B26258C7D3456C94/ To: "maneflauntaloud2 5@yahoo.com" <maneflauntaloud25@yahoo.com>/ Subject: Service of legal process pursuant to court order / Sending Message Body. / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ 07/06/07 08:01:21 Opening Socket / Connecting to: a.mx.mail.yahoo.com/ 220 mta476.mail.mud.yahoo.com E SMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta476.mail.m ud.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FR

OM:<rcptF4E85669CA3CBD3F5B710275B26258C7D3456C94-4@rpost.net>/ R CPT
TO: <undoblewsolebeside@yahoo.com>/ DATA/ 250 sender <rcpt f4e85669ca3cbd3f5b710275b26258c7d3456c94-
4@rpost.net> ok250 recipie nt <undoblewsolebeside@yahoo.com> ok354 go ahead53234-2200775615
12435@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@g
tlaw.com"<F4E85669CA3CBD3F5B710275B26258C7D3456C94-4read@rpost.net& gt;/ Reply-To:
"ElsterJ@gtlaw.com"<ElsterJ@reg107060726157.rpost.or g>/ TO: "avraam02@yahoo.com" <avraam02@yahoo.com>,
"maneflaun taloud25@yahoo.com" <maneflauntaloud25@yahoo.com>, "canvasfaintd iseased@yahoo.com"
<canvasfaintdiseased@yahoo.com>/ CC: "ElsterJ @gtlaw.com" <ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com<Elst
erJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification -To:
"ElsterJ@gtlaw.com"<F4E85669CA3CBD3F5B710275B26258C7D3456C94-4 read@rpost.net>/ X-Confirm-Reading-to:
"ElsterJ@gtlaw.com"<F4E85 669CA3CBD3F5B710275B26258C7D3456C94-4read@rpost.net>/ XRPost-ID: F4
E85669CA3CBD3F5B710275B26258C7D3456C94/ To: "undoblewsolebeside@yahoo.com"
<undoblewsolebeside@yahoo.com>/ Subject: (R)egistered: Serv ice of legal process pursuant to court order / Sending
Message Body./ 451 Message temporarily deferred - [190]/ QUIT/ 221 mta476.mail.mud.y ahoo.com/

You should keep an electronic copy of this receipt, together with all of its attachments, for your records. Note that the Registered E-mail® service does not retain any copy of your e-mail or this receipt. You should not rely on the information in this receipt until you have authenticated this receipt. General terms and conditions of service are available upon request by e-mail from info@rpost.com or within the RPost Legal Notice.

An RPost Service  RPost

RcptVer6.0

7/9/2007