IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QSOFT CONSULTING, LIMITED ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-cv-391 (JJF) |
| ) | |
| TEDDY TONG and TDTONG LTD. ) | Re: Docket No. 20 |
| ) | |
| Defendants. ) | |

**ORDER GRANTING QSOFT CONSULTING LIMITED'S
MOTION FOR A BRIEF CONTINUANCE**

This matter having come before the Court on plaintiff QSoft Consulting Limited's Motion for a Brief Continuance, and, after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED that Defendants' Answer Brief to Plaintiff's Motion for Preliminary Injunction shall be filed by not later than _____ days from the date of service of the Motion for Preliminary Injunction.

IT IS HEREBY FURTHER ORDERED that the Plaintiff's Reply Brief shall be filed by not later than _____ days from the date of service of the Defendants' Answer Brief.

IT IS HEREBY FURTHER ORDERED that the Preliminary Injunction Hearing will be held at a date and time to be determined by the Court.

Dated: July ___, 2007

_____
Honorable Joseph J. Farnan, Jr.
United States District Judge

DEL 86187377v1 7/10/2007