UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

QSOFT CONSULTING LIMITED,      )
                               )
              Plaintiff,       )
                               )
       v.                      )      Case No. 07-CV-391(JJF)
                               )
TEDDY TONG and TDTONG LTD.     )
                               )
              Defendants.      )

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission pro hac vice of Paul D. McGrady, Esquire, of the law firm of Greenberg Traurig, LLP, to represent the Plaintiff, QSoft Consulting Limited.

Dated: July 11, 2007      _____

Donald Detweiler, Esq. (I.D.#3087)
Sandra G. M. Selzer  (I.D.#4283)
Greenberg Traurig, LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000

Attorneys for the Plaintiff

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I, am admitted, practicing, and in good standing as a member of the Bar of the States of Illinois and Ohio, the U.S. District Court for the Northern District of Illinois and the U.S. Court of Appeals, Seventh Circuit, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_____
Paul D. McGrady
Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 2500
Chicago, IL  60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admissions pro hac vice is granted.

Dated: _____, 2007      _____
                                Chief United States District Court Judge