IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QSOFT CONSULTING, LIMITED ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-cv-391 (JJF) |
| ) | |
| TEDDY TONG and TDTONG LTD. ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I, Sandra G. M. Selzer, being duly sworn according to law, deposes and says that she is employed by Greenberg Traurig, LLP, which is counsel for the Plaintiff, QSoft Consulting, Limited in the above-captioned action, and that on the 5th day of July 2007, pursuant to the *Order Granting QSoft Consulting Limited's Expedited Motion for Leave to Effectuate Service Via Electronic Mail*, dated June 26, 2007, she directed copies of the following to be served via email:

- *Verified Complaint with Exhibits A, B, C and E*

upon the following:

avraam02@yahoo.com; canvasfaintdiseased@yahoo.com; maneflauntaloud25@yahoo.com; and undoblewsolebeside@yahoo.com

as evidenced by the authenticated receipts attached hereto.

Dated: July 12, 2007

Sandra G. M. Selzer (No. 4283)
GREENBERG TRAURIG, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
302-661-7000 - Telephone
302-661-7360 - Facsimile

**From:** Authentication [mailto:admin@rpost.com]
**Sent:** Tuesday, July 10, 2007 4:45 PM
**To:** Elster, Jason (Assoc-Chi-LT)
**Subject:** Re: FW: Receipt: Service of legal process pursuant to court order



RECEIPT AUTHENTICATION™
PROOF OF SENDING, DELIVERY AND CONTENT™   RPOST® REGISTERED E-MAIL®

The receipt you have submitted to our system is valid and proves the delivery results displayed below.

** A copy of the original message is attached. **

| Delivery Status | | | | | |
|---|---|---|---|---|---|
| Address | Status | Details | Delivered (UTC) | Delivered (local) | Opened (local) |
| avraam02@yahoo.com | Delivered to Mailserver | Delivered to a.mx.mail.yahoo.com | 7/6/2007 12:58:33 AM | 7/5/2007 7:58:33 PM (-500) | |
| canvasfaintdiseased@yahoo.com | Delivered to Mailserver | Delivered to b.mx.mail.yahoo.com | 7/6/2007 12:58:49 AM | 7/5/2007 7:58:49 PM (-500) | |
| maneflauntaloud25@yahoo.com | Delivered to Mailserver | Delivered to g.mx.mail.yahoo.com | 7/6/2007 12:58:30 AM | 7/5/2007 7:58:30 PM (-500) | |
| undoblewsolebeside@yahoo.com | Delivered to Mailserver | Delivered to d.mx.mail.yahoo.com | 7/6/2007 12:59:59 AM | 7/5/2007 7:59:59 PM (-500) | |
| ElsterJ@gtlaw.com | Delivered to | Delivered to mx1.gtlaw.com | 7/6/2007 1:02:59 | 7/5/2007 8:02:59 PM | |

7/12/2007

## Message Envelope

| | |
|---|---|
| FROM: | ElsterJ@gtlaw.com<ElsterJ@gtlaw.com> |
| SUBJECT: | Service of legal process pursuant to court order |
| TO: | avraam02@yahoo.com<br>canvasfaintdiseased@yahoo.com<br>maneflauntaloud25@yahoo.com<br>undoblewsolebeside@yahoo.com |
| CC: | ElsterJ@gtlaw.com |
| BCC: | |
| Network ID: | <63B2236C08279846A87B8F5DA27CA5230658EE57@CHI-EXCH01.gtlaw.com> |
| Received: | 7/5/2007 9:09:11 PM(UTC) |
| Client Code: | |

Note: This message has Digital Seal(SM) protection.
Note: The Registered E-mail ® message associated with this Registered Receipt™ e-mail was sent using the "Register Reply" feature. Replies to the message will be returned via a Registered E-mail™ message.

| Message ID | File size |
|---|---|
| 36295497E0E3926C9546B8FE34F32CBD10C4D537 | 8407619 |

## Attachments

| File name | File size |
|---|---|
| QSoft Verified Complaint.pdf | 635761 |
| Exhibit E to Complaint.pdf | 2351383 |
| Exhibit C to Complaint.pdf | 712825 |
| Exhibit B to Complaint.pdf | 725589 |
| Exhibit A to Complaint.pdf | 1712715 |

## Delivery Audit Trail

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 cscsydmims04.ims.csc.com au/ 07/05/07 17:57:54 Opening Socket./ Connecting to: a.mx.mail.yah oo.com/ 220 mta543.mail.mud.yahoo.com ESMTP YSmtp service ready/ EHLO trans3.els.rpost.net/ 250-mta543.mail.mud.yahoo.com/ 250-8BITMIME/ 250 -SIZE 31981568/ 250 PIPELINING/ MAIL FROM:<rcpt36295497E0E3926C9546 B8FE34F32CBD10C4D537-1@rpost.net>/ RCPT TO:<avraam02@yahoo.com&g t;/ DATA/ 250 sender <rcpt36295497e0e3926c9546b8fe34f32cbd10c4d537- 1@rpost.net> ok250 recipient <avraam02@yahoo.com> ok354 go ah ead195094437-220077560575513 0@trans3.els.rpost.netX-Priority. 3/ Retur n-Receipt: "ElsterJ@gtlaw.com"<36295497E0E3926C9546B8FE34F32CBD1 0C4D537-1read@rpost.net>/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@ reg1070517241.rpost.org>/ TO: "undoblewsolebeside@yahoo.com" <u

7/12/2007

| |
|---|
| ndoblewsolebeside@yahoo.com>, "maneflauntaloud25@yahoo.com" <maneflauntaloud25@yahoo.com>, "canvasfaintdiseased@yahoo.com" <canvasfaintdiseased@yahoo.com>/ CC: "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com"<;3629 5497E0E3926C9546B8FE34F32CBD10C4D537-1read@rpost.net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<36295497E0E3926C9546B8FE34F32CBD 10C4D537-1read@rpost.net>/ XRPost-ID: 36295497E0E3926C9546B8FE34F32 CBD10C4D537/ To: "avraam02@yahoo.com" <avraam02@yahoo.com>/ Subject: (R)egistered: Service of legal process pursuant to court order / Sending Message Body. / 250 ok dirdel/ / |
| RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 mx-1.servers.netregistry net closing connection/ 07/05/07 17:57:54 Opening Socket./ Connecting to: b.mx.mail.yahoo.com/ 220 mta192.mail.re3.yahoo.com ESMTP YSmtp service ready/ EHLO trans3.els.rpost.net/ 250-mta192.mail.re3.yahoo.co m/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FROM:<rcpt 36295497E0E3926C9546B8FE34F32CBD10C4D537-2@rpost.net>/ RCPT TO:< canvasfaintdiseased@yahoo.com>/ DATA/ 250 sender <rcpt36295497e0 e3926c9546b8fe34f32cbd10c4d537-2@rpost.net> ok250 recipient <can vasfaintdiseased@yahoo.com> ok354 go ahead176741564-2200775605755 38 0@trans3.els.rpost.netX-Priority. 3/ Return-Receipt-To: "ElsterJ@gtlaw com"<36295497E0E3926C9546B8FE34F32CBD10C4D537-2read@rpost.net>/ "ElsterJ@gtlaw.com"<ElsterJ@reg1070517242.rpost.org>/ TO: "avraam02@yahoo.com", "undoblewsolebeside@yahoo.com", "maneflauntaloud2 5@yahoo.com" <maneflauntaloud25@yahoo.com>/ CC: "ElsterJ@gtlaw.c om" <ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com<ElsterJ@gtla w.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To: "EI sterJ@gtlaw.com"<36295497E0E3926C9546B8FE34F32CBD10C4D537-2read@rpo st.net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<36295497E0E39 26C9546B8FE34F32CBD10C4D537-2read@rpost.net>/ XRPost-ID: 36295497E0 E3926C9546B8FE34F32CBD10C4D537/ To: "canvasfaintdiseased@yahoo.com" &lt;canvasfaintdiseased@yahoo.com>/ Subject: (R)egistered: Service of legal process pursuant to court order / Sending Message Body. / 451 M essage temporarily deferred - [190]/ QUIT/ 221 mta192.mail.re3.yahoo.com/ |
| RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 srv14.ezyreg.com closing connection/ 07/05/07 17:57:54 Opening Socket./ Connecting to: g.mx. mail.yahoo.com/ 220 mta460.mail.mud.yahoo.com ESMTP YSmtp service read y/ EHLO trans3.els.rpost.net/ 250-mta460.mail.mud.yahoo.com/ 250-8BITM IME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FROM:<rcpt36295497E0E3 926C9546B8FE34F32CBD10C4D537-3@rpost.net>/ RCPT TO:<maneflaunta loud25@yahoo.com>/ DATA/ 250 sender <rcpt36295497e0e3926c9546b8fe 34f32cbd10c4d537-3@rpost.net> ok250 recipient <maneflauntaloud25 @yahoo.com> ok354 go ahead328 13031-2200775607 5552@trans3.els.rpost netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"<36295497E 0E3926C9546B8FE34F32CBD10C4D537-3read@rpost.net>/ Reply-To: "Elster J@gtlaw.com"<ElsterJ@reg1070517243.rpost.org>/ TO: "avraam02@yah oo.com" <avraam02@yahoo.com>, "undoblewsolebeside@yahoo.com" < ;,canvasfaintdiseased@yahoo.com", "undoblewsolebeside@yahoo.com" <: ,canvasfaintdiseased@yahoo.com" <;,undoblewsolebeside@yahoo.com" <Elster J@gtlaw.com>/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>/ Sen der: ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.co m"<36295497E0E3 926C9546B8FE34F32CBD10C4D537-3read@rpost.net>/ X- Confirm-Reading-to: "ElsterJ@gtlaw.com"<36295497E0E3926C9546B8FE 34F32CBD10C4D537-3read@rpost.net>/ XRPost-ID: 36295497E0E3926C9546B8FE 34F32CBD10C4D537/ To: "maneflauntaloud25@yahoo.com" <maneflauntalou d25@yahoo.com>/ Subject: (R)egistered: Service of legal process pur suant to court order / Sending Message Body. / 451 Message temporarily deferred - [190]/ QUIT/ 221 mta460.mail.mud.yahoo.com/ |
| RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 srv14.ezyreg.com closing connection/ 07/05/07 17:57:56 Opening Socket./ Connecting to: d.mx. mail.yahoo.com/ 220 mta271.mail.re4.yahoo.com ESMTP YSmtp service read y/ EHLO trans3.els.rpost.net/ 250-mta271.mail.re4.yahoo.com/ 250-8BITM IME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FROM:<rcpt36295497E0E3 926C9546B8FE34F32CBD10C4D537-4@rpost.net>/ RCPT TO:<undoblewsole beside@yahoo.com>/ DATA/ 250 sender <rcpt36295497e0e3926c9546b8f e34f32cbd10c4d537-4@rpost.net> ok250 recipient <undoblewsolebesi de@yahoo.com> ok354 go ahead15451177-2200775605756693@trans3.els.rp ost.netX- |

Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"<362954 97E0E3926C9546B8FE34F32CBD10C4D537-4read@rpost.net>/ Reply-To: "Els terJ@gtlaw.com"<ElsterJ@reg1070517244.rpost.org>/ TO: "avraam02@ yahoo.com" <avraam02@yahoo.com>, "maneflauntaloud25@yahoo.com" & lt;maneflauntaloud25@yahoo.com>, "canvasfaintdiseased@yahoo.com" &l t;canvasfaintdiseased@yahoo.com>/ CC: "ElsterJ@gtlaw.com" <Elste rJ@gtlaw.com>/ From: ElsterJ@gtlaw.c om<36295497E0E3926C9546B8FE34F32CBD10C4D537-4read@rpost.net>/ Se nder: ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com"<36295497E0E3926C9546B8FE34 F32CBD10C4D537-4read@rpost.net>/ X -Confirm-Reading-to: "ElsterJ@gtlaw.com"<36295497E0E3926C9546B8F E34F32CBD10C4D537-4read@rpost.net>/ XRPost-ID: 36295497E0E3926C9546B8FE34F32CBD10C4D537/ To: "undoblewsolebeside@yahoo.com" <undoblewsole beside@yahoo.com>/ Subject: (R)egistered: Service of legal process pursuant to court order / Sending Message Body. / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 Bye/ 07/05/07 18:02:14 Opening Socket./ Connecting to: mx1.gtlaw.com/ 220 MX1.GTLAW.COM ESMT P / EHLO trans1.els.rpost.net/ 250-MX1.GTLAW.COM/ 250-PIPELINING/ 250- SIZE 28866663/ 250-ETRN/ 250-STARTTLS/ 250 8BITMIME/ MAIL FROM:<rcp t36295497E0E3926C9546B8FE34F32CBD10C4D537-5@rpost.net>/ RCPT TO:<;ElsterJ@gtlaw.com>/ DATA/ 250 Ok250 Ok354 End data with <CR>.<LF>.<CR><LF>213161-220077561215278@trans1.els.rpost netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"<36295497E 0E3926C9546B8FE34F32CBD10C4D537-5read@rpost.net>/ Reply-To: "Elster J@gtlaw.com"<ElsterJ@reg1070518576.rpost.org>/ TO: "avraam02@yah oo.com" <avraam02@yahoo.com>, "undoblewsolebeside@yahoo.com" < ,'undoblewsolebeside@yahoo.com>, "maneflauntaloud25@yahoo.com" <m aneflauntaloud25@yahoo.com>, "canvasfaintdiseased@yahoo.com" <ca nvasfaintdiseased@yahoo.com>/ From: ElsterJ@gtlaw.com<ElsterJ@gt law.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com"<36295497E0E3926C9546B8FE34F32CBD10C4D537-5read@ r post.net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<36295497E0E 3926C9546B8FE34F32CBD10C4D537-5read@rpost.net>/ XRPost-ID: 36295497 E0E3926C9546B8FE34F32CBD10C4D537/ "ElsterJ@gtlaw.com" <ElsterJ@gtl aw.com>/ Subject: (R)egistered: Service of legal process pursuant t o court order / Sending Message Body. / 250 Ok: queued as 3FB28B490T/ /

You should keep an electronic copy of this receipt, together with all of its attachments, for your records. Note that the Registered E-mail® service does not retain any copy of your e-mail or this receipt. You should not rely on the information in this receipt until you have authenticated this receipt. General terms and conditions of service are available upon request by e-mail from info@rpost.com or within the RPost Legal Notice.

An RPost Service ®RPost

RcptVer6.0