**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| QSOFT CONSULTING, LIMITED<br><br>Plaintiff,<br><br>v.<br><br>TEDDY TONG and TDTONG LTD.<br><br>Defendants. | ) | C.A. No. 07-cv-391 (JJF) |

**CERTIFICATE OF SERVICE**

I, Sandra G. M. Selzer, being duly sworn according to law, deposes and says that she is employed by Greenberg Traurig, LLP, which is counsel for the Plaintiff, QSoft Consulting, Limited in the above-captioned action, and that on the 9th day of July 2007, pursuant to the *Order Granting QSoft Consulting Limited's Expedited Motion for Leave to Effectuate Service Via Electronic Mail*, dated June 26, 2007, she directed copies of the following to be served via email:

- *Sealed Exhibit D to the Complaint*
- *Sealed Exhibit 1 to Memorandum of Law in Support of Motion for Preliminary Injunction*

upon the following:

avraam02@yahoo.com; canvasfaintdiseased@yahoo.com; maneflauntaloud25@yahoo.com; wrotepiqueweight@yahoo.com; and undoblewsolebeside@yahoo.com

as evidenced by the authenticated receipts attached hereto.

Dated: July 12, 2007

Sandra G. M. Selzer (No. 4283)
GREENBERG TRAURIG, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
302-661-7000 - Telephone
302-661-7360 - Facsimile

**From:** Authentication [mailto:admin@rpost.com]
**Sent:** Tuesday, July 10, 2007 5:19 PM
**To:** Elster, Jason (Assoc-Chi-LT)
**Subject:** Re: FW: Receipt: Service of Legal Process Pursuant to Court Order

RECEIPT AUTHENTICATION™
PROOF OF SENDING, DELIVERY AND CONTENT™
RPOST® REGISTERED E-MAIL®

The receipt you have submitted to our system is valid and proves the delivery results displayed below.

** A copy of the original message is attached. **

Delivery Status

| Address | Status | Details | Delivered (UTC) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| avraam02@yahoo.com | Delivered to Mailserver | Delivered to d.mx.mail.yahoo.com | 7/9/2007 8:53:11 PM | 7/9/2007 3:53:11 PM (-500) | |
| canvasfaintdiseased@yahoo.com | Delivered to Mailserver | Delivered to f.mx.mail.yahoo.com | 7/9/2007 8:50:52 PM | 7/9/2007 3:50:52 PM (-500) | |
| maneflauntaloud25@yahoo.com | Delivered to Mailserver | Delivered to c.mx.mail.yahoo.com | 7/9/2007 8:52:19 PM | 7/9/2007 3:52:19 PM (-500) | |
| undoblewsolebeside@yahoo.com | Delivered to Mailserver | Delivered to a.mx.mail.yahoo.com | 7/9/2007 8:51:01 PM | 7/9/2007 3:51:01 PM (-500) | |
| wrotepiqueweight@yahoo.com | Delivered to | Delivered to | 7/9/2007 8:52:13 | 7/9/2007 3:52:13 PM | |

7/12/2007

| | | | | | |
|---|---|---|---|---|---|
| | Mailserver | c.mx.mail.yahoo.com | PM | (-500) | |
| ElsterJ@gtlaw.com | Delivered to Mailserver | Delivered to mx1.gtlaw.com | 7/9/2007 8:31:49 PM | 7/9/2007 3:31:49 PM (-500) | |

| Message Envelope | |
|---|---|
| **FROM:** | ElsterJ@gtlaw.com<ElsterJ@gtlaw.com> |
| **SUBJECT:** | Service of Legal Process Pursuant to Court Order |
| **TO:** | avraam02@yahoo.com<br>canvasfaintdiseased@yahoo.com<br>maneflauntaloud25@yahoo.com<br>undoblewsolebeside@yahoo.com<br>wrotepiqueweight@yahoo.com |
| **CC:** | ElsterJ@gtlaw.com |
| **BCC:** | |
| **Network ID:** | <63B2236C08279846A87B8F5DA27CA5230658EEB0@CHI-EXCH01.gtlaw.com> |
| **Received:** | 7/9/2007 8:23:51 PM(UTC) |
| **Client Code:** | |

**Note: This message has Digital Seal(SM) protection.**

| Message ID | File size |
|---|---|
| 4493D89CC14E29549E2ADB7F27D8DFB20F028BB1 | 13231605 |

**Attachments**

| File name | File size |
|---|---|
| Exhibit 1 - sealed.pdf | 9663851 |

**Delivery Audit Trail**

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 07/09/07 13:49:55 Op ening Socket./ Connecting to: d.mx.mail.yahoo.com/ 220 mta181.mail.re4 yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-m ta181.mail.re4.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELIN ING/ MAIL FROM:<rcpt4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-1@rpos t.net>/ RCPT TO:<avraam02@yahoo.com>/ DATA/ 250 sender <rc pt4493d89cc14e29549e2adb7f27d8dfb20f028bb1-1@rpost.net> ok250 recip ient <avraam02@yahoo.com> ok354 go ahead2981170-2200771920495744 2@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw com"<4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-1read@rpost.net>/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "canvasf aintdiseased@yahoo.com" <canvasfaintdiseased@yahoo.com>, "manefl auntaloud25@yahoo.com" <maneflauntaloud25@yahoo.com>, "undoblews olebeside@yahoo.com" <undoblewsolebeside@yahoo.com>, "wrotepique weight@yahoo.com" <wrotepiqueweight@yahoo.com>/ CC: "ElsterJ@gtl aw.com" <ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com<ElsterJ@ gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com"<4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-1read @rpost.net>/ X-

Confirm-Reading-to: "ElsterJ@gtlaw.com"<4493D89CC 14E29549E2ADB7F27D8DFB20F028BB1-1read@rpost.net>/ XRPost-ID: 4493D8 9CC14E29549E2ADB7F27D8DFB20F028BB1/ To: "avraam02@yahoo.com" <avraa m02@yahoo.com>/ Subject: (R)egistered: Service of Legal Process Pur suant to Court Order / Sending Message Body. / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 07/09/07 13:49:57 Op ening Socket./ Connecting to: f.mx.mail.yahoo.com/ 220 mta311.mail.mud yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-m ta311.mail.mud.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELIN ING/ MAIL FROM:<rcpt4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-2@rpos t.net>/ RCPT TO:<canvasfaintdiseased@yahoo.com>/ DATA/ 250 se nder <rcpt4493d89cc14e29549e2adb7f27d8dfb20f028bb1-2@rpost.net> ok250 recipient <canvasfaintdiseased@yahoo.com> ok354 go ahead33 2151-22007719204957802@trans1.els.rpost.netX-Priority: 3/ Return-Recei pt-To: "ElsterJ@gtlaw.com"<4493D89CC14E29549E2ADB7F27D8DFB20F028BB1 -2read@rpost.net>/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.c om>/ TO: "avraam02@yahoo.com" <avraam02@yahoo.com>, "maneflau ntaloud25@yahoo.com" <maneflauntaloud25@yahoo.com>, "undoblewsol ebeside@yahoo.com" <undoblewsolebeside@yahoo.com>, "wrotepiquewe ight@yahoo.com" <wrotepiqueweight@yahoo.com>/ CC: "ElsterJ@gtlaw com" <ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com<ElsterJ@gt law.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To: " ElsterJ@gtlaw.com"<4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-2read@r post.net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<4493D89CC14 E29549E2ADB7F27D8DFB20F028BB1-2read@rpost.net>/ XRPost-ID: 4493D89C C14E29549E2ADB7F27D8DFB20F028BB1/ To: "canvasfaintdiseased@yahoo.com" <canvasfaintdiseased@yahoo.com>/ Subject: (R)egistered: Service of Legal Process Pursuant to Court Order / Sending Message Body. / 554 delivery error: dd This user doesn't have a yahoo.com account (canvas faintdiseased@yahoo.com) [0] - mta311.mail.mud.yahoo.com/ QUIT/ 221 mt a311.mail.mud.yahoo.com/

RPost vers 3.0 Patented 6, 0, 3, 3/ 07/09/07 13:49:56 Opening Socket / Connecting to: c.mx.mail.yahoo.com/ 220 mta311.mail.re4.yahoo.com E SMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta311.mail.r e4.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FR OM:<rcpt4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-3@rpost.net>/ R CPT TO:<maneflauntaloud25@yahoo.com>/ DATA/ 250 sender <rcpt4 493d89cc14e29549e2adb7f27d8dfb20f028bb1-3@rpost.net> ok250 recipien t <maneflauntaloud25@yahoo.com> ok354 go ahead369734-22007719204 957708@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@ gtlaw.com"<4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-3read@rpost.net >/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "avr aam02@yahoo.com" <avraam02@yahoo.com>, "canvasfaintdiseased@yaho o.com" <canvasfaintdiseased@yahoo.com>, "undoblewsolebeside@yaho o.com" <undoblewsolebeside@yahoo.com>, "wrotepiqueweight@yahoo.c om" <wrotepiqueweight@yahoo.com>/ CC: "ElsterJ@gtlaw.com" <El sterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtla w.com"<4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-3read@rpost.net> / X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<4493D89CC14E29549E2ADB7 F27D8DFB20F028BB1-3read@rpost.net>/ XRPost-ID: 4493D89CC14E29549E2A DB7F27D8DFB20F028BB1/ To: "maneflauntaloud25@yahoo.com" <maneflaunt aloud25@yahoo.com>/ Subject: (R)egistered: Service of Legal Process Pursuant to Court Order / Sending Message Body. / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 07/09/07 13:49:58 Op ening Socket./ Connecting to: a.mx.mail.yahoo.com/ 220 mta528.mail.mud yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-m ta528.mail.mud.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELIN ING/ MAIL FROM:<rcpt4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-4@rpos t.net>/ RCPT TO:<undoblewsolebeside@yahoo.com>/ DATA/ 250 sen der <rcpt4493d89cc14e29549e2adb7f27d8dfb20f028bb1-4@rpost.net> o k250 recipient <undoblewsolebeside@yahoo.com> ok354 go ahead2983 349-22007719204958724@trans1.els.rpost.netX-Priority: 3/ Return-Receip t-To:

"ElsterJ@gtlaw.com"<4493D89CC14E29549E2ADB7F27D8DFB20F028BB1- 4read@rpost.net>/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.co m>/ TO: "avraam02@yahoo.com" <avraam02@yahoo.com>, "canvasfai ntdiseased@yahoo.com" <canvasfaintdiseased@yahoo.com>, "maneflau ntaloud25@yahoo.com" <maneflauntaloud25@yahoo.com>, "wrotepiquew eight@yahoo.com" <wrotepiqueweight@yahoo.com>/ CC: "ElsterJ@gtla w.com" <ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com<ElsterJ@g tlaw.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com"<4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-4read@ rpost.net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<4493D89CC1 4E29549E2ADB7F27D8DFB20F028BB1-4read@rpost.net>/ XRPost-ID: 4493D89 CC14E29549E2ADB7F27D8DFB20F028BB1/ To: "undoblewsolebeside@yahoo.com" <undoblewsolebeside@yahoo.com>/ Subject: (R)egistered: Service o f Legal Process Pursuant to Court Order / Sending Message Body. / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 07/09/07 13:49:58 Opening Socket./ Connecting to: c.mx.mail.yahoo.com/ 220 mta291.mail.re4.yahoo com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta291. mail.re4.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ M AIL FROM:<rcpt4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-5@rpost.net& gt;/ RCPT TO:<wrotepiqueweight@yahoo.com>/ DATA/ 250 sender < rcpt4493d89cc14e29549e2adb7f27d8dfb20f028bb1-5@rpost.net> ok250 rec ipient <wrotepiqueweight@yahoo.com> ok354 go ahead865839-2200771 920507114@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "Elste rJ@gtlaw.com"<4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-5read@rpost. net>/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: " avraam02@yahoo.com" <avraam02@yahoo.com>, "canvasfaintdiseased@y ahoo.com" <canvasfaintdiseased@yahoo.com>, "maneflauntaloud25@ya hoo.com" <maneflauntaloud25@yahoo.com>, "undoblewsolebeside@yaho o.com" <undoblewsolebeside@yahoo.com>/ CC: "ElsterJ@gtlaw.com" & It;ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com >/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ @gtlaw.com"<4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-5read@rpost.ne t>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<4493D89CC14E29549E 2ADB7F27D8DFB20F028BB1-5read@rpost.net>/ XRPost-ID: 4493D89CC14E295 49E2ADB7F27D8DFB20F028BB1/ To: "wrotepiqueweight@yahoo.com" <wrotep iqueweight@yahoo.com>/ Subject: (R)egistered: Service of Legal Proc ess Pursuant to Court Order / Sending Message Body. / QUIT/

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 Goodbye/ 07/09/07 13:30: 34 Opening Socket./ Connecting to: mx1.gtlaw.com/ 220 MX1.GTLAW.COM ESMTP / EHLO trans1.els.rpost.net/ 250-MX1.GTLAW.COM/ 250-PIPELINING/ 250-SIZE 28866663/ 250-ETRN/ 250-STARTTLS/ 250 8BITMIME/ MAIL FROM:< ;rcpt4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-6@rpost.net>/ RCPT TO :<ElsterJ@gtlaw.com>/ DATA/ 250 Ok250 Ok354 End data with <CR ><LF>.<CR><LF>11267111-22007719203035141@trans1.e ls.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"<4 493D89CC14E29549E2ADB7F27D8DFB20F028BB1-6read@rpost.net>/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "avraam02@yahoo.com " <avraam02@yahoo.com>, "canvasfaintdiseased@yahoo.com" <canv asfaintdiseased@yahoo.com>, "maneflauntaloud25@yahoo.com" <manef launtaloud25@yahoo.com>, "undoblewsolebeside@yahoo.com" <undoble wsolebeside@yahoo.com>, "wrotepiqueweight@yahoo.com" <wrotepique weight@yahoo.com>/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com> / Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtl aw.com"<4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-6read@rpost.net> ;/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<4493D89CC14E29549E2ADB 7F27D8DFB20F028BB1-6read@rpost.net>/ XRPost-ID: 4493D89CC14E29549E2 ADB7F27D8DFB20F028BB1/ "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com>/ Subject: (R)egistered: Service of Legal Process Pursuant to Court Ord er / Sending Message Body. / 250 Ok: queued as A0D7162FBW/ /

You should keep an electronic copy of this receipt, together with all of its attachments, for your records. Note that the Registered E-mail® service does not retain any copy of your e-mail or this receipt. You should not rely on the information in

this receipt until you have authenticated this receipt. General terms and conditions of service are available upon request by e-mail from info@rpost.com or within the RPost Legal Notice.

An RPost Service RPOST

RcptVer6.0

**From:** Authentication [mailto:admin@rpost.com]
**Sent:** Tuesday, July 10, 2007 5:03 PM
**To:** Elster, Jason (Assoc-Chi-LT)
**Subject:** Re: FW: Receipt: Service of Legal Process Pursuant to Court Order

# RECEIPT AUTHENTICATION™

PROOF OF SENDING, DELIVERY AND CONTENT™ RPOST® REGISTERED E-MAIL®

**The receipt you have submitted to our system is valid and proves the delivery results displayed below.**

**** A copy of the original message is attached. ****

**Delivery Status**

| Address | Status | Details | Delivered (UTC) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| avraam02@yahoo.com | Delivered to Mailserver | Delivered to e.mx.mail.yahoo.com | 7/9/2007 8:38:33 PM | 7/9/2007 3:38:33 PM (-500) | |
| canvasfaintdiseased@yahoo.com | Delivered to Mailserver | Delivered to c.mx.mail.yahoo.com | 7/9/2007 8:40:38 PM | 7/9/2007 3:40:38 PM (-500) | |
| maneflauntaloud25@yahoo.com | Delivered to Mailserver | Delivered to a.mx.mail.yahoo.com | 7/9/2007 8:39:10 PM | 7/9/2007 3:39:10 PM (-500) | |
| undoblewsolebeside@yahoo.com | Delivered to Mailserver | Delivered to b.mx.mail.yahoo.com | 7/9/2007 8:42:48 PM | 7/9/2007 3:42:48 PM (-500) | |
| wrotepiqueweight@yahoo.com | Delivered to | Delivered to | 7/9/2007 8:42:40 | 7/9/2007 3:42:40 PM | |

| | | | | | |
|---|---|---|---|---|---|
| | Mailserver | b.mx.mail.yahoo.com | PM | (-500) | |
| ElsterJ@gtlaw.com | Opened | HTTP | 7/9/2007 8:24:57 PM | 7/9/2007 3:24:57 PM (-500) | 7/9/2007 3:27:32 PM(-500) |

| Message Envelope | |
|---|---|
| FROM: | ElsterJ@gtlaw.com<ElsterJ@gtlaw.com> |
| SUBJECT: | Service of Legal Process Pursuant to Court Order |
| TO: | avraam02@yahoo.com<br>canvasfaintdiseased@yahoo.com<br>maneflauntaloud25@yahoo.com<br>undoblewsolebeside@yahoo.com<br>wrotepiqueweight@yahoo.com |
| CC: | ElsterJ@gtlaw.com |
| BCC: | |
| Network ID: | <63B2236C08279846A87B8F5DA27CA5230658EEAB@CHI-EXCH01.gtlaw.com> |
| Received: | 7/9/2007 8:18:07 PM(UTC) |
| Client Code: | |

**Note: This message has Digital Seal(SM) protection.**

| Message ID | File size |
|---|---|
| 5B6A3E44B5583BC98A469769D24F1170CFA447BC | 11738697 |

| Attachments | |
|---|---|
| **File name** | **File size** |
| Exhibit D - sealed.pdf | 8572939 |

**Delivery Audit Trail**

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 451 Timeout waiting for comm and, terminating connection./ 07/09/07 13:36:27 Opening Socket./ Con necting to: e.mx.mail.yahoo.com/ 220 mta141.mail.re4.yahoo.com ESMTP Y Smtp service ready/ EHLO trans1.els.rpost.net/ 250-mta141.mail.re4.yah oo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FROM:< ;rcpt5B6A3E44B5583BC98A469769D24F1170CFA447BC-1@rpost.net>/ RCPT TO :<avraam02@yahoo.com>/ DATA/ 250 sender <rcpt5b6a3e44b5583bc9 8a469769d24f1170cfa447bc-1@rpost.net> ok250 recipient <avraam02@ yahoo.com> ok354 go ahead50623-22007719203628356@trans1.els.rpost.n etX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"<5B6A3E44B55 83BC98A469769D24F1170CFA447BC-1read@rpost.net>/ Reply-To: "ElsterJ@ gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "canvasfaintdiseased@yahoo.c om" <canvasfaintdiseased@yahoo.com>, "maneflauntaloud25@yahoo.co m" <maneflauntaloud25@yahoo.com>, "undoblewsolebeside@yahoo.com" <undoblewsolebeside@yahoo.com>, "wrotepiqueweight@yahoo.com" &l t;wrotepiqueweight@yahoo.com>/ CC: "ElsterJ@gtlaw.com" <ElsterJ@ gtlaw.com>/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>/ Sende r: ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com" <5B6A3E44B5583BC98A469769D24F1170CFA447BC-1read@rpost.net>/ X-Co nfirm-Reading-to: "ElsterJ@gtlaw.com"<5B6A3E44B5583BC98A469769D24F1 170CFA447BC-

1read@rpost.net>/ XRPost-ID: 5B6A3E44B5583BC98A469769D2 4F1170CFA447BC/ To: "avraam02@yahoo.com" <avraam02@yahoo.com>/ S ubject: (R)egistered: Service of Legal Process Pursuant to Court Order / Sending Message Body. / QUIT/

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 451 Timeout waiting for comm and, terminating connection./ 07/09/07 13:36:27 Opening Socket./ Con necting to: c.mx.mail.yahoo.com/ 220 mta212.mail.re3.yahoo.com ESMTP Y Smtp service ready/ EHLO trans1.els.rpost.net/ 250-mta212.mail.re3.yah oo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FROM:< ;rcpt5B6A3E44B5583BC98A469769D24F1170CFA447BC-2@rpost.net>/ RCPT TO :<canvasfaintdiseased@yahoo.com>/ DATA/ 250 sender <rcpt5b6a3 e44b5583bc98a469769d24f1170cfa447bc-2@rpost.net> ok250 recipient &l t;canvasfaintdiseased@yahoo.com> ok354 go ahead101624-2200771920364 5966@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gt law.com"<5B6A3E44B5583BC98A469769D24F1170CFA447BC-2read@rpost.net&g t;/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "avraa m02@yahoo.com" <avraam02@yahoo.com>, "maneflauntaloud25@yahoo.co m" <maneflauntaloud25@yahoo.com>, "undoblewsolebeside@yahoo.com" <undoblewsolebeside@yahoo.com>, "wrotepiqueweight@yahoo.com" &l t;wrotepiqueweight@yahoo.com>/ CC: "ElsterJ@gtlaw.com" <ElsterJ@ gtlaw.com>/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>/ Sende r: ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com" <5B6A3E44B5583BC98A469769D24F1170CFA447BC-2read@rpost.net>/ X-Co nfirm-Reading-to: "ElsterJ@gtlaw.com"<5B6A3E44B5583BC98A469769D24F1 170CFA447BC-2read@rpost.net>/ XRPost-ID: 5B6A3E44B5583BC98A469769D2 4F1170CFA447BC/ To: "canvasfaintdiseased@yahoo.com" <canvasfaintdis eased@yahoo.com>/ Subject: (R)egistered: Service of Legal Process P ursuant to Court Order / Sending Message Body. / 554 delivery error: d d This user doesn't have a yahoo.com account (canvasfaintdiseased@yaho o.com) [0] - mta212.mail.re3.yahoo.com/ QUIT/ 221 mta212.mail.re3.yaho o.com/

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 451 Timeout waiting for comm and, terminating connection./ 07/09/07 13:38:18 Opening Socket./ Con necting to: a.mx.mail.yahoo.com/ 220 mta490.mail.mud.yahoo.com ESMTP Y Smtp service ready/ EHLO trans1.els.rpost.net/ 250-mta490.mail.mud.yah oo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FROM:< ;rcpt5B6A3E44B5583BC98A469769D24F1170CFA447BC-3@rpost.net>/ RCPT TO :<maneflauntaloud25@yahoo.com>/ DATA/ 250 sender <rcpt5b6a3e4 4b5583bc98a469769d24f1170cfa447bc-3@rpost.net> ok250 recipient < maneflauntaloud25@yahoo.com> ok354 go ahead1775318-220077192038188 40@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw com"<5B6A3E44B5583BC98A469769D24F1170CFA447BC-3read@rpost.net>/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "avraam02 @yahoo.com" <avraam02@yahoo.com>, "canvasfaintdiseased@yahoo.com " <canvasfaintdiseased@yahoo.com>, "undoblewsolebeside@yahoo.com " <undoblewsolebeside@yahoo.com>, "wrotepiqueweight@yahoo.com" & lt;wrotepiqueweight@yahoo.com>/ CC: "ElsterJ@gtlaw.com" <ElsterJ @gtlaw.com>/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>/ Send er: ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com "<5B6A3E44B5583BC98A469769D24F1170CFA447BC-3read@rpost.net>/ X-C onfirm-Reading-to: "ElsterJ@gtlaw.com"<5B6A3E44B5583BC98A469769D24F 1170CFA447BC-3read@rpost.net>/ XRPost-ID: 5B6A3E44B5583BC98A469769D 24F1170CFA447BC/ To: "maneflauntaloud25@yahoo.com" <maneflauntaloud 25@yahoo.com>/ Subject: (R)egistered: Service of Legal Process Purs uant to Court Order / Sending Message Body. / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 451 Timeout waiting for comm and, terminating connection./ 07/09/07 13:38:19 Opening Socket./ Con necting to: b.mx.mail.yahoo.com/ 220 mta168.mail.re3.yahoo.com ESMTP Y Smtp service ready/ EHLO trans1.els.rpost.net/ 250-mta168.mail.re3.yah oo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FROM:< ;rcpt5B6A3E44B5583BC98A469769D24F1170CFA447BC-4@rpost.net>/ RCPT TO :<undoblewsolebeside@yahoo.com>/ DATA/ 250 sender <rcpt5b6a3e 44b5583bc98a469769d24f1170cfa447bc-4@rpost.net> ok250 recipient < ;undoblewsolebeside@yahoo.com> ok354 go ahead1172981-22007719203819 871@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtl aw.com"<5B6A3E44B5583BC98A469769D24F1170CFA447BC-4read@rpost.net> ;/ Reply-To:

"ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "avraam 02@yahoo.com" <avraam02@yahoo.com>, "canvasfaintdiseased@yahoo.c om" <canvasfaintdiseased@yahoo.com>, "maneflauntaloud25@yahoo.co m" <maneflauntaloud25@yahoo.com>, "wrotepiqueweight@yahoo.com" & It;wrotepiqueweight@yahoo.com>/ CC: "ElsterJ@gtlaw.com" <ElsterJ @gtlaw.com>/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>/ Send er: ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com "<5B6A3E44B5583BC98A469769D24F1170CFA447BC-4read@rpost.net>/ X-C onfirm-Reading-to: "ElsterJ@gtlaw.com"<5B6A3E44B5583BC98A469769D24F 1170CFA447BC-4read@rpost.net>/ XRPost-ID: 5B6A3E44B5583BC98A469769D 24F1170CFA447BC/ To: "undoblewsolebeside@yahoo.com" <undoblewsolebe side@yahoo.com>/ Subject: (R)egistered: Service of Legal Process Pu rsuant to Court Order / Sending Message Body. / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ 07/09/07 13:38:18 Opening Socket / Connecting to: b.mx.mail.yahoo.com/ 220 mta134.mail.re3.yahoo.com E SMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta134.mail.r e3.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FR OM:<rcpt5B6A3E44B5583BC98A469769D24F1170CFA447BC-5@rpost.net>/ R CPT TO:<wrotepiqueweight@yahoo.com>/ DATA/ 250 sender <rcpt5b 6a3e44b5583bc98a469769d24f1170cfa447bc-5@rpost.net> ok250 recipient <wrotepiqueweight@yahoo.com> ok354 go ahead111317-2200771920381 912@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtl aw.com"<5B6A3E44B5583BC98A469769D24F1170CFA447BC-5read@rpost.net> ;/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "avraam 02@yahoo.com" <avraam02@yahoo.com>, "canvasfaintdiseased@yahoo.c om" <canvasfaintdiseased@yahoo.com>, "maneflauntaloud25@yahoo.co m" <maneflauntaloud25@yahoo.com>, "undoblewsolebeside@yahoo.com" <undoblewsolebeside@yahoo.com>/ CC: "ElsterJ@gtlaw.com" <Els terJ@gtlaw.com>/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw com"<5B6A3E44B5583BC98A469769D24F1170CFA447BC-5read@rpost.net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<5B6A3E44B5583BC98A469769 D24F1170CFA447BC-5read@rpost.net>/ XRPost-ID: 5B6A3E44B5583BC98A469 769D24F1170CFA447BC/ To: "wrotepiqueweight@yahoo.com" <wrotepiquewe ight@yahoo.com>/ Subject: (R)egistered: Service of Legal Process Pu rsuant to Court Order / Sending Message Body. / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 2.0.0 mail.smithmarshall com Service closing transmission channel/ 07/09/07 13:23:52 Opening Socket./ Connecting to: mx3.gtlaw.com/ 220 MX3.GTLAW.COM ESMTP / EHLO trans1.els.rpost.net/ 250-MX3.GTLAW.COM/ 250-PIPELINING/ 250-SIZE 288 66663/ 250-ETRN/ 250-STARTTLS/ 250 8BITMIME/ MAIL FROM:<rcpt5B6A3E4 4B5583BC98A469769D24F1170CFA447BC-6@rpost.net>/ RCPT TO:<ElsterJ @gtlaw.com>/ DATA/ 250 Ok250 Ok354 End data with <CR><LF&g t;.<CR><LF>26088102-22007719202352645@trans1.els.rpost.net X-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"<5B6A3E44B5583 BC98A469769D24F1170CFA447BC-6read@rpost.net>/ Reply-To: "ElsterJ@gt law.com"<ElsterJ@gtlaw.com>/ TO: "avraam02@yahoo.com" <avraam 02@yahoo.com>, "canvasfaintdiseased@yahoo.com" <canvasfaintdisea sed@yahoo.com>, "maneflauntaloud25@yahoo.com" <maneflauntaloud25 @yahoo.com>, "undoblewsolebeside@yahoo.com" <undoblewsolebeside@ yahoo.com>, "wrotepiqueweight@yahoo.com" <wrotepiqueweight@yahoo com>/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>/ Sender: El sterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com"<5 B6A3E44B5583BC98A469769D24F1170CFA447BC-6read@rpost.net>/ X-Confirm -Reading-to: "ElsterJ@gtlaw.com"<5B6A3E44B5583BC98A469769D24F1170CF A447BC-6read@rpost.net>/ XRPost-ID: 5B6A3E44B5583BC98A469769D24F117 0CFA447BC/ "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com>/ Subject: (R )egistered: Service of Legal Process Pursuant to Court Order / Sending Message Body. / 250 Ok: queued as 16B909E3KG/ /

<b>Opened from IP 66.151.14.170/ </b><br>----/ Conn ection: Keep-Alive/ Via: 1.1 CHI-ISA1/ Accept: */*/ Accept-Encoding: g zip, deflate/ Accept-Language: en-us/ Host: open.rpost.net/ User-Agent : Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; SV1; .NET CLR 1.1 4322; InfoPath.1; .NET CLR 2.0.50727)/ /LM/W3SVC/1/RootC:\open\<br ><br><br><br>0<br>CGI/1.1off<br>1/LM/ W3SVC/1<br>10.0.0.198/Rpost.aspxC:\open\Rpost.aspx404;http://ope n.rpost.net/5B6A3E44B5583BC98A469769D24F1170CFA447BC-6_528C14A7CF1C0AC

B51D2B55CC66B9EF498E4CDA2/rpost.gif<br>66.151.14.17066.151.14.17 09331GET<br>/Rpost.aspxopen.rpost.net800<br>HTTP/1.0Micros oft-IIS/5.0/Rpost.aspxKeep-Alive<br>1.1 CHI-ISA1*/*gzip, deflate en-us<br>open.rpost.netMozilla/4.0 (compatible; MSIE 6.0; Window s NT 5.1; SV1; .NET CLR 1.1.4322; InfoPath.1; .NET CLR 2.0.50727)/ /

You should keep an electronic copy of this receipt, together with all of its attachments, for your records. Note that the Registered E-mail® service does not retain any copy of your e-mail or this receipt. You should not rely on the information in this receipt until you have authenticated this receipt. General terms and conditions of service are available upon request by e-mail from info@rpost.com or within the RPost Legal Notice.

An RPost Service RPOST

RcptVer6.0