# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QSOFT CONSULTING, LIMITED | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-cv-391 (JJF) |
| | ) | |
| TEDDY TONG and TDTONG LTD. | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, Sandra G. M. Selzer, being duly sworn according to law, deposes and says that she is employed by Greenberg Traurig, LLP, which is counsel for the Plaintiff, QSoft Consulting, Limited in the above-captioned action, and that on the 9th day of July 2007, pursuant to the *Order Granting QSoft Consulting Limited's Expedited Motion for Leave to Effectuate Service Via Electronic Mail*, dated June 26, 2007, she directed copies of the following to be served via email:

- *Exhibits 2, 3, 4, 5, 6, 9 to Memorandum in Support of Motion for Preliminary Injunction*
- *Sealed Exhibits 7, 8 to Memorandum in Support of Motion for Preliminary Injunction*

upon the following:

> avraam02@yahoo.com; canvasfaintdiseased@yahoo.com;
> maneflauntaloud25@yahoo.com; wrotepiqueweight@yahoo.com; and
> undoblewsolebeside@yahoo.com

as evidenced by the authenticated receipts attached hereto.

Dated: July 12, 2007

Sandra G. M. Selzer (No. 4283)
GREENBERG TRAURIG, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
302-661-7000 - Telephone
302-661-7360 - Facsimile

# RECEIPT AUTHENTICATION™

PROOF OF SENDING, DELIVERY AND CONTENT™

RPOST® REGISTERED E-MAIL®

The receipt you have submitted to our system is valid and proves the delivery results displayed below.

## ** A copy of the original message is attached. **

### Delivery Status

| Address | Status | Details | Delivered (UTC) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| avraam02@yahoo.com | Delivered to Mailserver | Delivered to c.mx.mail.yahoo.com | 7/9/2007 8:19:18 PM | 7/9/2007 3:19:18 PM (-500) | |
| canvasfaintdiseased@yahoo.com | Delivered to Mailserver | Delivered to b.mx.mail.yahoo.com | 7/9/2007 8:19:21 PM | 7/9/2007 3:19:21 PM (-500) | |
| maneflauntaloud25@yahoo.com | Delivered to Mailserver | Delivered to f.mx.mail.yahoo.com | 7/9/2007 8:26:04 PM | 7/9/2007 3:26:04 PM (-500) | |
| undoblewsolebeside@yahoo.com | Delivered to Mailserver | Delivered to e.mx.mail.yahoo.com | 7/9/2007 8:26:08 PM | 7/9/2007 3:26:08 PM (-500) | |
| wrotepiqueweight@yahoo.com | Delivered to Mailserver | Delivered to c.mx.mail.yahoo.com | 7/9/2007 8:19:09 PM | 7/9/2007 3:19:09 PM (-500) | |

### Message Envelope

**FROM:** ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>

**SUBJECT:** Service of Legal Process Pursuant to Court Order

avraam02@yahoo.com
canvasfaintdiseased@yahoo.com

7/10/2007

| TO: | manefiauntaloud25@yahoo.com<br>undoblewsolebeside@yahoo.com<br>wrotepiqueweight@yahoo.com |
| CC: | |
| BCC: | |
| Network ID: | <63B2236C08279846A87B8F5DA27CA5230658EEAC@CHI-EXCH01.gtlaw.com> |
| Received: | 7/9/2007 8:18:29 PM(UTC) |
| Client Code: | |

**Note: This message has Digital Seal(SM) protection.**

| Message ID | File size |
|---|---|
| 87656470EE577117F9443ABC9858DC245FC564F0 | 1261573 |

**Attachments**

| File name | File size |
|---|---|
| Exhibit 3 to Memo Support Pl.pdf | 223901 |
| Exhibit 2 to Memo Support Pl.pdf | 692509 |

**Delivery Audit Trail**

RPost vers 3 0 Patented 6, 0, 3, 3/ QUIT/ 421 abe.h50.us. SMTP command timeout - closing connection/ 07/09/07 13:18:56 Opening Socket./ Co nnecting to: c.mx.mail.yahoo.com/ 220 mta210.mail.re3.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta210.mail.re3.ya hoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FROM &l t;rcpt87656470EE577117F9443ABC9858DC245FC564F0-1@rpost.net>/ RCPT T O:<avraam02@yahoo.com>/ DATA/ 250 sender <rcpt87656470ee57711 7f9443abc9858dc245fc564f0-1@rpost.net> ok250 recipient <avraam02 @yahoo.com> ok354 go ahead58664-2200191882@trans1.els.rpost.n etX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"<87656470EE5 77117F9443A BC9858DC245FC564F0-1read@rpost.net>/ Reply-To: "ElsterJ@ gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "canvasfaintdiseased@yahoo.c om" <canvasfaintdiseased@yahoo.com>, "manefiauntaloud25@yahoo.co m" <manefiauntaloud25@yahoo.com>, "undoblewsolebeside@yahoo.com" <undoblewsolebeside@yahoo.com>, "wrotepiqueweight@yahoo.com" &l t;wrotepiqueweight@yahoo.com>/ CC: "ElsterJ@gtlaw.com" <ElsterJ@ gtlaw.com">/ From: ElsterJ@gtlaw.com>/ Sende r: ElsterJ@gtlaw.com/ X-Co nfirm-Reading-to: "ElsterJ@gtlaw.com"<87656470EE577117F9443ABC9858DC245FC564F0-1read@rpost.net>/ XRPost-ID: 87656470EE577117F9443ABC98 58DC245FC564F0/ To: "avraam02@yahoo.com" <avraam02@yahoo.com>/ S ubject: Service of Legal Process Pursuant to Court Order / Sending Message Body / 250 ok dirdel/ /

RPost vers 3 0 Patented 6, 0, 3, 3/ 07/09/07 13:18:56 Opening Socket./ Connecting to : b.mx.mail.yahoo.com/ 220 mta186.mail.re3.yahoo.com E SMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta186.mail.r e3.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FR OM:<rcpt87656470EE577117F9443ABC9858DC245FC564F0-2@rpost.net>/ R CPT TO:<canvasfaintdiseased@yahoo.com>/ DATA/ 250 sender <rcp t87656470ee577117f9443abc9858dc245fc564f0-2@rpost.net> ok250 recipi ent <canvasfaintdiseased@yahoo.com> ok354 go ahead121522-2200771

9201859101@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "Elst erJ@gtlaw.com"<876564 70EE577117F9443ABC9858DC245FC564F0-2read@rpost.net>/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "avraam02@yahoo.com" <avraam02@yahoo.com>, "maneflauntaloud25@ya hoo.com"<maneflauntaloud25@yahoo.com>, "undoblewsolebeside@yahoo.c om" <undoblewsolebeside@yahoo.com"/ <undoblewsolebeside@yahoo.com>, "wrotepiqueweight@yahoo.c om" <wrotepiqueweight@yahoo.com>/ CC: "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com>ElsterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com / X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<876564 70EE577117F9443AB C9858DC245FC564F0-2read@rpost.net>/ Disposition-Notification-To: "ElsterJ@gtla w.com"<876564 70EE577117F9443ABC9858DC245FC564F0-2read@rpost.net>/ XRPost-ID: 876564 70EE577117F944 3ABC9858DC245FC564F0/ To: "canvasfaintdiseased@yahoo.com" <canvasfa intdiseased@yahoo.com>/ Subject: (R)egistered: Service of Legal Pro cess Pursuant to Court Order / Sending Message Body. / 554 delivery er ror: dd This user doesn't have a yahoo.com account (canvasfaintdisease d@yahoo.com) [0]. -

RPost.vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 Catch you later/ 07/09/0 7 13:25.46 Opening Socket./ Connecting to: f.mx.mail.yahoo.com/ 220 mta326.mail.mud.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.r post.net/ 250- mta326.mail.mud.yahoo.com/ 250-8BITMIME/ 250-SIZE 319815 68/ 250 PIPELINING/ MAIL FROM:<rcpt876564 70EE577117F9443ABC9858DC24 5FC564F0-3@rpost.net>/ RCPT TO:<maneflauntaloud25@yahoo.com>/ DATA/ 250 sender <rcpt876564 70ee577117f9443abc9858dc245fc564f0-3@r post.net> ok250 recipient <maneflauntaloud25@yahoo.com> ok354 go ahead9457104- 22007719202547503@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"<876564 70EE577117F9443ABC9858 DC245FC564F0-3read@rpost.net>/ Reply-To: "ElsterJ@gtlaw.com"<Els terJ@gtlaw.com>/ TO: "avraam02@yahoo.com" <avraam02@yahoo.com> , "canvasfaintdiseased@yahoo.com" <canvasfaintdiseased@yahoo.com>g t;, "undoblewsolebeside@yahoo.com" <undoblewsolebeside@yahoo.com> .; "wrotepiqueweight@yahoo.com" <wrotepiqueweight@yahoo.com>/ CC.: Disposition-No tification-To: "ElsterJ@gtlaw.c om<ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ XRP ost-ID: 876564 70EE577117F9443ABC9858DC245FC564F0/ To: "maneflauntaloud 25@yahoo.com" <maneflauntaloud25@yahoo.com>/ Subject: (R)egister ed: Service of Legal Process Pursuant to Court Order / Sending Message Body. / 250 ok dirdel/ /

RPost.vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 Bye/ 07/09/07 13:25.46 Opening Socket./ Connecting to: e.mx.mail.yahoo.com/ 220 mta401.mail.re4.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 25 0- mta401.mail.re4.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPE LINING/ MAIL FROM:<rcpt876564 70EE577117F9443ABC9858DC245FC564F0-4@r post.net>/ RCPT TO:<undoblewsolebeside@yahoo.com>/ DATA/ 250 sender <rcpt876564 70ee577117f9443abc9858dc245fc564f0- 4@rpost.net> : ok250 recipient <undoblewsolebeside@yahoo.com> ok354 go ahead1 9030131- 22007719202547503@trans1.els.rpost.netX-Priority. 3/ Return-Re ceipt-To: "ElsterJ@gtlaw.com"<876564 70EE577117F9443ABC9858DC245FC56 4F0-4read@rpost.net>/ Reply-To: "ElsterJ@gtla w.com>/ TO: "avraam02@yahoo.com" <avraam02@yahoo.com>, "canva sfaintdiseased@yahoo.com" <canvasfaintdiseased@yahoo.com>, "mane flauntaloud25@yahoo.com" <maneflauntaloud25@yahoo.com>, "wrotepi queweight@yahoo.com" <wrotepiqueweight@yahoo.com>/ CC: "ElsterJ@ gtlaw.com"<ElsterJ@gtlaw.com>/ From: Elste rJ@gtlaw.com<Elste rJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<876564 70EE577117F9443ABC9858DC245FC564F0-4r ead@rpost.net>/ Disposition-Notification- To: "ElsterJ@gtlaw.com"<876 56470EE577117F9443ABC9858DC245FC564F0/ To: "undoblewsolebeside@yahoo.com" <undoblewsolebeside@yahoo.com>/ Subject: (R)egistered: Servi ce of Legal Process Pursuant to Court Order / Sending Message Body. / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 421 mailwash40.pair.com Erro r: timeout exceeded/ 07/09/07 13:18:57 Opening Socket./ Connecting t o: c.mx.mail.yahoo.com/ 220 mta245.mail.re3.yahoo.com ESMTP YSmtp serv ice ready/ EHLO trans1.els.rpost.net/ 250-mta245.mail.re3.yahoo.com/ 2 50-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FROM:<rcpt8765 6470EE577117F9443ABC9858DC245FC564F0-5@rpost.net>/ RCPT TO:<wrot epiqueweight@yahoo.com>/ DATA/ 250 sender <rcpt87656470ee577117f 9443abc9858dc245fc564f0-5@rpost.net> ok250 recipient <wrotepique weight@yahoo.com> ok354 go ahead156591-22007719201858148@trans1.els rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"<876 56470EE577117F9443ABC9858DC245FC564F0-5read@rpost.net>/ Reply-To: " ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "avraam02@yahoo.com" <avraam02@yahoo.com>, "canvasfaintdiseased@yahoo.com"<canvas faintdiseased@yahoo.com>, "manefilauntaloud25@yahoo.com" <manefla untaloud25@yahoo.com>, "undoblewsolebeside@yahoo.com" <undoblews olebeside@yahoo.com>/ CC: "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com >/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>/ Sender: Elster J@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com"<876656 470EE577117F9443ABC9858DC245FC564 F0-5read@rpost.net>/ X-Confirm-Rea ding-to: "ElsterJ@gtlaw.com"<87656470EE577117F9443ABC9858DC245FC564 F0-5read@rpost.net>/ XRPost-ID: 87656470EE577117F9443ABC9858DC245FC 564F0/ To: "wrotepiqueweight@yahoo.com" <wrotepiqueweight@yahoo.com >/ Subject: (R)egistered: Service of Legal Process Pursuant to Cour t Order / Sending Message Body / 250 ok dirdel/ /

You should keep an electronic copy of this receipt, together with all of its attachments, for your records. Note that the Registered E-mail® service does not retain any copy of your e-mail or this receipt. You should not rely on the information in this receipt until you have authenticated this receipt. General terms and conditions of service are available upon request by e-mail from info@rpost.com or within the RPost Legal Notice.

An RPost Service RPost

RcptVer6.0

7/10/2007

# RECEIPT AUTHENTICATION™

PROOF OF SENDING, DELIVERY AND CONTENT™                    RPOST® REGISTERED E-MAIL™

The receipt you have submitted to our system is valid and proves the delivery results displayed below.

## ** A copy of the original message is attached. **

**Delivery Status**

| Address | Status | Details | Delivered (UTC) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| avraam02@yahoo.com | Delivered to Mailserver | Delivered to f.mx.mail.yahoo.com | 7/9/2007 8:40:20 PM | 7/9/2007 3:40:20 PM (-500) | |
| canvasfaintdiseased@yahoo.com | Delivered to Mailserver | Delivered to g.mx.mail.yahoo.com | 7/9/2007 8:40:15 PM | 7/9/2007 3:40:15 PM (-500) | |
| maneflauntaloud25@yahoo.com | Delivered to Mailserver | Delivered to c.mx.mail.yahoo.com | 7/9/2007 8:40:55 PM | 7/9/2007 3:40:55 PM (-500) | |
| undoblewsolebeside@yahoo.com | Delivered to Mailserver | Delivered to d.mx.mail.yahoo.com | 7/9/2007 8:41:32 PM | 7/9/2007 3:41:32 PM (-500) | |
| wrotepiqueweight@yahoo.com | Delivered to Mailserver | Delivered to c.mx.mail.yahoo.com | 7/9/2007 8:41:03 PM | 7/9/2007 3:41:03 PM (-500) | |

**Message Envelope**

| FROM: | ElsterJ@gtlaw.com<ElsterJ@gtlaw.com> |
|---|---|
| SUBJECT: | Service of Legal Process Pursuant to Court Order |

avraam02@yahoo.com
canvasfaintdiseased@yahoo.com

7/10/2007

Page 2 of 4

|  | maneflauntaloud25@yahoo.com |
| TO: | undoblewsolebeside@yahoo.com |
|  | wrotepiqueweight@yahoo.com |
| CC: |  |
| BCC: |  |
| Network ID: | <63B2236C082798A6A87B8F5DA27CA5230658EEAD@CHI-EXCH01.gtlaw.com> |
| Received: | 7/9/2007 8:18:51 PM(UTC) |
| Client Code: |  |

Note: This message has Digital Seal(SM) protection.

| Message ID | File size |
| --- | --- |
| 96C73526D75E47B7F294F61E8B0530E8307F2741 | 4757269 |

**Attachments**

| File name | File size |
| --- | --- |
| Exhibit 5 to Memo Support PI.pdf | 1765743 |
| Exhibit 4 to Memo Support PI.pdf | 1705157 |

**Delivery Audit Trail**

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 07/09/07 13:39:59 Opening Socket./ Connecting to: f.mx.mail.yahoo.com/ 220 mta348.mail.mud.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta348. mail.mud.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ M AIL FROM:<rcpt96c73526D75E47B7F294F61E8B0530E8307F2741-1@rpost.net& gt./ RCPT TO:<avraam02@yahoo.com>/ DATA/ 250 sender <rcpt96c7 3526d75e47b7f294f61e8b0530e8307f2741-1@rpost.net> ok250 recipient & lt;avraam02@yahoo.com> ok354 go ahead1124521-2200771 1920395962@tran s1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"& lt;96C73526D75E47B7F294F61E8B0530E8307F2741-1read@rpost.net>/ Reply -To: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "canvasfaintdi seased@yahoo.com" <canvasfaintdiseased@yahoo.com>, "maneflauntal oud25@yahoo.com" <maneflauntaloud25@yahoo.com>, "undoblewsolebes ide@yahoo.com" <undoblewsolebeside@yahoo.com>, "wrotepiqueweight @yahoo.com" <wrotepiqueweight @yahoo.com>/ CC: "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw. com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To: "Elst erJ@gtlaw.com"<96C73526D75E47B7F294F61E8B0530E8307F2741 7F294F61 E8B0530E8307F2741-1read@rpost.net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<96C73526D75E47B 7F294F61E8B0530E8307F2741-1read@rpost.net>/ XRPost-ID: 96C73526D75E 47B7F294F61E8B0530E8307F2741/ To: "avraam02@yahoo.com" <avraam02@ya hoo.com>/ Subject: (R)egistered: Service of Legal Process Pursuant to Court Order / Sending Message Body / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 Catch you later/ 07/09/0 7 13:39:47 Opening Socket./ Connecting to: g.mx.mail.yahoo.com/ 220 mta474. mail.mud.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els. r post.net/ 250-mta474.mail.mud.yahoo.com/ 250-8BITMIME/ 250-SIZE 31 9815 68/ 250 PIPELINING/ MAIL FROM:<rcpt96c73526D75E47B7F294F61E8B0530E8 307F2741-2@rpost.net>/ RCPT TO:<canvasfaintdiseased@yahoo.com>/ DATA/ 250 sender <rcpt96c73526d75 e47b7f294f61e8b0530e8307f2741-2 @rpost.net> ok250 recipient <canvasfaintdiseased@yahoo.com> o k354 go ahead2247813-

7/10/2007

2200771920394 7917 @trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com" <96C73526D75E47B7F294F61E 8B0530E8307F2741-2read@rpost.net>/ Reply-To: "ElsterJ@gtlaw.com" "< : ElsterJ@gtlaw.com>/ TO: "avraam02@yahoo.com>", "avraam02@yahoo.co m>, "maneflauntaloud25@yahoo.com" <maneflauntaloud25@yahoo.com" <undoblewsolebeside@yahoo.com" <undoblewsolebeside@yahoo.com" .:, "wrotepiqueweight@yahoo.com" <wrotepiqueweight@yahoo.com>/ CC: "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.c om<ElsterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-No tification-To: "ElsterJ@gtlaw.com" <96C73526D75E47B7F294F61E8B0530E8 307F2741-2read@rpost.net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com <96C73526D75E47B7F294F61E8B0530E8307F2741-2read@rpost.net>/ XRP ost-ID: 96C73526D75E47B7F294F61E8B0530E8307F2741/ To: "canvasfaintdise ased@yahoo.com" <canvasfaintdiseased@yahoo.com>/ Subject: (R)egi stered: Service of Legal Process Pursuant to Court Order / Sending Mes sage Body / 554 delivery error: dd This user doesn't have a yahoo.com account (canvasfaintdiseased@yahoo.com) [0] - mta474.mail mud yahoo.c om/ QUIT/ 221 mta474.mail.mud.yahoo.com/

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 bay0-mc7-f18.bay0.hotmail.com Service closing transmission channel/ 07/09/07 13:39:47 Openin g Socket / Connecting to c.mx.mail.yahoo.com/ 220 mta223.mail.re3.yah oo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta22 3.mail.re3.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FROM:<rcpt96C73526D75E47B7F294F61E8B0530E8307F2741-3@rpost.ne t>/ RCPT TO:<maneflauntaloud25@yahoo.com>/ DATA/ 250 sender & lt:rcpt96c73526d75e47b7f294f61e8b0530e8307f2741- 3@:rpost.net> ok250 recipient <maneflauntaloud25@yahoo.com> ok354 go ahead29741 54-22 00771920394816 7@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com" <96C73526D75E47B7F294F61E8B0530E8307F2741-3read@ rpost.net>/ Reply-To: "ElsterJ@gtlaw.com "< : ElsterJ@gtlaw.com>/ TO: "avraam02@yahoo.com" <avraam02@yahoo.com>, "canvasfaintdise ased@yahoo.com" <canvasfaintdiseased@yahoo.com>, "undoblewsolebe side@yahoo.com" <undoblewsolebeside@yahoo.com>, "wrotepiqueweigh t@yahoo.com" <wrotepiqueweight@yahoo.com>/ CC: "ElsterJ@gtlaw.co m" <ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To: "Els terJ@gtlaw.com" <96C73526D75E47B7F294F61E8B0530E8307F2741-3read@rpos t.net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com" <96C73526D75E47 B7F294F61E8B0530E8307F2741-3read@rpost.net>/ XRPost-ID: 96C73526D75 E47B7F294F61E8B0530E8307F2741/ To: "maneflauntaloud25@yahoo.com" <m aneflauntaloud25@yahoo.com>/ Subject: (R)egistered: Service of Lega l Process Pursuant to Court Order / Sending Message Body / 250 ok dir del//

RPost vers 3.0 Patented 6, 0, 3, 3/ 07/09/07 13:40:00 Opening Socket / Connecting to d.mx.mail.yahoo.com/ 220 mta219.mail.re4.yahoo.com E SMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta219.mail.r e4.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FR OM:<rcpt96C73526D75E47B7F294F61E8B0530E8307F2741-4@rpost.net>/ R CPT TO:<undoblewsolebeside@yahoo. com" <wrotepiqueweight@yahoo. com>/ R 4@rpost.net> ok250 recipie nt <undoblewsolebeside@yahoo.com> ok354 go ahead31607137-2200771 920404823@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "Elste rJ@gtlaw.com"<96C73526D75E47B7F294F61E8B0530E8307F2741-4read@rpost. net>/ Reply-To: "ElsterJ@gtlaw.com" "<ElsterJ@gtlaw.com>/ TO: "avraam02@yahoo.com>, "canvasfaintdiseased@y ahoo.com" <canvasfaintdiseased@yahoo.com>, "maneflauntaloud25@ya hoo.com" <maneflauntaloud25@yahoo. com", "wrotepiqueweight@yahoo. com" <wrotepiqueweight@yahoo.com>/ CC: "ElsterJ@gtlaw.com"<E lsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtl aw.com" <96C73526D75E47B7F294F61E8B0530E8307F2741-4read@rpost.net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com" <96C73526D75E47B7F29 4F61E8B0530E8307F2741/ To: "undoblew solebeside@yahoo.com" <undoblew solebeside@yahoo.com>/ Subject: (R)egistered: Service of Legal Proc ess Pursuant to Court Order / Sending Message Body. / 250 ok dirdel//

RPost vers 3.0 Patented 6, 0, 3, 3/ 07/09/07 13:39:59 Opening Socket / Connecting to: c.mx.mail.yahoo.com/ 220 mta227.mail.re3.yahoo.com E SMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta227.mail.r e3.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FR OM:<rcpt96C73526D75E47B7F294F61E8B0530E8307F2741-5@rpost.net>/ R CPT TO:<wrotepiqueweight@yahoo.com>/ DATA/ 250 sender <rcpt96 c73526d75e47b7f294f61e8b0530e8307f2741-5@post.net> ok250 recipient <wrotepiqueweight@yahoo.com> ok354 go ahead17714119-2200771920 3 959761@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@ gtlaw.com"<96C73526D75E47B7F294F61E8B0530E8307F2741-5read@rpost.net >/ Reply-To: "'ElsterJ@gtlaw.com'"<ElsterJ@gtlaw.com>/ TO: "avr aam02@yahoo.com" <avraam02@yahoo.com>, "canvasfaintdiseased@yaho o.com" <canvasfaintdiseased@yahoo.com>, "manefiauntaloud25@yahoo.com" "manefiauntaloud25@yahoo.com>, "undoblewsolebeside@yahoo.c om" <undoblewsolebeside@yahoo.com>/ CC: "ElsterJ@gtlaw.com'" < ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com> :/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gt law.com"<96C73526D75E47B7F294F61E8B0530E8307F2741-5read@rpost.net&g t/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<96C73526D75E47B7F294F 61E8B0530E8307F2741-5read@rpost.net>/ XRPost-ID: 96C73526D75E47B7F2 94F61E8B0530E8307F2741/ To: "wrotepiqueweight@yahoo.com" <wrotepiqu eweight@yahoo.com>/ Subject: (R)egistered: Service of Legal Process Pursuant to Court Order / Sending Message Body. / 250 ok dirdel/ /

An RPost Service ℝPost

You should keep an electronic copy of this receipt, together with all of its attachments, for your records. Note that the Registered E-mail® service does not retain any copy of your e-mail or this receipt. You should not rely on the information in this receipt until you have authenticated this receipt. General terms and conditions of service are available upon request by e-mail from info@rpost.com or within the RPost Legal Notice.

RcptVer6.0



RECEIPT AUTHENTICATION™

PROOF OF SENDING, DELIVERY AND CONTENT™          RPOST® REGISTERED E-MAIL®

The receipt you have submitted to our system is valid and proves the delivery results displayed below.

## ** A copy of the original message is attached. **

**Delivery Status**

| Address | Status | Details | Delivered (UTC) | Delivered (local) | Opened (local) |
|---------|--------|---------|-----------------|-------------------|----------------|
| avraam02@yahoo.com | Delivered to Mailserver | Delivered to b.mx.mail.yahoo.com | 7/9/2007 10:31:07 PM | 7/9/2007 5:31:07 PM (-500) | |
| canvasfaintdiseased@yahoo.com | Delivered to Mailserver | Delivered to c.mx.mail.yahoo.com | 7/9/2007 10:31:11 PM | 7/9/2007 5:31:11 PM (-500) | |
| maneflauntaloud25@yahoo.com | Delivered to Mailserver | Delivered to e.mx.mail.yahoo.com | 7/9/2007 10:31:02 PM | 7/9/2007 5:31:02 PM (-500) | |
| undoblewsolebeside@yahoo.com | Delivered to Mailserver | Delivered to e.mx.mail.yahoo.com | 7/9/2007 10:31:00 PM | 7/9/2007 5:31:00 PM (-500) | |
| wrotepiqueweight@yahoo.com | Delivered to Mailserver | Delivered to a.mx.mail.yahoo.com | 7/9/2007 10:30:51 PM | 7/9/2007 5:30:51 PM (-500) | |
| ElsterJ@gtlaw.com | Opened | HTTP | 7/9/2007 10:26:20 PM | 7/9/2007 5:26:20 PM (-500) | 7/9/2007 5:26:41 PM(-500) |

**Message Envelope**

| | |
|---|---|
| FROM: | ElsterJ@gtlaw.com<ElsterJ@gtlaw.com> |
| SUBJECT: | Service of Legal Process Pursuant to Court Order |

7/10/2007

|  |  |
|---|---|
| TO: | avraam02@yahoo.com<br>canvasfaintdiseased@yahoo.com<br>manefiauntaloud25@yahoo.com<br>undoblewsolebeside@yahoo.com<br>wrotepiqueweight@yahoo.com |
| CC: | ElsterJ@gtlaw.com |
| BCC: |  |
| Network ID: | <63B2236C08279846A87B8F5DA27CA5230658EEB7@CHI-EXCH01.gtlaw.com> |
| Received: | 7/9/2007 10:24:32 PM(UTC) |
| Client Code: |  |

**Note: This message has Digital Seal(SM) protection.**

| Message ID | File size |
|---|---|
| 42F9DF4D85690FC00ADF520AF0BCA1D52921D7E2 | 4757094 |

**Attachments**

| File name | File size |
|---|---|
| Exhibit 5 to Memo Support PI.pdf | 1765743 |
| Exhibit 4 to Memo Support PI.pdf | 1705157 |

**Delivery Audit Trail**

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 Bye/ 07/09/07 15:30:21 Opening Socket./ Connecting to: b. mx.mail.yahoo.com/ 220 mta178.mail. re3.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 25 0-mta178.mail.re3.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPE LINING/ MAIL FROM:<rcpt42F9DF4D85690FC00ADF520AF0BCA1D52921D7E2-1@r post.net>/ RCPT TO:<avraam02@yahoo.com>/ DATA/ 250 sender < .rcpt42f9df4d85690fc00adf520afbca1d52921d7e2-1@rpost.net> ok250 re cipient <avraam02@yahoo.com> ok354 go ahead15555186-220077192230 24665@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@g tlaw.com"<42F9DF4D85690FC00ADF520AF0BCA1D52921D7E2/ TO: "can vasfaintdiseased@yahoo.com" <canvasfaintdiseased@yahoo.com>, "ma nefiauntaloud25@yahoo.com"<manefiauntaloud25@yahoo.com>, "undob lewsolebeside@yahoo.com> <undoblewsolebeside@yahoo.com>, "wrotep iqueweight@yahoo.com" <wrotepiqueweight@yahoo.com>/ CC: "ElsterJ @gtlaw.com" <ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com<Elst erJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ read@rpost.net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<42F9D F4D85690FC00ADF520AF0BCA1D52921D7E2-1read@rpost.net>/ XRPost-ID: 42 F9DF4D85690FC00ADF520AF0BCA1D52921D7E2/ To: "avraam02@yahoo.com" <a vraam02@yahoo.com>/ Subject: Service of Legal Process Pursuant to Court Order / Sending Message Body. / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 421 mail221-blu.bigfish.com Error: timeout exceeded/ 07/09/07 15:30:26 Opening Socket./ Connecting to: c.mx.mail.yahoo.com/ 220 mta277.mail.re4.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta277.mail.re4.yahoo.co m/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL

FROM:<rcpt 42F9DF4D85690FC00ADF520AF0BCA1D52921D7E2-2@rpost.net>/ RCPT TO:< canvasfaintdiseased@yahoo.com>/ DATA/ 250 sender <rcpt42f9df4d85 690fc0adf520af0bca1d52921d7e2-2@rpost.net> ok250 recipient <can vasfaintdiseased@yahoo.com> ok354 go ahead1007143-2200771922302724@ trans1.els.rpost.net>- Priority-. 3/ Return-Receipt-To: "ElsterJ@gtlaw.c om" <42F9DF4D85690FC00ADF520AF0BCA1D52921D7E2-2read@rpost.net>/ R eply-to: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "avraam02@y ahoo.com" <avraam02@yahoo.com>, "maneflauntaloud25@yahoo.com>, "undoblewsolebeside@yahoo.com" < undoblewsolebeside@yahoo.com>, "wro tepiqueweight@yahoo.com" <wro tepiqueweight@yahoo.com> <wro ElsterJ@gtlaw.com>/ CC: "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com> From: ElsterJ@gtlaw.com> Elster J@gtlaw.com>/ Sender: El sterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com"<4 2F9DF4D85690FC00ADF520AF0BCA1D52921D7E2-2read@rpost.net>/ X-Confirm -Reading-to: "ElsterJ@gtlaw.com" <42F9DF4D85690FC00ADF520AF0BCA1D529 21D7E2-2read@rpost.net>/ XRPost-ID: 42F9DF4D85690FC00ADF520AF0BCA1D 52921D7E2/ To: "canvasfaintdiseased@yahoo.com" <canvasfaintdiseased @yahoo.com>/ Subject: (R)egistered: Service of Legal Process Pursua nt to Court Order / Sending Message Body / 554 delivery error: dd Thi s user doesn't have a yahoo.com account (canvasfaintdiseased@yahoo.com) [0] - mta277.mail.re4.yahoo.com/ QUIT/ 221 mta277.mail.re4.yahoo.com /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 421 mail254-blu.bigfish.com Error: timeout exceeded/ 07/09/07 15.30.21 Opening Socket./ Connecti ng to: e.mx.mail.yahoo.com/ 220 mta369.mail.re4.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta369.mail.re4.yahoo.co m/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FROM <rcpt 42F9DF4D85690FC00ADF520AF0BCA1D52921D7E2-3@rpost.net>/ RCPT TO:< maneflauntaloud25@yahoo.com>/ DATA/ 250 sender <rcpt42f9df4d8569 0fc00adf520afbbca1d52921d7e2-3@rpost.net> ok250 recipient <manef launtaloud25@yahoo.com> ok354 go ahead24278298-2200771923023024477@tr ans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com" <42F9DF4D85690FC00ADF520AF0BCA1D52921D7E2-3read@rpost.net>/ Rep ly-To: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "avraam02@yah oo.com" <avraam02@yahoo.com>, "undoblewsolebeside@yahoo.com" &l t;undoblewsolebeside@yahoo.com>, "wrotepiqueweight@yahoo.com" <w rotepiqueweight@yahoo.com>/ CC: "ElsterJ@gtlaw.com" <ElsterJ@gtl aw.com>/ From: ElsterJ@gtlaw.com> Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com"<42F9DF4D85690FC00ADF520AF0BCA1D5 2921D7E2- 3read@rpost.net>/ X-Confi rm-Reading-to: "ElsterJ@gtlaw.com"<42F9DF4D85690FC00ADF520AF0BCA 1D52921D7E2/ To: "maneflauntaloud25@yahoo.com" <maneflauntaloud25@y ahoo.com>/ Subject: (R)egistered: Service of Legal Process Pursuant to Court Order / Sending Message Body / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 421 mail78-blu.bigfish.com E rror: timeout exceeded/ 07/09/07 15.30.26 Opening Socket./ Connectin g to: e.mx.mail.yahoo.com/ 220 mta141.mail.re4.yahoo.com ESMTP YSmtp s ervice ready/ EHLO trans1.els.rpost.net/ 250-mta141.mail.re4.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FROM <rcpt 42F9DF4D85690FC00ADF520AF0BCA1D52921D7E2-4@rpost.net>/ RCPT TO:<u ndoblewsolebeside@yahoo.com>/ DATA/ 250 sender <rcpt42f9df4d8569 0fc00adf520af0bca2241448-2200771923026915@tr ans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com" <42F9DF4D85690FC00ADF520AF0BCA1D52921D7E2-4read@rpost.net>/ Rep ly-To: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "avraam02@yah oo.com" <avraam02@yahoo.com>, "maneflauntaloud25@yahoo.com>, <..maneflauntaloud25@yahoo.com>, "wro tepiqueweight@yahoo.com>/ CC: "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com>ElsterJ@gtlaw.com/ Sender: El sterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com"<42F9DF4D85690FC00ADF520AF0BCA1D52921D7E2- 4read@rpost.net>/ X-Confirm -Reading-to: "ElsterJ@gtlaw.com"<42F9DF4D85690FC00ADF520AF0BCA1D529 21D7E2- 4read@rpost.net>/ XRPost-ID: 42F9DF4D85690FC00ADF520AF0BCA1D 52921D7E2/ To:

"undoblewsolebeside@yahoo.com" <undoblewsolebeside@yahoo.com>/ Subject: (R)egistered: Service of Legal Process Pursuant to Court Order / Sending Message Body / 250 ok Mon Jul 9 15:31:00 2 007: qt 9134474, qr 0/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 2.0.0 webhost1.uniqsys.c om closing connection 07/09/07 15:30:21 Opening Socket / Connecting to: a mx mail.yahoo.com/ 220 mta535.mail.mud.yahoo.com ESMTP YSmtp se rvice ready/ EHLO trans1.els.rpost.net/ 250-mta535.mail.mud.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FROM:<rcpt42 F9DF4D85690FC00ADF520AF0BCA1D52921D7E2-5@rpost.net>/ RCPT TO:<wr otepiqueweight@yahoo.com>/ DATA/ 250 sender <rcpt42f9df4d85690fc 0adf520af0bca1d52921d7e2-5@rpost.net> ok250 recipient <wrotepiq ueweight@yahoo.com> ok354 go ahead28985645-22007719223024665@trans1 els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com" <.-42F9DF4D85690FC00ADF520AF0BCA1D52921D7E2-5read@rpost.net>/ Reply-T o: "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com"/ TO: "avraam02@yahoo.c om" <avraam02@yahoo.com>. "manefflauntaloud25@yahoo.com" <canvasfaintdiseased@yahoo.com" <ca nvasfaintdiseased@yahoo.com>. "undob lewsolebeside@yahoo.com" <undoblewsolebeside@yahoo.com>/ CC: "ElsterJ@gtlaw.com"<EisterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com<EisterJ@gtlaw.com>/ Sender: El sterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com"<4 2F9DF4D85690FC00ADF520AF0BCA1D52921D7E2-5read@rpost.net>/ X-Confirm -Reading-to: "ElsterJ@gtlaw.com"<42F9DF4D85690FC00ADF520AF0BCA1D529 21D7E2-5read@rpost.net>/ XRPost-ID: 42F9DF4D85690FC00ADF520AF0BCA1D 52921D7E2/ To: "wrotepiqueweight@yahoo.com" <wrotepiqueweight@yahoo com>/ Subject: (R)egistered: Service of Legal Process Pursuant to Court Order / Sending Message Body / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 Bye/ 07/09/07 15:25:52 Opening Socket / Connecting to: mx1.gtlaw.com/ 220 MX1.GTLAW.COM ESMT P / EHLO trans1.els.rpost.net/ 250-MX1.GTLAW.COM/ 250-PIPELINING/ 250- SIZE 28866663/ 250-ETRN/ 250-STARTTLS/ 250 8BITMIME/ MAIL FROM:<rcp t42F9DF4D85690FC00ADF520AF0BCA1D52921D7E2- 6@rpost.net>/ RCPT TO:<, ElsterJ@gtlaw.com>/ DATA/ 250 Ok250 Ok354 End data with <CR> <LF>.<CR><LF>+10035184-22007719222255343@trans1 els.rp ost.netX-Priority: 3/ Return-Receipt-To: "Els terJ@gtlaw.com"<42F9DF 4D85690FC00ADF520AF0BCA1D52921D7E2-6read@rpost.net>/ Reply-To: "Eis terJ@gtlaw.com" <ElsterJ@gtlaw.com"/ TO: "avraam02@yahoo.com" <. avraam02@yahoo.com>. "canvasfaintdiseased@yahoo.com" <canvasfai ntdiseased@yahoo.com"/ "manefflauntaloud25@yahoo.com" <maneflaunt aloud25@yahoo.com>. "undoblewsole beside@yahoo.com" "wrotepiqueweight@yahoo.com/ wrotepiqueweigh t@yahoo.com>/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>/ Sen der: ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.co m"<42F9DF4D85690FC00ADF520AF0BCA1D52921D7E2-6read@rpost.net>/ X- Confirm-Reading-to: "ElsterJ@gtlaw.com"<42F9DF4D85690FC00ADF520AF0B CA1D52921D7E2-6read@rpost.net>/ XRPost-ID: 42F9DF4D85690FC00ADF520A FOBCA1D52921D7E2/ ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com>/ Subj ect: (R)egistered: Service of Legal Process Pursuant to Court Order / Sending Message Body / 250 Ok: queued as 41C94BD04G/ /

<b>Opened from IP 66.151.14.170/ </b><br>>-----/ Conn ection: Keep-Alive/ Via: 1.1 CHI-ISA1/ Accept: */*/ Accept-Encoding: g zip, deflate/ Accept-Language: en-us/ Host: open.rpost.net/ User-Agent: Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; SV1;. NET CLR 1.1.4322; InfoPath.1; . NET CLR 2.0.50727)/ LM/W3SVC/1/RootC:\open\br ><br><br><br>CGI/1.1off<br>1/LM/ W3SVC/1<br> 10.0.0.198/Rpost.aspxC:\open\Rpost.aspx404,http://ope n.rpost.net/42F9DF4D85690FC00ADF520AF0BCA1D52921D7E2-6, 89182A0D70E3E39 1049CA343E1DF9EBE4EAE33A7/Rpost aspxopen.rpost.net800<br>HTTP/1.0Micro soft-IIS/5.0/Rpost.aspxKeep-Alive<br>1,1 CHI-ISA1*/*/gzip, deflat een-us<br>open.rpost.netMozilla/4.0 (compatible; MSIE 6.0; Windo ws NT 5.1; SV1;. NET CLR 1.1.4322; InfoPath.1;. NET CLR 2.0.50727)/ /

You should keep an electronic copy of this receipt, together with all of its attachments, for your records. Note that the Registered E-mail® service does not retain any copy of your e-mail or this receipt. You should not rely on the information in this receipt until you have authenticated this receipt. General terms and conditions of service are available upon request by e-

7/10/2007

mail from info@rpost.com or within the RPost Legal Notice.

An RPost Service

RcptVer6.0

# RECEIPT AUTHENTICATION™

PROOF OF SENDING, DELIVERY AND CONTENT™

RPOST® REGISTERED E-MAIL™

The receipt you have submitted to our system is valid and proves the delivery results displayed below.

** A copy of the original message is attached. **

### Delivery Status

| Address | Status | Details | Delivered (UTC) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| avraam02@yahoo.com | Delivered to Mailserver | Delivered to c.mx.mail.yahoo.com | 7/9/2007 8:34:33 PM | 7/9/2007 3:34:33 PM (-500) | |
| canvasfaintdiseased@yahoo.com | Delivered to Mailserver | Delivered to f.mx.mail.yahoo.com | 7/9/2007 8:33:40 PM | 7/9/2007 3:33:40 PM (-500) | |
| maneflauntaloud25@yahoo.com | Delivered to Mailserver | Delivered to d.mx.mail.yahoo.com | 7/9/2007 8:37:43 PM | 7/9/2007 3:37:43 PM (-500) | |
| undoblewsolebeside@yahoo.com | Delivered to Mailserver | Delivered to e.mx.mail.yahoo.com | 7/9/2007 8:33:52 PM | 7/9/2007 3:33:52 PM (-500) | |
| wrotepiqueweight@yahoo.com | Delivered to Mailserver | Delivered to a.mx.mail.yahoo.com | 7/9/2007 8:33:43 PM | 7/9/2007 3:33:43 PM (-500) | |
| ElsterJ@gtlaw.com | Opened | HTTP | 7/9/2007 8:24:22 PM | 7/9/2007 3:24:22 PM (-500) | 7/9/2007 3:24:49 PM (-500) |

### Message Envelope

FROM: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>

SUBJECT: Service of Legal Process Pursuant to Court Order

7/10/2007

|  | avraam02@yahoo.com |
|  | canvasfaintdiseased@yahoo.com |
| TO: | maneflauntaloud25@yahoo.com |
|  | undoblewsolebeside@yahoo.com |
|  | wrotepiqueweight@yahoo.com |
| CC: | ElsterJ@gtlaw.com |
| BCC: |  |
| Network ID: | <63B2236C08279846A87B8F5DA27CA5230658EEAE@CHI-EXCH01.gtlaw.com> |
| Received: | 7/9/2007 8:22:09 PM(UTC) |
| Client Code: |  |

Note: This message has Digital Seal(SM) protection.

| Message ID | File size |
|---|---|
| 13138DBFAD3E83ECCE694DED0D84F5C26830A1A5 | 4204104 |

**Attachments**

| File name | File size |
|---|---|
| Exhibit 7 - sealed.pdf | 2413349 |
| Exhibit 6 to Memo Support Pl.pdf | 655455 |

**Delivery Audit Trail**

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 07/09/07 13:33:16 Opening Socket./ Connecting to: c.mx.mail.yahoo.com/ 220 mta222.mail.re3.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta222. mail.re3.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ M AIL FROM:<rcpt13138DBFAD3E83ECCE694DED0D84F5C26830A1A5-1@rpost.net& gt/ RCPT TO:<avraam02@yahoo.com>/ DATA/ 250 sender <rcpt1313 8dbfad3e83ecce694ded0d84f5c26830a1a5-1@rpost.net> ok250 recipient & lt;avraam02@yahoo.com> ok354 go ahead15170113-22007719203322608@tra ns1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com" <13138DBFAD3E83ECCE694DED0D84F5C26830A1A5-1read@rpost.net>/ Repl y-To: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "canvasfaintd iseased@yahoo.com" <canvasfaintdiseased@yahoo.com>, "maneflaunta loud25@yahoo.com", "wrotepiqueweigh t@yahoo.com" "undoblewsolebe side@yahoo.com" <undoblewsolebeside@yahoo.com>, "wrotepiqueweight@yahoo.com"<ElsterJ@gtlaw.co m" <ElsterJ@gtlaw.com>/ From:. ElsterJ@gtlaw.com><ElsterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To: "Els terJ@gtlaw.com"<13138DBFAD3E83ECCE694DED0D84F5C26830A1A5-1read@rpos t.net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<13138DBFAD3E83 ECCE694DED0D84F5C26830A1A5-1read@rpost.net>/ XRPost-ID: 13138DBFAD3 E83ECCE694DED0D84F5C26830A1A5/ To: "avraam02@yahoo.com" <avraam02@y ahoo.com>/ Subject: (R)egistered: Service of Legal Process Pursuant to Court Order / Sending Message Body / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 07/09/07 13:33:21 Opening Socket./ Connecting to: f.mx.mail.yahoo.com/ 220 mta312.mail.mud.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta312. mail.mud.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ M AIL

|FROM: <rcpt13138DBFAD3E83ECCE694DED0D84F5C26830A1A5-2@rpost.net& gt;/ RCPT TO: <canvasfaintdiseased@yahoo.com>/ DATA/ 250 sender & lt;rcpt13138dbfad3e83ecce694ded0d84f5c26830a1a5-2@rpost.net> ok250 recipient <canvasfaintdiseased@yahoo.com> ok354 go ahead238431 44 - 220077192033322858@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-T o: "ElsterJ@gtlaw.com"<13138DBFAD3E83ECCE694DED0D84F5C26830A1A5-2re ad@post.net>/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com&g t/ To: "avraam02@yahoo.com" <avraam02@yahoo.com>, "maneflauntal oud25@yahoo.com" <maneflauntaloud25@yahoo.com>, "undoblewsolebes ide@yahoo.com" <undoblewsolebeside@yahoo.com>, "wrotepiqueweight @yahoo.com" <wrotepiqueweight@yahoo.com>/ CC: "ElsterJ@gtlaw.com " <ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com</ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To: "Elst erJ@gtlaw.com"<13138DBFAD3E83ECCE694DED0D84F5C26830A1A5-2read@rpost 2read@rpost.net>/ XRPost-ID: 13138DBFAD3E 83ECCE694DED0D84F5C26830A1A5- "canvasfaintdiseased@yahoo.com" < canvasfaintdiseased@yahoo.com>/ Subject: (R)egistered: Service of L egal Process Pursuant to Court Order / Sending Message Body / 554 del ivery error: dd This user doesn't have a yahoo.com account (canvasfain tdiseased@yahoo.com) [0] - mta312.mail.mud.yahoo.com/ QUIT/ 221 mta312.mail.mud.yahoo.com/|
|---|
|RPost vers 3.0 Patented 6, 0, 3/ 07/09/07 13:33:15 Opening Socket / Connecting to: d.mx.mail.yahoo.com/ 220 mta233.mail.re4.yahoo.com E SMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta233.mail.r e4.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FR OM: <rcpt13138DBFAD3E83ECCE694DED0D84F5C26830A1A5-3@rpost.net>/ R CPT TO: <maneflauntaloud25@yahoo.com>/ DATA/ 250 sender <rcpt1 3138dbfad3e83ecce694ded0d84f5c26830a1a5- 3@rpost.net> ok250 recipient <maneflauntaloud25@yahoo.com> ok354 go ahead17451132-220077192 03324905@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "Elster J@gtlaw.com"<13138DBFAD3E83ECCE694DED0D84F5C26830A1A5-3read@post.n et>/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "a vraam02@yahoo.com" <avraam02@yahoo.com>, "canvasfaintdiseased@ya hoo.com" <canvasfaintdiseased@ya hoo.com>, "undoblewsolebeside@ya hoo.com" "undoblewsolebeside@yahoo.com>, "wrotepiqueweight@yahoo com" <wrotepiqueweight@yahoo com"/ CC: Elster.J@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gt law.com"<13138DBFAD3E83ECCE694DED0D84F5C26830A1A5-3read@rpost.net&g t/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<13138DBFAD3E83ECCE694 DED0D84F5C26830A1A5-3read@rpost.net>/ XRPost-ID: 13138DBFAD3E83ECCE 694DED0D84F5C26830A1A5/ To: "maneflauntaloud25@yahoo.com" <maneflau ntaloud25@yahoo.com>/ Subject: (R)egistered: Service of Legal Proce ss Pursuant to Court Order / Sending Message Body, / 250 ok dirdel/ /|
|RPost vers 3.0 Patented 6, 0, 3/ 07/09/07 13:33:22 Opening Socket / Connecting to: e.mx.mail.yahoo.com/ 220 mta115.mail.re4.yahoo.com E SMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta115.mail.r e4.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FR OM: <rcpt13138DBFAD3E83ECCE694DED0D84F5C26830A1A5-4@rpost.net>/ R CPT TO: <undoblewsolebeside@yahoo.com>/ DATA/ 250 sender <rcpt 13138dbfad3e83ecce694ded0d84f5c26830a1a5- 4@rpost.net> ok250 recipie nt <undoblewsolebeside@yahoo.com> ok354 go ahead2951123-22007771 9 203323233@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "Elste rJ@gtlaw.com"<13138DBFAD3E83ECCE694DED0D84F5C26830A1A5-4read@post.n et>/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>, "maneflauntaloud25@yahoo.com" <maneflauntaloud25@ya hoo.com>/ TO: "avraam02@yahoo.com" <avraam02@yahoo.com>, "canvasfaintdiseased@yahoo.com>, "wrotepiqueweight@yahoo. com" <wrotepiqueweight@yahoo.com>/ CC: "ElsterJ@gtlaw.com"<E lsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com=ElsterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtl aw.com"<13138DBFAD3E83ECCE694DED0D84F5C26830A1A5- 4read@rpost.net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<13138DBFAD3E83ECCE694D ED0D84F5C26830A1A5-4read@rpost.net>/ XRPost-ID: 13138DBFAD3E83ECCE694D ED0D84F5C26830A1A5-|

4read@rpost.net>/ XRPost-ID: 13138DBFAD3E83ECCE6 94DED0D84F5C26830A1A5/ To: "undoblewsolebeside@yahoo.com" <undoblew solebeside@yahoo.com>/ Subject: (R)egistered: Service of Legal Proc ess Pursuant to Court Order / Sending Message Body / 250 ok dirdel /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 closing connection. Good bye!/ 07/09/07 13.33:15 Opening Socket./ Connecting to: a. mx.mail.ya hoo.com/ 220 mta522.mail.mud.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta522.mail.mud yahoo.com/ 250-8BITMIME/ 25 0-SIZE 31981568/ 250 PIPELINING/ MAIL FROM:<rcpt13138DBFAD3E83ECCE6 94DED0D84F5C26830A1A5-5@rpost.net>/ RCPT TO:<wrotepiqueweight@ya hoo.com>/ DATA/ 250 sender <rcpt13138dbfad3e83ecce694ded0d84f5c2 6830a1a5-5@rpost.net> ok250 recipient <wrotepiqueweight@yahoo.co m> ok354 go ahead610822-22007719203321577 @trans1.els.rpost.netX-Pri ority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"<13138DBFAD3E83ECCE 694DED0D84F5C26830A1A5-5read@rpost.net>/ Reply-To: "ElsterJ@gtlaw.c om"<ElsterJ@gtlaw.com>/ TO: "avraam02@yahoo.com" <avraam02@ya hoo.com>, "canvasfaintdiseased@y ahoo.com>, "maneflauntaloud25@yahoo.com" <maneflauntaloud25@yahoo.c om>, "undoblewsolebeside@yahoo.com>/ CC: "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com>/ From: Els terJ@gtlaw.com<ElsterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Di sposition-Notification-To: "ElsterJ@gtlaw.com"<13138DBFAD3E83ECCE09 4DED0D84F5C26830A1A5-5read@rpost.net>/ X-Confirm-Reading-to: "Elste rJ@gtlaw.com"<13138DBFAD3E83ECCE694DED0D84F5C26830A1A5-5read@rpost.net>/ XRPost-ID: 13138DBFAD3E83ECCE694DED0D84F5C26830A1A5/ To: "wro tepiqueweight@yahoo.com"<wrotepiqueweight@yahoo.com>/ Subject: (R)egistered: Service of Legal Process Pursuant to Court Order / Sendi ng Message Body / 250 ok dirdel /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 SERVICE CLOSING CHANNEL/ 07/09/07 13.23:56 Opening Socket./ Connecting to: mx2.gtlaw.com/ 22 0 MX2.GTLAW.COM ESMTP / EHLO trans1.els.rpost.net/ 250-MX2.GTLAW.COM/ 250-PIPELINING/ 250-SIZE 28866663/ 250-ETRN/ 250-STARTTLS/ 250 8BITMIM E/ MAIL FROM:<rcpt13138DBFAD3E83ECCE694DED0D84F5C26830A1A5-6@rpost.net>/ RCPT TO:<ElsterJ@gtlaw.com>/ DATA/ 250 OK250 Ok354 End data with <CR><LF><CR><LF>/ 250-MX2.GTLAW.COM 2 356692@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@ gtlaw.com"<13138DBFAD3E83ECCE694DED0D84F5C26830A1A5-6read@rpost.net >/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "avr aam02@yahoo.com" <avraam02@yahoo.com>, "canvasfaintdiseased@yaho o.com" <canvasfaintdiseased@yahoo.com>, "undoblewsolebeside@yahoo.c om" "maneflauntaloud25@yahoo.com" <undoblewsolebeside@yahoo.com>/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-T o: "ElsterJ@gtlaw.com"<13138DBFAD3E83ECCE694DED0D84F5C26830A1A5-6re ad@rpost.net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<13138DB FAD3E83ECCE694DED0D84F5C26830A1A5-6read@rpost.net>/ XRPost-ID: 13138 DBFAD3E83ECCE694DED0D84F5C26830A1A5/ "ElsterJ @gtlaw.com"<ElsterJ @gtlaw.com>/ Subject: (R)egistered: Service of Legal Process Pursua nt to Court Order / Sending Message Body / 250 Ok: queued as 6A2C8AF2 T5/ /

<b>Opened from IP 66.151.14.170/ </b><br>----/ Conn ection: Keep-Alive/ Via: 1.1 CHI-ISA1/ Accept: */*/ Accept-Encoding: g zip, deflate/ Accept-Language: en-us/ Host: open.rpost.net/ User-Agent: Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; SV1; .NET CLR 1.1.4322; InfoPath.1)/ .NET CLR 2.0.50727)/ ILMWW3SVC/1/RootC:\open\<br ><br><br><br><br0<br>CGI/1.1off<br>1/LM/ W3SVC/1<br>10.0.0.198/Rpost.aspxC:\open\Rpost.aspx404.http/lope n.rpost.net/13138DBFAD3E83ECCE694DED0D84F5C26830A1A5-6_3D4DB56A7257B6A 7FDBDC2934C5551DA4390C2BD/rpost.gif<br>66.151.14.17066.151.14.17 0933 1GET<br>Rpost.aspxopen.rpost.net800<br>HTTP/1.0Micros oft-IIS/5.0/Rpost.aspxKeep-Alive<br>1.1 CHI-ISA1*/*gzip, deflate en-us<br>open.rpost.netMozilla/4.0 (compatible; MSIE 6.0; Window s NT 5.1; SV1; .NET CLR 1.1.4322; InfoPath.1; .NET CLR 2.0.50727)/ /

You should keep an electronic copy of this receipt, together with all of its attachments, for your records. Note that the Registered E-mail® service does not retain any copy of your e-mail or this receipt. You should not rely on the information in

Page 5 of 5

this receipt until you have authenticated this receipt. General terms and conditions of service are available upon request by e-mail from info@rpost.com or within the RPost Legal Notice.

An RPost Service RPOST

RcptVer6.0

7/10/2007



# RECEIPT AUTHENTICATION™

PROOF OF SENDING, DELIVERY AND CONTENT™                    RPOST® REGISTERED E-MAIL™

The receipt you have submitted to our system is valid and proves the delivery results displayed below.

## ** A copy of the original message is attached. **

### Delivery Status

| Address | Status | Details | Delivered (UTC) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| avraam02@yahoo.com | Delivered to Mailserver | Delivered to a.mx.mail.yahoo.com | 7/9/2007 8:33:51 PM | 7/9/2007 3:33:51 PM (-500) | |
| canvasfaintdiseased@yahoo.com | Delivered to Mailserver | Delivered to e.mx.mail.yahoo.com | 7/9/2007 8:34:05 PM | 7/9/2007 3:34:05 PM (-500) | |
| maneflauntaloud25@yahoo.com | Delivered to Mailserver | Delivered to g.mx.mail.yahoo.com | 7/9/2007 8:33:56 PM | 7/9/2007 3:33:56 PM (-500) | |
| undoblewsolebeside@yahoo.com | Delivered to Mailserver | Delivered to c.mx.mail.yahoo.com | 7/9/2007 8:36:24 PM | 7/9/2007 3:36:24 PM (-500) | |
| wrotepiqueweight@yahoo.com | Delivered to Mailserver | Delivered to a.mx.mail.yahoo.com | 7/9/2007 8:34:06 PM | 7/9/2007 3:34:06 PM (-500) | |
| ElsterJ@gtlaw.com | Delivered to Mailserver | Delivered to mx1.gtlaw.com | 7/9/2007 8:25:42 PM | 7/9/2007 3:25:42 PM (-500) | |

### Message Envelope

FROM: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>

SUBJECT: Service of Legal Process Pursuant to Court Order

7/10/2007

|  |  |
|---|---|
| **TO:** | avraam02@yahoo.com<br>canvasfaintdiseased@yahoo.com<br>maneflauntaloud25@yahoo.com<br>undoblewsolebeside@yahoo.com<br>wrotepiqueweight@yahoo.com |
| **CC:** | ElsterJ@gtlaw.com |
| **BCC:** | |
| **Network ID:** | <63B2236C08279846A87B8F5DA27CA5230658EEAF@CHI-EXCH01.gtlaw.com> |
| **Received:** | 7/9/2007 8:22:32 PM(UTC) |
| **Client Code:** | |

**Note: This message has Digital Seal(SM) protection.**

| Message ID | File size |
|---|---|
| 1F88D250C4AB83C60A4E0E804631FDA4ACC6C248 | 5812510 |

**Attachments**

| File name | File size |
|---|---|
| Exhibit 9 to Memo Support PI.pdf | 3423899 |
| Exhibit 8 - sealed.pdf | 818277 |

**Delivery Audit Trail**

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 closing connection. Good bye!/ 07/09/07 13:33:24 Opening Socket./ Connecting to: a. mx. mail ya hoo com/ 220 mta563. mail.mud.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250–mta563.mail.mud.yahoo.com/ 250–8BITMIME/ 25 0-SIZE 31981568/ 250 PIPELINING/ MAIL FROM:<rcpt1F88D250C4AB83C60A4 E0E804631FDA4ACC6C248-1@rpost.net>/ RCPT TO:<avraam02@yahoo.com& gt;/ DATA/ 250 sender <rcpt1f88d250c4ab83c60a4e0e804631fda4acc6c248 -1@rpost.net> ok250 recipient. <avraam02@yahoo com> ok354 go a head294917 -2200771920332466@trans1 els.rpost.netX-Priority: 3/ Return - Receipt-To: "ElsterJ@gtlaw.com"<1F88D250C4AB83C60A4E0E804631FDA4AC C6C248-1read@rpost.net>/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@g tlaw.com>/ TO: "canvasfaintdiseased@yahoo.com" <canvasfaintdise ased@yahoo.com>, "maneflauntaloud25@yahoo.com" <maneflauntaloud 2 5@yahoo.com>, "undoblewsolebeside@yahoo.com" <undoblewsolebeside @yahoo.com>, "wrotepiqueweight@yahoo.com" <wrotepiqueweight@yaho o.com>/ CC: "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com>/ From: El sterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ 1read@rpost.net>/ X-Confirm-Reading-to: "Elst erJ@gtlaw.com"<1F88D250C4AB83C60A4E0E804631FDA4ACC6C248- 1read@rpost net>/ XRPost-ID: 1F88D250C4AB83C60A4E0E804631FDA4ACC6C248/ To: "av raam02@yahoo.com" <avraam02@yahoo com>/ Subject: S ervice of Legal Process Pursuant to Court Order / Sending Message Body / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 closing connection. Good bye!/ 07/09/07 13:33:24 Opening Socket./ Connecting to: e. mx mail ya hoo com/ 220 mta134. mail.re4.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250–mta134 mail.re4.yahoo.com/ 250–8BITMIME/ 25 0-SIZE 31981568/ 250 PIPELINING/ MAIL

7/10/2007

FROM:<rcpt1F88D250C4AB83C60A4 E0E804631FDA4ACC6C248-2@post.net>/ RCPT TO:<canvasfaintdiseased @yahoo.com>/ DATA/ 250 sender <rcpt1f88d250c4ab83c60a4e0e804631 fda4acc6c248-2@post.net> ok250 recipient <canvasfaintdiseased@ya hoo.com> ok354 go ahead722616-220077192033242827@trans1.els.rpost.ne tX-Priority: 3/ Return-Receipt-To: "ElsterJ@g tlaw.com" <ElsterJ@gtlaw.com>/ To: "avraam02@yahoo.com" <avraa m02@yahoo.com>, "maneflauntaloud25@yahoo.com" <maneflauntaloud25 @ yahoo.com>, "undoblewsolebeside@yahoo.com" "undoblewsolebeside@ yahoo.com>, "wrotepiqueweight@yahoo.com" <wrotepiqueweight@yahoo comp>/ CC: "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com>/ From: Els terJ@gtlaw.com>Sender: ElsterJ@gtlaw.com/ Di sposition-Notification-To: "ElsterJ@gtlaw.com" <1F88D250C4AB83C60A4E 0E804631FDA4ACC6C248- 2read@post.net>/ X-Confirm-Reading-to: "Elste rJ@gtlaw.com"<1F88D250C4AB83C60A4E0E804631FDA4ACC6C248- 2read@post.net>/ XRPost-ID: 1F88D250C4AB83C60A4E0E804631FDA4ACC6C248/ To: "can vasfaintdiseased@yahoo.com" <canvasfaintdiseased@yahoo.com>/ Sub ject: (R)egistered: Service of Legal Process Pursuant to Court Order / Sending Message Body. / 554 delivery error: dd This user doesn't have a yahoo.com account (canvasfaintdiseased@yahoo.com) [0] - mta134_mail re4.yahoo.com/ QUIT/ 221 mta134_mail re4 yahoo.com/

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 closing connection. Good bye/ 07/09/07 13:33:24 Opening Socket/ Connecting to: g.mx mail.ya hoo.com/ 220 mta459 mail.mud.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta459 mail.mud.yahoo.com ESMTP YSmtp service ready/ EHLO FROM:<rcpt1F88D250C4AB83C60A4 E0E804631FDA4ACC6C248-3@post.net> 0-SIZE 31981568/ 250 PIPELINING/ MAIL trans1.els.rpost.net/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FROM:<rcpt1F88D250C4AB83C60A4 E0E804631FDA4ACC6C248-3@post.net> ok250 recipient <maneflauntaloud25@yahoo. com> ok354 go ahead1620280-220077192033514@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"<1F88D250C4AB83C60 0A4E0E804631FDA4ACC6C248-3read@post.net>/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "avraam02@ yahoo.com>, "canvasfaintdiseased@yahoo.com" "undoblewsolebeside@yahoo.com" <undoblewsolebeside@ yahoo.com>, "wrotepiqueweight@yahoo.com" <wrotepiqueweight@yahoo com>/ CC: "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com>/ From: Els terJ@gtlaw.com>Sender: ElsterJ@gtlaw.com/ Di sposition-Notification-To: "ElsterJ@gtlaw.com"<1F88D250C4AB83C60A4E 0E804631FDA4ACC6C248- 3read@post.net>/ X-Confirm-Reading-to: "Elste rJ@gtlaw.com"<1F88D250C4AB83C60A4E0E804631FDA4ACC6C248- 3read@post.net>/ XRPost-ID: 1F88D250C4AB83C60A4E0E804631FDA4ACC6C248/ To: "man eflauntaloud25@yahoo.com" <maneflauntaloud25@yahoo.com>/ Subject: (R)egistered: Service of Legal Process Pursuant to Court Order / Sen ding Message Body. / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 att.net/ 07/09/07 13:33: 24 Opening Socket / Connecting to: c.mx.mail.yahoo.com/ 220 mta224 m ail.re3.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net / 250- mta224 mail.re3.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FROM:<rcpt1F88D250C4AB83C60A4E0E804631FDA4ACC6C248 -4@post.ne t> ok250 recipient <undoblewsolebeside@yahoo.com> ok354 go ah ead228458- 220077192033247780@trans1.els.rpost.netX-Priority: 3/ Return- Receipt-To: "ElsterJ@gtlaw.com"<1F88D250C4AB83C60A4E0E804631FDA4ACC 6C248-4read@post.net>/ Reply-To: "ElsterJ@gtlaw.com" <ElsterJ@gt law.com>/ TO: "avraam02@yahoo.com>, "can vasfaintdiseased@yahoo.com" "ma neflauntaloud25@yahoo.com" <wrotepiqueweight@yahoo.com>/ CC: "Elster J@gtlaw.com" <ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notificatio n-to: "ElsterJ@gtlaw.com"<1F88D250C4AB83C60A4E0E804631FDA4ACC6C248- 4read@post.net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<1F88 D250C4AB83C60A4E0E804631FDA4ACC6C248- 4read@post.net>/ XRPost-ID: 1 F88D250C4AB83C60A4E0E804631FDA4ACC6C248/ To: "undoblewsolebeside@yahoo com" <undoblewsolebeside@yahoo.com>/ Subject: (R)egistered: Ser vice of Legal Process Pursuant to Court Order / Sending Message Body. / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 closing connection. Good bye!/ 07/09/07 13:33:24 Opening Socket./ Connecting to: a.mx.mail.ya hoo.com/ 220 mta475.mail.mud.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta475.mail.mud.yahoo.com/ 250-8BITMIME/ 25 0-SIZE 31981568/ 250 PIPELINING/ MAIL FROM:<rcpt1F88D250C4AB83C60A4 E0E804631FDA4ACC6C248-5@rpost.net>/ RCPT TO:<wrotepiqueweight@ya hoo.com>/ DATA/ 250 sender <rcpt1f88d250c4ab83c60a4e0e804631fda4 acc6c248-5@rpost.net> ok250 recipient <wrotepiqueweight@yahoo.co m> ok354 go ahead315396-22007719203324874@trans1.els.rpost.netX-Pri ority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"<1F88D250C4AB83C60A 4E0E804631FDA4ACC6C248-5read@rpost.net>/ Reply-To: "ElsterJ@gtlaw.c om"<ElsterJ@gtlaw.com>/ TO: "avraam02@ya hoo.com>", <avraam02@ya hoo.com>, "canvasfaintdiseased@yahoo.com"<canvasfaintdiseased@y ahoo.com>, "maneflauntaloud25@yahoo.com" "maneflauntaloud25@yaho o.com>, "undoblewsolebeside@yahoo.com" <undoblewsolebeside@yahoo.com>/ CC: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ From: Els terJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Di sposition-Notification-To: "ElsterJ@gtlaw.com"<1F88D250C4AB83C60A4E 0E804631FDA4ACC6C248-5read@rpost.net>/ X-Confirm-Reading-to: "Elste rJ@gtlaw.com"<1F88D250C4AB83C60A4E0E804631FDA4ACC6C248- 5read@rpost.net>/ XRPost-ID: 1F88D250C4AB83C60A4E0E804631FDA4ACC6C248/ To: "wro tepiqueweight@yahoo.com" <wrotepiqueweight@yahoo.com>/ Subject: (R)egistered: Service of Legal Process Pursuant to Court Order / Sendi ng Message Body / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 smtpgate.rpwb.com closin g connection. Goodbye!/ 07/09/07 13:25:08 Opening Socket./ Connectin g to: mx1.gtlaw.com/ 220 MX1 GTLAW.COM ESMTP / EHLO trans1.els.rpost.n et/ 250-MX1 GTLAW.COM/ 250-PIPELINING/ 250-SIZE 28866663/ 250-ETRN/ 25 0-STARTTLS/ 250 8BITMIME/ MAIL FROM:<rcpt1F88D250C4AB83C60A4E0E804 631FDA4ACC6C248-6@rpost.net>/ RCPT TO:<ElsterJ@gtlaw.com>/ DAT A/ 250 OK250 Ok354 End data with <CR><LF>.<CR><LF >/ 23546130-22007719202259425@trans1.els.rpost.netX-Priority: 3/ Retur n-Receipt-To: "ElsterJ@gtlaw.com"<1F88D250C4AB83C60A4E0E804631FDA4A CC6C248-6read@rpost.net>/ Reply-To: "ElsterJ@ gtlaw.com"<ElsterJ@ gtlaw.com>/ TO: "avraam02@yahoo.com>", "c anvasfaintdiseased@yahoo.com>", "maneflauntaloud25@yahoo.com" <maneflauntaloud25@yahoo.com>, "und oblewsolebeside@yahoo.com> "wrot epiqueweight@yahoo.com" <wrotepiqueweight@yahoo.com>/ From: Elst erJ@gtlaw.com<ElsterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Dis position-Notification-To: "ElsterJ@gtlaw.com"<1F88D250C4AB83C60A4E0 E804631FDA4ACC6C248-6read@rpost.net>/ X-Confirm-Reading-to: "Elster J@gtlaw.com"<1F88D250C4AB83C60A4E0E804631FDA4ACC6C248-6read@rpost.n et>/ XRPost-ID: 1F88D250C4AB83C60A4E0E804631FDA4ACC6C248/ "ElsterJ@gtlaw.com>"<ElsterJ@gtlaw.com>/ Subject: (R)egistered: Service of Legal Process Pursuant to Court Order / Sending Message Body / 250 Ok: queued as BAF3617A4S/ /

You should keep an electronic copy of this receipt, together with all of its attachments, for your records. Note that the Registered E-mail® service does not retain any copy of your e-mail or this receipt. You should not rely on the information in this receipt until you have authenticated this receipt. General terms and conditions of service are available upon request by e-mail from info@rpost.com or within the RPost Legal Notice.

An RPost Service (Ⓡ)Post

RcptVer6.0