IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QSOFT CONSULTING, LIMITED | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-cv-391 (JJF) |
| | ) | |
| TEDDY TONG and TDTONG LTD. | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, Sandra G. M. Selzer, being duly sworn according to law, deposes and says that she is employed by Greenberg Traurig, LLP, which is counsel for the Plaintiff, QSoft Consulting, Limited, for the above-captioned action, and that on the 11th day of July 2007, she caused copies of the *Order Granting QSoft Consulting Limited's Motion for a Brief Continuance [Docket No. 22]* to be served upon the parties listed below via Registered First Class Mail.

| Teddy Tong<br>45 10th Ave # 19<br>Princeton, New Jersey  08540 | Teddy Tong<br>Lengting Ave. 14-51<br>San Francisco, California  94104 |
|---|---|
| tdtong, ltd.<br>45 10th Ave # 19<br>Princeton, New Jersey  08540 | tdtong, ltd.<br>Lengting Ave. 14-51<br>San Francisco, California  94104 |

Dated: July 12, 2007

*/s/ Sandra G. M. Selzer*
Sandra G. M. Selzer (No. 4283)
GREENBERG TRAURIG, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
302-661-7000 - Telephone
302-661-7360 - Facsimile