## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

QSOFT CONSULTING, LIMITED     )
    )
    Plaintiff,     )
    )
    v.     )     C.A. No. 07-cv-391 (JJF)
    )
TEDDY TONG and TDTONG LTD.     )
    )
    Defendants.     )

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 5, 2007, the *Verified Complaint* was served as evidenced by the Certificate of Service, attached hereto as **Exhibit A.**

PLEASE TAKE FURTHER NOTICE that on July 6, 2007 and July 9, 2007, the remaining exhibits to the *Verified Complaint and Summonses* were served as evidenced by the Certificates of Service, attached hereto as **Exhibit B**.

Dated: July 13, 2007

Sandra G. M. Selzer (No. 4283)
GREENBERG TRAURIG, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
302-661-7000 - Telephone
302-661-7360 - Facsimile

Counsel to the Plaintiff

# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

QSOFT CONSULTING, LIMITED )
)
     Plaintiff, )
)
     v. )     C.A. No. 07-cv-391 (JJF)
)
TEDDY TONG and TDTONG LTD. )
)
     Defendants. )

## CERTIFICATE OF SERVICE

I, Sandra G. M. Selzer, being duly sworn according to law, deposes and says that she is employed by Greenberg Traurig, LLP, which is counsel for the Plaintiff, QSoft Consulting, Limited in the above-captioned action, and that on the 5th day of July 2007, pursuant to the *Order Granting QSoft Consulting Limited's Expedited Motion for Leave to Effectuate Service Via Electronic Mail*, dated June 26, 2007, she directed copies of the following to be served via email:

- *Verified Complaint with Exhibits A, B, C and E*

upon the following:

     avraam02@yahoo.com; canvasfaintdiseased@yahoo.com; maneflauntaloud25@yahoo.com; and undoblewsolebeside@yahoo.com

as evidenced by the authenticated receipts attached hereto.

Dated: July 12, 2007

              Sandra G. M. Selzer (No. 4283)
              GREENBERG TRAURIG, LLP
              The Nemours Building
              1007 North Orange Street, Suite 1200
              Wilmington, Delaware 19801
              302-661-7000 - Telephone
              302-661-7360 - Facsimile

**From:** Authentication [mailto:admin@rpost.com]
**Sent:** Tuesday, July 10, 2007 4:45 PM
**To:** Elster, Jason (Assoc-Chi-LT)
**Subject:** Re: FW: Receipt: Service of legal process pursuant to court order



# RECEIPT AUTHENTICATION™

PROOF OF SENDING, DELIVERY AND CONTENT™                RPOST® REGISTERED E-MAIL™

The receipt you have submitted to our system is valid and proves the delivery results displayed below.

** A copy of the original message is attached. **

## Delivery Status

| Address | Status | Details | Delivered (UTC) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| avraam02@yahoo.com | Delivered to Mailserver | Delivered to a.mx.mail.yahoo.com | 7/6/2007 12:58:33 AM | 7/5/2007 7:58:33 PM (-500) | |
| canvasfaintdiseased@yahoo.com | Delivered to Mailserver | Delivered to b.mx.mail.yahoo.com | 7/6/2007 12:58:49 AM | 7/5/2007 7:58:49 PM (-500) | |
| maneflauntaloud25@yahoo.com | Delivered to Mailserver | Delivered to g.mx.mail.yahoo.com | 7/6/2007 12:58:30 AM | 7/5/2007 7:58:30 PM (-500) | |
| undoblewsolebeside@yahoo.com | Delivered to Mailserver | Delivered to d.mx.mail.yahoo.com | 7/6/2007 12:59:59 AM | 7/5/2007 7:59:59 PM (-500) | |
| ElsterJ@gtlaw.com | Delivered to | Delivered to mx1.gtlaw.com | 7/6/2007 1:02:59 AM | 7/5/2007 8:02:59 PM | |

7/12/2007

| | Mailserver | | AM | (-500) |
|---|---|---|---|---|

**Message Envelope**

| | |
|---|---|
| **FROM:** | ElsterJ@gtlaw.com<ElsterJ@gtlaw.com> |
| **SUBJECT:** | Service of legal process pursuant to court order |
| **TO:** | avraam02@yahoo.com<br>canvasfaintdiseased@yahoo.com<br>maneflauntaloud25@yahoo.com<br>undoblewsolebeside@yahoo.com |
| **CC:** | ElsterJ@gtlaw.com |
| **BCC:** | |
| **Network ID:** | <63B2236C082798 46A87B8F5DA27CA5230658EE57@CHI-EXCH01.gtlaw.com> |
| **Received:** | 7/5/2007 9:09:11 PM(UTC) |
| **Client Code:** | |

**Note: This message has Digital Seal(SM) protection.**
**Note: The Registered E-mail ® message associated with this Registered Receipt™ e-mail was sent using the "Register Reply" feature. Replies to the message will be returned via a Registered E-mail™ message.**

| Message ID | File size |
|---|---|
| 36295497E0E3926C95 46B8FE34F32CBD10C4D537 | 8407619 |

**Attachments**

| File name | File size |
|---|---|
| QSoft Verified Complaint.pdf | 635761 |
| Exhibit E to Complaint.pdf | 2351383 |
| Exhibit C to Complaint.pdf | 712825 |
| Exhibit B to Complaint.pdf | 725589 |
| Exhibit A to Complaint.pdf | 1712715 |

**Delivery Audit Trail**

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 cscsydmims04.ims csc.com au/ 07/05/07 17:57:54 Opening Socket./ Connecting to: a.mx.mail.yah oo.com/ 220 mta543.mail.mud.yahoo.com ESMTP YSmtp service ready/ EHLO trans3.els.rpost.net/ 250-mta543.mail.mud.yahoo.com/ 250-8BITMIME/ 250 -SIZE 31981568/ 250 PIPELINING/ MAIL FROM:<rcpt36295497E0E3926C9546 B8FE34F32CBD10C4D537-1@rpost.net>/ RCPT TO:<avraam02@yahoo.com&g t/ DATA/ 250 sender <rcpt36295497e0e3926c9546b8fe34f32cbd10c4d537-1@rpost.net> ok250 recipient <avraam02@yahoo.com> ok354 go ah ead195094437-22007756057551 30@trans3 els.rpost.netX-Priority: 3/ Retur n-Receipt-To: "ElsterJ@gtlaw.com"<36295497E0E3926C9546B8FE34F32CBD1 0C4D537-1read@rpost.net>/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@ reg1070517241.rpost.org>/ TO: "undoblewsolebeside@yahoo.com" <u

ndoblewsolebeside@yahoo.com>, "maneflauntaloud25@yahoo.com" <man eflauntaloud25@yahoo.com>, "canvasfaintdiseased@yahoo.com" <canv asfaintdiseased@yahoo.com>/ CC: "ElsterJ@gtlaw.com" <ElsterJ@gtl aw.com>/ From: ElsterJ@gtlaw.com <ElsterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com"< 36295497E0E3926C9546B8FE34F32CBD10C4D537-1read@rpost.net>/ X-Confir m-Reading-to: "ElsterJ@gtlaw.com"<36295497E0E3926C9546B8FE34F32 CBD 10C4D537-1read@rpost.net>/ XRPost-ID: 36295497E0E3926C9546B8FE34F32 CBD 10C4D537/ To: "avraam02@yahoo.com" <avraam02@yahoo.com>/ Subj ect: (R)egistered: Service of legal process pursuant to court order / Sending Message Body, / 250 ok dirdel/ /
RPost vers 3.0 Patented 6, 0, 3/ QUIT/ 221 mx-1 servers.netregistry net closing connection/ 07/05/07 17:57:54 Opening Socket./ Connecti ng to: b.mx.mail.re3.yahoo.com/ 220 mta192.mail.re3.yahoo.co m/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FROM:<rcpt 36295497E0E3926C9546B8FE34F32CBD10C4D537-2@rpost.net> RCPT TO <
canvasfaintdiseased@yahoo.com>/ DATA/ 250 sender <rcpt36295497e0 e3926c9546b8fe34f32cbd10c4d537- 2@rpost.net> ok250 recipient <can vasfaintdiseased@yahoo.com> ok354 go ahead176741564-2200775605755 38 0@trans3.els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw
.com"<36295497E0E3926C9546B8FE34F32CBD10C4D537-2read@rpost.net>/ Reply-To:
"ElsterJ@gtlaw.com"<ElsterJ@reg1070517242.rpost.org>/ TO: "avraam02@yahoo.com" <avraam02@yahoo.com>,
"undoblewsolebeside ide@yahoo.com>, "maneflauntaloud2 5@yahoo.com" <maneflauntaloud25@yahoo.com>/ CC: "ElsterJ@gtlaw.c om" <ElsterJ@gtlaw.com>/ From:
ElsterJ@gtlaw.com<ElsterJ@gtla w.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To: "El sterJ@gtlaw.com"<36295497E0E3926C9546B8FE34F32CBD10C4D537-2read@rpo st.net>/ X-Confirm-Reading-to:
"ElsterJ@gtlaw.com"<36295497E0E39 26C9546B8FE34F32CBD10C4D537-2read@rpost.net>/ XRPost-ID: 36295497E0 E3926C9546B8FE34F32CBD10C4D537-2/ To: "canvasfaintdiseased@yahoo.com>/
Subject: (R)egistered: Service of legal process pursuant to court order / Sending Message Body / 451 M message
temporarily deferred - [190]/ QUIT/ 221 mta192.mail.re3.yahoo.c om/

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 srv14.ezyreg.com closing connection/ 07/05/07 17:57:54 Opening Socket./
Connecting to: g.mx. mail.yahoo.com/ 220 mta460.mail.mud.yahoo.com ESMTP YSmtp service read y/ EHLO
trans3.els.rpost.net/ 250-mta460.mail.mud.yahoo.com/ 250-8BITM IME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL
FROM:<rcpt36295497E0E3 926C9546B8FE34F32CBD10C4D537-3@rpost.net>/ RCPT TO:<maneflaunt alou
d25@yahoo.com>/ DATA/ 250 sender <rcpt36295497e0e3926c9546b8fe 34f32cbd10c4d537-3@rpost.net> ok250
recipient <maneflauntaloud25 @yahoo.com> ok354 go ahead328113031-2200775605755 2@trans3.els.rpost netX-Priority:
3/ Return-Receipt-To: "ElsterJ@gtlaw.com"<36295497E 0E3926C9546B8FE34F32CBD10C4D537-3read@rpost.net>/
Reply-To: "Elster J@gtlaw.com"<ElsterJ@reg1070517243.rpost.org>/ TO: "avraam02@yah oo.com"
<avraam02@yahoo.com>, "undoblewsolebeside@yahoo.com>/ <_ "undoblewsolebeside@yahoo.com>
J@gtlaw.com>/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>/ Sen der: ElsterJ@gtlaw.com/ Disposition-Notification-To:
J@gtlaw.com o m"<36295497E0E3926C9546B8FE34F32CBD10C4D537-3read@rpost.net>/ X- Confirm-Reading-to:
"ElsterJ@gtlaw.com"<36295497E0E3926C9546B8FE34F 32CBD10C4D537-3read@rpost.net>/ XRPost-ID:
36295497E0E3926C9546B8FE 34F32CBD10C4D537/ To: "maneflauntaloud25@yahoo.com" <maneflauntalou
d25@yahoo.com>/ Subject: (R)egistered: Service of legal process pur suant to court order / Sending Message Body, / 451
Message temporarily deferred - [190]/ QUIT/ 221 mta460.mail.mud.yahoo.com/

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 srv14.ezyreg.com closing connection/ 07/05/07 17:57:56 Opening Socket./
Connecting to: d.mx. mail.yahoo.com/ 220 mta271.mail.re4.yahoo.com ESMTP YSmtp service read y/ EHLO
trans3.els.rpost.net/ 250-mta271.mail.re4.yahoo.com/ 250-8BITM IME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL
FROM:<rcpt36295497E0E3 926C9546B8FE34F32CBD10C4D537-4@rpost.net>/ RCPT TO:<undoblewsole
beside@yahoo.com>/ DATA/ 250 sender <rcpt36295497e0e3926c9546b8f e34f32cbd10c4d537-4@rpost.net> ok250
recipient <undoblewsolebesi de@yahoo.com> ok354 go ahead15451177-2200775605756693@trans3.els.rp ost.netX-

Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"<362954 97E0E3926C95546B8FE34F32CBD10C4D537-4read@rpost.net>/ Reply-To: "Els terJ@gtlaw.com"<ElsterJ@reg1070517244.rpost.org>/ TO: "avraam02@ yahoo.com" <avraam02@yahoo.com>, "maneflauntaloud25@yahoo.com" & lt;maneflauntaloud25@yahoo.com>, "canvasfaintdiseased@yahoo.com" &l t;canvasfaintdiseased@yahoo.com>/ CC: "ElsterJ@gtlaw.com" <Elste rJ@gtlaw.com>/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>/ Se nder: ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.c om"<36295497E0E3926C95546B8FE34F32CBD10C4D537-4read@rpost.net>/ X–Confirm-Reading-to: "ElsterJ@gtlaw.com"<36295497E0E3926C95546B8FE34 F32CBD10C4D537-4read@rpost.net>/ XRPost-ID: 36295497E0E3926C95546B8F E34F32CBD10C4D537/ To: "undoblewsole beside@yahoo.com" <undoblewsole beside@yahoo.com>/ Subject: (R)egistered: Service of legal process pursuant to court order / Sending Message Body. / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 Bye/ 07/05/07 18:02:14 Opening Socket/ Connecting to: mx1.gtlaw.com/ 220 MX1.GTLAW.COM ESMT P / EHLO trans1.els.rpost.net/ 250–MX1.GTLAW.COM/ 250-PIPELINING/ 250- SIZE 28866663/ 250-ETRN/ 250–STARTTLS/ 250 8BITMIME/ MAIL FROM:<rcp t36295497E0E3926C95546B8FE34F32CBD10C4D537-5@rpost.net>/ RCPT TO:< ElsterJ@gtlaw.com>/ DATA/ 250 Ok250 Ok354 End data with <CR> <LF> <CR><LF>213161-22007756121 15278@trans1.els.rpost netX-Priority. 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"<36295497E 0E3926C95546B8FE34F32CBD10C4D537-5read@rpost.net>/ Reply-To: "Elster J@gtlaw.com"<ElsterJ@reg1070518576.rpost.org>/ TO: "avraam02@yah oo.com" <avraam02@yahoo.com>, "undoblewsolebeside@yahoo.com" < .undoblewsolebeside@yahoo.com>, "maneflauntaloud25@yahoo.com" <m aneflauntaloud25@yahoo.com>, "canvasfaintdiseased@yahoo.com" <ca nvasfaintdiseased@yahoo.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com"<36295497E0E3926C95546B8FE34F32CBD10C4D537-5read@r post.net>/ X–Confirm-Reading-to: "ElsterJ@gtlaw.com"<36295497E0E3926C95546B8FE34F32CBD10C4D537-5read@rpost.net>/ XRPost-ID: 36295497 E0E3926C95546B8FE34F32CBD10C4D537/ "ElsterJ@gtl aw.com" <ElsterJ.@gtl aw.com>/ Subject: (R)egistered: Service of legal process pursuant t o court order/ Sending Message Body. / 250 Ok: queued as 3FB28B490TI / /

You should keep an electronic copy of this receipt, together with all of its attachments, for your records. Note that the Registered E-mail® service does not retain any copy of your e-mail or this receipt. You should not rely on the information in this receipt until you have authenticated this receipt. General terms and conditions of service are available upon request by e-mail from info@rpost.com or within the RPost Legal Notice.

An RPost Service RPOST

RcptVer6.0

7/12/2007

# EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

QSOFT CONSULTING, LIMITED   )
            )
   Plaintiff,     )
            )
   v.       )  C.A. No. 07-cv-391 (JJF)
            )
TEDDY TONG and TDTONG LTD.  )
            )
   Defendants.   )

### CERTIFICATE OF SERVICE

  I, Sandra G. M. Selzer, being duly sworn according to law, deposes and says that she is employed by Greenberg Traurig, LLP, which is counsel for the Plaintiff, QSoft Consulting, Limited in the above-captioned action, and that on the 9th day of July 2007, pursuant to the *Order Granting QSoft Consulting Limited's Expedited Motion for Leave to Effectuate Service Via Electronic Mail*, dated June 26, 2007, she directed copies of the following to be served via email:

- *Sealed Exhibit D to the Complaint*
- *Sealed Exhibit 1 to Memorandum of Law in Support of Motion for Preliminary Injunction*

upon the following:

   avraam02@yahoo.com; canvasfaintdiseased@yahoo.com;
   maneflauntaloud25@yahoo.com; wrotepiqueweight@yahoo.com; and
   undoblewsolebeside@yahoo.com

as evidenced by the authenticated receipts attached hereto.

Dated: July 12, 2007

                     
          Sandra G. M. Selzer (No. 4283)
          GREENBERG TRAURIG, LLP
          The Nemours Building
          1007 North Orange Street, Suite 1200
          Wilmington, Delaware 19801
          302-661-7000 - Telephone
          302-661-7360 - Facsimile

**From:** Authentication [mailto:admin@rpost.com]
**Sent:** Tuesday, July 10, 2007 5:19 PM
**To:** Elster, Jason (Assoc-Chi-LT)
**Subject:** Re: FW: Receipt: Service of Legal Process Pursuant to Court Order



RECEIPT AUTHENTICATION™

PROOF OF SENDING, DELIVERY AND CONTENT™    RPOST™ REGISTERED E-MAIL®

The receipt you have submitted to our system is valid and proves the delivery results displayed below.

**\*\* A copy of the original message is attached. \*\***

**Delivery Status**

| Address | Status | Details | Delivered (UTC) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| avraam02@yahoo.com | Delivered to Mailserver | Delivered to d.mx.mail.yahoo.com | 7/9/2007 8:53:11 PM | 7/9/2007 3:53:11 PM (-500) | |
| canvasfaintdiseased@yahoo.com | Delivered to Mailserver | Delivered to f.mx.mail.yahoo.com | 7/9/2007 8:50:52 PM | 7/9/2007 3:50:52 PM (-500) | |
| maneflauntaloud25@yahoo.com | Delivered to Mailserver | Delivered to c.mx.mail.yahoo.com | 7/9/2007 8:52:19 PM | 7/9/2007 3:52:19 PM (-500) | |
| undoblewsolebeside@yahoo.com | Delivered to Mailserver | Delivered to a.mx.mail.yahoo.com | 7/9/2007 8:51:01 PM | 7/9/2007 3:51:01 PM (-500) | |
| wrotepiqueweight@yahoo.com | Delivered to | Delivered to | 7/9/2007 8:52:13 | 7/9/2007 3:52:13 PM | |

7/12/2007

|  | Mailserver | c.mx.mail.yahoo.com | PM | (-500) |
|---|---|---|---|---|
| ElsterJ@gtlaw.com | Delivered to Mailserver | Delivered to mx1.gtlaw.com | 7/9/2007 8:31:49 PM | 7/9/2007 3:31:49 PM (-500) |

**Message Envelope**

| **FROM:** | ElsterJ@gtlaw.com<ElsterJ@gtlaw.com> |
|---|---|
| **SUBJECT:** | Service of Legal Process Pursuant to Court Order |
| **TO:** | avraam02@yahoo.com<br>canvasfaintdiseased@yahoo.com<br>maneflauntaloud25@yahoo.com<br>undoblewsolebeside@yahoo.com<br>wrotepiqueweight@yahoo.com |
| **CC:** | ElsterJ@gtlaw.com |
| **BCC:** | |
| **Network ID:** | <63B2236C08279846A87B8F5DA27CA5230658EEB0@CHI-EXCH01.gtlaw.com> |
| **Received:** | 7/9/2007 8:23:51 PM(UTC) |
| **Client Code:** | |

Note: This message has Digital Seal(SM) protection.

**Attachments**

| Message ID | File size |
|---|---|
| 4493D89CC14E29549E2ADB7F27D8DFB20F028BB1 | 13231605 |

| File name | File size |
|---|---|
| Exhibit 1 - sealed.pdf | 9663851 |

**Delivery Audit Trail**

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 07/09/07 13:49:55 Op ening Socket./ Connecting to: d.mx.mail.yahoo.com/ 220 mta181.mail.re4.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-m ta181.mail.re4.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELIN ING/ MAIL FROM:/<rcpt4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-1@rpos t.net>/ RCPT TO:<avraam02@yahoo.com>/ DATA/ 250 sender <rc pt4493d89cc14e29549e2adb7f27d8dfb20f028bb1-1@rpost.net> ok250 recip ient <avraam02@yahoo.com> ok354 go ahead298117D-22007719204957 44 2@trans1 els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw com"<4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-1read@rpost.net>/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw com>/ TO: "canvasf aintdiseased@yahoo.com" <canvasfaintdiseased@yahoo.com>, "undoblews olebeside@yahoo.com>, "maneflauntaloud25@yahoo.com" <maneflauntaloud25@yahoo com>, "wrotepique weight@yahoo.com" <wrotepiqueweight@yahoo.com>/ CC: "ElsterJ@gtl aw.com" <ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com><ElsterJ@ gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com"<4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-1read @rpost.net>/ X-

Confirm-Reading-to: "ElsterJ@gtlaw.com"<4493D89CC 14E29549E2ADB7F27D8DFB20F028BB1-1/read@rpost.net>/ XRPost-ID: 4493D8 9CC14E29549E2ADB7F27D8DFB20F028BB1/ To: "avraamo2@yahoo.com" <avraa m02@yahoo.com>/ Subject: (R)egistered: Service of Legal Process Pur suant to Court Order / Sending Message Body. / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3/ QUIT/ 07/09/07 13:49:57 Op ening Socket./ Connecting to: f.mx.mail.yahoo.com/ 220 mta311.mail.mud.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-m ta311.mail.mud.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELIN ING/ MAIL FROM:<rcpt4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-2@rpos t.net>/ RCPT TO:<canvasfaintdiseased@yahoo.com>/ DATA/ 250 se nder <rcpt44493d89cc14e29549e2adb7f27d8dfb20f028bb1-2@post.net> ok250 recipient <canvasfaintdiseased@yahoo.com> ok354 go ahead33 2151- 220077192049578802@trans1.els.rpost.netX-Priority: 3/ Return-Recei pt-To: "ElsterJ@gtlaw.com"<4493D89CC14E29549E2ADB7F27D8DFB20F028BB1 -2read@rpost.net>/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.c om>/ TO: "avraam02@yahoo.com" <avraam02@yahoo.com>, "maneflau ntaloud25@yahoo.com" <maneflauntaloud25@yahoo.com>, "undoblewsol ebeside@yahoo.com" <undoblewsolebeside@yahoo.com>/ Reply-To: "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com>/ CC: "wroteplquewe ight@yahoo.com" <wrotepiqueweight@yahoo.com>/ From: ElsterJ@gtlaw.com>Elster J@gt law.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To:" ElsterJ@gtlaw.com"<4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-2read@r post.net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<4493D89CC14 E29549E2ADB7F27D8DFB20F028BB1- 2read@post.net>/ XRPost-ID 4493D89C C14E29549E2ADB7F27D8DFB20F028BB1/ To: "canvasfaintdiseased@yahoo.com" <canvasfaintdiseased@yahoo.com>/ Subject: (R)egistered: Service of Legal Process Pursuant to Court Order / Sending Message Body. / 554 delivery error: dd This user doesn't have a yahoo.com account (canvas faintdiseased@yahoo.com) [0] - mta311.mail.mud.yahoo.com/ QUIT/ 221 mt a311.mail.mud.yahoo.com/

RPost vers 3.0 Patented 6, 0, 3, 3/ 07/09/07 13:49:56 Opening Socket / Connecting to: c.mx.mail.yahoo.com/ 220 mta311.mail.re4.yahoo.com E SMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta311.mail.r e4.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FR OM:<maneflauntaloud25@yahoo.com>/ DATA/ 250 sender <rcpt4 493d89cc14e29549e2adb7f27d8dfb20f028bb1- 3@post.net> ok250 recipient <maneflauntaloud25@yahoo.com> ok354 go ahead369734-22007719204 957708@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@ gtlaw.com"<4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-3read@rpost.net >/ Reply-To: "ElsterJ@gtlaw.com>/ TO: "avr aam02@yahoo.com" <avraam02@yahoo.com>, "canvasfaintdiseased@yaho o.com" <canvasfaintdiseased@yahoo.com>, "undoblewsolebeside@yahoo o.com" <undoblewsolebeside@yahoo.c om" <wrotepiqueweight@yahoo.com>/ CC: "ElsterJ@gtlaw.com" <El sterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com>ElsterJ@gtlaw.com/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtla w.com"<4493D89CC14E29549E2ADB7F27D8DFB20F028BB1- 3read@post.net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<4493D89CC14E29549E2ADB7 F27D8DFB20F028BB1- 3read@post.net>/ XRPost-ID: 4493D89CC14E29549E2A DB7F27D8DFB20F028BB1/ To: "maneflauntaloud25@yahoo.com" <maneflaunt aloud25@yahoo.com>/ Subject: (R)egistered: Service of Legal Process Pursuant to Court Order / Sending Message Body. / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3/ QUIT/ 07/09/07 13:49:58 Op ening Socket. / Connecting to: a. mx.mail.yahoo.com/ 220 mta528.mail.mud.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-m ta528.mail.mud.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELIN ING/ MAIL FROM:<rcpt4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-4@rpos t.net>/ RCPT TO:<undoblewsolebeside@yahoo.com>/ DATA/ 250 sen der <rcpt44493d89cc14e29549e2adb7f27d8dfb20f028bb1- 4@rpost.net> o k250 recipient <undoblewsolebeside@yahoo.com> ok354 go ahead2983 349- 220077192049586724@trans1.els.rpost.netX-Priority: 3/ Return-Receipt t-To:

"ElsterJ@gtlaw.com"<4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-4read@rpost.net>/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.co m>/ TO: "avraam02@yahoo.com", "canvasfai ntdiseased@yahoo.com" <canvasfaintdiseased@yahoo.com>, "manefau ntaloud25@yahoo.com" <maneflauntaloud25@yahoo.com>, "wrotepiqueweight@yahoo.com>/ CC: "ElsterJ@gtla w.com" <ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com>ElsterJ@g tlaw.com>/ Sender: ElsterJ@gtlaw.com>/ Disposition-Notification-To: "ElsterJ@gtlaw.com"<4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-4read@ rpost.net>/ X-XRPost-ID: 4493D89 CC14E29549E2ADB7F27D8DFB20F028BB1/ To: "undoblewsolebeside@yahoo.com" <undoblewsolebeside@yahoo.com>/ Subject: (R)egistered: Service o f Legal Process Pursuant to Court Order / Sending Message Body. / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 07/09/07 13:49:58 Opening Socket./ Connecting to: c.mx.mail.yahoo.com/ 220 mta291.mail.re4.yahoo com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta291.mail.re4.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ M AIL FROM:<rcpt4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-5@rpost.net& gt/ RCPT TO:<wrotepiqueweight@yahoo.com>/ DATA/ 250 sender < rcpt4493d89cc14e29549eadb7f27d8dfb20f028bb1-5@rpost.net> ok250 rec ipient <wrotepiqueweight@yahoo.com> ok354 go ahead865839-2200771 920507114@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "Elste rJ@gtlaw.com"<4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-5read@rpost. net>/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "avraam02@yahoo.com>, "canvasfaintdiseased@y ahoo.com" <canvasfaintdiseased@yahoo.com>, "manefiauntaloud25@ya hoo.com" "maneflauntaloud25@yahoo.com>, "undoblewsolebeside@yaho o.com" <undoblewsolebeside@yahoo.com>/ CC: "ElsterJ@gtlaw.com>ElsterJ@gtlaw.com >/ Sender: "ElsterJ@gtlaw.com" & lt;ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ @gtlaw.com"<4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-5read.net t>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<4493D89CC14E29549E 2ADB7F27D8DFB20F028BB1-5read@rpost.net>/ X-XRPost-ID: 4493D89C0C14E295 49E2ADB7F27D8DFB20F028BB1/ To: "wrotepiqueweight@yahoo.com" <wrotep iqueweight@yahoo.com>/ Subject: (R)egistered: Service of Legal Proc ess Pursuant to Court Order / Sending Message Body. / QUIT/

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 Goodbye/ 07/09/07 13:30: 34 Opening Socket./ Connecting to: mx1.gtlaw.com/ 220 MX1.GTLAW.COM ESMTP / EHLO trans1.els.rpost.net/ 250-MX1.GTLAW.COM/ 250-PIPELINING/ 250-SIZE 28866663/ 250-ETRN/ 250-STARTTLS/ 250 8BITMIME/ MAIL FROM:< rcpt4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-6@rpost.net>/ RCPT TO :<ElsterJ@gtlaw.com>/ DATA/ 250 Ok250 Ok354 End data with <CR > <LF> <CR><LF> <CR><LF>11267111-22007719203035141@trans1.e ls.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"<4 493D89CC14E29549E2ADB7F27D8DFB20F028BB1-6read@rpost.net>/ Reply-To: "ElsterJ@gtlaw.com>ElsterJ@gtlaw.com>/ TO: "avraam02@yahoo.com>/ "avraam02@yahoo.com>, "canvasfaintdiseased@yahoo.com", "canv asfaintdiseased@yahoo.com>, "maneflauntaloud25@yahoo.com>/ "manef launtaloud25@yahoo.com>/ "undoblewsolebeside@yahoo.com" <undoble wsolebeside@yahoo.com>/ "wrotepiqueweight@yahoo.com" <wrotepique weight@yahoo.com>/ From: ElsterJ@gtlaw.com/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtl aw.com"<4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-6read@rpost.net> / X-Confirm-Reading-To: "ElsterJ@gtl aw.com"<4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-6read@rpost.net>/ XRPost-ID: 4493D89CC14E29549E2 ADB7F27D8DFB20F028BB1/ "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com>/ Subject: (R)egistered: Service of Legal Process Pursuant to Court Ord er/ Sending Message Body / 250 Ok: queued as A0D7162FBW/ /

You should keep an electronic copy of this receipt, together with all of its attachments, for your records. Note that the Registered E-mail® service does not retain any copy of your e-mail or this receipt. You should not rely on the information in

Page 5 of 5

this receipt until you have authenticated this receipt. General terms and conditions of service are available upon request by e-mail from info@rpost.com or within the RPost Legal Notice.

An RPost Service

RcptVer6.0

7/12/2007

**From:** Authentication [mailto:admin@rpost.com]
**Sent:** Tuesday, July 10, 2007 5:03 PM
**To:** Elster, Jason (Assoc-Chi-LT)
**Subject:** Re: FW: Receipt: Service of Legal Process Pursuant to Court Order



# RECEIPT AUTHENTICATION™

PROOF OF SENDING, DELIVERY AND CONTENT™                RPOST® REGISTERED E-MAIL®

The receipt you have submitted to our system is valid and proves the delivery results displayed below.

## ** A copy of the original message is attached. **

### Delivery Status

| Address | Status | Details | Delivered (UTC) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| avraam02@yahoo.com | Delivered to Mailserver | Delivered to e.mx.mail.yahoo.com | 7/9/2007 8:38:33 PM | 7/9/2007 3:38:33 PM (-500) | |
| canvasfaintdiseased@yahoo.com | Delivered to Mailserver | Delivered to c.mx.mail.yahoo.com | 7/9/2007 8:40:38 PM | 7/9/2007 3:40:38 PM (-500) | |
| maneflauntaloud25@yahoo.com | Delivered to Mailserver | Delivered to a.mx.mail.yahoo.com | 7/9/2007 8:39:10 PM | 7/9/2007 3:39:10 PM (-500) | |
| undoblewsolebeside@yahoo.com | Delivered to Mailserver | Delivered to b.mx.mail.yahoo.com | 7/9/2007 8:42:48 PM | 7/9/2007 3:42:48 PM (-500) | |
| wrotepiqueweight@yahoo.com | Delivered to | Delivered to | 7/9/2007 8:42:40 | 7/9/2007 3:42:40 PM | |

7/12/2007

| ElsterJ@gtlaw.com | Mailserver | b.mx.mail.yahoo.com | PM | (-500) |
|---|---|---|---|---|
| | Opened | HTTP | 7/9/2007 8:24:57 PM | 7/9/2007 3:24:57 PM (-500) | 7/9/2007 3:27:32 PM (-500) |

**Message Envelope**

| | |
|---|---|
| **FROM:** | ElsterJ@gtlaw.com<ElsterJ@gtlaw.com> |
| **SUBJECT:** | Service of Legal Process Pursuant to Court Order |
| **TO:** | avraam02@yahoo.com<br>canvasfaintdiseased@yahoo.com<br>maneflauntaloud25@yahoo.com<br>undoblewsolebeside@yahoo.com<br>wrotepiqueweight@yahoo.com |
| **CC:** | ElsterJ@gtlaw.com |
| **BCC:** | |
| **Network ID:** | <63B2236C08279846A87B8F5DA27CA5230658EEAB@CHI-EXCH01.gtlaw.com> |
| **Received:** | 7/9/2007 8:18:07 PM(UTC) |
| **Client Code:** | |

**Note: This message has Digital Seal(SM) protection.**

| Message ID | File size |
|---|---|
| 5B6A3E44B5583BC98A469769D24F1170CFA447BC | 11738697 |

**Attachments**

| File name | File size |
|---|---|
| Exhibit D - sealed.pdf | 8572939 |

**Delivery Audit Trail**

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 451 Timeout waiting for comm and, terminating connection./ 07/09/07 13:36:27 Opening Socket / Con necting to e.mx.mail.yahoo.com/ 220 mta141.mail.re4 yahoo.com ESMTP Y. Smtp service ready/ EHLO trans1.els.rpost.net/ 250-mta141.mail.re4.yah oo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FROM:</rcpt5B6A3E44B5583BC98A469769D24F1170CFA447BC-1@post.net>/ RCPT TO <avraam02@yahoo.com>/ DATA/ 250 sender <rcpt5b6a3e44b5583bc9 8a469769d24f1170cfa447bc-1@rpost.net> ok250 recipient <avraam02@ yahoo.com> ok354 go ahead50623-2200771192036283356@trans1.els.rpost.n etX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"<5B6A3E44B55 83BC98A469769D24F1170CFA447BC-1read@rpost.net>/ Reply-To: "ElsterJ@ gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "canvasfaintdiseased@yahoo.c om" <canvasfaintdiseased@yahoo.com>, "undoblewsolebeside@yahoo.com" "maneflauntaloud25@yahoo.co m" <maneflauntaloud25@yahoo.com>, "wrotepiqueweight@yahoo.com", <undoblewsolebeside@yahoo.com>, "wrotepiqueweight@yahoo.com" &l t:wrotepiqueweight@yahoo.com> CC: "ElsterJ@gtlaw.com"<ElsterJ@ gtlaw.com>/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>/ Sende r: ElsterJ@gtlaw.com/ "ElsterJ@gtlaw.com" <5B6A3E44B5583BC98A469769D24F1170CFA447BC- Disposition-Notification-To: "ElsterJ@gtlaw.com" <5B6A3E44B5583BC98A469769D24F1 170CFA447BC- 1read@rpost.net>/ X-Co nfirm-Reading-to: "ElsterJ@gtlaw.com"<5B6A3E44B5583BC98A469769D24F1 170CFA447BC-

1read@rpost.net>/ XRPost-ID: 5B6A3E44B5583BC98A469769D2 4F1170CFA447BC/ To: "avraam02@yahoo com" <avraam02@yahoo.com>/ S ubject: (Registered: Service of Legal Process Pursuant to Court Order / Sending Message Body / QUIT/

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 451 Timeout waiting for comm and. terminating connection./ 07/09/07 13:36:27 Opening Socket./ Con necting to: c.mx.mail.yahoo.com/ 220 mta212.mail.re3.yahoo.com ESMTP Y Smtp service ready/ EHLO trans1 els.rpost.net/ 250-mta212.mail.re3.yah oo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FROM:.< rcpt5b6A3E44B5583BC98A469769D24F1170CFA447BC-2@rpost.net>/ RCPT TO :<canvasfaintdiseased@yahoo.com>/ DATA/ 250 sender <rcpt5b6a3 e44b5583bc98a469769d24f1170cfa447bc-2@rpost.net> ok250 recipient &l t;canvasfaintdiseased@yahoo.com> ok354 go ahead101624-2200771920364 5966@trans1 els.rpost.netX-Priority. 3/ Return-Receipt-To: "ElsterJ@gt law.com"<5B6A3E44B5583BC98A469769D24F1170CFA447BC-2read@rpost.net&g t/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "avraa m02@yahoo.com" <avraam02@yahoo.com>, "maneflauntaloud25@yahoo.co m" <maneflauntaloud25@yahoo.com>, "undoblewsolebeside@yahoo.com" <undoblewsolebeside@yahoo.com>, "wrotepiqueweight@yahoo.com" &l t;wrotepiqueweight@yahoo.com>/ CC: "ElsterJ@gtlaw.com"<ElsterJ@ gtlaw.com>/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>/ Sende r: ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com" <5B6A3E44B5583BC98A469769D24F1170CFA447BC-2read@rpost.net>/ X-Co nfirm-Reading-to: "ElsterJ@gtlaw.com"<5B6A3E44B5583BC98A469769D24F1 170CFA447BC-2read@rpost.net>/ XRPost-ID: 5B6A3E44B5583BC98A469769D2 4F1170CFA447BC/ To: "canvasfaintdiseased@yahoo.com"<canvasfaintdis eased@yahoo.com>/ Subject: (Registered: Service of Legal Process P ursuant to Court Order / Sending Message Body / 554 delivery error: d d This user doesn't have a yahoo.com account (canvasfaintdiseased@yaho o.com) [0] - mta212.mail.re3.yahoo.com/ QUIT/ 221 mta212.mail.re3.yaho o.com/

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 451 Timeout waiting for comm and. terminating connection./ 07/09/07 13:38:18 Opening Socket./ Con necting to: a.mx.mail.yahoo.com/ 220 mta490.mail.mud.yahoo.com ESMTP Y Smtp service ready/ EHLO trans1 els.rpost.net/ 250-mta490.mail.mud.yah oo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FROM:.< rcpt5B6A3E44B5583BC98A469769D24F1170CFA447BC-3@rpost.net>/ RCPT TO :<maneflauntaloud25@yahoo.com>/ DATA/ 250 sender <rcpt5b6a3e4 4b5583bc98a469769d24f1170cfa447bc-3@rpost.net> ok354 go ahead1775318-2200771920381884 0@trans1 els.rpost.netX-Priority. 3/ Return-Receipt-To: "ElsterJ@gtlaw com"<5B6A3E44B5583BC98A469769D24F1170CFA447BC-3read@rpost.net>/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "avraam02 @yahoo.com" <avraam02@yahoo.com>, "undoblewsolebeside@yahoo.com", "canvasfaintdiseased@yahoo.com" <canvasfaintdiseased@yahoo.com>, "undoblewsolebeside@yahoo.com" & lt;undoblewsolebeside@yahoo.com>/ CC: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>/ Send er: ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com" <5B6A3E44B5583BC98A469769D24F 1170CFA447BC-3read@rpost.net>/ X-C onfirm-Reading-to: "ElsterJ@gtlaw.com"<5B6A3E44B5583BC98A469769D24F 1170CFA447BC-3read@rpost.net>/ XRPost-ID: 5B6A3E44B5583BC98A469769D 24F1170CFA447BC/ To: "maneflauntaloud 25@yahoo.com" <maneflauntaloud 25@yahoo.com>/ Subject: (Registered: Service of Legal Process Purs uant to Court Order / Sending Message Body / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 451 Timeout waiting for comm and. terminating connection./ 07/09/07 13:38:19 Opening Socket./ Con necting to: b.mx.mail.yahoo.com/ 220 mta168.mail.re3.yahoo.com ESMTP Y Smtp service ready/ EHLO trans1 els.rpost.net/ 250-mta168.mail.re3.yah oo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FROM:.< rcptSB6A3E44B5583BC98A469769D24F1170CFA447BC-4@rpost.net>/ RCPT TO :<undoblewsolebeside@yahoo.com>/ DATA/ 250 sender <rcpt5b6a3e 44b5583bc98a469769d24f1170cfa447bc-4@rpost.net> ok354 go ahead1172981-2200771920381 9 871@trans1 els.rpost.netX-Priority. 3/ Return-Receipt-To: "ElsterJ@gtl aw.com"<5B6A3E44B5583BC98A469769D24F1170CFA447BC-4read@rpost.net>/ Reply-To:

"ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "avraam 02@yahoo.com" <avraam02@yahoo.com>. "canvasfaintdiseased@yahoo.c om" <canvasfaintdiseased@yahoo.com> "maneflauntaloud25@yahoo.co m" <maneflauntaloud25@yahoo.com> & lt;wrotepiqueweight@yahoo.com" & lt;wrotepiqueweight@yahoo.com>/ CC: "ElsterJ@gtlaw.com"<ElsterJ @gtlaw.com>/ From: ElsterJ@gtlaw.com>/ Send er: ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com"<5B6A3E44B5583BC98A469769D24F1170CFA447BC-4read@rpost.net>/ X-C onfirm-Reading-to: "ElsterJ@gtlaw.com"<5B6A3E44B5583BC98A469769D24F 1170CFA447BC-4read@rpost.net>/ XRPost-ID: 5B6A3E44B5583BC98A469760 24F1170CFA447BC/ To: "undoblewsolebeside@yahoo.com" <undoblewsolebe side@yahoo.com>/ Subject: (R)egistered: Service of Legal Process Pu rsuant to Court Order / Sending Message Body / 250 ok dirdel / /

RPost vers 3.0 Patented 6, 0, 3, 07/09/07 13:38:18 Opening Socket / Connecting to: b.mx.mail.yahoo.com/ 220 mta134.mail.re3.yahoo.com E SMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta134.mail.re3,yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FR OM: <rcpt5B6A3E44B5583BC98A469769D24F1170CFA447BC-5@post.net>/R CPT TO: <wrotepiqueweight@yahoo.com>/ DATA/ 250 sender <rcpt5b 6a3e44b5583bc98a469769d24f1170cfa447bc- 5@post.net> ok250 recipient <wrotepiqueweight@yahoo.com> ok354 go ahead111317-2200771920381 9/12@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtl aw.com"<5B6A3E44B5583BC98A469769D24F1170CFA447BC-5read@rpost.net> :/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "avraam 02@yahoo.com" <avraam02@yahoo.com>. "canvasfaintdiseased@yahoo.c om" <canvasfaintdiseased@yahoo.com>, "maneflauntaloud25@yahoo.com" <maneflauntaloud25@yahoo.com>, "undoblewsolebeside@yahoo.com" <undoblewsolebeside@yahoo.com>/ CC: "Els terJ@gtlaw.com"<ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com"<5B6A3E44B5583BC98A469769D24F1170CFA447BC-5read@rpost.net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<5B6A3E44B5583BC98A469769 D24F1170CFA447BC-5read@rpost.net>/ XRPost-ID: 5B6A3E44B5583BC98A469769 769D24F1170CFA447BC/ To: "wrotepiquewe ight@yahoo.com" <wrotepiquewe ight@yahoo.com" <wrotepiqueweside@yahoo.com"/ Subject: (R)egistered: Service of Legal Process Pu rsuant to Court Order / Sending Message Body / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 2.0.0 mail.smithmarshall.com Service closing transmission channel/ 07/09/07 13:23:52 Opening Socket./ Connecting to: mx3.gtlaw.com/ 220 MX3.GTLAW.COM ESMTP / EHLO trans1.els.rpost.net/ 250-MX3.GTLAW.COM/ 250-PIPELINING/ 250-SIZE 288 66663/ 250-ETRN/ 250-STARTTLS/ 250 8BITMIME/ MAIL FROM:<rcpt5B6A3E4 4B5583BC98A469769D24F1170CFA447BC-6@post.net>/ RCPT TO: <ElsterJ@gtlaw.com>/ DATA/ 250 OK250 OK354 End data with <CR><LF&g t,.<CR><LF>26088102-2200771920235246@trans1.els.rpost.net X-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"<5B6A3E44B5583 BC98A469769D24F1170CFA447BC-6read@rpost.net>/ Reply-To: "ElsterJ@gtl aw.com"<ElsterJ@gtlaw.com>/ TO: "avraam02@yahoo.com" <avraam 02@yahoo.com>. "maneflauntaloud25@yahoo.com" <maneflauntaloud25@ yahoo.com>/ "canvasfaintdisea sed@yahoo.com"<canvasfaintdisea sed@yahoo.com>, "undoblewsolebeside@yahoo.com" <undoblewsolebeside@ yahoo.com>, "wrotepiqueweight@yahoo.com" <wrotepiqueweight@gyahoo.com>/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>/ Sender: El sterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com"<5B6A3E44B5583BC98A469769D24F1170CFA447BC-6read@post.net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<5B6A3E44B5583BC98A469769D24F1170CF A447BC-6read@post.net>/ XRPost-ID: 5B6A3E44B5583BC98A469769D24F117 0CFA447BC/ "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com>/ Subject: (R )egistered: Service of Legal Process Pursuant to Court Order / Sending Message Body / 250 Ok. queued as 16B909E3KG/ /

<b>Opened from IP 66.151.14.170/ </b><br>--/ Conn ection: Keep-Alive/ Via: 1.1 CHI-ISA1/ Accept: */*/ Accept-Encoding: g zip, deflate/ Accept-Language: en-us/ Host: open.rpost.net/ User-Agent: Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; SV1;.NET CLR 1.1.4322; InfoPath 1; .NET CLR 2.0.50727)/ /LM/W3SVC/1/RootC \open\<br ><br><br><br>CGI/1.1off<br>/LM/ W3SVC/1<br>>10.0.0.198/Rpost.aspxC\open\Rpost.aspx404:/http://ope n.rpost.net/5/6A3E44B5583BC98A469769D24F1170CFA447BC-6_528C14A7CF1C0AC

B51D2B55CC66B9EF498E4CDA2/rpost.gif<br>66.151.14.17066.151.14.17
09331GET<br>/Rpost.aspxopen.rpost.net800<br>HTTP/1.0Micros oft-IIS/5.0/Rpost.aspxKeep-Alive<br>1.1 CHI-
ISA1'/'gzip, deflate en-us<br>open.rpost.netMozilla/4.0 (compatible; MSIE 6.0; Window s NT 5.1; SV1;.NET CLR
1.1.4322; InfoPath.1;.NET CLR 2.0.50727)i /

You should keep an electronic copy of this receipt, together with all of its attachments, for your records. Note that the
Registered E-mail® service does not retain any copy of your e-mail or this receipt. You should not rely on the information in
this receipt until you have authenticated this receipt. General terms and conditions of service are available upon request by e-
mail from info@rpost.com or within the RPost Legal Notice.

An RPost Service RPOST

RcptVer6.0

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QSOFT CONSULTING, LIMITED | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-cv-391 (JJF) |
| | ) | |
| TEDDY TONG and TDTONG LTD. | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, Sandra G. M. Selzer, being duly sworn according to law, deposes and says that she is employed by Greenberg Traurig, LLP, which is counsel for the Plaintiff, QSoft Consulting, Limited in the above-captioned action, and that on the 6th day of July 2007, pursuant to the *Order Granting QSoft Consulting Limited's Expedited Motion for Leave to Effectuate Service Via Electronic Mail*, dated June 26, 2007, she directed copies of the following to be served via email:

- *Sealed Exhibits F, G, H and I to Complaint*

upon the following:

avraam02@yahoo.com; canvasfaintdiseased@yahoo.com; maneflauntaloud25@yahoo.com; and undoblewsolebeside@yahoo.com

as evidenced by the authenticated receipts attached hereto.

Dated: July 9, 2007

Sandra G. M. Selzer (No. 4283)
GREENBERG TRAURIG, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
302-661-7000 - Telephone
302-661-7360 - Facsimile

**From:** Authentication [mailto:admin@rpost.com]
**Sent:** Friday, July 06, 2007 3:29 PM
**To:** Elster, Jason (Assoc-Chi-LT)
**Subject:** Re: FW: Receipt: Service of legal process pursuant to court order



# RECEIPT AUTHENTICATION™

PROOF OF SENDING, DELIVERY AND CONTENT™                    RPOST® REGISTERED E-MAIL®

The receipt you have submitted to our system is valid and proves the delivery results displayed below.

## ** A copy of the original message is attached. **

### Delivery Status

| Address | Status | Details | Delivered (UTC) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| avraam02@yahoo.com | Delivered to Mailserver | Delivered to a.mx.mail.yahoo.com | 7/6/2007 3:01:44 PM | 7/6/2007 10:01:44 AM (-500) | |
| canvasfaintdiseased@yahoo.com | Delivered to Mailserver | Delivered to e.mx.mail.yahoo.com | 7/6/2007 3:01:53 PM | 7/6/2007 10:01:53 AM (-500) | |
| maneflauntaloud25@yahoo.com | Delivered to | Delivered to d.mx.mail.yahoo.com | 7/6/2007 3:03:12 PM | 7/6/2007 10:03:12 AM (-500) | |

7/9/2007

| | | Mailserver | | | |
|---|---|---|---|---|---|
| undoblewsolebeside@yahoo.com | Delivered to Mailserver | Delivered to a.mx.mail.yahoo.com | | 7/6/2007 3:01:58 PM | 7/6/2007 10:01:58 AM (-500) |

## Message Envelope

| | |
|---|---|
| **FROM:** | ElsterJ@gtlaw.com<ElsterJ@gtlaw.com> |
| **SUBJECT:** | Service of legal process pursuant to court order |
| **TO:** | avraam02@yahoo.com<br>canvasfaintdiseased@yahoo.com<br>manefiauntaloud25@yahoo.com<br>undoblewsolebeside@yahoo.com |
| **CC:** | |
| **BCC:** | |
| **Network ID:** | <63B2236C08279846A87B8F5DA27CA5230658EE67@CHI-EXCH01.gtlaw.com> |
| **Received:** | 7/6/2007 2:55:17 PM(UTC) |
| **Client Code:** | |

Note: This message has Digital Seal(SM) protection.
Note: The Registered E-mail ® message associated with this Registered Receipt™ e-mail was sent using the "Register Reply" feature.    Replies to the message will be returned via a Registered E-mail™ message.

| Message ID | File size |
|---|---|
| F4E85669CA3CBD3F5B710275B26258C7D3456C94 | 4846600 |

## Attachments

| File name | File size |
|---|---|
| Exhibit G - Sealed.pdf | 467631 |
| Exhibit H - sealed.pdf | 395185 |
| Exhibit I - sealed.pdf | 241003 |
| Exhibit F - sealed.pdf | 2432061 |

## Delivery Audit Trail

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 2.0.0 mx1.bcmg.com br cl osing connection/ 07/06/07 08:01:22 Opening Socket/ Connecting to: a.mx.mail.yahoo.com/ 220 mta480.mail.mud.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta480.mail.mud.yahoo.com/ 250- 8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FROM <rcptF4E85669 9CA3CBD3F5B710275B26258C7D3456C94-1@rpost.net>/ RCPT TO:<avraam0 2@yahoo.com>/ DATA/ 250 sender <rcptf4e85669ca3cbd3f5b710275b262 58c7d3456c94-1@rpost.net> ok250 recipient <avraam02@yahoo.com> : ok354 go ahead1849738-220077561512256 6@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"<-F4E85669cA3CBD3F5B7102 75B26258C7D3456C94-1read@rpost.net>/ Reply-To:

"ElsterJ@gtlaw.com"& l; t;ElsterJ@reg10706072 61 54.rpost.org>/ TO: "'undoblewsolebeside@yah oo.com" <undoblewsolebeside@yahoo.com>, "'maneflauntaloud25@yahoo.com" <maneflauntaloud25@yahoo.com>, "'canvasfaintdiseased@yahoo.com" <canvasfaintdiseased@yahoo.com>/ CC: "'ElsterJ@gtlaw.com" &l t;ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com& gt;/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@ gtlaw.com"<F4E85669CA3CBD3F5B710275B26258C7D3456C94-1read@rpost.net >/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<F4E85669CA3CBD3F5B7 10275B26258C7D3456C94-1read@rpost.net>/ XRPost-ID: F4E85669CA3CBD3F 5B710275B26258C7D3456C94/ To: "avraam02@yahoo.com" <avraam02@yahoo. com>/ Subject: (R)egistered: Service of legal process pursuant to c ourt order / Sending Message Body / 451 Message temporarily deferred - [190]/ QUIT/ 221 mta480.mail.mud.yahoo.com/

RPost vers 3.0 Patented 6, 0, 3,/ QUIT/ 421 Error: timeout exceeded/ 07/06/07 08:01:21 Opening Socket / Connecting to: e.mx.mail.yahoo.c om/ 220 mta378.mail.re4.yahoo.com ESMTP YSmtp service ready/ EHLO tran s1.els.rpost.net/ 250-mta378.mail.re4.yahoo.com/ 250-8BITMIME/ 250-SIZE E 31981568/ 250 PIPELINING/ MAIL FROM:<rcptf4E85669CA3CBD3F5B710275 B26258C7D3456C94-2@rpost.net>/ RCPT TO:<canvasfaintdiseased@yaho o.com>/ DATA/ 250 sender <rcptf4e85669ca3cbd3f5b710275b26258c7d3 456c94-2@rpost.net> ok250 recipient <canvasfaintdiseased@yahoo.c om> ok354 go ahead5323117-22007756151224 41@trans1.els.rpost.netX-Pr iority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"<F4E85669CA3CBD3F5 B710275B26258C7D3456C94-2read@rpost.net>/ Reply-To: "ElsterJ@gtlaw. com"<ElsterJ@reg10706072 6155.rpost.org>/ TO: "'avraam02@yahoo.com"' <avraam02@yahoo.com> <manefla untaloud25@yahoo.com>/ CC: "'ElsterJ@gtlaw.co m>/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>/ Sender: Elste rJ@gtlaw.com/ Disposition-Notification-To- "ElsterJ@gtlaw.com"<F4E8 5669CA3CBD3F5B710275B26258C7D3456C94-2read@rpost.net>/ X-Confirm-Re ading-to: "ElsterJ@gtlaw.com"<F4E85669CA3CBD3F5B710275B26258C7D3456 C94-2read@rpost.net>/ XRPost-ID: F4E85669CA3CBD3F5B710275B26258C7D3 456C94/ To: "canvasfaintdiseased@yahoo.com" <canvasfaintdiseased@ya hoo.com>/ Subject: (R)egistered: Service of legal process pursuant to court order / Sending Message Body / 554 delivery error. dd This u ser doesn't have a yahoo.com account (canvasfaintdiseased@yahoo.com) [ 0] - mta378.mail.re4.yahoo.com/ QUIT/ 221 mta378.mail.re4.yahoo.com/

RPost vers 3.0 Patented 6, 0, 3,/ QUIT/ 07/06/07 08:01:21 Opening Socket/ Connecting to: d. mx.mail.yahoo.com/ 220 mta199.mail.re4.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta199. mail.re4.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ M AIL FROM:<rcptf4E85669CA3CBD3F5B710275B26258C7D3456C94-3@rpost.ne& gt;/ RCPT TO:<maneflauntaloud25@yahoo.com>/ DATA/ 250 sender < rcptf4e85669ca3cbd3f5b710275b26258c7d3456c94-3@rpost.net> ok250 re cipient <maneflauntaloud25@yahoo.com> ok354 go ahead5323440-2200 77561512244 1@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "EI sterJ@gtlaw.com"<F4E85669CA3CBD3F5B710275B26258C7D3456C94-3read@rpo st.net>/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@reg10706072 6156.r post.org>/ TO: "'avraam02@yahoo.com"' <avraam02@yahoo.com>, "un doblewsolebeside@yahoo.com"<undoblewsolebeside@yahoo.com>, "can vasfaintdiseased@yahoo.com>, "'ElsterJ@gtlaw.com"'<ElsterJ@gtlaw.co m<ElsterJ@gtlaw.com>/ CC: "'ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com/ Disposition-Not ification-To: "ElsterJ@gtlaw.com"<F4E85669CA3CBD3F5B710275B26258C7D 3456C94-3read@rpost.net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com" <F4E85669CA3CBD3F5B710275B26258C7D3456C94-3read@rpost.net>/ XRPo st-ID: F4E85669CA3CBD3F5B710275B26258C7D3456C94/ To: "maneflauntaloud2 5@yahoo.com" <maneflauntaloud25@yahoo.com>/ Subject: (R)egistere d: Service of legal process pursuant to court order / Sending Message Body. / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3,/ 07/06/07 08:01:21 Opening Socket/ Connecting to: a.mx.mail.yahoo.com/ 220 mta476.mail.mud.yahoo.com E SMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta476.mail.m ud.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FR

OM: <rcptF4E85669CA3CBD3F5B710275B26258C7D3456C94-4@rpost.net> / R CPT
TO: <undoblewsolebeside@yahoo.com> / DATA/ 250 sender <rcpt f4e85669ca3cbd3f5b710275b26258c7d3456c94-
4@rpost.net> ok250 recipie nt <undoblewsolebeside@yahoo.com> ok354 go ahead53234-2200775615
12435@trans1 els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@g
tlaw.com"<F4E85669CA3CBD3F5B710275B26258C7D3456C94-4read@rpost.net& gt/ Reply-To:
"ElsterJ@gtlaw.com"<ElsterJ@reg10706072615 7.rpost.or g>/ TO: "avraam02@yahoo.com" <avraam02@yahoo.com>,
"maneflaun taloud25@yahoo.com" <maneflauntaloud25@yahoo.com>, "canvasfaintd iseased@yahoo.com"
<canvasfaintdiseased@yahoo.com>/ CC: "ElsterJ @gtlaw.com" <ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com<Elst
erJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification -To:
"ElsterJ@gtlaw.com"<F4E85669CA3CBD3F5B710275B26258C7D3456C94-4 read@rpost.net>/ X-Confirm-Reading-to:
"ElsterJ@gtlaw.com"<F4E85 669CA3CBD3F5B710275B26258C7D3456C94-4read@rpost.net>/ XRPost-ID. F4
E85669CA3CBD3F5B710275B26258C7D3456C94/ To: "undoblewsolebeside@yahoo.com"
<undoblewsolebeside@yahoo.com>/ Subject: (R)egistered Serv ice of legal process pursuant to court order / Sending
Message Body. / 451 Message temporarily deferred - [190]/ QUIT/ 221 mta476.mail.mud.y ahoo.com/

You should keep an electronic copy of this receipt, together with all of its attachments, for your records. Note that the Registered E-mail® service does not retain any copy of your e-mail or this receipt. You should not rely on the information in this receipt until you have authenticated this receipt. General terms and conditions of service are available upon request by e-mail from info@rpost.com or within the RPost Legal Notice.

An RPost Service (RPOST)

RcptVer6.0

7/9/2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

QSOFT CONSULTING, LIMITED )
)
Plaintiff, )
)
v. )
) C.A. No. 07-cv-391 (JJF)
)
TEDDY TONG and TDTONG LTD. )
)
Defendants. )
)

## CERTIFICATE OF SERVICE

I, Sandra G. M. Selzer, being duly sworn according to law, deposes and says that she is employed by Greenberg Traurig, LLP, which is counsel for the Plaintiff, QSoft Consulting, Limited in the above-captioned action, and that on the 3rd day of July 2007, pursuant to the *Order Granting QSoft Consulting Limited's Expedited Motion for Leave to Effectuate Service Via Electronic Mail*, dated June 26, 2007, she directed copies of the following to be served via email:

- *Civil Cover Sheet to Complaint*;
- *Motion for Preliminary Injunction*;
- *Memorandum of Law in Support Motion for Preliminary Injunction*;
- *Motion for Leave to File Under Seal*;
- *Letter from Sandra Selzer regarding Filing Complaint and Motion for Preliminary Injunction*;
- *Summonses*; and
- *Order Setting Preliminary Injunction Hearing*

upon the following:

avraam02@yahoo.com; canvasfaintdiseased@yahoo.com; maneflauntaloud25@yahoo.com; and undoblewsolebeside@yahoo.com

as evidenced by the authenticated receipts attached hereto.

Dated: July 6, 2007

Sandra G. M. Selzer (No. 4283)
GREENBERG TRAURIG, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
302-661-7000 - Telephone
302-661-7360 - Facsimile

# RECEIPT AUTHENTICATION™

PROOF OF SENDING, DELIVERY AND CONTENT™          RPOST™ REGISTERED E-MAIL™

The receipt you have submitted to our system is valid and proves the delivery results displayed below.

## ** A copy of the original message is attached. **

**Delivery Status**

| Address | Status | Details | Delivered (UTC) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| ElsterJ@gtlaw.com | Opened | HTTP | 7/3/2007 5:10:23 PM | 7/3/2007 12:10:23 PM(-500) | 7/3/2007 12:14:01 PM(-500) |
| avraam02@yahoo.com | Delivered to Mailserver | Delivered to f.mx.mail.yahoo.com | 7/3/2007 5:10:28 PM | 7/3/2007 12:10:28 PM(-500) | |
| canvasfaintdiseased@yahoo.com | Delivered to Mailserver | Delivered to g.mx.mail.yahoo.com | 7/3/2007 5:10:36 PM | 7/3/2007 12:10:36 PM(-500) | |
| maneflauntaloud25@yahoo.com | Delivered to Mailserver | Delivered to b.mx.mail.yahoo.com | 7/3/2007 5:12:15 PM | 7/3/2007 12:12:15 PM(-500) | |
| undoblewsolebeside@yahoo.com | Delivered to Mailserver | Delivered to b.mx.mail.yahoo.com | 7/3/2007 5:12:06 PM | 7/3/2007 12:12:06 PM(-500) | |

**Message Envelope**

| | |
|---|---|
| FROM: | ElsterJ@gtlaw.com<ElsterJ@gtlaw.com> |
| SUBJECT: | Service of legal process pursuant to court order |
| TO: | avraam02@yahoo.com |
| | canvasfaintdiseased@yahoo.com |
| | maneflauntaloud25@yahoo.com |

7/6/2007

| | |
|---|---|
| CC: | ElsterJ@gtlaw.com |
| | undoblewsolebeside@yahoo.com |
| BCC: | |
| Network ID: | <63B2236C08279846A87B8F5DA27CA5230658EE27@CHI-EXCH01.gtlaw.com> |
| Received: | 7/3/2007 5:08:38 PM(UTC) |
| Client Code: | |

Note: The Registered E-mail ® message associated with this Registered Receipt™ e-mail was sent using the "Register Reply" feature.   Replies to the message will be returned via a Registered E-mail™ message.

| Message ID | File size |
|---|---|
| 79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28AD | 4074119 |

**Attachments**

| File name | File size |
|---|---|
| Letter.pdf | 851055 |
| Civil Cover Sheet.pdf | 486914 |
| Motion for Leave to File Under Seal with Order.pdf | 1230621 |
| Summons Tong (NJ).pdf | 369864 |
| Summons Tong (CA).pdf | 371430 |
| Summons TDTong (NJ).pdf | 373948 |
| Summons TDTong Ltd (CA).pdf | 362772 |
| Scheduling Order.PDF | 22839 |

**Delivery Audit Trail**

RPost vers 3.0 Patented 6_0_3. 3/ QUIT/ 221 Catch you later/ 07/03/0 7 10:09:54 Opening Socket./ Connecting to: mx2.gtlaw.com/ 220 MX2.GT LAW.COM ESMTP / EHLO trans1 els.rpost.net/ 250-MX2.GTLAW.COM/ 250-PIPE LINING/ 250-SIZE 28866663/ 250-ETRN/ 250-STARTTLS/ 250 8BITMIME/ MAIL FROM:<rcpt79B89A c67B2A3713EFA86CD2F2D98A1E9FEF28AD-1@rpost.net>/ RCPT TO:<ElsterJ@gtlaw.com>/ DATA/ 250 Ok250 Ok354 End data with n <CR><LF> <CR><LF><127621579-2200772317954559@ trans1 els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.c om"<79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28AD-1read@rpost.net>/ R eply-To: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.c om"<79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28AD-1read@rpost.net>/ R <avraam02@yahoo.com>, "undoblewsolebes ide@yahoo.com" <undoblewsolebeside@yahoo.com>, "manefiauntaloud2 5@yahoo.com" <maneflauntaloud25@yahoo.com> "canvasfaintdiseased @yahoo.com" <canvasfaintdiseased@yahoo.com>/ From: ElsterJ@gtlaw com<79B89AC67B2A3713EFA86CD2F2D98A 1E9FEF28AD- Disposition- Notification-To: "ElsterJ@gtlaw.c om"<79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28AD- 1read@rpost.net>/ X-Confirm-Reading-to:"ElsterJ@gtlaw c om"<79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28AD- 1read@rpost.net>/ X RPost-ID: 79B89Ac67B2A3713EFA86CD2F2D98A1E9FEF28AD/ "ElsterJ@gtlaw.co m" <ElsterJ@gtlaw.com>/ Subject: (R)egistered: Service of legal process pursuant to court order/ Sending Message Body. / 250 Ok queu ed as 44E5A50DVC/ /

7/6/2007

RPost vers 3. 0 Patented 6, 0, 3, 3/ QUIT/ 221 Closing connection./ 07/ 03/07 10: 10: 02 Opening Socket / Connecting to: f. mx.mail. yahoo. com/ 220 mta282. mail. mud. yahoo. com ESMTP YSmtp service ready/ EHLO trans1 e ls. rpost. net/ 250- mta282. mail. mud. yahoo. com/ 250-8BITMIME/ 250-SIZE 31 981568/ 250 PIPELINING/ MAIL FROM: <rcpt79B89AC67B2A3713EFA86CD2F2D9 8A1E9FEF28AD-2@rpost.net>/ RCPT TO: <avraam02@yahoo. com>/ DATA / 250 sender <rcpt79b89ac67b2a3713efa86cd2f2d98a1e9fef28ad-2@rpost. net> ok250 recipient <avraam02@yahoo. com> ok354 go ahead15173 3297-22007723 17103387@trans1 els. rpost. netX-Priority: 3/ Return- Receipt t-To: "ElsterJ@gtlaw. com"<79B89Ac67 B2A3713EFA86CD2F2D98A1E9FEF28AD- 2read@post.net>/ Reply-To: wsolebeside@yahoo. com>, "maneflauntaloud25@yahoo. com" <maneflaun taloud25@yahoo. com>, "canvasfaintdiseased@yahoo. com" <canvasfain tdiseased@yahoo. com>/ CC: "ElsterJ@gtlaw. com" <ElsterJ@gtlaw. com >/ From: ElsterJ@gtlaw. com=ElsterJ@gtlaw. com>/ Sender: Elster J@gtlaw. com/ Disposition-Notification-To: "ElsterJ@gtlaw. com"<79B89 AC67B2A3713EFA86CD2F2D98A1E9FEF28AD-2read@rpost. net>/ X-Confirm-Rea ding-to: "ElsterJ@gtlaw. com"<79B89AC67B2A3713EFA86CD2F2D98A1E9FE F28AD/ To: "avraam02@yahoo. com" <avraam02@yahoo. com>/ Subject: 79B89AC67 B2A3713EFA86CD2F2D98A1E9FE F28AD/ To: "avraam02@yahoo. com" <avraam02@yahoo. com>/ Subject: (R)egistered: Service of legal process pursuant to court order / Sendin g Message Body / 250 ok dirdel/ /

RPost vers 3. 0 Patented 6, 0, 3, 3/ QUIT/ 221 Closing connection./ 07/ 03/07 10: 10: 02 Opening Socket / Connecting to: g. mx.mail. yahoo. com/ 220 mta462. mail. mud. yahoo. com ESMTP YSmtp service ready/ EHLO trans1 e ls. rpost. net/ 250- mta462. mail. mud. yahoo. com/ 250-8BITMIME/ 250-SIZE 31 981568/ 250 PIPELINING/ MAIL FROM: <rcpt79B89AC67B2A3713EFA86CD2F2D9 8A1E9FEF28AD-3@rpost.net>/ RCPT TO: <canvasfaintdiseased@yahoo. co m>/ DATA / 250 sender <rcpt79b89ac67b2a3713efa86cd2f2d98a1e9fef28 ad-3@post. net> ok250 recipient <canvasfaintdiseased@yahoo. com&g t; ok354 go ahead309974246- 22007723 17103132@trans1 els. rpost. netX-Prio rity: 3/ Return-Receipt-To: "ElsterJ@gtlaw. co m"<79B89AC67B2A3713EFA 86CD2F2D98A1E9FEF28AD-3read@post. net>/ Reply-To: "ElsterJ@reg30703 1058958. rpost. org>/ TO: "avraam02@yahoo. com>, "undoblewsolebeside@yahoo. com" <undoble wsolebeside@yahoo. com>, "maneflauntaloud25@yahoo. com" <maneflaun taloud25@yahoo. com>/ CC: "ElsterJ@gtlaw. com" <ElsterJ@gtlaw. com>/ Sender: ElsterJ @gtlaw. com/ Disposition-Notification-To: "ElsterJ@gtlaw. com"<79B89A C67B2A3713EFA86CD2F2D98A1E9FEF28AD- 3read@post. net>/ X-Confirm-Read ing-to: "ElsterJ@gtlaw. com"<79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28A D- 3read@post. net>/ X-RPost-ID: 79B89AC67B2A3713EFA86CD2F2D98A1E9FEF 28AD/ To: "canvasfaintdiseased@yahoo. com" <canvasfaintdiseased@yaho o com>/ Subject: (R)egistered: Service of legal process pursuant to court order / Sending Message Body / 554 delivery error: dd This use r doesn't have a yahoo. com account (canvasfaintdiseased@yahoo. com) [0] - mta462. mail. mud. yahoo. com/ QUIT/ 221 mta462. mail. mud. yahoo. com/

RPost vers 3. 0 Patented 6, 0, 3, 3/ QUIT/ 221 Closing connection./ 07/ 03/07 10: 10: 02 Opening Socket / Connecting to: b. mx.mail. yahoo. com/ 220 mta156. mail. re3. yahoo. com ESMTP YSmtp service ready/ EHLO trans1 e ls. rpost. net/ 250- mta156. mail. re3. yahoo. com/ 250-8BITMIME/ 250-SIZE 31 981568/ 250 PIPELINING/ MAIL FROM: <rcpt79B89AC67B2A3713EFA86CD2F2D9 8A1E9FEF28AD-4@rpost.net>/ RCPT TO: <maneflauntaloud25@yahoo. com& gt;/ DATA / 250 sender <rcpt79b89ac67b2a3713efa86cd2f2d98a1e9fef28ad - 4@rpost. net> ok250 recipient <maneflauntaloud25@yahoo. com> o k354 go ahead309974454- 22007723 17103434@trans1 els. rpost. netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw. com"<79B89AC67B2A3713EFA86CD 2F2D98A1E9FEF28AD-4read@post. net>/ Reply-To: "undoblewsol ebeside@yahoo. com>/ TO: "avraam02@yahoo. com" < avraam02@yahoo. com>, "canvasfaintdiseased@yahoo. com", "canvasfaintdiseased@yahoo. com" <undoblewsol ebeside@yahoo. com>/ CC: "ElsterJ@gtlaw. com>/ Sender: ElsterJ @gtlaw. com/ Disposition-Notification-To: "ElsterJ@gtlaw. com"<79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28AD-4read@post. net>/ X-Confirm-Read ing-to: "ElsterJ@gtlaw. com"<79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28A D-4read@post. net>/ XRPost-ID: "ElsterJ@gtlaw. com"<79B89AC67B2A3713EFA86CD2F2D98A1E9FEF 28AD/ To: "maneflauntaloud25@yahoo. com"

7/6/2007

<maneflauntaloud25@yahoo.co m>/ Subject: (R)egistered: Service of legal process pursuant to cou rt order / Sending Message Body. / 250 ok dirdel /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 Closing connection./ 07/ 03/07 10:10:04 Opening Socket./ Connecting to: b mx.mail.yahoo.com/ 220 mta114.mail.re3.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.e ls.rpost.net/ 250- mta114.mail.re3.yahoo.com/ 250-8BITMIME/ 250-SIZE 31 981568/ 250 PIPELINING/ MAIL FROM:<rcpt79B89AC67B2A3713EFA86CD2F2D9 8A1E9FEF28AD-5@rpost.net>/ RCPT TO:<undoblewsolebeside@yahoo.com >/ DATA/ 250 sender <rcpt79b89ac67b2a3713efa86cd2f2d98a1e9fef28a d-5@rpost.net> ok250 recipient <undoblewsolebeside@yahoo.com> ok354 go ahead13338597- 22007723171104856@trans1.els.rpost.netX-Priori ty: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"<79B89AC67B2A3713EFA86 CD2F2D98A1E9FEF28AD-5read@rpost.net>/ Reply-To: "ElsterJ@gtlaw.com" <ElsterJ@reg307031058960.rpost.org>/ TO: "avraam02@yahoo.com" &lt;"avraam02@yahoo.com>, "maneflauntaloud25@yahoo.com" <maneflaunt aloud25@yahoo.com>. "canvasfaintdiseased@yahoo.com" <canvasfaint diseased@yahoo.com>/ CC: "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com& gt;/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>/ Sender: ElsterJ @gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com"<79B89A C67B2A3713EFA86CD2F2D98A1E9FEF28AD-5read@rpost.net>/ X-Confirm-Read ing-to: "ElsterJ@gtlaw.com"<79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28A D-5read@rpost.net>/ XRPost-ID: 79B89AC67B2A3713EFA86CD2F2D98A1E9FEF 28AD/ To: "undoblewsolebeside@yahoo.com" <undoblewsolebeside@yahoo. com>/ Subject: (R)egistered: Service of legal process pursuant to c ourt order / Sending Message Body. / 250 ok dirdel /

<b>Opened from IP 66.151.14.170/ </b><br>---/ Conn ection: Keep-Alive/ Via: 1.1 CHI-ISA1/ Accept: "/"/ Accept-Encoding: g zip, deflate/ Accept-Language: en-us/ Host: open.rpost.net/ User-Agent: Mozilla/4.0 (compatible. MSIE 6.0; Windows NT 5.1; SV1; .NET CLR 1.1.4322; InfoPath.1 4322; InfoPath.1 1off<br>1/LM/ W3SVC/1<br>10.0.0.198/Rpost.aspxC:\open\Rpost.aspx404.http//ope n.rpost.net/79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28AD-1_2B9604 61C59287E <br>->br><br>9<br>0<br>CGI/1.1off<br>1/LM/ W3SVC/1<br>10.0.0.198/Rpost.aspxC:\openRpost.aspx404.http//ope n.rpost.net/79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28AD-1_2B9604 61C59287E 9FD5640F4C37249700D019BD9/rpost gif<br>66.151.14.17066.151.14.17 03219BGET<br>/Rpost aspxopen.rpost.net800<br>HTTP/1.0Micro soft-IIS/5.0/Rpost.aspxKeep-Alive<br>1.1 CHI- ISA1*/*gzip, deflat een-us<br>open.rpost.netMozilla/4.0 (compatible; MSIE 6.0. Windo ws NT 5.1; SV1; .NET CLR 1.1.4322; InfoPath.1: .NET CLR 2.0.50727] /

You should keep an electronic copy of this receipt, together with all of its attachments, for your records. Note that the Registered E-mail® service does not retain any copy of your e-mail or this receipt. You should not rely on the information in this receipt until you have authenticated this receipt. General terms and conditions of service are available upon request by e-mail from info@rpost.com or within the RPost Legal Notice.

An RPost Service ®Post

RcptVer6.0

# RECEIPT AUTHENTICATION™

PROOF OF SENDING, DELIVERY AND CONTENT™

RPOST® REGISTERED E-MAIL®

The receipt you have submitted to our system is valid and proves the delivery results displayed below.

## ** A copy of the original message is attached. **

### Delivery Status

| Address | Status | Details | Delivered (UTC) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| avraam02@yahoo.com | Delivered to Mailserver | Delivered to ng to [ d.mx.mail.yahoo.com ] , # 10060 | 7/3/2007 5:07:43 PM | 7/3/2007 12:07:43 PM(-500) | |
| canvasfaintdiseased@yahoo.com | Delivered to Mailserver | Delivered to b.mx.mail.yahoo.com | 7/3/2007 5:07:47 PM | 7/3/2007 12:07:47 PM(-500) | |
| maneflauntaloud25@yahoo.com | Delivered to Mailserver | Delivered to c.mx.mail.yahoo.com | 7/3/2007 5:07:37 PM | 7/3/2007 12:07:37 PM(-500) | |
| undoblewsolebeside@yahoo.com | Delivered to Mailserver | Delivered to a.mx.mail.yahoo.com | 7/3/2007 5:07:19 PM | 7/3/2007 12:07:19 PM(-500) | |
| ElsterJ@gtlaw.com | Opened | HTTP | 7/3/2007 5:07:18 PM | 7/3/2007 12:07:18 PM(-500) | 7/3/2007 12:07:22 PM(-500) |

### Message Envelope

| | |
|---|---|
| **FROM:** | ElsterJ@gtlaw.com<ElsterJ@gtlaw.com> |
| **SUBJECT:** | Service of legal process pursuant to court order |
| **TO:** | avraam02@yahoo.com<br>canvasfaintdiseased@yahoo.com<br>maneflauntaloud25@yahoo.com |

7/6/2007

| | undoblewsolebeside@yahoo.com |
| CC: | Elster.J@gtlaw.com |
| BCC: | |
| Network ID: | <63B2236C08279846A87B8F5DA27CA5230658EE24@CHI-EXCH01.gtlaw.com> |
| Received: | 7/3/2007 5:06:52 PM(UTC) |
| Client Code: | |

**Note: The Registered E-mail ® message associated with this Registered Receipt™ e-mail was sent using the "Register Reply" feature. Replies to the message will be returned via a Registered E-mail™ message.**

| Message ID | File size |
|---|---|
| C1121AC23DE7866F7F0EAB1979F77B5A3924A508 | 1201666 |

| Attachments | |
|---|---|
| **File name** | **File size** |
| Motion for Prelim Injunction.pdf | 845923 |
| QSoft memo in support.pdf | 351478 |

| Delivery Audit Trail |
|---|
| RPost vers 3.0 Patented 6, 0, 3, 3/ 07/03/07 10:07:07 Opening Socket / Connecting to: d.mx.mail.yahoo.com/ Error Connecting to [ d.mx.mail.yahoo.com ]. # 10060 / Error Connecting to [ d.mx.mail.yahoo.com ]. # 10060 / Connecting to: e.mx.mail.yahoo.com/ 220 mta114.mail.re4.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net 250- mta114. mail.re4.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ M AIL FROM:<rcptC1121AC23DE7866F7F0EAB1979F77B5A3924A508-1@rpost.net& gt/ RCPT TO:<avraam02@yahoo.com>/ DATA/ 250 sender <rcptc112 1ac23de7866f70eab1979f77b5a3924a508-1@rpost.net> ok250 recipient & lt;avraam02@yahoo.com> ok354 go ahead85004244-2200772311773 1467@tran s1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"& lt;C1121AC23DE7866F7F0EAB1979F77B5A3924A508-1read@rpost.net>/ Reply -To: <undoblewsolebeside@yahoo.com>/ TO: "undoblewsolebeside@yahoo.com/" canvasfaintdiseased@yahoo.com>, "manefflauntaloud25@yahoo.com" <manefflauntaloud25@yahoo.com>, "c anvasfaintdiseased@yahoo.com>" <canvasfaintdiseased@yahoo.com>/ C C: "ElsterJ@gtlaw.com" <Elster.J@gtlaw.com>/ From: ElsterJ@gtlaw. com<Elster.J@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-N otification-To: "ElsterJ@gtlaw.com"<C1121AC23DE7866F7F0EAB1979F77B5 A3924A508-1read@rpost.net>/ X-Confirm-Reading-to: C1121AC23DE7866F7F0EAB1979F77B5A3924A508-1read@rpost.net>/ XR Post-ID: C1121AC23DE7866F7F0EAB1979F77B5A3924A508/ To: "avraam02@yahoo com" <avraam02@yahoo.com>/ Subject: (R) egistered: Service of le gal process pursuant to court order / Sending Message Body. / 250 ok d irdel/ / |

| RPost vers 3.0 Patented 6, 0, 3, 3/ 07/03/07 10:07:09 Opening Socket / Connecting to: b.mx.mail.yahoo.com/ 220 mta139.mail.re3.yahoo.com E SMTP YSmtp service ready/ EHLO trans1 els.rpost.net/ 250-mta139.mail. r e3.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FR OM:<rcptC1121AC23DE7866F7F0EAB1979F77B5A3924A508-2@rpost.net>/ R CPT TO:<canvasfaintdiseased@yahoo.com>/ DATA/ 250 sender <rcp tc1121ac23de7866f7f0eab1979f77b5a3924a508- 2@rpost.net> ok250 recipi ent <canvasfaintdiseased@yahoo.com> ok354 go ahead195935479-2200 |

77231779624@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "Els terJ@gtlaw.com"<C1121AC23DE7866F7F0EAB1979F77B5A3924A508-2read@rpos t.net>/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@reg307031006951.rp ost.org>/ TO : "avraam02@yahoo.com" <avraam02@yahoo.com>, "und oblewsolebeside@yahoo.com" <undoblewsolebeside@yahoo.com" "mane flauntaloud25@yahoo.com" <maneflauntaloud25@yahoo.com>/ CC: "Els terJ@gtlaw.com>/ From: ElsterJ@gtlaw.com< <maneflauntaloud25@yahoo.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notifica tion-To: "ElsterJ@gtlaw.com"<C1121AC23DE7866F7F0EAB1979F77B5A3924A5 08-2read@rpost.net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<C 1121AC23DE7866F7F0EAB1979F77B5A3924A508-2read@rpost.net>/ XRPost-ID : C1121AC23DE7866F7F0EAB1979F77B5A3924A508/ To: "canvasfaintdiseased@ yahoo.com" <canvasfaintdiseased@yahoo.com>/ Subject: (R)egistered : Service of legal process pursuant to court order / Sending Message B ody / 554 delivery error: dd This user doesn't have a yahoo.com accou nt (canvasfaintdiseased@yahoo.com) [0] - mta139.mail.re3.yahoo.com/ QU IT/ 221 mta139.mail.re3.yahoo.com/

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 Bye/ 07/03/07 10:07:09 Opening Socket / Connecting to c.mx.mail.yahoo.com/ 220 mta202.mail. re3.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 25 0-mta202.mail.re3.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPE LINING/ MAIL FROM:<rcptC1121AC23DE7866F7F0EAB1979F77B5A3924A508-3@ post.net>/ RCPT TO:<maneflauntaloud25@yahoo.com>/ DATA/ 250 s ender <rcptc1121ac23de7866f70eab1979f77b5a3924a508-3@rpost.net> ok250 recipient <maneflauntaloud25@yahoo.com> ok354 go ahead289 593295-22007772317779639@trans1.els.rpost.netX-Priority: 3/ Return-Recei pt-To: "ElsterJ@gtlaw.com"<C1121AC23DE7866F7F0EAB1979F77B5A3924A508 -3read@rpost.net>/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@reg30703 1006952.rpost.org>/ TO : "avraam02@yahoo.com" <avraam02@yahoo.co m>, "undoblewsolebeside@yahoo.com" <undoblewsolebeside@yahoo.com > "canvasfaintdiseased@yahoo.com" <canvasfaintdiseased@yahoo.com" <maneflauntaloud25@yahoo.com>/ CC: "ElsterJ@gtlaw.com>/ From: Elster J@gtlaw.com<Elster.J@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Dispo sition-Notification-To: "ElsterJ@gtlaw.com"<C1121AC23DE7866F7F0EAB1 979F77B5A3924A508-3read@rpost.net>/ X-Confirm-Reading-to: "ElsterJ@ gtlaw.com"<C1121AC23DE7866F7F0EAB1979F77B5A3924A508-3read@rpost.net >/ XRPost-ID: C1121AC23DE7866F7F0EAB1979F77B5A3924A508/ To: "manefl auntaloud25@yahoo.com" <maneflauntaloud25@yahoo.com>/ Subject: ( R)egistered : Service of legal process pursuant to court order / Sendin g Message Body / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ 07/03/07 10:07:09 Opening Socket / Connecting to a.mx.mail.yahoo.com/ 220 mta499.mail.mud.yahoo.com E SMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta499.mail.m ud.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FR OM:<rcptC1121AC23DE7866F7F0EAB1979F77B5A3924A508-4@rpost.net>/ R CPT TO:<undoblewsolebeside@yahoo.com>/ DATA/ 250 sender <rcpt c112 1ac23de7866f70eab1979f77b5a3924a508-4@rpost.net> ok250 recipie nt <undoblewsolebeside@yahoo.com> ok354 go ahead238193595-220077 23177 9561@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "Elste rJ@gtlaw.com"<C1121AC23DE7866F7F0EAB1979F77B5A3924A508-4read@post. net>/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@reg307031006953.rpos t.org>/ TO : "avraam02@yahoo.com" <avraam02@yahoo.com>, "canvasfa intdiseased@yahoo.com" <canvasfaintdiseased@yahoo.com>, "manef launtaloud25@yahoo.com" <maneflauntaloud25@yahoo.com>, "canvasfa intdiseased@yahoo.com" <canvasfaintdiseased@yahoo.com>/ CC: "Els terJ@gtlaw.com>/ From: ElsterJ@gtlaw.com< ElsterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notifica tion-To: "ElsterJ@gtlaw.com"<C1121AC23DE7866F7F0EAB1979F77B5A3924A5 08-4read@post.net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<C 1121AC23DE7866F7F0EAB1979F77B5A3924A508-4read@post.net>/ XRPost-ID : C1121AC23DE7866F7F0EAB1979F77B5A3924A508/ To: "undoblewsolebeside@ya hoo.com" <undoblewsolebeside@yahoo.com>/ Subject: (R)egistered : Service of legal process pursuant to court order / Sending Message Body / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ 07/03/07 10:07:09 Opening Socket / Connecting to: mx2 gtlaw.com/ 220 MX2 GTLAW.COM ESMTP / EHLO trans1 els.rpost.net/ 250-MX2 GTLAW.COM/ 250-PIPELINING/ 250-SIZE 28866663/ 250-ETRN/ 250-STARTTLS/ 250 8BITMIME/ MAIL FROM:<rcptC1121AC23DE786 6F7F0EAB1979F77B5A3924A508-5@rpost.net>/ RCPT TO:<ElsterJ@gtlaw com>/ DATA/ 250 OK250 Ok354 End data with <CR><LF>.< CR><LF>145934883-22007723171710280@trans1 els.rpost.netX-Prior ity: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"<C1121AC23DE7866F7F0E AB1979F77B5A3924A508-5read@rpost.net>/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@reg107031007763.rpost.org>/ TO: "avraam02@yahoo.com" & lt;avraam02@yahoo.com>, "undoblewsolebeside@yahoo.com" <undoblew solebeside@yahoo.com>, "maneflauntaloud25@yahoo.com" <maneflaunt aloud25@yahoo.com>, "canvasfaintdiseased@yahoo.com" <canvasfaint diseased@yahoo.com>/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw com&g t/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@g tlaw.com"<C1121AC23DE7866F7F0EAB1979F77B5A3924A508-5read@rpost.net& gt/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<C1121AC23DE7866F7F0E AB1979F77B5A3924A508-5read@rpost.net>/ XRPost-ID: C1121AC23DE7866F7 F0EAB1979F77B5A3924A508/ "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com> / Subject: (R)egistered: Service of legal process pursuant to court o rder/ Sending Message Body. / 250 Ok: queued as 5791A70DT8//

<b>Opened from IP 66.151.14.170/ </b><br>----/ Conn ection: Keep-Alive/ Via: 1.1 CHI-ISA1/ Accept: */*/ Accept-Encoding: g zip, deflate/ Accept-Language: en-us/ Host: open.rpost.net/ User-Agent: Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; SV1; .NET CLR 1.1.4322; InfoPath 1: .NET CLR 2.0.50727/ /LM/W3SVC/1/RootC \open\<br >><br><br><br>CGI/1.1off<br>/LM/ W3SVC/1<br>10.0.0.198/Rpost.aspxC:\open\Rpost.aspx404;http://ope n.rpost.net/C1121AC23DE7866F7F0EAB1979F77B5A3924A508-5_43CD972FEA7D81C 115A2A52DACCCDDD5338Ar41B8/rpost.gif<br>66.151.14.17066.151.14.17 014153GET<br>/Rpost aspxopen.rpost.net800<br>HTTP/1.0Micro soft-IIS/5.0/Rpost.aspxKeep-Alive<br>1.1 CHI-ISA1*/*gzip, deflat een-us<br>open.rpost.netMozilla/4.0 (compatible; MSIE 6.0; Windo ws NT 5.1; SV1; .NET CLR 1.1.4322; InfoPath 1: .NET CLR 2.0.50727)//

You should keep an electronic copy of this receipt, together with all of its attachments, for your records. Note that the Registered E-mail® service does not retain any copy of your e-mail or this receipt. You should not rely on the information in this receipt until you have authenticated this receipt. General terms and conditions of service are available upon request by e-mail from info@rpost.com or within the RPost Legal Notice.

An RPost Service  RPOST

RcptVer6.0

7/6/2007