## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

QSOFT CONSULTING, LIMITED     )
     )
     Plaintiff,      )
     )
     v.      )     C.A. No. 07-cv-391 (JJF)
     )
TEDDY TONG and TDTONG LTD.      )
     )
     Defendants.      )

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 3, 2007, the *Motion for Preliminary Injunction* and supporting *Memorandum of Law* were served as evidenced by the Certificate of Service, attached hereto as **Exhibit A.**

PLEASE TAKE FURTHER NOTICE that on July 9, 2007, the exhibits to the *Motion for Preliminary Injunction and Memorandum of Law* were served as evidenced by the Certificates of Service, attached hereto as **Exhibit B**.

Dated: July 13, 2007

Sandra G. M. Selzer (No. 4283)
GREENBERG TRAURIG, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
302-661-7000 - Telephone
302-661-7360 - Facsimile

Counsel to the Plaintiff

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

QSOFT CONSULTING, LIMITED )
)
Plaintiff, )
)
v. )    C.A. No. 07-cv-391 (JJF)
)
TEDDY TONG and TDTONG LTD. )
)
Defendants. )
)

## CERTIFICATE OF SERVICE

I, Sandra G. M. Selzer, being duly sworn according to law, deposes and says that she is employed by Greenberg Traurig, LLP, which is counsel for the Plaintiff, QSoft Consulting, Limited in the above-captioned action, and that on the 3rd day of July 2007, pursuant to the *Order Granting QSoft Consulting Limited's Expedited Motion for Leave to Effectuate Service Via Electronic Mail*, dated June 26, 2007, she directed copies of the following to be served via email:

- *Civil Cover Sheet to Complaint*;
- *Motion for Preliminary Injunction*;
- *Memorandum of Law in Support Motion for Preliminary Injunction*;
- *Motion for Leave to File Under Seal*;
- *Letter from Sandra Selzer regarding Filing Complaint and Motion for Preliminary Injunction*;
- *Summonses*; and
- *Order Setting Preliminary Injunction Hearing*

upon the following:

avraam02@yahoo.com; canvasfaintdiseased@yahoo.com; maneflauntaloud25@yahoo.com; and undoblewsolebeside@yahoo.com

as evidenced by the authenticated receipts attached hereto.

Dated: July 6, 2007

Sandra G. M. Selzer (No. 4283)
GREENBERG TRAURIG, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
302-661-7000 - Telephone
302-661-7360 - Facsimile



# RECEIPT AUTHENTICATION™

PROOF OF SENDING, DELIVERY AND CONTENT™    RPOST™ REGISTERED E-MAIL™

The receipt you have submitted to our system is valid and proves the delivery results displayed below.

## ** A copy of the original message is attached. **

### Delivery Status

| Address | Status | Details | Delivered (UTC) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| ElsterJ@gtlaw.com | Opened | HTTP | 7/3/2007 5:10:23 PM | 7/3/2007 12:10:23 PM(-500) | 7/3/2007 12:14:01 PM(-500) |
| avraam02@yahoo.com | Delivered to Mailserver | Delivered to f.mx.mail.yahoo.com | 7/3/2007 5:10:28 PM | 7/3/2007 12:10:28 PM(-500) | |
| canvasfaintdiseased@yahoo.com | Delivered to Mailserver | Delivered to g.mx.mail.yahoo.com | 7/3/2007 5:10:36 PM | 7/3/2007 12:10:36 PM(-500) | |
| maneflauntaloud25@yahoo.com | Delivered to Mailserver | Delivered to b.mx.mail.yahoo.com | 7/3/2007 5:12:15 PM | 7/3/2007 12:12:15 PM(-500) | |
| undoblewsolebeside@yahoo.com | Delivered to Mailserver | Delivered to b.mx.mail.yahoo.com | 7/3/2007 5:12:06 PM | 7/3/2007 12:12:06 PM(-500) | |

### Message Envelope

| | |
|---|---|
| **FROM:** | ElsterJ@gtlaw.com<ElsterJ@gtlaw.com> |
| **SUBJECT:** | Service of legal process pursuant to court order |
| **TO:** | avraam02@yahoo.com |
| | canvasfaintdiseased@yahoo.com |
| | maneflauntaloud25@yahoo.com |

7/6/2007

| | |
|---|---|
| | undoblewsolebeside@yahoo.com |
| CC: | ElsterJ@gtlaw.com |
| BCC: | |
| Network ID: | <63B2236C08279846A87B8F5DA27CA5230658EE27@CHI-EXCH01.gtlaw.com> |
| Received: | 7/3/2007 5:08:38 PM(UTC) |
| Client Code: | |

Note: The Registered E-mail ® message associated with this Registered Receipt™ e-mail was sent using the "Register Reply" feature. Replies to the message will be returned via a Registered E-mail™ message.

| Message ID | File size |
|---|---|
| 79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28AD | 4074119 |

**Attachments**

| File name | File size |
|---|---|
| Letter.pdf | 851055 |
| Civil Cover Sheet.pdf | 486914 |
| Motion for Leave to File Under Seal with Order.pdf | 1230621 |
| Summons Tong (NJ).pdf | 369864 |
| Summons Tong (CA).pdf | 371430 |
| Summons TDTong (NJ).pdf | 373948 |
| Summons TDTong Ltd (CA).pdf | 362772 |
| Scheduling Order.PDF | 22839 |

**Delivery Audit Trail**

RPost vers 3.0 Patented 6_0_3. 3/ QUIT/ 221 Catch you later/ 07/03/0_7 10:09:54 Opening Socket./ Connecting to: mx2.gtlaw.com/ 220 MX2.GT_LAW.COM ESMTP / EHLO trans1 els.rpost.net/ 250-MX2.GTLAW.COM/ 250-PIPE LINING/ 250-SIZE 28866663/ 250-ETRN/ 250-STARTTLS/ 250 8BITMIME/ MAIL FROM <rcpt79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28AD-1@rpost.net>/ RCPT TO:<ElsterJ@gtlaw.com>/ DATA/ 250 Ok250 Ok354 End data with <CR><LF> <CR><LF>127621579-2200772317954559@ trans1 els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.c om"<79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28AD-1read@rpost.net>/ R eply-To: "ElsterJ@gtlaw.com"<ElsterJ@reg30703104955.rpost.org>/ TO: "avraam02@yahoo.com" <avraam02@yahoo.com>, "undoblewsolebes ide@yahoo.com" "undoblewsolebeside@yahoo.com>, "maneflauntaloud2 5@yahoo.com" <maneflauntaloud25@yahoo.com>, "canvasfaintdiseased @yahoo.com" <canvasfaintdiseased @yahoo.com"/ From: ElsterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Disposition- Notification-To: "ElsterJ@gtlaw.c om"<79B89AC67B2A3713EFA86CD2F2D98A 1E9FEF28AD-1read@rpost.net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.c om"<79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28AD-1read@rpost.net>/ X RPost-ID: 79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28AD/ "ElsterJ@gtlaw.co m" <ElsterJ@gtlaw.com>/ Subject: (R)egistered: Service of legal process pursuant to court order./ Sending Message Body. / 250 Ok queu ed as 44E5A50DVC//

7/6/2007

RPost vers 3. 0 Patented 6, 0, 3, 3/ QUIT/ 221 Closing connection./ 07/ 03/07 10: 10:02 Opening Socket./ Connecting to: f. mx.mail.yahoo.com/ 220 mta282.mail.mud.yahoo.com ESMTP YSmtp service ready/ EHLO trans1 e ls.rpost.net/ 250- mta282.mail.mud.yahoo.com/ 250-8BITMIME/ 250-SIZE 31 981568/ 250 PIPELINING/ MAIL FROM:<rcpt79B89AC67B2A3713EFA86CD2F2D9 8A1E9FEF28AD-2@rpost.net>/ RCPT TO:<avraam02@yahoo.com>/ DATA/ 250 sender <rcpt79b89ac67b2a3713efa86cd2f2d98a1e9fef28ad-2@rpost. net> ok250 recipient <avraam02@yahoo.com> ok354 go ahead15173 3297-22007 72317103387@trans1 els.rpost.netX-Priority: 3/ Return- Receipt t-To: "ElsterJ@gtlaw.com"<79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28AD-.2read@post.net>/ Reply-To: wsolebeside@yahoo.com>, "manefllauntaloud25@yahoo.com" <undoble "canvasfaintdiseased@yahoo.com" <canvasfain tdiseased@yahoo.com>/ CC: "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com >/ From: ElsterJ@gtlaw.com=ElsterJ@gtlaw.com>/ Sender: Elster .J@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com"<79B89 AC67B2A3713EFA86CD2F2D98A1E9FEF28AD-2read@rpost.net>/ X-Confirm-Rea ding-to: "ElsterJ@gtlaw.com"<79B89AC67B2A3713EFA86CD2F2D98A1E9FE F28AD/ To: "avraam02@yahoo.com" <avraam02@yahoo.com>/ Subject: 79B89AC67B2A3713EFA86CD2F2D98A1E9FE F28AD/ To: "avraam02@yahoo.com" <avraam02@yahoo.com>/ Subject: (R)egistered: Service of legal process pursuant to court order / Sendin g Message Body / 250 ok dirdel//

RPost vers 3. 0 Patented 6, 0, 3, 3/ QUIT/ 221 Closing connection./ 07/ 03/07 10: 10:02 Opening Socket./ Connecting to: g.mx.mail.yahoo.com/ 220 mta462.mail.mud.yahoo.com ESMTP YSmtp service ready/ EHLO trans1 e ls.rpost.net/ 250- mta462.mail.mud.yahoo.com/ 250-8BITMIME/ 250-SIZE 31 981568/ 250 PIPELINING/ MAIL FROM:<rcpt79B89AC67B2A3713EFA86CD2F2D9 8A1E9FEF28AD-3@rpost.net>/ RCPT TO:<canvasfaintdiseased@yahoo.co m>/ DATA/ 250 sender <rcpt79b89ac67b2a3713efa86cd2f2d98a1e9fef28 ad-3@rpost.net> ok250 recipient <canvasfaintdiseased@yahoo.com&g t; ok354 go ahead309974246- 22007 72317101312@trans1 els.rpost.netX-Prio rity: 3/ Return-Receipt-To: "ElsterJ@gtlaw.co m"<79B89AC67B2A3713EFA 86CD2F2D98A1E9FEF28AD-3read@post.net>/ Reply-To: "ElsterJ@gtlaw.com" <Elster.J@reg307031058958 .rpost.org>/ TO: "avraam02@yahoo.com", "undoblewsolebeside@yahoo.com" <undoble wsolebeside@yahoo.com>, "manefllauntaloud25@yahoo.com" <maneflaun taloud25@yahoo.com>/ CC: "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com& gt/ From: ElsterJ@gtlaw.com&ElsterJ@gtlaw com>/ Sender: ElsterJ @gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com"<79B89A C67B2A3713EFA86CD2F2D98A1E9FEF28AD- 3read@post.net>/ X-Confirm-Read ing-to: "ElsterJ@gtlaw.com"<79B89AC67B2A3713EFA86CD2F2D98A1E9FEF 28AD/ To: "canvasfaintdiseased@yahoo.com" <canvasfaintdiseased@yaho o.com>/ Subject: (R)egistered: Service of legal process pursuant to court order / Sending Message Body / 554 delivery error: dd This use r doesn't have a yahoo.com account (canvasfaintdiseased@yahoo.com) [0] - mta462.mail.mud.yahoo.com/ QUIT/ 221 mta462.mail.mud.yahoo.com/

RPost vers 3. 0 Patented 6, 0, 3, 3/ QUIT/ 221 Closing connection./ 07/ 03/07 10: 10:02 Opening Socket./ Connecting to: b.mx.mail.yahoo.com/ 220 mta156.mail.re3.yahoo.com ESMTP YSmtp service ready/ EHLO trans1 e ls.rpost.net/ 250- mta156.mail.re3.yahoo.com/ 250-8BITMIME/ 250-SIZE 31 981568/ 250 PIPELINING/ MAIL FROM:<rcpt79B89AC67B2A3713EFA86CD2F2D9 8A1E9FEF28AD-4@rpost.net>/ RCPT TO:<manefllauntaloud25@yahoo.com& gt/ DATA/ 250 sender <rcpt79b89ac67b2a3713efa86cd2f2d98a1e9fef28ad - 4@rpost.net> ok250 recipient <manefllauntaloud25@yahoo.com> o k354 go ahead309974454- 22007 72317103434@trans1 els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"<79B89AC67B2A3713EFA86CD 2F2D98A1E9FEF28AD-4read@post.net>/ Reply-To: "undoblewsol ebeside@yahoo.com" <undoblewsol ebeside@yahoo.com>, "canvasfaint diseased@yahoo.com"<79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28AD-4read@post.net>/ TO: "avraam02@yahoo.com" < avraam02@yahoo.com>, "canvasfaint ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>/ Sender: ElsterJ .@gtlaw.com>/ Disposition-Notification-To: "ElsterJ@gtlaw.com"<79B89A C67B2A3713EFA86CD2F2D98A1E9FEF28AD-4read@post.net>/ X-Confirm-Read ing-to: "ElsterJ@gtlaw.com"<79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28A D-4read@post.net>/ XRPost-ID: 79B89AC67B2A3713EFA86CD2F2D98A1E9FEF 28AD/ To: "manefllauntaloud25@yahoo.com"

<maneflauntaloud25@yahoo.co m>/ Subject: (R)egistered: Service of legal process pursuant to cou rt order / Sending Message Body. / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 Closing connection./ 07/ 03/07 10:10:04 Opening Socket / Connecting to: b mx.mail.yahoo.com/ 220 mta114.mail.re3.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.e ls.rpost.net/ 250-mta114.mail.re3.yahoo.com/ 250-8BITMIME/ 250-SIZE 31 981568/ 250 PIPELINING/ MAIL FROM:<rcpt79B89AC67B2A3713EFA86CD2F2D9 8A1E9FEF28AD-5@rpost.net>/ RCPT TO: <undoblewsolebeside@yahoo.com >/ DATA/ 250 sender <rcpt79b99ac67b2a3713efa86cd2f2d98a1e9fef28a d-5@rpost.net> ok250 recipient <undoblewsolebeside@yahoo com> ok354 go ahead13338597-22007723117104856@trans1 els.rpost.netX-Priori ty: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"<79B89AC67B2A3713EFA86 CD2F2D98A1E9FEF28AD-5read@rpost.net>/ Reply-To: "ElsterJ@gtlaw.com" <ElsterJ@gtlaw@reg307031058960 rpost.org>/ TO: "avraam02@yahoo.com" &lt;"avraam02@yahoo.com>, "maneflauntaloud25@yahoo.com" <maneflaunt aloud25@yahoo.com>: "canvasfaintdiseased@yahoo.com" <canvasfaint diseased@yahoo.com>/ CC: "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com& gt; From: ElsterJ@gtlaw.com=ElsterJ@gtlaw.com>/ Sender: ElsterJ @gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com"<79B88A C67B2A3713EFA86CD2F2D98A1E9FEF28AD-5read@rpost.net>/ X-Confirm-Read ing-to: "ElsterJ@gtlaw.com"<79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28A D-5read@rpost.net>/ XRPost-ID: 79B89AC67B2A3713EFA86CD2F2D98A1E9FEF 28AD/ To: "undoblewsolebeside@yahoo.com" <undoblewsolebeside@yahoo. com>/ Subject: (R)egistered: Service of legal process pursuant to c ourt order / Sending Message Body. / 250 ok dirdel/ /

<b>Opened from IP 66.151.14.170/ </b><br>—/ Conn ection: Keep-Alive/ Via: 1.1 CHI-ISA1/ Accept: "/"/ Accept-Encoding: g zip, deflate/ Accept-Language: en-us/ Host: open.rpost.net/ User-Agent: Mozilla/4.0 (compatible. MSIE 6.0; Windows NT 5.1; SV1;. NET CLR 1.1 4322; InfoPath.1. NET CLR 2.0.50727)/ LM/W3SVC/1/RootC:\open<br >—<br><br><br>0<br>0<br>CGI/1.1off<br>1/LM/ W3SVC/1<br>10.0.0.198/Rpost.aspxC:\open\Rpost.aspx404.http://ope n.rpost.net/79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28AD-1_2B960461C59287E 9FD5640F4C37249700D019BD9/rpost gif<br>66.151.14.17066.151.14.17 032198GET<br>/Rpost aspxopen.rpost.net800<br>HTTP/1.0Micro soft-IIS/5.0/Rpost.aspxKeep-Alive<br>1.1 CHI-ISA1"/"gzip, deflat een-us<br>open.rpost.netMozilla/4.0 (compatible; MSIE 6.0. Windo ws NT 5.1; SV1;. NET CLR 1.1.4322; InfoPath.1: NET CLR 2.0,50727)/ /

You should keep an electronic copy of this receipt, together with all of its attachments, for your records. Note that the Registered E-mail® service does not retain any copy of your e-mail or this receipt. You should not rely on the information in this receipt until you have authenticated this receipt. General terms and conditions of service are available upon request by e-mail from info@rpost.com or within the RPost Legal Notice.

An RPost Service RPost

RcptVer6.0

7/6/2007

# RECEIPT AUTHENTICATION™

PROOF OF SENDING, DELIVERY AND CONTENT™                    RPOST® REGISTERED E-MAIL®

The receipt you have submitted to our system is valid and proves the delivery results displayed below.

## ** A copy of the original message is attached. **

**Delivery Status**

| Address | Status | Details | Delivered (UTC) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| avraam02@yahoo.com | Delivered to Mailserver | Delivered to ng to [ d.mx.mail.yahoo.com ] , # 10060 | 7/3/2007 5:07:43 PM | 7/3/2007 12:07:43 PM(-500) | |
| canvasfaintdiseased@yahoo.com | Delivered to Mailserver | Delivered to b.mx.mail.yahoo.com | 7/3/2007 5:07:47 PM | 7/3/2007 12:07:47 PM(-500) | |
| maneflauntaloud25@yahoo.com | Delivered to Mailserver | Delivered to c.mx.mail.yahoo.com | 7/3/2007 5:07:37 PM | 7/3/2007 12:07:37 PM(-500) | |
| undoblewsolebeside@yahoo.com | Delivered to Mailserver | Delivered to a.mx.mail.yahoo.com | 7/3/2007 5:07:19 PM | 7/3/2007 12:07:19 PM(-500) | |
| ElsterJ@gtlaw.com | Opened | HTTP | 7/3/2007 5:07:18 PM | 7/3/2007 12:07:18 PM(-500) | 7/3/2007 12:07:22 PM(-500) |

**Message Envelope**

| | |
|---|---|
| **FROM:** | ElsterJ@gtlaw.com<ElsterJ@gtlaw.com> |
| **SUBJECT:** | Service of legal process pursuant to court order |
| **TO:** | avraam02@yahoo.com<br>canvasfaintdiseased@yahoo.com<br>maneflauntaloud25@yahoo.com |

7/6/2007

| | undoblewsolebeside@yahoo.com |
| CC: | Elster.l@gtlaw.com |
| BCC: | |
| Network ID: | <63B2236C082798A6A87B8F5DA27CA5230658EE24@CHI-EXCH01.gtlaw.com> |
| Received: | 7/3/2007 5:06:52 PM(UTC) |
| Client Code: | |

Note: The Registered E-mail ® message associated with this Registered Receipt™ e-mail was sent using the "Register Reply" feature.  Replies to the message will be returned via a Registered E-mail™ message.

| Message ID | File size |
|---|---|
| C1121AC23DE7866F7F0EAB1979F77B5A3924A508 | 1201666 |

| Attachments | |
|---|---|
| File name | File size |
| Motion for Prelim Injunction.pdf | 845923 |
| QSoft memo in support.pdf | 351478 |

| Delivery Audit Trail |
|---|
| RPost vers 3.0 Patented 6, 0, 3, 3/ 07/03/07 10:07:07 Opening Socket / Connecting to: d.mx.mail.yahoo.com/ Error Connecting to [ d.mx.mail.yahoo.com ]. # 10060 / Error Connecting to [ d.mx.mail.yahoo.com ]. # 10060 / Connecting to: e.mx.mail.yahoo.com/ 220 mta114.mail.re4.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta114. mail.re4.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FROM:<rcptC1121AC23DE7866F7F0EAB1979F77B5A3924A508-1@rpost.net& gt/ RCPT TO:<avraam02@yahoo.com>/ DATA/ 250 sender <rcptc112 1ac23de7866f70eab1979f77b5a3924a508-1@rpost.net> ok250 recipient & lt;avraam02@yahoo.com> ok354 go ahead85004244-2200772317731467@tran s1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"& lt;C1121AC23DE7866F7F0EAB1979F77B5A3924A508-1read@rpost.net>/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com"& lt;C1121AC23DE7866F7F0EAB1979F77B5A3924A508-1read@rpost.net>/ Reply -To: <undoblewsolebeside@yahoo.com>, "manefllauntaloud25@yahoo.com" <manefllauntaloud25@yahoo.com>/ TO: "undoblewsolebeside@yahoo.com" anvasfaintdiseased@yahoo.com>, "manefllauntaloud25@yahoo.com", "canvasfaintdiseased@yahoo.com>/ C C: "Elster.J@gtlaw.com" <Elster.J@gtlaw.com>/ From: Elster.J@gtlaw. com<Elster.J@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-N otification-To: "ElsterJ@gtlaw.co m"<C1121AC23DE7866F7F0EAB1979F77B5. A3924A508-1read@post.net>/ X-Confirm-Reading-to: C1121AC23DE7866F7F0EAB1979F77B5A3924A508-1read@post.net>/ XR Post-ID: egistered: Service of le gal process pursuant to court order / Sending Message Body. / 250 ok d irdel// "ElsterJ@gtlaw.com"<C1121AC23DE7866F7F0EAB1979F77B5A3924A508/ To: "avraam02@yahoo com" <avraam02@yahoo.com>/ Subject: (R)

RPost vers 3.0 Patented 6, 0, 3, 3/ 07/03/07 10:07:09 Opening Socket / Connecting to: b.mx.mail.yahoo.com/ 220 mta139.mail.re3.yahoo.com E SMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta139.mail.r e3.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FR OM:<rcptC1121AC23DE7866F7F0EAB1979F77B5A3924A508-2@rpost.net>/ R CPT TO:<canvasfaintdiseased@yahoo.com>/ DATA/ 250 sender <rcp tc1121ac23de7866f7f0eab1979f77b5a3924a508- 2@rpost.net> ok250 recipi ent <canvasfaintdiseased@yahoo.com> ok354 go ahead195935479-2200 |

7/6/2007

7723177 9624@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "Els terJ@gtlaw.com"<C1121AC23DE7866F7F0EAB1979F77B5A3924A508-2read@rpos t.net>/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@reg307031006951.rp ost.org>/ TO: "avraam02@yahoo.com" <avraam02@yahoo.com>, "und oblewsolebeside@yahoo.com" "mane flauntaloud25@yahoo.com" <maneflauntaloud25@yahoo.com>/ CC: "Els terJ@gtlaw.com/ From: ElsterJ@gtlaw.com< <maneflauntaloud25@yahoo.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notifica tion-To: "ElsterJ@gtlaw.com"<C1121AC23DE7866F7F0EAB1979F77B5A3924A5 08-2read@rpost.net>/ X-Confirm-Reading-to: C1121AC23DE7866F7F0EAB1979F77B5A3924A508-2read@rpost.net>/ XRPost-ID : "canvasfaintdiseased@ yahoo.com" <canvasfaintdiseased@yahoo.com>/ Subject: (R)egistered : Service of legal process pursuant to court order / Sending Message B ody / 554 delivery error: dd This user doesn't have a yahoo.com accou nt (canvasfaintdiseased@yahoo.com) [0] - mta139.mail.re3.yahoo.com/ QU IT/ 221 mta139.mail.re3.yahoo.com/

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 Bye/ 07/03/07 10:07:09 Opening Socket / Connecting to: c.mx.mail.yahoo.com/ 220 mta202.mail. re3.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 25 0- mta202.mail.re3.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPE LINING/ MAIL FROM: <rcptC1121AC23DE7866F7F0EAB1979F77B5A3924A508-3@ rpost.net>/ RCPT 3@rpost.net> ok250 recipient <maneflauntaloud25@yahoo.com> ok354 go ahead289 593295- 2200772317779639@trans1.els.rpost.netX-Priority: 3/ Return-Recei pt-To: "ElsterJ@gtlaw.com"<C1121AC23DE7866F7F0EAB1979F77B5A3924A508 -3read@rpost.net>/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@reg30703 1006952.rpost.org>/ TO: "avraam02@yahoo.com" <avraam02@yahoo.co m>, "undoblewsolebeside@yahoo.com" <undoblewsolebeside@yahoo.com" "canvasfaintdiseased@yahoo.com>/ CC: "ElsterJ@gtlaw.com"<ElsterJ@ gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Dispo sition-Notification-To: "ElsterJ@gtlaw.com"<C1121AC23DE7866F7F0EAB1 979F77B5A3924A508-3read@rpost.net>/ X-Confirm-Reading-to: C1121AC23DE7866F7F0EAB1979F77B5A3924A508-3read@rpost.net >/ XRPost-ID: "maneflauntaloud25@yahoo.com" <maneflauntaloud25@yahoo.com"/ To: "manef launtaloud25@yahoo.com"/ Subject: (R)egistered: Service of legal process pursuant to court order / Sending Message Body / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ 07/03/07 10:07:09 Opening Socket / Connecting to: a.mx.mail.yahoo.com/ 220 mta499.mail.mud.yahoo.com E SMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta499.mail.m ud.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FR OM: <rcptC1121AC23DE7866F7F0EAB1979F77B5A3924A508-4@rpost.net>/ R CPT TO: <undoblewsolebeside@yahoo.com> DATA/ 250 sender <rcpt c112 1ac23de7866f7f0eab1979f77b5a3924a508- 4@rpost.net> ok250 recipie nt <undoblewsolebeside@yahoo.com> ok354 go ahead238193595-220077 2317779561@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "Elste rJ@gtlaw.com"<C1121AC23DE7866F7F0EAB1979F77B5A3924A508-4read@post. net>/ Reply-To: "manef launtaloud25@yahoo.com"<ElsterJ@reg307031006953.rpos t.org>/ TO: "avraam02@yahoo.com" <avraam02@yahoo.com>, "canvasfa intdiseased@yahoo.com", ElsterJ@gtlaw.com>/ CC: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notifica tion-To: "ElsterJ@gtlaw.com"<C1121AC23DE7866F7F0EAB1979F77B5A3924A5 08-4read@rpost.net>/ X-Confirm-Reading-to: C1121AC23DE7866F7F0EAB1979F77B5A3924A508-4read@rpost.net>/ XRPost-ID : "undoblewsolebeside@ya hoo.com" <undoblewsolebeside@yahoo.com"/ To: "undoblewsolebeside@yahoo.com"/ Subject: (R)egistered: Service of legal process pursuant to court order / Sending Message Body / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ 07/03/07 10:07:09 Opening Socket / Connecting to: mx2.gtlaw.com/ 220 MX2.GTLAW.COM ESMTP / EHLO trans1 els.rpost.net/ 250-MX2.GTLAW.COM/ 250-PIPELINING/ 250-SIZE 28866663/ 250-ETRN/ 250-STARTTLS/ 250 8BITMIME/ MAIL FROM:<rcptC1121AC23DE786 6F7F0EAB1979F77B5A3924A508-5@rpost.net>/ RCPT TO:<ElsterJ@gtlaw com>/ DATA/ 250 OK250 Ok354 End data with <CR><LF>.< CR><LF>145934883-22007723177 10280@trans1.els.rpost.netX-Prior ity: 3/ Return-Receipt-To: "ElsterJ@gtlaw com"<C1121AC23DE7866F7F0E AB1979F77B5A3924A508-5read@rpost.net>/ Reply-To: "ElsterJ@gtlaw.com "<ElsterJ@reg107031007763.rpost.org>/ TO: "avraam02@yahoo.com" & lt;avraam02@yahoo.com>, "undoblewsolebeside@yahoo.com" <undoblew solebeside@yahoo.com>, "maneflauntaloud25@yahoo.com" <maneflaunt aloud25@yahoo.com>, "canvasfaint diseased@yahoo.com" <canvasfaint diseased@yahoo.com>/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw com&g t/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@g tlaw.com"<C1121AC23DE7866F7F0EAB1979F77B5A3924A508-5read@rpost.net& gt/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<C1121AC23DE7866F7F0E AB1979F77B5A3924A508-5read@rpost.net>/ XRPost-ID: C1121AC23DE7866F7 F0EAB1979F77B5A3924A508/ "ElsterJ@gtlaw com" <ElsterJ@gtlaw.com> / Subject: (R)egistered: Service of legal process pursuant to court o rder / Sending Message Body. / 250 Ok: queued as 5791A70DT8//

<b>Opened from IP 66.151.14.170/ </b></br>----/ Conn ection: Keep-Alive/ Via: 1.1 CHI-ISA1/ Accept: */*/ Accept-Encoding: g zip, deflate/ Accept-Language: en-us/ Host: open.rpost.net/ User-Agent: Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; SV1; .NET CLR 1.1.4322; InfoPath 1: .NET CLR 2.0.50727/ /LM/W3SVC/1/RootC \open\<br ><><br><br>b>0r>CGI/1.1 off<br>1/LM/ W3SVC/1<br>10.0.0.198/Rpost.aspxC \open\Rpost.aspx404;/http://ope n.rpost.net/C1121AC23DE7866F7F0EAB1979F77B5A3924A508-5_43CD972FEA7D81C 115A2A52DACCCDDD5338AF41B8/rpost.gif<br>66.151.14.17066.151.14.17 014153GET<br>/Rpost.aspxopen.rpost.net800<br>HTTP/1.0Micro soft-IIS/5.0/Rpost.aspxKeep-Alive<br>1.1 CHI-ISA1*/*gzip, deflat een-us<br>open.rpost.netMozilla/4.0 (compatible; MSIE 6.0; Windo ws NT 5.1; SV1; .NET CLR 1.1.4322; InfoPath 1: .NET CLR 2.0.50727)/ /

You should keep an electronic copy of this receipt, together with all of its attachments, for your records. Note that the Registered E-mail® service does not retain any copy of your e-mail or this receipt. You should not rely on the information in this receipt until you have authenticated this receipt. General terms and conditions of service are available upon request by e-mail from info@rpost.com or within the RPost Legal Notice.

An RPost Service (R)POST

RcptVer6.0

# EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

QSOFT CONSULTING, LIMITED      )
                                   )
        Plaintiff,            )
                                   )
        v.                )     C.A. No. 07-cv-391 (JJF)
                                   )
TEDDY TONG and TDTONG LTD.    )
                                   )
        Defendants.       )

### CERTIFICATE OF SERVICE

    I, Sandra G. M. Selzer, being duly sworn according to law, deposes and says that she is employed by Greenberg Traurig, LLP, which is counsel for the Plaintiff, QSoft Consulting, Limited in the above-captioned action, and that on the 9th day of July 2007, pursuant to the *Order Granting QSoft Consulting Limited's Expedited Motion for Leave to Effectuate Service Via Electronic Mail*, dated June 26, 2007, she directed copies of the following to be served via email:

- *Sealed Exhibit D to the Complaint*
- *Sealed Exhibit 1 to Memorandum of Law in Support of Motion for Preliminary Injunction*

upon the following:

> avraam02@yahoo.com; canvasfaintdiseased@yahoo.com;
> maneflauntaloud25@yahoo.com; wrotepiqueweight@yahoo.com; and
> undoblewsolebeside@yahoo.com

as evidenced by the authenticated receipts attached hereto.

Dated: July 12, 2007

                              Sandra G. M. Selzer (No. 4283)
                              GREENBERG TRAURIG, LLP
                              The Nemours Building
                              1007 North Orange Street, Suite 1200
                              Wilmington, Delaware 19801
                              302-661-7000 - Telephone
                              302-661-7360 - Facsimile

**From:** Authentication [mailto:admin@rpost.com]
**Sent:** Tuesday, July 10, 2007 5:19 PM
**To:** Elster, Jason (Assoc-Chi-LT)
**Subject:** Re: FW: Receipt: Service of Legal Process Pursuant to Court Order



# RECEIPT AUTHENTICATION™

PROOF OF SENDING, DELIVERY AND CONTENT™    RPOST™ REGISTERED E-MAIL™

The receipt you have submitted to our system is valid and proves the delivery results displayed below.

## ** A copy of the original message is attached. **

### Delivery Status

| Address | Status | Details | Delivered (UTC) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| avraam02@yahoo.com | Delivered to Mailserver | Delivered to d.mx.mail.yahoo.com | 7/9/2007 8:53:11 PM | 7/9/2007 3:53:11 PM (-500) | |
| canvasfaintdiseased@yahoo.com | Delivered to Mailserver | Delivered to f.mx.mail.yahoo.com | 7/9/2007 8:50:52 PM | 7/9/2007 3:50:52 PM (-500) | |
| maneflauntaloud25@yahoo.com | Delivered to Mailserver | Delivered to c.mx.mail.yahoo.com | 7/9/2007 8:52:19 PM | 7/9/2007 3:52:19 PM (-500) | |
| undoblewsolebeside@yahoo.com | Delivered to Mailserver | Delivered to a.mx.mail.yahoo.com | 7/9/2007 8:51:01 PM | 7/9/2007 3:51:01 PM (-500) | |
| wrotepiqueweight@yahoo.com | Delivered to | Delivered to | 7/9/2007 8:52:13 | 7/9/2007 3:52:13 PM | |

7/12/2007

| | Mailserver | c.mx.mail.yahoo.com | PM | (-500) |
|---|---|---|---|---|
| ElsterJ@gtlaw.com | Delivered to Mailserver | Delivered to mx1.gtlaw.com | 7/9/2007 8:31:49 PM | 7/9/2007 3:31:49 PM (-500) |

**Message Envelope**

| | |
|---|---|
| **FROM:** | ElsterJ@gtlaw.com<ElsterJ@gtlaw.com> |
| **SUBJECT:** | Service of Legal Process Pursuant to Court Order |
| **TO:** | avraam02@yahoo.com<br>canvasfaintdiseased@yahoo.com<br>maneflauntaloud25@yahoo.com<br>undoblewsolebeside@yahoo.com<br>wrotepiqueweight@yahoo.com |
| **CC:** | ElsterJ@gtlaw.com |
| **BCC:** | |
| **Network ID:** | <63B2236C08279846A87B8F5DA27CA5230658EEB0@CHI-EXCH01.gtlaw.com> |
| **Received:** | 7/9/2007 8:23:51 PM(UTC) |
| **Client Code:** | |

Note: This message has Digital Seal(SM) protection.

| Message ID | File size |
|---|---|
| 4493D89CC14E29549E2ADB7F27D8DFB20F028BB1 | 13231605 |

**Attachments**

| File name | File size |
|---|---|
| Exhibit 1 - sealed.pdf | 9663851 |

**Delivery Audit Trail**

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 07/09/07 13:49:55 Op ening Socket./ Connecting to: d.mx.mail.yahoo.com/ 220 mta181.mail.re4.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-m ta181.mail.re4.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELIN ING/ MAIL FROM:/<rcpt4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-1@rpos t.net>/ RCPT TO:<avraam02@yahoo.com>/ DATA/ 250 sender <rc pt4493d89cc14e29549e2adb7f27ddfb20f028bb1-1@rpost.net> ok250 recip ient <avraam02@yahoo.com> ok354 go ahead2981170-22007719204957442 @trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"<4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-1read@rpost.net>/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "canvasf aintdiseased@yahoo.com" <canvasfaintdiseased@yahoo.com>, "manefl auntaloud25@yahoo.com" <maneflauntaloud25@yahoo.com>, "undoblews olebeside@yahoo.com", "undoblews olebeside@yahoo.com" <undoblewsolebeside@yahoo.com>, "wrotepique weight@yahoo.com" <wrotepiqueweight@yahoo.com>/ CC: "ElsterJ@gtl aw.com" <ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com<ElsterJ@ gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com"<4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-1read @rpost.net>/ X-

Confirm-Reading-to: "ElsterJ@gtlaw.com"<4493D89CC 14E29549E2ADB7F27D8DFB20F028BB1-1read@rpost.net>/ XRPost-ID: 4493D8 9CC14E29549E2ADB7F27D8DFB20F028BB1/ To: "avraamo2@yahoo.com" <avraa mo2@yahoo.com>/ Subject: (R)egistered: Service of Legal Process Pur suant to Court Order / Sending Message Body. / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3/ QUIT/ 07/09/07 13:49:57 Op ening Socket./ Connecting to: f.mx.mail.yahoo.com/ 220 mta311.mail.mud.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-m ta311.mail.mud.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELIN ING/ MAIL FROM:<rcpt4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-2@rpos t.net>/ RCPT TO:<canvasfaintdiseased@yahoo.com>/ DATA/ 250 se nder <rcpt44493d89cc14e29549e2adb7f27d8dfb20f028bb1-2@post.net> ok250 recipient <canvasfaintdiseased@yahoo.com> ok354 go ahead33 2151-220077192049957802@trans1.els.rpost.netX-Priority: 3/ Return-Recei pt-To: "ElsterJ@gtlaw.com"<4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-2read@post.net>/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.c om>/ TO: "avraam02@yahoo.com" <avraam02@yahoo.com>, "maneflau ntaloud25@yahoo.com" <maneflauntaloud25@yahoo.com>, "undoblewsol ebeside@yahoo.com", "undoblewsol ebeside@yahoo.com>, "wrotepiquewe ight@yahoo.com" <wrotepiqueweight@yahoo.com>/ CC: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com<ElsterJ@gt law.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To:" ElsterJ@gtlaw.com"<4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-2read@r post.net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<4493D89CC14 E29549E2ADB7F27D8DFB20F028BB1-2read@post.net>/ XRPost-ID 4493D89CC14 E29549E2ADB7F27D8DFB20F028BB1/ To: "canvasfaintdiseased@yahoo.com" <canvasfaintdiseased@yahoo.com>/ Subject: (R)egistered: Service of Legal Process Pursuant to Court Order / Sending Message Body. / 554 delivery error: dd This user doesn't have a yahoo.com account (canvas faintdiseased@yahoo.com) [0]. - mta311.mail.mud.yahoo.com/ QUIT/ 221 mt a311.mail.mud.yahoo.com/

RPost vers 3.0 Patented 6, 0, 3, 3/ 07/09/07 13:49:56 Opening Socket./ Connecting to: c.mx.mail.yahoo.com/ 220 mta311.mail.re4.yahoo.com E SMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta311.mail.r e4.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FR OM:<rcpt4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-3@rpost.net>/ R CPT TO:<maneflauntaloud25@yahoo.com>/ DATA/ 250 sender <rcpt4 493d89cc14e29549e2adb7f27d8dfb20f028bb1-3@post.net> ok354 go ahead369734-22007719204957708@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@ gtlaw.com"<4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-3read@rpost.net >/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "avr aam02@yahoo.com" <avraam02@yahoo.com>, "canvasfaintdiseased@yahoo.com" <canvasfaintdiseased@yahoo.com>, "undoblewsolebeside@yaho o.com", "undoblewsolebeside@yahoo.com> "wrotepiqueweight@yahoo.c om" <wrotepiqueweight@yahoo.com>/ CC: "ElsterJ@gtlaw.com"<El sterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtla w.com"<4493D89CC14E29549E2A DB7F27D8DFB20F028BB1-3read@rpost.net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-3read@rpost.net>/ XRPost-ID: 4493D89CC14E29549E2A DB7F27D8DFB20F028BB1/ To: "maneflauntaloud25@yahoo.com" <maneflaunt aloud25@yahoo.com>/ Subject: (R)egistered: Service of Legal Process Pursuant to Court Order / Sending Message Body. / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3/ QUIT/ 07/09/07 13:49:58 Op ening Socket./ Connecting to: a.mx.mail.yahoo.com/ 220 mta528.mail.mud.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-m ta528.mail.mud.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELIN ING/ MAIL FROM:<rcpt4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-4@rpos t.net>/ RCPT TO:<undoblewsolebeside@yahoo.com>/ DATA/ 250 sen der <rcpt44493d89cc14e29549e2adb7f27d8dfb20f028bb1-4@rpost.net> ok250 recipient <undoblewsolebeside@yahoo.com> ok354 go ahead2983 349-2200771920495872 4@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To:

"ElsterJ@gtlaw.com"<4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-4read@rpost.net>/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.co m>/ TO: "avraam02@yahoo.com", "canvasfai ntdiseased@yahoo.com", "manefIau ntaloud25@yahoo.com" <manefIauntaloud25@yahoo.com>, "wrotepiqueweight@yahoo.com>/ CC: "ElsterJ@gtla w.com" <ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com>ElsterJ@g tlaw.com>/ Sender: ElsterJ@gtlaw.com>/ Disposition-Notification-To: "ElsterJ@gtlaw.com"<4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-4read@ rpost.net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<4493D89 CC14E29549E2ADB7F27D8DFB20F028BB1/ To: "undoblewsolebeside@yahoo.com" XRPost-ID: 4493D89 CC14E29549E2ADB7F27D8DFB20F028BB1/ To: "undoblewsolebeside@yahoo.com" <undoblewsolebeside@yahoo.com>/ Subject: (R)egistered: Service o f Legal Process Pursuant to Court Order / Sending Message Body. / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 07/09/07 13:49:58 Opening Socket./ Connecting to: c.mx.mail.yahoo.com/ 220 mta291.mail.re4.yahoo com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta291. mail.re4.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ M AIL FROM:<rcpt4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-5@rpost.net& gt/ RCPT TO:<wrotepiqueweight@yahoo com>/ DATA/ 250 sender < rcpt4493d89cc14e29549eadb7f27d8dfb20f028bb1-5@rpost.net> ok250 rec ipient <wrotepiqueweight@yahoo.com> ok354 go ahead865839-2200771 920507114@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "Elste rJ@gtlaw.com"<4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-5read@rpost. net>/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: " avraam02@yahoo.com", "canvasfaintdiseased@y ahoo.com" <canvasfaintdiseased@y ahoo.com>, "manefIauntaloud25@ya hoo.com" "manefIauntaloud25@yahoo.com>, "undoblewsolebeside@yaho o.com" <undoblewsolebeside@yahoo.com>/ CC: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com >/ Sender: "ElsterJ@gtlaw.com" & lt;ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com>/ Disposition-Notification-To: "ElsterJ @gtlaw.com"<4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-5read.net ▷/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<4493D89CC14E29549E 2ADB7F27D8DFB20F028BB1-5read@rpost.net>/ XRPost-ID: 4493D89CC14E295 49E2ADB7F27D8DFB20F028BB1/ To: "wrotepiqueweight@yahoo.com" <wrotep iqueweight@yahoo.com>/ Subject: (R)egistered: Service of Legal Proc ess Pursuant to Court Order / Sending Message Body. / QUIT/

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 Goodbye/ 07/09/07 13:30: 34 Opening Socket./ Connecting to: mx1.gtlaw.com/ 220 MX1.GTLAW.COM ESMTP / EHLO trans1.els.rpost.net/ 250-MX1.GTLAW.COM 250-PIPELINING/ 250-SIZE 28866663/ 250-ETRN/ 250-STARTTLS/ 250 8BITMIME/ MAIL FROM:< rcpt4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-6@rpost.net>/ RCPT TO :<ElsterJ@gtlaw.com>/ DATA/ 250 OK250 Ok354 End data with <CR > <LF> <CR><LF> 11267111-220077192030351141@trans1 e ls.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"<4 493D89CC14E29549E2ADB7F27D8DFB20F028BB1-6read@rpost.net>/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ <canv asfaintdiseased@yahoo.com>, <avraam02@yahoo.com>, "undoblewsolebeside@yahoo.com" <undoble wsolebeside@yahoo.com>, "wrotepique weight@yahoo.com" <wrotepique weight@yahoo.com>/ From: ElsterJ@gtlaw.com>ElsterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtl aw.com"<4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-6read@rpost.net>/ X-Confirm-Reading-To: "ElsterJ@gtl aw.com"<4493D89CC14E29549E2 ADB7F27D8DFB20F028BB1-6read@rpost.net>/ XRPost-ID: 4493D89CC14E29549E2 ADB7F27D8DFB20F028B1/ 'ElsterJ@gtlaw.com' <ElsterJ@gtlaw.com>/ Subject: (R)egistered: Service of Legal Process Pursuant to Court Ord er/ Sending Message Body. / 250 Ok: queued as A0D7162FBW/ /

You should keep an electronic copy of this receipt, together with all of its attachments, for your records. Note that the Registered E-mail® service does not retain any copy of your e-mail or this receipt. You should not rely on the information in

Page 5 of 5

this receipt until you have authenticated this receipt. General terms and conditions of service are available upon request by e-mail from info@rpost.com or within the RPost Legal Notice.

An RPost Service **RPOST**

RcptVer6.0

**From:** Authentication [mailto:admin@rpost.com]
**Sent:** Tuesday, July 10, 2007 5:03 PM
**To:** Elster, Jason (Assoc-Chi-LT)
**Subject:** Re: FW: Receipt: Service of Legal Process Pursuant to Court Order



# RECEIPT AUTHENTICATION™

PROOF OF SENDING, DELIVERY AND CONTENT™            RPOST® REGISTERED E-MAIL®

The receipt you have submitted to our system is valid and proves the delivery results displayed below.

## ** A copy of the original message is attached. **

Delivery Status

| Address | Status | Details | Delivered (UTC) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| avraam02@yahoo.com | Delivered to Mailserver | Delivered to e.mx.mail.yahoo.com | 7/9/2007 8:38:33 PM | 7/9/2007 3:38:33 PM (-500) | |
| canvasfaintdiseased@yahoo.com | Delivered to Mailserver | Delivered to c.mx.mail.yahoo.com | 7/9/2007 8:40:38 PM | 7/9/2007 3:40:38 PM (-500) | |
| maneflauntaloud25@yahoo.com | Delivered to Mailserver | Delivered to a.mx.mail.yahoo.com | 7/9/2007 8:39:10 PM | 7/9/2007 3:39:10 PM (-500) | |
| undoblewsolebeside@yahoo.com | Delivered to Mailserver | Delivered to b.mx.mail.yahoo.com | 7/9/2007 8:42:48 PM | 7/9/2007 3:42:48 PM (-500) | |
| wrotepiqueweight@yahoo.com | Delivered to | Delivered to | 7/9/2007 8:42:40 | 7/9/2007 3:42:40 PM | |

7/12/2007

| ElsterJ@gtlaw.com | | Mailserver | b.mx.mail.yahoo.com | PM | (-500) | | |
|---|---|---|---|---|---|---|---|
| | | Opened | HTTP | 7/9/2007 8:24:57 PM | 7/9/2007 3:24:57 PM (-500) | 7/9/2007 3:27:32 PM(-500) | |

**Message Envelope**

| | |
|---|---|
| FROM: | ElsterJ@gtlaw.com<ElsterJ@gtlaw.com> |
| SUBJECT: | Service of Legal Process Pursuant to Court Order |
| TO: | avraam02@yahoo.com<br>canvasfaintdiseased@yahoo.com<br>maneflauntaloud25@yahoo.com<br>undoblewsolebeside@yahoo.com<br>wrotepiqueweight@yahoo.com |
| CC: | ElsterJ@gtlaw.com |
| BCC: | |
| Network ID: | <63B2236C0827984 6A87B8F5DA27CA5230658EEAB@CHI-EXCH01.gtlaw.com> |
| Received: | 7/9/2007 8:18:07 PM(UTC) |
| Client Code: | |

Note: This message has Digital Seal(SM) protection.

| Message ID | File size |
|---|---|
| 5B6A3E44B5583BC98A469769D24F1170CFA447BC | 11738697 |

**Attachments**

| File name | File size |
|---|---|
| Exhibit D - sealed.pdf | 8572939 |

**Delivery Audit Trail**

RPost vers 3.0 Patented 6, 0, 3; QUIT/ 451 Timeout waiting for comm and; terminating connection; / 07/09/07 13:36:27 Opening Socket / Con necting to e.mx.mail.yahoo.com/ 220 mta141 mail.re4 yahoo.com ESMTP Y; Smtp service ready/ EHLO trans1.els.rpost.net/ 250-mta141.mail.re4.yah oo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FROM: </rcpt5B6A3E44B5583BC98A469769D24F1170CFA447BC-1@rpost.net>/ RCPT TO <avraam02@yahoo.com>/ DATA/ 250 sender <rcpt5b6a3e44b5583bc9 8a469769d24f1170cfa447bc-1@rpost.net> ok250 recipient <avraam02@ yahoo.com> ok354 go ahead50623-220077192036283356@trans1.els.rpost.n etX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"<5B6A3E44B55 83BC98A469769D24F1170CFA447BC-1read@rpost.net>/ Reply-To: "ElsterJ@ gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "canvasfaintdiseased@yahoo.c om" <canvasfaintdiseased@yahoo.com>, "maneflauntaloud25@yahoo.co m" <maneflauntaloud25@yahoo.com>, "undoblewsolebeside@yahoo.com" <undoblewsolebeside@yahoo.com>, "wrotepiqueweight@yahoo.com" &l t;wrotepiqueweight@yahoo.com>/ CC: "ElsterJ@gtlaw.com" <ElsterJ@ gtlaw.com>/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>/ Sende r; ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com" <5B6A3E44B5583BC98A469769D24F1170CFA447BC-1read@rpost.net>/ X-Co nfirm-Reading-to: "ElsterJ@gtlaw.com"<5B6A3E44B5583BC98A469769D24F1 170CFA447BC-

1read@rpost.net>/ XRPost-ID: 5B6A3E44B5583BC98A469769D2 4F1170CFA447BC/ To: "avraam02@yahoo.com" <avraam02@yahoo.com>/ S ubject: (R)egistered: Service of Legal Process Pursuant to Court Order / Sending Message Body / QUIT/

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 451 Timeout waiting for comm and, terminating connection / 07/09/07 13:36:27 Opening Socket/ Con necting to: c.mx.mail.yahoo.com/ 220 mta212.mail.re3.yahoo.com ESMTP Y Smtp service ready/ EHLO trans1 els.rpost.net/ 250-mta212.mail.re3.yah oo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FROM: < rcpt5b6A3E44B5583BC98A469769D24F1170CFA447BC-2@rpost.net>/ RCPT TO :<canvasfaintdiseased@yahoo.com>/ DATA/ 250 sender <rcpt5b6a3 e44b5583bc98a469769d24f1170cfaa447bc-2@rpost.net> ok250 recipient &l t;canvasfaintdiseased@yahoo.com> ok354 go ahead101624-22007 71920364 5966@trans1 els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gt law.com"<5B6A3E44B5583BC98A469769D24F1170CFA447BC-2read@rpost.net&g t/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com> TO: "avraa m02@yahoo.com" <avraam02@yahoo.com>, "maneflauntaloud25@yahoo.co m" <maneflauntaloud25@yahoo.com>, "undoblewsolebeside@yahoo.com" <undoblewsolebeside@yahoo.com>, "wrotepiqueweight@yahoo.com" &l t;wrotepiqueweight@yahoo.com/ CC: "ElsterJ@gtlaw.com" <ElsterJ@ gtlaw.com> From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com> Sende r: ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com" <5B6A3E44B5583BC98A469769D24F1170CFA447BC- 2read@rpost.net>/ X-Co nfirm-Reading-to: "ElsterJ@gtlaw.com"<5B6A3E44B5583BC98A469769D24F1 170CFA447BC- 2read@rpost.net>/ XRPost-ID: 5B6A3E44B5583BC98A469769D2 4F1170CFA447BC/ To: "canvasfaintdiseased@yahoo.com" <canvasfaintdis eased@yahoo.com>/ Subject: (R)egistered: Service of Legal Process P ursuant to Court Order / Sending Message Body / 554 delivery error: d d This user doesn't have a yahoo.com account (canvasfaintdiseased@yaho o.com) [0] - mta212.mail.re3.yahoo.com/ QUIT/ 221 mta212.mail.re3.yaho o.com/

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 451 Timeout waiting for comm and, terminating connection / 07/09/07 13:38:18 Opening Socket/ Con necting to: a.mx.mail.yahoo.com/ 220 mta490.mail.mud.yahoo.com ESMTP Y Smtp service ready/ EHLO trans1 els.rpost.net/ 250-mta490.mail.mud yah oo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FROM: < rcpt5B6A3E44B5583BC98A469769D24F1170CFA447BC-3@rpost.net>/ RCPT TO :<maneflauntaloud25@yahoo.com>/ DATA/ 250 sender <rcpt5b6a3e4 4b5583bc98a469769d24f1170cfaa447bc- 3@rpost.net> ok250 recipient < maneflauntaloud25@yahoo.com> ok354 go ahead1775318-22007719203 81884 0@trans1 els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw com"<5B6A3E44B5583BC98A469769D24F1170CFA447BC-3read@rpost.net>/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com> TO: "avraam02 @yahoo.com" <avraam02@yahoo.com>, "maneflauntaloud25@yahoo.com", "undoblewsolebeside@yahoo.com" <undoblewsolebeside@yahoo.com>, "canvasfaintdiseased@yahoo.com" <canvasfaintdiseased@yahoo.com>, "undoblewsolebeside@yahoo.com" & lt;wrotepiqueweight@yahoo.com" & lt;wrotepiqueweight@yahoo.com/ CC: "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com> From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com> Send er: ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com" <5B6A3E44B5583BC98A469769D24F 1170CFA447BC- 3read@rpost.net>/ X-C onfirm-Reading-to: "ElsterJ@gtlaw.com"<5B6A3E44B5583BC98A469769D24F 3read@rpost.net>/ XRPost-ID: 5B6A3E44B5583BC98A469769D2 4F1170CFA447BC/ To: "maneflauntaloud25@yahoo.com" <maneflauntaloud 25@yahoo.com>/ Subject: (R)egistered: Service of Legal Process Purs uant to Court Order / Sending Message Body / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 451 Timeout waiting for comm and, terminating connection / 07/09/07 13:38:19 Opening Socket/ Con necting to: b.mx.mail.yahoo.com/ 220 mta168.mail.re3.yah oo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FROM: < rcpt5B6A3E44B5583BC98A469769D24F1170CFA447BC-4@rpost.net>/ RCPT TO :<undoblewsolebeside@yahoo.com>/ DATA/ 250 sender <rcpt5b6a3e 44b5583bc98a469769d24f1170cfaa447bc- 4@rpost.net> ok250 recipient < undoblewsolebeside@yahoo.com> ok354 go ahead1172981-22007719203819 871@trans1 els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtl aw.com"<5B6A3E44B5583BC98A469769D24F1170CFA447BC-4read@rpost.net> / Reply-To:

"ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "avraam 02@yahoo.com" <avraam02@yahoo.com>, "canvasfaintdiseased@yahoo c om" <canvasfaintdiseased@yahoo.com>, "maneflauntaloud25@yahoo co m" <maneflauntaloud25@yahoo.com>, "wrotepiqueweight@yahoo.com" & lt;wrotepiqueweight@yahoo.com>/ CC: "ElsterJ@gtlaw.com"<ElsterJ @gtlaw.com>/ From: ElsterJ@gtlaw.com>/ Send er: ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com"<5B6A3E44B5583BC98A469769D24F1170CFA447BC-4read@rpost.net>/ X-C onfirm-Reading-to: "ElsterJ@gtlaw.com"<5B6A3E44B5583BC98A469769D24F 1170CFA447BC-4read@rpost.net>/ XRPost-ID: 5B6A3E44B5583BC98A469769D 24F1170CFA447BC/ To: "undoblewsolebe side@yahoo.com" <undoblewsolebeside@yahoo.com>/ Subject: (R)egistered: Service of Legal Process Pu rsuant to Court Order / Sending Message Body. / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 07/09/07 13:38:18 Opening Socket / Connecting to: b mx.mail.yahoo.com/ 220 mta134.mail.re3.yahoo.com E SMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta134.mail.r e3.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FR OM:<rcpt5B6A3E44B5583BC98A469769D24F1170CFA447BC-5@rpost.net>/ R CPT TO:<wrotepiqueweight@yahoo.com>/ DATA/ 250 sender <rcpt5b 6a3e44b5583bc98a469769d24f1170cfa447bc-5@rpost.net> ok250 recipient <wrotepiqueweight@yahoo.com> ok354 go ahead111317-2200771920381 9f12@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtl aw.com"<5B6A3E44B5583BC98A469769D24F1170CFA447BC-5read@rpost.net> :/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "avraam 02@yahoo.com" <avraam02@yahoo.com>, "canvasfaintdiseased@yahoo.c om" <canvasfaintdiseased@yahoo.com>, "maneflauntaloud25@yahoo.co m" <maneflauntaloud25@yahoo.com>, "undoblewsolebeside@yahoo.com>. CC: "ElsterJ@gtlaw.com" <Els terJ@gtlaw.com>/ From: ElsterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com"<5B6A3E44B5583BC98A469769D24F1170CFA447BC-5read@rpost.net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<5B6A3E44B5583BC98A469769 D24F1170CFA447BC-5read@rpost.net>/ XRPost-ID: 5B6A3E44B5583BC98A469 769D24F1170CFA447BC/ To: "wrotepiquewe ight@yahoo.com" <wrotepiquewe ight@yahoo.com>/ Subject: (R)egistered: Service of Legal Process Pu rsuant to Court Order / Sending Message Body. / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 2.0.0 mail.smithmarshall.com Service closing transmission channel/ 07/09/07 13:23:52 Opening Socket./ Connecting to: mx3.gtlaw.com/ 220 MX3 GTLAW.COM ESMTP / EHLO trans1.els.rpost.net/ 250-MX3 GTLAW.COM/ 250-PIPELINING/ 250-SIZE 288 66663/ 250-ETRN/ 250-STARTTLS/ 250 8BITMIME/ MAIL FROM:<rcpt5B6A3E4 4B5583BC98A469769D24F1170CFA447BC-6@rpost.net>/ RCPT TO:<ElsterJ @gtlaw.com>/ DATA/ 250 OK250 OK354 End data with <CR><LF&g t;.<CR><LF>26088102-2200771920235 2624560@trans1.els.rpost.net X-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"<5B6A3E44B5583 BC98A469769D24F1170CFA447BC-6read@rpost.net>/ Reply-To: "ElsterJ@gtl aw.com"<ElsterJ@gtlaw.com>/ TO: "avraam02@yahoo.com" <avraam 02@yahoo.com>, "canvasfaintdisea sed@yahoo.com>, "maneflauntaloud25@yahoo.com" "undoblewsolebeside@ yahoo.com>, "wrotepiqueweight@yahoo.com"/ From: ElsterJ@gtlaw.com>/ Sender: El sterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com"< B6A3E44B5583BC98A469769D24F1170CFA447BC-6read@rpost.net>/ XRPost-ID: 5B6A3E44B5583BC98A469769D24F1170CF A447BC-6read@rpost.net>/ XRPost-ID: 5B6A3E44B5583BC98A469769D24F117 0CFA447BC/ "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com>/ Subject: (R )egistered: Service of Legal Process Pursuant to Court Order / Sending Message Body. / 250 Ok. queued as 16B909E3KG/ /

<b>Opened from IP 66.151.14.170/ </b><br>—-/ Conn ection: Keep-Alive/ Via: 1.1 CHI-ISA1/ Accept: */*/ Accept-Encoding: g zip, deflate/ Accept-Language: en-us/ Host: open.rpost.net/ User-Agent: Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; SV1; .NET CLR 1.1.4322; InfoPath.1; .NET CLR 2.0.50727)/ /LM/W3SVC/1/RootC \open\<br ><br><br><br>CGI/1.1off<br>/LM/ W3SVC/1<br>/0.0.0.0.198/Rpost.aspxC\open\Rpost.aspx404:/http://ope n.rpost.net/5B6A3E44B5583BC98A469769D24F1170CFA447BC-6_528C14A7CF1C0AC

||B51D2B55CC66B9EF498E4CDA2/rpost.gif<br>66.151.14.17066.151.14.17
09331GET<br>/Rpost.aspxopen.rpost.net800<br>HTTP/1.0Micros oft-IIS/5.0/Rpost.aspxKeep-Alive<br>1.1 CHI-
ISA1'/'gzip, deflate en-us<br>open rpost.netMozilla/4.0 (compatible; MSIE 6.0; Window s NT 5.1; SV1;.NET CLR
1.1.4322; InfoPath.1;.NET CLR 2.0.50727)/ /

You should keep an electronic copy of this receipt, together with all of its attachments, for your records. Note that the
Registered E-mail® service does not retain any copy of your e-mail or this receipt. You should not rely on the information in
this receipt until you have authenticated this receipt. General terms and conditions of service are available upon request by e-
mail from info@rpost.com or within the RPost Legal Notice.

An RPost Service 

RcptVer6.0

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QSOFT CONSULTING, LIMITED | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-cv-391 (JJF) |
| | ) | |
| TEDDY TONG and TDTONG LTD. | ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I, Sandra G. M. Selzer, being duly sworn according to law, deposes and says that she is employed by Greenberg Traurig, LLP, which is counsel for the Plaintiff, QSoft Consulting, Limited in the above-captioned action, and that on the 9th day of July 2007, pursuant to the *Order Granting QSoft Consulting Limited's Expedited Motion for Leave to Effectuate Service Via Electronic Mail*, dated June 26, 2007, she directed copies of the following to be served via email:

- *Exhibits 2, 3, 4, 5, 6, 9 to Memorandum in Support of Motion for Preliminary Injunction*
- *Sealed Exhibits 7, 8 to Memorandum in Support of Motion for Preliminary Injunction*

upon the following:

> avraam02@yahoo.com; canvasfaintdiseased@yahoo.com;
> maneflauntaloud25@yahoo.com; wrotepiqueweight@yahoo.com; and
> undoblewsolebeside@yahoo.com

as evidenced by the authenticated receipts attached hereto.

Dated: July 12, 2007

Sandra G. M. Selzer (No. 4283)
GREENBERG TRAURIG, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
302-661-7000 - Telephone
302-661-7360 - Facsimile



# RECEIPT AUTHENTICATION™

PROOF OF SENDING, DELIVERY AND CONTENT™                    RPOST® REGISTERED E-MAIL®

The receipt you have submitted to our system is valid and proves the delivery results displayed below.

## ** A copy of the original message is attached. **

### Delivery Status

| Address | Status | Details | Delivered (UTC) | Delivered (local) | Opened (local) |
|---------|--------|---------|-----------------|-------------------|----------------|
| avraam02@yahoo.com | Delivered to Mailserver | Delivered to c.mx.mail.yahoo.com | 7/9/2007 8:19:18 PM | 7/9/2007 3:19:18 PM (-500) | |
| canvasfaintdiseased@yahoo.com | Delivered to Mailserver | Delivered to b.mx.mail.yahoo.com | 7/9/2007 8:19:21 PM | 7/9/2007 3:19:21 PM (-500) | |
| maneflauntaloud25@yahoo.com | Delivered to Mailserver | Delivered to f.mx.mail.yahoo.com | 7/9/2007 8:26:04 PM | 7/9/2007 3:26:04 PM (-500) | |
| undoblewsolebeside@yahoo.com | Delivered to Mailserver | Delivered to e.mx.mail.yahoo.com | 7/9/2007 8:26:08 PM | 7/9/2007 3:26:08 PM (-500) | |
| wrotepiqueweight@yahoo.com | Delivered to Mailserver | Delivered to c.mx.mail.yahoo.com | 7/9/2007 8:19:09 PM | 7/9/2007 3:19:09 PM (-500) | |

### Message Envelope

**FROM:** ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>

**SUBJECT:** Service of Legal Process Pursuant to Court Order

avraam02@yahoo.com
canvasfaintdiseased@yahoo.com

7/10/2007

| TO: | manefiauntaloud25@yahoo.com<br>undoblewsolebeside@yahoo.com<br>wrotepiqueweight@yahoo.com |
| CC: | |
| BCC: | |
| Network ID: | <63B2236C08279846A87B8F5DA27CA5230658EEAC@CHI-EXCH01.gtlaw.com> |
| Received: | 7/9/2007 8:18:29 PM(UTC) |
| Client Code: | |

Note: This message has Digital Seal(SM) protection.

| Message ID | File size |
| --- | --- |
| 87656470EE577117F9443ABC9858DC245FC564F0 | 1261573 |

**Attachments**

| File name | File size |
| --- | --- |
| Exhibit 3 to Memo Support PI.pdf | 223901 |
| Exhibit 2 to Memo Support PI.pdf | 692509 |

**Delivery Audit Trail**

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 421 abe.h50.us. SMTP command timeout - closing connection/ 07/09/07 13:18:56 Opening Socket./ Co nnecting to: c.mx.mail.yahoo.com/ 220 mta210.mail.re3.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta210.mail.re3.ya hoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FROM:&lt;t.rcpt87656470EE577117F9443ABC9858DC245FC564F0-1@rpost.net&gt;/ RCPT T O:&lt;avraam02@yahoo.com&gt;/ @yahoo.com&gt; ok354 go ahead58664-220071192 0191882@trans1.els.rpost.n etX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"&lt;87656470EE5 77117F9443ABC9858DC245FC564F0-1read@rpost.net&gt;/ Reply-To: "ElsterJ@ gtlaw.com"&lt;ElsterJ@gtlaw.com&gt;/ TO: "canvasfaintdiseased@yahoo.c om" &lt;canvasfaintdiseased@yahoo.com&gt;, "manefiauntaloud25@yahoo.co m" &lt;manefiauntaloud25@yahoo.com&gt;, &lt;undoblewsolebeside@yahoo.com &gt;, "wrotepiqueweight@yahoo.com" &lt;t,wrotepiqueweight@yahoo.com&gt;/ CC: "ElsterJ@gtlaw.com" &lt;ElsterJ@ gtlaw.com&gt;/ From: ElsterJ@gtlaw.com&gt;/ Sende r: ElsterJ@gtlaw.com Disposition-Notification-To: "ElsterJ@gtlaw.com" &lt;87656470EE577117F9443ABC9858DC245FC564F0-1read@rpost.net&gt;/ X-Co nfirm-Reading-to: "ElsterJ@gtlaw.com"&lt;ElsterJ@gtlaw.com&gt;/ Sende r: ElsterJ@gtlaw.com XRPost-ID: 87656470EE577117F9443ABC98 58DC245FC564F0/ To: "avraam02@yahoo.com" &lt;avraam02@yahoo.com&gt;/ S ubject: Service of Legal Process Pursuant to Court Order / Sending Message Body / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ 07/09/07 13:18:56 Opening Socket / Connecting to: b.mx.mail.yahoo.com/ 220 mta186.mail.re3.yahoo.com E SMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta186.mail.r e3.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FR OM:&lt;rcpt87656470EE577117F9443ABC9858DC245FC564F0-2@rpost.net&gt;/ R CPT TO:&lt;canvasfaintdiseased@yahoo.com&gt;/ DATA/ 250 sender &lt;rcp t87656470ee577117f9443abc9858dc245fc564f0-2@rpost.net&gt; ok250 recipi ent &lt;canvasfaintdiseased@yahoo.com&gt; ok354 go ahead121522-2200771

9201859101@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "Elst erJ@gtlaw.com"<876564 70EE577117F9443ABC9858DC245FC564F0-2read@rpost.net>/ Reply-To: "maneflauntaloud25@ya hoo.com"<maneflauntaloud25@yahoo.com>, "undoblewsolebeside@yahoo.c om" <undoblewsolebeside@yahoo.com>, "wrotepiqueweight@yahoo.c om" <wrotepiqueweight@yahoo.com>/ CC: "ElsterJ@gtlaw.com"<El sterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com /Disposition-Notification-To: "ElsterJ@gtla w.com"<876564 70EE577117F9443AB C9858DC245FC564F0-2read@rpost.net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<876564 70EE577117F944 3ABC9858DC245FC564F0/ To: "canvasfaintdiseased@yahoo.com" <canvasfa intdiseased@yahoo.com>/ Subject: (R)egistered: Service of Legal Pro cess Pursuant to Court Order / Sending Message Body / 554 delivery er ror: dd This user doesn't have a yahoo.com account (canvasfaintdisease d@yahoo.com) [0]. - mta186.mail.re3.yahoo.com/ QUIT/ 221 mta186.mail.re 3.yahoo.com/

---

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 Catch you later/ 07/09/0 7 13.25.46 Opening Socket./ Connecting to: f.mx.mail.yahoo.com/ 220 mta326.mail.mud.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.r post.net/ 250-mta326.mail.mud.yahoo.com/ 250-8BITMIME/ 250-SIZE 319815 68/ 250 PIPELINING/ MAIL FROM:<rcpt8765647 0EE577117F9443ABC9858DC24 5FC564F0-3@rpost.net>/ RCPT TO:<maneflauntaloud25@yahoo.com>/ DATA/ 250 sender <rcpt876564 70ee577117f9443abc9858dc245fc564f0-3@r post.net> ok250 recipient <maneflauntaloud25@yahoo.com> ok354 go ahead9457104- 22007719202547503@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"<876564 70EE577117F9443ABC9858 DC245FC564F0-3read@rpost.net>/ Reply-To: "canvasfaintdiseased@yahoo.com" <canvasfaintdiseased@yahoo.com>;, "undoblewsolebeside@yahoo.com" <undoblewsolebeside@yahoo.com> ;, "wrotepiqueweight@yahoo.com" <wrotepiqueweight@yahoo.com>/ CC: ; "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.c om><ElsterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/Disposition-No tification-To: "ElsterJ@gtlaw.com"<876564 70EE577117F9443ABC9858DC245FC564F0-3read@rpost.net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<876564 70EE577117F9443ABC9858DC245FC564F0-3read@rpost.net>/ To: "maneflauntaloud25@yahoo.com" <maneflauntaloud25@yahoo.com>/ Subject: (R)egister ed: Service of Legal Process Pursuant to Court Order / Sending Message Body / 250 ok dirdel//

---

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 Bye/ 07/09/07 13.25.46 Opening Socket./ Connecting to: e.mx.mail.yahoo.com/ 220 mta401.mail. re4.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 25 0-mta401.mail.re4.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPE LINING/ MAIL FROM:<rcpt8765647 0EE577117F9443ABC9858DC245FC564F0-4@r post.net>/ RCPT TO:<undoblewsolebeside@yahoo.com>/ DATA/ 250 sender <rcpt876564 70ee577117f9443abc9858dc245fc564f0- 4@rpost.net> : ok250 recipient <undoblewsolebeside@yahoo.com> ok354 go ahead1 9030131- 22007719202547503@trans1.els.rpost.netX-Priority: 3/ Return-Re ceipt-To: "ElsterJ@gtlaw.com"<876564 70EE577117F9443ABC9858DC245FC56 4F0-4read@rpost.net>/ Reply-To: "ElsterJ@gtla w.com>/ To: "avraam02@yahoo.com", "canva sfaintdiseased@yahoo.com"<canvasfaintdiseased@yahoo.com>, "mane flauntaloud25@yahoo.com" <maneflauntaloud25@yahoo.com>, "wrotepi queweight@yahoo.com" <wrotepiqueweight@yahoo.com>/ CC: "ElsterJ@ gtlaw.com"<ElsterJ@gtlaw.com>From:Elste rJ@gtlaw.com>Sender: ElsterJ@gtlaw.com/ Disposition-Notification- To: "ElsterJ@gtlaw.com"<876564 70EE577117F9443ABC9858DC245FC564F0-4r ead@rpost.net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<876 564 70EE577117F9443ABC9858DC245FC564F0/ To: "undoblewsolebeside@yahoo.com" <undoblewsolebeside@yahoo.com>/ Subject: (R)egistered: Servi ce of Legal Process Pursuant to Court Order / Sending Message Body / 250 ok dirdel//

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 421 mailwash40.pair.com Erro r: timeout exceeded/ 07/09/07 13:18:57 Opening Socket./ Connecting t o: c.mx.mail.yahoo.com/ 220 mta245.mail.re3.yahoo.com ESMTP YSmtp serv ice ready/ EHLO trans1.els.rpost.net/ 250-mta245.mail.re3.yahoo.com/ 2 50-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FROM:<rcpt8765 6470EE577117F9443ABC9858DC245FC564F0-5@rpost.net>/ RCPT TO:<wrot epiqueweight@yahoo.com>/ DATA/ 250 sender <rcpt87656470ee577117f 9443abc9858dc245fc564f0-5@rpost.net> ok250 recipient <wrotepique weight@yahoo.com> ok354 go ahead156591-22007719201858148@trans1.els rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"<876 56470EE577117F9443ABC9858DC245FC564F0-5read@rpost.net>/ Reply-To: '' ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "avraam02@yahoo.com" <avraam02@yahoo.com>, "canvasfaintdiseased@yahoo.com"<canvas faintdiseased@yahoo.com>, "maneflauntaloud25@yahoo.com" <manefla untaloud25@yahoo.com>, "undoblewsolebeside@yahoo.com" <undoblews olebeside@yahoo.com>/ CC: "'ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com >/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>/ Sender: Elster J@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com"<87656 470EE577117F9443ABC9858DC245FC564F0-5read@rpost.net>/ X-Confirm-Rea ding-to: "ElsterJ@gtlaw.com"<87656470EE577117F9443ABC9858DC245FC564 F0-5read@rpost.net>/ XRPost-ID: 87656470EE577117F9443ABC9858DC245FC 564F0/ To: "wrotepiqueweight@yahoo.com" <wrotepiqueweight@yahoo.com >/ Subject: (R)egistered: Service of Legal Process Pursuant to Court Order / Sending Message Body / 250 ok dirdel/ /

You should keep an electronic copy of this receipt, together with all of its attachments, for your records. Note that the Registered E-mail® service does not retain any copy of your e-mail or this receipt. You should not rely on the information in this receipt until you have authenticated this receipt. General terms and conditions of service are available upon request by e-mail from info@rpost.com or within the RPost Legal Notice.

An RPost Service RPost

RcptVer6.0



# RECEIPT AUTHENTICATION™

PROOF OF SENDING, DELIVERY AND CONTENT™

RPOST® REGISTERED E-MAIL™

The receipt you have submitted to our system is valid and proves the delivery results displayed below.

**\*\* A copy of the original message is attached. \*\***

## Delivery Status

| Address | Status | Details | Delivered (UTC) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| avraam02@yahoo.com | Delivered to Mailserver | Delivered to f.mx.mail.yahoo.com | 7/9/2007 8:40:20 PM | 7/9/2007 3:40:20 PM (-500) | |
| canvasfaintdiseased@yahoo.com | Delivered to Mailserver | Delivered to g.mx.mail.yahoo.com | 7/9/2007 8:40:15 PM | 7/9/2007 3:40:15 PM (-500) | |
| maneflauntaloud25@yahoo.com | Delivered to Mailserver | Delivered to c.mx.mail.yahoo.com | 7/9/2007 8:40:55 PM | 7/9/2007 3:40:55 PM (-500) | |
| undoblewsolebeside@yahoo.com | Delivered to Mailserver | Delivered to d.mx.mail.yahoo.com | 7/9/2007 8:41:32 PM | 7/9/2007 3:41:32 PM (-500) | |
| wrotepiqueweight@yahoo.com | Delivered to Mailserver | Delivered to c.mx.mail.yahoo.com | 7/9/2007 8:41:03 PM | 7/9/2007 3:41:03 PM (-500) | |

## Message Envelope

| | |
|---|---|
| **FROM:** | ElsterJ@gtlaw.com<ElsterJ@gtlaw.com> |
| **SUBJECT:** | Service of Legal Process Pursuant to Court Order |
| | avraam02@yahoo.com |
| | canvasfaintdiseased@yahoo.com |

7/10/2007

TO: maneflauntaloud25@yahoo.com
undoblewsolebeside@yahoo.com
wrotepiqueweight@yahoo.com

CC:

BCC:

Network ID: <63B2236C0827984A87B8F5DA27CA5230658EEAD@CHI-EXCH01.gtlaw.com>

Received: 7/9/2007 8:18:51 PM(UTC)

Client Code:

**Note: This message has Digital Seal(SM) protection.**

| Message ID | File size |
|---|---|
| 96C73526D75E47B7F294F61E8B0530E8307F2741 | 4757269 |

**Attachments**

| File name | File size |
|---|---|
| Exhibit 5 to Memo Support PI.pdf | 1765743 |
| Exhibit 4 to Memo Support PI.pdf | 1705157 |

**Delivery Audit Trail**

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 07/09/07 13:39:59 Opening Socket./ Connecting to: f.mx.mail.yahoo.com/ 220 mta348.mail.mud.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta348. mail.mud.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FROM:<rcpt96c73526D75E47B7F294F61E8B0530E8307F2741-1@rpost.net& gt:/ RCPT TO:<avraam02@yahoo.com>/ DATA/ 250 sender <rcpt96c7 3526d75e47b7f294f61e8b0530e8307f2741-1@rpost.net> ok250 recipient & lt.avraam02@yahoo.com> ok354 go ahead1124521-22007719203995920@tran s1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"& lt;96C73526D75E47B7F294F61E8B0530E8307F2741-1read@rpost.net>/ Reply - To: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "canvasfaintdi seased@yahoo.com" <avrasfaintdiseased@yahoo.com>, "maneflauntal oud25@yahoo.com" <maneflauntaloud25@yahoo.com" <undoblewsolebes ide@yahoo.com" <undoblewsolebeside@yahoo.com>, "wrotepiqueweight @yahoo.com" <wrotepiqueweight@yahoo.com>/ CC: "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw. com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To: "Elst erJ@gtlaw.com"<96C73526D75E47B 7F294F61E8B0530E8307F2741-1read@rpost.net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<96C73526D75E47B 7F294F61E8B0530E8307F2741-1read@rpost.net>/ XRPost-ID: 96C73526D75E 47B7F294F61E8B0530E8307F2741/ To:. "avraam02@yahoo.com" <avraam02@ya hoo.com>/ Subject: (R)egistered: Service of Legal Process Pursuant to Court Order / Sending Message Body./ 250 ok dirdel//

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 Catch you later/ 07/09/0 7 13:39:47 Opening Socket./ Connecting to: g.mx.mail.yahoo.com/ 220 mta474.mail.mud.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.r post.net/ 250-mta474.mail.mud.yahoo.com/ 250-8BITMIME/ 250-SIZE 319815 68/ 250 PIPELINING/ MAIL FROM:<rcpt96c73526D75E47B7F294F61E8B0530E8 307F2741-2@rpost.net>/ RCPT TO:<canvasfaintdiseased@yahoo.com> ./ DATA/ 250 sender <rcpt96c73526d75e47b7f294f61e8b0530e8307f2741-2 @rpost.net> ok250 recipient <canvasfaintdiseased@yahoo.com> o k354 go ahead247813-

7/10/2007

2200771920394791 7@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To:
"ElsterJ@gtlaw.com"<96C73526D75E47B7F294F61E 8B0530E8307F2741-2read@rpost.net>/ Reply-To:
"ElsterJ@gtlaw.com"<.:ElsterJ@gtlaw.com>/ TO: "avraam02@yahoo.co m>,
"maneflauntaloud25@yahoo.com" <maneflauntaloud25@yahoo.com&g t;, "undoblewsolebeside@yahoo.com"
<undoblewsolebeside@yahoo.com>..: "wrotepiqueweight@yahoo.com" <wrotepiqueweight@yahoo.com>/ CC:
"ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.c om>/ Sender: ElsterJ@gtlaw.com>/
Disposition-No tification-To: "ElsterJ@gtlaw.com" <96C73526D75E47B7F294F61E8B0530E8 307F2741-2read@rpost.net>/
X-Confirm-Reading-to: "ElsterJ@gtlaw.com" <96C73526D75E47B7F294F61E8B0530E8307F2741-2read@rpost.net>/
ost-ID: 96C73526D75E47B7F294F61E8B0530E8307F2741/ To: "canvasfaintdise ased@yahoo.com"
<canvasfaintdiseased@yahoo.com>/ Subject: (R)egi stered: Service of Legal Process Pursuant to Court Order / Sending
Mes sage Body / 554 delivery error: dd This user doesn't have a yahoo.com account (canvasfaintdiseased@yahoo.com) [0]
- mta474.mail.mud.yahoo.c om/ QUIT/ 221 mta474.mail.mud.yahoo.com/

RPost.vers 3.0 Patented 6, 0, 3/ QUIT/ 221 bay0-mc7-f18.bay0.hotmail.com Service closing transmission channel/
07/09/07 13.39.47 Openin g Socket/ Connecting to: c.mx.mail.yahoo.com/ 220 mta223.mail.re3.yah oo.com ESMTP YSmtp
service ready/ EHLO trans1.els.rpost.net/ 250-mta22 3.mail.re3.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250
PIPELINING/ MAIL FROM:<rcpt96C73526D75E47B7F294F61E8B0530E8307F2741-3@rpost.ne t>/ RCPT
TO:<maneflauntaloud25@yahoo.com>/ DATA/ 250 sender & lt:rcpt96C73526D75e47b7f294f61e8b0530e8307f2741-
3@rpost.net> ok250 recipient <maneflauntaloud25@yahoo.com> ok354 go ahead29741 54-22
00771920394816 7@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To:
"ElsterJ@gtlaw.com"<96C73526D75E47B7F294F61E8B0530E8307F2741-3read@ rpost.net>/ Reply-To:
"ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "avraam02@yahoo.com" <avraam02@yahoo.com>, "canvasfaintdise
ased@yahoo.com" <canvasfaintdiseased@yahoo.com>, "undoblewsolebe side@yahoo.com"
<undoblewsolebeside@yahoo.com>, "wrotepiqueweigh t@yahoo.com" <wrotepiqueweight@yahoo.com>/ CC:
"ElsterJ@gtlaw.co m" <ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/
Disposition-Notification-To: "Els terJ@gtlaw.com"<96C73526D75E47B7F294F61E8B0530E8307F2741-3read@rpos t.net>/
X-Confirm-Reading-to: "ElsterJ@gtlaw.com" <96C73526D75E47 B7F294F61E8B0530E8307F2741/ To: "maneflauntaloud25@yahoo.com" <m
aneflauntaloud25@yahoo.com>/ Subject: (R)egistered: Service of Lega l Process Pursuant to Court Order / Sending
Message Body / 250 ok dir del/ /

RPost.vers 3.0 Patented 6, 0, 3, 3/ 07/09/07 13.40.00 Opening Socket/ Connecting to: d.mx.mail.yahoo.com/ 220
mta219.mail.re4.yahoo.com E SMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta219.mail.r e4.yahoo.com/
250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FR
OM:<rcpt96C73526D75E47B7F294F61E8B0530E8307F2741-4@rpost.net> / R CPT
TO:<undoblewsolebeside@yahoo. com>/ DATA/ 250 sender<rcpt 96C73526d75e47b7f294f61e8b0530e8307f2741-
4@rpost.net> ok250 recipie nt <undoblewsolebeside@yahoo.com> ok354 go ahead31607137-2200771
920404823@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "Elste
rJ@gtlaw.com"<96C73526D75E47B7F294F61E8B0530E8307F2741-4read@rpost. net>/ Reply-To:
"canvasfaintdiseased@y ahoo.com"/ TO" "avraam02@yahoo.com>, "maneflauntaloud25@yahoo.com>,
"maneflauntaloud25@yahoo.com", "canvasfaintdiseased@yahoo. com" <canvasfaintdiseased@yahoo.com>,
"ElsterJ@gtlaw.com", "wrotepiqueweight@yahoo. com" <wrotepiqueweight@yahoo.com>/ CC:
Disposition-Notification-To: "ElsterJ@gtl aw.com"<96C73526D75E47B7F294F61E8B0530E8307F2741-4read@rpost.net>:/
X-Confirm-Reading-to: "ElsterJ@gtlaw.com" <E lsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/
XRPost-ID: 96C73526D75E47B7F29 4F61E8B0530E8307F2741/ To: "undoblew
solebeside@yahoo.com" <undoblew solebeside@yahoo.com>/ Subject: (R)egistered: Service of Legal Proc ess Pursuant to Court Order / Sending Message
Body / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ 07/09/07 13:39:59 Opening Socket / Connecting to: c.mx.mail.yahoo.com/ 220
mta227.mail.re3.yahoo.com E SMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta227.mail.re3.yahoo.com/
250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FR
OM:<rcpt96c73526D75E47B7F294F61E8B0530E8307F2741-5@rpost.net>/ R CPT TO:<wrotepiqueweight@yahoo.com>/
DATA/ 250 sender <rcpt96c73526d75e47b7f294f61e8b0530e8307f2741-5@rpost.net> ok250 recipient
<wrotepiqueweight@yahoo.com> ok354 go ahead17714119-2200771920 3959761@trans1.els.rpost.netX-Priority: 3/
Return-Receipt-To: "ElsterJ@gtlaw.com"<96C73526D75E47B7F294F61E8B0530E8307F2741-5read@rpost.net >/ Reply-
To: "'ElsterJ@gtlaw.com'"<ElsterJ@gtlaw.com>/ TO: "avr aam02@yahoo.com" <avraam02@yahoo.com>,
"canvasfaintdiseased@yaho o.com" <canvasfaintdiseased@yahoo.com>, "maneflauntaloud25@yahoo.com"
"manefiauntaloud25@yahoo.com>, "undoblewsolebeside@yahoo.c om" <undoblewsolebeside@yahoo.com>/ CC:
"ElsterJ@gtlaw.com'" < ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>:/ Sender:
ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gt
law.com"<96C73526D75E47B7F294F61E8B0530E8307F2741-5read@rpost.net&g t/ X-Confirm-Reading-to:
"ElsterJ@gtlaw.com"<96C73526D75E47B7F294F 61E8B0530E8307F2741-5read@rpost.net>/ XRPost-ID:
96C73526D75E47B7F2 94F61E8B0530E8307F2741/ To: "wrotepiqueweight@yahoo.com" <wrotepiqu
eweight@yahoo.com>/ Subject: (R)egistered: Service of Legal Process Pursuant to Court Order / Sending Message Body. /
250 ok dirdel/ /

You should keep an electronic copy of this receipt, together with all of its attachments, for your records. Note that the Registered E-mail® service does not retain any copy of your e-mail or this receipt. You should not rely on the information in this receipt until you have authenticated this receipt. General terms and conditions of service are available upon request by e-mail from info@rpost.com or within the RPost Legal Notice.

An RPost Service ℝPost

RptVer6.0

# RECEIPT AUTHENTICATION™

PROOF OF SENDING, DELIVERY AND CONTENT™

RPOST® REGISTERED E-MAIL®

The receipt you have submitted to our system is valid and proves the delivery results displayed below.

## ** A copy of the original message is attached. **

### Delivery Status

| Address | Status | Details | Delivered (UTC) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| avraam02@yahoo.com | Delivered to Mailserver | Delivered to b.mx.mail.yahoo.com | 7/9/2007 10:31:07 PM | 7/9/2007 5:31:07 PM (-500) | |
| canvasfaintdiseased@yahoo.com | Delivered to Mailserver | Delivered to c.mx.mail.yahoo.com | 7/9/2007 10:31:11 PM | 7/9/2007 5:31:11 PM (-500) | |
| maneflauntaloud25@yahoo.com | Delivered to Mailserver | Delivered to e.mx.mail.yahoo.com | 7/9/2007 10:31:02 PM | 7/9/2007 5:31:02 PM (-500) | |
| undoblewsolebeside@yahoo.com | Delivered to Mailserver | Delivered to e.mx.mail.yahoo.com | 7/9/2007 10:31:00 PM | 7/9/2007 5:31:00 PM (-500) | |
| wrotepiqueweight@yahoo.com | Delivered to Mailserver | Delivered to a.mx.mail.yahoo.com | 7/9/2007 10:30:51 PM | 7/9/2007 5:30:51 PM (-500) | |
| ElsterJ@gtlaw.com | Opened | HTTP | 7/9/2007 10:26:20 PM | 7/9/2007 5:26:20 PM (-500) | 7/9/2007 5:26:41 PM(-500) |

### Message Envelope

**FROM:** ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>

**SUBJECT:** Service of Legal Process Pursuant to Court Order

7/10/2007

|  |  |
|---|---|
| TO: | avraam02@yahoo.com<br>canvasfaintdiseased@yahoo.com<br>maneflauntaloud25@yahoo.com<br>undoblewsolebeside@yahoo.com<br>wrotepiqueweight@yahoo.com |
| CC: | ElsterJ@gtlaw.com |
| BCC: |  |
| Network ID: | <63B2236C08279846A87B8F5DA27CA5230658EEB7@CHI-EXCH01.gtlaw.com> |
| Received: | 7/9/2007 10:24:32 PM(UTC) |
| Client Code: |  |

**Note: This message has Digital Seal(SM) protection.**

| Message ID | File size |
|---|---|
| 42F9DF4D85690FC00ADF520AF0BCA1D52921D7E2 | 4757094 |

**Attachments**

| File name | File size |
|---|---|
| Exhibit 5 to Memo Support PI.pdf | 1765743 |
| Exhibit 4 to Memo Support PI.pdf | 1705157 |

**Delivery Audit Trail**

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 Bye/ 07/09/07 15:30:21 Opening Socket./ Connecting to: b. mx.mail.yahoo.com/ 220 mta178.mail. re3.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 25 0- mta178.mail.re3.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPE LINING/ MAIL FROM:<rcpt42F9DF4D85690FC00ADF520AF0BCA1D52921D7E2-1@r post.net>/ RCPT TO:<avraam02@yahoo.com>/ DATA/ 250 sender < .rcpt42f9df4d85690fc00adf520af0bca1d52921d7e2-1@rpost.net> ok250 re cipient <avraam02@yahoo.com> ok354 go ahead15555186-22007719 2230 24665@trans1.els.rpost.netX-Priority: 3/ Return- Receipt-To: "ElsterJ@g tlaw.com"<42F9DF4D85690FC00ADF520AF0BCA1D52921D7E2/ TO: "can vasfaintdiseased@yahoo.com" <canvasfaintdiseased@yahoo.com>, "ma neflauntaloud25@yahoo.com<maneflauntaloud25@yahoo.com>, "undob lewsolebeside@yahoo.com" <undoblewsolebeside@yahoo.com>, "wrotep iqueweight@yahoo.com" <wrotepiqueweight@yahoo.com>/ CC: "ElsterJ @gtlaw.com" <ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com<Elst erJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification- To: "ElsterJ@gtlaw.com"<42F9DF4D85690FC00ADF520AF0BCA1D52921D7E2- 1read@rpost.net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<42F9D F4D85690FC00ADF520AF0BCA1D52921D7E2- 1read@rpost.net>/ XRPost-ID: 42 F9DF4D85690FC00ADF520AF0BCA1D52921D7E2/ To: "avraam02@yahoo.com" <a vraam02@yahoo.com>/ Subject: (R)egistered: Service of Legal Process Pursuant to Court Order / Sending Message Body. / 250 ok dirdel /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 421 mail221-blu.bigfish.com Error: timeout exceeded/ 07/09/07 15:30:26 Opening Socket./ Connecti ng to: c.mx.mail.yahoo.com/ 220 mta277.mail.re4.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta277.mail.re4.yahoo.co m/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL

7/10/2007

FROM:<rcpt 42F9DF4D85690FC00ADF520AF0BCA1D52921D7E2-2@rpost.net>/ RCPT TO:< canvasfaintdiseased@yahoo.com>/ DATA/ 250 sender <rcpt42f9df4d85 690fc00adf520af0bca1d52921d7e2-2@rpost.net> ok250 recipient <can vasfaintdiseased@yahoo.com> ok354 go ahead1007143-2200771922302724@ trans1.els.rpost.net>-Priority-. 3/ Return-Receipt-To: "ElsterJ@gtlaw.c om" <42F9DF4D85690FC00ADF520AF0BCA1D52921D7E2-2read@rpost.net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com>/ Sender: Elster J@gtlaw.com> Disposition-Notification-To: "ElsterJ@gtlaw.com"<4 2F9DF4D85690FC00ADF520AF0BCA1D52921D7E2-2read@rpost.net>/ XRPost-ID: 42F9DF4D85690FC00ADF520AF0BCA1D529 21D7E2-2read@rpost.net>/ To: "canvasfaintdiseased@yahoo.com" <canvasfaintdiseased @yahoo.com>/ Subject: (R)egistered: Service of Legal Process Pursua nt to Court Order / Sending Message Body / 554 delivery error: dd Thi s user doesn't have a yahoo.com account (canvasfaintdiseased@yahoo.com) [0] - mta277.mail.re4.yahoo.com/ QUIT/ 221 mta277.mail.re4.yahoo.com /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 421 mail254-blu.bigfish.com Error: timeout exceeded/ 07/09/07 15.30.21 Opening Socket./ Connecti ng to: e.mx.mail.yahoo.com/ 220 mta369.mail.re4.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta369.mail.re4.yahoo.co m/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FROM <rcpt 42F9DF4D85690FC00ADF520AF0BCA1D52921D7E2-3@rpost.net>/ RCPT TO:< maneflauntaloud25@yahoo.com>/ DATA/ 250 sender <rcpt42f9df4d8569 0fc00adf520af0bca1d52921d7e2-3@rpost.net> ok250 recipient <manef launtaloud25@yahoo.com> ok354 go ahead24278298-2200771922302447 7@tr ans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com" <42F9DF4D85690FC00ADF520AF0BCA1D52921D7E2-3read@rpost.net>/ Rep ly-To: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "avraam02@yah oo.com" <avraam02@yahoo.com>, "undoblewsolebeside@yahoo.com" &I t;undoblewsolebeside@yahoo.com>, "wrotepiqueweight@yahoo.com>/ CC: "ElsterJ@gtlaw.com" <ElsterJ@gtl aw.com>/ From: ElsterJ@gtlaw.com>ElsterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com"<42F9DF4D85690FC00ADF520AF0BCA1D5 2921D7E2/ To: 3read@rpost.net>/ XRPost-ID: 42F9DF4D85690FC00ADF520AF0BCA1D52921D7E2/ To: "manef launtaloud25@yahoo.com" <maneflauntaloud25@yahoo.com>/ Subject: (R)egistered: Service of Legal Process Pursuant to Court Order / Sending Message Body / 250 ok dirdeil /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 421 mail78-blu.bigfish.com E rror: timeout exceeded/ 07/09/07 15.30.26 Opening Socket./ Connecti ng to: e.mx.mail.yahoo.com/ 220 mta141.mail.re4.yahoo.com ESMTP YSmtp s ervice ready/ EHLO trans1.els.rpost.net/ 250-mta141.mail.re4.yahoo.co m/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FROM <rcpt4 2F9DF4D85690FC00ADF520AF0BCA1D52921D7E2-4@rpost.net>/ RCPT TO:<u ndoblewsolebeside@yahoo.com>/ DATA/ 250 sender <rcpt42f9df4d85690 fc00adf520af0bca1d52921d7e2-4@rpost.net> ok354 go ahead2241448-2200771922302691 5@tr ans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com" <42F9DF4D85690FC00ADF520AF0BCA1D52921D7E2-4read@rpost.net>/ Rep ly-To: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "avraam02@yah oo.com" <avraam02@yahoo.com>, "maneflauntaloud25@yahoo.com> <. maneflauntaloud25@yahoo.com>, "wro tepiqueweight@yahoo.com>/ CC: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com>ElsterJ@gtlaw.com>/ Sender: El sterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com"<42F9DF4D85690FC00ADF520AF0BCA1D529 21D7E2- 4read@rpost.net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<42F9DF4D85690FC00ADF520AF0BCA1D529 21D7E2- 4read@rpost.net>/ XRPost-ID: 42F9DF4D85690FC00ADF520AF0BCA1D 52921D7E2/ To:

"undoblewsolebeside@yahoo.com" <undoblewsolebeside@yahoo.com>/ Subject: (R)egistered: Service of Legal Process Pursuant to Court Order / Sending Message Body. / 250 ok Mon Jul 9 15:31:00 2 007: qr 9134474, qr 0//

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 2.0.0 webhost1.uniqsys.c om closing connection 07/09/07 15:30.21 Opening Socket / Connecting to: a mx mail.yahoo.com/ 220 mta535.mail.mud.yahoo.com ESMTP YSmtp se rvice ready/ EHLO trans1 els.rpost.net/ 250-mta535.mail.mud.yahoo.com/250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FROM:<rcpt42 F9DF4D85690FC00ADF520AF0BCA1D52921D7E2-5@rpost.net>/ RCPT TO:<wr otepiqueweight@yahoo.com>/ DATA/ 250 sender <rcpt42f9df4d85690fc 00adf520af0bca1d52921d7e2-5@rpost net> ok250 recipient <wrotepiq ueweight@yahoo.com> ok354 go ahead28986545-220077192230246 65@trans1 els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"< ,42F9DF4D85690FC00ADF520AF0BCA1D52921D7E2-5read@rpost.net>/ Reply-T o: "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com" <undob lewsolebeside@yahoo.com>/ CC: "ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>/ Sender: El sterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com"<4 2F9DF4D85690FC00AF0BCA1D52921D7E2-5read@rpost.net>/ X-Confirm –Reading-to: "ElsterJ@gtlaw.com"<42F9DF4D85690FC00ADF520AF0BCA1D529 21D7E2-5read@rpost.net>/ XRPost-ID: 42F9DF4D85690FC00ADF520AF0BCA1D 52921D7E2/ To: "wrotepiqueweight@yahoo.com" <wrotepiqueweight@yahoo com>/ Subject: (R)egistered: Service of Legal Process Pursuant to Court Order / Sending Message Body. / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 Bye/ 07/09/07 15:25.52 Opening Socket / Connecting to: mx1.gtlaw.com/ 220 MX1 GTLAW.COM ESMT P / EHLO trans1.els.rpost.net/ 250-MX1.GTLAW.COM/ 250-PIPELINING/ 250- SIZE 28866663/ 250-ETRN/ 250-STARTTLS/ 250 8BITMIME/ MAIL FROM:<rcp t42F9DF4D85690FC00ADF520AF0BCA1D5 29 21D7E2-6read@rpost.net>/ RCPT TO:<,ElsterJ@gtlaw.com>/ DATA/ 250 Ok250 Ok354 End data with <CR> <LF>.<CR><LF>/10035184-22007719 22255343@trans1 els.rp ost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"<42F9DF 4D85690FC00ADF520AF0BCA1D52921D7E2-6read@rpost net> Reply-To: "Els terJ@gtlaw.com>/ TO: "avraam02@yahoo.com"< ,avraam02@yahoo.com>, "canvasfaintdiseased@yahoo.com" "canvasfai ntdiseased@yahoo.com", "manefIauntaloud25@yahoo.com" <manefIaunt aloud25@yahoo.com>, "undoblewsole beside@yahoo.com>/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>/ Sen der: ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.co m"<42F9DF4D85690FC00ADF520AF0BCA1D52921D7E2-6read@rpost.net>/ X- Confirm–Reading-to: "ElsterJ@gtlaw.com"<42F9DF4D85690FC00ADF520AF0B CA1D52921D7E2-6read@rpost.net>/ XRPost-ID: 42F9DF4D85690FC00ADF520A F0BCA1D52921D7E2/ To: "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com>/ Subj ect: (R)egistered: Service of Legal Process Pursuant to Court Order / Sending Message Body. / 250 Ok: queued as 41C94BD04G/ /

<b>Opened from IP 66.151.14.170/ </b><br>/ Conn ection: Keep-Alive/ Via: 1,1 CHI-ISA1/ Accept: /*/ Accept-Encoding: g zip, deflate/ Accept-Language: en-us/ Host: open.rpost.net/ User-Agent: Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; SV1;. NET CLR 1.1.4322; InfoPath.1;. NET CLR 2.0.50727)/ LM/W3SVC/1/RootC \open\br ><br><br><br>CGI/1.1off<br>1/LM/ W3SVC/1<br>10.0.0.198/Rpost.aspxC:\open\Rpost.aspx404/http://ope n.rpost.net42F9DF4D85690FC00ADF520AF0BCA1D52921D7E2-6, 89182A0D70E3E39 1049CA343E1DF9EB4E6AE33A7/rpost.gif<br>66,151.14.17066,151.14.17 058265GET<br>/Rpost.aspxopen.rpost.net800<br>HTTP/1.0Micro soft-IIS/5.0/Rpost.aspxKeep-Alive<br>1,1 CHI-ISA1*/gzip, deflat een-us<br>open.rpost.netMozilla/4.0 (compatible; MSIE 6.0; Windo ws NT 5.1; SV1;. NET CLR 1.1.4322; InfoPath.1;. NET CLR 2.0.50727)/ /

You should keep an electronic copy of this receipt, together with all of its attachments, for your records. Note that the Registered E-mail® service does not retain any copy of your e-mail or this receipt. You should not rely on the information in this receipt until you have authenticated this receipt. General terms and conditions of service are available upon request by e-

Page 5 of 5

mail from info@rpost.com or within the RPost Legal Notice.

An RPost Service

RcptVer6.0

7/10/2007

# RECEIPT AUTHENTICATION™

PROOF OF SENDING, DELIVERY AND CONTENT™

RPOST® REGISTERED E-MAIL®

The receipt you have submitted to our system is valid and proves the delivery results displayed below.

** A copy of the original message is attached. **

## Delivery Status

| Address | Status | Details | Delivered (UTC) | Delivered (local) | Opened (local) |
|---------|--------|---------|-----------------|-------------------|----------------|
| avraam02@yahoo.com | Delivered to Mailserver | Delivered to c.mx.mail.yahoo.com | 7/9/2007 8:34:33 PM | 7/9/2007 3:34:33 PM (-500) | |
| canvasfaintdiseased@yahoo.com | Delivered to Mailserver | Delivered to f.mx.mail.yahoo.com | 7/9/2007 8:33:40 PM | 7/9/2007 3:33:40 PM (-500) | |
| maneflauntaloud25@yahoo.com | Delivered to Mailserver | Delivered to d.mx.mail.yahoo.com | 7/9/2007 8:37:43 PM | 7/9/2007 3:37:43 PM (-500) | |
| undoblewsolebeside@yahoo.com | Delivered to Mailserver | Delivered to e.mx.mail.yahoo.com | 7/9/2007 8:33:52 PM | 7/9/2007 3:33:52 PM (-500) | |
| wrotepiqueweight@yahoo.com | Delivered to Mailserver | Delivered to a.mx.mail.yahoo.com | 7/9/2007 8:33:43 PM | 7/9/2007 3:33:43 PM (-500) | |
| ElsterJ@gtlaw.com | Opened | HTTP | 7/9/2007 8:24:22 PM | 7/9/2007 3:24:22 PM (-500) | 7/9/2007 3:24:49 PM (-500) |

## Message Envelope

**FROM:** ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>

**SUBJECT:** Service of Legal Process Pursuant to Court Order

7/10/2007

| TO: | avraam02@yahoo.com<br>canvasfaintdiseased@yahoo.com<br>maneflauntaloud25@yahoo.com<br>undoblewsolebeside@yahoo.com<br>wrotepiqueweight@yahoo.com |
| CC: | ElsterJ@gtlaw.com |
| BCC: | |
| Network ID: | <63B2236C08279846A87B8F5DA27CA5230658EEAE@CHI-EXCHO1.gtlaw.com> |
| Received: | 7/9/2007 8:22:09 PM(UTC) |
| Client Code: | |

Note: This message has Digital Seal(SM) protection.

| Message ID | File size |
| --- | --- |
| 13138DBFAD3E83ECCE694DED0D84F5C26830A1A5 | 4204104 |

**Attachments**

| File name | File size |
| --- | --- |
| Exhibit 7 - sealed.pdf | 2413349 |
| Exhibit 6 to Memo Support Pl.pdf | 655455 |

**Delivery Audit Trail**

RPost vers 3.0 Patented 6, 0, 3/ QUIT/ 07/09/07 13:33:16 Opening Socket / Connecting to: c.mx.mail.yahoo.com/ 220 mta222.mail.re3.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta222. mail.re3.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ M AIL FROM:<rcpt13138DBFAD3E83ECCE694DED0D84F5C26830A1A5-1@rpost.net& gt/ RCPT TO:<avraam02@yahoo.com>/ DATA/ 250 sender <rcpt1313 8dbfad3e83ecce694ded0d84f5c26830a1a5-1@rpost.net> ok250 recipient & lt;avraam02@yahoo.com> ok354 go ahead15170113-22007719203322608@tra ns1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com" <13138DBFAD3E83ECCE694DED0D84F5C26830A1A5-1read@rpost.net>/ Repl y-To: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "canvasfaintd iseased@yahoo.com", "canvasfaintd iseased@yahoo.com", "maneflaunta loud25@yahoo.com", <maneflaunta loud25@yahoo.com>, "wrotepiqueweigh t@yahoo.com" "undoblewsolebe side@yahoo.com", <undoblewsolebe side@yahoo.com>, "wrotepiqueweigh t@yahoo.com"<wrotepiqueweight@yahoo.com>/ CC: "ElsterJ@gtlaw.co m" <ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To: "Els terJ@gtlaw.com"<13138DBFAD3E83 ECCE694DED0D84F5C26830A1A5-1read@rpos t.net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<13138DBFAD3E83 ECCE694DED0D84F5C26830A1A5-1read@rpost.net>/ XRPost-ID: 13138DBFAD3 E83ECCE694DED0D84F5C26830A1A5/ To: "avraam02@yahoo.com" <avraam02@y ahoo.com>/ Subject: (Re)gistered: Service of Legal Process Pursuant to Court Order / Sending Message Body / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3/ QUIT/ 07/09/07 13:33:21 Opening Socket / Connecting to: f.mx.mail.yahoo.com/ 220 mta312.mail.mud.yahoo com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta312. mail.mud.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ M AIL

FROM <rcpt13138DBFAD3E83ECCE694DED0D84F5C26830A1A5-2@rpost.net& gt;/ RCPT TO: <canvasfaintdiseased@yahoo.com>/ DATA/ 250 sender & lt;rcpt13138dbfad3e83ecce694ded0d84f5c26830a1a5-2207771920332322858@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-T o: "ElsterJ@gtlaw.com"<13138DBFAD3E83ECCE694DED0D84F5C26830A1A5-2re ad@rpost.net>/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com&g t/ TO: "avraam02@yahoo.com" <avraam02@yahoo.com>, "maneflauntal oud25@yahoo.com" <maneflauntaloud25@yahoo.com>, "undoblewsolebes ide@yahoo.com" <undoblewsolebeside@yahoo.com>/ CC: "ElsterJ@gtlaw.com" "wrotepiqueweight@yahoo.com" <wrotepiqueweight@yahoo.com>/ CC: "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To: "Elst erJ@gtlaw.com"<13138DBFAD3E83ECCE694DED0D84F5C26830A1A5-2read@rpost net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<13138DBFAD3E83E CCE694DED0D84F5C26830A1A5-2read@rpost 2read@rpost.net>/ XRPost-ID: 13138DBFAD3E 83ECCE694DED0D84F5C26830A1A5/ To: "canvasfaintdiseased@yahoo.com" < canvasfaintdiseased@yahoo.com>/ Subject: (R)egistered: Service of L egal Process Pursuant to Court Order / Sending Message Body / 554 del ivery error: del This user doesn't have a yahoo.com account (canvasfain tdiseased@yahoo.com) [0] - mta312.mail.mud.yahoo.com/ QUIT/ 221 mta312 mail.mud.yahoo.com/

RPost vers 3.0 Patented 6, 0, 3/ 07/09/07 13:33:15 Opening Socket / Connecting to: d.mx.mail.yahoo.com/ 220 mta233.mail.re4.yahoo.com E SMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta233.mail.r e4.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FR OM:<rcpt13138DBFAD3E83ECCE694DED0D84F5C26830A1A5-3@rpost.net>/ R CPT TO:<maneflauntaloud25@yahoo.com>/ DATA/ 250 sender <rcpt1 3138bfad3e83ecce694ded0d84f5c26830a1a5-3@rpost.net> ok354 go ahead17451132-220077192 03324905@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "Elster J@gtlaw.com"<13138DBFAD3E83ECCE694DED0D84F5C26830A1A5-3read@rpost.n et>/ Reply-To: "ElsterJ@gtlaw.com"<avraam02@yahoo.com>. "canvasfaintdiseased@ya hoo.com"<canvasfaintdiseased@yahoo.com>, "undoblewsolebeside@yahoo.com" <undoblewsolebeside@ya hoo.com" "undoblewsolebeside@ya hoo.com", "wrotepiqueweight@yahoo.com" <wrotepiqueweight@yahoo com" "wrotepiqueweight@yahoo.com>/ CC: "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gt law.com"<13138DBFAD3E83ECCE694DED0D84F5C26830A1A5-3read@rpost.net& gt/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<13138DBFAD3E83ECCE 694DED0D84F5C26830A1A5-3read@rpost.net>/ XRPost-ID: 13138DBFAD3E83ECCE 694DED0D84F5C26830A1A5/ To: "maneflauntaloud25@yahoo.com" <manefla untaloud25@yahoo.com>/ Subject: (R)egistered: Service of Legal Proce ss Pursuant to Court Order / Sending Message Body. / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ 07/09/07 13:33:22 Opening Socket / Connecting to: e.mx.mail.yahoo.com/ 220 mta115.mail.re4.yahoo.com E SMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta115.mail.r e4.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FR OM:<rcpt13138DBFAD3E83ECCE694DED0D84F5C26830A1A5-4@rpost.net>/ R CPT TO:<undoblewsolebeside@yahoo.com>/ DATA/ 250 sender <rcpt 13138bfad3e83ecce694ded0d84f5c26830a1a5-4@rpost.net> ok354 go ahead2951123-22007719 203323233@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "Elste rJ@gtlaw.com"<13138DBFAD3E83ECCE694DED0D84F5C26830A1A5-4read@rpost. net>/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "avraam02@yahoo.com" <avraam02@yahoo.com>, "maneflauntaloud25@yahoo.com" <maneflauntaloud25@yahoo.com>/ CC: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtl aw.com"<E lsterJ@gtlaw.com>/ <13138DBFAD3E83ECCE694DED0D84F5C26830A1A5-4read@rpost.net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<13138DBFAD3E83ECCE694D EDD0D84F5C26830A1A5-

4read@rpost.net>/ XRPost-ID: 13138DBFAD3E83ECCE6 94DED0D84F5C26830A1A5/ To: "undoblewsolebeside@yahoo.com" <undoblew solebeside@yahoo.com>/ Subject: (R)egistered: Service of Legal Proc ess Pursuant to Court Order / Sending Message Body / 250 ok dirdel /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 closing connection. Good bye!/ 07/09/07 13.33:15 Opening Socket./ Connecting to: a. mx.mail.ya hoo.com/ 220 mta522.mail.mud.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta522.mail.mud.yahoo.com 25 0-8BITMIME/ 25 0-SIZE 31981568/ 250 PIPELINING/ MAIL FROM:<rcpt13138DBFAD3E83ECCE6 94DED0D84F5C26830A1A5-6@rpost.net>/ RCPT TO:<wrotepiqueweight@ya hoo.com>/ DATA/ 250 sender <rcpt13138dbfad3e83ecce694ded0d84f5c2 6830a1a5-5@rpost.net> ok250 recipient <wrotepiqueweight@yahoo.co m> ok354 go ahead610822-22007719203321577 @trans1.els.rpost.netX- Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"<13138DBFAD3E83ECCE 694DED0D84F5C26830A1A5-5read@rpost.net>/ Reply-To: "ElsterJ@gtlaw.c om"<ElsterJ@gtlaw.com>/ TO: "avraam02@yahoo.com" <avraam02@ya hoo.com>, "canvasfaintdiseased@yahoo.com> "manefllauntaloud25@yahoo com"/ CC: "ElsterJ@gtlaw.com" <undoblewsolebeside@yahoo.com>/ Di sposition-Notification-To: "ElsterJ@gtlaw.com" <13138DBFAD3E83ECCE09 4DED0D84F5C26830A1A5- 5read@rpost.net>/ X-Confirm-Reading-to: "Elste rJ@gtlaw.com"<13138DBFAD3E83ECCE694DED0D84F5C26830A1A5/ To: "wro tepiqueweight@yahoo.com"<wrotepiqueweight@yahoo.com>/ Subject: (R)egistered: Service of Legal Process Pursuant to Court Order / Sendi ng Message Body / 250 ok dirdel /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 SERVICE CLOSING CHANNEL/ 07/09/07 13.23:56 Opening Socket./ Connecting to: mx2.gtlaw.com/ 22 0 MX2.GTLAW.COM ESMTP / EHLO trans1.els.rpost.net/ 250-MX2.GTLAW.COM/ 250- PIPELINING/ 250-SIZE 28866663/ 250-ETRN/ 250-STARTTLS/ 250 8BITMIM E/ MAIL FROM:<rcpt13138DBFAD3E83ECCE694DED0D84F5C26830A1A5-6@rpost.net>/ RCPT TO:<ElsterJ@gtlaw.com>/ DATA/ 250 0K250 Ok354 End data with <CR><LF><CR><LF>2575126-22007719202 356692@trans1.els.rpost.netX- Priority: 3/ Return-Receipt-To: "ElsterJ@ gtlaw.com"<13138DBFAD3E83ECCE694DED0D84F5C26830A1A5- 6read@rpost.net >/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "avr aam02@yahoo.com"/ <avraam02@yahoo.com>, "canvasfaintdiseased@yaho o.com" <manefllauntaloud25@yahoo.com>, "undoblewsolebeside@yahoo.c om"/ <undoblewsolebeside@yahoo.com>, "wrotepiqueweight@yahoo.com>/ From: ElsterJ@gtlaw.com> Disposition-Notification-T o: "ElsterJ@gtlaw.com"<13138DBFAD3E83ECCE694DED0D84F5C26830A1A5-6re ad@rpost.net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<13138DB FAD3E83ECCE694DED0D84F5C26830A1A5-6read@rpost.net>/ XRPost-ID: 1313 8DBFAD3E83ECCE694DED0D84F5C26830A1A5/"ElsterJ@gtlaw.com"<ElsterJ @gtlaw.com>/ Subject: (R)egistered: Service of Legal Process Pursua nt to Court Order / Sending Message Body / 250 Ok: queued as 6A2C8AF2.T5/ /

<b>Opened from IP 66.151.14.170/ </b><br>-----/ Conn ection: Keep-Alive/ Via: 1.1 CHI-ISA1/ Accept: "/"/ Accept-Encoding: g zip, deflate/ Accept-Language: en-us/ Host: open.rpost.net/ User-Agent: Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; SV1; .NET CLR 1.1 4322; InfoPath.1; .NET CLR 2.0.50727)/ ILMW3SVC/1/RootC:\open\<br >-<br><br><br>CGI/1.1off<br>1/LM/ W3SVC/1<br>10.0.0.198/Rpost.aspxC:\open\Rpost.aspx404,http:/\ope n.rpost.net/13138DBFAD3E83ECCE694DED0D84F5C26830A1A5-6_3D4DB56A7257B6A 7FDBDC2934C5551DA4390C2BD/rpost.gif<br>68.151.14.17066.151.14.17 0933 1GET<br>Rpost.aspxopen.rpost.net800<br>HTTP/1.0Micros oft-IIS/5.0/Rpost.aspxKeep-Alive<br>1.1 CHI- ISA1*/"gzip, deflate en-us<br>open.rpost.netMozilla/4.0 (compatible; MSIE 6.0; Window s NT 5.1; SV1; .NET CLR 1.1.4322; InfoPath.1; .NET CLR 2.0.50727)/ /

You should keep an electronic copy of this receipt, together with all of its attachments, for your records. Note that the Registered E-mail® service does not retain any copy of your e-mail or this receipt. You should not rely on the information in

this receipt until you have authenticated this receipt. General terms and conditions of service are available upon request by e-mail from info@rpost.com or within the RPost Legal Notice.

An RPost Service RPOST

RcptVer6.0



# RECEIPT AUTHENTICATION™

PROOF OF SENDING, DELIVERY AND CONTENT™

RPOST® REGISTERED E-MAIL™

The receipt you have submitted to our system is valid and proves the delivery results displayed below.

## ** A copy of the original message is attached. **

### Delivery Status

| Address | Status | Details | Delivered (UTC) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| avraam02@yahoo.com | Delivered to Mailserver | Delivered to a.mx.mail.yahoo.com | 7/9/2007 8:33:51 PM | 7/9/2007 3:33:51 PM (-500) | |
| canvasfaintdiseased@yahoo.com | Delivered to Mailserver | Delivered to e.mx.mail.yahoo.com | 7/9/2007 8:34:05 PM | 7/9/2007 3:34:05 PM (-500) | |
| maneflauntaloud25@yahoo.com | Delivered to Mailserver | Delivered to g.mx.mail.yahoo.com | 7/9/2007 8:33:56 PM | 7/9/2007 3:33:56 PM (-500) | |
| undoblewsolebeside@yahoo.com | Delivered to Mailserver | Delivered to c.mx.mail.yahoo.com | 7/9/2007 8:36:24 PM | 7/9/2007 3:36:24 PM (-500) | |
| wrotepiqueweight@yahoo.com | Delivered to Mailserver | Delivered to a.mx.mail.yahoo.com | 7/9/2007 8:34:06 PM | 7/9/2007 3:34:06 PM (-500) | |
| ElsterJ@gtlaw.com | Delivered to Mailserver | Delivered to mx1.gtlaw.com | 7/9/2007 8:25:42 PM | 7/9/2007 3:25:42 PM (-500) | |

### Message Envelope

**FROM:** ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>

**SUBJECT:** Service of Legal Process Pursuant to Court Order

7/10/2007

|  | avraam02@yahoo.com |
|  | canvasfaintdiseased@yahoo.com |
| **TO:** | maneflauntaloud25@yahoo.com |
|  | undoblewsolebeside@yahoo.com |
|  | wrotepiqueweight@yahoo.com |
| **CC:** | ElsterJ@gtlaw.com |
| **BCC:** | |
| **Network ID:** | <63B2236C08279846A87B8F5DA27CA5230658EEAF@CHI-EXCH01.gtlaw.com> |
| **Received:** | 7/9/2007 8:22:32 PM(UTC) |
| **Client Code:** | |

**Note: This message has Digital Seal(SM) protection.**

| Message ID | File size |
|---|---|
| 1F88D250C4AB83C60A4E0E804631FDA4ACC6C248 | 5812510 |

**Attachments**

| File name | File size |
|---|---|
| Exhibit 9 to Memo Support PI.pdf | 3423899 |
| Exhibit 8 - sealed.pdf | 818277 |

**Delivery Audit Trail**

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 closing connection. Good bye!/ 07/09/07 13:33:24 Opening Socket./ Connecting to: a mx.mail ya hoo com/ 220 mta563.mail.mud.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta563.mail.mud.yahoo.com/ 250-8BITMIME/ 25 0-SIZE 31981568/ 250 PIPELINING/ MAIL FROM:<rcpt1F88D250C4AB83C60A4 E0E804631FDA4ACC6C248-1@rpost.net>/ RCPT TO:<avraam02@yahoo.com& gt;/ DATA/ 250 sender <rcpt1f88d250c4ab83c60a4e0e804631fda4acc6c248 -1@rpost.net> ok250 recipient <avraam02@yahoo com> ok354 go a head294917-2200771920332 4686@trans1 els.rpost.netX-Priority: 3/ Return - Receipt-To: "ElsterJ@gtlaw.com"<1F88D250C4AB83C60A4E0E804631FDA4AC C6C248-1read@rpost.net>/ Reply-To: "ElsterJ@gtlaw.com"<-ElsterJ@g tlaw.com>/ TO: "canvasfaintdiseased@yahoo.com" <canvasfaintdise ased@yahoo.com>, "maneflauntaloud25@yahoo.com" <maneflauntaloud2 5@yahoo.com>, "undoblewsolebeside@yahoo.com" <undoblewsolebeside @yahoo.com>, "wrotepiqueweight@yahoo.com" <wrotepiqueweight@yaho o.com>/ CC: "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com>/ From: El sterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To: "Elst erJ@gtlaw.com"<1F88D250C4AB83C60A4E0E804631FDA4ACC6C248- 1read@rpost.net>/ XRPost-ID: 1F88D250C4AB83C60A4E0E804631FDA4ACC6C248/ To: "av raam02@yahoo.com" <avraam02@yahoo com>/ Subject: S ervice of Legal Process Pursuant to Court Order / Sending Message Body / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 closing connection. Good bye!/ 07/09/07 13:33:24 Opening Socket./ Connecting to: e.mx mail ya hoo com/ 220 mta134.mail.re4.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta134.mail.re4.yahoo.com/ 250-8BITMIME/ 25 0-SIZE 31981568/ 250 PIPELINING/ MAIL

7/10/2007

FROM:<rcpt1F88D250C4AB83C60A4 E0E804631FDA4ACC6C248-2@ yahoo.com>/ DATA/ 250 sender <rcpt1f88d250c4ab83c60a4e0e804631 fda4acc6c248-2@rpost.net> ok250 recipient <canvasfaintdiseased@ya hoo.com> ok354 go ahead722616-220077 1920332427 @trans1.els.rpost.ne tX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com" <1F88D250C4AB 83C60A4E0E804631FDA4ACC6C248-2read@rpost.net>/ Reply-To: "ElsterJ@g tlaw.com" <ElsterJ@gtlaw.com>/ TO: "avraam02@yahoo.com" <avraa m02@yahoo.com>, "maneflauntaloud25@yahoo.com" <maneflauntaloud25@ yahoo.com>, "wrotepiqueweight@yahoo.com", "undoblewsolebeside@ yahoo.com>, "wrotepiqueweight@yahoo.com" <CC: "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com>/ From: Els terJ@gtlaw.com><Sender: ElsterJ@gtlaw.com/ Di sposition-Notification-To: "ElsterJ@gtlaw.com" <1F88D250C4AB83C60A4E 0E804631FDA4ACC6C248- 2read@rpost.net>/ X-Confirm-Reading-to: "Elste rJ@gtlaw.com" <1F88D250C4AB83C60A4E0E804631FDA4ACC6C248/ To: "can vasfaintdiseased@yahoo.com" <canvasfaintdiseased@ yahoo.com>/ Sub ject: (R)egistered: Service of Legal Process Pursuant to Court Order / Sending Message Body, / 554 delivery error: dd This user doesn't have a yahoo.com account (canvasfaintdiseased@yahoo.com) [0] - mta134_mail re4.yahoo.com/ QUIT/ 221 mta134_mail re4 yahoo.com/

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 closing connection. Good bye// 07/09/07 13:33:24 Opening Socket/ Connecting to: g.mx.mail ya hoo.com/ 220 mta459 mail.mud.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta459.mail.mud.yahoo.com/ 250-0-SIZE 31981568/ 250 PIPELINING/ MAIL FROM:<rcpt1F88D250C4AB83C60A4 E0E804631FDA4ACC6C248-3@rpost.net> ok250 recipient <manefiauntaloud25@yahoo .com> ok354 go ahead1620280-220077192033514@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"<1F88D250C4AB83C 60A4E0E804631FDA4ACC6C248-3read@rpost.net>/ Reply-To: "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com>/ TO: "avraam02@ yahoo.com>, "avraam02@ yahoo.com>, "canvasfaintdiseased@yahoo.com" "undoblewsolebeside@yahoo.com" "undoblewsolebeside@ yahoo.com>, "wrotepiqueweight@yahoo.com" <wrotepiqueweight@yahoo.com>/ CC: "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com>/ From: Els terJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Di sposition-Notification-To: "ElsterJ@gtlaw.com"<1F88D250C4AB83C60A4E0E804631FDA4ACC6C248- 3read@rpost.net>/ X-Confirm-Reading-to: "Elste rJ@gtlaw.com" <1F88D250C4AB83C60A4E0E804631FDA4ACC6C248- 3read@rpost.net>/ XRPost-ID: 1F88D250C4AB83C60A4E0E804631FDA4ACC6C248/ To: "man eflauntaloud25@yahoo.com" <manefiauntaloud25@yahoo.com>/ Subject: (R)egistered: Service of Legal Process Pursuant to Court Order / Sen ding Message Body, / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 att.net/ 07/09/07 13:33: 24 Opening Socket/ Connecting to: c.mx.mail.yahoo.com/ 220 mta224 m ail.re3.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net / 250-mta224.mail.re3.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FROM:<rcpt1F88D250C4AB83C60A4E0E804631FDA4ACC6C248 -4@rpost.net> ok250 recipient <undoblewsolebeside@yahoo.com> ok354 go ah ead228458- 220077192033324780@trans1.els.rpost.netX-Priority: 3/ Return- Receipt-To: "ElsterJ@gtlaw.com"<1F88D250C4AB83C60A4E0E804631FDA4ACC 6C248-4read@rpost.net>/ Reply-To: "ElsterJ@gtlaw.com" <ElsterJ@gt l.law.com>/ TO: "avraam02@yahoo.com", "can vasfaintdiseased@yahoo.com" "ma neflauntaloud25@yahoo.com" <wrotepiqueweight@yahoo.com>/ CC: "Elster J@gtlaw.com" <ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com><Sender: ElsterJ@gtlaw.com/ Disposition-Notificatio n-to: "ElsterJ@gtlaw.com" <1F88D250C4AB83C60A4E0E804631FDA4ACC6C248- 4read@rpost.net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<1F88 D250C4AB83C60A4E0E804631FDA4ACC6C248- 4read@rpost.net>/ XRPost-ID: 1 F88D250C4AB83C60A4E0E804631FDA4ACC6C248/ To: "undoblewsolebeside@yahoo .com" <undoblewsolebeside@yahoo.com>/ Subject: (R)egistered: Ser vice of Legal Process Pursuant to Court Order / Sending Message Body, / 250 ok dirdel/ /

Page 4 of 4

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 closing connection. Good bye!/ 07/09/07 13:33:24 Opening Socket./ Connecting to: a.mx.mail.ya hoo.com/ 220 mta475.mail.mud.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta475.mail.mud.yahoo.com/ 250-8BITMIME/ 25 0-SIZE 31981568/ 250 PIPELINING/ MAIL FROM:<rcpt1F88D250C4AB83C60A4 E0E804631FDA4ACC6C248-5@rpost.net>/ RCPT TO:<wrotepiqueweight@ya hoo.com>/ DATA/ 250 sender <rcpt1f88d250c4ab83c60a4e0e804631fda4 acc6c248-5@rpost.net> ok250 recipient <wrotepiqueweight@yahoo.co m> ok354 go ahead315396-22007719203324874@trans1.els.rpost.netX-Pri ority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"<1F88D250C4AB83C60A 4E0E804631FDA4ACC6C248-5read@rpost.net>/ Reply-To: "ElsterJ@gtlaw.c om"<ElsterJ@gtlaw.com>/ TO: "avraam02@ya hoo.com", <avraam02@ya hoo.com>, "canvasfaintdiseased@yahoo.com" <canvasfaintdiseased@y ahoo.com>, "maneflauntaloud25@yahoo.com" "maneflauntaloud25@yahoo.com" "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com>/ From: Els terJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Di sposition-Notification-To: "ElsterJ@gtlaw.com"<1F88D250C4AB83C60A4E 0E804631FDA4ACC6C248-5read@rpost.net>/ X-Confirm-Reading-to: "Elste rJ@gtlaw.com"<1F88D250C4AB83C60A4E0E804631FDA4ACC6C248-5read@rpost.net>/ XRPost-ID: 1F88D250C4AB83C60A4E0E804631FDA4ACC6C248/ To: "wro tepiqueweight@yahoo.com" <wrotepiqueweight@yahoo.com>/ Subject: (R)egistered: Service of Legal Process Pursuant to Court Order / Sendi ng Message Body / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 smtpgate.rpwb.com closin g connection. Goodbye!/ 07/09/07 13:25:08 Opening Socket./ Connectin g to: mx1.gtlaw.com/ 220 MX1 GTLAW.COM ESMTP / EHLO trans1.els.rpost.n et/ 250-MX1 GTLAW.COM/ 250-PIPELINING/ 250-SIZE 28866663/ 250-ETRN/ 25 0-STARTTLS/ 250 8BITMIME/ MAIL FROM:<rcpt1F88D250C4AB83C60A4E0E804631FDA4ACC6C248-6@rpost.net>/ RCPT TO:<ElsterJ@gtlaw.com>/ DAT A/ 250 OK250 Ok354 End data with <CR><LF>.<CR><LF > 23546130-22007719202594 25@trans1.els.rpost.netX-Priority: 3/ Retur n-Receipt-To: "ElsterJ@gtlaw.com"<1F88D250C4AB83C60A4E0E804631FDA4A CC6C248-6read@rpost.net>/ Reply-To: "ElsterJ@ gtlaw.com"<ElsterJ@ gtlaw.com>/ TO: "avraam02@yahoo.com", "c anvasfaintdiseased@yahoo.com" "canvasfaintdiseased@yahoo.com", "und oblewsolebeside@yahoo.com" "wrot epiqueweight@yahoo.com" <wrotepiqueweight@yahoo.com>/ From: Elst erJ@gtlaw.com<ElsterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Dis position-Notification-To: "ElsterJ@gtlaw.com"<1F88D250C4AB83C60A4E0 E804631FDA4ACC6C248-6read@rpost.net>/ X-Confirm-Reading-to: "Elster J@gtlaw.com"<1F88D250C4AB83C60A4E0E804631FDA4ACC6C248-6read@rpost.n et>/ XRPost-ID: 1F88D250C4AB83C60A4E0E804631FDA4ACC6C248/ "ElsterJ@gtlaw.com><ElsterJ@gtlaw.com>/ Subject: (R)egistered: Service of Legal Process Pursuant to Court Order / Sending Message Body / 250 Ok: queued as BAF3617A4S/ /

You should keep an electronic copy of this receipt, together with all of its attachments, for your records. Note that the Registered E-mail® service does not retain any copy of your e-mail or this receipt. You should not rely on the information in this receipt until you have authenticated this receipt. General terms and conditions of service are available upon request by e-mail from info@rpost.com or within the RPost Legal Notice.

An RPost Service (R)Post

RcptVer6.0

7/10/2007