## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

QSOFT CONSULTING, LIMITED   )
              )
   Plaintiff,       )
              )
   v.          )  C.A. No. 07-cv-391 (JJF)
              )
TEDDY TONG and TDTONG LTD.  )
              )
   Defendants.      )

### NOTICE OF SERVICE

  PLEASE TAKE NOTICE that on July 3, 2007, the *Motion for Leave to File Under Seal*

was served as evidenced by the Certificate of Service, attached hereto as **Exhibit A.**

Dated: July 13, 2007

           Sandra G. M. Selzer (No. 4283)
           GREENBERG TRAURIG, LLP
           The Nemours Building
           1007 North Orange Street, Suite 1200
           Wilmington, Delaware 19801
           302-661-7000 - Telephone
           302-661-7360 - Facsimile

           Counsel to the Plaintiff

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

QSOFT CONSULTING, LIMITED      )
                              )
            Plaintiff,         )
                              )
      v.                       )      C.A. No. 07-cv-391 (JJF)
                              )
TEDDY TONG and TDTONG LTD.     )
                              )
            Defendants.        )

## CERTIFICATE OF SERVICE

I, Sandra G. M. Selzer, being duly sworn according to law, deposes and says that she is employed by Greenberg Traurig, LLP, which is counsel for the Plaintiff, QSoft Consulting, Limited in the above-captioned action, and that on the 3rd day of July 2007, pursuant to the *Order Granting QSoft Consulting Limited's Expedited Motion for Leave to Effectuate Service Via Electronic Mail*, dated June 26, 2007, she directed copies of the following to be served via email:

- *Civil Cover Sheet to Complaint*;
- *Motion for Preliminary Injunction*;
- *Memorandum of Law in Support Motion for Preliminary Injunction*;
- *Motion for Leave to File Under Seal*;
- *Letter from Sandra Selzer regarding Filing Complaint and Motion for Preliminary Injunction*;
- *Summonses*; and
- *Order Setting Preliminary Injunction Hearing*

upon the following:

avraam02@yahoo.com; canvasfaintdiseased@yahoo.com; maneflauntaloud25@yahoo.com; and undoblewsolebeside@yahoo.com

as evidenced by the authenticated receipts attached hereto.

Dated: July 6, 2007

Sandra G. M. Selzer (No. 4283)
GREENBERG TRAURIG, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
302-661-7000 - Telephone
302-661-7360 - Facsimile

# RECEIPT AUTHENTICATION™

PROOF OF SENDING, DELIVERY AND CONTENT™                    RPOST™ REGISTERED E-MAIL™

The receipt you have submitted to our system is valid and proves the delivery results displayed below.

## ** A copy of the original message is attached. **

### Delivery Status

| Address | Status | Details | Delivered (UTC) | Delivered (local) | Opened (local) |
|---------|--------|---------|-----------------|-------------------|----------------|
| ElsterJ@gtlaw.com | Opened | HTTP | 7/3/2007 5:10:23 PM | 7/3/2007 12:10:23 PM(-500) | 7/3/2007 12:14:01 PM(-500) |
| avraam02@yahoo.com | Delivered to Mailserver | Delivered to f.mx.mail.yahoo.com | 7/3/2007 5:10:28 PM | 7/3/2007 12:10:28 PM(-500) | |
| canvasfaintdiseased@yahoo.com | Delivered to Mailserver | Delivered to g.mx.mail.yahoo.com | 7/3/2007 5:10:36 PM | 7/3/2007 12:10:36 PM(-500) | |
| maneflauntaloud25@yahoo.com | Delivered to Mailserver | Delivered to b.mx.mail.yahoo.com | 7/3/2007 5:12:15 PM | 7/3/2007 12:12:15 PM(-500) | |
| undoblewsolebeside@yahoo.com | Delivered to Mailserver | Delivered to b.mx.mail.yahoo.com | 7/3/2007 5:12:06 PM | 7/3/2007 12:12:06 PM(-500) | |

### Message Envelope

| | |
|---|---|
| **FROM:** | ElsterJ@gtlaw.com<ElsterJ@gtlaw.com> |
| **SUBJECT:** | Service of legal process pursuant to court order |
| **TO:** | avraam02@yahoo.com<br>canvasfaintdiseased@yahoo.com<br>maneflauntaloud25@yahoo.com |

7/6/2007

| | undoblewsolebeside@yahoo.com |
|---|---|
| CC: | ElsterJ@gtlaw.com |
| BCC: | |
| Network ID: | <63B2236C08279846A87B8F5DA27CA5230658EE27@CHI-EXCH01.gtlaw.com> |
| Received: | 7/3/2007 5:08:38 PM(UTC) |
| Client Code: | |

**Note:** The Registered E-mail ® message associated with this Registered Receipt™ e-mail was sent using the "Register Reply" feature.  Replies to the message will be returned via a Registered E-mail™ message.

| Message ID | File size |
|---|---|
| 79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28AD | 4074119 |

**Attachments**

| File name | File size |
|---|---|
| Letter.pdf | 851055 |
| Civil Cover Sheet.pdf | 486914 |
| Motion for Leave to File Under Seal with Order.pdf | 1230621 |
| Summons Tong (NJ).pdf | 369864 |
| Summons Tong (CA).pdf | 371430 |
| Summons TDTong (NJ).pdf | 373948 |
| Summons TDTong Ltd (CA).pdf | 362772 |
| Scheduling Order.PDF | 22839 |

**Delivery Audit Trail**

RPost vers 3.0 Patented 6_0_3. 3/ QUIT/ 221 Catch you later/ 07/03/0 7 10:09:54 Opening Socket./ Connecting to: mx2.gtlaw.com/ 220 MX2.GT LAW.COM ESMTP / EHLO trans1 els.rpost.net/ 250-MX2.GTLAW.COM/ 250-PIPE LINING/ 250-SIZE 28866663/ 250-ETRN/ 250-STARTTLS/ 250 8BITMIME/ MAIL FROM:<rcpt79B89Ac67B2A3713EFA86cD2F2D98A1E9FEF28AD-1@rpost.net>/ RCPT TO:<ElsterJ@gtlaw.com>/ DATA/ 250 Ok250 Ok354 End data with <CR><LF> <CR><LF> <127621579-22007723179S4559@ trans1 els.rpost.netX-Priority: 3/ Return-Receipt-To "ElsterJ@gtlaw.c om"<79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28AD-1read@rpost.net>/ R eply-To: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.c om"<79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28AD-1read@rpost.net>/ R <avraam02@yahoo.com>, "undoblewsolebes ide@yahoo.com" <undoblewsolebeside@yahoo.com>, "maneflauntaloud2 5@yahoo.com" <maneflauntaloud25@yahoo.com" "canvasfaintdiseased @yahoo.com"<avraam02@yahoo.com> TO: "avraam02@yahoo.com" <canvasfaintdiseased@yahoo.com>/ From: ElsterJ@gtlaw com<ElsterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.c om"<79B89AC67B2A3713EFA86cD2F2D98A 1E9FEF28AD-1read@rpost.net>/ X-Confirm-Reading-to:"ElsterJ@gtlaw.c om"<79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28AD-1read@rpost.net/ X RPost-ID: 79B89Ac67B2a3713EfA86cD2F2D98A1E9FEF28AD/ "ElsterJ@gtlaw.co m" <ElsterJ@gtlaw.com>/ Subject: (R)egistered: Service of legal process pursuant to court order / Sending Message Body. / 250 Ok queu ed as 44E5A50DVC//

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 Closing connection./ 07/ 03/07 10:10:02 Opening Socket/ Connecting to: f. mx.mail.yahoo.com/ 220 mta282.mail.mud.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.e ls.rpost.net/ 250-mta282.mail.mud.yahoo.com/ 250-8BITMIME/ 250-SIZE 31 981568/ 250 PIPELINING/ MAIL FROM:<rcpt79B89AC67B2A3713EFA86CD2F2D9 8A1E9FEF28AD-2@rpost.net>/ RCPT TO:<avraam02@yahoo.com>/ DATA/ 250 sender <rcpt79b89ac67b2a3713efa86cd2f2d98a1e9fef28ad- 2@rpost. net> ok250 recipient <avraam02@yahoo.com> ok354 go ahead15173 3297-22007722317103387@trans1.els.rpost.netX-Priority: 3/ Return- Receipt t-To: "ElsterJ@gtlaw.com"<79B89Ac67B2A3713EFA86CD2F2D98A1E9FEF28AD-2read@rpost.net>/ Reply-To: wsolebeside@yahoo.com>, "maneflauntaloud25@yahoo.com" <ElsterJ@gtlaw.com> <undoble "canvasfaintdiseased@yahoo.com" <canvasfain tdiseased@yahoo.com>/ CC: "ElsterJ@gtlaw.com"/ From: ElsterJ@gtlaw.com=ElsterJ@gtlaw.com>/ Sender: Elster .J@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com"<79B89 AC67B2A3713EFA86CD2F2D98A1E9FEF28AD-2read@rpost.net>/ X-Confirm-Rea ding-to: "ElsterJ@gtlaw.com"<79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28 AD-2read@rpost.net>/ XRPost-ID: 79B89AC67B2A3713EFA86CD2F2D98A1E9FE F28AD/ To: "avraam02@yahoo.com" <avraam02@yahoo.com>/ Subject: (R)egistered: Service of legal process pursuant to court order / Sendin g Message Body / 250 dirdel//

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 Closing connection./ 07/ 03/07 10:10:02 Opening Socket/ Connecting to: g. mx.mail.yahoo.com/ 220 mta462.mail.mud.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.e ls.rpost.net/ 250- mta462.mail.mud.yahoo.com/ 250-8BITMIME/ 250-SIZE 31 981568/ 250 PIPELINING/ MAIL FROM:<rcpt79B89AC67B2A3713EFA86CD2F2D9 8A1E9FEF28AD-3@rpost.net>/ RCPT TO:<canvasfaintdiseased@yahoo.co m>/ DATA/ 250 sender <rcpt79b89ac67b2a3713efa86cd2f2d98a1e9fef28 ad- 3@rpost.net> ok250 recipient <canvasfaintdiseased@yahoo.com&g t; ok354 go ahead309974246- 22007722317101312@trans1.els.rpost.netX-Prio rity: 3/ Return-Receipt-To: "ElsterJ@gtlaw.co m"<79B89AC67B2A3713EFA 86CD2F2D98A1E9FEF28AD-3read@post.net>/ Reply-To: "ElsterJ@reg30703 1058958 .rpost.org>/ TO: "avraam02@yahoo.com>, "undoblewsolebeside@yahoo.com" <undoble wsolebeside@yahoo.com>, "maneflauntaloud25@yahoo.com" <maneflaun taloud25@yahoo.com>/ CC: "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com & gt/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw com>/ Sender: ElsterJ @gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com"<79B89A C67B2A3713EFA86CD2F2D98A1E9FEF28AD-3read@post.net>/ X-Confirm-Read ing-to: "ElsterJ@gtlaw.com"<79B89A C67B2A3713EFA86CD2F2D98A1E9FEF28AD- 3read@post.net>/ XRPost-ID: 79B89AC67B2A3713EFA86CD2F2D98A1E9FEF 28AD/ To: "canvasfaintdiseased@yahoo.com" <canvasfaintdiseased@yaho o.com>/ Subject: (R)egistered: Service of legal process pursuant to court order / Sending Message Body / 554 delivery error: dd This use r doesn't have a yahoo.com account (canvasfaintdiseased@yahoo.com) [0] - mta462.mail.mud.yahoo.com/ QUIT/ 221 mta462.mail.yahoo.com/

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 Closing connection./ 07/ 03/07 10:10:02 Opening Socket./ Connecting to: b. mx.mail.yahoo.com/ 220 mta156.mail.re3.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.e ls.rpost.net/ 250- mta156.mail.re3.yahoo.com/ 250-8BITMIME/ 250-SIZE 31 981568/ 250 PIPELINING/ MAIL FROM:<rcpt79B89AC67B2A3713EFA86CD2F2D9 8A1E9FEF28AD-4@rpost.net>/ RCPT TO:<maneflauntaloud25@yahoo.com & gt/ DATA/ 250 sender <rcpt79b89ac67b2a3713efa86cd2f2d98a1e9fef28ad - 4@rpost.net> o k354 go ahead309974454- 22007722317103434@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com>/ Sender: ElsterJ .@gtlaw.com>/ Disposition-Notification-To: "undoblewsol ebeside@yahoo.com", "canvasfaintdiseased@yahoo.com", "canvasfaint diseased@yahoo.com" <canvasfaint diseased@yahoo.com>/ CC: "ElsterJ@gtlaw.com" <undoblewsol ebeside@yahoo.com>/ Reply-To: "ElsterJ@reg3070310 58959.rpost.org>/ TO: "avraam02@yahoo.com", gt/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>/ Sender: ElsterJ .@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com"<79B89A C67B2A3713EFA86CD2F2D98A1E9FEF28AD-4read@post.net>/ X-Confirm-Read ing-to: "ElsterJ@gtlaw.com"<79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28A D-4read@post.net>/ XRPost-ID: 79B89AC67B2A3713EFA86CD2F2D98A1E9FEF 28AD/ To: "maneflauntaloud25@yahoo.com"

<maneflauntaloud25@yahoo.co m>/ Subject: (R)egistered: Service of legal process pursuant to cou rt order / Sending Message Body. / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 Closing connection./ 07/ 03/07 10:10:04 Opening Socket./ Connecting to: b mx.mail.yahoo.com/ 220 mta114.mail.re3.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.e ls.rpost.net/ 250-mta114.mail.re3.yahoo.com/ 250-8BITMIME/ 250-SIZE 31 981568/ 250 PIPELINING/ MAIL FROM:<rcpt79B89AC67B2A3713EFA86CD2F2D9 8A1E9FEF28AD-5@rpost.net>/ RCPT TO: <undoblewsolebeside@yahoo.com >/ DATA/ 250 sender <rcpt79b89ac67b2a3713efa86cd2f2d98a1e9fef28a d-5@rpost.net> ok250 recipient <undoblewsolebeside@yahoo.com> ok354 go ahead13338597-22007723117104856@trans1.els.rpost.netX-Priori ty. 3/ Return-Receipt-To:
"ElsterJ@gtlaw.com"<79B89AC67B2A3713EFA86 CD2F2D98A1E9FEF28AD-5read@rpost.net>/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@reg307031058960 rpost.org>/ TO: "avraam02@yahoo.com" &lt;avraam02@yahoo.com>, "maneflauntaloud25@yahoo.com" <maneflaunt aloud25@yahoo.com>: "canvasfaintdiseased@yahoo.com" <canvasfaint diseased@yahoo.com>/ CC: "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com& gt;/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>/ Sender: ElsterJ @gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com"<79B89A C67B2A3713EFA86CD2F2D98A1E9FEF28AD-5read@rpost.net>/ X-Confirm-Read ing-to: "ElsterJ@gtlaw.com"<79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28A D-5read@rpost.net>/ XRPost-ID: 79B89AC67B2A3713EFA86CD2F2D98A1E9FEF 28AD/ To: "undoblewsolebeside@yahoo.com" <undoblewsolebeside@yahoo. com>/ Subject: (R)egistered: Service of legal process pursuant to c ourt order / Sending Message Body. / 250 ok dirdel/ /

<b>Opened from IP 66.151.14.170/ </b><br>—/ Conn ection: Keep-Alive/ Via: 1.1 CHI-ISA1/ Accept: "/"/ Accept-Encoding: g zip, deflate/ Accept-Language: en-us/ Host: open.rpost.net/ User-Agent: Mozilla/4.0 (compatible. MSIE 6.0; Windows NT 5.1; SV1; .NET CLR 1.1.4322; InfoPath.1. NET CLR 2.0.50727)/ LM/W3SVC/1/RootC:\open<br>
<br><br><br>0<br>CGI/1.1off<br>1/LM/ W3SVC/1<br>10.0.0.198/Rpost.aspxC:\openRpost.aspx404.http://ope n.rpost.net/79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28AD-1_2B9604461C59287E 9FD5640F4C372497000019BD9/rpost.gif<br>66.151.14.17066.151.14.17 0321 98GET<br>/Rpost.aspxopen.rpost.net800<br>HTTP/1.0Micro soft-IIS/5.0/Rpost.aspxKeep-Alive<br>1.1 CHI-ISA1/"/gzip, deflat een-us<br>open.rpost.netMozilla/4.0 (compatible; MSIE 6.0; Windo ws NT 5.1; SV1; .NET CLR 1.1.4322; InfoPath.1: NET CLR 2.0,50727)/ /

You should keep an electronic copy of this receipt, together with all of its attachments, for your records. Note that the Registered E-mail® service does not retain any copy of your e-mail or this receipt. You should not rely on the information in this receipt until you have authenticated this receipt. General terms and conditions of service are available upon request by e-mail from info@rpost.com or within the RPost Legal Notice.

An RPost Service  RPost

RcptVer6.0

# RECEIPT AUTHENTICATION™

PROOF OF SENDING, DELIVERY AND CONTENT™          RPOST® REGISTERED E-MAIL®

The receipt you have submitted to our system is valid and proves the delivery results displayed below.

## ** A copy of the original message is attached. **

### Delivery Status

| Address | Status | Details | Delivered (UTC) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| avraam02@yahoo.com | Delivered to Mailserver | Delivered to ng to [ d.mx.mail.yahoo.com ] , # 10060 | 7/3/2007 5:07:43 PM | 7/3/2007 12:07:43 PM(-500) | |
| canvasfaintdiseased@yahoo.com | Delivered to Mailserver | Delivered to b.mx.mail.yahoo.com | 7/3/2007 5:07:47 PM | 7/3/2007 12:07:47 PM(-500) | |
| maneflauntaloud25@yahoo.com | Delivered to Mailserver | Delivered to c.mx.mail.yahoo.com | 7/3/2007 5:07:37 PM | 7/3/2007 12:07:37 PM(-500) | |
| undoblewsolebeside@yahoo.com | Delivered to Mailserver | Delivered to a.mx.mail.yahoo.com | 7/3/2007 5:07:19 PM | 7/3/2007 12:07:19 PM(-500) | |
| ElsterJ@gtlaw.com | Opened | HTTP | 7/3/2007 5:07:18 PM | 7/3/2007 12:07:18 PM(-500) | 7/3/2007 12:07:22 PM(-500) |

### Message Envelope

| | |
|---|---|
| **FROM:** | ElsterJ@gtlaw.com<ElsterJ@gtlaw.com> |
| **SUBJECT:** | Service of legal process pursuant to court order |
| **TO:** | avraam02@yahoo.com<br>canvasfaintdiseased@yahoo.com<br>maneflauntaloud25@yahoo.com |

7/6/2007

| | undoblewsolebeside@yahoo.com |
|---|---|
| CC: | ElsterJ@gtlaw.com |
| BCC: | |
| Network ID: | <63B2236C08279846A87B8F5DA27CA5230658EE24@CHI-EXCH01.gtlaw.com> |
| Received: | 7/3/2007 5:06:52 PM(UTC) |
| Client Code: | |

Note: The Registered E-mail ® message associated with this Registered Receipt™ e-mail was sent using the "Register Reply" feature. Replies to the message will be returned via a Registered E-mail™ message.

| Message ID | File size |
|---|---|
| C1121AC23DE7866F7F0EAB1979F77B5A3924A508 | 1201666 |

| Attachments | |
|---|---|
| File name | File size |
| Motion for Prelim Injunction.pdf | 845923 |
| QSoft memo in support.pdf | 351478 |

**Delivery Audit Trail**

RPost vers 3.0 Patented 6, 0, 3/ 07/03/07 10:07:07 Opening Socket / Connecting to: d.mx.mail.yahoo.com/ Error Connecting to [ d.mx.mail.yahoo.com ]. # 10060 / Error Connecting to [ d.mx.mail.yahoo.com ]. # 10060 / Connecting to: e.mx.mail.yahoo.com/ 220 mta114.mail.re4.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net 250- mta114. mail.re4.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ M AIL FROM:<rcptC1121AC23DE7866F7F0EAB1979F77B5A3924A508-1@rpost.net& gt/ RCPT TO:<avraam02@yahoo.com>/ DATA/ 250 sender <rcptc112 1ac23de7866f70eab1979f77b5a3924a508-1@rpost.net> ok250 recipient & lt;avraam02@yahoo.com> ok354 go ahead85004244-2200772317731467@tran s1.els.rpost.netX-Priority: 3/ Return- Receipt-To: "ElsterJ@gtlaw.com"& lt;C1121AC23DE7866F7F0EAB1979F77B5A3924A508-1read@rpost.net>/ Reply -To: <undoblewsolebeside@yahoo.com"& lt;ElsterJ@reg30703100695​0.rpost.org>/ TO: "undoblewsolebeside@yahoo.com" canvasfaintdiseased@yahoo.com>, "manelflauntaloud25@yahoo com" <manelflauntaloud25@yahoo.com>, "c anvasfaintdiseased@yahoo.com" <canvasfaintdiseased@yahoo.com>/ C C: "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw. com<ElsterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-N otification-To "ElsterJ@gtlaw.com"<C1121AC23DE7866F7F0EAB1979F77B5 A3924A508-1read@post.net>/ X-Confirm-Reading-to: C1121AC23DE7866F7F0EAB1979F77B5A3924A508-1read@post.net>/ XR Post-ID: "ElsterJ@gtlaw.co m"<C1121AC23DE7866F7F0EAB1979F77B5A3924A508-1read@post.net>/ Subject: (R) egistered: Service of le gal process pursuant to court order / Sending Message Body. / 250 ok d irdel//

RPost vers 3.0 Patented 6, 0, 3/ 07/03/07 10:07:09 Opening Socket / Connecting to: b.mx.mail.yahoo.com/ 220 mta139.mail.re3.yahoo.com E SMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta139.mail. r e3.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FR OM:<rcptC1121AC23DE7866F7F0EAB1979F77B5A3924A508-2@rpost.net>/ R CPT TO:<canvasfaintdiseased@yahoo.com>/ DATA/ 250 sender <rcp tc1121ac23de7866f7f0eab1979f77b5a3924a508- 2@rpost.net> ok250 recipi ent <canvasfaintdiseased@yahoo.com> ok354 go ahead195935479-2200

7/6/2007

7723177 9624@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "Els terJ@gtlaw.com"<C1121AC23DE7866F7F0EAB1979F77B5A3924A508-2read@rpos t.net>/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@reg307031006951.rp ost.org>/ TO: "avraam02@yahoo.com" <avraam02@yahoo.com>, "mane flauntaloud25@yahoo.com" <manefiauntaloud25@yahoo.com>/ CC: "Els terJ@gtlaw.com>/ From: ElsterJ@gtlaw.com< <manefiauntaloud25@yahoo.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notifica tion-To: "ElsterJ@gtlaw.com"<C1121AC23DE7866F7F0EAB1979F77B5A3924A5 08-2read@rpost.net>/ X-Confirm-Reading-to: C1121AC23DE7866F7F0EAB1979F77B5A3924A508-2read@rpost.net>/ XRPost-ID : <canvasfaintdiseased@yahoo.com"/ To: "canvasfaintdiseased@yahoo.com" Message Body / 554 delivery error: dd This user doesn't have a yahoo.com accou nt (canvasfaintdiseased@yahoo.com) [0] - mta139.mail.re3.yahoo.com/ QU IT/ 221 mta139.mail.re3.yahoo.com/

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 Bye/ 07/03/07 10:07:09 Opening Socket/ Connecting to: c.mx.mail.yahoo.com/ 220 mta202.mail. re3.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 25 0- mta202.mail.re3.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPE LINING/ MAIL FROM:<rcptC1121AC23DE7866F7F0EAB1979F77B5A3924A508-3@ post.net>/ RCPT TO:<manefiauntaloud25@yahoo.com>/ DATA/ 250 s ender <rcptc1121ac23de7866f7f0eab1979f77b5a3924a508- 3@rpost.net> ok250 recipient <manefiauntaloud25@yahoo.com> ok354 go ahead289 593295- 220077231777 9639@trans1.els.rpost.netX-Priority: 3/ Return-Recei pt-To: "ElsterJ@gtlaw.com"<C1121AC23DE7866F7F0EAB1979F77B5A3924A508 -3read@rpost.net>/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@reg30703 31006952.rpost.org>/ TO: "avraam02@yahoo.com" <avraam02@yahoo.co m>, "undoblewsolebeside@yahoo.com" <undoblewsolebeside@yahoo.com > "canvasfaintdiseased@yahoo.com"/ CC: "ElsterJ@gtlaw.com>/ From: Elster J@gtlaw.com<C1121AC23DE7866F7F0EAB1979F77B5A3924A508-3read@rpost.net>/ Sender: ElsterJ@gtlaw.com/ Dispo sition-Notification-To: "ElsterJ@gtlaw.com"<C1121AC23DE7866F7F0EAB1 979F77B5A3924A508-3read@rpost.net>/ X-Confirm-Reading-to: C1121AC23DE7866F7F0EAB1979F77B5A3924A508-3read@rpost.net >/ XRPost-ID: <canvasfaintdiseased@yahoo.com"/ To: "manefi auntaloud25@yahoo.com" <ElsterJ@gtlaw.com>/ Subject: (R)egistered: Service of legal process pursuant to court order / Sending Message Body / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ 07/03/07 10:07:09 Opening Socket/ Connecting to: a.mx.mail.yahoo.com/ 220 mta499.mail.mud.yahoo.com E SMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta499.mail.m ud.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FR OM:<rcptC1121AC23DE7866F7F0EAB1979F77B5A3924A508-4@rpost.net>/ R CPT TO:<undoblewsolebeside@yahoo.com>/ DATA/ 250 sender <rcpt c112 1ac23de7866f7f0eab1979f77b5a3924a508- 4@rpost.net> ok250 recipie nt <undoblewsolebeside@yahoo.com> ok354 go ahead238193595-220077 23177 9561@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "Elste rJ@gtlaw.com"<C1121AC23DE7866F7F0EAB1979F77B5A3924A508-4read@post. net>/ Reply-To: "manefi auntaloud25@yahoo.com"<ElsterJ@reg307031006953.rpos t.org>/ TO: "avraam02@yahoo.com", "canvasfa intdiseased@yahoo.com" <ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com< ElsterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notifica tion-To: "ElsterJ@gtlaw.com"<C1121AC23DE7866F7F0EAB1979F77B5A3924A5 08-4read@post.net>/ X-Confirm-Reading-to: C1121AC23DE7866F7F0EAB1979F77B5A3924A508-4read@post.net>/ XRPost-ID : <undoblewsolebeside@yahoo.com"/ To: "undoblewsolebeside@ya hoo.com" <ElsterJ@gtlaw.com>/ Subject: (R)egistered: Service of legal process pursuant to court order / Sending Message Body / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ 07/03/07 10:07:09 Opening Socket / Connecting to: mx2.gtlaw.com/ 220
MX2.GTLAW.COM ESMTP / EHLO trans1 els.rpost.net/ 250-MX2.GTLAW.COM/ 250-PIPELINING/ 250-SIZE 28866663/
250-ETRN/ 250-STARTTLS/ 250 8BITMIME/ MAIL FROM:<rcptC1121AC23DE786 6F7F0EAB1979F77B5A3924A508-
5@rpost.net>/ RCPT TO:<ElsterJ@gtlaw com>/ DATA/ 250 OK250 Ok354 End data with <CR><LF>.< 
CR><LF>145934883-220077231771 0280@trans1.els.rpost.netX-Prior ity: 3/ Return-Receipt-To:
"ElsterJ@gtlaw.com"<C1121AC23DE7866F7F0E AB1979F77B5A3924A508-5read@rpost.net>/ Reply-To:
"ElsterJ@gtlaw.com" "<ElsterJ@reg107031007763 rpost.org>/ TO: "avraam02@yahoo.com" & lt;avraam02@yahoo.com>,
"undoblewsolebeside@yahoo.com" <undoblew solebeside@yahoo.com>, "maneflauntaloud25@yahoo.com" <maneflaunt
aloud25@yahoo.com>, "canvasfaintdiseased@yahoo.com" <canvasfaint diseased@yahoo.com>/ From:
ElsterJ@gtlaw.com<ElsterJ@gtlaw com&g t/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@g
tlaw.com"<C1121AC23DE7866F7F0EAB1979F77B5A3924A508-5read@rpost.net& gt/ X-Confirm-Reading-to:
"ElsterJ@gtlaw.com"<C1121AC23DE7866F7F0E AB1979F77B5A3924A508-5read@rpost.net>/ XRPost-ID:
C1121AC23DE7866F7 F0EAB1979F77B5A3924A508/ "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com> / Subject: (R)egistered:
Service of legal process pursuant to court o rder / Sending Message Body. / 250 Ok: queued as 5791A70DT8/ /
<b>Opened from IP 66.151.14.170/ </b><br>----/ Conn ection: Keep-Alive/ Via: 1.1 CHI-ISA1/ Accept: */*/ Accept-Encoding:
g zip, deflate/ Accept-Language: en-us/ Host: open.rpost.net/ User-Agent: Mozilla/4.0 (compatible; MSIE 6.0; Windows NT
5.1; SV1; .NET CLR 1.1.4322; InfoPath 1: .NET CLR 2.0.50727/ /LM/W3SVC/1/RootC \open\br
><br><br><br>CGI/1.1off<br>1/LM/ W3SVC/1<br>10.0.0.198/Rpost.aspxC:\open\Rpost.aspx404\http:\\ope
n.rpost.net/C1121AC23DE7866F7F0EAB1979F77B5A3924A508-5_43CD972FEA7D81C
115A2A52DACCCDDD5338AF41B8/rpost.gif<br>66.151.14.17066.151.14.17
014153GET<br>/Rpost.aspxopen.rpost.net800<br>HTTP/1.0Micro soft-IIS/5.0/Rpost.aspxKeep-Alive<br>1.1 CHI-
ISA1*/*gzip, deflat een-us<br>open.rpost.netMozilla/4.0 (compatible; MSIE 6.0; Windo ws NT 5.1; SV1; .NET CLR
1.1.4322; InfoPath 1: .NET CLR 2.0.50727)/ /

You should keep an electronic copy of this receipt, together with all of its attachments, for your records. Note that the
Registered E-mail® service does not retain any copy of your e-mail or this receipt. You should not rely on the information in
this receipt until you have authenticated this receipt. General terms and conditions of service are available upon request by e-
mail from info@rpost.com or within the RPost Legal Notice.

An RPost Service (RPOST)

RcptVer6.0

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

QSOFT CONSULTING, LIMITED )
)
Plaintiff, )
)
v. )    C.A. No. 07-cv-391 (JJF)
)
TEDDY TONG and TDTONG LTD. )
)
Defendants. )
)

## CERTIFICATE OF SERVICE

I, Sandra G. M. Selzer, being duly sworn according to law, deposes and says that she is employed by Greenberg Traurig, LLP, which is counsel for the Plaintiff, QSoft Consulting, Limited in the above-captioned action, and that on the 3rd day of July 2007, pursuant to the *Order Granting QSoft Consulting Limited's Expedited Motion for Leave to Effectuate Service Via Electronic Mail*, dated June 26, 2007, she directed copies of the following to be served via email:

- *Civil Cover Sheet to Complaint*;
- *Motion for Preliminary Injunction*;
- *Memorandum of Law in Support Motion for Preliminary Injunction*;
- *Motion for Leave to File Under Seal*;
- *Letter from Sandra Selzer regarding Filing Complaint and Motion for Preliminary Injunction*;
- *Summonses*; and
- *Order Setting Preliminary Injunction Hearing*

upon the following:

avraam02@yahoo.com; canvasfaintdiseased@yahoo.com; maneflauntaloud25@yahoo.com; and undoblewsolebeside@yahoo.com

as evidenced by the authenticated receipts attached hereto.

Dated: July 6, 2007

Sandra G. M. Selzer (No. 4283)
GREENBERG TRAURIG, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
302-661-7000 - Telephone
302-661-7360 - Facsimile

# RECEIPT AUTHENTICATION

PROOF OF SENDING, DELIVERY AND CONTENT  RPOST REGISTERED E-MAIL

The receipt you have submitted to our system is valid and proves the delivery results displayed below.

** A copy of the original message is attached. **

## Delivery Status

| Address | Status | Details | Delivered (UTC) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| ElsterJ@gtlaw.com | Opened | HTTP | 7/3/2007 5:10:23 PM | 7/3/2007 12:10:23 PM(-500) | 7/3/2007 12:14:01 PM(-500) |
| avraam02@yahoo.com | Delivered to Mailserver | Delivered to f.mx.mail.yahoo.com | 7/3/2007 5:10:28 PM | 7/3/2007 12:10:28 PM(-500) | |
| canvasfaintdiseased@yahoo.com | Delivered to Mailserver | Delivered to g.mx.mail.yahoo.com | 7/3/2007 5:10:36 PM | 7/3/2007 12:10:36 PM(-500) | |
| maneflauntaloud25@yahoo.com | Delivered to Mailserver | Delivered to b.mx.mail.yahoo.com | 7/3/2007 5:12:15 PM | 7/3/2007 12:12:15 PM(-500) | |
| undoblewsolebeside@yahoo.com | Delivered to Mailserver | Delivered to b.mx.mail.yahoo.com | 7/3/2007 5:12:06 PM | 7/3/2007 12:12:06 PM(-500) | |

## Message Envelope

**FROM:** ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>

**SUBJECT:** Service of legal process pursuant to court order

**TO:** avraam02@yahoo.com
canvasfaintdiseased@yahoo.com
maneflauntaloud25@yahoo.com

7/6/2007

| | |
|---|---|
| | undoblewsolebeside@yahoo.com |
| CC: | ElsterJ@gtlaw.com |
| BCC: | |
| Network ID: | <63B2236C08279846A87B8F5DA27CA5230658EE27@CHI-EXCH01.gtlaw.com> |
| Received: | 7/3/2007 5:08:38 PM(UTC) |
| Client Code: | |

Note: The Registered E-mail ® message associated with this Registered Receipt™ e-mail was sent using the "Register Reply" feature. Replies to the message will be returned via a Registered E-mail™ message.

| Message ID | File size |
|---|---|
| 79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28AD | 4074119 |

**Attachments**

| File name | File size |
|---|---|
| Letter.pdf | 851055 |
| Civil Cover Sheet.pdf | 486914 |
| Motion for Leave to File Under Seal with Order.pdf | 1230621 |
| Summons Tong (NJ).pdf | 369864 |
| Summons Tong (CA).pdf | 371430 |
| Summons TDTong (NJ).pdf | 373948 |
| Summons TDTong Ltd (CA).pdf | 362772 |
| Scheduling Order.PDF | 22839 |

**Delivery Audit Trail**

RPost vers 3.0 Patented 6_0_3. 3/ QUIT/ 221 Catch you later/ 07/03/0 7 10:09:54 Opening Socket./ Connecting to: mx2.gtlaw.com/ 220 MX2.GT LAW.COM ESMTP / EHLO trans1 els.rpost.net/ 250-MX2.GTLAW.COM/ 250-PIPE LINING/ 250-SIZE 28866663/ 250-ETRN/ 250-STARTTLS/ 250 8BITMIME/ MAIL FROM:<rcpt79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28AD-1@rpost.net>/ RCPT TO:<ElsterJ@gtlaw.com>/ DATA/ 250 Ok250 Ok354 End data with <CR><LF> <CR><LF>127621579-2200772317954559@ trans1 els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.c om"<79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28AD-1read@rpost.net>/ R eply-To: "ElsterJ@gtlaw.com"<ElsterJ@reg307031049956.rpost.org>/ TO: "avraam02@yahoo.com" <avraam02@yahoo.com>, "undoblewsolebes ide@yahoo.com" <undoblewsolebeside@yahoo.com>, "maneflauntaloud2 5@yahoo.com" <maneflauntaloud25@yahoo.com> "canvasfaintdiseased @yahoo.com" <canvasfaintdiseased@yahoo.com>/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Disposition- Notification-To: "ElsterJ@gtlaw.c om"<79B89AC67B2A3713EFA86CD2F2D98A 1E9FEF28AD-1read@rpost.net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.c om"<79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28AD-1read@rpost.net>/ X RPost-ID: 79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28AD/ "ElsterJ@gtlaw.co m" <ElsterJ@gtlaw.com>/ Subject: (R)egistered: Service of legal process pursuant to court order./ Sending Message Body. / 250 Ok queu ed as 44E5A50DVC//

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 Closing connection./ 07/ 03/07 10:10:02 Opening Socket./ Connecting to: f.mx.mail.yahoo.com/ 220 mta282.mail.mud.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.e ls.rpost.net/ 250-mta282.mail.mud.yahoo.com/ 250-8BITMIME/ 250-SIZE 31 981568/ 250 PIPELINING/ MAIL FROM:<rcpt79B89AC67B2A3713EFA86CD2F2D9 8A1E9FEF28AD-2@rpost.net>/ RCPT TO:<avraam02@yahoo.com>/ DATA / 250 sender <rcpt79b89ac67b2a3713efa86cd2f2d98a1e9fef28ad-2@rpost. net> ok354 go ahead315173 3297-220077231710338 7@trans1.els.rpost.netX-Priority: 3/ Return-Receipt t-To: "ElsterJ@gtlaw.com"<79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28AD-2read@post.net>/ Reply-To: wsolebeside@yahoo.com>, "maneflauntaloud25@yahoo.com" <undoble "canvasfaintdiseased@yahoo.com", From: ElsterJ@gtlaw.com=ElsterJ@gtlaw.com>/ Sender: Elster J@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com"<79B89 AC67B2A3713EFA86CD2F2D98A1E9FEF28AD-2read@rpost.net>/ X-Confirm-Rea ding-to: "ElsterJ@gtlaw.com"<79B89AC67B2A3713EFA86CD2F2D98A1E9FE F28AD/ To: "avraam02@yahoo.com" <avraam02@yahoo.com>/ Subject: (R)egistered: Service of legal process pursuant to court order / Sendin g Message Body / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 Closing connection./ 07/ 03/07 10:10:02 Opening Socket./ Connecting to: g.mx.mail.yahoo.com/ 220 mta462.mail.mud.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.e ls.rpost.net/ 250-mta462.mail.mud.yahoo.com/ 250-8BITMIME/ 250-SIZE 31 981568/ 250 PIPELINING/ MAIL FROM:<rcpt79B89AC67B2A3713EFA86CD2F2D9 8A1E9FEF28AD-3@rpost.net>/ RCPT TO:<canvasfaintdiseased@yahoo.co m>/ DATA/ 250 sender <rcpt79b89ac67b2a3713efa86cd2f2d98a1e9fef28 ad-3@rpost.net> ok250 recipient <canvasfaintdiseased@yahoo.com&g t; ok354 go ahead309974246-220077231710131 2@trans1.els.rpost.netX-Prio rity: 3/ Return-Receipt-To: "ElsterJ@gtlaw.co m"<Elster.J@reg30703 1058957.rpost.org>/ Reply-To: "ElsterJ@gtlaw.com"<79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28AD-3read@post.net>/ TO: "avraam02@yahoo.com>, "undoblewsolebeside@yahoo.com", "canvasfaint diseased@yahoo.com"/ "maneflauntaloud25@yahoo.com" <undoble "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com& gt/ From: ElsterJ@gtlaw.com& gt/ Sender: ElsterJ @gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com"<79B89A C67B2A3713EFA86CD2F2D98A1E9FEF28AD-3read@rpost.net>/ X-Confirm-Read ing-to: "ElsterJ@gtlaw.com"<79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28A D-3read@rpost.net>/ XRPost-ID: 79B89AC67B2A3713EFA86CD2F2D98A1E9FEF 28AD/ To: "canvasfaintdiseased@yahoo.com" <canvasfaintdiseased@yaho o.com>/ Subject: (R)egistered: Service of legal process pursuant to court order / Sending Message Body / 554 delivery error: dd This use r doesn't have a yahoo.com account (canvasfaintdiseased@yahoo.com) [0] - mta462.mail.mud.yahoo.com/ QUIT/ 221 mta462.mail.mud.yahoo.com/

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 Closing connection./ 07/ 03/07 10:10:02 Opening Socket./ Connecting to: b.mx.mail.yahoo.com/ 220 mta156.mail.re3.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.e ls.rpost.net/ 250-mta156.mail.re3.yahoo.com/ 250-8BITMIME/ 250-SIZE 31 981568/ 250 PIPELINING/ MAIL FROM:<rcpt79B89AC67B2A3713EFA86CD2F2D9 8A1E9FEF28AD-4@rpost.net>/ RCPT TO:<maneflauntaloud25@yahoo.com& gt;/ DATA/ 250 sender <rcpt79b89ac67b2a3713efa86cd2f2d98a1e9fef28ad - 4@rpost.net> ok250 recipient <maneflauntaloud25@yahoo.com> o k354 go ahead309974454-22007723171 10343 4@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"<79B89AC67B2A3713EFA86CD 2F2D98A1E9FEF28AD-4read@post.net>/ Reply-To: "undoblewsol.ebeside@yahoo.com", "canvasfaintdiseased@yahoo.com", "maneflauntaloud25@yahoo.com" <undoble "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ Sender: ElsterJ @gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com"&1! t; ElsterJ@reg30703 1058959.rpost.org>/ TO: "avraam02@yahoo.com" < avraam02@yahoo.com>, "canvasfaintdiseased@yahoo.com", "manefla untaloud25@yahoo.com"/ "ElsterJ@gtlaw.com"<79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28AD-4read@rpost.net>/ X-Confirm-Read ing-to: "ElsterJ@gtlaw.com"<79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28A D-4read@rpost.net>/ XRPost-ID: 79B89AC67B2A3713EFA86CD2F2D98A1E9FEF 28AD/ To: "maneflauntaloud25@yahoo.com"

<maneflauntaloud25@yahoo.co m>/ Subject: (R)egistered: Service of legal process pursuant to cou rt order / Sending Message Body. / 250 ok dirdel /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 Closing connection./ 07/ 03/07 10:10:04 Opening Socket / Connecting to: b mx.mail.yahoo.com/ 220 mta114.mail.re3.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.e ls.rpost.net/ 250- mta114.mail.re3.yahoo.com/ 250-8BITMIME/ 250-SIZE 31 981568/ 250 PIPELINING/ MAIL FROM:<rcpt79B89AC67B2A3713EFA86CD2F2D9 8A1E9FEF28AD-5@rpost.net>/ RCPT TO: <undoblewsolebeside@yahoo.com >/ DATA/ 250 sender <rcpt79b89ac67b2a3713efa86cd2f2d98a 1e9fef28a d- 5@rpost.net> ok250 recipient <undoblewsolebeside@yahoo.com> ok354 go ahead13338597- 22007/72317104856@trans1.els.rpost.netX-Priori ty: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"<79B89AC67B2A3713EFA86 CD2F2D98A1E9FEF28AD-5read@rpost.net>/ Reply-To: "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com"<79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28AD-5read@rpost.net>/ Reply-To: "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com"<79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28AD-5read@rpost.net>/ Reply-To: "maneflauntaloud25@yahoo.com" <maneflaunt aloud25@yahoo.com> TO: "avraam02@yahoo.com" &lt;avraam02@yahoo.com>, "maneflauntaloud25@yahoo.com" <maneflaunt aloud25@yahoo.com> TO: "avraam02@yahoo.com" &lt;avraam02@yahoo.com>, diseased@yahoo.com>/ CC: "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com& gt;/ From: "canvasfaintdiseased@yahoo.com" <canvasfaint ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>/ Sender: ElsterJ @gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com"<79B89A C67B2A3713EFA86CD2F2D98A1E9FEF28A6CD2F2D98A1E9FEF28AD-5read@rpost.net>/ X-Confirm-Read ing-to: "ElsterJ@gtlaw.com"<79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28A D-5read@rpost.net>/ XRPost-ID: 79B89AC67B2A3713EFA86CD2F2D98A1E9FEF 28AD/ To: "undoblewsolebeside@yahoo.com" <undoblewsolebeside@yahoo. com>/ Subject: (R)egistered: Service of legal process pursuant to c ourt order / Sending Message Body. / 250 ok dirdel /

<b>Opened from IP 66.151.14.170/ </b><br>—/ Conn ection: Keep-Alive/ Via: 1.1 CHI-ISA1/ Accept: "/"/ Accept-Encoding: g zip, deflate/ Accept-Language: en-us/ Host: open.rpost.net/ User-Agent: Mozilla/4.0 (compatible. MSIE 6.0; Windows NT 5.1; SV1; .NET CLR 1.1.4322; InfoPath.1 .NET CLR 2.0.50727)/ LM/W3SVC/1/RootC:\open<br >—<br><br><br><b><br>0<br>CGI/1.1off<br> 1/LM/ W3SVC/1<br>10.0.0.198/Rpost.aspxC:\openRpost.aspx404.http://ope n.rpost.net/79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28AD-1_2B960461C59287E 9FD5640F4C37249700D019BD9/rpost gif<br>66.151.14.17066.151.14.17 032198GET<br>/Rpost.aspxopen.rpost.net800<br>HTTP/1.0Micro soft-IIS/5.0/Rpost.aspxKeep-Alive<br>1.1 CHI-ISA1*/*gzip, deflat een-us<br>open.rpost.netMozilla/4.0 (compatible; MSIE 6.0. Windo ws NT 5.1; SV1; .NET CLR 1.1.4322; InfoPath.1: .NET CLR 2.0,50727)/ /

You should keep an electronic copy of this receipt, together with all of its attachments, for your records. Note that the Registered E-mail® service does not retain any copy of your e-mail or this receipt. You should not rely on the information in this receipt until you have authenticated this receipt. General terms and conditions of service are available upon request by e-mail from info@rpost.com or within the RPost Legal Notice.

An RPost Service ®Post

RcptVer6.0

# RECEIPT AUTHENTICATION™

PROOF OF SENDING, DELIVERY AND CONTENT™    RPOST® REGISTERED E-MAIL®

The receipt you have submitted to our system is valid and proves the delivery results displayed below.

## ** A copy of the original message is attached. **

### Delivery Status

| Address | Status | Details | Delivered (UTC) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| avraam02@yahoo.com | Delivered to Mailserver | Delivered to ng to [ d.mx.mail.yahoo.com ] # 10060 | 7/3/2007 5:07:43 PM | 7/3/2007 12:07:43 PM(-500) | |
| canvasfaintdiseased@yahoo.com | Delivered to Mailserver | Delivered to b.mx.mail.yahoo.com | 7/3/2007 5:07:47 PM | 7/3/2007 12:07:47 PM(-500) | |
| maneflauntaloud25@yahoo.com | Delivered to Mailserver | Delivered to c.mx.mail.yahoo.com | 7/3/2007 5:07:37 PM | 7/3/2007 12:07:37 PM(-500) | |
| undoblewsolebeside@yahoo.com | Delivered to Mailserver | Delivered to a.mx.mail.yahoo.com | 7/3/2007 5:07:19 PM | 7/3/2007 12:07:19 PM(-500) | |
| ElsterJ@gtlaw.com | Opened | HTTP | 7/3/2007 5:07:18 PM | 7/3/2007 12:07:18 PM(-500) | 7/3/2007 12:07:22 PM(-500) |

### Message Envelope

**FROM:** ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>

**SUBJECT:** Service of legal process pursuant to court order

**TO:** avraam02@yahoo.com
canvasfaintdiseased@yahoo.com
maneflauntaloud25@yahoo.com

7/6/2007

|  | undoblewsolebeside@yahoo.com |
| CC: | ElsterJ@gtlaw.com |
| BCC: |  |
| Network ID: | <63B2236C08279846A87B8F5DA27CA5230658EE24@CHI-EXCH01.gtlaw.com> |
| Received: | 7/3/2007 5:06:52 PM(UTC) |
| Client Code: |  |

Note: The Registered E-mail ® message associated with this Registered Receipt™ e-mail was sent using the "Register Reply" feature. Replies to the message will be returned via a Registered E-mail™ message.

| Message ID | File size |
| C1121AC23DE7866F7F0EAB1979F77B5A3924A508 | 1201666 |

| Attachments | |
| File name | File size |
| Motion for Prelim Injunction.pdf | 845923 |
| QSoft memo in support.pdf | 351478 |

**Delivery Audit Trail**

RPost vers 3.0 Patented 6, 0, 3, 3/ 07/03/07 10:07:07 Opening Socket / Connecting to: d.mx.mail.yahoo.com/ Error Connecting to [ d.mx.mail.yahoo.com ]. # 10060 / Error Connecting to [ d.mx.mail.yahoo.com ]. # 10060 / Connecting to: e.mx.mail.yahoo.com/ 220 mta114.mail.re4.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250- mta114. mail.re4.yahoo.com/ 250–8BITMIME/ 250–SIZE 31981568/ 250 PIPELINING/ M AIL FROM:<rcptC1121AC23DE7866F7F0EAB1979F77b5a3924A508-1@rpost.net& gt/ RCPT TO:<avraam02@yahoo.com>/ DATA/ 250 sender <rcptc112 1ac23de7866f7f0eab1979f77b5a3924a508-1@rpost.net> ok250 recipient & lt;avraam02@yahoo.com> ok354 go ahead85004244-2200772317731467@tran s1.els.rpost.netX-Priority: 3/ Return- Receipt-To: "ElsterJ@gtlaw.com"& lt;C1121AC23DE7866F7F0EAB1979F77B5A3924A508-1read@rpost.net>/ Reply -To: <undoblewsolebeside@yahoo.com> "ElsterJ@gtlaw.com"<ElsterJ@reg307031006950.rpost.org>/ TO: "undoblewsolebeside@yahoo.com/ anvasfaintdiseased@yahoo.com>, "manefifauntaloud25@yahoo.com" <manefifauntaloud25@yahoo.com>, "c anvasfaintdiseased@yahoo.com" <canvasfaintdiseased@yahoo.com>/ C C: "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw. com<ElsterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-N otification-To: "ElsterJ@gtlaw.co m"<C1121AC23DE7866F7F0EAB1979F77B5 A3924A508-1read@post.net>/ X-Confirm-Reading-to: C1121AC23DE7866F7F0EAB1979F77B5A3924A508-1read@post.net>/ XR Post-ID: egistered: Service of le gal process pursuant to court order / Sending Message Body. / 250 ok d irdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ 07/03/07 10:07:09 Opening Socket / Connecting to: b.mx.mail.yahoo.com/ 220 mta139.mail.re3.yahoo.com E SMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta139.mail. r e3.yahoo.com/ 250–8BITMIME/ 250–SIZE 31981568/ 250 PIPELINING/ MAIL FR OM:<rcptC1121AC23DE7866F7F0EAB1979F77B5A3924A508-2@rpost.net>/ R CPT TO:<canvasfaintdiseased@yahoo.com/ DATA/ 250 sender <rcp tc1121ac23de7866f7f0eab1979f77b5a3924a508- 2@rpost.net> ok250 recipi ent <canvasfaintdiseased@yahoo.com> ok354 go ahead195935479-2200

7723177 9624@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "Els terJ@gtlaw.com"<C1121AC23DE7866F7F0EAB1979F77B5A3924A508-2read@rpos t.net>/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@reg307031006951.rp ost.org>/ TO: "avraam02@yahoo.com" "avraam02@yahoo.com", "und oblewsolebeside@yahoo.com" "undoblewsolebeside@yahoo.com", "mane flauntaloud25@yahoo.com" "mane flauntaloud25@yahoo.com" <maneflauntaloud25@yahoo.com>/ CC: "Els terJ@gtlaw.com>/ From: ElsterJ@gtlaw.com< "ElsterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notifica tion-To: "ElsterJ@gtlaw.com"<C1121AC23DE7866F7F0EAB1979F77B5A3924A5 08-2read@rpost.net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<C 1121AC23DE7866F7F0EAB1979F77B5A3924A508-2read@rpost.net>/ XRPost-ID : C1121AC23DE7866F7F0EAB1979F77B5A3924A508/ To: "canvasfaintdiseased@ yahoo.com" <canvasfaintdiseased@yahoo.com>/ Subject: (R)egistered : Service of legal process pursuant to court order / Sending Message B ody / 554 delivery error: dd This user doesn't have a yahoo.com accou nt (canvasfaintdiseased@yahoo.com) [0] - mta139.mail.re3.yahoo.com/ QU IT/ 221 mta139.mail.re3.yahoo.com/

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 Bye/ 07/03/07 10:07:09 Opening Socket / Connecting to: c.mx.mail.yahoo.com/ 220 mta202.mail. re3.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els rpost.net/ 25 0- mta202.mail.re3.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPE LINING/ MAIL FROM:<rcptC1121AC23DE7866F7F0EAB1979F77B5A3924A508-3@ post.net>/ RCPT 3@rpost.net> ok250 recipient <maneflauntaloud25@yahoo.com> ok354 go ahead289 593295- 2200772311779639@trans1.els.rpost.netX-Priority: 3/ Return-Recei pt-To: "ElsterJ@gtlaw.com"<C1121AC23DE7866F7F0EAB1979F77B5A3924A508 -3read@rpost.net>/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@reg30703 1006952.rpost.org>/ TO: "avraam02@yahoo.com" <avraam02@yahoo.co m>, "undoblewsolebeside@yahoo.com" "undoblewsolebeside@yahoo.com" <undoblewsolebeside@yahoo.com > "canvasfaintdiseased@yahoo.com" <canvasfaintdiseased@yahoo.co m>/ CC: "ElsterJ@gtlaw.com>/ From: Elster J@gtlaw.com<ElsterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Dispo sition-Notification-To: "ElsterJ@gtlaw.com"<C1121AC23DE7866F7F0EAB1 979F77B5A3924A508-3read@rpost.net>/ X-Confirm-Reading-to: Elster "ElsterJ@gtlaw.com"<C1121AC23DE7866F7F0EAB1979F77B5A3924A508-3read@ rpost.net >/ XRPost-ID: C1121AC23DE7866F7F0EAB1979F77B5A3924A508/ To: "manefl auntaloud25@yahoo.com" <maneflauntaloud25@yahoo.com>/ Subject: (R)egistered : Service of legal process pursuant to court order / Sendin g Message Body / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ 07/03/07 10:07:09 Opening Socket/ Connecting to: a.mx.mail.yahoo.com/ 220 mta499.mail.mud.yahoo.com E SMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta499.mail.m ud.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FR OM:<rcptC1121AC23DE7866F7F0EAB1979F77B5A3924A508-4@rpost.net>/ R CPT TO:<undoblewsolebeside@yahoo.com>/ DATA/ 250 sender <rcpt c1121ac 23de7866f7f0eab1979f77b5a3924a508- 4@rpost.net> ok250 recipie nt <undoblewsolebeside@yahoo.com> ok354 go ahead238193595-220077 23177 9561@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "Elste rJ@gtlaw.com"<C1121AC23DE7866F7F0EAB1979F77B5A3924A508-4read@post. net>/ Reply-To: "manef flauntaloud25@yahoo.com" <ElsterJ@gtlaw.com>, "canvasfa intdiseased@yahoo.com" "canvasfa intdiseased@yahoo.com>/ CC: "Els terJ@gtlaw.com"<C1121AC23DE7866F7F0EAB1979F77B5A3924A508 08-4read@ rpost.net>/ From: ElsterJ@gtlaw.com/ Disposition-Notifica tion-To: "ElsterJ@gtlaw.com"<C1121AC23DE7866F7F0EAB1979F77B5A3924A5 08-4read@rpost.net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<C 1121AC23DE7866F7F0EAB1979F77B5A3924A508-4read@rpost.net>/ XRPost-ID : C1121AC23DE7866F7F0EAB1979F77B5A3924A508/ To: "undoblewsolebeside@ yahoo.com" <undoblewsolebeside@yahoo.com>/ Subject: (R)egistered: Service of legal process pursuant to court order / Sending Message B ody / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 07/03/07 10:07:09 Opening Socket / Connecting to: mx2.gtlaw.com/ 220
MX2.GTLAW.COM ESMTP / EHLO trans1 els.rpost.net/ 250-MX2.GTLAW.COM/ 250-PIPELINING/ 250-SIZE 28866663/
250-ETRN/ 250-STARTTLS/ 250 8BITMIME/ MAIL FROM:<rcptC1121AC23DE786 6F7F0EAB1979F77B5A3924A508/
5@rpost.net>/ RCPT TO:<ElsterJ@gtlaw com>/ DATA/ 250 OK250 Ok354 End data with <CR><LF>.<
CR><LF>145934883-22007723177102280@trans1.els.rpost.netX-Prior ity: 3/ Return-Receipt-To:
"ElsterJ@gtlaw.com"<C1121AC23DE7866F7F0E AB1979F77B5A3924A508-5read@rpost.net>/ Reply-To:
"ElsterJ@gtlaw.com"<ElsterJ@reg107031007763.rpost.org>/ TO: "avraam02@yahoo.com" & lt;avraam02@yahoo.com>,
"undoblewsolebeside@yahoo.com" <undoblew solebeside@yahoo.com>, "maneflauntaloud25@yahoo.com" <maneflaunt
aloud25@yahoo.com>, "canvasfaintdiseased@yahoo.com" <canvasfaint diseased@yahoo.com>/ From:
ElsterJ@gtlaw.com<ElsterJ@gtlaw com&g t/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@g
tlaw.com"<C1121AC23DE7866F7F0EAB1979F77B5A3924A508-5read@rpost.net& gt/ X-Confirm-Reading-to:
"ElsterJ@gtlaw.com"<C1121AC23DE7866F7F0E AB1979F77B5A3924A508-5read@rpost.net>/ XRPost-ID:
C1121AC23DE7866F7 F0EAB1979F77B5A3924A508/"ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com> / Subject: (R)egistered:
Service of legal process pursuant to court o rder / Sending Message Body. / 250 Ok: queued as 5791A70DT8//
<b>Opened from IP 66.151.14.170/ </b><br>----/ Conn ection: Keep-Alive/ Via: 1.1 CHI-ISA1/ Accept: */*/ Accept-Encoding:
g zip, deflate/ Accept-Language: en-us/ Host: open.rpost.net/ User-Agent: Mozilla/4.0 (compatible; MSIE 6.0; Windows NT
5.1; SV1; .NET CLR 1.1 4322; InfoPath 1:. NET CLR 2.0.50727)/ LM/W3SVC/1/RootC \open\br
><><br><br>br>CGI/1.1 0ff<br>1/LM/ W3SVC/1<br>10.0.0.198/Rpost.aspxC:\open\Rpost.aspx404;/http://ope
n.rpost.net/C1121AC23DE7866F7F0EAB1979F77B5A3924A508-5_43CD972FEA7D81C
115A2A52DACCDDD5338AF41B8/rpost.gif<br>66.151.14.17066.151.14.17
014153GET<br>Rpost.aspxopen.rpost.net800<br>HTTP/1.0Micro soft-IIS/5.0/Rpost.aspxKeep-Alive<br>1.1 CHI-
ISA1?/*gzip, deflat een-us<br>open.rpost.netMozilla/4.0 (compatible; MSIE 6.0; Windo ws NT 5.1; SV1; .NET CLR
1.1.4322; InfoPath 1:. NET CLR 2.0.50727)//

You should keep an electronic copy of this receipt, together with all of its attachments, for your records. Note that the
Registered E-mail® service does not retain any copy of your e-mail or this receipt. You should not rely on the information in
this receipt until you have authenticated this receipt. General terms and conditions of service are available upon request by e-
mail from info@rpost.com or within the RPost Legal Notice.

An RPost Service RPOST

RcptVer6.0

7/6/2007