IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QSOFT CONSULTING, LIMITED | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-cv-391 (JJF) |
| | ) | |
| TEDDY TONG and TDTONG LTD. | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, Sandra G. M. Selzer, being duly sworn according to law, deposes and says that she is employed by Greenberg Traurig, LLP, which is counsel for the Plaintiff, QSoft Consulting, Limited in the above-captioned action, and that on the 20th day of July 2007, pursuant to the *Order Granting QSoft Consulting Limited's Expedited Motion for Leave to Effectuate Service Via Electronic Mail*, dated June 26, 2007, she directed copies of the following to be served via email:

- *Subpoena Issued to Go.Daddy.com, Inc.*

- *Subpoena Issued to Estdomains, Inc.*

- *Expedited Application for the Issuance of a Letter Request for the Production of Documents of a Third-Party in the Czech Republic Pursuant to the Hague Convention*

upon the following:

> avraam02@yahoo.com; canvasfaintdiseased@yahoo.com; maneflauntaloud25@yahoo.com; wrotepiqueweight@yahoo.com and undoblewsolebeside@yahoo.com

as evidenced by the authenticated receipt attached hereto.

Dated: July 2⁴, 2007

Sandra G. M. Selzer (No. 4283)
GREENBERG TRAURIG, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
302-661-7000 - Telephone
302-661-7360 - Facsimile

**From:** Authentication [mailto:admin@rpost.com]
**Sent:** Saturday, July 21, 2007 10:52 AM
**To:** Elster, Jason (Assoc-Chi-LT)
**Subject:** Re: Fw: Receipt: Subpoenas - courtesy copies



**RECEIPT AUTHENTICATION™**

PROOF OF SENDING, DELIVERY AND CONTENT™                    RPOST® REGISTERED E-MAIL®

The receipt you have submitted to our system is valid and proves the delivery results displayed below.

**\*\* A copy of the original message is attached. \*\***

**Delivery Status**

| Address | Status | Details | Delivered (UTC) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| ElsterJ@gtlaw.com | Opened | HTTP | 7/20/2007 11:21:14 PM | 7/20/2007 6:21:14 PM(-500) | 7/20/2007 6:48:54 PM(-500) |
| avraam02@yahoo.com | Delivered to Mailserver | Delivered to b.mx.mail.yahoo.com | 7/20/2007 11:21:42 PM | 7/20/2007 6:21:42 PM(-500) | |
| canvasfaintdiseased@yahoo.com | Delivered to Mailserver | Delivered to f.mx.mail.yahoo.com | 7/20/2007 11:21:05 PM | 7/20/2007 6:21:05 PM(-500) | |
| maneflauntaloud25@yahoo.com | Delivered to Mailserver | Delivered to d.mx.mail.yahoo.com | 7/20/2007 11:21:44 PM | 7/20/2007 6:21:44 PM(-500) | |
| undoblewsolebeside@yahoo.com | Delivered to Mailserver | Delivered to e.mx.mail.yahoo.com | 7/20/2007 11:21:19 PM | 7/20/2007 6:21:19 PM(-500) | |

7/24/2007

| wrotepiqueweight@yahoo.com | Delivered to Mailserver | Delivered to e.mx.mail.yahoo.com | 7/20/2007 11:21:17 PM | 7/20/2007 6:21:17 PM(-500) |
|---|---|---|---|---|

**Message Envelope**

| FROM: | ElsterJ@gtlaw.com<ElsterJ@gtlaw.com> |
|---|---|
| SUBJECT: | Subpoenas - courtesy copies |
| TO: | avraam02@yahoo.com<br>canvasfaintdiseased@yahoo.com<br>maneflauntaloud25@yahoo.com<br>undoblewsolebeside@yahoo.com<br>wrotepiqueweight@yahoo.com |
| CC: | ElsterJ@gtlaw.com |
| BCC: | |
| Network ID: | <63B2236C08279846A87B8F5DA27CA52306DAD582@CHI-EXCH01.gtlaw.com> |
| Received: | 7/20/2007 11:13:17 PM(UTC) |
| Client Code: | |

Note: **This message has Digital Seal⁽ˢᴹ⁾ protection.**

**Message ID**

| Message ID | File size |
|---|---|
| A8A250C49EA83DFF70E2B60B12852EDB92AB03A3 | 6044657 |

**Attachments**

| File name | File size |
|---|---|
| GoDaddy.com Subpoena.pdf | 2572607 |
| ESTDOMAINS VALIS GROUP.pdf | 565297 |
| ESTDOMAINS.pdf | 562367 |
| Letter of Request.pdf | 711435 |

**Delivery Audit Trail**

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 Bye/ 07/20/07 16:20:39 Opening Socket./ Connecting to: mx2.gtlaw.com/ 220 MX2.GTLAW.COM ESMT P / EHLO trans1.els.rpost.net/ 250-MX2.GTLAW.COM/ 250-PIPELINING/ 250- SIZE 28866663/ 250-ETRN/ 250-STARTTLS/ 250 8BITMIME/ MAIL FROM:<rcp tA8A250C49EA83DFF70E2B60B12852EDB92AB03A3-1@rpost.net>/ RCPT TO:<.;ElsterJ@gtlaw.com>/ DATA/ 250 Ok250 Ok354 End data with <CR> <LF>.<CR><LF>262757495-22007752023039763@trans1.els rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"<A8A 250C49EA83DFF70E2B60B12852EDB92AB03A3-1read@rpost.net>/ Reply-To: " ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "wrotepiqueweight@yah oo.com" <wrotepiqueweight@yahoo.com> "avraam02@yahoo.com" "<a vraam02@yahoo.com>, "undoblewsolebeside@yahoo.com" <undoblewsole beside@yahoo.com>, "maneflauntaloud25@yahoo.com" <maneflauntalou d25@yahoo.com>,

7/24/2007

"canvasfaintdiseased@yahoo.com" <canvasfaintdise ased@yahoo.com>/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw com"<A8A250C49EA83DFF70E2B60B12852EDB92AB03A3-1read@rpost.net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<A8A250C49EA83DFF70E2B60B 12852EDB92AB03A3-1read@rpost.net>/ XRPost-ID: A8A250C49EA83DFF70E2B 60B12852EDB92AB03A3/ "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com>/ S ubject: (R)egistered: Subpoenas - courtesy copies / Sending Message Bo dy / 250 Ok: queued as 5A36B30DSF/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 451 Timeout waiting for comm and, terminating connection./ 07/20/07 16:20:38 Opening Socket./ Con necting to: b.mx.mail.yahoo.com/ 220 mta156.mail.re3.yahoo.com ESMTP Y Smtp service ready/ EHLO trans1.els.rpost.net/ 250-mta156.mail.re3.yah oo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FROM:<,;rcptA8A250C49EA83DFF70E2B60B12852EDB92AB03A3-2@rpost.net>/ RCPT TO :<avraam02@yahoo.com>/ DATA/ 250 sender <rcpta8a250c49ea83dff 70e2b60b12852edb92ab03a3-2@rpost.net> ok250 recipient <avraam02@ yahoo.com> ok354 go ahead82471861-220077520232048466@trans1.els.rpo st.netX-Priority. 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"<A8A250C 49EA83DFF70E2B60B12852EDB92AB03A3-2read@rpost.net>/ Reply-To: "Elst erJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "wrotepiqueweight@yahoo.com>, "undoblewsolebeside@yahoo.com" <undoblewsolebeside@yahoo.com" & lt;maneflauntaloud25@yahoo.com>, "maneflauntaloud25@yahoo.com" & lt;canvasfaintdiseased@yahoo.com>/ CC: "ElsterJ@gtlaw.com" <Elste rJ@gtlaw.com"<A8A250C49EA83DFF70E2B60B12852EDB92AB03A3- 2read@rpost.net>/ X -Confirm-Reading-to: "ElsterJ@gtlaw.com"<A8A250C49EA83DFF70E2B60 B12852EDB92AB03A3-2read@rpost.net>/ XRPost-ID: A8A250C49EA83DFF70E2B60 B12852EDB92AB03A3/ To: "avraam02@yahoo.com" <avraam02@yahoo.com> / Subject: (R)egistered: Subpoenas - courtesy copies / Sending Message Body. / 451 Message temporarily deferred - [190]/ QUIT/ 221 mta156.ma il.re3.yahoo.com/

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 421 mail215-sin.bigfish.com Error: timeout exceeded/ 07/20/07 16:20:37 Opening Socket./ Connecti ng to: f.mx.mail.yahoo.com/ 220 mta279.mail.mud.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta279.mail.mud.yahoo.co m/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FROM:<rcpt A8A250C49EA83DFF70E2B60B12852EDB92AB03A3-3@rpost.net>/ RCPT TO:< canvasfaintdiseased@yahoo.com>/ DATA/ 250 sender <rcpta8a250c49e a83dff70e2b60b12852edb92ab03a3- 3@rpost.net> ok250 recipient <can vasfaintdiseased@yahoo.com> ok354 go ahead286831652-22007752023203 8 200@trans1.els.rpost.netX-Priority. 3/ Return-Receipt-To: "ElsterJ@gtl aw.com"<A8A250C49EA83DFF70E2B60B12852EDB92AB03A3-3read@rpost.net> :/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "wrotep iqueweight@yahoo.com" <wrotepiqueweight@yahoo.com>, "avraam02@ya hoo.com" <avraam02@yahoo.com>, "undoblewsolebeside@yahoo.com" &l t;undoblewsolebeside@yahoo.com>, "maneflauntaloud25@yahoo.com" < maneflauntaloud25@yahoo.com>/ CC: "ElsterJ@gtlaw.com" <ElsterJ@g tlaw.com>/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com"& lt;A8A250C49EA83DFF70E2B60B12852EDB92AB03A3- 3read@rpost.net>/ X-Con firm-Reading-to: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com"& lt;A8A250C49EA83DFF70E2B60B128 52EDB92AB03A3/ To: "canvasfaintdiseased@yahoo.com"<canvasfaintdise ased@yahoo.com>/ Subject: (R)egistered: Subpoenas - courtesy copies / Sending Message Body. / 554 delivery error: dd This user doesn't ha ve a yahoo.com account (canvasfaintdiseased@yahoo.com) [0] - mta279.ma il.mud.yahoo.com/ QUIT/ 221 mta279.mail.mud.yahoo.com/

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 07/20/07 16:20:37 Opening Socket./ Connecting to: d.mx.mail.yahoo.com/ 220 mta203.mail.re4.yahoo com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta203. mail.re4.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ M AIL FROM:<rcptA8A250C49EA83DFF70E2B60B12852EDB92AB03A3-4@rpost.net& gt;/ RCPT TO:<maneflauntaloud25@yahoo.com>/ DATA/ 250 sender <,;rcpta8a250c49ea83dff70e2b60b12852edb92ab03a3- 4@rpost.net> ok250 re cipient <maneflauntaloud25@yahoo.com> ok354 go ahead245721154-22

0077520232038263@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"<A8A250C49EA83DFF70E2B60B12852EDB92AB03A3-4read @rpost.net>/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com> / TO: "wrotepiqueweight@yahoo.com" <wrotepiqueweight@yahoo.com>, "avraam02@yahoo.com" <avraam02@yahoo.com>, "undoblewsolebeside@ yahoo.com" <undoblewsolebeside@yahoo.com>, "canvasfaintdiseased@ yahoo.com" <canvasfaintdiseased@yahoo.com>/ CC: "ElsterJ@gtlaw.c om" <ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com<ElsterJ@gtla w.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To: "El sterJ@gtlaw.com"<A8A250C49EA83DFF70E2B60B12852EDB92AB03A3-4read@rpo st.net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<A8A250C49E A83DFF70E2B60B12852EDB92AB03A3-4read@rpost.net>/ XRPost-ID: A8A250C49E A83DFF70E2B60B12852EDB92AB03A3/ To: "maneflauntaloud25@yahoo.com" < maneflauntaloud25@yahoo.com>/ Subject: (R)egistered: Subpoenas - co urtesy copies / Sending Message Body. / 250 ok dirdel /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 07/20/07 16:20:37 Opening Socket./ Connecting to: e.mx.mail.re4.yahoo.com/ 220 mta394.mail.re4.yahoo com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta394. mail.re4.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ M AIL FROM:<rcptA8A250C49EA83DFF70E2B60B12852EDB92AB03A3-5@rpost.net& gt;/ RCPT TO:<undoblewsolebeside@yahoo.com>/ DATA/ 250 sender &l t;rcpta8a250c49ea83dff70e2b60b12852edb92ab03a3-5@rpost.net> ok250 r ecipient <undoblewsolebeside@yahoo.com> ok354 go ahead27021272-2 200775202232038200@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To : "ElsterJ@gtlaw.com"<A8A250C49EA83DFF70E2B60B12852EDB92AB03A3-5rea d@rpost.net>/ Reply-To: "ElsterJ@gtlaw.com" ;/ TO: "wrotepiqueweight@yahoo.com" <wrotepiqueweight@yahoo.com> , "avraam02@yahoo.com" <avraam02@yahoo.com>, "maneflauntaloud25@ yahoo.com" <maneflauntaloud25@yahoo.com>, "canvasfaintdiseased@y ahoo.com" <canvasfaintdiseased@yahoo.com>/ CC: "ElsterJ@gtlaw.co m" <ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com"<A8A250C49EA83DFF70E2B60B12852EDB92AB03A3-5read@rpos t.net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.co m" <ElsterJ@gtlaw.com"<A8A250C49EA 83DFF70E2B60B12852EDB92AB03A3-5read@rpost.net>/ XRPost-ID: A8A250C49EA 83DFF70E2B60B12852EDB92AB03A3/ To: "undoblewsolebeside@yahoo.com" < undoblewsolebeside@yahoo.com>/ Subject: (R)egistered: Subpoenas - c ourtesy copies / Sending Message Body. / 250 ok dirdel /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 07/20/07 16:20:37 Opening Socket./ Connecting to: e.mx.mail.yahoo.com/ 220 mta419.mail.re4.yahoo com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta419. mail.re4.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ M AIL FROM:<rcptA8A250C49EA83DFF70E2B60B12852EDB92AB03A3-6@rpost.net& gt;/ RCPT TO:<wrotepiqueweight@yahoo.com>/ DATA/ 250 sender < rcpta8a250c49ea83dff70e2b60b12852edb92ab03a3-6@rpost.net> ok250 rec ipient <wrotepiqueweight@yahoo.com> ok354 go ahead26204170-22007 7520232038185@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "E lsterJ@gtlaw.com"<A8A250C49EA83DFF70E2B60B12852EDB92AB03A3-6read@rp ost.net>/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ T O: "avraam02@yahoo.com" <avraam02@yahoo.com>, "undoblewsolebesi de@yahoo.com" <undoblewsolebeside@yahoo.com>, "maneflauntaloud25 @yahoo.com" <maneflauntaloud25@yahoo.com>, "canvasfaintdiseased@ yahoo.com" <canvasfaintdiseased@yahoo.com>/ CC: "ElsterJ@gtlaw.c om" <ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com"<A8A250C49EA83DFF70E2B60B12852EDB92AB03A3-6read@rpo st.net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<A8A250C49EA83DFF70E2B60B12852EDB92AB03A3-6read@rpost.net>/ XRPost-ID: A8A250C49E A83DFF70E2B60B12852EDB92AB03A3/ To: "wrotepiqueweight@yahoo.com" <w rotepiqueweight@yahoo.com>/ Subject: (R)egistered: Subpoenas - cour tesy copies / Sending Message Body. / 451 Message temporarily deferred - [190]/ QUIT/ 221 mta419.mail.re4.yahoo.com/

<b>Opened from IP 66.151.14.170/ </b><br>------/ Conn ection: Keep-Alive/ Via: 1.1 CHI-ISA1/ Accept: */*/ Accept-Encoding:

g zip, deflate/ Accept-Language: en-us/ Host: open.rpost.net/ User-Agent : Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; SV1; .NET CLR 1.1.4322; InfoPath.1; .NET CLR 2.0.50727)/ /LM/W3SVC/1/RootC:\open\<br>\<br><br><br>0<br>CGI/1.1off<br>1/LM/ W3SVC/1<br>10.0.0.198/Rpost.aspxC:\open\Rpost.aspx404;http://open.rpost.net/A8A250C49EA83DFF70E2B60B12852EDB92AB03A3-1_7325F6D254799AF 8F0E6F6A65DCFD57EED2A3ECE/rpost.gif<br>66.151.14.17066.151.14.17 011725GET<br>/Rpost.aspxopen.rpost.net800<br>HTTP/1.0Micro soft-IIS/5.0/Rpost.aspxKeep-Alive<br>1.1 CHI-ISA1*/gzip, deflat een-us<br>open.rpost.netMozilla/4.0 (compatible; MSIE 6.0; Windo ws NT 5.1; SV1; .NET CLR 1.1.4322; InfoPath.1; .NET CLR 2.0.50727)/ /

You should keep an electronic copy of this receipt, together with all of its attachments, for your records. Note that the Registered E-mail® service does not retain any copy of your e-mail or this receipt. You should not rely on the information in this receipt until you have authenticated this receipt. General terms and conditions of service are available upon request by e-mail from info@rpost.com or within the RPost Legal Notice.

An RPost Service RPOST

RcptVer6.0

7/24/2007