UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QSOFT CONSULTING LIMITED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-391 (JJF) |
| | ) |
| TEDDY TONG and TDTONG LTD., | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING QSOFT CONSULTING LIMITED'S
MOTION FOR LEAVE TO FILE CERTAIN EXHIBITS IN
SUPPORT OF ITS VERIFIED COMPLAINT AND ITS MOTION FOR
<u>PRELIMINARY INJUNCTION UNDER SEAL</u>**

This matter having come before the Court on *QSoft Consulting Limited's Motion For Leave To File Certain Exhibits In Support Of Its Verified Complaint And Its Motion For Preliminary Injunction Under Seal*; and, after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED that QSoft may file **Exhibits D, F, G, H, and I** to the Verified Complaint under seal, subject to further order of the Court; and

IT IS FURTHER ORDER that QSoft may file **Exhibits 1, 7, and 8** to the Motion for Preliminary Injunction under seal, subject to further order of the Court.

Dated: August 15, 2007

Judge, United States District Court,
District of Delaware

DEL 86185026v2