**Greenberg Traurig**

Sandra G. M. Selzer
Tel. 302.661.7000
Fax 302.661.7171
selzers@gtlaw.com

August 22, 2007

**VIA HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 King Street
Wilmington, DE 198

    Re:     **QSoft Consulting Limited v. Teddy Tong, *et al.*,
Case No. 07-391 (JJF)**

Dear Judge Farnan:

    This firm is counsel for QSoft Consulting Limited ("QSoft"), in the above-referenced action, Civil Action No. 07-391-JJF (the "Civil Action").

    On June 19, 2007, QSoft filed its Verified Complaint against Defendants Teddy Tong and tdtong ltd. (collectively "Defendants") seeking relief under the Controlling the Assault of Non-Solicited Pornography and Marketing Act, 15 U.S.C. § 7701 et. seq (the "CAN-SPAM Act"), the Computer Fraud and Abuse Act, 18 U.S.C.§ 1020 et. seq, the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125 ("ACPA"), Section 43(c) of the Lanham Act, 15 U.S.C. § 1125, and Delaware's Deceptive Trade Practice Act, 6 Del. C. § 2531 et. seq.  The Verified Complaint also asserts common law trespass to chattel, breach of contract, and trademark infringement and unfair competition claims against Defendants.

    In addition to its Verified Complaint, QSoft filed a Motion for Preliminary Injunction.  By its Motion for Preliminary Injunction, QSoft seeks to enjoin Defendants from spamming QSoft members with unsolicited commercial messages and to enjoin Defendants' infringing use of QSoft's protected marks through acts of cybersquatting by transferring the infringing domain names to QSoft.

    On June 22, 2007, the Court entered an Order setting a hearing on QSoft's Motion for Preliminary Injunction, however, out of an abundance of caution, QSoft requested a brief continuance of the Preliminary Injunction Hearing so as to ensure that Defendants had adequate time to respond.  On July 10, 2007, the Court entered an Order setting July 19, 2007 as the date by which Defendants were to respond to QSoft's Motion for Preliminary Injunction (the "July 10 Order").

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
BRUSSELS*
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME*
SACRAMENTO
SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO*
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH

*Strategic Alliance
Tokyo-Office/Strategic Alliance

Greenberg Traurig, LLP | Attorneys at Law | The Nemours Building | 1007 North Orange Street | Suite 1200 | Wilmington, DE 19801
Tel 302.661.7000 | Fax 302.661.7360

DEL 86192011v1 8/22/2007

www.gtlaw.com

The Honorable Joseph J. Farnan, Jr.
August 22, 20077
Page 2

We write to inform this Court that on July 5, 2007, QSoft effectuated service of its Verified Complaint and Summons upon Defendants (*See* Notice of Service, D.I. 31)[1] and on July 3, 2007, QSoft effectuated service of its Motion for Preliminary Injunction upon Defendants (*See* Notice of Service, D.I. 32). Furthermore, on July 11, 2007, QSoft served upon Defendants a copy of the Court's July 10 Order (D.I. 30). At this time, QSoft respectfully requests that the Court schedule a hearing on QSoft's Preliminary Injunction Motion.

If Your Honor has any questions with regard to the foregoing, please feel free to contact me.

Respectfully submitted,

Sandra G. M. Selzer

cc:   Clerk of Court (*Via* CMF)
      Teddy Tong (via email and registered first class mail)
      TDTong LTD (via email and registered first class mail)

---

[1] Pursuant to the Court's Order dated June 26, 2007, QSoft served all pleadings via electronic mail upon Defendants' known Internet and email addresses and domain sites, using the third-party email tracking software, RPost.com.

Greenberg Traurig, LLP

DEL 86192011v1 8/22/2007