IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

QSOFT CONSULTING LIMITED,       :
                                :
    Plaintiff,                  :
                                :
v.                              : Civil Action No. 07-391-JJF
                                :
TEDDY TONG and TDTONG LTD.,     :
                                :
    Defendants.                 :

### O R D E R

WHEREAS, Plaintiff filed a Motion for Preliminary Injunction in the above-captioned action (D.I. 3);

WHEREAS, a hearing was set for July 11, 2007 (D.I. 9);

WHEREAS, the Court granted Plaintiff's request to continue the Motion Hearing until service could be made upon Defendants and to allow time for Defendants to adequately respond;

WHEREAS, Plaintiff has notified the Court that service has been effectuated;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) A Motion Hearing will be held on **Monday, October 1, 2007 at 12:30 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2) Briefing on the Motion for Preliminary Injunction shall be completed by September 21, 2007.

August 28, 2007                          *[signature: Joseph J. Farnan Jr.]*
DATE                                     UNITED STATES DISTRICT JUDGE