IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

QSOFT CONSULTING LIMITED            :
                                    :
          Plaintiff,                :
                                    :
     v.                             : Civil Action No. 07-391 JJF
                                    :
TEDDY TONG AND TDTOND LTD,          :
                                    :
          Defendants.               :

**ORDER**

WHEREAS, on June 19, 2007, Plaintiff filed a Motion For Preliminary Injunction (D.I. 3);

WHEREAS, Defendants did not file a response to Plaintiff's Motion;

WHEREAS, at the Hearing on the Motion held on October, 1, 2007, the Court found that Plaintiff established a likelihood of success on the merits, that the requested injunction is in the public interest, and that Plaintiff is at danger of suffering irreparable harm because of the nature of the activities complained of;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1.   Plaintiff's Motion For Preliminary Injunction (D.I. 3) is **GRANTED**;

2.   Defendants are enjoined from directly or indirectly sending or transmitting any unsolicited commercial messages to any Internet or Qsoft user including, but not limited to, any such message that references in any way GAYDAR or any of the GAYDAR websites for a commercial purpose;

3.   Defendants are enjoined from using, linking, selling,
     exercising control over, or otherwise owning the Infringing
     Domain Names <gaydarboys.net>, <gaydarcams.net>,
     <myqaydar.com>, or any other domain name or trademark or
     service mark that incorporates, in whole or in part, Qsoft's
     GAYDAR mark.

4.   Defedants transfer ownership of the Infringing Domain Names
     <gaydarboys.net>, <gaydarcams.net>, and <myqaydar.com> to
     Plaintiff.

October ___, 2007

                              _____
                              UNITED STATES DISTRICT JUDGE