## MINISTRY OF JUSTICE OF THE CZECH REPUBLIC
Vyšehradská 16, 128 10  Praha 2
**International Department**

| | | |
|---|---|---|
| Your ref.: | C.A. No. 07-391 (JJF) | |
| Date: | | |
| Our ref.: | 1756/2007-MO-C/7 | |
| | | |
| Respond to: | Mgr. Hana Koubková | |
| Tel No. | +420 221997925 | |
| Fax No. | +420 221997986 | |

E-MAIL:    om@msp.justice.cz

Doporučeně
Hon. Joseph J. Farnan, Jr.
Judge, United States Disrict Court for
the District of Dalaware
J. Caleb Boggs federal Building
844 North King Street
Wilmington, Delaware 19801
United States of America

Prague, 26th November 2007

**Subj.: Your request for international judicial assistance - taking of evidence**

Dear Mr. Farnan,

Ministry of Justice of the Czech Republic received your request for taking of evidence dated on 20th July 2007. In the enclosure we allow ourselves to send you the results of the successfully executed request.

The competent requested court: Okresní soud Příbram, Milínská 167, 261 28, Příbram III, Czech Republic has called and heard as a witness Mr. Miloš Kalerta, representative of Exmaster Web and server Hosting and drew up a deposition taken under commission. Please find more details in the enclosure.

Yours Sincerely,

Mgr. Věra Krajánková
Head of the International Treaties and
Mutual Legal Assistance in Civil Matters Unit

Annexes: 1 (2 originals)




MINISTERSTVO SPRAVEDLNOSTI ČR
P.O. BOX 65
128 10 Praha 28
CZECH REPUBLIC



FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2007 DEC -5  AM 11:22



DOPORUČENĚ
RECOMMANDÉ
PRIORITAIRE

DOCUMENT

07-391 JJF

Spisová značka: **28 Cd 188/2007**

P R O T O K O L   O   J E D N Á N Í
před soudem prvního stupně

**Okresní soud v Příbrami**     odd. **28 CD**                    dne: **05. listopadu 2007**

Věc:

Žalobce:            **QSOFT CONSULTING LIMITED**

žalovaný:          **TEDDY TONG a TD TONG LTD.**

o                         **doručení písemnosti**

Přítomni od soudu:

Samosoudkyně: **JUDr. Alice Kořínková**
Zapisovatelka: Miroslava Boháčová

K jednání se dostavili:

1. svědek:            **Miloš Kalerta, totožnost ověřena dle OP č.**
   *) osobně                                                         rodné číslo:
   ~~*) osoba pověřená za něj (ni) jednat:~~
   ~~pověření ze dne~~                                        ~~č.l. spisu~~
   *) se nedostavil(a) -    ~~*) doručení vykázáno dnem~~
                                       *) doručení není vykázáno

Jednání zahájeno v **9:00** hodin.

Na předvolání se dostavil p. Miloš Kalerta, nar. 20.4.1974, podnikatel, bytem Dobříš 1102, který po poučení dle § 126 o.s.ř. uvádí:

Jsem soukromý podnikatel. Podnikám jako fyz. osoba na základě živnostenského oprávnění, vydaného v roce 2001 Živnostenským úřadem Dobříš, v oboru reklama, marketingu a internetových služeb. Na Internetu pak používám název Exmasters Web and server Hosting, i když oficiálně tento název nepoužívám, protože ze zákona je název podnikatele označen jeho jménem a příjmením. Mojí podnikatelskou aktivitou je poskytovat určitý prostor na Internetu serveru. Fakticky jde o to, že zákazník má zájem vytvořit si nějaké internetové stránky a já mu po technické stránce zajišťuji jejich fungování. Jde-li o obsah těchto stránek, ty si zajišťuje klient sám a je tedy za ně odpovědný. Z pravidla nemám uzavřenu písemnou smlouvu. Jde v podstatě pouze o dohodu, když zákazník předem zaplatí mojí odměnu a já mu poskytnu na serveru prostor a technicky to zajistím. Pokud se týká údajů o osobě, které jsem poskytoval Hosting pro „gayhost.org" jednalo se o pana Teddy Tonga s adresou 45 10TH AVE PSČ 19 085 40 Princetown stát Nex Jersey, USA tel. +001.6099872348, e-mail. avraam02@yahoo.com. Pan Teddy Tong si registroval doménu u firmy GO DADDY. Platby

byly prováděny přes platební kartu prostřednictvím třetích osob, a proto neznám číslo karty ani účtu. je mi známo pouze to, že se jednalo o platební kartu VISA. Pokud jde o názvy domén, který poskytují hosting, a které jsou registrovány na Teddy Tonga, pak kromě uvedené gayhost.org jsou to camhost.org a guy4.us. K celé věci ještě uvádím, že veškeré domény jmenovaného zákazníka byly zrušeny a na serverech se nenacházejí, neboť nebyla zaplacena odměna za další období.

Svědek svědečné nežádá. Hlasitě diktováno bez připomínek.

Skončeno, podepsáno v 9:25 hodin.

_____
Miloš Kalerta
svědek

_____
Miroslava Boháčová
zapisovatelka

_____
JUDr. Alice Kořínková
samosoudkyně

Spisová značka: **28 Cd 188/2007**

PROTOKOL O JEDNÁNÍ
před soudem prvního stupně

**Okresní soud v Příbrami**   odd. 28 CD               dne: **05. listopadu 2007**

Věc:

Žalobce:           **QSOFT CONSULTING LIMITED**

žalovaný:          **TEDDY TONG a TD TONG LTD.**

o                  **doručení písemnosti**

Přítomni od soudu:

Samosoudkyně: **JUDr. Alice Kořínková**
Zapisovatelka: Miroslava Boháčová

K jednání se dostavili:

1. svědek:              **Miloš Kalerta, totožnost ověřena dle OP č.**
   *) osobně                                   rodné číslo:
   ~~*) osoba pověřená za něj (ni) jednat:~~
     ~~pověření ze dne~~                       ~~č.l. spisu~~
   *) se nedostavil(a) -   ~~*) doručení vykázáno dnem~~
                          *) doručení není vykázáno


Jednání zahájeno v **9:00** hodin.

Na předvolání se dostavil p. Miloš Kalerta, nar. 20.4.1974, podnikatel, bytem Dobříš 1102, který po poučení dle § 126 o.s.ř. uvádí:

Jsem soukromý podnikatel. Podnikám jako fyz. osoba na základě živnostenského oprávnění, vydaného v roce 2001 Živnostenským úřadem Dobříš, v oboru reklama, marketingu a internetových služeb. Na Internetu pak používám název Exmasters Web and server Hosting, i když oficiálně tento název nepoužívám, protože ze zákona je název podnikatele označen jeho jménem a příjmením. Mojí podnikatelskou aktivitou je poskytovat určitý prostor na Internetu serveru. Fakticky jde o to, že zákazník má zájem vytvořit si nějaké internetové stránky a já mu po technické stránce zajišťuji jejich fungování. Jde-li o obsah těchto stránek, ty si zajišťuje klient sám a je tedy za ně odpovědný. Z pravidla nemám uzavřenu písemnou smlouvu. Jde v podstatě pouze o dohodu, když zákazník předem zaplatí mojí odměnu a já mu poskytnu na serveru prostor a technicky to zajistím. Pokud se týká údajů o osobě, které jsem poskytoval Hosting pro „gayhost.org" jednalo se o pana Teddy Tonga s adresou 45 10TH AVE PSČ 19 085 40 Princetown stát Nex Jersey, USA tel. +001.6099872348, e-mail. avraam02@yahoo.com. Pan Teddy Tong si registroval doménu u firmy GO DADDY. Platby

byly prováděny přes platební kartu prostřednictvím třetích osob, a proto neznám číslo karty ani účtu. je mi známo pouze to, že se jednalo o platební kartu VISA. Pokud jde o názvy domén, který poskytují hosting, a které jsou registrovány na Teddy Tonga, pak kromě uvedené gayhost.org jsou to camhost.org a guy4.us. K celé věci ještě uvádím, že veškeré domény jmenovaného zákazníka byly zrušeny a na serverech se nenacházejí, neboť nebyla zaplacena odměna za další období.

Svědek svědečné nežádá. Hlasitě diktováno bez připomínek.

Skončeno, podepsáno v 9:25 hodin.


--------------------
Miloš Kalerta
svědek



--------------------                          --------------------
Miroslava Boháčová                            JUDr. Alice Kořínková
zapisovatelka                                 samosoudkyně

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QSOFT CONSULTING, LIMITED ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-391 (JJF) |
| ) | |
| TEDDY TONG and TDTONG LTD. ) | |
| ) | |
| Defendants. ) | |

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT
TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON TAKING
OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS

*To the extent that this request may be handled in an expedited manner, the Requesting
Authority respectfully requests that it be so handled.*

1. **Sender:**

   United States District Court For the District of Delaware
   J. Caleb Boggs Federal Building
   844 North King Street
   Wilmington, Delaware 19801
   U.S.A.

2. **Central Authority of the Requested State:**

   Ministerstvo Spravedlnosti Ceske Republicky
   128 10 Praha 2
   Vysehradska 16 Prague
   Czech Republic

3. **Person to whom the executed request is to be returned:**

   Hon. Joseph J. Farnan, Jr.
   United States District Judge
   United States District Court for the District of Delaware
   J. Caleb Boggs Federal Building
   844 North King Street
   Room 4124, Lockbox 27
   Wilmington, Delaware, 19801 U.S.A.
   Phone: (302) 573-6155

4. **In conformity with Article 3 of the Convention, the undersigned applicant has the honor to submit the following request:**

    a.   *Requesting judicial authority:*

        United States District Court for the District of Delaware
        844 North King Street
        Room 4124, Lockbox 27
        Wilmington, Delaware, 19801 U.S.A.
        Phone: (302) 573-6155

    b.   *To the competent authority of:*

        The Czech Republic

    c.   *Names and addresses of the parties and their representatives:*

        **PLAINTIFF:**

            QSOFT CONSULTING LIMITED

        **REPRESENTATIVES:**

            Paul D. McGrady, Jr.
            Anthony L. Abboud
            Paul A. Del Aguila
            Jason B. Elster
            77 West Wacker Drive, Suite 2500
            Chicago, Illinois 60601
            312-456-8400

            -and-

            Donald J. Detweiler
            Sandra G. M. Selzer
            The Nemours Building
            1007 North Orange Street, Suite 1200
            Wilmington, DE 19801
            302-661-7000

        **DEFENDANTS:**

            TEDDY TONG and TD TONG LTD.

        **REPRESENTATIVES:**

            Unknown

5. **Nature and purpose of the proceedings and summary of the facts:**

   This is a civil suit. Plaintiff QSOFT CONSULTING LIMITED has accused Defendants Teddy Tong and TD Tong Ltd. of violating the federal Controlling the Assault of Non-Solicited Pornography and Marketing Act, the Computer Fraud and Abuse Act, the Anticybersquatting Consumer Protection Act, Section 43(c) of the Lanham Act, Delaware's Deceptive Trade Practice Act, and is also asserting common law trespass to chattel and breach of contract claims. To date, the Defendants have yet to contact Plaintiff's counsel or make a formal court appearance.

6. **Evidence to be obtained or other judicial act to be performed:**

   It is requested that Exmasters produce certain documents that relate to the Defendants' use of the domain name <gayhost.org>. The document request is limited in scope and sufficiently specific so as to minimize the burden on Exmasters.

7. **Identity and address of any person to be examined:**

   N/A

8. **Questions to be put to the person to be examined or statement of the subject matter about which he is to be examined:**

   N/A

9. **Documents or other property to be inspected:**

   Generally, Plaintiff is seeking documents relating to Defendants' website with the domain name <gayhost.org> that is hosted by Exmasters. For the specific document requests, see the Subpoena Rider attached hereto as **Exhibit 1**.

10. **Any requirement that the evidence to be given on oath or affirmation and any specific form to be used:**

    None.

11. **Special methods or procedure to be followed:**

    It is requested that:

    (a)   Exmasters produce the requested documents before August 16, 2007 to:

    Greenberg Traurig, LLP, c/o Jason Elster
    77 West Wacker Drive, Suite 2500,
    Chicago, Illinois 60601
    U.S.A.

    (b)    if any document called for herein is withheld from production for any reason, including, but not limited to, on a claim of privilege or other asserted protection against discovery by any statute, rule, doctrine, decision or other ground, Exmasters provide the following information in writing for each document withheld: 1) a description of the document; 2) a statement of facts constituting the basis for withholding the document; 3) a brief description by subject matter of the privileged matter; and 4) the request(s) as to which the document is responsive; and

    (c)    if any dispute arises as to whether certain documents should or should not be produced because of privilege or any other reason, that Exmasters contact attorneys for Plaintiff to discuss a mutually acceptable solution.

12. **Request for notification of the time and place for the execution of the Request and identity and address of any person to be notified:**

Please notify the following persons when and where the documents are to be produced:

Donald J. Detweiler
Sandra G. M. Selzer
GREENBERG TRAURIG, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
302-661-7000
*detweilerd@gtlaw.com*
*selzers@gtlaw.com*

    -and-

Paul D. McGrady, Jr.
Anthony L. Abboud
Paul A. Del Aguila
Jason B. Elster
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
312-456-8400

13. **Request for attendance or participation of judicial personnel of the requesting authority at the execution of the Letter of Request:**

None.

14. **Specification of privilege or duty to refuse to give evidence under the law of the State of origin:**

    Exmasters may refuse to produce any document requested under Section 9 above and Exhibit 1 if such document (1) is privileged under a recognized privilege such as the attorney-client privilege, or (2) is attorney work product.

15. **The fees and costs incurred which are reimbursable under the second paragraph of Article 14 or under Article 26 of the Convention will be borne by:**

    QSOFT CONSULTING LIMITED

    Paul D. McGrady, Jr.
    Anthony L. Abboud
    Paul A. Del Aguila
    Jason B. Elster
    GREENBERG TRAURIG, LLP
    77 West Wacker Drive, Suite 2500
    Chicago, Illinois 60601
    312-456-8400

16. **Date of request:**

    July 20, 2007

17. **Signature and seal of the requesting authority:**

    Honorable Joseph J. Farnan, Jr.,
    United States District Court Judge

    **CERTIFIED:**
    **AS A TRUE COPY:**
    **ATTEST:**
    **PETER T. DALLEO, CLERK**
    BY Deborah A Krett
    **Deputy Clerk**

## EXHIBIT 1

## SUBPOENA RIDER

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, you are commanded to permit inspection and copying of the following designated books, documents, or tangible things in your possession, custody, or control, at the place and time designated in the Subpoena accompanying this Subpoena Rider.

### DEFINITIONS

1. The term "communication" is used in its broadest sense, and means any transmission of information from one person or entity to another, by any means.

2. The term "document" is intended in the broadest sense allowable under the Federal Rules of Civil Procedure, and includes, but is not limited to, any tangible thing and any printed, written, recorded, taped, electronic, graphic, computerized printout, or other matter from any source, however produced or reproduced, whether printed or recorded or reproduced by any other mechanical, photographic, xerographic or electronic process, or written or produced by hand, including but not limited to, any information contained in any computer, computer memory or memory media, including, but not limited to, any personal computer, laptop computer, Palm Pilot, Blackberry, or similar device, and any information recorded on volatile or nonvolatile media, hard disks, and floppy disks by magnetic or electronic impulse, although not yet printed, and all drafts, revisions, foreign language versions or translations to English of any of the foregoing, and all non-identical copies of any item listed above. The term "document" specifically includes any and all materials sent or stored on any e-mail or other electronic communication system.

3. The term "person" means any natural person or any legal entity, including a

proprietorship, partnership, trust, firm, corporation, association, governmental agency, or other organization or association.

4. The terms "reflecting," "regarding," "referring to," and "relating to" mean constituting, consisting of, associated with, or in any way connected with the matter discussed, in whole or in part.

5. The term "contact information" means telephone numbers, facsimile numbers, physical addresses, electronic mail addresses, post office box numbers, mailing addresses, or forwarding addresses of any kind.

6. The terms "Exmasters," "you," "your," and "yours" refer to Exmasters.com, Inc. and its present or former owners, directors, officers, partners, employees, agents, consultants, experts, representatives, and attorneys, as well as all other natural persons in the employ of or otherwise acting or purporting to act on its behalf.

7. The term "TDTong" refers to TDTong ltd. and its present or former owners, directors, officers, partners, employees, agents, consultants, experts, representatives, and attorneys, as well as all other natural persons in the employ of or otherwise acting or purporting to act on its behalf.

8. The term "Tong" refers to Teddy Tong and his employees, agents, consultants, experts, representatives, and attorneys, as well as all other natural persons in his employ or otherwise acting or purporting to act on his behalf.

## CLAIMS OF PRIVILEGE

1. If any document called for herein is withheld from production for any reason, including, but not limited to, on a claim of privilege or other asserted protection against

discovery by any statute, rule, doctrine, decision or other ground, please provide a privilege log setting forth the following information for each document withheld:

(a) A description of the document, including the type of document, date, author, and recipient;

(b) The basis for withholding the document;

(c) A brief description by subject matter of the privileged matter; and

(d) The request(s) as to which the document is responsive.

## DOCUMENTS REQUESTED

1. Any document or communication that reflects the contact information for the person for whom you host <gayhost.org>.

2. Any document or communication that reflects the account number, billing information, or any other contact information relating to the means of payment used to compensate you for hosting <gayhost.org>, including but not limited to any credit card(s), bank wire(s) or PayPal account(s).

3. A list of all domain names you host that are registered by, paid for, or otherwise associated with Tong or TDTong.

CHI 56744165v2 7/18/2007