IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QSOFT CONSULTING, LIMITED | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-cv-391 (JJF) |
| | ) | |
| TEDDY TONG and TDTONG LTD. | ) | |
| | ) | |
| Defendants. | ) | |

## QSOFT CONSULTING LIMITED'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Plaintiff QSoft Consulting Limited ("QSoft"), by and through its undersigned counsel and pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, hereby moves for entry of default against Teddy Tong ("Tong") and tdtong ltd. (collectively, "Defendants"). In support of its Motion, QSoft states as follows:

## I.    BACKGROUND

1.    On June 19, 2007, QSoft filed its Verified Complaint against Defendants seeking relief under the Controlling the Assault of Non-Solicited Pornography and Marketing Act, 15 U.S.C. § 7701 *et. seq* (the "CAN-SPAM Act"), the Computer Fraud and Abuse Act, 18 U.S.C.§ 1020 *et. seq* ("CFFA"), the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125 ("ACPA"), Section 43(c) of the Lanham Act, 15 U.S.C. § 1125, and Delaware's Deceptive Trade Practice Act, 6 Del. C. § 2531 *et. seq* (the "Verified Complaint"). (*See* D.I. 1.) The Verified Complaint also asserts common law trespass to chattel, breach of contract, and trademark infringement and unfair competition claims against Defendants. (*See id.*)

2.    Contemporaneously therewith, QSoft filed a Motion for Preliminary

Injunction (D.I. 3) by which it sought to enjoin Defendants from spamming QSoft members with unsolicited commercial messages and to enjoin Defendants' infringing use of QSoft's protected marks through acts of cybersquatting by transferring the infringing domain names to QSoft.

3.    QSoft attempted to serve Summons and the Verified Complaint on Defendants. Those attempts were unsuccessful as the addresses provided by Defendants' when registering the infringing domain names do not exist. (*See* D.I. 16, Exh. C.) On June 26, 2007, the Court granted QSoft's Expedited Motion For Leave To Effectuate Service Via Electronic Mail, which allowed QSoft to serve the Summons, Verified Complaint, Motion for Preliminary Injunction, Motion to Seal and Scheduling Order (collectively, "Pleadings") on Defendants via the e-mail addresses associated with the Defendants' registration of certain domain names. (*See* D.I. 16.)

4.    On July 3, 2007, QSoft e-mailed the Pleadings to avraam02@yahoo.com, canvasfaintdiseased@yahoo.com, maneflauntaloud25@yahoo.com, and undoblewsole beside@yahoo.com using the third-party e-mail tracking software, RPost.com. Although not necessary to effect service, QSoft requested delivery confirmations from RPost.com. True and correct copies of the e-mail delivery confirmations showing that the Pleadings were delivered to Defendants' e-mail addresses are attached collectively hereto as **Exhibit A**.[1]

5.    QSoft received confirmation from RPost.com that the Summons, Motion for Preliminary Injunction (without exhibits), Memorandum in Support of Motion for Preliminary Injunction, Motion to Seal, and the Scheduling Order were delivered to the above-referenced email addresses on July 3, 2007. *See* **Exhibit A**. Due to technological

---

[1] Due to the size and quantity of electronic attachments, the Pleadings were sent via multiple e-mails.

circumstances outside of its control, QSoft did not receive confirmation that the exhibits to the Motion for Preliminary Injunction and the Verified Complaint were delivered to Defendants' e-mail addresses on July 3, 2007.

6.    On July 6, 2007, QSoft again e-mailed the Pleadings to avraam02@yahoo.com, canvasfaintdiseased@yahoo.com, maneflauntaloud25@ yahoo.com, and undoblewsolebeside@yahoo.com using RPost.com. QSoft received confirmation from RPost.com that the Verified Complaint and all but one of the exhibits were delivered to Defendants' email addresses on July 6, 2007.[2] *See* **Exhibit A**.

7.    Confirmations that the remaining exhibit to the Verified Complaint and the exhibits to the Motion for Preliminary Injunction were received on July 9, 2007. *See* **Exhibit A**.

8.    Due to difficulties effectuating service upon the Defendants, on July 10, 2007, the Court entered an order modifying the schedule for Defendants to file a response to QSoft's Motion for Preliminary Injunction (D.I. 22) and requiring that they respond by July 19, 2007. The Court's July 10 order was electronically served on Defendants' on July 10, 2007. *See* **Exhibit A**.

9.    After being notified that service had been effectuated on the Defendants, on August 28, 2007, the Court entered an order setting the hearing on QSoft's Motion for Preliminary Injunction for October 1, 2007. (See D.I. 44.)

10.    Defendants failed to appear for the October 1, 2007 hearing and have never made any attempt to contact counsel for QSoft. At the hearing, the Court was advised that the Defendants have never responded to Plaintiff's cease and desist letter and

---

[2] Also, on July 6, 2007, QSoft e-mailed the Pleadings to wrotepiqueweight@yahoo.com, another e-mail address associated with Defendants' registered domain names, without requesting delivery confirmation through RPost.com.

have never answered the Verified Complaint. On October 2, 2007, the Court granted QSoft's Motion for Preliminary Injunction and transferred ownership of the three infringing domain names from Defendants to QSoft. (*See* D.I. 47.)

11. Thereafter, QSoft served Defendants with a copy of the Court's October 2, 2007 Order. At no time have Defendants responded or attempted to contact the undersigned attorneys.

## II.    ARGUMENT

### A.    Defendants Failure To Answer Or Otherwise Plead Entitles Plaintiff To Entry Of Default.

12. Defendants' failure to file an answer or any other pleading after nearly three months have passed since they were served with the Verified Complaint and Summons justifies the entry of a default judgment and permanent injunction against Defendants and in favor of QSoft.

13. Failure to answer a complaint or otherwise defend a complaint is grounds for a default judgment, which first requires the entry of a party's default. *See* Fed. R. Civ. P. 55(a) ("When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend . . ., the clerk shall enter the party's default."); *Compendia Songs v. On Top Communications, LLC*, No. Civ.A.04-252-GMS, 2004 WL 2898070, at *2 (D. Del. November 14, 2004).

14. QSoft filed its Verified Complaint in the above-captioned case on June 19, 2007. All of the Pleadings were served upon the Defendants on or before July 9, 2007. *See* **Exhibit A**.

15. Pursuant to Rule 12 of the Federal Rules of Civil Procedure, Defendants were required to answer or otherwise plead within 20 days of being served with

Summons and the Verified Complaint, *i.e.*, on or before July 30, 2007.

16.     Although Defendants have been in default since July 30, 2007, QSoft has not moved for the entry of a default judgment due to the pending resolution of its Motion for Preliminary Injunction.

17.     At the October 1, 2007 hearing on QSoft's Motion for Preliminary Injunction, the Court held, *inter alia*, that QSoft was likely to succeed on the merits of its CAN-SPAM Act and ACPA claims.  The Court also acknowledged that Defendants were properly served and that no answer had been filed on their behalf.

18.     As of the date of this Motion, Defendants have still failed to file an answer, a responsive pleading, a motion under Federal Rules of Civil Procedures 12 or 56, or to otherwise defend the suit.

19.     Based on the foregoing, the Court should grant QSoft's Motion for Entry of Default Judgment and Permanent Injunction.  In granting QSoft's Motion, the Court should find that each of factual allegations in the complaint are taken as true.  *See DirecTV Inc. v. Pepe*, 431 F.3d 162, 165 (3d Cir. 2005).

20.     Accordingly, the following facts have been established:

- Defendant Tong willfully and with actual knowledge or knowledge fairly implied on the basis of objective circumstances used false or fraudulent pretenses to obtain multiple <gaydar.co.uk> accounts that he specifically agreed would not be used for commercial purposes, which he then used to spam Gaydar Members to promote his own commercial endeavors.  (*See* D.I. 1, at ¶ 66.)

- Defendant Tong willfully and with actual knowledge or knowledge fairly implied on the basis of objective circumstances repeatedly transmitted commercial messages that contained subject headings that would likely mislead a recipient, acting reasonably under the circumstances, about a material fact regarding the contents or subject matter of the message.  (*See* D.I. 1, at ¶ 67.)

- Defendant Tong willfully and with actual knowledge or knowledge fairly implied on the basis of objective circumstances repeatedly transmitted unsolicited,

electronic commercial messages that failed to include a functional electronic return address or any other mechanism, conspicuously displayed or otherwise, which the recipient could use to request not to receive any future commercial messages from Tong.   (*See* D.I. 1, at ¶ 68.)

- Defendant Tong willfully and with actual knowledge or knowledge fairly implied on the basis of objective circumstances continued to transmit unsolicited commercial messages regarding his commercial endeavors more than ten business days after receiving requests from the recipients of these messages not to receive such messages in the future, and continued to send the unsolicited messages to Gaydar Members despite QSoft's request, on behalf of its customers, not to do so. (*See* D.I. 1, at ¶ 69.)

- Defendant Tong willfully and with actual knowledge or knowledge fairly implied on the basis of objective circumstances repeatedly transmitted unsolicited, electronic commercial messages that failed to include a clear and conspicuous identification that the spam messages sent to Gaydar Members from the fraudulently obtained <gaydar.co.uk> accounts were advertisements and solicitations for his commercial endeavors, failed to include with his Spam messages to Gaydar Members a clear and conspicuous notice of the user's opportunity to opt out or to decline further commercial messages from Defendant, and failed to include with his Spam messages to Gaydar Members a valid physical postal address. (*See* D.I. 1, at ¶ 70.)

- Defendants Tong and tdtong ltd willfully and with actual knowledge or knowledge fairly implied on the basis of objective circumstances adopted the Infringing Domain Names with a bad faith intent to profit from QSoft's GAYDAR mark.  (*See* D.I. 1, at ¶ 76.)

- Defendants Tong and tdtong ltd willfully and with actual knowledge or knowledge fairly implied on the basis of objective circumstances provided false contact information when applying for the registration of the Infringing Domain Names in an effort to further conceal their true identity.  (*See* D.I. 1, at ¶ 77.)

- Defendant Tong willfully and with actual knowledge or knowledge fairly implied on the basis of objective circumstances caused the transmission of one or more programs, information, codes, or commands to QSoft's computer facilities through the means of a computer used in interstate commerce with the intent, or alternatively with reckless disregard of a substantial and unjustified risk, that its transmission would damage or cause damage to QSoft's computer system or network.  (*See* D.I. 1, at ¶ 78.)

- Defendant Tong willfully and with actual knowledge or knowledge fairly implied on the basis of objective circumstances transmitted unsolicited commercial messages to Gaydar Members that included, in place of the actual sender's return address, the addresses of two <gaydar.co.uk> accounts that Defendant Teddy

Tong created with the intention of collecting never-to-be-read complaints. (*See* D.I. 1, at ¶ 88.)

- Defendant Tong willfully and with actual knowledge or knowledge fairly implied on the basis of objective circumstances transmitted unsolicited commercial messages to Gaydar Members knowing that numerous messages and complaints would be collected by his fraudulently obtained <gaydar.co.uk> accounts. (*See* D.I. 1, at ¶ 89.)

- Defendant Tong willfully and with actual knowledge or knowledge fairly implied on the basis of objective circumstances transmitted unsolicited commercial messages to Gaydar Members knowing that numerous recipients of the messages would e-mail complaints to QSoft. (*See* D.I. 1, at ¶ 90.)

- Defendant Tong willfully and with actual knowledge or knowledge fairly implied on the basis of objective circumstances transmitted unsolicited commercial messages to Gaydar Members that could potentially damage QSoft's computer system and online services, including the risk that QSoft would be forced to withhold or delay the use of computer services to its legitimate subscribers. (*See* D.I. 1, at ¶ 91.)

- Defendant Tong willfully and with actual knowledge or knowledge fairly implied on the basis of objective circumstances accessed QSoft's protected computer network or system without authorization, or in excess of authorization, and obtained information from a protected computer via an interstate or foreign communication (*See* D.I. 1, at ¶ 93.)

- Defendant Tong willfully and with actual knowledge or knowledge fairly implied on the basis of objective circumstances accessed QSoft's protected computer system or network without authorization and/or in excess of authorized access with an intent to defraud. (*See* D.I. 1, at ¶ 94.)

- Defendant Tong willfully and with actual knowledge or knowledge fairly implied on the basis of objective circumstances accessed QSoft's protected computer system and network and knowingly caused the transmission of a program, information, code, or command, without authorization and/or in excess of authorized access. (*See* D.I. 1, at ¶ 95.)

**B.    Plaintiff Is Entitled To Statutory Damages Under The ACPA.**

21.    QSoft is entitled to $300,000 in statutory damages pursuant to its ACPA claim.

22.    In the Verified Complaint, QSoft alleges that Defendants adopted three

infringing domain names <gaydarboys.net>, <gaydarcams.net>, and <myqadar.com> "with a bad faith intent to profit from QSoft's GAYDAR mark." (D.I. 1, at ¶ 76.)

23.    The ACPA permits a plaintiff to "elect, at any time before a final judgment is rendered by the trial court, to recover . . . an award of statutory damages in the amount of not less than $1,000 and not more than $100,000 per domain name, as the court considers just." 15 U.S.C. § 1117(d).

24.    Under 15 U.S.C. § 1117(e), "it shall be a rebuttable presumption that the violation is willful for purposes of determining relief if the violator . . . knowingly provided or knowingly caused to be provided materially false contact information to a domain name registrar." 15 U.S.C. § 1117(e).

25.    QSoft is entitled to $100,000.00 per domain name because the Defendants are presumed to have willfully violated the ACPA.

26.    Here, Defendants provided knowingly fictitious postal addresses to two different domain name registrars when registering the infringing domain names. (*See* Order Granting Motion for Leave to Effectuate Service via Electronic Mail, D.I. 17.) Thus, based on § 1117(e), the Court must presume that the Defendants' violations of the ACPA were willful. Therefore, QSoft is entitled to the maximum amount of statutory damages per domain name.

27.    Without question, Defendants' blatant bad faith infringement of QSoft's protectable marks justifies an award of statutory damages in the amount of $100,000 per infringing domain name, or $300,000.

**C.    Plaintiff Is Entitled To Statutory Damages Under The CAN-SPAM Act.**

28.    QSoft is entitled to $307,200.00 in trebled statutory damages for

Defendants' transmission of one thousand twenty four (1024) electronic messages with materially false or misleading header information in violation of Section 7704(a)(1) of the CAN-SPAM Act.

29.    In the Verified Complaint, QSoft alleged that Defendants used "false or fraudulent pretenses to obtain multiple <gaydar.co.uk> accounts," which Defendants then used to spam Gaydar members. (Verified Complaint, D.I. 1, at ¶ 66; *see also* ¶¶ 45, 49.) Every message sent by Defendants from these fraudulently obtained accounts therefore violates Section 7704(a)(1) of the CAN-SPAM Act.

30.    Section 7704(a)(1) prohibits the transmission of an electronic message that contains or is accompanied by "header information that is materially false or materially misleading." *See* 15 U.S.C. § 7704(a)(1).    Under the CAN-SPAM Act, "header information that is technically accurate but includes an originating electronic mail address, domain name, or Internet Protocol address the access to which for purposes of initiating the message was obtained by means of false or fraudulent pretenses or representations shall be considered materially misleading." 15 U.S.C. § 7704(a)(1)(A).

31.    Statutory damages for messages transmitted in violation of Section 7704(a)(1) of the CAN-SPAM Act are calculated by multiplying the number of each separately addressed electronic message by $100.00. *See* 15 U.S.C. § 7706(g)(3)-(g)(3)(i).

32.    Defendants transmitted 1024 electronic messages from fraudulently obtained Gaydar accounts, true and correct copies of which are attached hereto as **Exhibit B**.[3] Thus, the base amount of statutory damages for Defendants' violation of the

---

[3] Due to the number of electronic spam messages, QSoft has submitted **Exhibit B** to the Court in the form of a compact disc.

CAN-SPAM Act is $102,400.00.

33.    Defendants' willfully and knowingly committed aggravated violations of the CAN-SPAM Act as defined by Section 7706 (g)(3)(C), and therefore QSoft's statutory damage award should be trebled.

34.    Under Section 7706 (g)(3)(C), the Court may "increase a damage award to an amount equal to not more than three times the amount otherwise available under this paragraph if the court determines that the defendant committed the violation willfully and knowingly or the defendant's unlawful activity included one or more of the aggravated violations set forth in [Section 7704(b)]." 15 U.S.C. § 7706 (g)(3)(C)(i-ii).

35.    In the Verified Complaint, QSoft alleges facts that Defendants' willfully and knowingly violated the CAN-SPAM Act.  (*See* Complaint, D.I. 1 at ¶ 49; ¶¶ 55-56 ("Tong has also been aware that he was prohibited from spamming GAYDAR website users" in violation of Gaydar's Terms and Conditions); ¶ 57 ("Tong has continued to send unsolicited commercial messages after receiving both of QSoft's cease and desist letters."); ¶ 58 (citing Defendants' use of false street addresses in violation of 17 U.S.C. § 504(c)(3), which provides an assumption of willfulness for submitting false contact information to a domain name registrar); ¶ 71.)

36.    Moreover, QSoft alleges that Defendants' used automated robots or scripts to spam Gaydar users, which is an aggravated violation of the CAN-SPAM Act under Section 7704 (b)(2).  (*See* Complaint, D.I. 1 at ¶¶ 67, 86, 140.)  Defendants' automation of illegal activities evidences a willful intent to violate the CAN-SPAM Act.

37.    Defendants' willful and aggravated violations of the CAN-SPAM Act warrant trebling the damage award to $307,200.00.

**D.**    **Plaintiff Is Entitled To Its Reasonable Attorneys' Fees And Costs Under Either The ACPA Or The CAN-SPAM Act.**

38.    Both the ACPA and CAN-SPAM Act permit the Court to award QSoft its reasonable attorneys' fees. *See* 15 U.S.C. § 1117(a); *see also* 15 U.S.C. § 7706(g)(4).

39.    To date, QSoft has incurred and been billed for over $143,742.24 in attorneys' fees and costs. Attached hereto as **Exhibit C** is the affidavit of Anthony L. Abboud which, along with the associated exhibits to the affidavit, sets forth the basis for QSoft's claim for attorneys' fees and costs in the amount of $143,742.24.

(i)    *Defendants' Bad Faith, Fraud, And Knowing Infringement Of QSoft's Protected Marks Entitles QSoft To Its Reasonable Attorneys' Fees And Costs Under The ACPA.*

40.    QSoft is entitled to its' reasonable attorneys' fees and costs in the amount of $143,784.14 under the ACPA.

41.    Under the ACPA, the "court in exceptional cases may award reasonable attorney fees to the prevailing party." 15 U.S.C. § 1117(a). Exceptional cases are those where the losing party has acted with "bad faith, fraud, malice or knowing infringement . . ." *Shields v. Zuccarini*, 254 F.3d 476, 487 (3d Cir. 2001).

42.    Here, not only are QSoft's allegations of bad faith as stated in the Verified Complaint taken to be true, but, by using automated software to actively seek to divert Gaydar members from the Gaydar website to Defendants infringing commercial websites, Defendants actions cannot be interpreted as anything but a bad faith attempt to profit from QSoft's protected marks. Moreover, Defendants' fraudulent creation and use of Gaydar membership accounts makes this an "exceptional case" under the ACPA.

43.    Also, QSoft is a prevailing party for purposes of attorneys' fees under the ACPA. "The standard used in this [Third] circuit for determining a plaintiff's prevailing

party status is whether plaintiff achieved some of the benefit sought by the party bringing the suit." *Ashley v. Atlantic Richfield Co.*, 794 F.2d 128, 131 (3d Cir. 1986) (internal quotation omitted).  Moreover, "in order to be deemed as having prevailed, plaintiffs need not obtain relief identical to the relief they specifically demanded, as long as the relief obtained is of the same general type." *Id.* at 131 (internal quotation omitted).

44.    Here, QSoft's Verified Complaint sought injunctive relief to prevent Defendant from, *inter alia*, "sending or transmitting any unsolicited commercial messages to any Internet or QSoft user including but not limited to any such message that references in any way GAYDAR or any of the GAYDAR websites for a commercial purpose," "using, linking to, selling, exercising control over, or otherwise owning the Infringing Domain Names <gaydarboys.net>, <gaydarcams.net>, <mygaydar.com>, or any other domain name or trademark or service mark that incorporates, in whole or in part, QSoft's GAYDAR mark," and transferring the Infringing Domain Names to QSoft. (Verified Complaint, D.I. 1, at 21-22.)

45.    The Court's October 2, 2007 Order granted QSoft exactly this relief.  (*See* Order, D.I. 47 (granting injunctive relief and transferring domain names).)

46.    Therefore, for purposes of awarding QSoft its reasonable attorneys' fees under Section 1117(a), QSoft is a prevailing party and is entitled to recover its attorneys' fees and costs in the amount of $143,784.14.  *See* **Exhibit C**.

> **(ii)    *Alternatively, QSoft Is Entitled To Its' Attorneys' Fees And Costs Under The CAN-SPAM Act.***

47.    Under the CAN-SPAM Act, QSoft is entitled to its' attorneys' fees and cost subject to the Court's discretion.  *See* 15 U.S.C. § 7706(g)(4) ("In any action brought [by a provider of Internet access services], the court may, in its discretion, require an

undertaking for the payment of the costs of such action, and assess reasonable costs, including reasonable attorneys' fees, against any party.").

48.    At the time of filing, only two federal courts have addressed the standard for awarding attorneys' fees and costs under the CAN-SPAM Act. *See Gordon v. Virtumundo, Inc.*, 2007 WL 2253296, No. 06-0204 (W.D. Wash. Aug. 01, 2007); *Phillips v. Worldwide Internet Solutions, Inc.*, 2007 WL 184719, No. C05-5125 (N.D. Cal. Jan. 22, 2007).

49.    Both the *Gordon* and *Phillips* courts concluded that the question of whether to award attorneys' fees under the CAN-SPAM Act should be determined using the approach articulated by the United States Supreme Court in *Fogerty v. Fantasy, Inc.*, 510 U.S. 517 (1994) (addressing award of attorneys' fees under identical language in Copyright Act). *See Gordon*, 2007 WL 2253296 at *4; *Phillips*, 2007 WL 184719 at *2.

50.    The "evenhanded" approach articulated in *Fogerty* cites several nonexclusive factors that courts should consider in making awards of attorneys' fees. "These factors include 'frivolousness, motivation, objective unreasonableness (both in the factual and in the legal components of the case) and the need in particular circumstances to advance considerations of compensation and deterrence.'" *Fogerty*, 510 U.S. at 535 n. 19 (quoting *Lieb v. Topstone Industries, Inc.*, 788 F.2d 151, 156 (3d Cir. 1986)).

51.    Here, QSoft's suit is not frivolous as evidenced by the relief granted in this Court's October 2007 Order. (*See* Order, D.I. 47.)

52.    In addition, QSoft has alleged and established Defendants' lack of good

faith in spamming QSoft's customers. Lastly, permitting QSoft to recover its attorneys fees and costs will only serve to deter future violations of the CAN-SPAM Act by Defendants.

53.    Therefore, for purposes of awarding QSoft its reasonable attorneys' fees under 15 U.S.C. § 7706(g)(4), the Court should exercise its discretion and award QSoft its attorneys' fees and costs in the amount of $143,784.14. *See* **Exhibit C**.

## III.    CONCLUSION

54.    In its Verified Complaint, QSoft asserted well-pleaded allegations that Defendants have violated the CAN-SPAM Act, the ACPA, the CFAA, Section 43(c) of the Lanham Act, and Delaware's Uniform Deceptive Trade Practice Act, as well as having committed breach of contract, common law trademark infringement and unfair competition, and trespass to chattel. Although properly served, Defendants have not answered or otherwise responded to the Complaint, and their time for doing so expired over two months ago. Thus, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, QSoft is entitled to entry of an order of default against Defendants.

55.    If the Court grants this Motion, QSoft intends to prove-up its actual, compensatory, and consequential damages pursuant to it remaining claims at the prove-up hearing.

WHEREFORE, plaintiff QSoft respectfully requests that this Court:

(1)    Enter an order of default judgment in favor of QSoft and against Defendants;

(2)    Enter a Permanent Injunction in favor of QSoft and against Defendants on QSoft's CAN-SPAM and ACPA claims;

(3)    Enter an order finding that Defendants willfully and intentionally adopted the three infringing domain names <gaydarboys.net>, <gaydarcams.net>,

and <myqadar.com> with a bad faith intent to profit from QSoft's GAYDAR mark;

(4)  Enter an order finding that Defendants provided knowingly fictitious postal addresses to two different domain name registrars when registering the infringing domain names in violation of 15 U.S.C. § 1117;

(5)  Enter an order finding that Defendants willfully and knowingly committed aggravated violations of the CAN-SPAM Act as defined by 15 U.S.C. § 7706(g)(3)(C);

(6)  Enter an order finding that QSoft is a prevailing party and is therefore entitled to recover its attorneys' fees and costs under Section 1117(a);

(7)  Award QSoft statutory damages in the amount of $307,200.00 under the CAN-SPAM Act;

(8)  Award QSoft statutory damages in the amount of $300,000.00 under the ACPA;

(9)  Award QSoft attorneys' fees and costs in the amount of $143,784.14 under its' CAN-SPAM and ACPA claims;

(10)  Award QSoft actual, compensatory, and consequential damages under its' CFAA, Lanham Act, Delaware's Uniform Deceptive Trade Practice Act, breach of contract, common law trademark infringement and unfair competition, and trespass to chattel claims;

(11)  Set a hearing for QSoft to prove-up its actual, compensatory, and consequential damages; and

(12)  Grant QSoft any other relief that the Court deems necessary and just.

Dated:  January 18, 2008

**GREENBERG TRAURIG, LLP**

Donald J. Detweiler (I.D. #3087)
Sandra G. M. Selzer (I.D. #4283)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Phone:  (302) 661-7000
Facsimile:  (302) 661-7360
Email:  *detweilerd@gtlaw.com*
       *selzers@gtlaw.com*

-and-

Paul D. McGrady, Jr. (pro hac vice)
Anthony L. Abboud (pro hac vice)
Paul A. Del Aguila (pro hac vice)
Jason B. Elster (pro hac vice)
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
Phone:  (312) 456-8400

*Attorneys for QSoft Consulting Limited*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QSOFT CONSULTING, LIMITED | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-cv-391 (JJF) |
| | ) | |
| TEDDY TONG and TDTONG LTD. | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, Sandra G.M. Selzer, being duly sworn according to law, deposes and says that she is
employed by Greenberg Traurig, LLP, which is counsel for the Plaintiff, QSoft Consulting,
Limited, for the above-captioned action, and that on the 18th day of January 2008, she caused
copies of the *Motion for Entry of Default Judgment and Permanent Injunction* to be served upon
the parties listed below via Registered First Class Mail.

| | |
|---|---|
| Teddy Tong<br>45 10th Ave # 19<br>Princeton, New Jersey  08540 | Teddy Tong<br>Lengting Ave. 14-51<br>San Francisco, California  94104 |
| tdtong, ltd.<br>45 10th Ave # 19<br>Princeton, New Jersey  08540 | tdtong, ltd.<br>Lengting Ave. 14-51<br>San Francisco, California  94104 |

Dated: January 18, 2008

Sandra G.M. Selzer (No. 4283)
GREENBERG TRAURIG, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
302-661-7000 - Telephone
302-661-7360 - Facsimile

# EXHIBIT A

## Elster, Jason (Assoc-Chi-LT)

| | |
|---|---|
| **From:** | Authentication [admin@rpost.com] |
| **Sent:** | Tuesday, July 10, 2007 10:48 PM |
| **To:** | Elster, Jason (Assoc-Chi-LT) |
| **Subject:** | Re: Fw: Receipt: Service of Legal Process Pursuant to Court Order |
| **Attachments:** | SMTP Log-1.txt; SMTP Log-2.txt; SMTP Log-3.txt; SMTP Log-4.txt; SMTP Log-5.txt; Service of Legal Process Pursuant to Court Order (Sent Registered) |



The receipt you have submitted to our system is valid and proves the delivery results displayed bel

## ** A copy of the original message is attached. **

**Delivery Status**

| Address | Status | Details | Delivered (UTC) | Delivered (local) |
|---|---|---|---|---|
| avraam02@yahoo.com | Delivered to Mailserver | Delivered to ng to [ g.mx.mail.yahoo.com ]. # 10060 | 7/10/2007 10:35:55 PM | 7/10/2007 5:35:55 PM(-500) |
| canvasfaintdiseased@yahoo.com | Delivered to Mailserver | Delivered to a.mx.mail.yahoo.com | 7/10/2007 10:35:33 PM | 7/10/2007 5:35:33 PM(-500) |
| maneflauntaloud25@yahoo.com | Delivered to Mailserver | Delivered to a.mx.mail.yahoo.com | 7/10/2007 10:35:33 PM | 7/10/2007 5:35:33 PM(-500) |
| undoblewsolebeside@yahoo.com | Delivered to Mailserver | Delivered to b.mx.mail.yahoo.com | 7/10/2007 10:35:35 PM | 7/10/2007 5:35:35 PM(-500) |
| wrotepiqueweight@yahoo.com | Delivered to Mailserver | Delivered to e.mx.mail.yahoo.com | 7/10/2007 10:35:35 PM | 7/10/2007 5:35:35 PM(-500) |

**Message Envelope**

| | |
|---|---|
| **FROM:** | ElsterJ@gtlaw.com<ElsterJ@gtlaw.com> |
| **SUBJECT:** | Service of Legal Process Pursuant to Court Order |
| **TO:** | avraam02@yahoo.com<br>canvasfaintdiseased@yahoo.com<br>maneflauntaloud25@yahoo.com<br>undoblewsolebeside@yahoo.com<br>wrotepiqueweight@yahoo.com |
| **CC:** | |
| **BCC:** | |
| **Network ID:** | <63B2236C08279846A87B8F5DA27CA5230658EEF2@CHI-EXCH01.gtlaw.com> |
| **Received:** | 7/10/2007 10:35:25 PM(UTC) |
| **Client Code:** | |

Note: This message has Digital Seal(SM) protection.

10/4/2007

| Message ID | File size |
|---|---|
| 352A60344648148784E0FBD604AB8F3E6ECF5D3B | 84840 |

| Attachments | |
|---|---|
| File name | File size |
| Continuance Order.pdf | 56637 |

**Delivery Audit Trail**

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 2.0.0 impinc02.yourhosti ngaccount.com NO UCE closing connexio
07/10/07 15:35:33 Opening So cket./ Connecting to: g.mx.mail.yahoo.com/ Error Connecting to [ g.mx. mail.yahoo
10060 / Error Connecting to [ g.mx.mail.yahoo.com ]. # 10060 / Connecting to a.mx.mail.yahoo.com/ 220
mta494.mail.mud.y ahoo.com ESMTP YSmtp service ready/ EHLO trans3.els.rpost.net/ 250-mta 494.mail.mud.ya
250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELININ G/ MAIL
FROM:<rcpt352A60344648148784E0FBD604AB8F3E6ECF5D3B-1@rpost. net>/ RCPT TO:<avraam02@yahoo.
DATA/ 250 sender <rcpt 352a60344648148784e0fbd604ab8f3e6ecf5d3b-1@rpost.net> ok250 recipie nt
<avraam02@yahoo.com> ok354 go ahead22781841-22007721022335465 8@trans3.els.rpost.netX-Priority: 3/ R
Receipt-To: "ElsterJ@gtlaw com"<352A60344648148784E0FBD604AB8F3E6ECF5D3B-1read@rpost.net>/ Repl
"ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "undoble wsolebeside@yahoo.com" <undoblewsolebeside@yah
"canvasfa intdiseased@yahoo.com" <canvasfaintdiseased@yahoo.com>, "wrotepi queweight@yahoo.com"
<wrotepiqueweight@yahoo.com>, "maneflauntal oud25@yahoo.com" <maneflauntaloud25@yahoo.com>/ CC: / F
erJ@gtlaw.com<ElsterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Dis position-Notification-To:
"ElsterJ@gtlaw.com"<352A60344648148784E0F BD604AB8F3E6ECF5D3B-1read@rpost.net>/ X-Confirm-Read
"Elster J@gtlaw.com"<352A60344648148784E0FBD604AB8F3E6ECF5D3B-1read@rpost.n et>/ XRPost-ID:
352A60344648148784E0FBD604AB8F3E6ECF5D3B/ To: "avra am02@yahoo.com" <avraam02@yahoo.com>/ S
(R)egistered: Ser vice of Legal Process Pursuant to Court Order / Sending Message Body. / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 Bye/ 07/10/07 15:35:31 Opening Socket./ Connecting to:
a.mx.mail.yahoo.com/ 220 mta571.mail. mud.yahoo.com ESMTP YSmtp service ready/ EHLO trans3.els.rpost.ne
mta571.mail.mud.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPE LINING/ MAIL
FROM:<rcpt352A60344648148784E0FBD604AB8F3E6ECF5D3B-2@r post.net>/ RCPT
TO:<canvasfaintdiseased@yahoo.com>/ DATA/ 250 sender <rcpt352a60344648148784e0fbd604ab8f3e6ecf5d3
2@rpost.net&g t; ok250 recipient <canvasfaintdiseased@yahoo.com> ok354 go ahea d431299-
22007721022335322252@trans3.els.rpost.netX-Priority: 3/ Return-R eceipt-To:
"ElsterJ@gtlaw.com"<352A60344648148784E0FBD604AB8F3E6ECF 5D3B-2read@rpost.net>/ Reply-To:
"ElsterJ@gtlaw.com"<ElsterJ@gtl aw.com>/ TO: "avraam02@yahoo.com" <avraam02@yahoo.com>, "undo
blewsolebeside@yahoo.com" <undoblewsolebeside@yahoo.com>, "wrote piqueweight@yahoo.com"
<wrotepiqueweight@yahoo.com>, "maneflaunt aloud25@yahoo.com" <maneflauntaloud25@yahoo.com>/ CC: / F
sterJ@gtlaw.com<ElsterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ D isposition-Notification-To:
"ElsterJ@gtlaw.com"<352A60344648148784E 0FBD604AB8F3E6ECF5D3B-2read@rpost.net>/ X-Confirm-Read
"Elst erJ@gtlaw.com"<352A60344648148784E0FBD604AB8F3E6ECF5D3B-2read@rpost.net>/ XRPost-ID:
352A60344648148784E0FBD604AB8F3E6ECF5D3B/ To: "ca nvasfaintdiseased@yahoo.com"
<canvasfaintdiseased@yahoo.com>/ Su bject: (R)egistered: Service of Legal Process Pursuant to Court Order / S
Message Body. / 554 delivery error: dd This user doesn't hav e a yahoo.com account (canvasfaintdiseased@yahc
- mta571.mai l.mud.yahoo.com/ QUIT/ 221 mta571.mail.mud.yahoo.com/

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 421 mail94-blu.bigfish.com E rror: timeout exceeded/ 07/10/07 15:35:32
Socket./ Connectin g to: a.mx.mail.yahoo.com/ 220 mta569.mail.mud.yahoo.com ESMTP YSmtp s ervice ready/ E
trans3.els.rpost.net/ 250-mta569.mail.mud.yahoo. com / 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ N
FROM:<rcpt3 52A60344648148784E0FBD604AB8F3E6ECF5D3B-3@rpost.net>/ RCPT TO:<m
aneflauntaloud25@yahoo.com>/ DATA/ 250 sender <rcpt352a603446481 48784e0fbd604ab8f3e6ecf5d3b-3@rpc
ok250 recipient <manefl auntaloud25@yahoo.com> ok354 go ahead241503430-22007721022336274@t
rans3.els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.co
m"<352A60344648148784E0FBD604AB8F3E6ECF5D3B-3read@rpost.net>/ Re ply-To:
"ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "avraam02@ya hoo.com" <avraam02@yahoo.com>,
"undoblewsolebeside@yahoo.com" &l t;undoblewsolebeside@yahoo.com>, "canvasfaintdiseased@yahoo.com" &
t;canvasfaintdiseased@yahoo.com>, "wrotepiqueweight@yahoo.com" < wrotepiqueweight@yahoo.com>/ CC: / F
ElsterJ@gtlaw.com<Elste rJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification- To:
"ElsterJ@gtlaw.com"<352A60344648148784E0FBD604AB8F3E6ECF5D3B-3r ead@rpost.net>/ X-Confirm-Read

10/4/2007

"ElsterJ@gtlaw.com"<352A60 344648148784E0FBD604AB8F3E6ECF5D3B-3read@rpost.net>/ XRPost-ID: 352
A60344648148784E0FBD604AB8F3E6ECF5D3B/ To: "maneflauntaloud25@yahoo.co m"
<maneflauntaloud25@yahoo.com>/ Subject: (R)egistered: Service of Legal Process Pursuant to Court Order / Se
Message Body. / 25 0 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 421 mail81-blu.bigfish.com E rror: timeout exceeded/ 07/10/07 15:35:33
Socket./ Connectin g to: b.mx.mail.yahoo.com/ 220 mta158.mail.re3.yahoo.com ESMTP YSmtp s ervice ready/ El
trans3.els.rpost.net/ 250-mta158.mail.re3.yahoo.com / 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ M.
FROM:<rcpt3 52A60344648148784E0FBD604AB8F3E6ECF5D3B-4@rpost.net>/ RCPT TO:<u
ndoblewsolebeside@yahoo.com>/ DATA/ 250 sender <rcpt352a60344648 148784e0fbd604ab8f3e6ecf5d3b-4@r
ok250 recipient <undob lewsolebeside@yahoo.com> ok354 go ahead2496462-220077210223533596@t
rans3.els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.co
m"<352A60344648148784E0FBD604AB8F3E6ECF5D3B-4read@rpost.net>/ Re ply-To:
"ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "avraam02@ya hoo.com" <avraam02@yahoo.com>,
"canvasfaintdiseased@yahoo.com" & lt;canvasfaintdiseased@yahoo.com>, "wrotepiqueweight@yahoo.com"
< ;wrotepiqueweight@yahoo.com>, "maneflauntaloud25@yahoo.com" <man eflauntaloud25@yahoo.com>/ CC: /
ElsterJ@gtlaw.com<ElsterJ @gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To :
"ElsterJ@gtlaw.com"<352A60344648148784E0FBD604AB8F3E6ECF5D3B-4rea d@rpost.net>/ X-Confirm-Read
"ElsterJ@gtlaw.com"<352A6034 4648148784E0FBD604AB8F3E6ECF5D3B-4read@rpost.net>/ XRPost-ID: 352/
0344648148784E0FBD604AB8F3E6ECF5D3B/ To: "undoblewsolebeside@yahoo.com "
<undoblewsolebeside@yahoo.com>/ Subject: (R)egistered: Service of Legal Process Pursuant to Court Order / S
Message Body. / 25 0 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 421 mail121-blu.bigfish.com Error: timeout exceeded/ 07/10/07 15:35:33
Socket./ Connecti ng to: e.mx.mail.yahoo.com/ 220 mta366.mail.re4.yahoo.com ESMTP YSmtp service ready/ EH
trans3.els.rpost.net/ 250-mta366.mail.re4.yahoo.co m/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ M.
FROM:<rcpt 352A60344648148784E0FBD604AB8F3E6ECF5D3B-5@rpost.net>/ RCPT TO:<
wrotepiqueweight@yahoo.com>/ DATA/ 250 sender <rcpt352a603446481 48784e0fbd604ab8f3e6ecf5d3b-5@rp
ok250 recipient <wrotep iqueweight@yahoo.com> ok354 go ahead1986243-220077210223533486@tran s3.els.r
Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"& lt;352A60344648148784E0FBD604AB8F3E6ECF5D3B-
5read@rpost.net>/ Reply -To: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "avraam02@yahoo com"
<avraam02@yahoo.com>, "undoblewsolebeside@yahoo.com" <u ndoblewsolebeside@yahoo.com>,
"canvasfaintdiseased@yahoo.com" <c anvasfaintdiseased@yahoo.com>, "maneflauntaloud25@yahoo.com" <ma
neflauntaloud25@yahoo.com>/ CC: / From: ElsterJ@gtlaw.com<Elster J@gtlaw.com>/ Sender: ElsterJ@gtlaw.cc
Disposition-Notification-T o: "ElsterJ@gtlaw.com"<352A60344648148784E0FBD604AB8F3E6ECF5D3B-5re
ad@rpost.net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<352A603 44648148784E0FBD604AB8F3E6ECF5D
5read@rpost.net>/ XRPost-ID: 352A 60344648148784E0FBD604AB8F3E6ECF5D3B/ To: "wrotepiqueweight@ya
<wrotepiqueweight@yahoo.com>/ Subject: (R)egistered: Service of Legal Process Pursuant to Court Order / Sen
Message Body. / 250 o k dirdel/ /

You should keep an electronic copy of this receipt, together with all of its attachments, for your records. Note that
the Registered E-mail® service does not make any copy of your e-mail or this receipt. You should not rely on the
information in this receipt until you have authenticated this receipt. General terms and conditions of service are
available upon request by e-mail from info@rpost.com or within the RPost Legal Notice.

An RPost Service 

RcptVer6.0

10/4/2007

## Elster, Jason (Assoc-Chi-LT)

| | |
|---|---|
| **From:** | Authentication [admin@rpost.com] |
| **Sent:** | Thursday, July 05, 2007 11:51 AM |
| **To:** | Elster, Jason (Assoc-Chi-LT) |
| **Subject:** | Re: FW: Receipt: Service of legal process pursuant to court order |
| **Attachments:** | HTTP_Record-5.txt; SMTP Log-1.txt; SMTP Log-2.txt; SMTP Log-3.txt; SMTP Log-4.txt; SMTP Log-5.txt; Service of legal process pursuant to court order |



The receipt you have submitted to our system is valid and proves the delivery results displayed bel

## ** A copy of the original message is attached. **

**Delivery Status**

| Address | Status | Details | Delivered (UTC) | Delivered (local) | |
|---|---|---|---|---|---|
| avraam02@yahoo.com | Delivered to Mailserver | Delivered to ng to [ d.mx.mail.yahoo.com ]. # 10060 | 7/3/2007 5:07:43 PM | 7/3/2007 12:07:43 PM(-500) | |
| canvasfaintdiseased@yahoo.com | Delivered to Mailserver | Delivered to b.mx.mail.yahoo.com | 7/3/2007 5:07:47 PM | 7/3/2007 12:07:47 PM(-500) | |
| maneflauntaloud25@yahoo.com | Delivered to Mailserver | Delivered to c.mx.mail.yahoo.com | 7/3/2007 5:07:37 PM | 7/3/2007 12:07:37 PM(-500) | |
| undoblewsolebeside@yahoo.com | Delivered to Mailserver | Delivered to a.mx.mail.yahoo.com | 7/3/2007 5:07:19 PM | 7/3/2007 12:07:19 PM(-500) | |
| ElsterJ@gtlaw.com | Opened | HTTP | 7/3/2007 5:07:18 PM | 7/3/2007 12:07:18 PM(-5 | 7/3/2 PM( |

**Message Envelope**

| | |
|---|---|
| **FROM:** | ElsterJ@gtlaw.com<ElsterJ@gtlaw.com> |
| **SUBJECT:** | Service of legal process pursuant to court order |
| **TO:** | avraam02@yahoo.com<br>canvasfaintdiseased@yahoo.com<br>maneflauntaloud25@yahoo.com<br>undoblewsolebeside@yahoo.com |
| **CC:** | ElsterJ@gtlaw.com |
| **BCC:** | |
| **Network ID:** | <63B2236C08279846A87B8F5DA27CA5230658EE24@CHI-EXCH01.gtlaw.com> |
| **Received:** | 7/3/2007 5:06:52 PM(UTC) |
| **Client Code:** | |

**Note:** The Registered E-mail ® message associated with this Registered Receipt™ e-mail was sent using the "Register Reply" feature.   Replies to the message will be returned via a Registered E-mail™ message.

10/4/2007

| Message ID | File size |
|---|---|
| C1121AC23DE7866F7F0EAB1979F77B5A3924A508 | 1201666 |

| Attachments | |
|---|---|
| **File name** | **File size** |
| Motion for Prelim Injunction.pdf | 845923 |
| QSoft memo in support.pdf | 351478 |

**Delivery Audit Trail**

RPost vers 3.0 Patented 6, 0, 3, 3/ 07/03/07 10:07:07 Opening Socket / Connecting to: d.mx.mail.yahoo/ Err
Connecting to [ d.mx.mail yahoo.com ]. # 10060 / Error Connecting to [ d.mx.mail.yahoo.com ]. # 10060 / Connect
e.mx.mail.yahoo.com/ 220 mta114.mail.re4.yahoo com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/
mta114. mail.re4.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ M AIL
FROM:<rcptC1121AC23DE7866F7F0EAB1979F77B5A3924A508-1@rpost.net& gt;/ RCPT TO:<avraam02@yah
DATA/ 250 sender <rcptc112 1ac23de7866f7f0eab1979f77b5a3924a508-1@rpost.net> ok250 recipient &
lt;avraam02@yahoo.com> ok354 go ahead85004244-2200772317731467@tran s1.els.rpost.netX-Priority: 3/ Retu
Receipt-To: "ElsterJ@gtlaw.com"& lt;C1121AC23DE7866F7F0EAB1979F77B5A3924A508-1read@rpost.net>/ Re
"ElsterJ@gtlaw.com"<ElsterJ@reg307031006950.rpost.org>/ TO: "undoblewsolebeside@yahoo.com"
<undoblewsolebeside@yahoo.com>, "maneflauntaloud25@yahoo.com" <maneflauntaloud25@yahoo.com>, "c
anvasfaintdiseased@yahoo.com" <canvasfaintdiseased@yahoo.com>/ C C: "ElsterJ@gtlaw.com" <ElsterJ@gtla
From: ElsterJ@gtlaw. com<ElsterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-N otification-To:
"ElsterJ@gtlaw.com"<C1121AC23DE7866F7F0EAB1979F77B5 A3924A508-1read@rpost.net>/ X-Confirm-Read
"ElsterJ@gtlaw.co m"<C1121AC23DE7866F7F0EAB1979F77B5A3924A508-1read@rpost.net>/ XR Post-ID:
C1121AC23DE7866F7F0EAB1979F77B5A3924A508/ To: "avraam02@yahoo com" <avraam02@yahoo.com>/ S
egistered: Service of le gal process pursuant to court order / Sending Message Body. / 250 ok d irdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ 07/03/07 10:07:09 Opening Socket / Connecting to: b.mx.mail.yahoo.com/ 220
mta139.mail.re3.yahoo.com E SMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta139.mail.r e3.yahc
250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FR
OM:<rcptC1121AC23DE7866F7F0EAB1979F77B5A3924A508-2@rpost.net>/ R CPT
TO:<canvasfaintdiseased@yahoo.com>/ DATA/ 250 sender <rcp tc11ac23de7866f7f0eab1979f77b5a3924a50
2@rpost.net> ok250 recipi ent <canvasfaintdiseased@yahoo.com> ok354 go ahead195935479-2200
77231779624@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "Els
terJ@gtlaw.com"<C1121AC23DE7866F7F0EAB1979F77B5A3924A508-2read@rpos t.net>/ Reply-To:
"ElsterJ@gtlaw.com"<ElsterJ@reg307031006951.rp ost.org>/ TO: "avraam02@yahoo.
"und oblewsolebeside@yahoo.com" <undoblewsolebeside@yahoo.com>, "mane flauntaloud25@yahoo.com"
<maneflauntaloud25@yahoo.com>/ CC: "Els terJ@gtlaw.com" <ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com<
ElsterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notifica tion-To:
"ElsterJ@gtlaw.com"<C1121AC23DE7866F7F0EAB1979F77B5A3924A5 08-2read@rpost.net>/ X-Confirm-Read
"ElsterJ@gtlaw.com"<C 1121AC23DE7866F7F0EAB1979F77B5A3924A508-2read@rpost.net>/ XRPost-ID :
C1121AC23DE7866F7F0EAB1979F77B5A3924A508/ To: "canvasfaintdiseased@y ahoo.com"
<canvasfaintdiseased@yahoo.com>/ Subject: (R)egistered : Service of legal process pursuant to court order / Se
Message B ody. / 554 delivery error: dd This user doesn't have a yahoo.com accou nt (canvasfaintdiseased@yah
[0] - mta139.mail.re3.yahoo.com/ QU IT/ 221 mta139.mail.re3.yahoo.com/

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 Bye/ 07/03/07 10:07:09 Opening Socket./ Connecting to:
c.mx.mail.yahoo.com/ 220 mta202.mail. re3.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/
mta202.mail.re3.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPE LINING/ MAIL
FROM:<rcptC1121AC23DE7866F7F0EAB1979F77B5A3924A508-3@rpost.net>/ RCPT
TO:<maneflauntaloud25@yahoo.com>/ DATA/ 250 s ender <rcptc1121ac23de7866f7f0eab1979f77b5a3924a508
3@rpost.net> ok250 recipient <maneflauntaloud25@yahoo.com> ok354 go ahead289 593295-
220077231779639@trans1.els.rpost.netX-Priority: 3/ Return-Recei pt-To:
"ElsterJ@gtlaw.com"<C1121AC23DE7866F7F0EAB1979F77B5A3924A508 -3read@rpost.net>/ Reply-To:
"ElsterJ@gtlaw.com"<ElsterJ@reg3070 31006952.rpost.org>/ TO: "avraam02@yahoo.
"undoblewsolebeside@yahoo.com" <undoblewsolebeside@yahoo.com >, "canvasfaintdiseased@yahoo.com"
<canvasfaintdiseased@yahoo.co m>/ CC: "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com>/ From: Elster
J@gtlaw.com<ElsterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Dispo sition-Notification-To:
"ElsterJ@gtlaw.com"<C1121AC23DE7866F7F0EAB1 979F77B5A3924A508-3read@rpost.net>/ X-Confirm-Read

"ElsterJ@ gtlaw.com"<C1121AC23DE7866F7F0EAB1979F77B5A3924A508-3read@rpost.net >/ XRPost-ID:
C1121AC23DE7866F7F0EAB1979F77B5A3924A508/ To: "manefl auntaloud25@yahoo.com"
<maneflauntaloud25@yahoo.com>/ Subject: ( R)egistered: Service of legal process pursuant to court order / Sen
Message Body. / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ 07/03/07 10:07:09 Opening Socket / Connecting to: a.mx.mail.yahoo.com/ 220
mta499.mail.mud.yahoo.com E SMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta499.mail.m ud.ya
250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FR
OM:<rcptC1121AC23DE7866F7F0EAB1979F77B5A3924A508-4@rpost.net>/ R CPT
TO:<undoblewsolebeside@yahoo.com>/ DATA/ 250 sender <rcpt c1121ac23de7866f7f0eab1979f77b5a3924a50
4@rpost.net> ok250 recipie nt <undoblewsolebeside@yahoo.com> ok354 go ahead238193595-220077
231779561@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "Elste
rJ@gtlaw.com"<C1121AC23DE7866F7F0EAB1979F77B5A3924A508-4read@rpost. net>/ Reply-To:
"ElsterJ@gtlaw.com"<ElsterJ@reg307031006953.rpos t.org>/ TO: "avraam02@yahoo.com" <avraam02@yahoo.
"manef launtaloud25@yahoo.com" <maneflauntaloud25@yahoo.com>, "canvasfa intdiseased@yahoo.com"
<canvasfaintdiseased@yahoo.com>/ CC: "Els terJ@gtlaw.com" <ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.con
ElsterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notifica tion-To:
"ElsterJ@gtlaw.com"<C1121AC23DE7866F7F0EAB1979F77B5A3924A5 08-4read@rpost.net>/ X-Confirm-Read
"ElsterJ@gtlaw.com"<C 1121AC23DE7866F7F0EAB1979F77B5A3924A508-4read@rpost.net>/ XRPost-ID :
C1121AC23DE7866F7F0EAB1979F77B5A3924A508/ To: "undoblewsolebeside@ya hoo.com"
<undoblewsolebeside@yahoo.com>/ Subject: (R)egistered: Service of legal process pursuant to court order / Ser
Message Bod y. / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ 07/03/07 10:07:09 Opening Socket / Connecting to: mx2.gtlaw.com/ 220
MX2.GTLAW.COM ESMTP / EHLO trans1 els.rpost.net/ 250-MX2.GTLAW.COM/ 250-PIPELINING/ 250-SIZE 28
250-ETRN/ 250-STARTTLS/ 250 8BITMIME/ MAIL FROM:<rcptC1121AC23DE786 6F7F0EAB1979F77B5A3924,
5@rpost.net>/ RCPT TO:<ElsterJ@gtlaw. com>/ DATA/ 250 ok250 Ok354 End data with <CR><LF>.<
CR><LF>145934883-2200772317710280@trans1.els.rpost.netX-Prior ity: 3/ Return-Receipt-To:
"ElsterJ@gtlaw.com"<C1121AC23DE7866F7F0E AB1979F77B5A3924A508-5read@rpost.net>/ Reply-To:
"ElsterJ@gtlaw.com "<ElsterJ@reg107031007763.rpost.org>/ TO: "avraam02@yahoo.com" & lt;avraam02@yah
"undoblewsolebeside@yahoo.com" <undoblew solebeside@yahoo.com>, "maneflauntaloud25@yahoo.com" <ma
aloud25@yahoo.com>, "canvasfaintdiseased@yahoo.com" <canvasfaint diseased@yahoo.com>/ From:
ElsterJ@gtlaw.com<ElsterJ@gtlaw.com&g t;/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@g
tlaw.com"<C1121AC23DE7866F7F0EAB1979F77B5A3924A508-5read@rpost.net>/ X-Confirm-Reading-to:
"ElsterJ@gtlaw.com"<C1121AC23DE7866F7F0E AB1979F77B5A3924A508-5read@rpost.net>/ XRPost-ID:
C1121AC23DE7866F7 F0EAB1979F77B5A3924A508/ To: "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com> ;/ Subject: (R
Service of legal process pursuant to court o rder / Sending Message Body. / 250 Ok: queued as 5791A70DT8/ /

<b>Opened from IP 66.151.14.170/ </b><br>----/ Conn ection: Keep-Alive/ Via: 1.1 CHI-ISA1/ Accept: */*/ Accept-
g zip, deflate/ Accept-Language: en-us/ Host: open.rpost.net/ User-Agent : Mozilla/4.0 (compatible; MSIE 6.0; Wir
5.1; SV1; .NET CLR 1.1 4322; InfoPath.1; .NET CLR 2.0.50727)/ /LM/W3SVC/1/RootC:\open\<br
><br><br>0<br>CGI/1.1off<br>1/LM/ W3SVC/1<br>10.0.0.198/Rpost.aspxC:\open\Rpost.aspx404;http://ope
n.rpost.net/C1121AC23DE7866F7F0EAB1979F77B5A3924A508-5_43CD972FEA7D81C
115A2A52DACCDDD5338AF41B8/rpost.gif<br>66.151.14.17066.151.14.17
014153GET<br>/Rpost.aspxopen.rpost.net800<br>HTTP/1.0Micro soft-IIS/5.0/Rpost.aspxKeep-Alive<br>1.1 CHI
ISA1*/*gzip, deflat een-us<br>open.rpost.netMozilla/4.0 (compatible; MSIE 6.0; Windo ws NT 5.1; SV1; .NET CLF
1.1.4322; InfoPath.1; .NET CLR 2.0.50727)/ /

You should keep an electronic copy of this receipt, together with all of its attachments, for your records. Note that
the Registered E-mail® service does not retain any copy of your e-mail or this receipt. You should not rely on the
information in this receipt until you have authenticated this receipt. General terms and conditions of service are
available upon request by e-mail from info@rpost.com or within the RPost Legal Notice.

An RPost Service 

RcptVer6.0

10/4/2007

## Elster, Jason (Assoc-Chi-LT)

| | |
|---|---|
| **From:** | Authentication [admin@rpost.com] |
| **Sent:** | Tuesday, July 10, 2007 5:19 PM |
| **To:** | Elster, Jason (Assoc-Chi-LT) |
| **Subject:** | Re: FW: Receipt: Service of Legal Process Pursuant to Court Order |
| **Attachments:** | SMTP Log-1.txt; SMTP Log-2.txt; SMTP Log-3.txt; SMTP Log-4.txt; SMTP Log-5.txt; SMTP Log-6.txt; Service of Legal Process Pursuant to Court Order (Sent Registered) |



The receipt you have submitted to our system is valid and proves the delivery results displayed bel

## ** A copy of the original message is attached. **

### Delivery Status

| Address | Status | Details | Delivered (UTC) | Delivered (local) | |
|---|---|---|---|---|---|
| avraam02@yahoo.com | Delivered to Mailserver | Delivered to d.mx.mail.yahoo.com | 7/9/2007 8:53:11 PM | 7/9/2007 3:53:11 PM (-500) | |
| canvasfaintdiseased@yahoo.com | Delivered to Mailserver | Delivered to f.mx.mail.yahoo.com | 7/9/2007 8:50:52 PM | 7/9/2007 3:50:52 PM (-500) | |
| maneflauntaloud25@yahoo.com | Delivered to Mailserver | Delivered to c.mx.mail.yahoo.com | 7/9/2007 8:52:19 PM | 7/9/2007 3:52:19 PM (-500) | |
| undoblewsolebeside@yahoo.com | Delivered to Mailserver | Delivered to a.mx.mail.yahoo.com | 7/9/2007 8:51:01 PM | 7/9/2007 3:51:01 PM (-500) | |
| wrotepiqueweight@yahoo.com | Delivered to Mailserver | Delivered to c.mx.mail.yahoo.com | 7/9/2007 8:52:13 PM | 7/9/2007 3:52:13 PM (-500) | |
| ElsterJ@gtlaw.com | Delivered to Mailserver | Delivered to mx1.gtlaw.com | 7/9/2007 8:31:49 PM | 7/9/2007 3:31:49 PM (-500) | |

### Message Envelope

| | |
|---|---|
| **FROM:** | ElsterJ@gtlaw.com<ElsterJ@gtlaw.com> |
| **SUBJECT:** | Service of Legal Process Pursuant to Court Order |
| **TO:** | avraam02@yahoo.com<br>canvasfaintdiseased@yahoo.com<br>maneflauntaloud25@yahoo.com<br>undoblewsolebeside@yahoo.com<br>wrotepiqueweight@yahoo.com |
| **CC:** | ElsterJ@gtlaw.com |
| **BCC:** | |
| **Network ID:** | <63B2236C08279846A87B8F5DA27CA5230658EEB0@CHI-EXCH01.gtlaw.com> |
| **Received:** | 7/9/2007 8:23:51 PM(UTC) |
| **Client Code:** | |

10/4/2007

Note: This message has Digital Seal<sup>(SM)</sup> protection.

| Message ID | File size |
|---|---|
| 4493D89CC14E29549E2ADB7F27D8DFB20F028BB1 | 13231605 |

| Attachments | |
|---|---|
| File name | File size |
| Exhibit 1 - sealed.pdf | 9663851 |

| Delivery Audit Trail |
|---|

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 07/09/07 13:49:55 Op ening Socket./ Connecting to: d.mx.mail.yahoo.cc mta181.mail.re4 yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-m ta181.mail.re4.yaho 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELIN ING/ MAIL FROM:<rcpt4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-1@rpos t.net>/ RCPT TO:<avraam02@yahoc DATA/ 250 sender <rc pt4493d89cc14e29549e2adb7f27d8dfb20f028bb1-1@rpost.net> ok250 recip ient <avraam02@yahoo.com> ok354 go ahead2981170-2200771920495744 2@trans1.els.rpost.netX-Priority: 3/ Rett Receipt-To: "ElsterJ@gtlaw com"<4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-1read@rpost.net>/ Rep "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "canvasf aintdiseased@yahoo.com" <canvasfaintdiseased@yah "manefl auntaloud25@yahoo.com" <maneflauntaloud25@yahoo.com>, "undoblews olebeside@yahoo.com" <undoblewsolebeside@yahoo.com>, "wrotepique weight@yahoo.com" <wrotepiqueweight@yahoo.com>/ CC: "E law.com" <ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com<ElsterJ@ gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ D Notification-To: "ElsterJ@gtlaw.com"<4493D89CC 14E29549E2ADB7F27D8DFB20F028BB1-1read@rpost. Confirm-Reading-to: "ElsterJ@gtlaw.com"<4493D89CC 14E29549E2ADB7F27D8DFB20F028BB1-1read@rpost. XRPost-ID: 4493D8 9CC14E29549E2ADB7F27D8DFB20F028BB1/ To: "avraam02@yahoo.com" <avraa m02@yahoo.com>/ Subject: (R)egistered: Service of Legal Process Pur suant to Court Order / Sending Message 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 07/09/07 13:49:57 Op ening Socket./ Connecting to: f.mx.mail.yahoo.co mta311.mail.mud yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-m ta311.mail.mud.yal 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELIN ING/ MAIL FROM:<rcpt4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-2@rpos t.net>/ RCPT TO:<canvasfaintdiseased@yahoo.com>/ DATA/ 250 se nder <rcpt4493d89cc14e29549e2adb7f27d8dfb20f028bb 2@rpost.net> ok250 recipient <canvasfaintdiseased@yahoo.com> ok354 go ahead33 2151- 22007719204957802@trans1.els.rpost.netX-Priority: 3/ Return-Recei pt-To: "ElsterJ@gtlaw.com"<4493D89CC14E29549E2ADB7F27D8DFB20F028BB1 -2read@rpost.net>/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.c om>/ TO: "avraam02@yahoo.com>, "maneflau ntaloud25@yahoo.com" <maneflauntaloud25@yahoo.com>, "undoblewsol ebeside@yahoo.com" <undoblewsolebeside@yahoo.com>, "wrotepique ight@yahoo.com" <wrotepiqueweight@yahoo.com>/ CC: "ElsterJ@gtlaw com" <ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com<ElsterJ@gt law.com>/ Sender: ElsterJ@g Disposition-Notification-To: " ElsterJ@gtlaw.com"<4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-2read@ post.net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<4493D89CC14 E29549E2ADB7F27D8DFB20F028BB1- 2read@rpost.net>/ XRPost-ID: 4493D89C C14E29549E2ADB7F27D8DFB20F028BB1/ To: "canvasfaintdiseased@yahoo.com" <canvasfaintdiseased@yahoo.com>/ Subject: (R)egistered: Service of Legal Pursuant to Court Order / Sending Message Body. / 554 delivery error: dd This user doesn't have a yahoo.com ac (canvas faintdiseased@yahoo.com) [0] - mta311.mail.mud.yahoo.com/ QUIT/ 221 mt a311.mail.mud.yahoo.com/

RPost vers 3.0 Patented 6, 0, 3, 3/ 07/09/07 13:49:56 Opening Socket / Connecting to: c.mx.mail.yahoo.com/ 220 mta311.mail.re4.yahoo.com E SMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta311.mail.r e4.yaho 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FR OM:<rcpt4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-3@rpost.net>/ R CPT TO:<maneflauntaloud25@yahoo.com>/ DATA/ 250 sender <rcpt4 493d89cc14e29549e2adb7f27d8dfb20f028bb1 3@rpost.net> ok250 recipien t <maneflauntaloud25@yahoo.com> ok354 go ahead369734-22007719204 957708@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@ gtlaw.com"<4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-3read@rpost.net >/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "avr aam02@yahoo.com" <avraam02@yahoo.com>, "canvasfaintdiseased@yaho o.com" <canvasfaintdiseased@yahoo.com>, "undoblewsolebeside@yaho o.com" <undoblewsolebeside@yahoo.com>, "wrotepiqueweight@yahoo.c om" <wrotepiqueweight@yahoo.com>/ CC:

"ElsterJ@gtlaw.com" <El sterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>/ Sender: ElsterJ@g
Disposition-Notification-To: "ElsterJ@gtla w.com"<4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-
3read@rpost.net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<4493D89CC14E29549E2ADB7 F27D8DFB20F(
3read@rpost.net>/ XRPost-ID: 4493D89CC14E29549E2A DB7F27D8DFB20F028BB1/ To:
"maneflauntaloud25@yahoo.com" <maneflaunt aloud25@yahoo.com>/ Subject: (R)egistered: Service of Legal Pr
Pursuant to Court Order / Sending Message Body. / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 07/09/07 13:49:58 Op ening Socket./ Connecting to: a.mx.mail.yahoo.cc
mta528.mail.mud yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-m ta528.mail.mud.yal
250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELIN ING/ MAIL
FROM:<rcpt4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-4@rpos t.net>/ RCPT
TO:<undoblewsolebeside@yahoo.com>/ DATA/ 250 sen der <rcpt4493d89cc14e29549e2adb7f27d8dfb20f028bb
4@rpost.net> o k250 recipient <undoblewsolebeside@yahoo.com> ok354 go ahead2983 349-
22007719204958724@trans1.els.rpost.netX-Priority: 3/ Return-Receip t-To:
"ElsterJ@gtlaw.com"<4493D89CC14E29549E2ADB7F27D8DFB20F028BB1- 4read@rpost.net>/ Reply-To:
"ElsterJ@gtlaw.com"<ElsterJ@gtlaw.co m>/ TO: "avraam02@yahoo.com" <avraam02@yahoo.com>, "canvasfai
ntdiseased@yahoo.com" <canvasfaintdiseased@yahoo.com>, "maneflau ntaloud25@yahoo.com"
<maneflauntaloud25@yahoo.com>, "wrotepiquew eight@yahoo.com" <wrotepiqueweight@yahoo.com>/ CC: "Els
w.com" <ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com<ElsterJ@g tlaw.com>/ Sender: ElsterJ@gtlaw.com/ Dis
Notification-To: "ElsterJ@gtlaw.com"<4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-4read@ post.com/
Confirm-Reading-to: "ElsterJ@gtlaw.com"<4493D89CC1 4E29549E2ADB7F27D8DFB20F028BB1-4read@rpost.
XRPost-ID: 4493D89 CC14E29549E2ADB7F27D8DFB20F028BB1/ To: "undoblewsolebeside@yahoo.com"
<undoblewsolebeside@yahoo.com>/ Subject: (R)egistered: Service o f Legal Process Pursuant to Court Order / S
Message Body. / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 07/09/07 13:49:58 Opening Socket./ Connecting to: c.mx.mail.yahoo.co
mta291.mail.re4.yahoo com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta291. mail.re4.yaho
250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ M AIL
FROM:<rcpt4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-5@rpost.net& gt;/ RCPT
TO:<wrotepiqueweight@yahoo.com>/ DATA/ 250 sender < rcpt4493d89cc14e29549e2adb7f27d8dfb20f028bb1-
5@rpost.net> ok250 rec ipient <wrotepiqueweight@yahoo.com> ok354 go ahead865839-2200771
920507114@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "Elste
rJ@gtlaw.com"<4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-5read@rpost. net>/ Reply-To:
"ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: " avraam02@yahoo.com" <avraam02@yahoo.com>,
"canvasfaintdiseased@y ahoo.com" <canvasfaintdiseased@yahoo.com>, "maneflauntaloud25@ya hoo.com"
<maneflauntaloud25@yahoo.com>, "undoblewsolebeside@yaho o.com" <undoblewsolebeside@yahoo.com>/ CC
"ElsterJ@gtlaw.com" & lt;ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com >/ Sender:
ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ
@gtlaw.com"<4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-5read@rpost.ne t>/ X-Confirm-Reading-to:
"ElsterJ@gtlaw.com"<4493D89CC14E29549E 2ADB7F27D8DFB20F028BB1-5read@rpost.net>/ XRPost-ID:
4493D89CC14E295 49E2ADB7F27D8DFB20F028BB1/ To: "wrotepiqueweight@yahoo.com" <wrotep
iqueweight@yahoo.com>/ Subject: (R)egistered: Service of Legal Proc ess Pursuant to Court Order / Sending Me
Body. / QUIT/

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 Goodbye/ 07/09/07 13:30: 34 Opening Socket./ Connecting to:
mx1.gtlaw.com/ 220 MX1.GTLAW.COM ESMTP / EHLO trans1.els.rpost.net/ 250-MX1.GTLAW.COM/ 250-PIPEL
250-SIZE 28866663/ 250-ETRN/ 250-STARTTLS/ 250 8BITMIME/ MAIL
FROM:<; rcpt4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-6@rpost.net>/ RCPT TO :<ElsterJ@gtlaw.co
DATA/ 250 Ok250 Ok354 End data with <CR ><LF>.<CR><LF>11267111-22007719203035141@trans1.e ls.rpo:
Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>"<4 493D89CC14E29549E2ADB7F27D8DFB20F028BB1-
6read@rpost.net>/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "avraam02@yahoo.com "
<avraam02@yahoo.com>, "canvasfaintdiseased@yahoo.com" <canv asfaintdiseased@yahoo.com>,
"maneflauntaloud25@yahoo.com" <manef launtaloud25@yahoo.com>, "undoblewsolebeside@yahoo.com" <und
wsolebeside@yahoo.com>, "wrotepiqueweight@yahoo.com" <wrotepique weight@yahoo.com>/ From:
ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtl
aw.com"<4493D89CC14E29549E2ADB7F27D8DFB20F028BB1-6read@rpost.net> ;/ X-Confirm-Reading-to:
"ElsterJ@gtlaw.com"<4493D89CC14E29549E2ADB 7F27D8DFB20F028BB1-6read@rpost.net>/ XRPost-ID:
4493D89CC14E29549E2 ADB7F27D8DFB20F028BB1/ "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com>/ Subject: (R)
Service of Legal Process Pursuant to Court Ord er / Sending Message Body. / 250 Ok: queued as A0D7162FBW/

You should keep an electronic copy of this receipt, together with all of its attachments, for your records. Note that
the Registered E-mail® service does not retain any copy of your e-mail or this receipt. You should not rely on the

information in this receipt until you have <u>authenticated</u> this receipt. General terms and conditions of service are available upon request by e-mail from <u>info@rpost.com</u> or within the RPost <u>Legal Notice</u>.

An RPost Service 

RcptVer6.0

10/4/2007

## Elster, Jason (Assoc-Chi-LT)

| | |
|---|---|
| **From:** | Authentication [admin@rpost.com] |
| **Sent:** | Tuesday, July 10, 2007 8:52 AM |
| **To:** | Elster, Jason (Assoc-Chi-LT) |
| **Subject:** | Re: FW: Receipt: Service of Legal Process Pursuant to Court Order |
| **Attachments:** | SMTP Log-1.txt; SMTP Log-2.txt; SMTP Log-3.txt; SMTP Log-4.txt; SMTP Log-5.txt; Service of Legal Process Pursuant to Court Order (Sent Registered) |



The receipt you have submitted to our system is valid and proves the delivery results displayed bel

## ** A copy of the original message is attached. **

**Delivery Status**

| Address | Status | Details | Delivered (UTC) | Delivered (local) |
|---|---|---|---|---|
| avraam02@yahoo.com | Delivered to Mailserver | Delivered to c.mx.mail.yahoo.com | 7/9/2007 8:19:18 PM | 7/9/2007 3:19:18 PM (-500) |
| canvasfaintdiseased@yahoo.com | Delivered to Mailserver | Delivered to b.mx.mail.yahoo.com | 7/9/2007 8:19:21 PM | 7/9/2007 3:19:21 PM (-500) |
| maneflauntaloud25@yahoo.com | Delivered to Mailserver | Delivered to f.mx.mail.yahoo.com | 7/9/2007 8:26:04 PM | 7/9/2007 3:26:04 PM (-500) |
| undoblewsolebeside@yahoo.com | Delivered to Mailserver | Delivered to e.mx.mail.yahoo.com | 7/9/2007 8:26:08 PM | 7/9/2007 3:26:08 PM (-500) |
| wrotepiqueweight@yahoo.com | Delivered to Mailserver | Delivered to c.mx.mail.yahoo.com | 7/9/2007 8:19:09 PM | 7/9/2007 3:19:09 PM (-500) |

**Message Envelope**

| | |
|---|---|
| **FROM:** | ElsterJ@gtlaw.com<ElsterJ@gtlaw.com> |
| **SUBJECT:** | Service of Legal Process Pursuant to Court Order |
| **TO:** | avraam02@yahoo.com canvasfaintdiseased@yahoo.com maneflauntaloud25@yahoo.com undoblewsolebeside@yahoo.com wrotepiqueweight@yahoo.com |
| **CC:** | |
| **BCC:** | |
| **Network ID:** | <63B2236C08279846A87B8F5DA27CA5230658EEAC@CHI-EXCH01.gtlaw.com> |
| **Received:** | 7/9/2007 8:18:29 PM(UTC) |
| **Client Code:** | |

Note: This message has Digital Seal(SM) protection.

10/4/2007

| Message ID | File size |
|---|---|
| 87656470EE577117F9443ABC9858DC245FC564F0 | 1261573 |

| Attachments | |
|---|---|
| File name | File size |
| Exhibit 3 to Memo Support Pl.pdf | 223901 |
| Exhibit 2 to to Memo Support Pl.pdf | 692509 |

**Delivery Audit Trail**

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 421 abe.h50.us: SMTP command timeout - closing connection/ 07/09/0'
Opening Socket./ Co nnecting to: c.mx.mail.yahoo.com/ 220 mta210.mail.re3.yahoo.com ESMTP YSmtp service i
EHLO trans1.els.rpost.net/ 250-mta210.mail.re3.ya hoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINI
FROM:&l t;rcpt87656470EE577117F9443ABC9858DC245FC564F0-1@rpost.net>/ RCPT T O:<avraam02@
DATA/ 250 sender <rcpt87656470ee57711 7f9443abc9858dc245fc564f0-1@rpost.net> ok250 recipient <avraam(
@yahoo.com> ok354 go ahead58664-2200771920191882@trans1.els.rpost.n etX-Priority: 3/ Return-Receipt-To:
"ElsterJ@gtlaw.com"<87656470EE5 77117F9443ABC9858DC245FC564F0-1read@rpost.net>/ Reply-To: "Elster
gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "canvasfaintdiseased@yahoo.c om" <canvasfaintdiseased@yahoo.com>,
"maneflauntaloud25@yahoo.co m" <maneflauntaloud25@yahoo.com>, "undoblewsolebeside@yahoo.com"
<undoblewsolebeside@yahoo.com>, "wrotepiqueweight@yahoo.com" &l t;wrotepiqueweight@yahoo.com>/ CC:
"ElsterJ@gtlaw.com" <ElsterJ@ gtlaw.com>/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>/ Sende r: ElsterJ@
Disposition-Notification-To: "ElsterJ@gtlaw.com" <87656470EE577117F9443ABC9858DC245FC564F0-1read@r
X-Co nfirm-Reading-to: "ElsterJ@gtlaw.com"<87656470EE577117F9443ABC9858D C245FC564F0-1read@rpos
XRPost-ID: 87656470EE577117F9443ABC98 58DC245FC564F0/ To: "avraam02@yal
S ubject: (R)egistered: Service of Legal Process Pursuant to Court Order / Sending Message Body. / 250 ok dirde

RPost vers 3.0 Patented 6, 0, 3, 3/ 07/09/07 13:18:56 Opening Socket / Connecting to: b.mx.mail.yahoo.com/ 220
mta186.mail.re3.yahoo.com E SMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta186.mail.r e3.yahc
250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FR
OM:<rcpt87656470EE577117F9443ABC9858DC245FC564F0-2@rpost.net>/ R CPT
TO:<canvasfaintdiseased@yahoo.com>/ DATA/ 250 sender <rcp t87656470ee577117f9443abc9858dc245fc564f
2@rpost.net> ok250 recipi ent <canvasfaintdiseased@yahoo.com> ok354 go ahead121522-2200771
9201859101@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "Elst
erJ@gtlaw.com"<87656470EE577117F9443ABC9858DC245FC564F0-2read@rpost net>/ Reply-To:
"ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "avraam02@yahoo.com" <avraam02@yahoo.com>,
"maneflauntaloud25@ya hoo.com" <maneflauntaloud25@yahoo.com>, "undoblewsolebeside@yaho o.com"
<undoblewsolebeside@yahoo.com>, "wrotepiqueweight@yahoo.c om" <wrotepiqueweight@yahoo.com>/ CC:
"ElsterJ@gtlaw.com" <El sterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>/ Sender: ElsterJ@c
Disposition-Notification-To: "ElsterJ@gtla w.com"<87656470EE577117F9443ABC9858DC245FC564F0-2read@r
X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<87656470EE577117F9443ABC9 858DC245FC564F0-2read@rpost
XRPost-ID: 87656470EE577117F944 3ABC9858DC245FC564F0/ To: "canvasfaintdiseased@yahoo.com" <canva
intdiseased@yahoo.com>/ Subject: (R)egistered: Service of Legal Pro cess Pursuant to Court Order / Sending M
Body. / 554 delivery er ror: dd This user doesn't have a yahoo.com account (canvasfaintdiseas ed@yahoo.com) [l
mta186.mail.re3.yahoo.com/ QUIT/ 221 mta186.mail.re 3.yahoo.com/

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 Catch you later!/ 07/09/0 7 13:25:46 Opening Socket./ Connecting t(
f.mx.mail.yahoo.com/ 220 mta326.mail.mud.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.r post.net
mta326.mail.mud.yahoo.com/ 250-8BITMIME/ 250-SIZE 319815 68/ 250 PIPELINING/ MAIL
FROM:<rcpt87656470EE577117F9443ABC9858DC24 5FC564F0-3@rpost.net>/ RCPT
TO:<maneflauntaloud25@yahoo.com>/ DATA/ 250 sender <rcpt87656470ee577117f9443abc9858dc245fc564f0-
post.net> ok250 recipient <maneflauntaloud25@yahoo.com> ok354 go ahead9457104-
2200771920254 7503@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To:
"ElsterJ@gtlaw.com"<87656470EE577117F9443ABC9858DC245FC564F0-3read@rpost.net>/ Reply-To:
"ElsterJ@gtlaw.com"<Els terJ@gtlaw.com>/ TO: "avraam02@yahoo.com" <avraam02@yahoo.com> ;,
"canvasfaintdiseased@yahoo.com" <canvasfaintdiseased@yahoo.com&g t;, "undoblewsolebeside@yahoo.com"
<undoblewsolebeside@yahoo.com> ;, "wrotepiqueweight@yahoo.com" <wrotepiqueweight@yahoo.com>/ CC :
"ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.c om<ElsterJ@gtlaw.com>/ Sender: ElsterJ@c
Disposition-No tification-To: "ElsterJ@gtlaw.com"<87656470EE577117F9443ABC9858DC24 5FC564F0-3read@
X-Confirm-Reading-to: "ElsterJ@gtlaw.com "<87656470EE577117F9443ABC9858DC245FC564F0-3read@rpost

10/4/2007

XRP ost-ID: 87656470EE577117F9443ABC9858DC245FC564F0/ To: "maneflauntaloud 25@yahoo.com" <maneflauntaloud25@yahoo.com>/ Subject: (R)egister ed: Service of Legal Process Pursuant to Court Order / Se Message Body. / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 Bye/ 07/09/07 13:25:46 Opening Socket./ Connecting to: e.mx.mail.yahoo.com/ 220 mta401.mail. re4.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ mta401.mail.re4.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPE LINING/ MAIL FROM:<rcpt87656470EE577117F9443ABC9858DC245FC564F0-4@r post.net>/ RCPT TO:<undoblewsolebeside@yahoo.com>/ DATA/ 250 sender <rcpt87656470ee577117f9443abc9858dc245fc564f( 4@rpost.net> ; ok250 recipient <undoblewsolebeside@yahoo.com> ok354 go ahead1 9030131- 2200771920254 7503@trans1.els.rpost.netX-Priority: 3/ Return-Re ceipt-To: "ElsterJ@gtlaw.com"<87656470EE577117F9443ABC9858DC245FC56 4F0-4read@rpost.net>/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@gtla w.com>/ TO: "avraam02@yahoo.com" <avraam02@yahoo.com>, "canva sfaintdiseased@yahoo.com" <canvasfaintdiseased@yahoo.com>, "mane flauntaloud25@yahoo.com" <maneflauntaloud25@yahoo.com>, "wrotepi queweight@yahoo.com" <wrotepiqueweight@yahoo.com>/ CC: "Els gtlaw.com" <ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com<Elste rJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification- To: "ElsterJ@gtlaw.com"<87656470EE577117F9443ABC9858DC245FC564F0-4r ead@ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<876564 70EE577117F9443ABC9858DC245FC564F0-4read@rpost XRPost-ID: 876 56470EE577117F9443ABC9858DC245FC564F0/ To: "undoblewsolebeside@yahoo.c om" <undoblewsolebeside@yahoo.com>/ Subject: (R)egistered: Servi ce of Legal Process Pursuant to Court Order / S Message Body. / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 421 mailwash40.pair.com Erro r: timeout exceeded/ 07/09/07 13:18:57 ( Socket./ Connecting t o: c.mx.mail.yahoo.com/ 220 mta245.mail.re3.yahoo.com ESMTP YSmtp serv ice ready/ EI trans1.els.rpost.net/ 250-mta245.mail.re3.yahoo.com/ 2 50-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ M, FROM:<rcpt8765 6470EE577117F9443ABC9858DC245FC564F0-5@rpost.net>/ RCPT TO:<wrot epiqueweight@yahoo.com>/ DATA/ 250 sender <rcpt87656470ee577117f 9443abc9858dc245fc564f0-5@rpost.n recipient <wrotepique weight@yahoo.com> ok354 go ahead156591-2200771920185 8148@trans1.els rpost.netX- Return-Receipt-To: "ElsterJ@gtlaw.com"<876 56470EE577117F9443ABC9858DC245FC564F0-5read@rpost.ne To: " ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "avraam02@yahoo.com" <avraam02@yahoo.com>, "canvasfaintdiseased@yahoo.com" <canvas faintdiseased@yahoo.com>, "maneflauntaloud25@yahoo.com" <ma untaloud25@yahoo.com>, "undoblewsolebeside@yahoo.com" <undoblews olebeside@yahoo.com>/ CC: "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com >/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>/ Sender: Elster J@ Disposition-Notification-To: "ElsterJ@gtlaw.com"<87656470EE577117F9443ABC9858DC245FC564F0-5read@r X-Confirm-Rea ding-to: "ElsterJ@gtlaw.com"<87656470EE577117F9443ABC9858DC245FC564 F0-5read@rpos XRPost-ID: 87656470EE577117F9443ABC9858DC245FC 564F0/ To: "wrotepiqueweight@yahoo.com" <wrotepiqueweight@yahoo.com >/ Subject: (R)egistered: Service of Legal Process Pursuant to Cour t Order / Sei Message Body. / 250 ok dirdel/ /

You should keep an electronic copy of this receipt, together with all of its attachments, for your records. Note that the Registered E-mail® service does not retain any copy of your e-mail or this receipt. You should not rely on the information in this receipt until you have authenticated this receipt. General terms and conditions of service are available upon request by e-mail from info@rpost.com or within the RPost Legal Notice.

An RPost Service 

RcptVer6.0

10/4/2007

## Elster, Jason (Assoc-Chi-LT)

| | |
|---|---|
| **From:** | Authentication [admin@rpost.com] |
| **Sent:** | Tuesday, July 10, 2007 8:57 AM |
| **To:** | Elster, Jason (Assoc-Chi-LT) |
| **Subject:** | Re: FW: Receipt: Service of Legal Process Pursuant to Court Order |
| **Attachments:** | SMTP Log-1.txt; SMTP Log-2.txt; SMTP Log-3.txt; SMTP Log-4.txt; SMTP Log-5.txt; Service of Legal Process Pursuant to Court Order (Sent Registered) |



The receipt you have submitted to our system is valid and proves the delivery results displayed bel

## ** A copy of the original message is attached. **

**Delivery Status**

| Address | Status | Details | Delivered (UTC) | Delivered (local) |
|---|---|---|---|---|
| avraam02@yahoo.com | Delivered to Mailserver | Delivered to f.mx.mail.yahoo.com | 7/9/2007 8:40:20 PM | 7/9/2007 3:40:20 PM (-500) |
| canvasfaintdiseased@yahoo.com | Delivered to Mailserver | Delivered to g.mx.mail.yahoo.com | 7/9/2007 8:40:15 PM | 7/9/2007 3:40:15 PM (-500) |
| maneflauntaloud25@yahoo.com | Delivered to Mailserver | Delivered to c.mx.mail.yahoo.com | 7/9/2007 8:40:55 PM | 7/9/2007 3:40:55 PM (-500) |
| undoblewsolebeside@yahoo.com | Delivered to Mailserver | Delivered to d.mx.mail.yahoo.com | 7/9/2007 8:41:32 PM | 7/9/2007 3:41:32 PM (-500) |
| wrotepiqueweight@yahoo.com | Delivered to Mailserver | Delivered to c.mx.mail.yahoo.com | 7/9/2007 8:41:03 PM | 7/9/2007 3:41:03 PM (-500) |

**Message Envelope**

| | |
|---|---|
| **FROM:** | ElsterJ@gtlaw.com<ElsterJ@gtlaw.com> |
| **SUBJECT:** | Service of Legal Process Pursuant to Court Order |
| **TO:** | avraam02@yahoo.com<br>canvasfaintdiseased@yahoo.com<br>maneflauntaloud25@yahoo.com<br>undoblewsolebeside@yahoo.com<br>wrotepiqueweight@yahoo.com |
| **CC:** | |
| **BCC:** | |
| **Network ID:** | <63B2236C08279846A87B8F5DA27CA5230658EEAD@CHI-EXCH01.gtlaw.com> |
| **Received:** | 7/9/2007 8:18:51 PM(UTC) |
| **Client Code:** | |

Note: This message has Digital Seal(SM) protection.

10/4/2007

| Message ID | File size |
|---|---|
| 96C73526D75E47B7F294F61E8B0530E8307F2741 | 4757269 |

| Attachments | |
|---|---|
| File name | File size |
| Exhibit 5 to Memo Support PI.pdf | 1765743 |
| Exhibit 4 to Memo Support PI.pdf | 1705157 |

**Delivery Audit Trail**

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 07/09/07 13:39:59 Opening Socket./ Connecting to: f.mx.mail.yahoo.cor
mta348.mail.mud.yahoo com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta348. mail.mud.yal
250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ M AIL
FROM:<rcpt96C73526D75E47B7F294F61E8B0530E8307F2741-1@rpost.net& gt;/ RCPT TO:<avraam02@yaho
DATA/ 250 sender <rcpt96c7 3526d75e47b7f294f61eb8b0530e8307f2741-1@rpost.net> ok250 recipient &
lt;avraam02@yahoo.com> ok354 go ahead1124521-22007719203959620@tran s1.els.rpost.netX-Priority: 3/ Retu
Receipt-To: "ElsterJ@gtlaw.com"& lt;96C73526D75E47B7F294F61E8B0530E8307F2741-1read@rpost.net/ Rej
"ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "canvasfaintdi seased@yahoo.com" <canvasfaintdiseased@yah>
"maneflauntal oud25@yahoo.com" <maneflauntaloud25@yahoo.com>, "undoblewsolebes ide@yahoo.com"
<undoblewsolebeside@yahoo.com>, "wrotepiqueweight@yahoo.com" <wrotepiqueweight@yahoo.com>/ CC:
"ElsterJ@gtlaw.com " <ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw. com>/ Sender: ElsterJ@:
Disposition-Notification-To: "Elst erJ@gtlaw.com"<96C73526D75E47B 7F294F61E8B0530E8307F2741-1read@rp
X-Confirm-Reading-To: "ElsterJ@gtlaw.com"<96C73526D75B 7F294F61E8B0530E8307F2741-1read@rpost.
XRPost-ID: 96C73526D75E 47B7F294E61E8B0530E8307F2741/ To: "avraam02@yahoo.com" <avraam02@ya l
Subject: (R)egistered: Service of Legal Process Pursuant to Court Order / Sending Message Body. / 250 ok dirdel

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 Catch you later/ 07/09/0 7 13:39:47 Opening Socket./ Connecting t
g.mx.mail.yahoo.com/ 220 mta474.mail.mud.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.r post.ne
mta474.mail.mud.yahoo.com/ 250-SIZE 319815 68/ 250 PIPELINING/ MAIL
FROM:<rcpt96C73526D75E47B7F294F61E8B0530E8 307F2741-2@rpost.net>/ RCPT
TO:<canvasfaintdiseased@yahoo.com> ;/ DATA/ 250 sender <rcpt96c73526d75e47b7f294f61e8b0530e8307f27
@rpost.net> ok250 recipient <canvasfaintdiseased@yahoo.com> o k354 go ahead2247813-
22007719203947917@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To:
"ElsterJ@gtlaw.com"<96C73526D75E47B7F294F61E 8B0530E8307F2741-2read@rpost.net>/ Reply-To:
"ElsterJ@gtlaw.com"< ;ElsterJ@gtlaw.com>/ TO: "avraam02@yahoo.com" <avraam02@yahoo.co m>,
"maneflauntaloud25@yahoo.com" <maneflauntaloud25@yahoo.com&g t;, "undoblewsolebeside@yahoo.com"
<undoblewsolebeside@yahoo.com> ;, "wrotepiqueweight@yahoo.com" <wrotepiqueweight@yahoo.com>/ CC :
"ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.c om<ElsterJ@gtlaw.com>/ Sender: ElsterJ@c
Disposition-No tification-To: "ElsterJ@gtlaw.com"<96C73526D75E47B7F294F61E8B0530E8 307F2741-2read@r
X-Confirm-Reading-to: "ElsterJ@gtlaw.com "<96C73526D75E47B7F294F61E8B0530E8307F2741-2read@rpost.
ost-ID: 96C73526D75E47B7F294F61E8B0530E8307F2741/ To: "canvasfaintdise ased@yahoo.com"
<canvasfaintdiseased@yahoo.com>/ Subject: (R)egi stered: Service of Legal Process Pursuant to Court Order / S
Mes sage Body. / 554 delivery error: dd This user doesn't have a yahoo.com account (canvasfaintdiseased@yahc
- mta474.mail.mud.yahoo.c om/ QUIT/ 221 mta474.mail.mud.yahoo.com/

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 bay0-mc7-f18.bay0.hotmai l.com Service closing transmission char
07/09/07 13:39:47 Openin g Socket./ Connecting to: c.mx.mail.yahoo.com/ 220 mta223.mail.re3.yah oo.com ESM
service ready/ EHLO trans1.els.rpost.net/ 250-mta22 3.mail.re3.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/
PIPELINING/ MAIL FROM:<rcpt96C73526D75E47B7F294F61E8B0530E8307F2741-3@rpost.ne t>/ RCPT
TO:<maneflauntaloud25@yahoo.com>/ DATA/ 250 sender & lt;rcpt96c73526d75e47b7f294f61e8b0530e8307f27
3@rpost.net> ok250 recipient <maneflauntaloud25@yahoo.com> ok354 go ahead2974154-22
007719203948167@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To:
"ElsterJ@gtlaw.com"<96C73526D75E47B7F294F61E8B0530E8307F2741-3read@ rpost.net>/ Reply-To:
"ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "avraam02@yahoo.com" <avraam02@yahoo.com>, "canvasfain
ased@yahoo.com" <canvasfaintdiseased@yahoo.com>, "undoblewsolebe side@yahoo.com"
<undoblewsolebeside@yahoo.com>, "wrotepiqueweigh t@yahoo.com" <wrotepiqueweight@yahoo.com>/ CC:
"ElsterJ@gtlaw.co m" <ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw com>/ Sender: ElsterJ@c
Disposition-Notification-To: "Els terJ@gtlaw.com"<96C73526D75E47B7F294F61E8B0530E8307F2741-3read@r
X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<96C73526D75E47 B7F294F61E8B0530E8307F2741-3read@rpost.

XRPost-ID: 96C73526D75 E47B7F294F61E8B0530E8307F2741/ To: "maneflauntaloud25@yahoo.com" <m aneflauntaloud25@yahoo.com>/ Subject: (R)egistered: Service of Lega l Process Pursuant to Court Order / Send Message Body. / 250 ok dir del/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ 07/09/07 13:40:00 Opening Socket / Connecting to: d.mx.mail.yahoo.com/ 22C mta219.mail.re4.yahoo.com E SMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta219.mail.r e4.yahc 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FR OM:<rcpt96C73526D75E47B7F294F61E8B0530E8307F2741-4@rpost.net>/ R CPT TO:<undoblewsolebeside@yahoo.com>/ DATA/ 250 sender <rcpt 96c73526d75e47b7f294f61e8b0530e8307f274 4@rpost.net> ok250 recipie nt <undoblewsolebeside@yahoo.com> ok354 go ahead31607137-2200771 920404823@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "Elste rJ@gtlaw.com"<96C73526D75E47B7F294F61E8B0530E8307F2741-4read@rpost. net/> Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: " avraam02@yahoo.com" <avraam02@yahoo.com>, "canvasfaintdiseased@y ahoo.com" <canvasfaintdiseased@yahoo.com>, "maneflauntaloud25@ya hoo.com" <maneflauntaloud25@yahoo.com>, "wrotepiqueweight@yahoo. com" <wrotepiqueweight@yahoo.com>/ CC: "ElsterJ@gtlaw.com" <E lsterJ@yahoo.com/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com> / Sender: ElsterJ@ Disposition-Notification-To: "ElsterJ@gtl aw.com"<96C73526D75E47B7F294F61E8B0530E8307F2741-4read@r| X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<96C73526D75E47B7F294F6 1E8B0530E8307F2741-4read@rpost. XRPost-ID: 96C73526D75E47B7F29 4F61E8B0530E8307F2741/ To: "undoblewsolebeside@yahoo.com" <undo| solebeside@yahoo.com>/ Subject: (R)egistered: Service of Legal Proc ess Pursuant to Court Order / Sending Me Body. / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ 07/09/07 13:39:59 Opening Socket / Connecting to: c.mx.mail.yahoo.com/ 220 mta227.mail.re3.yahoo.com E SMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta227.mail.r e3.yahc 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FR OM:<rcpt96C73526D75E47B7F294F61E8B0530E8307F2741-5@rpost.net>/ R CPT TO:<wrotepiqueweight@yah DATA/ 250 sender <rcpt96 c73526d75e47b7f294f61e8b0530e8307f2741-5@rpost.net> ok250 recipient <wrotepiqueweight@yahoo.com> ok354 go ahead17714119-22007719203 959761@trans1.els.rpost.netX-Priorit Return-Receipt-To: "ElsterJ@gtlaw.com"<96C73526D75E47B7F294F61E8B0530E8307F2741-5read@rpost.net To: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "avr aam02@yahoo.com" <avraam02@yahoo.com>, "canvasfaintdiseased@yaho o.com" <canvasfaintdiseased@yahoo.com>, "maneflauntaloud25@yahoo com" <maneflauntaloud25@yahoo.com>, "undoblewsolebeside@yahoo.c om" <undoblewsolebeside@yahoo.com>/ "ElsterJ@gtlaw.com" < ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com> ;/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gt law.com"<96C73526D75E47B7F294F61E8B0530E8307F2741-5read@rpost.net&g t;/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<96C73526D75E47B7F294F 61E8B0530E8307F2741-5read@rpost.net>/ XRPost-ID: 96C73526D75E47B7F2 94F61E8B0530E8307F2741/ To: "wrotepiqueweight@yahoo.com" <wrotepiqu eweight@yahoo.com>/ Subject: (R)egistered: Service of Legal Process Pursuant to Court Order / Sending Messa 250 ok dirdel/ /

You should keep an electronic copy of this receipt, together with all of its attachments, for your records. Note that the Registered E-mail® service does not retain any copy of your e-mail or this receipt. You should not rely on the information in this receipt until you have authenticated this receipt. General terms and conditions of service are available upon request by e-mail from info@rpost.com or within the RPost Legal Notice.

An RPost Service 

RcptVer6.0

10/4/2007

## Elster, Jason (Assoc-Chi-LT)

| | |
|---|---|
| **From:** | Authentication [admin@rpost.com] |
| **Sent:** | Tuesday, July 10, 2007 8:54 AM |
| **To:** | Elster, Jason (Assoc-Chi-LT) |
| **Subject:** | Re: FW: Receipt: Service of Legal Process Pursuant to Court Order |
| **Attachments:** | HTTP_Record-6.txt; SMTP Log-1.txt; SMTP Log-2.txt; SMTP Log-3.txt; SMTP Log-4.txt; SMTP Log-5.txt; SMTP Log-6.txt; Service of Legal Process Pursuant to Court Order (Sent Registered) |



The receipt you have submitted to our system is valid and proves the delivery results displayed bel

## ** A copy of the original message is attached. **

### Delivery Status

| Address | Status | Details | Delivered (UTC) | Delivered (local) | C |
|---|---|---|---|---|---|
| avraam02@yahoo.com | Delivered to Mailserver | Delivered to c.mx.mail.yahoo.com | 7/9/2007 8:34:33 PM | 7/9/2007 3:34:33 PM (-500) | |
| canvasfaintdiseased@yahoo.com | Delivered to Mailserver | Delivered to f.mx.mail.yahoo.com | 7/9/2007 8:33:40 PM | 7/9/2007 3:33:40 PM (-500) | |
| maneflauntaloud25@yahoo.com | Delivered to Mailserver | Delivered to d.mx.mail.yahoo.com | 7/9/2007 8:37:43 PM | 7/9/2007 3:37:43 PM (-500) | |
| undoblewsolebeside@yahoo.com | Delivered to Mailserver | Delivered to e.mx.mail.yahoo.com | 7/9/2007 8:33:52 PM | 7/9/2007 3:33:52 PM (-500) | |
| wrotepiqueweight@yahoo.com | Delivered to Mailserver | Delivered to a.mx.mail.yahoo.com | 7/9/2007 8:33:43 PM | 7/9/2007 3:33:43 PM (-500) | |
| ElsterJ@gtlaw.com | Opened | HTTP | 7/9/2007 8:24:22 PM | 7/9/2007 3:24:22 PM (-500) | 7/9/20 PM(-5 |

### Message Envelope

| | |
|---|---|
| **FROM:** | ElsterJ@gtlaw.com<ElsterJ@gtlaw.com> |
| **SUBJECT:** | Service of Legal Process Pursuant to Court Order |
| **TO:** | avraam02@yahoo.com<br>canvasfaintdiseased@yahoo.com<br>maneflauntaloud25@yahoo.com<br>undoblewsolebeside@yahoo.com<br>wrotepiqueweight@yahoo.com |
| **CC:** | ElsterJ@gtlaw.com |
| **BCC:** | |
| **Network ID:** | <63B2236C08279846A87B8F5DA27CA5230658EEAE@CHI-EXCH01.gtlaw.com> |
| **Received:** | 7/9/2007 8:22:09 PM(UTC) |
| **Client Code:** | |

10/4/2007

Note: This message has Digital Seal(SM) protection.

| Message ID | File size |
|---|---|
| 13138DBFAD3E83ECCE694DED0D84F5C26830A1A5 | 4204104 |

| Attachments | |
|---|---|
| File name | File size |
| Exhibit 7 - sealed.pdf | 2413349 |
| Exhibit 6 to Memo Support PI.pdf | 653455 |

| Delivery Audit Trail |
|---|

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 07/09/07 13:33:16 Opening Socket./ Connecting to: c.mx.mail.yahoo.com
mta222.mail.re3.yahoo com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta222. mail.re3.yaho
250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ M AIL
FROM:<rcpt13138DBFAD3E83ECCE694DED0D84F5C26830A1A5-1@rpost.net& gt;/ RCPT
TO:<avraam02@yahoo.com>/ DATA/ 250 sender <rcpt1313 8dbfad3e83ecce694ded0d84f5c26830a1a5-1@rpos
ok250 recipient & lt;avraam02@yahoo.com> ok354 go ahead15170113-22007719203322608@tra ns1.els.rpost.r
Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com" <13138DBFAD3E83ECCE694DED0D84F5C26830A1A5-
1read@rpost.net>/ Repl y-To: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "canvasfaintd iseased@yahoo.cor
<canvasfaintdiseased@yahoo.com>, "maneflaunta loud25@yahoo.com" <maneflauntaloud25@yahoo.com>,
"undoblewsolebe side@yahoo.com" <undoblewsolebeside@yahoo.com>, "wrotepiqueweigh t@yahoo.com"
<wrotepiqueweight@yahoo.com>/ CC: "ElsterJ@gtlaw.co m" <ElsterJ@gtlaw.com>/ From:
ElsterJ@gtlaw.com<ElsterJ@gtlaw com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To: "Els
terJ@gtlaw.com"<13138DBFAD3E83ECCE694DED0D84F5C26830A1A5-1read@rpos t.net>/ X-Confirm-Reading
"ElsterJ@gtlaw.com"<13138DBFAD3E83 ECCE694DED0D84F5C26830A1A5-1read@rpost.net>/ XRPost-ID:
13138DBFAD3 E83ECCE694DED0D84F5C26830A1A5/ To: "avraam02@yahoo.com" <avraam02@y ahoo.com>
(R)egistered: Service of Legal Process Pursuant to Court Order / Sending Message Body. / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 07/09/07 13:33:21 Opening Socket./ Connecting to: f.mx.mail.yahoo.cor
mta312.mail.mud.yahoo com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta312. mail.mud.yal
250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ M AIL
FROM:<rcpt13138DBFAD3E83ECCE694DED0D84F5C26830A1A5-2@rpost.net& gt;/ RCPT
TO:<canvasfaintdiseased@yahoo.com>/ DATA/ 250 sender & lt;rcpt13138dbfad3e83ecce694ded0d84f5c26830a
2@rpost.net> ok250 recipient <canvasfaintdiseased@yahoo.com> ok354 go ahead23843144 -
22007719203322858@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-T o:
"ElsterJ@gtlaw.com"<13138DBFAD3E83ECCE694DED0D84F5C26830A1A5-2re ad@rpost.net>/ Reply-To:
"ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com&g t;/ TO: "avraam02@yahoo.com" <avraam02@yahoo.com>, "manefla
oud25@yahoo.com" <maneflauntaloud25@yahoo.com>, "undoblewsolebes ide@yahoo.com"
<undoblewsolebeside@yahoo.com>, "wrotepiqueweight @yahoo.com" <wrotepiqueweight@yahoo.com>/ CC:
"ElsterJ@gtlaw.com " <ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw. com>/ Sender: ElsterJ@
Disposition-Notification-To: "Elst erJ@gtlaw.com"<13138DBFAD3E83ECCE694DED0D84F5C26830A1A5-2read(
net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<13138DBFAD3E83E CCE694DED0D84F5C26830A1A5-
2read@rpost.net>/ XRPost-ID: 13138DBFAD3E 83ECCE694DED0D84F5C26830A1A5/ To:
"canvasfaintdiseased@yahoo.com" <c anvasfaintdiseased@yahoo.com>/ Subject: (R)egistered: Service of L ega
Pursuant to Court Order / Sending Message Body. / 554 del ivery error: dd This user doesn't have a yahoo.com a
(canvasfain tdiseased@yahoo.com) [0] - mta312.mail.mud.yahoo.com/ QUIT/ 221 mta312 mail.mud.yahoo.com/

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 07/09/07 13:33:15 Opening Socket / Connecting to: d.mx.mail.yahoo.com/ 220
mta233.mail.re4.yahoo.com E SMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta233.mail.r e4.yaho
250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FR
OM:<rcpt13138DBFAD3E83ECCE694DED0D84F5C26830A1A5-3@rpost.net>/ R CPT
TO:<maneflauntaloud25@yahoo.com>/ DATA/ 250 sender <rcpt1 3138dbfad3e83ecce694ded0d84f5c26830a1a5
3@rpost.net> ok250 recipien t <maneflauntaloud25@yahoo.com> ok354 go ahead17451132-220077192
03324905@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "Elster
J@gtlaw.com"<13138DBFAD3E83ECCE694DED0D84F5C26830A1A5-3read@rpost.n et>/ Reply-To:
"ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "a vraam02@yahoo.com" <avraam02@yahoo.com>,
"canvasfaintdiseased@ya hoo.com" <canvasfaintdiseased@yahoo.com>, "undoblewsolebeside@ya hoo.com"

10/4/2007

<undoblewsolebeside@yahoo.com>, "wrotepiqueweight@yahoo com" <wrotepiqueweight@yahoo.com>/ CC: "ElsterJ@gtlaw.com" < ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com> ;/ Sender: ElsterJ@gtlaw/ Disposition-Notification-To: "ElsterJ@gt law.com"<13138DBFAD3E83ECCE694DED0D84F5C26830A1A5-3read@rpost.net&g t;/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<13138DBFAD3E83ECCE694 DED0D84F5C26830A1A5-3read@rpost.net>/ XRPost-ID: 13138DBFAD3E83ECCE 694DED0D84F5C26830A1A5/ To: "maneflauntaloud25@yahoo.com" <maneflau ntaloud25@yahoo.com>/ Subject: (R)egistered: Service of Legal Proce ss Pursuant to Court Order / Sending Mes Body. / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ 07/09/07 13:33:22 Opening Socket / Connecting to: e.mx.mail.yahoo.com/ 220 mta115.mail.re4.yahoo.com E SMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta115.mail.r e4.yaho 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FR OM:<rcpt13138DBFAD3E83ECCE694DED0D84F5C26830A1A5-4@rpost.net>/ R CPT TO:<undoblewsolebeside@yahoo.com>/ DATA/ 250 sender <rcpt 13138dbfad3e83ecce694ded0d84f5c26830a1a 4@rpost.net> ok250 recipie nt <undoblewsolebeside@yahoo.com> ok354 go ahead2951123-22007719 203323233@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "Elste rJ@gtlaw.com"<13138DBFAD3E83ECCE694DED0D84F5C26830A1A5-4read@rpost. net>/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: " avraam02@yahoo.com" <avraam02@yahoo.com>, "canvasfaintdiseased@y ahoo.com" <canvasfaintdiseased@yahoo.com>, "maneflauntaloud25@ya hoo.com" <maneflauntaloud25@yahoo.com>, "wrotepiqueweight@yahoo. com" <wrotepiqueweight@yahoo.com>/ CC: "ElsterJ@gtlaw.com" <E lsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com> / Sender: ElsterJ@: Disposition-Notification-To: "ElsterJ@gtl aw.com"<13138DBFAD3E83ECCE694DED0D84F5C26830A1A5-4read@rpost.net> ;/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<13138DBFAD3E83ECCE694D ED0D84F5C26 4read@rpost.net>/ XRPost-ID: 13138DBFAD3E83ECCE6 94DED0D84F5C26830A1A5/ To: "undoblewsolebeside@yahoo.com>/ Subject: (R)egistered: Service of Legal Pursuant to Court Order / Sending Message Body. / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 closing connection. Good bye!/ 07/09/07 13:33:15 Opening Socket. Connecting to: a.mx.mail.ya hoo.com/ 220 mta522.mail.mud.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta522.mail.mud.yahoo.com/ 250-8BITMIME/ 25 0-SIZE 31981568/ 250 PIPELINING/ N FROM:<rcpt13138DBFAD3E83ECCE6 94DED0D84F5C26830A1A5-5@rpost.net>/ RCPT TO:<wrotepiqueweigh hoo.com>/ DATA/ 250 sender <rcpt13138dbfad3e83ecce694ded0d84f5c2 6830a1a5-5@rpost.net> ok250 recipie <wrotepiqueweight@yahoo.co m> ok354 go ahead610822-22007719203321577@trans1.els.rpost.netX-Pri ority: Receipt-To: "ElsterJ@gtlaw.com"<13138DBFAD3E83ECCE694DED0D84F5C26830A1A5-5read@rpost.net>/ Re "ElsterJ@gtlaw.c om"<ElsterJ@gtlaw.com>/ TO: "avraam02@yahoo.com", "canvasfaintdiseased@yahoo.com" <canvasfaintdiseased@y ahoo.com>, "maneflauntaloud25@yahoo.com" <maneflauntaloud25@yaho o.com>, "undoblewsolebeside@yahoo.com" <undoblewsolebeside@yahoo.com>/ CC "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com>/ From: Els terJ@gtlaw.com<ElsterJ@gtlaw.com>/ Sender: ElsterJ@g Di sposition-Notification-To: "ElsterJ@gtlaw.com"<13138DBFAD3E83ECCE 4DED0D84F5C26830A1A5- 5read@rpost.net>/ X-Confirm-Reading-to: "Elste rJ@gtlaw.com"<13138DBFAD3E83ECCE694DED0D84F5C268 5read@rpost. net>/ XRPost-ID: 13138DBFAD3E83ECCE694DED0D84F5C26830A1A5/ To: "wro tepiqueweight@yahoo.com" <wrotepiqueweight@yahoo.com>/ Subject: (R)egistered: Service of Legal Process P Court Order / Sendi ng Message Body. / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 SERVICE CLOSING CHANNEL/ 07/09/07 13:23:56 Opening Socke Connecting to: mx2.gtlaw.com/ 22 0 MX2.GTLAW.COM ESMTP / EHLO trans1.els.rpost.net/ 250-MX2.GTLAW.C PIPELINING/ 250-SIZE 28866663/ 250-ETRN/ 250-STARTTLS/ 250 8BITMIM E/ MAIL FROM:<rcpt13138DBFAD3E83ECCE694DED0D84F5C26830A1A5-6@rpost. net>/ RCPT TO:<ElsterJ@gtlaw.cc DATA/ 250 Ok250 Ok354 End data with <CR><LF>.<CR><LF>2575126-22007719202 356692@trans1.els.rpost. Priority: 3/ Return-Receipt-To: "ElsterJ@ gtlaw.com"<13138DBFAD3E83ECCE694DED0D84F5C26830A1A5- 6read@rpost.net >/ Reply-To: "ElsterJ@ gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "avr aam02@yahoo.com" <avraam02@yahoo.com>, "canvasfaintdiseased@yaho o.com" <canvasfaintdiseased@yahoo.com>, "maneflauntaloud25@yahoo.com" <maneflauntaloud25@yahoo.com>, "undoblewsolebeside@yahoo.co m" <undoblewsolebeside@yahoo.com>, "wrotepiqueweight@yahoo.com" <wrotepiqueweight@yahoo.com>/ From: ElsterJ@gtlaw.com/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-T o: "ElsterJ@gtlaw.com"<13138DBFAD3E83ECCE694DED0D84F5C26830A1A5-6re ad@rpost.net>/ X-Confirm-Rea "ElsterJ@gtlaw.com"<13138DB FAD3E83ECCE694DED0D84F5C26830A1A5-6read@rpost.net>/ XRPost-ID: 13 8DBFAD3E83ECCE694DED0D84F5C26830A1A5/ "ElsterJ@gtlaw.com" <ElsterJ @gtlaw.com>/ Subject: (R)egis Service of Legal Process Pursua nt to Court Order / Sending Message Body. / 250 Ok: queued as 6A2C8AF2 T5/

<b>Opened from IP 66.151.14.170/ </b><br>----/ Conn ection: Keep-Alive/ Via: 1.1 CHI-ISA1/ Accept: */*/ Accept g zip, deflate/ Accept-Language: en-us/ Host: open.rpost.net/ User-Agent : Mozilla/4.0 (compatible; MSIE 6.0; Wir 5.1; SV1; .NET CLR 1.1 4322; InfoPath.1; .NET CLR 2.0.50727)/ /LM/W3SVC/1/RootC:\open\<br

><br><br><br>0<br>CGI/1.1off<br>1/LM/ W3SVC/1<br>10.0.0.198/Rpost.aspxC:\open\Rpost.aspx404;http://ope
n.rpost.net/13138DBFAD3E83ECCE694DED0D84F5C26830A1A5-6_3D4DB56A7257B6A
7FDBDC2934C5551DA4390C2BD/rpost.gif<br>66.151.14.17066.151.14.17
09331GET<br>/Rpost.aspxopen.rpost.net800<br>HTTP/1.0Micros oft-IIS/5.0/Rpost.aspxKeep-Alive<br>1.1 CHI-
ISA1*/*gzip, deflate en-us<br>open.rpost.netMozilla/4.0 (compatible; MSIE 6.0; Window s NT 5.1; SV1; .NET CLR
1.1.4322; InfoPath.1; .NET CLR 2.0.50727)/ /

You should keep an electronic copy of this receipt, together with all of its attachments, for your records. Note that the Registered E-mail® service does not retain any copy of your e-mail or this receipt. You should not rely on the information in this receipt until you have authenticated this receipt. General terms and conditions of service are available upon request by e-mail from info@rpost.com or within the RPost Legal Notice.

An RPost Service 

RcptVer6.0

10/4/2007

## Elster, Jason (Assoc-Chi-LT)

| | |
|---|---|
| **From:** | Authentication [admin@rpost.com] |
| **Sent:** | Tuesday, July 10, 2007 8:56 AM |
| **To:** | Elster, Jason (Assoc-Chi-LT) |
| **Subject:** | Re: FW: Receipt: Service of Legal Process Pursuant to Court Order |
| **Attachments:** | SMTP Log-1.txt; SMTP Log-2.txt; SMTP Log-3.txt; SMTP Log-4.txt; SMTP Log-5.txt; SMTP Log-6.txt; Service of Legal Process Pursuant to Court Order (Sent Registered) |



**The receipt you have submitted to our system is valid and proves the delivery results displayed bel**

## ** A copy of the original message is attached. **

### Delivery Status

| Address | Status | Details | Delivered (UTC) | Delivered (local) |
|---|---|---|---|---|
| avraam02@yahoo.com | Delivered to Mailserver | Delivered to a.mx.mail.yahoo.com | 7/9/2007 8:33:51 PM | 7/9/2007 3:33:51 PM (-500) |
| canvasfaintdiseased@yahoo.com | Delivered to Mailserver | Delivered to e.mx.mail.yahoo.com | 7/9/2007 8:34:05 PM | 7/9/2007 3:34:05 PM (-500) |
| maneflauntaloud25@yahoo.com | Delivered to Mailserver | Delivered to g.mx.mail.yahoo.com | 7/9/2007 8:33:56 PM | 7/9/2007 3:33:56 PM (-500) |
| undoblewsolebeside@yahoo.com | Delivered to Mailserver | Delivered to c.mx.mail.yahoo.com | 7/9/2007 8:36:24 PM | 7/9/2007 3:36:24 PM (-500) |
| wrotepiqueweight@yahoo.com | Delivered to Mailserver | Delivered to a.mx.mail.yahoo.com | 7/9/2007 8:34:06 PM | 7/9/2007 3:34:06 PM (-500) |
| ElsterJ@gtlaw.com | Delivered to Mailserver | Delivered to mx1.gtlaw.com | 7/9/2007 8:25:42 PM | 7/9/2007 3:25:42 PM (-500) |

### Message Envelope

| | |
|---|---|
| **FROM:** | ElsterJ@gtlaw.com<ElsterJ@gtlaw.com> |
| **SUBJECT:** | Service of Legal Process Pursuant to Court Order |
| **TO:** | avraam02@yahoo.com<br>canvasfaintdiseased@yahoo.com<br>maneflauntaloud25@yahoo.com<br>undoblewsolebeside@yahoo.com<br>wrotepiqueweight@yahoo.com |
| **CC:** | ElsterJ@gtlaw.com |
| **BCC:** | |
| **Network ID:** | <63B2236C08279846A87B8F5DA27CA5230658EEAF@CHI-EXCH01.gtlaw.com> |
| **Received:** | 7/9/2007 8:22:32 PM(UTC) |
| **Client Code:** | |

10/4/2007

Note: This message has Digital Seal<sup>(SM)</sup> protection.

| Message ID | File size |
|---|---|
| 1F88D250C4AB83C60A4E0E804631FDA4ACC6C248 | 5812510 |

| Attachments | |
|---|---|
| File name | File size |
| Exhibit 9 to Memo Support PI.pdf | 3423899 |
| Exhibit 8 - sealed.pdf | 818277 |

**Delivery Audit Trail**

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 closing connection. Good bye!/ 07/09/07 13:33:24 Opening Socket.
Connecting to: a.mx.mail.ya hoo.com/ 220 mta563.mail.mud.yahoo.com ESMTP YSmtp service ready/ EHLO
trans1.els.rpost.net/ 250-mta563.mail.mud.yahoo.com/ 250-8BITMIME/ 25 0-SIZE 31981568/ 250 PIPELINING/ N
FROM:<rcpt1F88D250C4AB83C60A4 E0E804631FDA4ACC6C248-1@rpost.net>/ RCPT TO:<avraam02@yahoo
gt;/ DATA/ 250 sender <rcpt1f88d250c4ab83c60a4e0e804631fda4acc6c248 -1@rpost.net> ok250 recipient
<avraam02@yahoo.com> ok354 go a head294917-22007719203324686@trans1.els.rpost.netX-Priority: 3/ Retur
Receipt-To: "ElsterJ@gtlaw.com"<1F88D250C4AB83C60A4E0E804631FDA4AC C6C248-1read@rpost.net>/ Re
"ElsterJ@gtlaw.com"<ElsterJ@g tlaw.com>/ TO: "canvasfaintdiseased@yahoo.com" <canvasfaintdise ased@yah
"maneflauntaloud25@yahoo.com" <maneflauntaloud25 @yahoo.com>, "wrotepiqueweight@yaho o.com>/ CC:
<undoblewsolebeside @yahoo.com>, "wrotepiqueweight@yahoo.com" <wrotepiqueweight@yaho o.com>/ CC:
"ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com>/ From: El sterJ@gtlaw.com<ElsterJ@gtlaw.com>/ Sender: ElsterJ@g
D isposition-Notification-To: "ElsterJ@gtlaw.com"<1F88D250C4AB83C60A4E0E804631FDA4ACC6C248-
1read@rpost.net>/ X-Confirm-Reading-to: "Elst erJ@gtlaw.com"<1F88D250C4AB83C60A4E0E804631FDA4ACC
1read@rpost net>/ XRPost-ID: 1F88D250C4AB83C60A4E0E804631FDA4ACC6C248/ To: "av raam02@yahoo.c
<avraam02@yahoo.com>/ Subject: (R)egistered: S ervice of Legal Process Pursuant to Court Order / Sending Me
Body / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 closing connection. Good bye!/ 07/09/07 13:33:24 Opening Socket.
Connecting to: e.mx.mail.ya hoo.com/ 220 mta134.mail.re4.yahoo.com ESMTP YSmtp service ready/ EHLO
trans1.els.rpost.net/ 250-mta134.mail.re4.yahoo.com/ 250-8BITMIME/ 25 0-SIZE 31981568/ 250 PIPELINING/ M,
FROM:<rcpt1F88D250C4AB83C60A4 E0E804631FDA4ACC6C248-2@rpost.net>/ RCPT TO:<canvasfaintdiseas
@yahoo.com>/ DATA/ 250 sender <rcpt1f88d250c4ab83c60a4e0e804631f da4acc6c248-2@rpost.net> ok250 re
<canvasfaintdiseased@ya hoo.com> ok354 go ahead722616-22007719203324827@trans1.els.rpost.ne tX-Priori
Return-Receipt-To: "ElsterJ@gtlaw.com"<1F88D250C4AB 83C60A4E0E804631FDA4ACC6C248-2read@rpost.n
Reply-To: "ElsterJ@g tlaw.com"<ElsterJ@gtlaw.com>/ TO: "avraam02@yahoo.com" <avraa m02@yahoo.com>,
"maneflauntaloud25@yahoo.com" <maneflauntaloud25 @yahoo.com>, "wrotepiqueweight@yahoo.com" <
<undoblewsolebeside @yahoo.com>, "wrotepiqueweight@yahoo.com" <wrotepiqueweight@yahoo com>/ CC:
"ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com>/ From: Els terJ@gtlaw.com<ElsterJ@gtlaw.com>/ Sender: ElsterJ@g
Di sposition-Notification-To: "ElsterJ@gtlaw.com"<1F88D250C4AB83C60A4E 0E804631FDA4ACC6C248-
2read@rpost.net>/ X-Confirm-Reading-to: "Elste rJ@gtlaw.com"<1F88D250C4AB83C60A4E0E804631FDA4ACC
2read@rpost. net>/ XRPost-ID: 1F88D250C4AB83C60A4E0E804631FDA4ACC6C248/ To: "can
vasfaintdiseased@yahoo.com" <canvasfaintdiseased@yahoo.com>/ Sub ject: (R)egistered: Service of Legal Proc
Pursuant to Court Order / Sending Message Body. / 554 delivery error: dd This user doesn't have a yahoo.com ac
(canvasfaintdiseased@yahoo.com) [0] - mta134.mail re4.yahoo.com/ QUIT/ 221 mta134.mail.re4.yahoo.com/

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 closing connection. Good bye!/ 07/09/07 13:33:24 Opening Socket.
Connecting to: g.mx.mail.ya hoo.com/ 220 mta459.mail.mud.yahoo.com ESMTP YSmtp service ready/ EHLO
trans1.els.rpost.net/ 250-mta459.mail.mud.yahoo.com/ 250-8BITMIME/ 25 0-SIZE 31981568/ 250 PIPELINING/ N
FROM:<rcpt1F88D250C4AB83C60A4 E0E804631FDA4ACC6C248-3@rpost.net>/ RCPT TO:<maneflauntaloud2
ahoo.com>/ DATA/ 250 sender <rcpt1f88d250c4ab83c60a4e0e804631fda 4acc6c248-3@rpost.net> ok250 recipi
<maneflauntaloud25@yahoo.com> ok354 go ahead1620280-2200771920332514@trans1.els.rpost.netX-P riority
Return-Receipt-To: "ElsterJ@gtlaw.com"<1F88D250C4AB83C6 0A4E0E804631FDA4ACC6C248-3read@rpost.n
Reply-To: "ElsterJ@g tlaw.com"<ElsterJ@gtlaw.com>/ TO: "avraam02@yahoo.com" <avraam02@yahoo.com>,
"canvasfaintdiseased@yahoo.com" <canvasfaintdiseased@yahoo.com>, "undoblewsolebeside@yahoo.com"
<undoblewsolebeside@ yahoo.com>, "wrotepiqueweight@yahoo.com" <wrotepiqueweight@yahoo com>/ CC:
"ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com>/ From: Els terJ@gtlaw.com<ElsterJ@gtlaw.com>/ Sender: ElsterJ@g

Di sposition-Notification-To: "ElsterJ@gtlaw.com"<1F88D250C4AB83C60A4E 0E804631FDA4ACC6C248-
3read@rpost.net>/ X-Confirm-Reading-to: "Elste rJ@gtlaw.com"<1F88D250C4AB83C60A4E0E804631FDA4ACC
3read@rpost. net>/ XRPost-ID: 1F88D250C4AB83C60A4E0E804631FDA4ACC6C248/ To: "man
eflauntaloud25@yahoo.com" <maneflauntaloud25@yahoo.com>/ Subject : (R)egistered: Service of Legal Proces
to Court Order / Sen ding Message Body. / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 att.net/ 07/09/07 13:33: 24 Opening Socket./ Connecting to:
c.mx.mail.yahoo.com/ 220 mta224.m ail.re3.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.els.rpost.net .
mta224.mail.re3.yahoo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL
FROM:<rcpt1F88D250C4AB83C60A4E0E804631FDA4ACC6C248 -4@rpost.net>/ RCPT
TO:<undoblewsolebeside@yahoo.com> DATA/ 250 sender <rcpt1f88d250c4ab83c60a4e0e804631fda4acc6c24:
4@rpost.ne t> ok250 recipient <undoblewsolebeside@yahoo.com> ok354 go ah ead228458-
22007719203324780@trans1.els.rpost.netX-Priority: 3/ Return- Receipt-To:
"ElsterJ@gtlaw.com"<1F88D250C4AB83C60A4E0E804631FDA4ACC 6C248-4read@rpost.net>/ Reply-To:
"ElsterJ@gtlaw.com"<ElsterJ@gt law.com>/ TO: "avraam02@yahoo.com" <avraam02@yahoo.com>, "can
vasfaintdiseased@yahoo.com" <canvasfaintdiseased@yahoo.com>, "ma neflauntaloud25@yahoo.com"
<maneflauntaloud25@yahoo.com>, "wrote piqueweight@yahoo.com" <wrotepiqueweight@yahoo.com>/ CC: "Els
J@gtlaw.com" <ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com<Els terJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.co
Disposition-Notificatio n-To: "ElsterJ@gtlaw.com"<1F88D250C4AB83C60A4E0E804631FDA4ACC6C248-
4read@rpost.net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<1F88 D250C4AB83C60A4E0E804631FDA4ACC
4read@rpost.net>/ XRPost-ID: 1 F88D250C4AB83C60A4E0E804631FDA4ACC6C248/ To: "undoblewsolebeside
com" <undoblewsolebeside@yahoo.com>/ Subject: (R)egistered: Ser vice of Legal Process Pursuant to Court Or
Sending Message Body. / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 closing connection. Good bye!/ 07/09/07 13:33:24 Opening Socket.
Connecting to: a.mx.mail.ya hoo.com/ 220 mta475.mail.mud.yahoo.com/ ESMTP YSmtp service ready/ EHLO
trans1.els.rpost.net/ 250-mta475.mail.mud.yahoo.com/ 250-8BITMIME/ 25 0-SIZE 31981568/ 250 PIPELINING/ N
FROM:<rcpt1F88D250C4AB83C60A4 E0E804631FDA4ACC6C248-5@rpost.net>/ RCPT TO:<wrotepiqueweight-
hoo.com/ DATA/ 250 sender <rcpt1f88d250c4ab83c60a4e0e804631fda acc6c248-5@rpost.net> ok250 recipie
<wrotepiqueweight@yahoo.co m> ok354 go ahead315396-22007719203324874@trans1.els.rpost.netX-Pri ority:
Receipt-To: "ElsterJ@gtlaw.com"<1F88D250C4AB83C60A 4E0E804631FDA4ACC6C248-5read@rpost.net>/ Re
"ElsterJ@gtlaw.c om"<ElsterJ@gtlaw.com>/ TO: "avraam02@yahoo.com" <avraam02@ya hoo.com>,
"canvasfaintdiseased@yahoo.com" <canvasfaintdiseased@y ahoo.com>, "maneflauntaloud25@yahoo.com"
<maneflauntaloud25@yaho o.com>, "undoblewsolebeside@yahoo.com" <undoblewsolebeside@yahoo.com>/ CC
"ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com>/ From: Els terJ@gtlaw.com<ElsterJ@gtlaw.com>/ Sender: ElsterJ@g
Di sposition-Notification-To: "ElsterJ@gtlaw.com"<1F88D250C4AB83C60A4E 0E804631FDA4ACC6C248-
5read@rpost.net>/ X-Confirm-Reading-to: "Elste rJ@gtlaw.com"<1F88D250C4AB83C60A4E0E804631FDA4ACC
5read@rpost. net>/ XRPost-ID: 1F88D250C4AB83C60A4E0E804631FDA4ACC6C248/ To: "wro
tepiqueweight@yahoo.com" <wrotepiqueweight@yahoo.com>/ Subject: (R)egistered: Service of Legal Process P
Court Order / Sendi ng Message Body. / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 smtpgate.rpwb.com closin g connection. Goodbye!/ 07/09/07 13:25
Opening Socket./ Connectin g to: mx1.gtlaw.com/ 220 MX1.GTLAW.COM ESMTP / EHLO trans1.els.rpost.n et/ 2
MX1.GTLAW.COM/ 250-PIPELINING/ 250-SIZE 28866663/ 250-ETRN/ 25 0-STARTTLS/ 250 8BITMIME/ MAIL
FROM:<rcpt1F88D250C4AB83C60A4E0E8046 31FDA4ACC6C248-6@rpost.net>/ RCPT TO:<ElsterJ@gtlaw.com>
A/ 250 Ok250 Ok354 End data with <CR><LF>.<CR><LF >23546130-2200771920259425@trans1.els.rpost.netX
3/ Retur n-Receipt-To: "ElsterJ@gtlaw.com"<1F88D250C4AB83C60A4E0E804631FDA4A CC6C248-6read@rpos
Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@ gtlaw.com>/ TO: "avraam02@yahoo.com" <avraam02@yahoo.com>, "
anvasfaintdiseased@yahoo.com" <canvasfaintdiseased@yahoo.com>, " maneflauntaloud25@yahoo.com"
<maneflauntaloud25@yahoo.com>, "und oblewsolebeside@yahoo.com" <undoblewsolebeside@yahoo.com>, "w
epiqueweight@yahoo.com" <wrotepiqueweight@yahoo.com>/ From: Elst erJ@gtlaw.com<ElsterJ@gtlaw.com>/ :
ElsterJ@gtlaw.com/ Dis position-Notification-To: "ElsterJ@gtlaw.com"<1F88D250C4AB83C60A4E0
E804631FDA4ACC6C248-6read@rpost.net>/ X-Confirm-Reading-to: "Elster
J@gtlaw.com"<1F88D250C4AB83C60A4E0E804631FDA4ACC6C248-6read@rpost.n et>/ XRPost-ID:
1F88D250C4AB83C60A4E0E804631FDA4ACC6C248/ "ElsterJ @gtlaw.com" <ElsterJ@gtlaw.com>/ Subject: (R)
Service of Legal Process Pursuant to Court Order / Sending Message Body. / 250 Ok: queued as BAF3617A4S/ /

You should keep an electronic copy of this receipt, together with all of its attachments, for your records. Note that
the Registered E-mail® service does not retain any copy of your e-mail or this receipt. You should not rely on the
information in this receipt until you have authenticated this receipt. General terms and conditions of service are
available upon request by e-mail from info@rpost.com or within the RPost Legal Notice.

10/4/2007

 An RPost Service

RcptVer6.0

## Elster, Jason (Assoc-Chi-LT)

| | |
|---|---|
| **From:** | Authentication [admin@rpost.com] |
| **Sent:** | Tuesday, July 10, 2007 4:45 PM |
| **To:** | Elster, Jason (Assoc-Chi-LT) |
| **Subject:** | Re: FW: Receipt: Service of legal process pursuant to court order |
| **Attachments:** | SMTP Log-1.txt; SMTP Log-2.txt; SMTP Log-3.txt; SMTP Log-4.txt; SMTP Log-5.txt; Service of legal process pursuant to court order (Sent Registered) |



The receipt you have submitted to our system is valid and proves the delivery results displayed bel

## ** A copy of the original message is attached. **

**Delivery Status**

| Address | Status | Details | Delivered (UTC) | Delivered (local) | |
|---|---|---|---|---|---|
| avraam02@yahoo.com | Delivered to Mailserver | Delivered to a.mx.mail.yahoo.com | 7/6/2007 12:58:33 AM | 7/5/2007 7:58:33 PM (-500) | |
| canvasfaintdiseased@yahoo.com | Delivered to Mailserver | Delivered to b.mx.mail.yahoo.com | 7/6/2007 12:58:49 AM | 7/5/2007 7:58:49 PM (-500) | |
| maneflauntaloud25@yahoo.com | Delivered to Mailserver | Delivered to g.mx.mail.yahoo.com | 7/6/2007 12:58:30 AM | 7/5/2007 7:58:30 PM (-500) | |
| undoblewsolebeside@yahoo.com | Delivered to Mailserver | Delivered to d.mx.mail.yahoo.com | 7/6/2007 12:59:59 AM | 7/5/2007 7:59:59 PM (-500) | |
| ElsterJ@gtlaw.com | Delivered to Mailserver | Delivered to mx1.gtlaw.com | 7/6/2007 1:02:59 AM | 7/5/2007 8:02:59 PM (-500) | |

**Message Envelope**

| | |
|---|---|
| **FROM:** | ElsterJ@gtlaw.com<ElsterJ@gtlaw.com> |
| **SUBJECT:** | Service of legal process pursuant to court order |
| **TO:** | avraam02@yahoo.com<br>canvasfaintdiseased@yahoo.com<br>maneflauntaloud25@yahoo.com<br>undoblewsolebeside@yahoo.com |
| **CC:** | ElsterJ@gtlaw.com |
| **BCC:** | |
| **Network ID:** | <63B2236C08279846A87B8F5DA27CA5230658EE57@CHI-EXCH01.gtlaw.com> |
| **Received:** | 7/5/2007 9:09:11 PM(UTC) |
| **Client Code:** | |

Note: This message has Digital Seal(SM) protection.
Note: The Registered E-mail ® message associated with this Registered Receipt™ e-mail was sent
using the "Register Reply" feature.   Replies to the message will be returned via a Registered E-mail™

10/4/2007

message.

| Message ID | File size |
|---|---|
| 36295497E0E3926C9546B8FE34F32CBD10C4D537 | 8407619 |

| Attachments | |
|---|---|
| File name | File size |
| QSoft Verified Complaint.pdf | 635761 |
| Exhibit E to Complaint.pdf | 2351383 |
| Exhibit C to Complaint.pdf | 712825 |
| Exhibit B to Complaint.pdf | 725589 |
| Exhibit A to Complaint.pdf | 1712715 |

**Delivery Audit Trail**

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 cscsydmims04.ims.csc.com au/ 07/05/07 17:57:54 Opening Socket Connecting to: a.mx.mail.yah oo.com/ 220 mta543.mail.mud.yahoo.com ESMTP YSmtp service ready/ EHLO trans3.els.rpost.net/ 250-mta543.mail.mud.yahoo.com/ 250-8BITMIME/ 250 -SIZE 31981568/ 250 PIPELINING/ M FROM:<rcpt36295497E0E3926C9546 B8FE34F32CBD10C4D537-1@rpost.net>/ RCPT TO:<avraam02@yahoo. DATA/ 250 sender <rcpt36295497e0e3926c9546b8fe34f32cbd10c4d537- 1@rpost.net> ok250 recipient <avraam02@yahoo.com> ok354 go ah ead195094437-2200775605755130@trans3.els.rpost.netX-Priority: 3/ Re Receipt-To: "ElsterJ@gtlaw.com"<36295497E0E3926C9546B8FE34F32CBD1 0C4D537-1read@rpost.net>/ Rep "ElsterJ@gtlaw.com"<ElsterJ@ reg1070517241.rpost.org>/ TO: "undoblewsolebeside@yahoo.com" <u ndoblewsolebeside@yahoo.com>, "man eflauntaloud25@yahoo.com>, "canvasfaintdiseased@yahoo.com" <canv asfaintdiseased@yahoo.com>/ CC: "ElsterJ@gtlaw.com" <ElsterJ@gtl From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com" <;36295497E0E3926C9546B8FE34F32CBD10C4D537-1read@rpost.net>/ X-Confi rm-Rea "ElsterJ@gtlaw.com"<36295497E0E3926C9546B8FE34F32CBD10C4D537-1read@rpost.net>/ XRPost-ID: 36295497E0E3926C9546B8FE34F32 CBD10C4D537/ To: "avraam02@yahoo.com" <avraam02@yahoo.com>/ S (R)egistered: Service of legal process pursuant to court order / Sending Message Body. / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 mx-1.servers.netregistry net closing connection/ 07/05/07 17:57:54 Socket./ Connecti ng to: b.mx.mail.yahoo.com/ 220 mta192.mail.re3.yahoo.com ESMTP YSmtp service ready/ EH trans3.els.rpost.net/ 250-mta192.mail.re3.yahoo.co m/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ M, FROM:<rcpt 36295497E0E3926C9546B8FE34F32CBD10C4D537-2@rpost.net>/ DATA/ 250 sender <rcpt36295497e0 e3926c9546b8fe34f32cbd10c4d537- 2@rpost.net> ok250 recipient <can vasfaintdiseased@yahoo.com> ok354 go ahead176741564-2200775605755 0@trans3.els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw com"<36295497E0E3926C9546B8FE34F32CBD10C4D537-2read@rpost.net>/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@reg1070517242.rpost.org>/ TO: "avraam02@yahoo.com" <avraam02@yahoo.con "undoblewsolebes ide@yahoo.com" <undoblewsolebeside@yahoo.com>, "maneflauntaloud2 5@yahoo.com" <maneflauntaloud25@yahoo.com>/ CC: "ElsterJ@gtlaw.c om" <ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com<ElsterJ@gtla w.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To: "El sterJ@gtlaw.com"<36295497E0E3926C9546B8FE34F32CBD10C4D537-2read@rpo st.net>/ X-Confirm-Reading "ElsterJ@gtlaw.com"<36295497E0E39 26C9546B8FE34F32CBD10C4D537-2read@rpost.net>/ XRPost-ID: 3629 E3926C9546B8FE34F32CBD10C4D537/ To: "canvasfaintdiseased@yahoo.com" &lt;canvasfaintdiseased@yahc Subject: (R)egistered: Service of legal process pursuant to court order / Sending Message Body. / 451 M essage temporarily deferred - [190]/ QUIT/ 221 mta192.mail.re3.yahoo.com/

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 srv14.ezyreg.com closing connection/ 07/05/07 17:57:54 Opening S Connecting to: g.mx. mail.yahoo.com/ 220 mta460.mail.mud.yahoo.com ESMTP YSmtp service read y/ EHLO trans3.els.rpost.net/ 250-mta460.mail.mud.yahoo.com/ 250-8BITM IME/ 250-SIZE 31981568/ 250 PIPELINING/ M FROM:<rcpt36295497E0E3 926C9546B8FE34F32CBD10C4D537-3@rpost.net>/ RCPT TO:<maneflauntal oud25@yahoo.com>/ DATA/ 250 sender <rcpt36295497e0e3926c9546b8fe 34f32cbd10c4d537-3@rpost.net> ok recipient <maneflauntaloud25 @yahoo.com> ok354 go ahead32813031-220077560575552@trans3.els.rpost net 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"<36295497E 0E3926C9546B8FE34F32CBD10C4D537-3read@rpost. Reply-To: "Elster J@gtlaw.com"<ElsterJ@reg1070517243.rpost.org>/ TO: "avraam02@yah oo.com" <avraam02@yahoo.com>, "undoblewsolebeside@yahoo.com" < ;undoblewsolebeside@yahoo.com>,

"canvasfaintdiseased@yahoo.com" < ;canvasfaintdiseased@yahoo.com>/ CC: "ElsterJ@gtlaw.com" <Elster
J@gtlaw.com>/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>/ Sen der: ElsterJ@gtlaw.com/ Disposition-Notific
"ElsterJ@gtlaw.co m"<36295497E0E3926C9546B8FE34F32CBD10C4D537-3read@rpost.net>/ X- Confirm-Read
"ElsterJ@gtlaw.com"<36295497E0E3926C9546B8FE34F 32CBD10C4D537-3read@rpost.net>/ XRPost-ID:
36295497E0E3926C9546B8FE 34F32CBD10C4D537/ To: "maneflauntaloud25@yahoo.com" <maneflauntalou
d25@yahoo.com>/ Subject: (R)egistered: Service of legal process pur suant to court order / Sending Message Bc
Message temporarily deferred - [190]/ QUIT/ 221 mta460.mail.mud.yahoo.com/

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 srv14.ezyreg.com closing connection/ 07/05/07 17:57:56 Opening S
Connecting to: d.mx. mail.yahoo.com/ 220 mta271.mail.re4.yahoo.com ESMTP YSmtp service read y/ EHLO
trans3.els.rpost.net/ 250-mta271.mail.re4.yahoo.com/ 250-8BITM IME/ 250-SIZE 31981568/ 250 PIPELINING/ M.
FROM:<rcpt36295497E0E3 926C9546B8FE34F32CBD10C4D537-4@rpost.net>/ RCPT TO:<undoblewsole
beside@yahoo.com>/ DATA/ 250 sender <rcpt36295497e0e3926c9546b8f e34f32cbd10c4d537-4@rpost.net> ok
recipient <undoblewsolebesi de@yahoo.com> ok354 go ahead15451177-2200775605756693@trans3.els.rp ost.
Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"<362954 97E0E3926C9546B8FE34F32CBD10C4D537-
4read@rpost.net>/ Reply-To: "Els terJ@gtlaw.com"<ElsterJ@reg1070517244.rpost.org>/ TO: "avraam02@ yaho
<avraam02@yahoo.com>, "maneflauntaloud25@yahoo.com" & lt;maneflauntaloud25@yahoo.com>,
"canvasfaintdiseased@yahoo.com" &l t;canvasfaintdiseased@yahoo.com>/ CC: "ElsterJ@gtlaw.com" <Elste
rJ@gtlaw.com>/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>/ Se nder: ElsterJ@gtlaw.com/ Disposition-Notific
"ElsterJ@gtlaw.c om"<36295497E0E3926C9546B8FE34F32CBD10C4D537-4read@rpost.net>/ X -Confirm-Read
"ElsterJ@gtlaw.com"<36295497E0E3926C9546B8FE34 F32CBD10C4D537-4read@rpost.net>/ XRPost-ID:
36295497E0E3926C9546B8F E34F32CBD10C4D537/ To: "undoblewsolebeside@yahoo.com" <undoblewsole
beside@yahoo.com>/ Subject: (R)egistered: Service of legal process pursuant to court order / Sending Message
250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 Bye/ 07/05/07 18:02:14 Opening Socket./ Connecting to: mx1.gtlaw
MX1.GTLAW.COM ESMT P / EHLO trans1.els.rpost.net/ 250-MX1.GTLAW.COM/ 250-PIPELINING/ 250- SIZE 2
250-ETRN/ 250-STARTTLS/ 250 8BITMIME/ MAIL FROM:<rcp t36295497E0E3926C9546B8FE34F32CBD10C4I
5@rpost.net>/ RCPT TO:< ;ElsterJ@gtlaw.com>/ DATA/ 250 Ok250 Ok354 End data with <CR> <LF>.<CR><LF:
220077561215278@trans1.els.rpost netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"<36295497E
0E3926C9546B8FE34F32CBD10C4D537-5read@rpost.net>/ Reply-To: "Elster
J@gtlaw.com"<ElsterJ@reg1070518576.rpost.org>/ TO: "avraam02@yah oo.com" <avraam02@yahoo.com>,
"undoblewsolebeside@yahoo.com" < ;undoblewsolebeside@yahoo.com>, "maneflauntaloud25@yahoo.com" <m
aneflauntaloud25@yahoo.com>, "canvasfaintdiseased@yahoo.com" <ca nvasfaintdiseased@yahoo.com>/ From:
ElsterJ@gtlaw.com<ElsterJ@gt law.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification-To: "
ElsterJ@gtlaw.com"<36295497E0E3926C9546B8FE34F32CBD10C4D537-5read@r post.net>/ X-Confirm-Readi
"ElsterJ@gtlaw.com"<36295497E0E 3926C9546B8FE34F32CBD10C4D537-5read@rpost.net>/ XRPost-ID: 3629
E0E3926C9546B8FE34F32CBD10C4D537/ "ElsterJ@gtlaw.com" <ElsterJ@gtl aw.com>/ Subject: (R)egistered: S
legal process pursuant t o court order / Sending Message Body. / 250 Ok: queued as 3FB28B490T/ /

You should keep an electronic copy of this receipt, together with all of its attachments, for your records. Note that
the Registered E-mail® service does not retain any copy of your e-mail or this receipt. You should not rely on the
information in this receipt until you have authenticated this receipt. General terms and conditions of service are
available upon request by e-mail from info@rpost.com or within the RPost Legal Notice.

An RPost Service 

RcptVer6.0

## Elster, Jason (Assoc-Chi-LT)

| | |
|---|---|
| **From:** | Authentication [admin@rpost.com] |
| **Sent:** | Tuesday, July 10, 2007 5:03 PM |
| **To:** | Elster, Jason (Assoc-Chi-LT) |
| **Subject:** | Re: FW: Receipt: Service of Legal Process Pursuant to Court Order |
| **Attachments:** | HTTP_Record-6.txt; SMTP Log-1.txt; SMTP Log-2.txt; SMTP Log-3.txt; SMTP Log-4.txt; SMTP Log-5.txt; SMTP Log-6.txt; Service of Legal Process Pursuant to Court Order (Sent Registered) |



The receipt you have submitted to our system is valid and proves the delivery results displayed bel

## ** A copy of the original message is attached. **

### Delivery Status

| Address | Status | Details | Delivered (UTC) | Delivered (local) | C |
|---|---|---|---|---|---|
| avraam02@yahoo.com | Delivered to Mailserver | Delivered to e.mx.mail.yahoo.com | 7/9/2007 8:38:33 PM | 7/9/2007 3:38:33 PM (-500) | |
| canvasfaintdiseased@yahoo.com | Delivered to Mailserver | Delivered to c.mx.mail.yahoo.com | 7/9/2007 8:40:38 PM | 7/9/2007 3:40:38 PM (-500) | |
| maneflauntaloud25@yahoo.com | Delivered to Mailserver | Delivered to a.mx.mail.yahoo.com | 7/9/2007 8:39:10 PM | 7/9/2007 3:39:10 PM (-500) | |
| undoblewsolebeside@yahoo.com | Delivered to Mailserver | Delivered to b.mx.mail.yahoo.com | 7/9/2007 8:42:48 PM | 7/9/2007 3:42:48 PM (-500) | |
| wrotepiqueweight@yahoo.com | Delivered to Mailserver | Delivered to b.mx.mail.yahoo.com | 7/9/2007 8:42:40 PM | 7/9/2007 3:42:40 PM (-500) | |
| ElsterJ@gtlaw.com | Opened | HTTP | 7/9/2007 8:24:57 PM | 7/9/2007 3:24:57 PM (-500) | 7/9/20 PM(-5 |

### Message Envelope

| | |
|---|---|
| **FROM:** | ElsterJ@gtlaw.com<ElsterJ@gtlaw.com> |
| **SUBJECT:** | Service of Legal Process Pursuant to Court Order |
| **TO:** | avraam02@yahoo.com<br>canvasfaintdiseased@yahoo.com<br>maneflauntaloud25@yahoo.com<br>undoblewsolebeside@yahoo.com<br>wrotepiqueweight@yahoo.com |
| **CC:** | ElsterJ@gtlaw.com |
| **BCC:** | |
| **Network ID:** | <63B2236C08279846A87B8F5DA27CA5230658EEAB@CHI-EXCH01.gtlaw.com> |
| **Received:** | 7/9/2007 8:18:07 PM(UTC) |
| **Client Code:** | |

10/4/2007

Note: This message has Digital Seal<sup>(SM)</sup> protection.

| Message ID | File size |
|---|---|
| 5B6A3E44B5583BC98A469769D24F1170CFA447BC | 11738697 |

**Attachments**

| File name | File size |
|---|---|
| Exhibit D - sealed.pdf | 8572939 |

**Delivery Audit Trail**

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 451 Timeout waiting for comm and, terminating connection./ 07/09/07 1
Opening Socket./ Con necting to: e.mx.mail.yahoo.com/ 220 mta141.mail.re4.yahoo.com ESMTP Y Smtp service
EHLO trans1.els.rpost.net/ 250-mta141.mail.re4.yah oo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINI
FROM:< ;rcpt5B6A3E44B5583BC98A469769D24F1170CFA447BC-1@rpost.net>/ RCPT TO :<avraam02@yaho
DATA/ 250 sender <rcpt5b6a3e44b5583bc9 8a469769d24f1170cfa447bc-1@rpost.net> ok250 recipient <avraam
yahoo.com> ok354 go ahead50623-22007719203628356@trans1.els.rpost.n etX-Priority: 3/ Return-Receipt-To:
"ElsterJ@gtlaw.com"<5B6A3E44B55 83BC98A469769D24F1170CFA447BC-1read@rpost.net>/ Reply-To: "Elste
gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "canvasfaintdiseased@yahoo.c om" <canvasfaintdiseased@yahoo.com>,
"maneflauntaloud25@yahoo.co m" <maneflauntaloud25@yahoo.com>, "undoblewsolebeside@yahoo.com"
<undoblewsolebeside@yahoo.com>, "wrotepiqueweight@yahoo.com" &l t;wrotepiqueweight@yahoo.com>/ CC:
"ElsterJ@gtlaw.com" <ElsterJ@ gtlaw.com>/ From: ElsterJ@gtlaw.com <ElsterJ@gtlaw.com>/ Sende r: ElsterJ@
Disposition-Notification-To: "ElsterJ@gtlaw.com" <5B6A3E44B5583BC98A469769D24F1170CFA447BC-
1read@rpost.net>/ X-Co nfirm-Reading-to: "ElsterJ@gtlaw.com"<5B6A3E44B5583BC98A469769D24F1 170CFA
1read@rpost.net>/ XRPost-ID: 5B6A3E44B5583BC98A469769D2 4F1170CFA447BC/ To: "avraam02@yahoo.cc
<avraam02@yahoo.com>/ S ubject: (R)egistered: Service of Legal Process Pursuant to Court Order / Sending Mt
Body. / QUIT/

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 451 Timeout waiting for comm and, terminating connection./ 07/09/07 1
Opening Socket./ Con necting to: c.mx.mail.yahoo.com/ 220 mta212.mail.re3.yahoo.com ESMTP Y Smtp service
EHLO trans1.els.rpost.net/ 250-mta212.mail.re3.yah oo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINI
FROM:< ;rcpt5B6A3E44B5583BC98A469769D24F1170CFA447BC-2@rpost.net>/ RCPT
TO :<canvasfaintdiseased@yahoo.com>/ DATA/ 250 sender <rcpt5b6a3 e44b5583bc98a469769d24f1170cfa447
2@rpost.net> ok250 recipient &l t;canvasfaintdiseased@yahoo.com> ok354 go ahead101624-2200771920364
5966@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gt
law.com"<5B6A3E44B5583BC98A469769D24F1170CFA447BC-2read@rpost.net&g t;/ Reply-To:
"ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "avraa m02@yahoo.com" <avraam02@yahoo.com>,
"maneflauntaloud25@yahoo.co m" <maneflauntaloud25@yahoo.com>, "undoblewsolebeside@yahoo.com"
<undoblewsolebeside@yahoo.com>, "wrotepiqueweight@yahoo.com" &l t;wrotepiqueweight@yahoo.com>/ CC:
"ElsterJ@gtlaw.com" <ElsterJ@ gtlaw.com>/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>/ Sende r: ElsterJ@
Disposition-Notification-To: "ElsterJ@gtlaw.com" <5B6A3E44B5583BC98A469769D24F1170CFA447BC-
2read@rpost.net>/ X-Co nfirm-Reading-to: "ElsterJ@gtlaw.com"<5B6A3E44B5583BC98A469769D24F1 170CFA
2read@rpost.net>/ XRPost-ID: 5B6A3E44B5583BC98A469769D2 4F1170CFA447BC/ To:
"canvasfaintdiseased@yahoo.com"/ <canvasfaintdis eased@yahoo.com>/ Subject: (R)egistered: Service of Legal
ursuant to Court Order / Sending Message Body. / 554 delivery error: d d This user doesn't have a yahoo.com ac
(canvasfaintdiseased@yaho o.com) [0] - mta212.mail.re3.yahoo.com/ QUIT/ 221 mta212.mail.re3.yaho o.com/

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 451 Timeout waiting for comm and, terminating connection./ 07/09/07 1
Opening Socket./ Con necting to: a.mx.mail.yahoo.com/ 220 mta490.mail.mud.yah oo.com ESMTP Y Smtp servic
EHLO trans1.els.rpost.net/ 250-mta490.mail.mud.yah oo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELIN
MAIL FROM:< ;rcpt5B6A3E44B5583BC98A469769D24F1170CFA447BC-3@rpost.net>/ RCPT
TO :<maneflauntaloud25@yahoo.com>/ DATA/ 250 sender <rcpt5b6a3e4 4b5583bc98a469769d24f1170cfa447b
3@rpost.net> ok250 recipient < maneflauntaloud25@yahoo.com> ok354 go ahead1775318-2200771920381884
0@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtlaw.
com"<5B6A3E44B5583BC98A469769D24F1170CFA447BC-3read@rpost.net>/ Reply-To:
"ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "avraam02 @yahoo.com" <avraam02@yahoo.com>,
"canvasfaintdiseased@yahoo.com " <canvasfaintdiseased@yahoo.com>, "undoblewsolebeside@yahoo.com "
<undoblewsolebeside@yahoo.com>, "wrotepiqueweight@yahoo.com" & lt;wrotepiqueweight@yahoo.com>/ CC:

10/4/2007

"ElsterJ@gtlaw.com" <ElsterJ @gtlaw.com>/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>/ Send er: ElsterJ@
Disposition-Notification-To: "ElsterJ@gtlaw.com "<5B6A3E44B5583BC98A469769D24F1170CFA447BC-
3read@rpost.net>/ X-C onfirm-Reading-to: "ElsterJ@gtlaw.com"<5B6A3E44B5583BC98A469769D24F 1170CFA
3read@rpost.net>/ XRPost-ID: 5B6A3E44B5583BC98A469769D 24F1170CFA447BC/ To:
"maneflauntaloud25@yahoo.com" <maneflauntaloud25@yahoo.com>/ Subject: (R)egistered: Service of Legal Pr
Purs uant to Court Order / Sending Message Body. / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 451 Timeout waiting for comm and, terminating connection./ 07/09/07 1
Opening Socket./ Con necting to: b.mx.mail.yahoo.com/ 220 mta168.mail.re3.yah oo.com/ ESMTP Y Smtp service
EHLO trans1.els.rpost.net/ 250-mta168.mail.re3.yah oo.com/ 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINI
FROM:< ;rcpt5B6A3E44B5583BC98A469769D24F1170CFA447BC-4@rpost.net>/ RCPT
TO :<undoblewsolebeside@yahoo.com>/ DATA/ 250 sender <rcpt5b6a3e 44b5583bc98a469769d24f1170cfa447
4@rpost.net> ok250 recipient < ;undoblewsolebeside@yahoo.com> ok354 go ahead1172981-22007719203819
871@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtl
aw.com"<5B6A3E44B5583BC98A469769D24F1170CFA447BC-4read@rpost.net> ;/ Reply-To:
"ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "avraam 02@yahoo.com" <avraam02@yahoo.com>,
"canvasfaintdiseased@yahoo.c om" <canvasfaintdiseased@yahoo.com>, "maneflauntaloud25@yahoo.co m"
<maneflauntaloud25@yahoo.com>, "wrotepiqueweight@yahoo.com" & lt;wrotepiqueweight@yahoo.com>/ CC:
"ElsterJ@gtlaw.com" <ElsterJ @gtlaw.com>/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>/ Send er: ElsterJ@
Disposition-Notification-To: "ElsterJ@gtlaw.com "<5B6A3E44B5583BC98A469769D24F1170CFA447BC-
4read@rpost.net>/ X-C onfirm-Reading-to: "ElsterJ@gtlaw.com"<5B6A3E44B5583BC98A469769D24F 1170CFA
4read@rpost.net>/ XRPost-ID: 5B6A3E44B5583BC98A469769D 24F1170CFA447BC/ To:
"undoblewsolebeside@yahoo.com" <undoblewsolebe side@yahoo.com>/ Subject: (R)egistered: Service of Legal
Pu rsuant to Court Order / Sending Message Body. / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ 07/09/07 13:38:18 Opening Socket / Connecting to: b.mx.mail.yahoo.com/ 220
mta134.mail.re3.yahoo.com E SMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta134.mail.r e3.yah
250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FR
OM:<rcpt5B6A3E44B5583BC98A469769D24F1170CFA447BC-5@rpost.net>/ R CPT
TO:<wrotepiqueweight@yahoo.com>/ DATA/ 250 sender <rcpt5b 6a3e44b5583bc98a469769d24f1170cfa447bc-
5@rpost.net> ok250 recipient < wrotepiqueweight@yahoo.com> ok354 go ahead111317-2200771920381
912@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@gtl
aw.com"<5B6A3E44B5583BC98A469769D24F1170CFA447BC-5read@rpost.net> ;/ Reply-To:
"ElsterJ@gtlaw.com"<ElsterJ@gtlaw.com>/ TO: "avraam 02@yahoo.com" <avraam02@yahoo.com>,
"canvasfaintdiseased@yahoo.c om" <canvasfaintdiseased@yahoo.com>, "maneflauntaloud25@yahoo.co m"
<maneflauntaloud25@yahoo.com>, "undoblewsolebeside@yahoo.com" <undoblewsolebeside@yahoo.com>/ CC
"ElsterJ@gtlaw.com" <Els terJ@gtlaw.com>/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>/ Sender: ElsterJ@
Disposition-Notification-To: "ElsterJ@gtlaw.com "<5B6A3E44B5583BC98A469769D24F1170CFA447BC-5read@r
X-Confirm-Reading-to: "ElsterJ@gtlaw.com"<5B6A3E44B5583BC98A469769 D24F1170CFA447BC-5read@rpos
XRPost-ID: 5B6A3E44B5583BC98A469 769D24F1170CFA447BC/ To: "wrotepiqueweight@yahoo.com" <wrotepi
ight@yahoo.com>/ Subject: (R)egistered: Service of Legal Process Pu rsuant to Court Order / Sending Message
250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 2.0.0 mail.smithmarshall com Service closing transmission channel
13:23:52 Opening Socket./ Connecting to: mx3.gtlaw.com/ 220 MX3.GTLAW.COM ESMTP / EHLO trans1.els.rpo
250-MX3.GTLAW.COM/ 250-PIPELINING/ 250-SIZE 288 66663/ 250-ETRN/ 250-STARTTLS/ 250 8BITMIME/ M
FROM:<rcpt5B6A3E4 4B5583BC98A469769D24F1170CFA447BC-6@rpost.net>/ RCPT TO:<ElsterJ @gtlaw.com
250 Ok250 Ok354 End data with <CR><LF&g t;.<CR><LF>26088102-22007719202352645@trans1.els.rpost.net
3/ Return-Receipt-To: "ElsterJ@gtlaw.com"<5B6A3E44B5583 BC98A469769D24F1170CFA447BC-6read@rpost
Reply-To: "ElsterJ@gt law.com"<ElsterJ@gtlaw.com>/ TO: "avraam02@yahoo.com" <avraam 02@yahoo.com>,
"canvasfaintdiseased@yahoo.com" <canvasfaintdisea sed@yahoo.com>, "maneflauntaloud25@yahoo.com"
<maneflauntaloud25 @yahoo.com>, "undoblewsolebeside@yahoo.com" <undoblewsolebeside@yahoo.com>,
"wrotepiqueweight@yahoo.com" <wrotepiqueweight@yahoo com>/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.cor
Sender: El sterJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com"<5
B6A3E44B5583BC98A469769D24F1170CFA447BC-6read@rpost.net>/ X-Confirm -Reading-to:
"ElsterJ@gtlaw.com"<5B6A3E44B5583BC98A469769D24F1170CF A447BC-6read@rpost.net>/ XRPost-ID:
5B6A3E44B5583BC98A469769D24F117 0CFA447BC/ "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com>/ Subject: (R )
Service of Legal Process Pursuant to Court Order / Sending Message Body. / 250 Ok: queued as 16B909E3KG/ /

<b>Opened from IP 66.151.14.170/ </b><br>----/ Conn ection: Keep-Alive/ Via: 1.1 CHI-ISA1/ Accept: */*/ Accept-
g zip, deflate/ Accept-Language: en-us/ Host: open.rpost.net/ User-Agent : Mozilla/4.0 (compatible; MSIE 6.0; Wir
5.1; SV1; .NET CLR 1.1 4322; InfoPath.1; .NET CLR 2.0.50727)/ /LM/W3SVC/1/RootC:\open/<br
><br><br><br>0<br>CGI/1.1off<br>1/LM/ W3SVC/1<br>10.0.0.198/Rpost.aspxC:\open\Rpost.aspx404;http://ope

```
n.rpost.net/5B6A3E44B5583BC98A469769D24F1170CFA447BC-6_528C14A7CF1C0AC
B51D2B55CC66B9EF498E4CDA2/rpost.gif<br>66.151.14.17066.151.14.17
09331GET<br>/Rpost.aspxopen.rpost.net800<br>HTTP/1.0Micros oft-IIS/5.0/Rpost.aspxKeep-Alive<br>1.1 CHI-
ISA1*/*gzip, deflate en-us<br>open.rpost.netMozilla/4.0 (compatible; MSIE 6.0; Window s NT 5.1; SV1; .NET CLF
1.1.4322; InfoPath.1; .NET CLR 2.0.50727)/ /
```

You should keep an electronic copy of this receipt, together with all of its attachments, for your records. Note that the Registered E-mail® service does not retain any copy of your e-mail or this receipt. You should not rely on the information in this receipt until you have authenticated this receipt. General terms and conditions of service are available upon request by e-mail from info@rpost.com or within the RPost Legal Notice.

An RPost Service

RcptVer6.0

10/4/2007

## Elster, Jason (Assoc-Chi-LT)

| | |
|---|---|
| **From:** | Authentication [admin@rpost.com] |
| **Sent:** | Friday, July 06, 2007 3:29 PM |
| **To:** | Elster, Jason (Assoc-Chi-LT) |
| **Subject:** | Re: FW: Receipt: Service of legal process pursuant to court order |
| **Attachments:** | SMTP Log-1.txt; SMTP Log-2.txt; SMTP Log-3.txt; SMTP Log-4.txt; Service of legal process pursuant to court order (Sent Registered) |



**The receipt you have submitted to our system is valid and proves the delivery results displayed bel**

## ** A copy of the original message is attached. **

### Delivery Status

| Address | Status | Details | Delivered (UTC) | Delivered (local) |
|---|---|---|---|---|
| avraam02@yahoo.com | Delivered to Mailserver | Delivered to a.mx.mail.yahoo.com | 7/6/2007 3:01:44 PM | 7/6/2007 10:01:44 AM (-500) |
| canvasfaintdiseased@yahoo.com | Delivered to Mailserver | Delivered to e.mx.mail.yahoo.com | 7/6/2007 3:01:53 PM | 7/6/2007 10:01:53 AM (-500) |
| maneflauntaloud25@yahoo.com | Delivered to Mailserver | Delivered to d.mx.mail.yahoo.com | 7/6/2007 3:03:12 PM | 7/6/2007 10:03:12 AM (-500) |
| undoblewsolebeside@yahoo.com | Delivered to Mailserver | Delivered to a.mx.mail.yahoo.com | 7/6/2007 3:01:58 PM | 7/6/2007 10:01:58 AM (-500) |

### Message Envelope

| | |
|---|---|
| **FROM:** | ElsterJ@gtlaw.com<ElsterJ@gtlaw.com> |
| **SUBJECT:** | Service of legal process pursuant to court order |
| **TO:** | avraam02@yahoo.com<br>canvasfaintdiseased@yahoo.com<br>maneflauntaloud25@yahoo.com<br>undoblewsolebeside@yahoo.com |
| **CC:** | |
| **BCC:** | |
| **Network ID:** | <63B2236C08279846A87B8F5DA27CA5230658EE67@CHI-EXCH01.gtlaw.com> |
| **Received:** | 7/6/2007 2:55:17 PM(UTC) |
| **Client Code:** | |

Note: This message has Digital Seal(SM) protection.
Note: The Registered E-mail ® message associated with this Registered Receipt™ e-mail was sent using the "Register Reply" feature.   Replies to the message will be returned via a Registered E-mail™ message.

| Message ID | File size |
|---|---|
| F4E85669CA3CBD3F5B710275B26258C7D3456C94 | 4846600 |

| Attachments | |
|---|---|
| File name | File size |
| Exhibit G - Sealed.pdf | 467631 |
| Exhibit H - sealed.pdf | 395185 |
| Exhibit I - sealed.pdf | 241003 |
| Exhibit F - sealed.pdf | 2432061 |

**Delivery Audit Trail**

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 2.0.0 mx1.bcmg.com.br cl osing connection/ 07/06/07 08:01:22 Ope Socket./ Connecting to: a.mx.mail.yahoo.com/ 220 mta480.mail.mud.yahoo.com ESMTP YSmtp service ready/ El trans1.els.rpost.net/ 220 mta480.mail.mud.yahoo.com/ 250- 8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ M FROM:<rcptf4E8566 9CA3CBD3F5B710275B26258C7D3456C94-1@rpost.net>/ RCPT TO:<avraam02 2@yahoo DATA/ 250 sender <rcptf4e85669ca3cbd3f5b710275b262 58c7d3456c94-1@rpost.net> ok250 recipient <avraam02@yahoo.com> ; ok354 go ahead1849738-2200775615122566@trans1.els.rpost.netX-Priorit y: 3/ Retu Receipt-To: "ElsterJ@gtlaw.com"<F4E85669CA3CBD3F5B7102 75B26258C7D3456C94-1read@rpost.net>/ Rep "ElsterJ@gtlaw.com"& lt;ElsterJ@reg107060726154.rpost.org>/ TO: "undoblewsolebeside@yah oo.com" <undoblewsolebeside@yahoo.com>, "maneflauntaloud25@yahoo com" <maneflauntaloud25@yahoo.com>, "canvasfaintdiseased@yahoo. com" <canvasfaintdiseased@yahoo.com>/ CC: "ElsterJ@gtlaw.com" &l t;ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com/ Dispositi Notification-To: "ElsterJ@ gtlaw.com"<F4E85669CA3CBD3F5B710275B26258C7D3456C94-1read@rpost.net >/ Confirm-Reading-to: "ElsterJ@gtlaw.com"<F4E85669CA3CBD3F5B7 10275B26258C7D3456C94-1read@rpost.r XRPost-ID: F4E85669CA3CBD3F 5B710275B26258C7D3456C94/ To: "avraam02@yahoo.com" <avraam02@ya com>/ Subject: (R)egistered: Service of legal process pursuant to c ourt order / Sending Message Body. / 451 Me temporarily deferred - [190]/ QUIT/ 221 mta480.mail.mud.yahoo.com/

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 421 Error: timeout exceeded/ 07/06/07 08:01:21 Opening Socket./ Conn e.mx.mail.yahoo.c om/ 220 mta378.mail.re4.yahoo.com ESMTP YSmtp service ready/ EHLO tran s1.els.rpost.net mta378.mail.re4.yahoo.com/ 250-8BITMIME/ 250-SIZ E 31981568/ 250 PIPELINING/ MAIL FROM:<rcptF4E85669CA3CBD3F5B710275 B26258C7D3456C94-2@rpost.net>/ RCPT TO:<canvasfaintdisease o.com>/ DATA/ 250 sender <rcptf4e85669ca3cbd3f5b710275b26258c7d3 456c94-2@rpost.net> ok250 recipient <canvasfaintdiseased@yahoo.c om> ok354 go ahead5323117-2200775615122441@trans1.els.rpost.netX-Pr iori Return-Receipt-To: "ElsterJ@gtlaw. com"<F4E85669CA3CBD3F5 B710275B26258C7D3456C94-2read@rpost.net To: "ElsterJ@gtlaw. com"<ElsterJ@reg107060726155.rpost.org>/ TO: "avraam02@yahoo.com " <avraam02@ya "undoblewsolebeside@yahoo.com" <undob lewsolebeside@yahoo.com>, "maneflauntaloud25@yahoo.com" <ma untaloud25@yahoo.com>/ CC: "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.co m>/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>/ Sender: Elste rJ@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com"<F4E8 5669CA3CBD3F5B710275B26258C7D3456C94-2read@rpost.net>/ X-Confirm-Re ad "ElsterJ@gtlaw.com"<F4E85669CA3CBD3F5B710275B26258C7D3456 C94-2read@rpost.net>/ XRPost-ID: F4E85669CA3CBD3F5B710275B26258C7D3 456C94/ To: "canvasfaintdiseased@yahoo.com" <canvasfaintdisea hoo.com>/ Subject: (R)egistered: Service of legal process pursuant to court order / Sending Message Body. / 554 error: dd This u ser doesn't have a yahoo.com account (canvasfaintdiseased@yahoo.com) [ 0] - mta378.mail.re4.yahoo.com/ QUIT/ 221 mta378.mail.re4.yahoo.com/

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 07/06/07 08:01:21 Opening Socket./ Connecting to: d.mx.mail.yahoo.co mta199.mail.re4.yahoo com ESMTP YSmtp service ready/ EHLO tran1.els.rpost.net/ 250-mta199. mail.re4.yaho 250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ M AIL FROM:<rcptF4E85669CA3CBD3F5B710275B26258C7D3456C94-3@rpost.net& gt;/ RCPT TO:<maneflauntaloud25@yahoo.com>/ DATA/ 250 sender < ;rcptf4e85669ca3cbd3f5b710275b26258c7d3456c9 3@rpost.net> ok250 re cipient <maneflauntaloud25@yahoo.com> ok354 go ahead5323440-2200 775615122441@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "El sterJ@gtlaw.com"<F4E85669CA3CBD3F5B710275B26258C7D3456C94-3read@rpo st.net>/ Reply-To: "ElsterJ@gtlaw.com"<ElsterJ@reg107060726156.r post.org>/ TO: "avraam02@yahoo.com" <avraam02@yahoo. doblewsolebeside@yahoo.com" <undoblewsolebeside@yahoo.com>, "can vasfaintdiseased@yahoo.com" <canvasfaintdiseased@yahoo.com>/ CC: "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.co

10/4/2007

m<ElsterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Not ification-To:
"ElsterJ@gtlaw.com"<F4E85669CA3CBD3F5B710275B26258C7D 3456C94-3read@rpost.net>/ X-Confirm-Read
"ElsterJ@gtlaw.com" <F4E85669CA3CBD3F5B710275B26258C7D3456C94-3read@rpost.net>/ XRPo st-ID:
F4E85669CA3CBD3F5B710275B26258C7D3456C94/ To: "maneflauntaloud 25@yahoo.com"
<maneflauntaloud25@yahoo.com>/ Subject: (R)egistere d: Service of legal process pursuant to court order / Sen
Message Body. / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ 07/06/07 08:01:21 Opening Socket / Connecting to: a.mx.mail.yahoo.com/ 22C
mta476.mail.mud.yahoo.com E SMTP YSmtp service ready/ EHLO trans1.els.rpost.net/ 250-mta476.mail.m ud.ya
250-8BITMIME/ 250-SIZE 31981568/ 250 PIPELINING/ MAIL FR
OM:<rcptF4E85669CA3CBD3F5B710275B26258C7D3456C94-4@rpost.net>/ R CPT
TO:<undoblewsolebeside@yahoo.com>/ DATA/ 250 sender <rcpt f4e85669ca3cbd3f5b710275b26258c7d3456c9
4@rpost.net> ok250 recipie nt <undoblewsolebeside@yahoo.com> ok354 go ahead53234-2200775615
12435@trans1.els.rpost.netX-Priority: 3/ Return-Receipt-To: "ElsterJ@g
tlaw.com"<F4E85669CA3CBD3F5B710275B26258C7D3456C94-4read@rpost.net& gt;/ Reply-To:
"ElsterJ@gtlaw.com"<ElsterJ@reg107060726157.rpost.or g>/ TO: "avraam02@yahoo.com" <avraam02@yahoo.
"maneflaun taloud25@yahoo.com" <maneflauntaloud25@yahoo.com>, "canvasfaintd iseased@yahoo.com"
<canvasfaintdiseased@yahoo.com>/ CC: "ElsterJ @gtlaw.com" <ElsterJ@gtlaw.com>/ From: ElsterJ@gtlaw.com
erJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com/ Disposition-Notification –To:
"ElsterJ@gtlaw.com"<F4E85669CA3CBD3F5B710275B26258C7D3456C94-4 read@rpost.net>/ X-Confirm-Read
"ElsterJ@gtlaw.com"<F4E85 669CA3CBD3F5B710275B26258C7D3456C94-4read@rpost.net>/ XRPost-ID: F4
E85669CA3CBD3F5B710275B26258C7D3456C94/ To: "undoblewsolebeside@yahoo. com"
<undoblewsolebeside@yahoo.com>/ Subject: (R)egistered: Serv ice of legal process pursuant to court order / Se
Message Body. / 451 Message temporarily deferred - [190]/ QUIT/ 221 mta476.mail.mud.y ahoo.com/

You should keep an electronic copy of this receipt, together with all of its attachments, for your records. Note that the Registered E-mail® service does not retain any copy of your e-mail or this receipt. You should not rely on the information in this receipt until you have authenticated this receipt. General terms and conditions of service are available upon request by e-mail from info@rpost.com or within the RPost Legal Notice.

An RPost Service 

RcptVer6.0

10/4/2007

## Elster, Jason (Assoc-Chi-LT)

| | |
|---|---|
| **From:** | Authentication [admin@rpost.com] |
| **Sent:** | Thursday, July 05, 2007 11:54 AM |
| **To:** | Elster, Jason (Assoc-Chi-LT) |
| **Subject:** | Re: FW: Receipt: Service of legal process pursuant to court order |
| **Attachments:** | HTTP_Record-1.txt; SMTP Log-1.txt; SMTP Log-2.txt; SMTP Log-3.txt; SMTP Log-4.txt; SMTP Log-5.txt; Service of legal process pursuant to court order |



The receipt you have submitted to our system is valid and proves the delivery results displayed bel

## ** A copy of the original message is attached. **

**Delivery Status**

| Address | Status | Details | Delivered (UTC) | Delivered (local) | Oper |
|---|---|---|---|---|---|
| ElsterJ@gtlaw.com | Opened | HTTP | 7/3/2007 5:10:23 PM | 7/3/2007 12:10:23 PM(-500) | 7/3/20 PM(-5( |
| avraam02@yahoo.com | Delivered to Mailserver | Delivered to f.mx.mail.yahoo.com | 7/3/2007 5:10:28 PM | 7/3/2007 12:10:28 PM(-500) | |
| canvasfaintdiseased@yahoo.com | Delivered to Mailserver | Delivered to g.mx.mail.yahoo.com | 7/3/2007 5:10:36 PM | 7/3/2007 12:10:36 PM(-500) | |
| maneflauntaloud25@yahoo.com | Delivered to Mailserver | Delivered to b.mx.mail.yahoo.com | 7/3/2007 5:12:15 PM | 7/3/2007 12:12:15 PM(-500) | |
| undoblewsolebeside@yahoo.com | Delivered to Mailserver | Delivered to b.mx.mail.yahoo.com | 7/3/2007 5:12:06 PM | 7/3/2007 12:12:06 PM(-500) | |

**Message Envelope**

| | |
|---|---|
| **FROM:** | ElsterJ@gtlaw.com<ElsterJ@gtlaw.com> |
| **SUBJECT:** | Service of legal process pursuant to court order |
| **TO:** | avraam02@yahoo.com<br>canvasfaintdiseased@yahoo.com<br>maneflauntaloud25@yahoo.com<br>undoblewsolebeside@yahoo.com |
| **CC:** | ElsterJ@gtlaw.com |
| **BCC:** | |
| **Network ID:** | <63B2236C08279846A87B8F5DA27CA5230658EE27@CHI-EXCH01.gtlaw.com> |
| **Received:** | 7/3/2007 5:08:38 PM(UTC) |
| **Client Code:** | |

**Note:** The Registered E-mail ® message associated with this Registered Receipt™ e-mail was sent using the "Register Reply" feature.  Replies to the message will be returned via a Registered E-mail™ message.

| Message ID | File size |
|---|---|
| 79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28AD | 4074119 |

| Attachments | |
|---|---|
| File name | File size |
| Letter.pdf | 851055 |
| Civil Cover Sheet.pdf | 486914 |
| Motion for Leave to File Under Seal with Order.pdf | 1230621 |
| Summons Tong (NJ).pdf | 369864 |
| Summons Tong (CA).pdf | 371430 |
| Summons TDTong (NJ).pdf | 373948 |
| Summons TDTong Ltd (CA).pdf | 362772 |
| Scheduling Order.PDF | 22839 |

**Delivery Audit Trail**

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 Catch you later/ 07/03/0 7 10:09:54 Opening Socket./ Connecting to mx2.gtlaw.com/ 220 MX2.GT LAW.COM ESMTP / EHLO trans1.els.rpost.net/ 250-MX2.GTLAW.COM/ 250-PIPE 250-SIZE 28866663/ 250-ETRN/ 250-STARTTLS/ 250 8BITMIME/ MAIL FROM:<rcpt79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28AD-1@rpost.net>/ RCPT TO:<ElsterJ@gtlaw.com 250 Ok250 Ok354 End data wit h <CR><LF>.<CR><LF>127621579-2200772317954559@ trans1.els.rpost.netX-Return-Receipt-To: "ElsterJ@gtlaw.c om"<79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28AD-1read@rpost.r eply-To: "ElsterJ@gtlaw.com"<ElsterJ@reg307031049956.rpost.org>/ TO: "avraam02@yahoo.com" <avraam02@yahoo.com>, "undoblewsolebes ide@yahoo.com" <undoblewsolebeside@yahoo.com>, "maneflaun 5@yahoo.com" <maneflauntaloud25@yahoo.com>, "canvasfaintdiseased @yahoo.com" <canvasfaintdiseased@yahoo.com>/ From: ElsterJ@gtlaw com<ElsterJ@gtlaw.com>/ Sender: ElsterJ@gtlaw.com Disposition- Notification-To: "ElsterJ@gtlaw.com"<79B89AC67B2A3713EFA86CD2F2D98A 1E9FEF28AD-1read@rpost.net>/ X-Confirm-Reading-to: "ElsterJ@gtlaw.c om"<79B89AC67B2A3713EFA86CD2F2D98A1E9FE 1read@rpost.net>/ X RPost-ID: 79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28AD/ "ElsterJ@gtlaw.co m" <ElsterJ@gtlaw.com>/ Subject: (R)egistered: Service of legal process pursuant to court order / Sending Message 250 Ok: queu ed as 44E5A50DVC/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 Closing connection./ 07/ 03/07 10:10:02 Opening Socket./ Connect f.mx.mail.yahoo.com/ 220 mta282.mail.mud.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.e ls.rpost.net mta282.mail.mud.yahoo.com/ 250-8BITMIME/ 250-SIZE 31 981568/ 250 PIPELINING/ MAIL FROM:<rcpt79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28AD-2@rpost.net>/ RCPT TO:<avraam02@yaho DATA / 250 sender <rcpt79b89ac67b2a3713efa86cd2f2d98a1e9fef28ad-2@rpost. net> ok250 recipient <avraam02@yahoo.com> ok354 go ahead15173 3297-2200772317103387@trans1.els.rpost.netX-Priority: 3/ Re Receip t-To: "ElsterJ@gtlaw.com"<79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28AD- 2read@rpost.net>/ Re "ElsterJ@gtlaw.com"<ElsterJ@reg30703 1058957.rpost.org>/ TO: "undoblewsolebeside@yahoo.com" <undoble wsolebeside@yahoo.com>, "maneflauntaloud25@yahoo.com" <maneflaun taloud25@yahoo.com>, "canvasfaintdiseased@yahoo.com" <canvasfain tdiseased@yahoo.com>/ CC: "ElsterJ@gtlaw.com" <ElsterJ@gtl From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>/ Sender: Elster J@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com"<79B89 AC67B2A3713EFA86CD2F2D98A1E9FEF28AD-2read@rpost.net>/ X-Confirm-Rea "ElsterJ@gtlaw.com"<79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28 AD-2read@rpost.net>/ XRPost-ID: 79B89AC67B2A3713EFA86CD2F2D98A1E9FE F28AD/ To: "avraam02@yahoo.com" <avraam02@yahoo.com>/ ( R)egistered: Service of legal process pursuant to court order / Sendin g Message Body. / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 Closing connection./ 07/ 03/07 10:10:02 Opening Socket./ Connect g.mx.mail.yahoo.com/ 220 mta462.mail.mud.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.e ls.rpost.ne mta462.mail.mud.yahoo.com/ 250-8BITMIME/ 250-SIZE 31 981568/ 250 PIPELINING/ MAIL FROM:<rcpt79B89AC67B2A3713EFA86CD2F2D9 8A1E9FEF28AD-3@rpost.net>/ RCPT TO:<canvasfaintdiseased@yahoo.co m>/ DATA/ 250 sender <rcpt79b89ac67b2a3713efa86cd2f2d98a1e9fef28 a 3@rpost.net> ok250 recipient <canvasfaintdiseased@yahoo.com&g t; ok354 go ahead309974246-2200772317101312@trans1.els.rpost.netX-Prio rity: 3/ Return-Receipt-To: "ElsterJ@gtlaw.com"<79B89AC67B2/ 86CD2F2D98A1E9FEF28AD-3read@rpost.net>/ Reply-To: "ElsterJ@gtlaw.co m"<ElsterJ@reg307031058958.rp TO: "avraam02@yahoo.com" <avraam02@yahoo.com>, "undoblewsolebeside@yahoo.com" <undoble

wsolebeside@yahoo.com>, "maneflauntaloud25@yahoo.com" <maneflaun taloud25@yahoo.com>/ CC:
"ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com& gt;/ From: ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>/ Sender: ElsterJ
@gtlaw.com/ Disposition-Notification-To: "ElsterJ@gtlaw.com"<79B89A C67B2A3713EFA86CD2F2D98A1E9FEF
3read@rpost.net>/ X-Confirm-Read ing-to: "ElsterJ@gtlaw.com"<79B89AC67B2A3713EFA86CD2F2D98A1E9FE
3read@rpost.net>/ XRPost-ID: 79B89AC67B2A3713EFA86CD2F2D98A1E9FEF 28AD/ To:
"canvasfaintdiseased@yahoo.com" <canvasfaintdiseased@yaho o.com>/ Subject: (R)egistered: Service of legal
pursuant to court order / Sending Message Body. / 554 delivery error: dd This use r doesn't have a yahoo.com ac
(canvasfaintdiseased@yahoo.com) [0] - mta462.mail.mud.yahoo.com/ QUIT/ 221 mta462.mail.mud.yahoo.com/

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 Closing connection./ 07/ 03/07 10:10:02 Opening Socket./ Connect
b.mx.mail.yahoo.com/ 220 mta156.mail.re3.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.e ls.rpost.net/
mta156.mail.re3.yahoo.com/ 250-8BITMIME/ 250-SIZE 31 981568/ 250 PIPELINING/ MAIL
FROM:<rcpt79B89AC67B2A3713EFA86CD2F2D9 8A1E9FEF28AD-4@rpost.net>/ RCPT
TO:<maneflauntaloud25@yahoo.com& gt;/ DATA/ 250 sender <rcpt79b89ac67b2a3713efa86cd2f2d98a1e9fef28:
4@rpost.net> ok250 recipient <maneflauntaloud25@yahoo.com> o k354 go ahead309974454-
2200772317103434@trans1.els.rpost.netX-Priority : 3/ Return-Receipt-To:
"ElsterJ@gtlaw.com"<79B89AC67B2A3713EFA86CD 2F2D98A1E9FEF28AD-4read@rpost.net>/ Reply-To:
"ElsterJ@gtlaw.com"<&l t;ElsterJ@reg307031058959.rpost.org>/ TO: "avraam02@yahoo.com" < avraam02@yahc
"undoblewsolebeside@yahoo.com" <undoblewsol ebeside@yahoo.com>, "canvasfaintdiseased@yahoo.com" <ca
diseased@yahoo.com>/ CC: "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com& gt;/ From:
ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>/ Sender: ElsterJ @gtlaw.com/ Disposition-Notification-To:
"ElsterJ@gtlaw.com"<79B89A C67B2A3713EFA86CD2F2D98A1E9FEF28AD-4read@rpost.net>/ X-Confirm-Rea
"ElsterJ@gtlaw.com"<79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28A D-4read@rpost.net>/ XRPost-ID:
79B89AC67B2A3713EFA86CD2F2D98A1E9FEF 28AD/ To: "maneflauntaloud25@yahoo.com"
<maneflauntaloud25@yahoo.co m>/ Subject: (R)egistered: Service of legal process pursuant to cou rt order / Ser
Message Body. / 250 ok dirdel/ /

RPost vers 3.0 Patented 6, 0, 3, 3/ QUIT/ 221 Closing connection./ 07/ 03/07 10:10:04 Opening Socket./ Connect
b.mx.mail.yahoo.com/ 220 mta114.mail.re3.yahoo.com ESMTP YSmtp service ready/ EHLO trans1.e ls.rpost.net/
mta114.mail.re3.yahoo.com/ 250-8BITMIME/ 250-SIZE 31 981568/ 250 PIPELINING/ MAIL
FROM:<rcpt79B89AC67B2A3713EFA86CD2F2D9 8A1E9FEF28AD-5@rpost.net>/ RCPT
TO:<undoblewsolebeside@yahoo.com>/ DATA/ 250 sender <rcpt79b89ac67b2a3713efa86cd2f2d98a1e9fef28a
5@rpost.net> ok250 recipient <undoblewsolebeside@yahoo.com> ok354 go ahead133383597-
2200772317104856@trans1.els.rpost.netX-Priori ty: 3/ Return-Receipt-To:
"ElsterJ@gtlaw.com"<79B89AC67B2A3713EFA86 CD2F2D98A1E9FEF28AD-5read@rpost.net>/ Reply-To:
"ElsterJ@gtlaw.com" <ElsterJ@reg307031058960.rpost.org>/ TO: "avraam02@yahoo.com" &l t;avraam02@yahc
"maneflauntaloud25@yahoo.com" <maneflaunt aloud25@yahoo.com>, "canvasfaintdiseased@yahoo.com" <can
diseased@yahoo.com>/ CC: "ElsterJ@gtlaw.com" <ElsterJ@gtlaw.com& gt;/ From:
ElsterJ@gtlaw.com<ElsterJ@gtlaw.com>/ Sender: ElsterJ @gtlaw.com/ Disposition-Notification-To:
"ElsterJ@gtlaw.com"<79B89A C67B2A3713EFA86CD2F2D98A1E9FEF28AD-5read@rpost.net>/ X-Confirm-Rea
"ElsterJ@gtlaw.com"<79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28A D-5read@rpost.net>/ XRPost-ID:
79B89AC67B2A3713EFA86CD2F2D98A1E9FEF 28AD/ To: "undoblewsolebeside@yahoo.com"
<undoblewsolebeside@yahoo. com>/ Subject: (R)egistered: Service of legal process pursuant to c ourt order / Se
Message Body. / 250 ok dirdel/ /

<b>Opened from IP 66.151.14.170/ </b><br>----/ Conn ection: Keep-Alive/ Via: 1.1 CHI-ISA1/ Accept: */*/ Accept-
g zip, deflate/ Accept-Language: en-us/ Host: open.rpost.net/ User-Agent : Mozilla/4.0 (compatible; MSIE 6.0; Wir
5.1; SV1; .NET CLR 1.1 4322; InfoPath.1; .NET CLR 2.0.50727)/ /LM/W3SVC/1/RootC:\open\<br
><br><br><br>0<br>CGI/1.1off<br>1/LM/ W3SVC/1<br>10.0.0.198/Rpost.aspxC:\open\Rpost.aspx404;http://ope
n.rpost.net/79B89AC67B2A3713EFA86CD2F2D98A1E9FEF28AD-1_2B960461C59287E
9FD5640F4C37249700D019BD9/rpost.gif>r66.151.14.17066.151.14.17
032198GET<br>/Rpost.aspxopen.rpost.net800<br>HTTP/1.0Micro soft-IIS/5.0/Rpost.aspxKeep-Alive<br>1.1 CHI
ISA1*/*gzip, deflat een-us<br>open.rpost.netMozilla/4.0 (compatible; MSIE 6.0; Windo ws NT 5.1; SV1; .NET CLF
1.1.4322; InfoPath.1; .NET CLR 2.0.50727)/ /

You should keep an electronic copy of this receipt, together with all of its attachments, for your records. Note that
the Registered E-mail® service does not retain any copy of your e-mail or this receipt. You should not rely on the
information in this receipt until you have authenticated this receipt. General terms and conditions of service are
available upon request by e-mail from info@rpost.com or within the RPost Legal Notice.

An RPost Service 

10/4/2007

RcptVer6.0

10/4/2007

# EXHIBIT B

## Exhibit B has been provided to the Court in CD-ROM Format

# EXHIBIT C

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

QSOFT CONSULTING, LIMITED      )
                                             )

       Plaintiff,                 )
                                             )

       v.                      )     C.A. No. 07-cv-391 (JJF)
                                             )

TEDDY TONG and TDTONG LTD.      )
                                             )

       Defendants.              )

### AFFIDAVIT OF ANTHONY L. ABBOUD

     I, Anthony L. Abboud, hereby affirm under penalty of perjury as follows:

     1.     I have personal knowledge of the facts stated herein, and I would be competent to testify thereto if called as a witness in these proceedings.

     2.     I am an attorney of record for QSoft Consulting Limited ("QSoft").

     3.     I am an attorney duly licensed to practice law in the State of Illinois, and I have been actively engaged in practice since 1994.

     4.     I am currently of counsel in the law firm of Greenberg Traurig, LLP ("Greenberg Traurig"). As such, I have responsibility for the above-captioned action (the "Action") on behalf of QSoft. As part of that responsibility, I have reviewed the attorneys' fees and costs incurred for the Action that were billed to and paid by QSoft.

     5.     Paul D. McGrady, Jr. is an attorney duly licensed to practice law in Illinois and has been actively engaged in such practice since 1997. He is a shareholder at Greenberg Traurig and is one of the attorneys responsible for overseeing the present litigation in the Action.

6.      Paul A. Del Aguila is an attorney duly licensed to practice law in Illinois and has been actively engaged in such practice since 2001.  He is an associate at Greenberg Traurig and is one of the attorneys responsible for litigating the Action.

7.      Jason B. Elster is an attorney duly licensed to practice law in Illinois and has been actively engaged in such practice since 2006.  He is an associate at Greenberg Traurig and is one of the attorneys responsible for litigating the Action.

8.      Donald J. Detweiler is an attorney duly licensed to practice law in Delaware and has been actively engaged in such practice since 1992.  He is a shareholder at Greenberg Traurig and is one of the attorneys responsible for overseeing the present litigation in the Action.

9.      Sandra G. M. Selzer is an attorney duly licensed to practice law in Delaware and has been actively engaged in such practice since 2002.  She is an associate at Greenberg Traurig and is one of the attorneys responsible for litigating the Action.

10.     Maria Scavo is a paralegal at Greenberg Traurig and is responsible for assisting the above-mentioned attorneys with litigating the Action.

11.     Elizabeth C. Thomas is a paralegal at Greenberg Traurig and is responsible for assisting the above-mentioned attorneys with litigating the Action.

12.     From December 6, 2006 to the present, the aforementioned Greenberg Traurig attorneys and paralegals have provided legal and other services in connection with the Action.  In setting its rates, Greenberg Traurig assumes that its bills will be paid in full, on a timely basis, and in accordance with its normal professional practices.

13.     I have attached to my Affidavit, as **Exhibit 1**, Greenberg Traurig's Matter Time and Disbursement Detail Report (the "Time Report"), which includes the date of

services performed, the attorneys or paralegals performing such services, the client for which the services were performed, the date the services were billed, the base hours worked, the base amount for the services, the rate being charged, and a narrative description of the services performed. Certain of the narrative descriptions were redacted to maintain attorney-client privilege.

14.    The Time Report is a summary prepared by Greenberg Traurig's computerized time entry system and is based on the daily time sheets prepared by the individual attorneys and entered into the computerized time entry system and the billing summary reports prepared on a monthly basis and sent to QSoft. The Time Report, daily time sheets, and billing summaries are prepared in the ordinary course of Greenberg Traurig's business.

15.    As set forth in **Exhibit 1**, I provided legal services for purposes of litigating the Action from February 12, 2007 through the present for a total of 58.40 hours. I billed at an hourly rate of $470.00. Therefore, my attorneys' fees in the Action total $27,448.00. *See* **Exhibit 1**.

16.    As set forth in **Exhibit 1**, Mr. McGrady provided legal services for purposes of litigating the Action from December 6, 2006 through the present for a total of 25.10 hours. Mr. McGrady billed at an hourly rate of $457.23. Therefore, Mr. McGrady's attorneys' fees in the Action total $11,476.50. *See* **Exhibit 1**.

17.    As set forth in **Exhibit 1**, Mr. Del Aguila provided legal services for purposes of litigating the Action from December 15, 2006 through the present for a total of 63.90 hours. Mr. Del Aguila billed at an hourly rate of $350.00. Therefore, Mr. Del Aguila's attorneys' fees in the Action total $21,625.00. *See* **Exhibit 1**.

18.    As set forth in **Exhibit 1**, Mr. Elster provided legal services for purposes of litigating the Action from April 3, 2007 through the present for a total of 181.90 hours. Mr. Elster billed at an hourly rate of $225.00. Therefore, Mr. Elster's attorneys' fees in the Action total $40,927.50. *See* **Exhibit 1**.

19.    As set forth in **Exhibit 1**, Mr. Detweiler provided legal services for purposes of litigating the Action from June 8, 2007 through the present for a total of 13.40 hours.    Mr. Detweiler billed at an hourly rate of $510.00.    Therefore, Mr. Detweiler's attorneys' fees in the Action total $6,834.00. *See* **Exhibit 1**.

20.    As set forth in **Exhibit 1**, Ms. Selzer provided legal services for purposes of litigating the Action from June 8, 2007 through the present for a total of 53.87 hours. Ms. Selzer billed at an hourly rate of $405.00. Therefore, Ms. Selzer's attorneys' fees in the Action total $21,817.35. *See* **Exhibit 1**.

21.    As set forth in **Exhibit 1**, Ms. Scavo provided paralegal services for purposes litigating the Action from October 15, 2007 to the present for a total of 11.80 hours. Ms. Scavo billed at an hourly rate of $185.00. Therefore, Ms. Scavo' fees in the Action total $2,183.00. *See* **Exhibit 1**.

22.    As set forth in **Exhibit 1**, Ms. Thomas provided paralegal services for purposes litigating the Action from June 8, 2007 to the present for a total of 17.30 hours. Ms. Thomas billed at an hourly rate of $190.00. Therefore, Ms. Thomas' fees in the Action total $3,287.00. *See* **Exhibit 1**.

23.    Based upon my 13 years of practice as a litigator in Chicago, I am familiar with, and have knowledge of, the attorney's fees customarily charged by attorneys of

comparable qualifications and experience in the Chicago area during the period in question for a matter of this nature.

24.    In my opinion, the fair, reasonable, and customary value of Greenberg Traurig's legal services in connection with the Action from December 6, 2006 through the present is $135,598.35.

25.    In addition to attorneys' fees, QSoft incurred costs in bringing the Action. Attached to this Affidavit as **Exhibit 2** is a summary of the costs incurred by Greenberg Traurig with respect to the Action (the "Cost Report"). The Cost Report reflects these costs, which are itemized on the monthly billing statements generated by Greenberg Traurig and sent to QSoft. Greenberg Traurig assumes that all costs will be promptly reimbursed.

26.    The Cost Report is a summary prepared by Greenberg Traurig's computerized cost entry system, which includes the date the cost was incurred, the attorney or staff incurring the cost, the client and matter number, the status of whether the cost is billed or pending, the type of costs whether copy, federal express, or legal research, the base amount incurred, and a narrative description of the costs incurred. The Cost Report is prepared in the ordinary course of Greenberg Traurig's business.

27.    As set forth in **Exhibit 2**, QSoft incurred costs in the amount of $8,185.79, including: $2,074.53 in professional costs for translating a letter of request into Czech and for filing a UDRP complaint; $562.35 in photocopying costs; $634.90 in service company charges for effectuating proper service of pleadings and subpoenas; $213.89 in Federal Express charges; $226.80 in postage costs associated with serving materials

necessary to the Action; $589.80 in messenger costs for serving materials necessary to the Action; and $895.30 in travel costs associated with the Action.

28.    With respect to copying costs, the Cost Report includes the base amount and number of pages copied.  The rate charged by Greenberg Traurig's internal copy service to QSoft on this matter is $0.15 per page, which is Greenberg Traurig's standard rate it charges to other clients.  With respect to the federal express charges, as set forth in the Cost Report, the Federal Express was necessary to serve the defaulting Defendants who were not represented by counsel and had not appeared before the Court.

29.    In addition, QSoft incurred Westlaw and Lexis legal research charges to prepare the complaint, subsequent motions and supporting papers. These charges are reflected on the Cost Report and total $2,988.22.

30.    Therefore, the total attorneys' fees, costs, and expenses billed or to be billed in connection with the Action is $143,784.14.  *See* **Exhibits 1 and 2**.

Dated: ___1/17/08___                    _____
                                                            Anthony L. Abboud

Subscribed and sworn to before
me this _1 7_ day of June 2008.
My Commission expires:

_____
                 Notary Public

"OFFICIAL SEAL"
Amy Scott
Notary Public, State of Illinois
My Commission Exp. 04/13/2009

# EXHIBIT 1

Qsoft Consulting Limited
101258.010100

| Date | TKPR Name | Bill Num | Bill Date | Rate per Hour | Bl Hrs | Billed Amt | Narrative |
|---|---|---|---|---|---|---|---|
| 2/12/2007 | Abboud, Anthony L. | 1837859 | 3/8/2007 | 470 | 1.9 | $893.00 | Review and comment on draft of complaint; evaluate strategy for preliminary injunction; review exhibits provided by client. |
| 2/13/2007 | Abboud, Anthony L. | 1837859 | 3/8/2007 | 470 | 1.2 | $564.00 | Edit draft of Complaint; conference with Mr. Del Aguila re: strategy. |
| 2/16/2007 | Abboud, Anthony L. | 1837859 | 3/8/2007 | 470 | 0.5 | $235.00 | Exchange emc with Mr. Del Aguila regarding strategy for prleiminary injunction; conference with Mr. Del Aguila regarding same. |
| 4/6/2007 | Abboud, Anthony L. | 1881135 | 5/8/2007 | 470 | 0.2 | $94.00 | Review email correspondence from Mr. Del Aguila regarding status of work on preliminary injunction motion. |
| 4/19/2007 | Abboud, Anthony L. | 1881135 | 5/8/2007 | 470 | 1.1 | $517.00 | Telephone conference with Jason Elster regarding revisions to draft preliminary injunction motion; review latest version of draft of preliminary injunction motion; review email correspondence regarding same. |
| 4/20/2007 | Abboud, Anthony L. | 1881135 | 5/8/2007 | 470 | 0.9 | $423.00 | Review revised draft of motion for preliminary injunction; review revised version of complaint. |
| 4/23/2007 | Abboud, Anthony L. | 1881135 | 5/8/2007 | 470 | 0.1 | $47.00 | Review email correspondence from Mr. McGrady regarding revisions to complaint. |
| 4/25/2007 | Abboud, Anthony L. | 1881135 | 5/8/2007 | 470 | 0.1 | $47.00 | Review email correspondence from Mr. Bell and Mr. McGrady regarding follow-up with client. |
| 5/17/2007 | Abboud, Anthony L. | 1904904 | 6/8/2007 | 470 | 0.5 | $235.00 | Review e-mail correspondence from client re: strategy; email correspondence with team re: strategy and cease and demand letter. |
| 5/18/2007 | Abboud, Anthony L. | 1904904 | 6/8/2007 | 470 | 0.5 | $235.00 | Review e-mail correspondence from Mr. McGrady re: revised cease and desist letter; edit and revise letter for Mr. McGrady. |
| 5/21/2007 | Abboud, Anthony L. | 1904904 | 6/8/2007 | 470 | 0.1 | $47.00 | Exchange email correspondence with Mr. Elster and Mr. McGrady regarding final revisions to Cease and Desist letter. |
| 6/1/2007 | Abboud, Anthony L. | 1929286 | 7/16/2007 | 470 | 0.5 | $235.00 | Review and edit draft of verified complaint; exchange e-mail correspondence with Mr. McGrady and Mr. Elster regarding revisions to draft of Verified Complaint. |
| 6/7/2007 | Abboud, Anthony L. | 1929286 | 7/16/2007 | 470 | 1 | $470.00 | Exchange e-mail correspondence regarding revisions to complaint and exhibits; review exhibits selected by Mr. Elster and determine which should be attached to complaint; conference with Mr. Elster re: same. |
| 6/8/2007 | Abboud, Anthony L. | 1929286 | 7/16/2007 | 470 | 6.5 | $3,055.00 | Telephone conference with Don Detweiler, GT Delaware regarding local filing requirements and assistance with same; e-mail correspondence Mr. Elster regarding status of revisions to the motion for preliminary injunction; review and edit drafts of motion for preliminary injunction and memorandum of law in support thereof; e-mail correspondence with Mr. Detweiler and Ms. Thomas regarding pro hac vice motions; review drafts of same; e-mail correspondence to Mr. Detweiler with near final draft of th |
| 6/11/2007 | Abboud, Anthony L. | 1929286 | 7/16/2007 | 470 | 2.5 | $1,175.00 | Conference with Mr. Del Aguila regarding strategy for filing and finalization of complaint and Motion for Preliminary Injunction; review and edit draft of Complaint and Memorandum of Law in Support of Preliminary Injunction; exchange email correspondence with team regarding same; review comments from Delaware counsel. |
| 6/12/2007 | Abboud, Anthony L. | 1929286 | 7/16/2007 | 470 | 0.5 | $235.00 | Email correspondence with Mr. Elster regarding revisions to pleadings and briefing; review drafts of motion for preliminary injunction; review redactions to exhibits; email correspondence with Mr. Elster regarding filing under seal. |
| 6/13/2007 | Abboud, Anthony L. | 1929286 | 7/16/2007 | 470 | 2.7 | $1,269.00 | Email correspondence from Ms. Taylor, Olswang, Regarding verification of Complaint; telephone conference with Mr. Detweiler, Delaware office, regarding necessity of filing exhibits under seal due to provocative content and strategy for same; email correspondence with Mr. McGrady and Mr. Elster regarding same; review comments of Delaware counsel regarding motion for preliminary injunction. |
| 6/14/2007 | Abboud, Anthony L. | 1929286 | 7/16/2007 | 470 | 1 | $470.00 | E-mail correspondence from Ms. Selzer regarding revisions to motion for preliminary injunction; e-mail correspondence with Delaware counsel regarding confirmation of Teddy Tong addresses; review e-mail correspondence from Mr. Detweiler and Mr. McGrady regarding service of process on non-residents; review various e-mail correspondence from Mr. McGrady and Mr. Elster regarding strategy for serving process on defendants. |
| 6/19/2007 | Abboud, Anthony L. | 1929286 | 7/16/2007 | 470 | 0.2 | $94.00 | Review email correspondence from Delaware counsel regarding filings of original verified complaint. |
| 6/25/2007 | Abboud, Anthony L. | 1929286 | 7/16/2007 | 470 | 0.3 | $141.00 | Review draft of Motion to Serve Complaint Electronically received from Sandra Selzer; exchange email correspondence with team regarding same. |

Qsoft Consulting Limited
101258.010100

| Date | TKPR Name | Bill Num | Bill Date | Rate per Hour | Bl Hrs | Billed Amt | Narrative |
|------|-----------|----------|-----------|---------------|--------|------------|-----------|
| 7/6/2007 | Abboud, Anthony L. | 1951706 | 8/16/2007 | 470 | 1.5 | $705.00 | Telephone conference with Mr. Detweiler re: status of upcoming hearing in light of service issues; emc with Mr. Detweiler re: same and service of defendants by email; assess rescheduling of QSoft hearing in light of service issues and exchange emailcorrespondence with Mr. Elster and Mr. Del Aguila re: same. |
| 7/9/2007 | Abboud, Anthony L. | 1951706 | 8/16/2007 | 470 | 1.5 | $705.00 | Review email correspondence from Mr. Elster re: motion for continue; edit draft of motion; telephone conferences with Mr. Elster regarding same; review draft of affidavit regarding motion for continuance; email correspondence to clients regarding verification. |
| 7/10/2007 | Abboud, Anthony L. | 1951706 | 8/16/2007 | 470 | 0.4 | $188.00 | Review e-mail correspondence from Delaware counsel on continuance; review order re: same; e-mail correspondence with Mr. Elster re: strategy on moving for default judgment. |
| 7/11/2007 | Abboud, Anthony L. | 1951706 | 8/16/2007 | 470 | 0.9 | $423.00 | E-mail correspondence with Mr. Elster re: order granting continuance; draft e-mail correspondence to Mr. Bell regarding status on our motion for preliminary injunction and strategy related to same; review e-mail correspondence from Ms. Taylor following up on my email to Mr. Bell and addressing client questions. |
| 7/12/2007 | Abboud, Anthony L. | 1951706 | 8/16/2007 | 470 | 1 | $470.00 | Email correspondence with Mr. McGrady re: strategy and client inquiries; draft email correspondence to Ms. Taylor addressing inquiries on anticipated next steps; email correspondence with Mr. McGrady and Elster subpoenas for Delaware and Arizona registrars. |
| 7/19/2007 | Abboud, Anthony L. | 1951706 | 8/16/2007 | 470 | 0.3 | $141.00 | Meet with Mr. Elster regarding issuance of subpoenas. |
| 7/20/2007 | Abboud, Anthony L. | 1951706 | 8/16/2007 | 470 | 0.1 | $47.00 | Emails with Delaware counsel regarding subpoenas; |
| 7/27/2007 | Abboud, Anthony L. | 1951706 | 8/16/2007 | 470 | 0.2 | $94.00 | Email correspondence with Mr. Mullen regarding Czech Republic Subpoena. |
| 8/1/2007 | Abboud, Anthony L. | 1975775 | 9/24/2007 | 470 | 0.4 | $188.00 | Exchange e-mail correspondence with Mr. Mullen re: translation and service of Czech subpoena; exchange e-mail correspondence with Mr. Elster and Ms. Selzer re: noticing up hearing date for preliminary injunction motion; conference with Mr. Elster re: strategy for same. |
| 8/2/2007 | Abboud, Anthony L. | 1975775 | 9/24/2007 | 470 | 0.2 | $94.00 | E-mail correspondence with Mr. Elster regarding hearing dates for motion for preliminary injunction. |
| 8/9/2007 | Abboud, Anthony L. | 1975775 | 9/24/2007 | 470 | 0.2 | $94.00 | Exchange e-mail correspondence with Mr. Elster and Mr. McGrady regarding status of hearing. |
| 8/10/2007 | Abboud, Anthony L. | 1975775 | 9/24/2007 | 470 | 0.2 | $94.00 | E-mail correspondence from Mr. Elster regarding additional subpoenas to be served; e-mail correspondence from Ms. Selzer regarding filings with the court. |
| 8/16/2007 | Abboud, Anthony L. | 1975775 | 9/24/2007 | 470 | 0.2 | $94.00 | E-mail correspondence with Mr. McGrady re: status of hearing on motion for preliminary injunction; e-mail correspondence with Ms. Selzer re: same. |
| 8/21/2007 | Abboud, Anthony L. | 1975775 | 9/24/2007 | 470 | 0.4 | $188.00 | Telephone conference with Ms. Salzman regarding court's failure to respond to our request to set a hearing on our motion for preliminary injunction; develop strategy for setting hearing; e-mail correspondence to Mr. McGrady regarding: status. |
| 8/22/2007 | Abboud, Anthony L. | 1975775 | 9/24/2007 | 470 | 0.1 | $47.00 | Review letter to court requesting hearing on motion for preliminary injunction. |
| 8/24/2007 | Abboud, Anthony L. | 1975775 | 9/24/2007 | 470 | 0.1 | $47.00 | QSOFT    Review response to Yahoo! subpoena; exchange e-mail correspondence with Mr. McGrady regarding same. |
| 8/27/2007 | Abboud, Anthony L. | 1975775 | 9/24/2007 | 470 | 0.3 | $141.00 | Exchange e-mail correspondence with Ms. Selzer regarding strategy for securing date for hearing on preliminary injunction; telephone conference with Ms. Selzer regarding same. |
| 8/28/2007 | Abboud, Anthony L. | 1975775 | 9/24/2007 | 470 | 0.3 | $141.00 | Exchange e-mail correspondence with Ms. Selzer regarding attempts to secure hearing date for motion for preliminary injunction; review order setting briefing schedule and hearing on motion for preliminary injunction. |
| 8/29/2007 | Abboud, Anthony L. | 1975775 | 9/24/2007 | 470 | 0.5 | $235.00 | E-mail correspondence with Mr. McGrady regarding status and strategy; draft update for client; review returned subpoenas. |
| 9/4/2007 | Abboud, Anthony L. | 1997666 | 10/19/2007 | 470 | 0.2 | $94.00 | Review subpoena response received from VISA; review email from Mr. Elster re: follow up. |
| 9/4/2007 | Abboud, Anthony L. | 2020317 | 11/14/2007 | 470 | 0.2 | $94.00 | Draft e-mail correspondence to Mr. Bell re: setting of hearing on motion for preliminary injunction; review e-mail correspondence from Mr. Elster re: follow up on US Bancorp subpoena. |
| 9/18/2007 | Abboud, Anthony L. | 1997666 | 10/19/2007 | 470 | 0.2 | $94.00 | Receive and review response to US Bank subpoena. |
| 9/26/2007 | Abboud, Anthony L. | 1997666 | 10/19/2007 | 470 | 0.1 | $47.00 | Draft e-mail correspondence to Mr. Bell regarding status and plan for upcoming hearing on preliminary injunction. |
| 9/27/2007 | Abboud, Anthony L. | 1997666 | 10/19/2007 | 470 | 1 | $470.00 | E-mail correspondence with Mr. Elster regarding Summary of identity investigations to date; review memorandum and related documents. |
| 9/28/2007 | Abboud, Anthony L. | 1997666 | 10/19/2007 | 470 | 3.5 | $1,645.00 | Prepare for preliminary injunction hearing; review pleadings, review motion and evidentiary exhibits; telephone conference with Mr. Elster regarding exhibits; exchange e-mail correspondence with Mr. Detweiler regarding preparations for hearing. |

Qsoft Consulting Limited
101258.010100

| Date | TKPR Name | Bill Num | Bill Date | Rate per Hour | Bl Hrs | Billed Amt | Narrative |
|------|-----------|----------|-----------|---------------|--------|------------|-----------|
| 9/30/2007 | Abboud, Anthony L. | 1997666 | 10/19/2007 | 470 | 5.7 | $2,679.00 | Prepare for hearing on motion for preliminary injunction; travel to Wilmington, DE. |
| 10/1/2007 | Abboud, Anthony L. | 2020317 | 11/14/2007 | 470 | 9.5 | $4,465.00 | Continue preparation for hearing on motion for preliminary injunction. finalize notes for oral argument; meet with Mr. Deitweiler and Ms. Clark regarding strategy for addressing Judge Farnan; appear before Judge Farnan and argue in favor of preliminary injunction;  return travel to Chicago. |
| 10/2/2007 | Abboud, Anthony L. | 2020317 | 11/14/2007 | 470 | 0.1 | $47.00 | Email correspondence to Mr. McGrady regarding outcome of hearing. |
| 10/4/2007 | Abboud, Anthony L. | 2020317 | 11/14/2007 | 470 | 0.5 | $235.00 | Exchange with Mr. Elster and team regarding strategy on motion for default judgment; review draft of motion for default judgment. |
| 10/5/2007 | Abboud, Anthony L. | 2020317 | 11/14/2007 | 470 | 0.2 | $94.00 | E-mail correspondence from Mr. Elster regarding draft motion for default judgment; review and edit motion for default judgment. |
| 10/9/2007 | Abboud, Anthony L. | 2020317 | 11/14/2007 | 470 | 2.5 | $1,175.00 | Edit and mark up draft of motion for default judgment; meeting with Mr. Elster and Mr. Del Aguila regarding revisions to motion and strategy for seeking statutory damages; e-mail correspondence to Mr. McGrady regarding status. |
| 10/12/2007 | Abboud, Anthony L. | 2020317 | 11/14/2007 | 470 | 1.2 | $564.00 | Review draft Order for default motion; draft e-mail correspondence to Mr. Elster re: revisions to same and strategy; exchange e-mail correspondence with Mr. Elster re: same; telephone conference with Mr. Elster and Mr. Del Aguila re: damages strategy; review examples of SPAM messages sent by defendants. |
| 10/16/2007 | Abboud, Anthony L. | 2020317 | 11/14/2007 | 470 | 0.5 | $235.00 | Receive and review revised draft of the motion for default judgment. |
| 10/17/2007 | Abboud, Anthony L. | 2020317 | 11/14/2007 | 470 | 0.5 | $235.00 | Conference with Mr. McGrady regarding strategy. |
| 10/18/2007 | Abboud, Anthony L. | 2020317 | 11/14/2007 | 470 | 0.5 | $235.00 | Exchange e-mail correspondence with Mr. Elster and Mr. Del Aguila regarding strategy for seeking damages; conference with Mr. Elster regarding same. |
| 10/22/2007 | Abboud, Anthony L. | 2020317 | 11/14/2007 | 470 | 0.9 | $423.00 | Conference with Mr. Elster regarding strategy; receive and review list of Gaydar accounts identified as SPAM accounts. |
| **Abboud, Anthony L. Total** | | | | 470 | 58.4 | $27,448.00 | |
| 12/15/2006 | Del Aguila, Paul A. | 1798078 | 1/10/2007 | 350 | 2 | $600.00 | Research regarding potential causes of action; Telephone conference with P. McGrady regarding same; review correspondence with client regarding issues. |
| 12/20/2006 | Del Aguila, Paul A. | 1798078 | 1/10/2007 | 350 | 1.5 | $450.00 | Begin draft of complaint against Teddy Tong. |
| 12/21/2006 | Del Aguila, Paul A. | 1798078 | 1/10/2007 | 350 | 8.5 | $2,550.00 | Draft complaint against Teddy Tong for various causes of action- anticybersquatting, trademark dilution, breach of contract, etc. |
| 12/22/2006 | Del Aguila, Paul A. | 1798078 | 1/10/2007 | 350 | 2.8 | $840.00 | Review and revise complaint for various causes of action. |
| 2/6/2007 | Del Aguila, Paul A. | 1837859 | 3/8/2007 | 350 | 2.2 | $770.00 | Review and revise complaint; review domain names in case; review advertisements and other materials; telephone conference with P. McGrady regarding same; review correspondence from Olswang regarding same. |
| 2/16/2007 | Del Aguila, Paul A. | 1837859 | 3/8/2007 | 350 | 0.6 | $210.00 | Review and revise complaint; telephone conference with P. McGrady regarding same and TRO. |
| 2/20/2007 | Del Aguila, Paul A. | 1837859 | 3/8/2007 | 350 | 0.7 | $245.00 | Review additional Gaydar advertisements in the U.S.; meet with P. McGrady and T. Abboud regarding complaint and preliminary injunction. |
| 3/22/2007 | Del Aguila, Paul A. | 1865863 | 4/18/2007 | 350 | 0.1 | $35.00 | Review correspondence regarding preliminary injunction costs. |
| 3/30/2007 | Del Aguila, Paul A. | 1865863 | 4/18/2007 | 350 | 1 | $350.00 | Preliminary research regarding preliminary injunction motion. |
| 4/1/2007 | Del Aguila, Paul A. | 1881135 | 5/8/2007 | 350 | 0.8 | $280.00 | Research for preliminary injunction motion. |
| 4/2/2007 | Del Aguila, Paul A. | 1881135 | 5/8/2007 | 350 | 0.5 | $175.00 | Continue research for preliminary injunction motion. |
| 4/3/2007 | Del Aguila, Paul A. | 1881135 | 5/8/2007 | 350 | 0.6 | $210.00 | Meet with J. Elster regarding assignments; review viability of deceptive trade practices act claim; review correspondence regarding tdtongltd as party defendant; review CAM-SPAM act element. |
| 4/4/2007 | Del Aguila, Paul A. | 1881135 | 5/8/2007 | 350 | 3.2 | $1,120.00 | Research regarding ACPA; begin draft of preliminary injunction motion/memorandum of law. |
| 4/5/2007 | Del Aguila, Paul A. | 1881135 | 5/8/2007 | 350 | 9.3 | $3,255.00 | Continue research on ACPA claims; continue draft of preliminary injunction motion/memorandum of law. |
| 4/6/2007 | Del Aguila, Paul A. | 1881135 | 5/8/2007 | 350 | 6.8 | $2,380.00 | Review and revise complaint; review and revise preliminary injunction motion/memorandum of law. |
| 4/10/2007 | Del Aguila, Paul A. | 1881135 | 5/8/2007 | 350 | 0.5 | $175.00 | Review spam e-mails and hyperlinks to infringing domain areas and websites. |
| 4/19/2007 | Del Aguila, Paul A. | 1881135 | 5/8/2007 | 350 | 0.7 | $245.00 | Review and revise preliminary injunction motion/memorandum of law; correspondence with team regarding same. |
| 4/20/2007 | Del Aguila, Paul A. | 1881135 | 5/8/2007 | 350 | 3.6 | $1,260.00 | Review and revise memo in support of preliminary injunction; review and revise complaint. |
| 4/25/2007 | Del Aguila, Paul A. | 1881135 | 5/8/2007 | 350 | 0.6 | $210.00 | Review correspondence from Olswang regarding pleadings; review and revise complaint; review and revise memo in support of preliminary injunction. |

Qsoft Consulting Limited
101258.010100

| Date | TKPR Name | Bill Num | Bill Date | Rate per Hour | Bl Hrs | Billed Amt | Narrative |
|------|-----------|----------|-----------|---------------|--------|------------|-----------|
| 5/17/2007 | Del Aguila, Paul A. | 1904904 | 6/8/2007 | 350 | 0.2 | $70.00 | Review correspondence regarding filing complaint, preliminary injunction motion and additional information for same. |
| 5/18/2007 | Del Aguila, Paul A. | 1904904 | 6/8/2007 | 350 | 2.1 | $735.00 | Review cease and desist letter; review and revise memo in support of preliminary injunction motion; correspondence with GT team regarding same. |
| 5/30/2007 | Del Aguila, Paul A. | 1904904 | 6/8/2007 | 350 | 0.1 | $35.00 | Correspondence with Olswang regarding cease and desist letter. |
| 5/31/2007 | Del Aguila, Paul A. | 1904904 | 6/8/2007 | 350 | 0.8 | $280.00 | Review and revise QSoft's complaint. |
| 6/10/2007 | Del Aguila, Paul A. | 1929286 | 7/16/2007 | 350 | 0.5 | $175.00 | Review correspondence regarding lack of response from Tong to QSoft's cease and desist letter; review correspondence regarding Cupidcam relationship; review correspondence regarding verification; review and revise QSoft's complaint. |
| 6/11/2007 | Del Aguila, Paul A. | 1929286 | 7/16/2007 | 350 | 3.4 | $1,190.00 | Review civil case coversheet; research regarding motion to seal exhibits. |
| 6/12/2007 | Del Aguila, Paul A. | 1929286 | 7/16/2007 | 350 | 2.2 | $770.00 | Review and revise motion for leave to file under seal and brief in support; finalize documents for filing. |
| 6/13/2007 | Del Aguila, Paul A. | 1929286 | 7/16/2007 | 350 | 0.2 | $70.00 | Review correspondence from Olswang regarding status of verification page; telephone conference with Delaware office regarding Cupidcam and relationship with respect to same. |
| 6/19/2007 | Del Aguila, Paul A. | 1929286 | 7/16/2007 | 350 | 0.1 | $35.00 | Review correspondence regarding verification; correspondence with team regarding filing documents; finalize documents for filing. |
| 6/21/2007 | Del Aguila, Paul A. | 1929286 | 7/16/2007 | 350 | 2.8 | $980.00 | Correspondence regarding hearing, service of process and motion to serve electronically; research regarding service via e-mail; draft motion for leave to serve via e-mail. |
| 6/22/2007 | Del Aguila, Paul A. | 1929286 | 7/16/2007 | 350 | 0.3 | $105.00 | Review and revise motion for leave to serve via electronic mail. |
| 6/27/2007 | Del Aguila, Paul A. | 1929286 | 7/16/2007 | 350 | 0.2 | $70.00 | Review correspondence regarding Court order granting motion for leave to serve electronically; review order granting same. |
| 7/2/2007 | Del Aguila, Paul A. | 1951706 | 8/16/2007 | 350 | 0.1 | $35.00 | Review correspondence regarding electronic service. |
| 7/4/2007 | Del Aguila, Paul A. | 1951706 | 8/16/2007 | 350 | 0.1 | $35.00 | Correspondence with Olswang regarding preliminary injunction. |
| 7/8/2007 | Del Aguila, Paul A. | 1951706 | 8/16/2007 | 350 | 0.2 | $70.00 | Review correspondence regarding electronic service on defendants and continuance of preliminary injunction hearing. |
| 7/9/2007 | Del Aguila, Paul A. | 1951706 | 8/16/2007 | 350 | 0.7 | $245.00 | Review and revise QSoft's motion for brief continuance. |
| 7/10/2007 | Del Aguila, Paul A. | 1951706 | 8/16/2007 | 350 | 0.1 | $35.00 | Review court order granting brief continuance of preliminary injunction hearing. |
| 7/16/2007 | Del Aguila, Paul A. | 1951706 | 8/16/2007 | 350 | 0.1 | $35.00 | Review orders granting pro hac admissions ; correspondence regarding service on foreign entity - Exmasters. |
| 7/18/2007 | Del Aguila, Paul A. | 1951706 | 8/16/2007 | 350 | 0.1 | $35.00 | Review final subpoenas to non-parties. |
| 7/20/2007 | Del Aguila, Paul A. | 1951706 | 8/16/2007 | 350 | 0.1 | $35.00 | Review correspondence regarding subpoenas on third-party entities. |
| 8/6/2007 | Del Aguila, Paul A. | 1975775 | 9/24/2007 | 350 | 0.1 | $35.00 | Review Estdomains' response to QSoft's subpoena for documents. |
| 8/9/2007 | Del Aguila, Paul A. | 1975775 | 9/24/2007 | 350 | 0.2 | $70.00 | Review Go Daddy production of documents pursuant to subpoena issued to it. |
| 8/17/2007 | Del Aguila, Paul A. | 1975775 | 9/24/2007 | 350 | 0.1 | $35.00 | Review Yahoo's response to document subpoena. |
| 8/29/2007 | Del Aguila, Paul A. | 1975775 | 9/24/2007 | 350 | 0.1 | $35.00 | Review order setting hearing on QSoft's motion for preliminary injunction. |
| 8/30/2007 | Del Aguila, Paul A. | 1975775 | 9/24/2007 | 350 | 0.1 | $35.00 | Review response from Czech Republic regarding letter of request regarding Exmasters; correspondence with GT team regarding same. |
| 9/4/2007 | Del Aguila, Paul A. | 1997666 | 10/19/2007 | 350 | 0.2 | $70.00 | Review Visa's response to document subpoena; correspondence with GT team regarding same; correspondence regarding subpoena on US Bank. |
| 9/10/2007 | Del Aguila, Paul A. | 1997666 | 10/19/2007 | 350 | 0.2 | $70.00 | Review Yahoo's response to QSoft's subpoena. |
| 9/20/2007 | Del Aguila, Paul A. | 1997666 | 10/19/2007 | 350 | 0.2 | $70.00 | Review correspondence regarding U.S. Bank N.A. subpoena; meet with J. Elster regarding same. |
| 9/27/2007 | Del Aguila, Paul A. | 1997666 | 10/19/2007 | 350 | 0.1 | $35.00 | Review memo regarding steps taken to identify Teddy Tong. |
| 10/2/2007 | Del Aguila, Paul A. | 2020317 | 11/14/2007 | 350 | 0.1 | $35.00 | Review correspondence regarding preliminary injunction hearing and motion for default. |
| 10/4/2007 | Del Aguila, Paul A. | 2020317 | 11/14/2007 | 350 | 0.6 | $210.00 | Review correspondence regarding statutory and actual damages; review order granting preliminary injunction; review and revise motion for default judgment. |
| 10/9/2007 | Del Aguila, Paul A. | 2020317 | 11/14/2007 | 350 | 0.5 | $175.00 | Meet with GT team regarding default order and damages to prove at hearing. |
| 10/10/2007 | Del Aguila, Paul A. | 2020317 | 11/14/2007 | 350 | 0.2 | $70.00 | Review and revise motion for entry of default. |
| 10/12/2007 | Del Aguila, Paul A. | 2020317 | 11/14/2007 | 350 | 0.5 | $175.00 | Correspondence with GT regarding damages sought; review violative chat room messages; meet with GT team regarding damages sought. |
| 10/17/2007 | Del Aguila, Paul A. | 2020317 | 11/14/2007 | 350 | 0.3 | $105.00 | Review and revise motion for entry of default judgment. |
| | **Del Aguila, Paul A. Total** | | | 350 | 63.9 | **$21,625.00** | |
| 6/8/2007 | Detweiler, Donald J. | 1929286 | 7/16/2007 | 510 | 0.5 | $255.00 | E-mail T. Abboud re: near final draft of Complaint; legal issues and information for Complaint. |

Qsoft Consulting Limited
101258.010100

| Date | TKPR Name | Bill Num | Bill Date | Rate per Hour | Bl Hrs | Billed Amt | Narrative |
|---|---|---|---|---|---|---|---|
| 6/8/2007 | Detweiler, Donald J. | 1929286 | 7/16/2007 | 510 | 0.3 | $153.00 | Multiple e-mails re: Verification of Complaint and Motion for Preliminary Injunction. |
| 6/8/2007 | Detweiler, Donald J. | 1929286 | 7/16/2007 | 510 | 0.5 | $255.00 | Review and analysis of Motion for Preliminary Injunction; comments to same. |
| 6/11/2007 | Detweiler, Donald J. | 1929286 | 7/16/2007 | 510 | 1.2 | $612.00 | Multiple e-mails and analysis of proposed changes to complaint to conform to Delaware law. |
| 6/13/2007 | Detweiler, Donald J. | 1929286 | 7/16/2007 | 510 | 2.2 | $1,122.00 | Multiple e-mails re: final drafts of memorandum of law and motion for preliminary injunction; review and analysis of exhibits; redact exhibits to conform with Delaware practice; provide S. Selzer proposed edits and revisions to pleadings. |
| 6/13/2007 | Detweiler, Donald J. | 1929286 | 7/16/2007 | 510 | 0.3 | $153.00 | Telephone call with Chicago counsel re: exhibits to be attached to complaint. |
| 6/14/2007 | Detweiler, Donald J. | 1929286 | 7/16/2007 | 510 | 0.5 | $255.00 | Multiple e-mails re: service of process over non-resident corporation; conference in office with S. Selzer re: same. |
| 6/14/2007 | Detweiler, Donald J. | 1929286 | 7/16/2007 | 510 | 0.5 | $255.00 | Review and analysis of motion for preliminary injunction; provide comments/edits. |
| 6/19/2007 | Detweiler, Donald J. | 1929286 | 7/16/2007 | 510 | 1.5 | $765.00 | Final review and analysis of compliant and exhibits; work with associate on filing. |
| 6/21/2007 | Detweiler, Donald J. | 1929286 | 7/16/2007 | 510 | 0.3 | $153.00 | Multiple e-mails re: judicial assignment and need for motion to serve complaint electronically. |
| 6/22/2007 | Detweiler, Donald J. | 1929286 | 7/16/2007 | 510 | 0.3 | $153.00 | Multiple e-mails re: hearing dates scheduled by court and need for service of process over defendants TDTong and Teddy Tong. |
| 6/25/2007 | Detweiler, Donald J. | 1929286 | 7/16/2007 | 510 | 0.5 | $255.00 | Review and analysis of motion to serve via e-mail; provide comments to motion. |
| 6/26/2007 | Detweiler, Donald J. | 1929286 | 7/16/2007 | 510 | 0.5 | $255.00 | Review and analysis of Motion for Leave to serve process by electronic mail; conference in office with S. Selzer re: same; provide edits to proposed motion and order. |
| 6/27/2007 | Detweiler, Donald J. | 1929286 | 7/16/2007 | 510 | 0.3 | $153.00 | Review and analysis of court order authorizing service by e-mail; multiple e-mails re: same. |
| 6/28/2007 | Detweiler, Donald J. | 1929286 | 7/16/2007 | 510 | 0.2 | $102.00 | Multiple e-mails re: QSoft press release. |
| 6/28/2007 | Detweiler, Donald J. | 1929286 | 7/16/2007 | 510 | 0.2 | $102.00 | Follow-up on service of QSoft complaint and court scheduling order. |
| 7/3/2007 | Detweiler, Donald J. | 1951706 | 8/16/2007 | 510 | 0.3 | $153.00 | Multiple e-mails and conference in office with S. Selzer re: service of process issues. |
| 7/5/2007 | Detweiler, Donald J. | 1951706 | 8/16/2007 | 510 | 0.2 | $102.00 | Review and analysis of authentication and review responses. |
| 7/6/2007 | Detweiler, Donald J. | 1951706 | 8/16/2007 | 510 | 0.3 | $153.00 | E-mail from J. Elster re: service issues. |
| 7/6/2007 | Detweiler, Donald J. | 1951706 | 8/16/2007 | 510 | 0.2 | $102.00 | Confer with S. Selzer re: continuance motion. |
| 7/9/2007 | Detweiler, Donald J. | 1951706 | 8/16/2007 | 510 | 0.3 | $153.00 | Motion for continuance. |
| 7/9/2007 | Detweiler, Donald J. | 1951706 | 8/16/2007 | 510 | 0.3 | $153.00 | Mutliple telephone calls re: ways to address motion for continuance. |
| 7/10/2007 | Detweiler, Donald J. | 1951706 | 8/16/2007 | 510 | 0.2 | $102.00 | Multiple e-mails re: pro hac vice motions. |
| 7/19/2007 | Detweiler, Donald J. | 1951706 | 8/16/2007 | 510 | 0.2 | $102.00 | Conference in office with S. Selzer re: revisions to proposed subpoenas and letter request. |
| 7/20/2007 | Detweiler, Donald J. | 1951706 | 8/16/2007 | 510 | 0.2 | $102.00 | E-mail S. Selzer re: action to be taken against Tong for not filing answer to motion for preliminary injunction. |
| 7/20/2007 | Detweiler, Donald J. | 1951706 | 8/16/2007 | 510 | 0.1 | $51.00 | Review and analysis of letter requesting service of subpoena on Rule 45. |
| 7/20/2007 | Detweiler, Donald J. | 1951706 | 8/16/2007 | 510 | 0.1 | $51.00 | Attention to file re: status of service and subpoenas. |
| 7/21/2007 | Detweiler, Donald J. | 1951706 | 8/16/2007 | 510 | 0.2 | $102.00 | Review and analysis of order granting letter request to serve discovery on client. |
| 7/26/2007 | Detweiler, Donald J. | 1951706 | 8/16/2007 | 510 | 0.1 | $51.00 | Review and analysis of e-mail re: affidavit of service. |
| 8/9/2007 | Detweiler, Donald J. | 1975775 | 9/24/2007 | 510 | 0.2 | $102.00 | Review and analysis of e-mail attaching letter of request directed to web money. |
| 8/10/2007 | Detweiler, Donald J. | 1975775 | 9/24/2007 | 510 | 0.2 | $102.00 | Attention to file; service questions and filed application. |
| 9/28/2007 | Detweiler, Donald J. | 1997666 | 10/19/2007 | 510 | 0.2 | $102.00 | Multiple e-mails re: information for 10/1/07 hearing. |
| 10/1/2007 | Detweiler, Donald J. | 2020317 | 11/14/2007 | 510 | 0.3 | $153.00 | Conference in office with T. Abboud re: information for hearing; conference with T. Mack re: coverage for hearing. |
| **Detweiler, Donald J. Total** | | | | 510 | 13.4 | **$6,834.00** | |
| 4/3/2007 | Elster, Jason B. | 1881135 | 5/8/2007 | 225 | 5.8 | $1,305.00 | Meet with Paul DelAguila regarding complaint and preliminary injunction; research additional claims for inclusion in complaint; draft motion for preliminary injunction. |
| 4/4/2007 | Elster, Jason B. | 1881135 | 5/8/2007 | 225 | 7.9 | $1,777.50 | Draft motion for preliminary relief; meet with P. Del Aguila regarding same; research federal CAN-SPAM Act for inclusion in motion for preliminary relief. |
| 4/5/2007 | Elster, Jason B. | 1881135 | 5/8/2007 | 225 | 5.8 | $1,305.00 | Draft motion for preliminary relief; meet with P. McGrady and P. Del Aguila regarding motion for preliminary relief; research claims for inclusion in motion for preliminary relief; review file to identify potential exhibits. |
| 4/6/2007 | Elster, Jason B. | 1881135 | 5/8/2007 | 225 | 5 | $1,125.00 | Draft motion for preliminary relief; meet with P. Del Aguila regarding same. |
| 4/12/2007 | Elster, Jason B. | 1881135 | 5/8/2007 | 225 | 3.8 | $855.00 | Draft complaint to add claims for trespass to chattel and violation of Delaware's Uniform Deceptive Trade Practices Act. |
| 4/19/2007 | Elster, Jason B. | 1881135 | 5/8/2007 | 225 | 5 | $1,125.00 | Draft motion for preliminary relief; research regarding same. |
| 4/20/2007 | Elster, Jason B. | 1881135 | 5/8/2007 | 225 | 6.5 | $1,462.50 | Telephone call with P. McGrady regarding applicability of CAN-SPAM Act to chat messages; draft motion for preliminary relief; draft complaint. |

Qsoft Consulting Limited
101258.010100

| Date | TKPR Name | Bill Num | Bill Date | Rate per Hour | Bl Hrs | Billed Amt | Narrative |
|------|-----------|----------|-----------|---------------|--------|------------|-----------|
| 4/25/2007 | Elster, Jason B. | 1881135 | 5/8/2007 | 225 | 0.3 | $67.50 | Email C. Bell regarding newly discovered websites registered to defendant. |
| 5/17/2007 | Elster, Jason B. | 1904904 | 6/8/2007 | 225 | 6.5 | $1,462.50 | Draft memorandum of law in support of motion for preliminary relief; draft cease and desist letter regarding GoDaddy.com registrant information. |
| 5/18/2007 | Elster, Jason B. | 1904904 | 6/8/2007 | 225 | 1.9 | $427.50 | Draft memorandum of law in support of motion for preliminary relief; draft cease and desist letter; collaborate with P. Del Aguila regarding memorandum. |
| 5/21/2007 | Elster, Jason B. | 1904904 | 6/8/2007 | 225 | 0.5 | $112.50 | Draft cease and desist letter to Teddy Tong. |
| 5/30/2007 | Elster, Jason B. | 1904904 | 6/8/2007 | 225 | 3.2 | $720.00 | Draft cease and desist letter; draft complaint. |
| 5/31/2007 | Elster, Jason B. | 1904904 | 6/8/2007 | 225 | 3.9 | $877.50 | Draft complaint. |
| 6/1/2007 | Elster, Jason B. | 1929286 | 7/16/2007 | 225 | 1.2 | $270.00 | Draft complaint. |
| 6/7/2007 | Elster, Jason B. | 1929286 | 7/16/2007 | 225 | 1 | $225.00 | Draft Verified Complaint. |
| 6/8/2007 | Elster, Jason B. | 1929286 | 7/16/2007 | 225 | 9.3 | $2,092.50 | Identify, review, and assemble exhibits to Verified Complaint; draft Motion for Preliminary Relief; collaborate with P. McGrady and A. Abboud regarding pleadings; draft Motion for Preliminary Relief; Draft Proposed Preliminary Relief Order. |
| 6/9/2007 | Elster, Jason B. | 1929286 | 7/16/2007 | 225 | 1.2 | $270.00 | Draft memorandum of law and prepare accompanying exhibits for filing. |
| 6/10/2007 | Elster, Jason B. | 1929286 | 7/16/2007 | 225 | 1.7 | $382.50 | Draft table of authorities and table of contents for memorandum of law. |
| 6/11/2007 | Elster, Jason B. | 1929286 | 7/16/2007 | 225 | 3.8 | $855.00 | Draft Summons; draft Civil Cover Sheet; multiple telephone conferences with local Dele ware counsel regarding filing requirements; collaborate with P. Del Aguila regarding motion to file documents under seal; draft memorandum of law; draft complaint; draft motion for preliminary relief. |
| 6/12/2007 | Elster, Jason B. | 1929286 | 7/16/2007 | 225 | 4.6 | $1,035.00 | Draft motion to file exhibits under seal; collaborate with P. Del Aguila regarding motion to seal; conference call with local counsel regarding redaction of explicit material in exhibits; collaborate with litigation team regarding redaction of explicit material in exhibits. |
| 6/13/2007 | Elster, Jason B. | 1929286 | 7/16/2007 | 225 | 2.3 | $517.50 | Collaborate with litigation team and local counsel regarding redaction of explicit material in exhibits; draft memorandum of law. |
| 6/14/2007 | Elster, Jason B. | 1929286 | 7/16/2007 | 225 | 0.6 | $135.00 | Research procedure for effecting service on T. Tong and tdtong ltd. under Delaware law; collaborate with local counsel regarding effecting service on T. Tong and tdtong ltd. under Delaware law. |
| 6/19/2007 | Elster, Jason B. | 1929286 | 7/16/2007 | 225 | 0.5 | $112.50 | Collaborate with P. Del Aguila regarding filing pleadings; draft declaration for Motion for Preliminary Injunction. |
| 6/22/2007 | Elster, Jason B. | 1929286 | 7/16/2007 | 225 | 0.5 | $112.50 | Draft Motion for Leave to serve Summons via Electronic Mail. |
| 6/26/2007 | Elster, Jason B. | 1929286 | 7/16/2007 | 225 | 0.2 | $45.00 | Collaborate with local counsel regarding Motion for Leave to effectuate Summons electronically. |
| 7/2/2007 | Elster, Jason B. | 1951706 | 8/16/2007 | 225 | 1.6 | $360.00 | Collaborate with litigation team regarding electronic service of process; prepare and coordinate electronic service of process on T. Tong and TDTong Ltd. |
| 7/3/2007 | Elster, Jason B. | 1951706 | 8/16/2007 | 225 | 0.9 | $202.50 | Effectuate electronic service of pleadings on T.Tong and TDTong Ltd. |
| 7/5/2007 | Elster, Jason B. | 1951706 | 8/16/2007 | 225 | 2.3 | $517.50 | Collaborate with Local Counsel regarding electronic service of process; telephone conference with in-house IT managers regarding electronic service of process; telephone conference with P. McGrady regarding electronic service of process; electronically serve pleadings on T. Tong and TDTong Ltd. |
| 7/6/2007 | Elster, Jason B. | 1951706 | 8/16/2007 | 225 | 3.5 | $787.50 | Collaborate with Litigation Team and Local Counsel regarding electronic service of process; effectuate process electronically on T. Tong and TDTong, Ltd.; draft letter to Estdomains Inc. regarding pending litigation. |
| 7/8/2007 | Elster, Jason B. | 1951706 | 8/16/2007 | 225 | 4 | $900.00 | Draft Motion for Continuance; draft Affidavit regarding electronic service of process. |
| 7/9/2007 | Elster, Jason B. | 1951706 | 8/16/2007 | 225 | 4.2 | $945.00 | Draft Motion for Continuance; draft affidavit regarding electronic service of process; collaborate with litigation team regarding service issues; effectuate electronic service of process on defendants. |
| 7/10/2007 | Elster, Jason B. | 1951706 | 8/16/2007 | 225 | 1.8 | $405.00 | Organize authenticated electronic service receipts; email with RPost.com technical support; telephone conference with S. Selzer regarding service. |
| 7/11/2007 | Elster, Jason B. | 1951706 | 8/16/2007 | 225 | 0.3 | $67.50 | Effectuate electronic service of continuance order on defendants. |
| 7/12/2007 | Elster, Jason B. | 1951706 | 8/16/2007 | 225 | 4.4 | $990.00 | Draft subpoenas to third-party domain name registrars; research whether a host of one of defendants' domain names has a U.S. agent or office. |
| 7/13/2007 | Elster, Jason B. | 1951706 | 8/16/2007 | 225 | 3 | $675.00 | Research procedure for serving subpoena on Czech company; draft Letter of Request and Motion for Issuance of Letter of Request. |
| 7/16/2007 | Elster, Jason B. | 1951706 | 8/16/2007 | 225 | 2 | $450.00 | Draft Letter of Request and Application for Letter of Request to subpoena documents from Exmasters.com. |
| 7/18/2007 | Elster, Jason B. | 1951706 | 8/16/2007 | 225 | 1.2 | $270.00 | Draft subpoenas to third-party registrars and domain name hosts. |

Qsoft Consulting Limited
101258.010100

| Date | TKPR Name | Bill Num | Bill Date | Rate per Hour | Bl Hrs | Billed Amt | Narrative |
|------|-----------|----------|-----------|---------------|--------|------------|-----------|
| 7/19/2007 | Elster, Jason B. | 1951706 | 8/16/2007 | 225 | 3.4 | $765.00 | Draft subpoenas to third-parties; coordinate issuance of third-party subpoenas with local GT offices; email local counsel regarding issuing subpoenas. |
| 7/20/2007 | Elster, Jason B. | 1951706 | 8/16/2007 | 225 | 0.7 | $157.50 | Email Application for Letter of Request and other subpoena materials to defendants' known email addresses. |
| 7/30/2007 | Elster, Jason B. | 1951706 | 8/16/2007 | 225 | 2 | $450.00 | Email translator regarding issuance of  Letter of Request; draft Motion for Entry of Default Judgment. |
| 7/31/2007 | Elster, Jason B. | 1951706 | 8/16/2007 | 225 | 3.6 | $810.00 | Coordinate translation of Letter of Request from English into Czech; draft motion for default judgment; collaborate with P. McGrady regarding preliminary injunction. |
| 8/1/2007 | Elster, Jason B. | 1975775 | 9/24/2007 | 225 | 1.1 | $247.50 | Coordinate service of letter of request to Czech website host, Exmasters; revise letter of request; collaborate with local counsel regarding preliminary injunction. |
| 8/2/2007 | Elster, Jason B. | 1975775 | 9/24/2007 | 225 | 0.4 | $90.00 | Collaborate with  A. Abboud regarding hearing on Motion for Preliminary Injunction; email local counsel regarding Motion for Preliminary Injunction. |
| 8/6/2007 | Elster, Jason B. | 1975775 | 9/24/2007 | 225 | 0.2 | $45.00 | Review results from Estdomains subpoena. |
| 8/9/2007 | Elster, Jason B. | 1975775 | 9/24/2007 | 225 | 3.3 | $742.50 | Analyze GoDaddy.com's response to subpoena regarding defendant's websites; draft Application for Letter of Request regarding Webmoney; draft Letter of Request regarding Webmoney; draft subpoena for Yahoo!, Inc.; email local counsel in Delaware and California regarding issuance of subpoenas. |
| 8/10/2007 | Elster, Jason B. | 1975775 | 9/24/2007 | 225 | 1.4 | $315.00 | Email local counsel regarding service of subpoenas; draft subpoena to Visa. |
| 8/13/2007 | Elster, Jason B. | 1975775 | 9/24/2007 | 225 | 0.6 | $135.00 | Telephone conferences with T. Reilly regarding Visa U.S.A. Inc., subpoena; draft cover letter for Visa U.S.A. Inc. subpoena; email local counsel regarding issuance of Visa U.S.A. Inc. subpoena. |
| 8/21/2007 | Elster, Jason B. | 1975775 | 9/24/2007 | 225 | 1.7 | $382.50 | Prepare letter of request to Webmoney and coordinate translation of same into Russian. |
| 8/30/2007 | Elster, Jason B. | 1975775 | 9/24/2007 | 225 | 0.6 | $135.00 | Telephone call with A. Abboud regarding status of subpoenas; review case file for dates and third-party contents of subpoena responses. |
| 8/31/2007 | Elster, Jason B. | 1975775 | 9/24/2007 | 225 | 0.2 | $45.00 | Collaborate with P. McGrady regarding discovery and litigation strategy. |
| 9/4/2007 | Elster, Jason B. | 1997666 | 10/19/2007 | 225 | 3.1 | $697.50 | Draft subpoena to be served on U.S. Bank National Association to identify source of defendants' funds; email litigation team regarding U.S. Bank subpoena; research entity information regarding issuer of credit cards; email local counsel regarding U.S. Bankcorp subpoena. |
| 9/5/2007 | Elster, Jason B. | 1997666 | 10/19/2007 | 225 | 2.1 | $472.50 | Email local counsel regarding subpoena responses; draft letter to the Czech Ministry of Justice; research authoritative evidence of <Exmasters.com>'s home country. |
| 9/6/2007 | Elster, Jason B. | 1997666 | 10/19/2007 | 225 | 1.7 | $382.50 | Draft letter to Czech Ministry of Justice regarding Exmasters subpoena; assemble materials to be included with letter; draft email to Czech Ministry of Justice regarding Exmasters subpoena. |
| 9/14/2007 | Elster, Jason B. | 1997666 | 10/19/2007 | 225 | 1.3 | $292.50 | Email Czech Ministry of Justice regarding Letter of Request and assemble materials for mailing; draft letter to Czech Ministry of Justice regarding Letter of Request. |
| 9/20/2007 | Elster, Jason B. | 1997666 | 10/19/2007 | 225 | 0.7 | $157.50 | Identify agent for service of process regarding U.S. Bank N.A. subpoena; email S. Selzer regarding subpoena. |
| 9/25/2007 | Elster, Jason B. | 1997666 | 10/19/2007 | 225 | 0.2 | $45.00 | Collaborate with A. Abboud regarding upcoming hearing. |
| 9/26/2007 | Elster, Jason B. | 1997666 | 10/19/2007 | 225 | 3.3 | $742.50 | Draft summary of investigation regarding defendants' identify for use in upcoming hearing. |
| 9/27/2007 | Elster, Jason B. | 1997666 | 10/19/2007 | 225 | 1.7 | $382.50 | Draft memorandum summarizing identity investigation regarding Teddy Tong and TD Tong Ltd. |
| 9/28/2007 | Elster, Jason B. | 1997666 | 10/19/2007 | 225 | 1.3 | $292.50 | Assemble materials regarding fact investigations for use in upcoming hearing. |
| 10/4/2007 | Elster, Jason B. | 2020317 | 11/14/2007 | 225 | 4.7 | $1,057.50 | Email P. Del Aguila, P. McGrady, and A. Abboud regarding damages prove-up; draft motion for entry of default; assemble exhibits to Motion for Entry of Default. |
| 10/5/2007 | Elster, Jason B. | 2020317 | 11/14/2007 | 225 | 3 | $675.00 | Draft motion for entry of default and assemble related exhibits; draft outline of requested relief for use in preparing for prove-up hearing. |
| 10/8/2007 | Elster, Jason B. | 2020317 | 11/14/2007 | 225 | 2.3 | $517.50 | Prepare materials for meeting to discuss evidence required for prove-up hearing. |
| 10/9/2007 | Elster, Jason B. | 2020317 | 11/14/2007 | 225 | 3.2 | $720.00 | Collaborate with P. Del Aguila and A. Abboud regarding default judgment motion and evidentiary basis to prove-up damages; draft motion for default judgment. |
| 10/10/2007 | Elster, Jason B. | 2020317 | 11/14/2007 | 225 | 1.7 | $382.50 | Draft proposed order regarding default judgment; draft motion for default judgment and permanent injunction. |
| 10/12/2007 | Elster, Jason B. | 2020317 | 11/14/2007 | 225 | 1.1 | $247.50 | Collaborate with A. Abboud regarding default judgment motion and damages prove-up hearing; telephone conference with A. Abboud and P. Del Aguila regarding evidence of spam messages for use in default judgment motion; instruct M. Scavo regarding identification of improperly acquired Gaydar accounts. |

Qsoft Consulting Limited
101258.010100

| Date | TKPR Name | Bill Num | Bill Date | Rate per Hour | Bl Hrs | Billed Amt | Narrative |
|------|-----------|----------|-----------|---------------|--------|------------|-----------|
| 10/15/2007 | Elster, Jason B. | 2020317 | 11/14/2007 | 225 | 1 | $225.00 | Draft motion for default judgment and statutory damages under the ACPA. |
| 10/16/2007 | Elster, Jason B. | 2020317 | 11/14/2007 | 225 | 0.5 | $112.50 | Draft motion for entry of default judgment and permanent injunction. |
| 10/18/2007 | Elster, Jason B. | 2020317 | 11/14/2007 | 225 | 0.7 | $157.50 | Draft Motion for Default Judgment and Permanent Injunction. |
| 10/19/2007 | Elster, Jason B. | 2020317 | 11/14/2007 | 225 | 3.8 | $855.00 | Draft subpoena to :Friends for information on identity of defendants; research corporate ownership structure of :Friends, WebPower, and Internet Friends Services for use in subpoena; telephone conference with J. Londot regarding service of subpoena in Florida; collaborate with P. McGrady regarding :Friends Subpoena and domain name transfer. |
| 10/22/2007 | Elster, Jason B. | 2020317 | 11/14/2007 | 225 | 1.6 | $360.00 | Draft subpoena to :Friends; collaborate with A. Abboud regarding motion for default judgment; review list of fraudulently obtained <Gaydar.com> accounts. |
| 10/23/2007 | Elster, Jason B. | 2020317 | 11/14/2007 | 225 | 7.6 | $1,710.00 | Draft motion for default judgment; initiate fee petition into motion for default judgment; draft affidavit regarding fee petition. |
| 10/24/2007 | Elster, Jason B. | 2020317 | 11/14/2007 | 225 | 2.9 | $652.50 | Draft motion for default judgment and fees; draft affidavit of A. Abboud regarding attorneys' fees. |
| 10/29/2007 | Elster, Jason B. | 2020317 | 11/14/2007 | 225 | 1 | $225.00 | Draft Motion for Entry of Default Judgment and attorneys' fees; research regarding attorneys' fees petition. |
| | **Elster, Jason B. Total** | | | 225 | 181.9 | $40,927.50 | |
| 12/6/2006 | McGrady, Paul D. | 1798078 | 1/10/2007 | 457.23 | 0.8 | $328.00 | Conduct reverse IP lookup to determine identity of spammer; review relevant websites of 3rd parties; draft email to C. Bell regarding strategy |
| 12/8/2006 | McGrady, Jr., Paul D. | 1798078 | 1/10/2007 | 457.23 | 0.3 | $123.00 | Review email from C. Bell; consideration of issues |
| 12/11/2006 | McGrady, Jr., Paul D. | 1798078 | 1/10/2007 | 457.23 | 0.6 | $246.00 | Draft email to C. Bell regarding causes of action and costs |
| 12/15/2006 | McGrady, Jr., Paul D. | 1798078 | 1/10/2007 | 457.23 | 0.4 | $164.00 | Review email from C. Bell; draft responsive email regarding complaint; teleconference with P. Del Aguila regarding counts for draft complaint and next steps |
| 12/19/2006 | McGrady, Jr., Paul D. | 1798078 | 1/10/2007 | 457.23 | 0.1 | $41.00 | Review use of <gayhost.org> for changes to content; evidence to file |
| 12/20/2006 | McGrady, Jr., Paul D. | 1798078 | 1/10/2007 | 457.23 | 0.1 | $41.00 | Review of daily modified content at <gayhost.org> (Teddy Tong's active website); evidence to file |
| 12/21/2006 | McGrady, Jr., Paul D. | 1798078 | 1/10/2007 | 457.23 | 2.5 | $1,025.00 | Review initial draft of complaint; return emailed draft to P. Del Aguila with suggestions for additional counts |
| 12/22/2006 | McGrady, Jr., Paul D. | 1798078 | 1/10/2007 | 457.23 | 1.8 | $738.00 | Review revised draft complaint; comments to P. Del Aguila |
| 12/22/2006 | McGrady, Jr., Paul D. | 1798078 | 1/10/2007 | 457.23 | 0.2 | $82.00 | Draft email to C. Bell attaching draft complaint |
| 1/19/2007 | McGrady, Jr., Paul D. | 1824989 | 2/15/2007 | 457.23 | 0.1 | $43.50 | Email to C. Bell regarding next steps |
| 2/20/2007 | McGrady, Jr., Paul D. | 1837859 | 3/8/2007 | 457.23 | 0.4 | $190.00 | Conference with T. Abboud and P. Del Aguila regarding final preparations to file the complaint and possible motion for preliminary injunction |
| 2/20/2007 | McGrady, Jr., Paul D. | 1837859 | 3/8/2007 | 457.23 | 0.3 | $142.50 | Draft email to C. Bell regarding "spam" communication examples and possible preliminary injunction |
| 2/21/2007 | McGrady, Jr., Paul D. | 1837859 | 3/8/2007 | 457.23 | 0.1 | $47.50 | Review email from C. Bell regarding next steps |
| 3/5/2007 | McGrady, Jr., Paul D. | 1865863 | 4/18/2007 | 457.23 | 0.2 | $95.00 | Review email from C. Bell regarding costs for possible prelim injunction as well as privacy aspects and examples fo messages from spammer; draft email to T. Abboud |
| 3/7/2007 | McGrady, Jr., Paul D. | 1865863 | 4/18/2007 | 457.23 | 0.4 | $190.00 | Review examples of spam emails |
| 3/23/2007 | McGrady, Jr., Paul D. | 1865863 | 4/18/2007 | 457.23 | 0.2 | $95.00 | Email to C. Bell regarding preliminary injunction scholarship |
| 3/29/2007 | McGrady, Jr., Paul D. | 1865863 | 4/18/2007 | 457.23 | 0.1 | $47.50 | Review email instructions from C. Bell regarding preliminary injunction; responsive email |
| 4/3/2007 | McGrady, Jr., Paul D. | 1881135 | 5/8/2007 | 457.23 | 0.4 | $190.00 | Conducting new reverse WHOIS search in anticipation of filing complaint; tracking back domain names owned by Teddy Tong for further evidence of identity or business affiliations |
| 4/5/2007 | McGrady, Jr., Paul D. | 1881135 | 5/8/2007 | 457.23 | 0.5 | $237.50 | Conference with J. Elster and P. Del Aguila regarding progress on preliminary injunction briefing; email to P. Del Aguila regarding presumption of harm in ACPA cases |
| 4/18/2007 | McGrady, Jr., Paul D. | 1881135 | 5/8/2007 | 457.23 | 0.4 | $190.00 | Log into client's system and "chat" with Teddy Tong's robot; conduct reverse WHOIS search on website the robot referred us to |
| 4/19/2007 | McGrady, Jr., Paul D. | 1881135 | 5/8/2007 | 457.23 | 2 | $950.00 | Review/revise brief in support of interim injunction |
| 4/20/2007 | McGrady, Jr., Paul D. | 1881135 | 5/8/2007 | 457.23 | 1 | $475.00 | Review of research related to CAN-SPAM and chat room; conference with J. Elster |
| 4/23/2007 | McGrady, Jr., Paul D. | 1881135 | 5/8/2007 | 457.23 | 0.3 | $142.50 | Review revised complaint; draft email to Colin Bell |
| 4/25/2007 | McGrady, Jr., Paul D. | 1881135 | 5/8/2007 | 457.23 | 0.3 | $142.50 | Review and reply to email from C. Bell regarding trademark information and spam leading to "myrealjocks.com" |
| 5/17/2007 | McGrady, Jr., Paul D. | 1904904 | 6/8/2007 | 457.23 | 0.3 | $142.50 | Review and respond to email from C. Bell |
| 5/18/2007 | McGrady, Jr., Paul D. | 1904904 | 6/8/2007 | 457.23 | 1.5 | $712.50 | Review/revise draft cease & desist to Teddy Tong |
| 5/20/2007 | McGrady, Jr., Paul D. | 1904904 | 6/8/2007 | 457.23 | 0.2 | $95.00 | Placing draft demand in final form and sending to C. Bell with comments |
| 5/30/2007 | McGrady, Jr., Paul D. | 1904904 | 6/8/2007 | 457.23 | 0.2 | $95.00 | Review and respond to instructions from C. Bell; draft instructions to J. Elster on demand letter and to P. Del Aguila regarding complaint and brief |
| 5/30/2007 | McGrady, Jr., Paul D. | 1904904 | 6/8/2007 | 457.23 | 0.1 | $47.50 | Final review and execution of demand letter to Tong |
| 5/30/2007 | McGrady, Jr., Paul D. | 1904904 | 6/8/2007 | 457.23 | 0.1 | $47.50 | Draft email to T. Tong |

Qsoft Consulting Limited
101258.010100

| Date | TKPR Name | Bill Num | Bill Date | Rate per Hour | Bl Hrs | Billed Amt | Narrative |
|---|---|---|---|---|---|---|---|
| 6/6/2007 | McGrady, Jr., Paul D. | 1929286 | 7/16/2007 | 457.23 | 0.5 | $237.50 | Review recent California decision on CAN-SPAM; draft email to C. Bell regarding Mr. Tong's failure to respond to demand letter and planned next steps |
| 6/12/2007 | McGrady, Jr., Paul D. | 1929286 | 7/16/2007 | 457.23 | 0.2 | $95.00 | Conference with J. Elster regarding redaction of pornographic exhibits |
| 6/13/2007 | McGrady, Jr., Paul D. | 1929286 | 7/16/2007 | 457.23 | 0.2 | $95.00 | Review and respond to email from K. Taylor regarding cupidocam |
| 6/14/2007 | McGrady, Jr., Paul D. | 1929286 | 7/16/2007 | 457.23 | 0.1 | $47.50 | Review email from T. Abboud regarding service on T. Tong's known addresses; draft responsive email regarding service and subpoena process |
| 6/14/2007 | McGrady, Jr., Paul D. | 1929286 | 7/16/2007 | 457.23 | 0.8 | $380.00 | Review emial from D. Detweiler regarding possible service on registrar; review registrar's agreement; draft responsive email; review reponsive emails regarding possibly serving through GoDaddy; draft response |
| 6/19/2007 | McGrady, Jr., Paul D. | 1929286 | 7/16/2007 | 457.23 | 0.2 | $95.00 | Receipt of confirmation of filing the complaint; draft email to K. Taylor |
| 6/21/2007 | McGrady, Jr., Paul D. | 1929286 | 7/16/2007 | 457.23 | 0.8 | $380.00 | Review email from DE office regarding judicial assigment, briefing schedule on preliminary motion, and email service; draft reply email; draft email to S. Seltzer regarding affidavits of false address; email exchange with P. Del Aguila regarding motion for service via email; review draft motion for service via emial preparedby P. Del Aguila and porovide comments to P. Del Aguila RE: the same |
| 6/27/2007 | McGrady, Jr., Paul D. | 1929286 | 7/16/2007 | 457.23 | 0.2 | $95.00 | Review and report to C. Bell Judge's order on electronic service of complaint and related documents |
| 6/28/2007 | McGrady, Jr., Paul D. | 1929286 | 7/16/2007 | 457.23 | 0.2 | $95.00 | Correspond and teleconference with C. Bell regarding press coverage of law suit |
| 7/5/2007 | McGrady, Jr., Paul D. | 1951706 | 8/16/2007 | 457.23 | 0.2 | $95.00 | Review/revise proposed press statement |
| 7/5/2007 | McGrady, Jr., Paul D. | 1951706 | 8/16/2007 | 457.23 | 0.3 | $142.50 | Conf. with J. Elster regarding electronic service efforts |
| 7/6/2007 | McGrady, Jr., Paul D. | 1951706 | 8/16/2007 | 457.23 | 0.4 | $190.00 | Conf. with T. Abboud regarding scheduling of the prelim. inj. hearing; email exchanges with T. Abboud and D. Detweiler regarding service on "webmaster" |
| 7/11/2007 | McGrady, Jr., Paul D. | 1951706 | 8/16/2007 | 457.23 | 0.4 | $190.00 | Review email exchange between Kat and Tony; review/revise draft email from Tony to Kat regarding next steps |
| 7/12/2007 | McGrady, Jr., Paul D. | 1951706 | 8/16/2007 | 457.23 | 0.5 | $237.50 | Email exchanges with T. Abboud and J. Elster regarding subpoenas to registrars and hosting companies; review of draft subpoena riders; email to J. Hayden regarding address of Tong's host |
| 7/16/2007 | McGrady, Jr., Paul D. | 1951706 | 8/16/2007 | 457.23 | 0.2 | $95.00 | Review email from J. Elster regarding subpoena for Exmasters; draft response with strategy |
| 7/18/2007 | McGrady, Jr., Paul D. | 1951706 | 8/16/2007 | 457.23 | 0.2 | $95.00 | Review/revise rider for subpoena to Exmasters |
| 7/19/2007 | McGrady, Jr., Paul D. | 1951706 | 8/16/2007 | 457.23 | 0.2 | $95.00 | Review email exchanges between J. Elster and Phoenix and Delaware offices regarding subpoenas to the registrars and letter request to the court for Hage Convention request for documents to Exmasters in Czech Rep. |
| 7/31/2007 | McGrady, Jr., Paul D. | 1951706 | 8/16/2007 | 457.23 | 0.1 | $47.50 | Email to J. Elster; P. Del Aguila, and T. Abboud RE: motioning up Prelim Inj hearing |
| 8/1/2007 | McGrady, Jr., Paul D. | 1975775 | 9/24/2007 | 457.23 | 0.1 | $47.50 | Review email from J. Elster to DE office regarding Prelim. Inj. hearing |
| 8/6/2007 | McGrady, Jr., Paul D. | 1975775 | 9/24/2007 | 457.23 | 0.8 | $380.00 | Review of subpoena response from EstDomains; review WHOIS and search results for additional domain names identified; draft email to J. Elster regarding second round of subpoenas based upon EstDomains' results |
| 8/9/2007 | McGrady, Jr., Paul D. | 1975775 | 9/24/2007 | 457.23 | 0.6 | $285.00 | Review subpoena response by GoDaddy and draft email to J. Elster regarding subpoena for more information about holders of email addresses and credit card nos. identified by GoDaddy |
| 8/10/2007 | McGrady, Jr., Paul D. | 1975775 | 9/24/2007 | 457.23 | 0.3 | $142.50 | Review email exchange with LA office regarding Yahoo! subpoena; draft report email to C. Bell on status |
| 8/17/2007 | McGrady, Jr., Paul D. | 1975775 | 9/24/2007 | 457.23 | 0.1 | $47.50 | Review Yahoo!'s initial respose to subpoena |
| 8/29/2007 | McGrady, Jr., Paul D. | 1975775 | 9/24/2007 | 457.23 | 0.1 | $47.50 | Review order from the court setting hearing on Prelim Inj. |
| 8/30/2007 | McGrady, Jr., Paul D. | 1975775 | 9/24/2007 | 457.23 | 0.1 | $47.50 | Review Czech Rep. response to request for judicial assistance; draft instruction email to J. Elster |
| 8/31/2007 | McGrady, Jr., Paul D. | 1975775 | 9/24/2007 | 457.23 | 0.1 | $47.50 | Email exchange with T. Abboud RE: client report email on status of preliminary injunction hearing |
| 9/4/2007 | McGrady, Jr., Paul D. | 1997666 | 10/19/2007 | 457.23 | 0.1 | $47.50 | Review Visa's reponse to subpoena; draft email to J. Elster regarding follow up subpoena to US Bank Corp. |
| 9/10/2007 | McGrady, Jr., Paul D. | 1997666 | 10/19/2007 | 457.23 | 0.2 | $95.00 | Review Yahoo! response to subpoena request |
| 9/13/2007 | McGrady, Jr., Paul D. | 1997666 | 10/19/2007 | 457.23 | 0.1 | $47.50 | Review response from CZ Rep. Ministry on request for assistance RE: exmasters Hosting |
| 9/18/2007 | McGrady, Jr., Paul D. | 1997666 | 10/19/2007 | 457.23 | 0.1 | $47.50 | Review of U.S. Bank's response to subpoena |
| 10/17/2007 | McGrady, Jr., Paul D. | 2020317 | 11/14/2007 | 457.23 | 0.3 | $142.50 | Conf. with T. Abboud RE: default judgement and damages |
| 10/19/2007 | McGrady, Jr., Paul D. | 2020317 | 11/14/2007 | 457.23 | 0.5 | $237.50 | Conf. with J. Elster RE: subpoena to iFriends; draft letter to registrar regarding transfer of domain names |
| **McGrady, Jr., Paul D. Total** | | | | 457.23 | 25.1 | $11,476.50 | |
| 10/15/2007 | Scavo, Maria | 2020317 | 11/14/2007 | 185 | 4.3 | $795.50 | Office conference with J. Elster regarding project; review spam e-mails and prepare list of account names used therein. |
| 10/17/2007 | Scavo, Maria | 2020317 | 11/14/2007 | 185 | 3.7 | $684.50 | Review spam e-mails and prepare list of account names used therein. |

Qsoft Consulting Limited
101258.010100

| Date | TKPR Name | Bill Num | Bill Date | Rate per Hour | Bl Hrs | Billed Amt | Narrative |
|---|---|---|---|---|---|---|---|
| 10/18/2007 | Scavo, Maria | 2020317 | 11/14/2007 | 185 | 3.8 | $703.00 | Complete review of spam e-mails and preparation of list of account names used therein. |
| | **Scavo, Maria Total** | | | 185 | 11.8 | **$2,183.00** | |
| 6/8/2007 | Selzer, Sandra G. M. | 1929286 | 7/16/2007 | 405 | 0.3 | $121.50 | Telephone call with Tony Abboud re: QSoft IP filing. |
| 6/8/2007 | Selzer, Sandra G. M. | 1929286 | 7/16/2007 | 405 | 1.6 | $648.00 | Review QSoft Complaint in preparation for possible filing. |
| 6/8/2007 | Selzer, Sandra G. M. | 1929286 | 7/16/2007 | 405 | 0.4 | $162.00 | Confer with E. Thomas re: QSoft filing. |
| 6/11/2007 | Selzer, Sandra G. M. | 1929286 | 7/16/2007 | 405 | 0.4 | $162.00 | Review and respond to several e-mails Jason Elster re: documents for filing. |
| 6/11/2007 | Selzer, Sandra G. M. | 1929286 | 7/16/2007 | 405 | 0.2 | $81.00 | Review initial draft of civil cover sheet. |
| 6/11/2007 | Selzer, Sandra G. M. | 1929286 | 7/16/2007 | 405 | 3 | $1,215.00 | Review exhibits for filing with complaint and preliminary injunction; copy and organize into sealed folders; confer with D. Detweiler re: same. |
| 6/11/2007 | Selzer, Sandra G. M. | 1929286 | 7/16/2007 | 405 | 0.3 | $121.50 | Confer with Jason Elster re: Motion to Seal. |
| 6/11/2007 | Selzer, Sandra G. M. | 1929286 | 7/16/2007 | 405 | 0.3 | $121.50 | Telephone call to Clerk's office re: material to be submitted under seal. |
| 6/11/2007 | Selzer, Sandra G. M. | 1929286 | 7/16/2007 | 405 | 0.4 | $162.00 | Draft e-mail to Tony Abboud and Jason Elster re: comments to Complaint and call with Clerk's office. |
| 6/11/2007 | Selzer, Sandra G. M. | 1929286 | 7/16/2007 | 405 | 0.2 | $81.00 | Confer with E. Thomas re: documents for filing. |
| 6/11/2007 | Selzer, Sandra G. M. | 1929286 | 7/16/2007 | 405 | 0.2 | $81.00 | E-mail to Jason Elster and Tony Abboud re: sealing of certain explicit exhibits. |
| 6/13/2007 | Selzer, Sandra G. M. | 1929286 | 7/16/2007 | 405 | 0.4 | $162.00 | Review and respond to e-mails re: exhibits for complaint and preliminary injunction (Detweiler, Abboud, Elster and McGrady). |
| 6/13/2007 | Selzer, Sandra G. M. | 1929286 | 7/16/2007 | 405 | 1.3 | $526.50 | Review and comment re: QSoft Complaint and case information sheet. |
| 6/13/2007 | Selzer, Sandra G. M. | 1929286 | 7/16/2007 | 405 | 1.2 | $486.00 | Review and comment re: motion for leave to file exhibits under seal; conform to Delaware. |
| 6/13/2007 | Selzer, Sandra G. M. | 1929286 | 7/16/2007 | 405 | 0.6 | $243.00 | Confer with E. Thomas re: revised exhibits. |
| 6/14/2007 | Selzer, Sandra G. M. | 1929286 | 7/16/2007 | 405 | 1.5 | $607.50 | Revise exhibits to be filed with Complaint and Motion for Preliminary Injunction. |
| 6/14/2007 | Selzer, Sandra G. M. | 1929286 | 7/16/2007 | 405 | 2 | $810.00 | Review and respond to e-mails from T. Abboud, J. Elster, P. McGrady and D. Detweiler re: service of process on tdtong and Teddy Tong; research re: same. |
| 6/14/2007 | Selzer, Sandra G. M. | 1929286 | 7/16/2007 | 405 | 0.7 | $283.50 | Edit memorandum of law in support of preliminary injunction motion. |
| 6/14/2007 | Selzer, Sandra G. M. | 1929286 | 7/16/2007 | 405 | 1.8 | $729.00 | Revise motion for leave to file exhibits under seal; including comments from D. Detweiler. |
| 6/14/2007 | Selzer, Sandra G. M. | 1929286 | 7/16/2007 | 405 | 0.9 | $364.50 | Review motion for preliminary injunction; revise with comments from D. Detweiler. |
| 6/15/2007 | Selzer, Sandra G. M. | 1929286 | 7/16/2007 | 405 | 0.4 | $162.00 | Edit Memorandum of Law in Support of Preliminary injunction Motion. |
| 6/15/2007 | Selzer, Sandra G. M. | 1929286 | 7/16/2007 | 405 | 0.6 | $243.00 | Review and edit Complaint. |
| 6/15/2007 | Selzer, Sandra G. M. | 1929286 | 7/16/2007 | 405 | 0.2 | $81.00 | Review and comment re: Civil Cover Sheet. |
| 6/15/2007 | Selzer, Sandra G. M. | 1929286 | 7/16/2007 | 405 | 0.1 | $40.50 | Confer with E. Thomas re: preparation for filing. |
| 6/18/2007 | Selzer, Sandra G. M. | 1929286 | 7/16/2007 | 405 | 1.5 | $607.50 | Review memorandum in support of preliminary injunction. |
| 6/19/2007 | Selzer, Sandra G. M. | 1929286 | 7/16/2007 | 405 | 0.7 | $283.50 | Edit memorandum of law in support of preliminary injunction motion. |
| 6/19/2007 | Selzer, Sandra G. M. | 1929286 | 7/16/2007 | 405 | 0.2 | $81.00 | Review changes to complaint. |
| 6/19/2007 | Selzer, Sandra G. M. | 1929286 | 7/16/2007 | 405 | 0.2 | $81.00 | Review and comment re: summonses for complaint. |
| 6/20/2007 | Selzer, Sandra G. M. | 1929286 | 7/16/2007 | 405 | 2.5 | $1,012.50 | Finalize and prepare for filing complaint, summonses; motion for preliminary injunction, memorandum in support of preliminary injunctions; motion to seal; sealed exhibits. |
| 6/20/2007 | Selzer, Sandra G. M. | 1929286 | 7/16/2007 | 405 | 0.5 | $202.50 | Prepare letter to court re: filing of complaint and related pleadings. |
| 6/21/2007 | Selzer, Sandra G. M. | 1929286 | 7/16/2007 | 405 | 0.3 | $121.50 | Telephone call fro Judge Farnan's chambers re: scheduling of preliminary injunction and circulate dates to group. |
| 6/21/2007 | Selzer, Sandra G. M. | 1929286 | 7/16/2007 | 405 | 0.3 | $121.50 | Review e-mails from D. Detweiler, P. McGrady and T. Abboud re: additional service and motion for electronic service. |
| 6/22/2007 | Selzer, Sandra G. M. | 1929286 | 7/16/2007 | 405 | 0.2 | $81.00 | Review and respond to e-mail from D. Detweiler re: additional service on Secretary of State and registered mail. |
| 6/22/2007 | Selzer, Sandra G. M. | 1929286 | 7/16/2007 | 405 | 0.6 | $243.00 | Review motion to serve summons via e-mail. |
| 6/25/2007 | Selzer, Sandra G. M. | 1929286 | 7/16/2007 | 405 | 2.7 | $1,093.50 | Revise and forward comments to T. Abboud, P. McGrady, D. Detweiler, J. Elster and P. DelAquia re: motion to serve summons electronically. |
| 6/25/2007 | Selzer, Sandra G. M. | 1929286 | 7/16/2007 | 405 | 0.1 | $40.50 | E-mail to R. Green re: sample of motion for leave to serve electronically and review response. |
| 6/26/2007 | Selzer, Sandra G. M. | 1929286 | 7/16/2007 | 405 | 1.3 | $526.50 | Finalize motion to serve summons electronically and prepare for filing; confer with E. Thomas re: exhibits and proper filing category. |
| 6/26/2007 | Selzer, Sandra G. M. | 1929286 | 7/16/2007 | 405 | 0.2 | $81.00 | Review and respond to e-mail from J. Elster and D. Detweiler re: filing of motion to serve summons electronically. |
| 6/27/2007 | Selzer, Sandra G. M. | 1975775 | 9/24/2007 | 405 | 0.5 | $202.50 | Draft synopsis of QSoft and order granting leave to effectuate service via electronic means. |
| 6/27/2007 | Selzer, Sandra G. M. | 1929286 | 7/16/2007 | 405 | 0.3 | $121.50 | Review order from Court re: filing and service of summons and related pleadings electronically and forward to D. Detweiler, T. Abboud, P. McGrady, P. DelAquia, J. Elster. |
| 6/27/2007 | Selzer, Sandra G. M. | 1929286 | 7/16/2007 | 405 | 0.2 | $81.00 | Draft e-mail to R. Green re: electronic service. |

Qsoft Consulting Limited
101258.010100

| Date | TKPR Name | Bill Num | Bill Date | Rate per Hour | Bl Hrs | Billed Amt | Narrative |
|------|-----------|----------|-----------|---------------|--------|------------|-----------|
| 6/28/2007 | Selzer, Sandra G. M. | 1929286 | 7/16/2007 | 405 | 0.2 | $81.00 | Forward QSoft news article to Tony Abboud, Paul McGrady, Jason Elster and Paul DelAguia. |
| 7/2/2007 | Selzer, Sandra G. M. | 1951706 | 8/16/2007 | 405 | 0.1 | $40.50 | Draft e-mail to J. Elster and P. DelAguila re: documentation of electronic service. |
| 7/3/2007 | Selzer, Sandra G. M. | 1951706 | 8/16/2007 | 405 | 0.2 | $81.00 | Review e-mail from J. Elster re: service of pleadings via electronic means. |
| 7/5/2007 | Selzer, Sandra G. M. | 1951706 | 8/16/2007 | 405 | 0.6 | $243.00 | Draft e-mails to J. Elster re: authentication and review responses; telephone call re: same. |
| 7/5/2007 | Selzer, Sandra G. M. | 1951706 | 8/16/2007 | 405 | 0.6 | $243.00 | Review authentications re: electronic service; confer with E. Thomas re: filing of same. |
| 7/6/2007 | Selzer, Sandra G. M. | 1951706 | 8/16/2007 | 405 | 0.2 | $81.00 | Confer with D. Detweiler re: continuance motion. |
| 7/6/2007 | Selzer, Sandra G. M. | 1951706 | 8/16/2007 | 405 | 0.3 | $121.50 | Review and sign certificate of service re: electronic service of coversheet, patent infringement motion, patent infringement memorandum, motion for leave to file under seal summonses. |
| 7/6/2007 | Selzer, Sandra G. M. | 1951706 | 8/16/2007 | 405 | 0.7 | $283.50 | Review and respond to e-mails from D. Detweiler, P. McGrady and J. Elster re: continuance motion. |
| 7/9/2007 | Selzer, Sandra G. M. | 1951706 | 8/16/2007 | 405 | 2.87 | $1,162.35 | Review and revise continuance motion and prepare for filing; review Elster Declaration. |
| 7/9/2007 | Selzer, Sandra G. M. | 1951706 | 8/16/2007 | 405 | 0.3 | $121.50 | Review and sign certificate of service re: Exhibits F, G, H, I to Complaint. |
| 7/9/2007 | Selzer, Sandra G. M. | 1951706 | 8/16/2007 | 405 | 0.3 | $121.50 | Telephone call from J. Elster re: service and continuance motion. |
| 7/10/2007 | Selzer, Sandra G. M. | 1951706 | 8/16/2007 | 405 | 0.8 | $324.00 | Finalize continuance motion order and submit to court. |
| 7/10/2007 | Selzer, Sandra G. M. | 1951706 | 8/16/2007 | 405 | 0.3 | $121.50 | Confer with E. Thomas re: service of continuance order. |
| 7/10/2007 | Selzer, Sandra G. M. | 1951706 | 8/16/2007 | 405 | 0.4 | $162.00 | Review authenticated receipts. |
| 7/11/2007 | Selzer, Sandra G. M. | 1951706 | 8/16/2007 | 405 | 0.2 | $81.00 | Review authentication for service of continuance order. |
| 7/12/2007 | Selzer, Sandra G. M. | 1951706 | 8/16/2007 | 405 | 0.5 | $202.50 | Review and sign pro hac motions for Abboud, Elster, McGracy, DelAguila. |
| 7/12/2007 | Selzer, Sandra G. M. | 1951706 | 8/16/2007 | 405 | 0.6 | $243.00 | Review and sign certificates of service re: Complaint, Exhibits A, B, C and E; Exhibits D and 1; Exhibits 2, 3, 4, 5, 6 and 9; and sealed Exhibits 7 and 8. |
| 7/12/2007 | Selzer, Sandra G. M. | 1951706 | 8/16/2007 | 405 | 0.2 | $81.00 | Review and sign certificates of service for motion for continuance. |
| 7/13/2007 | Selzer, Sandra G. M. | 1951706 | 8/16/2007 | 405 | 0.7 | $283.50 | Review and sign notices of completion of service with E. Thomas re: same. |
| 7/16/2007 | Selzer, Sandra G. M. | 1951706 | 8/16/2007 | 405 | 0.2 | $81.00 | E-mail to T. Abboud, P. McGrady and J. Elster re: pro hac orders. |
| 7/19/2007 | Selzer, Sandra G. M. | 1951706 | 8/16/2007 | 405 | 1.8 | $729.00 | Review application for letter request and send comments to Detweiler, Abboud, Elster, McGrady, DelAguila. |
| 7/19/2007 | Selzer, Sandra G. M. | 1951706 | 8/16/2007 | 405 | 0.4 | $162.00 | Review Rule 45 subpoena (estdomains). |
| 7/19/2007 | Selzer, Sandra G. M. | 1951706 | 8/16/2007 | 405 | 0.3 | $121.50 | E-mail to J. Elster, A. Abboud, D. Detweiler and P. DelAguila re: comments to subpoenas (Estdomains). |
| 7/20/2007 | Selzer, Sandra G. M. | 1951706 | 8/16/2007 | 405 | 1.7 | $688.50 | Finalize and prepare for filing of application for letter request; confer with E. Thomas and B. Cintorino re: same. |
| 7/20/2007 | Selzer, Sandra G. M. | 1951706 | 8/16/2007 | 405 | 1 | $405.00 | Prepare second Rule 45 subpoena to be served on estdomains registered agent. |
| 7/20/2007 | Selzer, Sandra G. M. | 1951706 | 8/16/2007 | 405 | 0.5 | $202.50 | Finalize Rule 45 subpoena (Estdomains). |
| 7/20/2007 | Selzer, Sandra G. M. | 1951706 | 8/16/2007 | 405 | 1.5 | $607.50 | Prepare Rule 45 subpoenas for service and draft letter re: same. |
| 7/20/2007 | Selzer, Sandra G. M. | 1951706 | 8/16/2007 | 405 | 0.3 | $121.50 | Review and respond to e-mails from J. Elster re: service of subpoenas. |
| 7/23/2007 | Selzer, Sandra G. M. | 1951706 | 8/16/2007 | 405 | 0.3 | $121.50 | Confer with L. Thomas regarding QSoft letter request. |
| 8/6/2007 | Selzer, Sandra G. M. | 1975775 | 9/24/2007 | 405 | 0.4 | $162.00 | Review response from estdomains and forward to T. Abboud, P. McGrady, P. DelAquia and J. Elster; review e-mail from P. McGrady re: same. |
| 8/10/2007 | Selzer, Sandra G. M. | 1975775 | 9/24/2007 | 405 | 1.2 | $486.00 | Review and finalize for filing Application for Letter Request - Russian Federation. |
| 8/22/2007 | Selzer, Sandra G. M. | 1975775 | 9/24/2007 | 405 | 0.6 | $243.00 | Draft and send letter to court re: preliminary injunction hearing; service of letter on avraam02@yahoo.com, canvasfaintdiseased@yahoo.com, maneflauntaloud25@yahoo.com, undoblewsolebeside@yahoo.com; confer with E. Thomas re: same |
| 8/27/2007 | Selzer, Sandra G. M. | 1975775 | 9/24/2007 | 405 | 0.3 | $121.50 | Phone call to court re: scheduling of preliminary injunction hearing. |
| 8/28/2007 | Selzer, Sandra G. M. | 1975775 | 9/24/2007 | 405 | 0.2 | $81.00 | Phone call to court re: preliminary injunction hearing date; follow up with Tony Abboud. |
| 8/29/2007 | Selzer, Sandra G. M. | 1975775 | 9/24/2007 | 405 | 0.3 | $121.50 | Review returned letter request; circulate to Tony Abboud and Jason Elster. |
| 8/31/2007 | Selzer, Sandra G. M. | 1975775 | 9/24/2007 | 405 | 0.7 | $283.50 | Review and sign initial disclosures |
| 9/18/2007 | Selzer, Sandra G. M. | 1997666 | 10/19/2007 | 405 | 0.2 | $81.00 | Review letter from US Bank regarding subpoena and circulate to P McGrady, T Abboud and J Elster |
| 9/20/2007 | Selzer, Sandra G. M. | 1997666 | 10/19/2007 | 405 | 0.4 | $162.00 | Review and sign US Bank Subpoena |
| 9/28/2007 | Selzer, Sandra G. M. | 1997666 | 10/19/2007 | 405 | 0.2 | $81.00 | Confer with E Thomas regarding sending litigation subpoenas issued from Delaware to J Elster |
| | **Selzer, Sandra G. M. Total** | | | 405 | 53.87 | **$21,817.35** | |
| 6/8/2007 | Thomas, Elizabeth | 1929286 | 7/16/2007 | 190 | 0.8 | $152.00 | Confer with S. Selzer and D. Detweiler re: preparation for filing complaint; draft cover sheet for same; follow up with court re: filing of PI motion with complaint |

Qsoft Consulting Limited
101258.010100

| Date | TKPR Name | Bill Num | Bill Date | Rate per Hour | Bl Hrs | Billed Amt | Narrative |
|---|---|---|---|---|---|---|---|
| 6/8/2007 | Thomas, Elizabeth | 1929286 | 7/16/2007 | 190 | 0.3 | $57.00 | Research for S. Selzer on filing under seal in District Ct. |
| 6/11/2007 | Thomas, Elizabeth | 1929286 | 7/16/2007 | 190 | 0.1 | $19.00 | Follow up with S. Selzer re: filing of complaint and related pleadings including under seal documents |
| 6/11/2007 | Thomas, Elizabeth | 1929286 | 7/16/2007 | 190 | 0.1 | $19.00 | Finalize cover sheet for proceeding |
| 6/11/2007 | Thomas, Elizabeth | 1929286 | 7/16/2007 | 190 | 1 | $190.00 | Follow up re: under seal exhibits; prepare cover sheets for submission of same; being preparing CD of documents for submission to court; forward summons form to S. Elster |
| 6/13/2007 | Thomas, Elizabeth | 1929286 | 7/16/2007 | 190 | 0.2 | $38.00 | Update exhibits for complaint and declaration |
| 6/14/2007 | Thomas, Elizabeth | 1929286 | 7/16/2007 | 190 | 0.3 | $57.00 | Assist in finalizing exhibits for submission to court under seal |
| 6/15/2007 | Thomas, Elizabeth | 1929286 | 7/16/2007 | 190 | 0.4 | $76.00 | Follow up with S. Selzer re: filing procedure and preparation incl with B. Cintorino |
| 6/19/2007 | Thomas, Elizabeth | 1929286 | 7/16/2007 | 190 | 1.5 | $285.00 | Follow up with S. Selzer re: filing preparation; prepare complaint and supporting documents and motion for filing with the court; file same |
| 6/19/2007 | Thomas, Elizabeth | 1929286 | 7/16/2007 | 190 | 0.4 | $76.00 | Follow up with court re: pdf files of documents and forward same |
| 6/20/2007 | Thomas, Elizabeth | 1929286 | 7/16/2007 | 190 | 0.4 | $76.00 | Prepare summons for process server with documents to be served |
| 6/21/2007 | Thomas, Elizabeth | 1929286 | 7/16/2007 | 190 | 0.5 | $95.00 | Call with process server re: service issues and follow up with S. Selzer re: same; serve documents via registered to defendants |
| 6/21/2007 | Thomas, Elizabeth | 1929286 | 7/16/2007 | 190 | 0.1 | $19.00 | Distribute notices re: upcoming deadlines |
| 6/22/2007 | Thomas, Elizabeth | 1929286 | 7/16/2007 | 190 | 0.1 | $19.00 | Call with process server re: affidavit regarding service |
| 6/25/2007 | Thomas, Elizabeth | 1929286 | 7/16/2007 | 190 | 0.4 | $76.00 | Perfect, efile proofs of service re: service upon defendants via Secretary of State and declaration of inability to personally serve |
| 6/25/2007 | Thomas, Elizabeth | 1929286 | 7/16/2007 | 190 | 0.1 | $19.00 | Case file maintenance |
| 6/26/2007 | Thomas, Elizabeth | 1929286 | 7/16/2007 | 190 | 1.2 | $228.00 | Confer with S. Selzer re: filing of motion to serve electronically; call to court re: same; compile exhibits and unreported decisions for same; prepare certificate of service to motion; perfect, efile and serve motion; forward copy of same to court |
| 7/2/2007 | Thomas, Elizabeth | 1951706 | 8/16/2007 | 190 | 0.1 | $19.00 | Forward scheduling order to J. Elster |
| 7/3/2007 | Thomas, Elizabeth | 1951706 | 8/16/2007 | 190 | 0.2 | $38.00 | Compile, forward exhibits filed under seal to J. Elster |
| 7/6/2007 | Thomas, Elizabeth | 1951706 | 8/16/2007 | 190 | 0.4 | $76.00 | Prepare certificate of service for electronic service of documents; perfect, efile same |
| 7/9/2007 | Thomas, Elizabeth | 1951706 | 8/16/2007 | 190 | 0.3 | $57.00 | Prepare certificate of service re: certain exhibits of complaint served electronically; perfect, efile same |
| 7/9/2007 | Thomas, Elizabeth | 1951706 | 8/16/2007 | 190 | 0.5 | $95.00 | Confer with S. Selzer re: filing service of motion for brief continuance; prepare certificate of service for same; perfect, efile and serve motion |
| 7/10/2007 | Thomas, Elizabeth | 1951706 | 8/16/2007 | 190 | 0.1 | $19.00 | Forward copy of motion to court |
| 7/10/2007 | Thomas, Elizabeth | 1951706 | 8/16/2007 | 190 | 0.1 | $19.00 | Distribute order continuing hearing and related dates |
| 7/10/2007 | Thomas, Elizabeth | 1951706 | 8/16/2007 | 190 | 0.1 | $19.00 | Perfect, efile proposed order granting motion for continuance; forward same to court |
| 7/10/2007 | Thomas, Elizabeth | 1951706 | 8/16/2007 | 190 | 0.7 | $133.00 | Prepare certificate of service for additional documents served electronically and review list of documents served for completion; follow up with S. Selzer re: same |
| 7/10/2007 | Thomas, Elizabeth | 1951706 | 8/16/2007 | 190 | 0.1 | $19.00 | Follow up re: pro hac motions |
| 7/11/2007 | Thomas, Elizabeth | 1951706 | 8/16/2007 | 190 | 0.3 | $57.00 | Confer with S. Selzer re: service of order granting continuance; serve same via registered mail; prepare certificate of service re: same |
| 7/12/2007 | Thomas, Elizabeth | 1951706 | 8/16/2007 | 190 | 0.3 | $57.00 | Perfect, efile pro hac vice motions; forward same for admission payment and approval |
| 7/12/2007 | Thomas, Elizabeth | 1951706 | 8/16/2007 | 190 | 0.7 | $133.00 | Prepare certificate of service (2) for additional service of documents via e-service; perfect, efile certificate of service (3) re: e-service and certificate of service re: order granting continuance |
| 7/12/2007 | Thomas, Elizabeth | 1951706 | 8/16/2007 | 190 | 0.8 | $152.00 | Draft notices of e-service |
| 7/13/2007 | Thomas, Elizabeth | 1951706 | 8/16/2007 | 190 | 1.3 | $247.00 | Finalize notification of service of pleadings and perfect, efile same (3) re: complaint summonses, PI motion and memorandum, and motion for leave |
| 7/23/2007 | Thomas, Elizabeth | 1951706 | 8/16/2007 | 190 | 0.1 | $19.00 | Follow up with S. Selzer re: order approving expedited application and subpoena |
| 7/24/2007 | Thomas, Elizabeth | 1951706 | 8/16/2007 | 190 | 0.1 | $19.00 | Coordinate retrieval of certified request letter from the court |
| 7/24/2007 | Thomas, Elizabeth | 1951706 | 8/16/2007 | 190 | 0.2 | $38.00 | Prepare certificate of service re: application for issuance of letter request and subpoenas (courtesy copies) |
| 7/24/2007 | Thomas, Elizabeth | 1951706 | 8/16/2007 | 190 | 0.1 | $19.00 | Follow up re: Del Aguila pro hac order |
| 7/25/2007 | Thomas, Elizabeth | 1951706 | 8/16/2007 | 190 | 0.1 | $19.00 | Perfect, efile certificate of service re: expedited application and subpoenas |
| 7/26/2007 | Thomas, Elizabeth | 1951706 | 8/16/2007 | 190 | 0.5 | $95.00 | Perfect, efile proof of service of process server re: subpoenas on estdomains |
| 8/10/2007 | Thomas, Elizabeth | 1975775 | 9/24/2007 | 190 | 0.5 | $95.00 | Prepare certificate of service for application for issuance of letter request for document production by Webmoney; perfect, efile and serve application |
| 8/15/2007 | Thomas, Elizabeth | 1975775 | 9/24/2007 | 190 | 0.1 | $19.00 | Follow up with S. Selzer re: approved request for international judicial assistance |
| 8/16/2007 | Thomas, Elizabeth | 1975775 | 9/24/2007 | 190 | 0.2 | $38.00 | Confer with S. Selzer re: approved request; forward same to J. Elster |
| 8/22/2007 | Thomas, Elizabeth | 1975775 | 9/24/2007 | 190 | 0.2 | $38.00 | Perfect, efile letter to the court; forward same to Judge |

Qsoft Consulting Limited
101258.010100

| Date | TKPR Name | Bill Num | Bill Date | Rate per Hour | Bl Hrs | Billed Amt | Narrative |
|------|-----------|----------|-----------|---------------|--------|------------|-----------|
| 8/28/2007 | Thomas, Elizabeth | 1975775 | 9/24/2007 | 190 | 0.1 | $19.00 | Distribute hearing order and calendar notices re: same. |
| 9/4/2007 | Thomas, Elizabeth | 1997666 | 10/19/2007 | 190 | 0.1 | $19.00 | Prepare subpoena for service. |
| 9/5/2007 | Thomas, Elizabeth | 1997666 | 10/19/2007 | 190 | 0.5 | $95.00 | Finalize subpoena for process server; forward same. |
| 9/20/2007 | Thomas, Elizabeth | 1997666 | 10/19/2007 | 190 | 0.2 | $38.00 | Prepare US Bank subpoena; coordinate service of same. |
| 9/28/2007 | Thomas, Elizabeth | 1997666 | 10/19/2007 | 190 | 0.2 | $38.00 | Perfect, efile proof of service re: subpoena on US Bankruptcy; forward subpoenas to Selster. |
| 10/1/2007 | Thomas, Elizabeth | 2020317 | 11/14/2007 | 190 | 0.2 | $38.00 | Assist T. Abboud for hearing preparation. |
| | Thomas, Elizabeth Total | | | 190 | 17.3 | $3,287.00 | |
| | Grand Total | | | | 425.67 | $135,598.35 | |

# EXHIBIT 2

Qsoft Consulting Limited
101258.010100

| Date | Bill Num | Cost Code | Billed Amt | Narrative |
|---|---|---|---|---|
| 4/25/2007 | 1881135 | COPY | $0.15 | Copy; 1 Page(s) by 007611 |
| 6/5/2007 | 1929286 | COPY | $3.30 | Copy; 22 Page(s) by 015985 |
| 6/8/2007 | 1929286 | COPY | $0.60 | Copy; 4 Page(s) by 015985 |
| 6/9/2007 | 1929286 | COPY | $6.90 | Copy; 46 Page(s) by 015324 |
| 6/9/2007 | 1929286 | COPY | $1.80 | Copy; 12 Page(s) by 015324 |
| 6/11/2007 | 1929286 | COPY | $1.05 | Copy; 7 Page(s) by 006390 |
| 6/13/2007 | 1929286 | COPY | $1.65 | Copy; 11 Page(s) by 007707 |
| 6/13/2007 | 1929286 | COPY | $3.90 | Copy; 26 Page(s) by 007504  4 ELSTER |
| 6/14/2007 | 1929286 | COPY | $3.15 | Copy; 21 Page(s) by 006390 |
| 6/19/2007 | 1929286 | COPY | $221.40 | Copy; 1476 Page(s) by 000018 |
| 6/21/2007 | 1929286 | COPY | $3.60 | Copy; 24 Page(s) by 000018  X2 |
| 6/21/2007 | 1929286 | COPY | $161.25 | Copy; 1075 Page(s) by 000018  X4 |
| 6/25/2007 | 1929286 | COPY | $0.75 | Copy; 5 Page(s) by 006390 |
| 6/26/2007 | 1929286 | COPY | $0.75 | Copy; 5 Page(s) by 006390 |
| 6/26/2007 | 1929286 | COPY | $30.30 | Copy; 202 Page(s) by 006390 |
| 7/6/2007 | 1951706 | COPY | $19.35 | Copy; 129 Page(s) by 015985 |
| 7/6/2007 | 1951706 | COPY | $19.80 | Copy; 132 Page(s) by 015985 |
| 7/6/2007 | 1951706 | COPY | $1.80 | Copy; 12 Page(s) by 015985 |
| 7/6/2007 | 1951706 | COPY | $0.15 | Copy; 1 Page(s) by 015324 |
| 7/9/2007 | 1951706 | COPY | $10.05 | Copy; 67 Page(s) by 006390 |
| 7/10/2007 | 1951706 | COPY | $0.30 | Copy; 2 Page(s) by 006390 |
| 7/11/2007 | 1951706 | COPY | $0.60 | Copy; 4 Page(s) by 006390 |
| 7/12/2007 | 1951706 | COPY | $1.80 | Copy; 12 Page(s) by 006390 |
| 7/12/2007 | 1951706 | COPY | $1.20 | Copy; 8 Page(s) by 006390 |
| 7/13/2007 | 1951706 | COPY | $12.45 | Copy; 83 Page(s) by 006390 |
| 7/13/2007 | 1951706 | COPY | $1.35 | Copy; 9 Page(s) by 006390 |
| 7/20/2007 | 1951706 | COPY | $4.20 | Copy; 28 Page(s) by 016156 |
| 7/20/2007 | 1951706 | COPY | $15.45 | Copy; 103 Page(s) by 005430 |
| 7/20/2007 | 1951706 | COPY | $3.60 | Copy; 24 Page(s) by 005430 |
| 7/20/2007 | 1951706 | COPY | $3.15 | Copy; 21 Page(s) by 016156 |
| 7/25/2007 | 1951706 | COPY | $8.55 | Copy; 57 Page(s) by 016550 |
| 8/10/2007 | 1975775 | COPY | $12.75 | Copy; 85 Page(s) by 006390 |
| 8/16/2007 | 1975775 | COPY | $1.20 | Copy; 8 Page(s) by 006390 |
| 8/22/2007 | 1975775 | COPY | $0.30 | Copy; 2 Page(s) by 006390 |
| 9/5/2007 | 1997666 | COPY | $1.65 | Copy; 11 Page(s) by 006390 |
| 9/28/2007 | 1997666 | COPY | $2.10 | Copy; 14 Page(s) by 016808  J.ELSTER COPIES |
| | | COPY Total | $562.35 | |
| | | | | |
| 5/30/2007 | 1929286 | FEDEX | $11.31 | VENDOR: FedEx INVOICE#: 208369023 DATE: 6/8/2007  Tracking #791310334536; From: Doreen Buczek, Greenberg Traurig, 77 West Wacker Drive, Chicago, IL 60601;  To: Teddy Tong, Information Not Supplied, Lengting Ave. 14-51, San Francisco, CA 94104 |
| 5/30/2007 | 1929286 | FEDEX | $12.39 | VENDOR: FedEx INVOICE#: 209671543 DATE: 6/15/2007  Tracking #799148991343; From: Doreen Buczek, Greenberg Traurig, 77 West Wacker Drive, Chicago, IL 60601;  To: Teddy Tong, Information Not Supplied, 45 10-th Ave #19, Princeton, NJ 08540 |
| 6/7/2007 | 1929286 | FEDEX | $6.05 | VENDOR: FedEx INVOICE#: 209671543 DATE: 6/15/2007  Tracking #692886706230; From: Fedex, Pria Station, 21 Thomas J Rhodes Industrial, Trenton, NJ 08619;  To: Returns Atten: Doreen Buczek, Greenberg Traurig, 77 West Wacker Drive, Chicago, IL 60601 |
| 7/25/2007 | 1975775 | FEDEX | $9.95 | VENDOR: FedEx INVOICE#: 218530840 DATE: 8/3/2007  Tracking #790791338780; From: Jason Sparklin, Greenberg Traurig, 1007 N. Orange Suite1200, Wilmington, DE 19801;  To: Jason Elster, Greenberg Traurig [chicago], 77 Wacker Dr., Chicago, IL 60601 |
| 8/16/2007 | 1975775 | FEDEX | $10.00 | VENDOR: FedEx INVOICE#: 222410066 DATE: 8/24/2007  Tracking #799695300580; From: Jason Sparklin, Greenberg Traurig, 1007 N. Orange Suite1200, Wilmington, DE 19801;  To: Jason Elster, Greenberg Traurig [chicago], 77 Wacker Dr., Chicago, IL 60601 |
| 9/6/2007 | 1997666 | FEDEX | $55.88 | VENDOR: FedEx INVOICE#: 813768741 DATE: 9/18/2007  Tracking #792556016370; From: Nancy Poulton, Greenberg Traurig, 77 West Wacker Drive, Suite 2500Chicago, IL 60601;  To: Hana Koubkova, Ministerstvo Spravedlnosti Ceske R, 128 10 Praha 2, Vysehradska 16Ceska Republika, |
| 9/14/2007 | 1997666 | FEDEX | $55.88 | VENDOR: FedEx INVOICE#: 814052440 DATE: 9/25/2007  Tracking #792561894505; From: Nancy Poulton, Greenberg Traurig, 77 West Wacker Drive, Suite 2500Chicago, IL 60601;  To: Hana Koubkova, Information Not Supplied, Ministerstvo Spravedlnosti Ceske R, 128 10 Praha 2Vysehradski 16, 16 |
| 9/28/2007 | 2020317 | FEDEX | $24.35 | VENDOR: FedEx INVOICE#: 230024900 DATE: 10/5/2007  Tracking #791773038230; From: Jason Elster, Greenberg Traurig, 77 West Wacker Drive, Chicago, IL 60601;  To: Donald Detweiler, Greenberg Traurig, 1007 N Orange St Ste 1200, Wilmington, DE 19801 |
| 10/1/2007 | 2020317 | FEDEX | $28.08 | VENDOR: FedEx INVOICE#: 230027516 DATE: 10/5/2007  Tracking #798775829967; From: Alison Przybylek, Information Not Supplied, 1007 N. Orange St., Wilmington, DE 19801;  To: Anthony Abboud, Greenberg Traurig [chicago], 77 Wacker Dr., Chicago, IL 60601 |
| | | FEDEX Total | $213.89 | |

Qsoft Consulting Limited
101258.010100

| Date | Bill Num | Cost Code | Billed Amt | Narrative |
|---|---|---|---|---|
| 4/3/2007 | 1929286 | LEXIS | $67.50 | LEXIS CHARGE: 04/03/07 LEXIS FEDERAL CITATION by Jason Elster ref: 101258.010100 |
| 4/3/2007 | 1929286 | LEXIS | $20.60 | LEXIS CHARGE: 04/03/07 LEXIS FEDERAL COMPUTER CON TI by Jason Elster ref: 101258.010100 |
| 4/3/2007 | 1929286 | LEXIS | $29.49 | LEXIS CHARGE: 04/03/07 LEXIS FEDERAL SEARCH by Jason Elster ref: 101258.010100 |
| 4/3/2007 | 1929286 | LEXIS | $22.50 | LEXIS CHARGE: 04/03/07 LEXIS PUBLICATIONS-C CITATION by Jason Elster ref: 101258.010100 |
| 4/3/2007 | 1929286 | LEXIS | $4.37 | LEXIS CHARGE: 04/03/07 LEXIS PUBLICATIONS-C COMPUTER CON TI by Jason Elster ref: 101258.010100 |
| 4/3/2007 | 1929286 | LEXIS | $5.63 | LEXIS CHARGE: 04/03/07 LEXIS PUBLICATIONS-F CITATION by Jason Elster ref: 101258.010100 |
| 4/3/2007 | 1929286 | LEXIS | $11.24 | LEXIS CHARGE: 04/03/07 LEXIS PUBLICATIONS-F COMPUTER CON TI by Jason Elster ref: 101258.010100 |
| 4/3/2007 | 1929286 | LEXIS | $11.25 | LEXIS CHARGE: 04/03/07 LEXIS PUBLICATIONS-S CITATION by Jason Elster ref: 101258.010100 |
| 4/3/2007 | 1929286 | LEXIS | $1.34 | LEXIS CHARGE: 04/03/07 LEXIS PUBLICATIONS-S COMPUTER CON TI by Jason Elster ref: 101258.010100 |
| 4/3/2007 | 1929286 | LEXIS | $32.63 | LEXIS CHARGE: 04/03/07 SHEPARD'S SERVICE CITATION by Jason Elster ref: 101258.010100 |
| 4/3/2007 | 1929286 | LEXIS | $0.87 | LEXIS CHARGE: 04/03/07 SHEPARD'S SERVICE COMPUTER CON TI by Jason Elster ref: 101258.010100 |
| 4/6/2007 | 1929286 | LEXIS | $3.08 | LEXIS CHARGE: 04/06/07 LEXIS FEDERAL COMPUTER CON TI by Jason Elster ref: 101258.010100 |
| 4/6/2007 | 1929286 | LEXIS | $43.01 | LEXIS CHARGE: 04/06/07 LEXIS FEDERAL SEARCH by Jason Elster ref: 101258.010100 |
| 4/12/2007 | 1929286 | LEXIS | $22.50 | LEXIS CHARGE: 04/12/07 LEXIS FEDERAL CITATION by Jason Elster ref: 101258.010100 |
| 4/12/2007 | 1929286 | LEXIS | $13.94 | LEXIS CHARGE: 04/12/07 LEXIS FEDERAL COMPUTER CON TI by Jason Elster ref: 101258.010100 |
| 4/12/2007 | 1929286 | LEXIS | $33.75 | LEXIS CHARGE: 04/12/07 LEXIS STATE CITATION by Jason Elster ref: 101258.010100 |
| 4/12/2007 | 1929286 | LEXIS | $9.47 | LEXIS CHARGE: 04/12/07 LEXIS STATE COMPUTER CON TI by Jason Elster ref: 101258.010100 |
| 4/12/2007 | 1929286 | LEXIS | $27.19 | LEXIS CHARGE: 04/12/07 SHEPARD'S SERVICE CITATION by Jason Elster ref: 101258.010100 |
| 4/12/2007 | 1929286 | LEXIS | $0.76 | LEXIS CHARGE: 04/12/07 SHEPARD'S SERVICE COMPUTER CON TI by Jason Elster ref: 101258.010100 |
| 4/19/2007 | 1929286 | LEXIS | $2.59 | LEXIS CHARGE: 04/19/07 LEXIS FEDERAL COMPUTER CON TI by Jason Elster ref: 101258.010100 |
| 4/19/2007 | 1929286 | LEXIS | $36.08 | LEXIS CHARGE: 04/19/07 LEXIS FEDERAL SEARCH by Jason Elster ref: 101258.010100 |
| 4/19/2007 | 1929286 | LEXIS | $12.38 | LEXIS CHARGE: 04/19/07 LEXIS PUBLIC RECORDS COMPUTER CON TI by Jason Elster ref: 101258.010100 |
| 4/19/2007 | 1929286 | LEXIS | $206.02 | LEXIS CHARGE: 04/19/07 LEXIS PUBLIC RECORDS SEARCH by Jason Elster ref: 101258.010100 |
| 4/19/2007 | 1929286 | LEXIS | $1.66 | LEXIS CHARGE: 04/19/07 LEXIS PUBLICATIONS-F COMPUTER CON TI by Jason Elster ref: 101258.010100 |
| 4/19/2007 | 1929286 | LEXIS | $27.64 | LEXIS CHARGE: 04/19/07 LEXIS PUBLICATIONS-F SEARCH by Jason Elster ref: 101258.010100 |
| 4/27/2007 | 1929286 | LEXIS | $0.01 | LEXIS CHARGE: 04/27/07 LEXIS FEDERAL COMPUTER CON TI by Jason Elster ref: 101258.010100 |
| 4/27/2007 | 1929286 | LEXIS | $0.03 | LEXIS CHARGE: 04/27/07 LEXIS FEDERAL SEARCH by Jason Elster ref: 101258.010100 |
| 6/12/2007 | 1951706 | LEXIS | $5.63 | LEXIS CHARGE: 06/12/07 LEXIS FEDERAL CITATION by Jason Elster ref: 101258.010100 |
| 6/12/2007 | 1951706 | LEXIS | $0.49 | LEXIS CHARGE: 06/12/07 LEXIS FEDERAL COMPUTER CON TI by Jason Elster ref: 101258.010100 |
| 6/12/2007 | 1951706 | LEXIS | $0.02 | LEXIS CHARGE: 06/12/07 LEXIS FEDERAL SEARCH by Jason Elster ref: 101258.010100 |
| 6/14/2007 | 1975775 | LEXIS | $1.61 | LEXIS CHARGE: 06/14/07 LEXIS PUBLIC RECORDS COMPUTER CON TI by TOM HANNON ref: 999918.000005 |
| 6/14/2007 | 1975775 | LEXIS | $26.70 | LEXIS CHARGE: 06/14/07 LEXIS PUBLIC RECORDS SEARCH by TOM HANNON ref: 999918.000005 |
| 7/12/2007 | 1951706 | LEXIS | $0.02 | LEXIS LEGAL SERVICES, TIER 9, 0.02 |
| 7/12/2007 | 1951706 | LEXIS | $1.54 | LEXIS PUBLIC RECORDS, COMPUTER CONECTN TIME, 1.54 |
| 7/12/2007 | 1951706 | LEXIS | $8.57 | LEXIS PUBLIC RECORDS, TIER 6, 8.57 |
| 7/12/2007 | 1951706 | LEXIS | $14.25 | LEXIS PUBLIC RECORDS, TIER 9, 14.25 |
| 7/19/2007 | 1951706 | LEXIS | $38.17 | LEXIS LEGAL SERVICES, COMPUTER CONECTN TIME, 38.17 |
| 7/19/2007 | 1951706 | LEXIS | $5.80 | LEXIS LEGAL SERVICES, SINGLE DOCUMENT RETRIEVAL, 5.80 |
| 7/19/2007 | 1951706 | LEXIS | $128.60 | LEXIS LEGAL SERVICES, TIER 4, 128.60 |
| 7/19/2007 | 1951706 | LEXIS | $211.36 | LEXIS LEGAL SERVICES, TIER 6, 211.36 |
| 7/19/2007 | 1951706 | LEXIS | $0.02 | LEXIS LEGAL SERVICES, TIER 9, 0.02 |
| 9/5/2007 | 1997666 | LEXIS | $0.01 | Lexis Charges: 09/05/07 LEXIS LEGAL SERVICES Requested by MORRIS  SARAH Ref: 101258.010100 |
| 9/5/2007 | 1997666 | LEXIS | $0.05 | Lexis Charges: 09/05/07 LEXIS PUBLIC RECORDS Requested by MORRIS  SARAH Ref: 101258.010100 |
| 9/5/2007 | 1997666 | LEXIS | $0.12 | Lexis Charges: 09/05/07 PREMIUM NEWS SERVICE Requested by MORRIS  SARAH Ref: 101258.010100 |
| 9/5/2007 | 1997666 | LEXIS | $0.02 | Lexis Charges: 09/05/07 PREMIUM NEWS SERVICE Requested by MORRIS  SARAH Ref: 101258.010100 |
| 9/5/2007 | 1997666 | LEXIS | $0.19 | Lexis Charges: 09/05/07 LEXIS LEGAL SERVICES Requested by MORRIS  SARAH Ref: 101258.010100 |
| 10/8/2007 | 2020317 | LEXIS | $5.23 | Lexis Charges: 10/08/07 LEXIS LEGAL SERVICES Requested by ELSTER  JASON Ref: 101258.010100 |
| 10/8/2007 | 2020317 | LEXIS | $17.57 | Lexis Charges: 10/08/07 LEXIS LEGAL SERVICES Requested by ELSTER  JASON Ref: 101258.010100 |
| 10/8/2007 | 2020317 | LEXIS | $0.01 | Lexis Charges: 10/08/07 LEXIS LEGAL SERVICES Requested by ELSTER  JASON Ref: 101258.010100 |
| 10/23/2007 | 2020317 | LEXIS | $14.55 | Lexis Charges: 10/23/07 LEXIS LEGAL SERVICES Requested by ELSTER  JASON Ref: 101258.010100 |
| 10/23/2007 | 2020317 | LEXIS | $242.30 | Lexis Charges: 10/23/07 LEXIS LEGAL SERVICES Requested by ELSTER  JASON Ref: 101258.010100 |
| | | LEXIS Total | $1,371.12 | |

Qsoft Consulting Limited
101258.010100

| Date | Bill Num | Cost Code | Billed Amt | Narrative |
|---|---|---|---|---|
| 4/5/2007 | 1881135 | LOTRAV | $28.00 | VENDOR: Del Aguila, Paul A. INVOICE#: C051000387582070033 DATE: 4/11/2007  TYPE: Parking and Tolls; REASON: Client Billable-CHI-Lit-Associate; DATE: 04/05/07 |
| 6/11/2007 | 1929286 | LOTRAV | $30.00 | VENDOR: Del Aguila, Paul A. INVOICE#: C051000387582070036 DATE: 6/14/2007  TYPE: Parking and Tolls; REASON: Client Billable-CHI-Lit-Associate; DATE: 06/11/07 |
| 10/1/2007 | 2020317 | LOTRAV | $38.00 | VENDOR: Abboud, Anthony L. INVOICE#: C051000479632070066 DATE: 10/9/2007  TYPE: Parking and Tolls; REASON: Client Billable-CHI-Lit-Shareholder; DATE: 10/01/07  -  Parking at O'Hare 9/30/07 through 10/1/07; MERCHANT: O'Hare Parking |
| 10/5/2007 | 2020317 | LOTRAV | $99.60 | VENDOR: Eagle Limousine; INVOICE#: 13958; DATE: 10/5/2007  -  Acct# GREENBERG - Car Services for 10/01/07 & 10/02/07. Anthony Abboud 10/01/07 From GT Wilmington, DE to PHL. |
|  |  | LOTRAV Total | $195.60 |  |
| 6/16/2007 | 1929286 | MESS | $25.80 | VENDOR: TriState Courier & Carriage; INVOICE#: 22954; DATE: 6/16/2007  -  Acct# GREEN; Courier service on 6/14/07 From: Washington Street Ale House, To: GT |
| 6/23/2007 | 1951706 | MESS | $360.00 | VENDOR: TriState Courier & Carriage; INVOICE#: 23024; DATE: 6/23/2007  -  Acct #: GREEN; Courier service on 6/19/07 From: GT, To: District Court |
| 6/23/2007 | 1951706 | MESS | $6.50 | VENDOR: TriState Courier & Carriage; INVOICE#: 23024; DATE: 6/23/2007  -  Acct #: GREEN; Courier service on 6/20/07 From: GT, To: District Court |
| 6/30/2007 | 1951706 | MESS | $19.50 | VENDOR: TriState Courier & Carriage; INVOICE#: 23105; DATE: 6/30/2007  -  Courier services to and from  GT and  Post Office, District Court, and Wilmington Trust on 06/26/07 and 06/28/07 |
| 7/14/2007 | 1975775 | MESS | $6.50 | VENDOR: TriState Courier & Carriage; INVOICE#: 23239; DATE: 7/14/2007  -  Acct #: GREEN; Courier service on 7/10/07 From: GT.; To: District Court |
| 7/14/2007 | 1975775 | MESS | $5.00 | VENDOR: TriState Courier & Carriage; INVOICE#: 23239; DATE: 7/14/2007  -  Acct #: GREEN; Courier service on 7/10/07 From: GT.; To: District Court |
| 7/14/2007 | 1975775 | MESS | $75.00 | VENDOR: TriState Courier & Carriage; INVOICE#: 23239; DATE: 7/14/2007  -  Acct #: GREEN; Courier service on 7/12/07 From: GT.; To: District Court |
| 7/14/2007 | 1975775 | MESS | $6.50 | VENDOR: TriState Courier & Carriage; INVOICE#: 23239; DATE: 7/14/2007  -  Acct #: GREEN; Courier service on 7/09/07 From: GT.; To: District Court |
| 7/21/2007 | 1975775 | MESS | $6.50 | VENDOR: TriState Courier & Carriage; INVOICE#: 23306; DATE: 7/21/2007  -  Acct #: GREEN; Courier service on 7/20/07 From: GT, To: Post Office |
| 7/21/2007 | 1975775 | MESS | $6.50 | VENDOR: TriState Courier & Carriage; INVOICE#: 23306; DATE: 7/21/2007  -  Acct #: GREEN; Courier service on 7/20/07 From: GT, To: Poast Office |
| 7/28/2007 | 1975775 | MESS | $31.50 | VENDOR: TriState Courier & Carriage; INVOICE#: 23372; DATE: 7/28/2007  -  Acct #: GREEN; Courier service on 7/24/07 From: District Court, To: GT |
| 7/28/2007 | 1975775 | MESS | $7.50 | VENDOR: TriState Courier & Carriage; INVOICE#: 23372; DATE: 7/28/2007  -  Acct #: GREEN; Courier service on 7/24/07 From: GT, To: US District |
| 7/28/2007 | 1975775 | MESS | $5.00 | VENDOR: TriState Courier & Carriage; INVOICE#: 23372; DATE: 7/28/2007  -  Acct #: GREEN; Courier service on 7/24/07 From: GT, To: Post Office |
| 7/28/2007 | 1975775 | MESS | $5.00 | VENDOR: TriState Courier & Carriage; INVOICE#: 23372; DATE: 7/28/2007  -  Acct #: GREEN; Courier service on 7/26/07 From: GT, To: Post Office |
| 8/11/2007 | 1975775 | MESS | $5.00 | VENDOR: TriState Courier & Carriage; INVOICE#: 23530; DATE: 8/11/2007  -  Acct #: GREEN; Messenger Service Billing Thru 8/11/07 From GT to District Court on 8/10/07 |
| 8/11/2007 | 1975775 | MESS | $5.00 | VENDOR: TriState Courier & Carriage; INVOICE#: 23530; DATE: 8/11/2007  -  Acct #: GREEN; Messenger Service Billing Thru 8/11/07 From GT to Post Office on 8/10/07 |
| 8/18/2007 | 1975775 | MESS | $6.50 | VENDOR: TriState Courier & Carriage; INVOICE#: 23608; DATE: 8/18/2007  -  Acct# GREEN; Mesenger Service Billing Thru 8/18/07 - From District Court to GT on 8/16/07 |
| 8/25/2007 | 2020317 | MESS | $6.50 | VENDOR: TriState Courier & Carriage; INVOICE#: 23678; DATE: 8/25/2007  -  Mess. Service on 08/22/07 from GT to District Court |
|  |  | MESS Total | $589.80 |  |
| 6/21/2007 | 1929286 | POST | $31.20 | Postage usage for 6/21/07 - File Ref: 101258.010100 |
| 6/26/2007 | 1951706 | POST | $26.48 | Postage usage for 6/26/07 - File Ref: 101258.010100 |
| 7/9/2007 | 1951706 | POST | $23.76 | Postage usage for 7/9/07 |
| 7/11/2007 | 1951706 | POST | $23.08 | Postage usage for 7/11/07 |
| 7/20/2007 | 1951706 | POST | $51.84 | Postage usage for 7/20/07 |
| 8/1/2007 | 1975775 | POST | $18.60 | Postage by 007710  REGISTERED MAIL |
| 8/10/2007 | 1975775 | POST | $51.84 | Postage usage for 8/10/07 |
|  |  | POST Total | $226.80 |  |
| 6/15/2007 | 1929286 | PROF | $1,500.00 | VENDOR: OMP/WIPO; INVOICE#: 31061507150; DATE: 6/15/2007  -  UDRP Complaint against gaydar.net |
| 8/21/2007 | 1997666 | PROF | $574.53 | VENDOR: Havel & Holasek INVOICE#: 010700394 DATE: 8/21/2007  Legal services, Related expenses; Translation of the request for judicial assistance in the Tong case; Arrange for translation; Translation of the subpoena rider concerning Exmasters. |
|  |  | PROF Total | $2,074.53 |  |

Qsoft Consulting Limited
101258.010100

| Date | Bill Num | Cost Code | Billed Amt | Narrative |
|---|---|---|---|---|
| 6/28/2007 | 1929286 | SERVIC | $128.00 | PAYEE: Brandywine Process Servers, Ltd.; REQUEST#: 863351; DATE: 6/28/2007. - service of complaint and associated pleadings. |
| 7/20/2007 | 1975775 | SERVIC | $84.40 | VENDOR: Kiwi Process Service; INVOICE#: 07-3073; DATE: 7/20/2007 - Service on 07/20/07; Serve GoDaddy.com |
| 7/24/2007 | 1951706 | SERVIC | $80.00 | VENDOR: Brandywine Process Servers, Ltd.; INVOICE#: 79835; DATE: 7/24/2007 - Case: Qsoft v. Tong; 7/20/07 Estdomains c/o Valis Group Closed; Valis Group served on 2nd attempt |
| 8/15/2007 | 1997666 | SERVIC | $118.50 | VENDOR: LA Depositions Inc; INVOICE#: 83867; DATE: 8/15/2007 - Mess. Service on 08/10/07 from GT to Yahoo Inc. |
| 8/15/2007 | 1997666 | SERVIC | $154.00 | VENDOR: LA Depositions Inc; INVOICE#: 83867; DATE: 8/15/2007 - Mess. Service from GT to Visa U.S.A Inc |
| 9/12/2007 | 1997666 | SERVIC | $35.00 | PAYEE: Brandywine Process Servers, Ltd.; REQUEST#: 889792; DATE: 9/12/2007. - 101258.010100 - service fee (Bancorp) |
| 9/21/2007 | 1997666 | SERVIC | $35.00 | VENDOR: Brandywine Process Servers, Ltd.; INVOICE#: 80522; DATE: 9/21/2007 - Qsoft v. Tong, 9/20/07 NON-EST as to US Bank NA CT had no record |
| | | SERVIC Total | $634.90 | |
| 4/4/2007 | 1881135 | TRAV | $12.00 | VENDOR: Del Aguila, Paul A. INVOICE#: C051000387582070033 DATE: 4/11/2007 TYPE: Taxi/Car Service; REASON: Client Billable-CHI-Lit-Associate; DATE: 04/04/07 |
| 9/30/2007 | 2020317 | TRAV | $80.00 | VENDOR: Abboud, Anthony L. INVOICE#: C05100047963207066 DATE: 10/9/2007 TYPE: Taxi/Car Service; REASON: Client Billable CHI-Lit-Shareholder; DATE: 09/30/07 - Shuttle from Airport in Philadelphia to Hotel in Wilmington Delaware.; MERCHANT: B's Shuttle Service |
| 9/30/2007 | 2020317 | TRAV | $196.90 | VENDOR: Abboud, Anthony L. INVOICE#: C05100047963207066 DATE: 10/9/2007 TYPE: Hotel - Non Meals; REASON: Client Billable-CHI-Lit-Shareholder; DATE: 09/30/07; MERCHANT: Sheraton Suites Wilmington |
| 9/30/2007 | 2020317 | TRAV | $29.00 | VENDOR: Abboud, Anthony L. INVOICE#: C05100047963207066 DATE: 10/9/2007 TYPE: Airfare; REASON: Client Billable-CHI-Lit-Shareholder; DATE: 09/30/07 - working on plane - Airfare upgrade to economy plus; MERCHANT: Untied |
| 9/30/2007 | 2020317 | TRAV | $381.80 | VENDOR: Abboud, Anthony L. INVOICE#: C05100047963207066 DATE: 10/9/2007 TYPE: Airfare; REASON: Client Billable-CHI-Lit-Shareholder; DATE: 09/30/07 - Flight to Philadelphia (to end in Delaware) for Q-Soft Hearing; MERCHANT: United Airlines |
| | | TRAV Total | $699.70 | |
| 3/30/2007 | 1865863 | WEST | $157.55 | Westlaw Research by DEL AGUILA,PAUL A. |
| 4/3/2007 | 1881135 | WEST | $217.70 | Westlaw Research by ELSTER,JASON. |
| 4/3/2007 | 1881135 | WEST | $15.81 | Westlaw Research by PALMER,CYNTHIA. |
| 4/4/2007 | 1881135 | WEST | $62.43 | Westlaw Research by ELSTER,JASON. |
| 4/5/2007 | 1881135 | WEST | $118.78 | Westlaw Research by DEL AGUILA,PAUL A. |
| 4/6/2007 | 1881135 | WEST | $62.24 | Westlaw Research by DEL AGUILA,PAUL A. |
| 4/20/2007 | 1881135 | WEST | $60.58 | Westlaw Research by ELSTER,JASON. |
| 5/18/2007 | 1904904 | WEST | $1.70 | Westlaw Research by DEL AGUILA,PAUL A. |
| 6/11/2007 | 1975775 | WEST | $203.78 | Westlaw Research by DEL AGUILA,PAUL A. |
| 6/12/2007 | 1929286 | WEST | $10.18 | Westlaw Research by ELSTER,JASON. |
| 6/13/2007 | 1929286 | WEST | $400.90 | Westlaw Research by SELZER,SANDRA. |
| 6/21/2007 | 1929286 | WEST | $164.41 | Westlaw Research by DEL AGUILA,PAUL A. |
| 6/22/2007 | 1929286 | WEST | $13.12 | Westlaw Research by DEL AGUILA,PAUL A. |
| 6/26/2007 | 1929286 | WEST | $3.20 | Westlaw Research by THOMAS,ELIZABETH C. |
| 7/12/2007 | 1951706 | WEST | $11.52 | Westlaw Research by PARK,KEVIN. |
| 7/13/2007 | 1951706 | WEST | $51.11 | Westlaw Research by ELSTER,JASON. |
| 7/25/2007 | 1951706 | WEST | $1.60 | Westlaw Research by SELZER,SANDRA. |
| 10/4/2007 | 2020317 | WEST | $18.59 | Westlaw Research by ELSTER,JASON. |
| 10/29/2007 | 0 | WEST | $0.00 | Westlaw Research by ELSTER,JASON. |
| | | WEST Total | $1,575.20 | |
| | | Grand Total | $8,143.89 | |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

QSOFT CONSULTING, LIMITED      )
                                    )
        Plaintiff,              )
                                    )
        v.                    )      C.A. No. 07-cv-391 (JJF)
                                    )
TEDDY TONG and TDTONG LTD.     )
                                    )
        Defendants.           )

## ORDER GRANTING QSOFT CONSULTING LIMITED'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AND PERMANENT INJUNCTION

WHEREAS, on June 19, 2007, QSoft filed its Verified Complaint (D.I. 1);

WHEREAS, on October 2, 2007, the Court granted QSoft's Motion for Preliminary Injunction and transferred ownership of the three infringing domain names from Defendants to QSoft. (D.I. 47);

WHEREAS, Defendants did not file an answer or otherwise plead;

WHEREAS, the Court hereby finds that Defendants willfully and intentionally adopted the three infringing domain names <gaydarboys.net>, <gaydarcams.net>, and <myqadar.com> with a bad faith intent to profit from QSoft's GAYDAR mark;

WHEREAS, the Court hereby finds that Defendants provided knowingly fictitious postal addresses to two different domain name registrars when registering the infringing domain names in violation of 15 U.S.C. § 1117;

WHEREAS, the Court hereby finds that Defendants willfully and knowingly committed aggravated violations of the CAN-SPAM Act as defined by 15 U.S.C. § 7706(g)(3)(C);

*DEL 86,206,230v1 1/18/2008*

WHEREAS, the Court hereby finds that QSoft is a prevailing party and is therefore entitled to recover its attorneys' fees and costs under Section 1117(a);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1.    Plaintiff's Motion for Entry of Default Judgment and Permanent Injunction is **GRANTED**;

2.    Defendants are in default for failing to answer or otherwise defend against Plaintiff's Verified Complaint;

3.    The terms of the Preliminary Injunction issued by this Court on October 2, 2007 (D.I. 47) are wholly incorporated and made permanent under this Permanent Injunction;

4.    Plaintiff QSoft is awarded statutory damages under the Controlling the Assault of Non-Solicited Pornography and Marketing Act, 15 U.S.C. § 7701 *et. seq*, in the amount of $307,200.00;

5.    Plaintiff QSoft is awarded statutory damages statutory damages under the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125, in the amount of $300,000.00;

6.    Plaintiff QSoft is awarded its reasonable attorneys' fees and costs in the amount of $143,784.14 under 15 U.S.C. § 1117 and 15 U.S.C. § 7706;

7.    Plaintiff QSoft is awarded its actual, compensatory, and consequential damages under its CFAA, Lanham Act, Delaware's Uniform Deceptive Trade Practice Act, breach of contract, common law trademark infringement and unfair competition, and trespass to chattel claims;

8.    A prove-up hearing to determine Plaintiff's actual, compensatory, and consequential damages is set for _____, February __, 2008, at ____ am/pm; and

9.    Plaintiff QSoft will give Defendants notice of entry of default *instanter*.


Dated:  January __, 2008

                              _____
                              Honorable Joseph J. Farnan, Jr.
                              United States District Judge