# David Muniz

**From:**    David Muniz
**Sent:**    2/28/2007 3:10:29 AM
**To:**    'Paul Trickey'
**Cc:**
**Bcc:**
**Subject:**    examples of spam messages sent to users in the US

Hi Paul,

Can you please send to me electronically as many examples as possible of messages sent out by gaydarboys.net and/or gaydarcams.net to users in the US specifically, but if this is too much work to filter then all samples for every country.

Thanks,

David Muniz
Commercial Director
QSoft Consulting Ltd.

e. david.muniz@qsoft.co.uk
t. +44 (0)20 8744 1287
f. +44 (0)20 8744 1089

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This e-mail and any attachment may contain confidential and privileged material intended for the addressee only. If you are not the addressee, you are notified that no part of the e-mail or any attachment may be disclosed, copied or distributed, and that any other action related to this e-mail or attachment is strictly prohibited, and may be unlawful. If you have received this e-mail by error, please notify the sender immediately by return e-mail, and delete this message. Qsoft Consulting Ltd. or any subsidiaries and/or employees shall not be liable for the incorrect or incomplete transmission of this e-mail or any attachments, responsible for any delay in receipt. Any opinions expressed in this message are those of the author only and do not necessarily represent the views of Qsoft Consulting Ltd. or any subsidiaries.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Registered in England and Wales.
Registration Number 3472519.
Registered Office 1 The Green, Richmond, Surrey, TW9 1PL, United Kingdom

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 9:11:12 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: spudnmurph@aol.com
Date: 2006-11-27 18:36:00.0
Subject: Abuse Report

User: .horny_101
Room: jibeweightensur Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.id like to know what is happening i keep getting these guys online - is it a commercial thing


----------

Room Text:
<jibeweightensur>hey what's up
>wheres ur profile
<jibeweightensur>you seem like someone I really would like to get to know
>see above
>and where r u
<jibeweightensur>I don't got a profile here yet but I have one here, http://cam.myqaydar.com/soccer
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 9:11:05 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: a.straiton@orange.net
Date: 2006-11-27 18:06:00.0
Subject: Abuse Report

User: hypersun
Room: jibeweightensur Private Chat
Description: spam private message

----------

Room Text:
<jibeweightensur>hey gorgeous
>ello#
<jibeweightensur>you seem cool, care to chat?
>yer
>sorry took so long to reply there had to run to shop, lol
<jibeweightensur>I'm new to the whole gay thing but I got a profile here, http://cam.myqaydar.com/cuteboys
Berit
****************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
****************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 9:10:57 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: mail@seanweatherly.com.au
Date: 2006-11-27 09:34:00.0
Subject: Abuse Report

User: peachboi
Room: whosimmerse Private Chat
Description: advert

----------

Room Text:
<whosimmerse>you seem interesting, care to chat?
>are you an advert?
<whosimmerse>i'm new here but you can see my pics here, http://cams.myqaydar.com/magnum
Berit
*************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 9:10:49 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: essexnurse2003@hotmail.com
Date: 2006-11-27 09:33:00.0
Subject: Abuse Report

User: bigbulgingballs
Room: criticbarbate Private Chat
Description: this user appears to be an automated person talking to you, there profile is inactive although they keep inviting you to watch there cam. it is very annoying..

----------

Room Text:
<criticbarbate>hey you are gorgeous
>hi
<criticbarbate>just wanna chat, Cole here, what's your name?
>why can i not get your profile to work
<criticbarbate>Steve here,25, no profile here yet but I have one at, http://cams.myqaydar.com/kylewaters
>it says inactive
<criticbarbate>got my pics and stats on there and my cam is coming on
>cant get onto it though
<criticbarbate>if ur into watchin just get a free screename and come watch, you dont need a cam
>how do u do that
<criticbarbate>no cam needed or anything and we are on it now, come blow a load with us
>this not a person i am talking to it is a computer con
<criticbarbate>brb, tons of people comin in to my cam show
>liar
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 9:10:41 AM
**To:**     paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: b_earnug@hotmail.com
Date: 2006-11-27 09:22:00.0
Subject: Abuse Report

User: midnitee
Room: whosimmerse Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile. eveing thsi fella has no profile but has started to chat i think it is a bit suss, sorry ot
inconvenience u

----------

Room Text:
<whosimmerse>hey what's up
>u got no profile?
>hoq did u get mine
<whosimmerse>you are gorgeous, what you doing?
>where r u
>how did u get my profile
>how old r u
<whosimmerse>I am new to this whole gay thing but I got a profile here, http://cams.myqaydar.com/college
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:** support@gaydar.co.uk
**Sent:** 3/1/2007 9:10:32 AM
**To:** paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:** Message from gaydar support

.

From: groundwater@ntlworld.com
Date: 2006-11-27 09:07:00.0
Subject: Abuse Report

User: warren4uu
Room: criticbarbate Private Chat
Description: non gaydar services being offered from this individual

----------

Room Text:
<criticbarbate>whats up man
>hi
>sorry was in bath
<criticbarbate>just thought i'd hit you up for chat
>cool
>no prob
<criticbarbate>i'm new here but you can see my pics here, http://cams.myqaydar.com/kylewaters
>no thanks mate, innondated with these.... prefer gaydar callers
<criticbarbate>you into being bad on cam? if not you can just watch me? >;)
>ok, ciau
<criticbarbate>if ur into watchin just get a free screename and come watch, you dont need a cam
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 9:10:23 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: rockaby@hotmail.com
Date: 2006-11-27 08:28:00.0
Subject: Abuse Report

User: rockaby
Room: criticbarbate Private Chat
Description: another fake profile.
i realise they are a pain for you as well
Chris

----------

Room Text:
<criticbarbate>hey there how goes it?
>hi
<criticbarbate>how's your day so far?
>all right
<criticbarbate>I'm new to the whole gay thing but I got a profile here, http://cams.myqaydar.com/wannab
Berit
*************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 9:10:15 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: karlos_fandangos@hotmail.com
Date: 2006-11-27 08:13:00.0
Subject: Abuse Report

User: phmonster
Room: criticbarbate Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

the same text has come up in a chat box on 3 seperate occasions, it's an automated message system from
another website and it's really annoying

----------

Room Text:
<criticbarbate>hey gorgeous
>hi, can't view ur profile
<criticbarbate>you seem cool, care to chat?
>uniuhvucyfcugv
<criticbarbate>no profile here yet but you can check me out here, http://cams.myqaydar.com/sexydany
>jjhbugvuvibib
<criticbarbate>got my pics and stats on there and my cam is coming on
>svievivnisjcnivibv
<criticbarbate>if you want, you can get a free screenname right on my profile page and watch me u don't need a
cam
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 9:10:09 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: makemedoit13@hotmail.com
Date: 2006-11-27 07:52:00.0
Subject: Abuse Report

User: wizz_fizz
Room: whosimmerse Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.
this is a spam bott

----------

Room Text:
<whosimmerse>hey there what u up to
>not much at the moment but would love to be up to something
<whosimmerse>just wanted to hit you up for chat and maybe a little more
>fine
<whosimmerse>I'm new to this website but I got a profile here, http://cams.myqaydar.com/magnum
>so this is a spam bott
Berit
************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 9:10:02 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: edin45@hotmail.co.uk
Date: 2006-11-27 07:43:00.0
Subject: Abuse Report

User: .edin45.
Room: criticbarbate Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.ok cool ive reported u too many duds like u on here


----------

Room Text:
>ur profile showing as inactive
>?
> <confused>
<criticbarbate>you are gorgeous, what you doing?
>eh?
<criticbarbate>I don't got a profile here yet but I have one here, http://cams.myqaydar.com/bstud
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 9:09:54 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: raymond@rupson.wanadoo.co.uk
Date: 2006-11-27 07:10:00.0
Subject: Abuse Report

User: bozzxxx
Room: criticbarbate Private Chat
Description: another of the scam profiles

----------

Room Text:
<criticbarbate>hey
>hi
<criticbarbate>you seem interesting, care to chat?
>you got an inactive profile
<criticbarbate>I'm new to the whole gay thing but I got a profile here, http://cams.myqaydar.com/brendon
>get lost you are reported
Berit
*************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 9:09:45 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: mature1888@yahoo.com.au
Date: 2006-11-27 04:03:00.0
Subject: Abuse Report

User: mature1888
Room: whosimmerse Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

This person is a cambot

----------

Room Text:
<whosimmerse>hey
>hey
<whosimmerse>how are you today?
>horny, u?
<whosimmerse>I'm new to this website but I got a profile here, http://cams.myqaydar.com/bad
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 9:09:38 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: martinedwardcunningham@hotmail.com
Date: 2006-11-27 03:21:00.0
Subject: Abuse Report

User: randy
Room: criticbarbate Private Chat
Description: This person's profile is inactive and they are phishing. They are advertising their website that is
loaded with malware.

----------

Room Text:
<criticbarbate>hello hello
>hi
<criticbarbate>you seem like someone I really want to talk to
>Why is your profile inactive
<criticbarbate>I'm new to this website but I got a profile here, http://cams.myqaydar.com/wildjock
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 9:09:30 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: tony@loughran9341.fsnet.co.uk
Date: 2006-11-27 02:28:00.0
Subject: Abuse Report

User: alondonblokese
Room: criticbarbate Private Chat
Description: Commercial

----------

Room Text:
<criticbarbate>hi
>hi
<criticbarbate>just thought i'd hit you up for chat
>ok
<criticbarbate>Steve here, 25, my stats and profile is at: http://cams.myqaydar.com/dream
>oh really?
>what does that involve?
<criticbarbate>got my pics and stats on there and my cam is coming on
>what do I do then?
<criticbarbate>just get a free screenname and you can tell me what to do sexy
>ok, I will
>free screenname and how much after that?
<criticbarbate>no cam needed or anything and I am on it now, come blow a load with me sexy
>how much does it cost?
<criticbarbate>brb come watch me
>U must think we're fucking mugs m8! Yr scam has been reported, but suspect you'll be back hitting others
under other aliases. ASSHOLE!
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**         support@gaydar.co.uk
**Sent:**         3/1/2007 9:09:21 AM
**To:**           paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**         Message from gaydar support

.

From: snatch@hotel365.co.uk
Date: 2006-11-27 02:28:00.0
Subject: Abuse Report

User: tammysnatch
Room: criticbarbate Private Chat
Description: NOW they HAVe NO PROFILE and still TRYING to GET ME to LEAVE GAYDAR and go to this website
instead??

HOw RUDE and SO Persistant - Wont leave me alone

Please BAN this person from the site and STOP this NONSCIENCE

----------

Room Text:
<criticbarbate>cool, Steve here, no profile here yet but I have one at, http://cams.myqaydar.com/cuteboys
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 9:09:14 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: caladan1810@aim.com
Date: 2006-11-27 02:06:00.0
Subject: Abuse Report

User: caladan1810
Room: whosimmerse Private Chat
Description: another spam ad for you guys to take care of I click on the profile link
for the username and it comes up as Inactive profile.

----------

Room Text:
<whosimmerse>yo bro
>hello
<whosimmerse>how's the weather where you are? hope you don't mind chatting
>chatting is fine shame I can't your profile though
<whosimmerse>I am new to this whole gay thing but I got a profile here, http://cams.myqaydar.com/cutest
Berit
**************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**************************************************************

# support@gaydar.co.uk

**From:**    support@gaydar.co.uk
**Sent:**    3/1/2007 9:09:06 AM
**To:**    paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: j.kostanczuk@ntlworld.com
Date: 2006-11-27 01:56:00.0
Subject: Abuse Report

User: fun.in.city
Room: criticbarbate Private Chat
Description: they keep pvting giving oout there commionson site

----------

Room Text:
<criticbarbate>hey there what u up to
>nothink much u
<criticbarbate>how's your day so far?
>ok like urs
<criticbarbate>no profile on here yet, just joined but you can check me out here,
http://cams.myqaydar.com/brendon
>c yah
<criticbarbate>got my pics and stats on there and my cam is coming on
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 9:08:57 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: abigsavage@hotmail.com
Date: 2006-11-27 01:18:00.0
Subject: Abuse Report

User: abigsavage
Room: jibeweightensur Private Chat
Description: i think this user shouldnt be on system as their profile doesnt work and they are advertising sites

----------

Room Text:
<jibeweightensur>hi baby
>hi
<jibeweightensur>you seem interesting, care to chat?
>sure
<jibeweightensur>Steve here,25, no profile here yet but I have one at, http://cams.myqaydar.com/cuteboys
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 9:08:49 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: feverlad@hotmail.com
Date: 2006-11-27 00:46:00.0
Subject: Abuse Report

User: feverlad
Room: criticbarbate Private Chat
Description: again rtying to get me too go to a new web site

----------

Room Text:
<criticbarbate>hey what's up
>hi
<criticbarbate>just wanted to see if you'd like to chat
>yes cool
<criticbarbate>cool, Steve here, no profile here yet but I have one at, http://cams.myqaydar.com/magnum
>let me guess u wanna strip for me on cam
<criticbarbate>getting on cam and both of us showing off together is a new hobby of ours
>i heard it all before
>and u dont have msn
>and u cant do it on there
<criticbarbate>just get a free screenname and you can tell me what to do sexy
>if its free why do they ask for card details
<criticbarbate>no cam needed or anything and I am on it now, come blow a load with me sexy
>why not do it on here then why go to another site if u dont need a cam
<criticbarbate>brb, tons of people comin in to my cam show
>yes yes
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**        3/1/2007 9:08:42 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: t25uk@hotmail.com
Date: 2006-11-27 00:36:00.0
Subject: Abuse Report

User: diskeet
Room: criticbarbate Private Chat
Description: hello some dodgy advertiser here...

----------

Room Text:
<criticbarbate>wassup buddy
>alright
<criticbarbate>just thought i'd hit you up for chat
>cool, am up for5 a meet
>brighton, u?
<criticbarbate>cool, Steve here, no profile here yet but I have one at, http://cams.myqaydar.com/hardbod
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 9:08:33 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: carlyorks@hotmail.com
Date: 2006-11-27 00:21:00.0
Subject: Abuse Report

User: carlyorks
Room: criticbarbate Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.
asking for credit card details to watch a cam show!

----------

Room Text:
<criticbarbate>hey sexy
>hi whos u
<criticbarbate>you seem cool, care to chat?
>maybe
>ur profile not workin
>who are
>u
<criticbarbate>i'm new here but you can see my pics here, http://cams.myqaydar.com/hardbod
>stats
<criticbarbate>i'm lookin for dudes to get off or watch me get off
>yeah and put credit card details in
>mmmm
<criticbarbate>just get a free screenname on my page no cam needed and you can chat to me
>and verify with credit caRD
<criticbarbate>just signup, it's truly free man and you can tell me what you want on cam =)
>do you needtp put credit card details in'/>
<criticbarbate>brb, tons of people comin in to my cam show
>bollox
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 9:08:26 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: neill.foster@gmail.com
Date: 2006-11-26 23:37:00.0
Subject: Abuse Report

User: neillni
Room: criticbarbate Private Chat
Description: Another one of these porn sites to report

----------

Room Text:
<criticbarbate>hi baby
>hi?
<criticbarbate>just wanted to hit you up for chat and maybe a little more
>you not have a profile?
<criticbarbate>I am new to this whole gay thing but I got a profile here, http://cams.myqaydar.com/bstud
>you have to pay to look at you profile?
<criticbarbate>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a mic i can talk into
>but i have to enter my credit card details
<criticbarbate>getting on cam and both of us showing off together is a new hobby of ours
>what does it cost?
<criticbarbate>just get a free screenname and you can tell me what to do sexy
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 9:08:19 AM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: keironboxer@hotmail.com
Date: 2006-11-26 23:20:00.0
Subject: Abuse Report

User: keiron971
Room: jibeweightensur Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.profile is deffo an agent towting for business

----------

Room Text:
<jibeweightensur>hey
>ur profile says inactive
>u got a pic
<jibeweightensur>you are gorgeous, what you doing?
>thanks but can i see a pic of u and where u from?
<jibeweightensur>Steve here,25, no profile here yet but I have one at, http://cams.myqaydar.com/magnum
>1 mo x
<jibeweightensur>getting on cam and showing off is a new hobby of mine
>do u wannameet
>where u from?
>i only do real
<jibeweightensur>cool, I'm geting ready to release a load and I'd like nothing more than for you to join me
>uve messaged me b4 and am gettin the impression this is an agency
<jibeweightensur>no cam needed or anything and we are on it now, come blow a load with us
>ur probably som eold dude sittin there employed to try and bag lads with comliments and then the sting
happens
>ur reported
>and will be banned
<jibeweightensur>brb, tons of people comin in to my cam show
>oh yeah right
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 9:08:10 AM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: manhandler22000@yahoo.co.uk
Date: 2006-11-26 23:19:00.0
Subject: Abuse Report

User: manhandler22000
Room: jibeweightensur Private Chat
Description: STOP THIS CRAP PLEASE

----------

Room Text:
<jibeweightensur>no profile on here yet, just joined but you can check me out here,
http://cams.myqaydar.com/kingsize
>GO AWAY
>FUCK OFF
Berit
************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 9:08:02 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: keironboxer@hotmail.com
Date: 2006-11-26 23:17:00.0
Subject: Abuse Report

User: keiron971
Room: jibeweightensur Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.suspect profile is an agent trying totowt for business

----------

Room Text:
<jibeweightensur>hey
>ur profile says inactive
>u got a pic
<jibeweightensur>you are gorgeous, what you doing?
>thanks but can i see a pic of u and where u from?
<jibeweightensur>Steve here,25, no profile here yet but I have one at, http://cams.myqaydar.com/magnum
>1 mo x
<jibeweightensur>getting on cam and showing off is a new hobby of mine
>do u wannameet
>where u from?
>i only do real
<jibeweightensur>cool, I'm geting ready to release a load and I'd like nothing more than for you to join me
>uve messaged me b4 and am gettin the impression this is an agency
<jibeweightensur>no cam needed or anything and we are on it now, come blow a load with us
>ur probably som eold dude sittin there employed to try and bag lads with comliments and then the sting
happens
Berit
*****************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*****************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 9:07:56 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: stevenwren@blueyonder.co.uk
Date: 2006-11-26 23:17:00.0
Subject: Abuse Report

User: act_one
Room: criticbarbate Private Chat
Description: seems like a commercial enterprise.
no profile but then gave me a link to this other site you have to pay for to see him..
not the 1st time this has happened.

----------

Room Text:
<criticbarbate>u uncut dude?
>wow.. is't time ive been asked THAT as an opener... <grin>
>yeah, i am
<criticbarbate>you seem like someone I really would like to get to know
>that's nice...
>you don't seem to have a profile...
<criticbarbate>I'm new to the whole gay thing but I got a profile here, http://cams.myqaydar.com/cuteboys
>sorry.. no
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 9:07:49 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: chrisco1@btinternet.com
Date: 2006-11-26 23:03:00.0
Subject: Abuse Report

User: plumabz
Room: criticbarbate Private Chat
Description: is this a commercial profile?

----------

Room Text:
<criticbarbate>hey there how goes it?
>ok
<criticbarbate>how's the weather where you are? hope you don't mind chatting
>its fine
<criticbarbate>cool, Steve here, no profile here yet but I have one at, http://cams.myqaydar.com/stevek
Berit
*******************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 9:07:41 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: gjp123@hotmail.com
Date: 2006-11-26 22:59:00.0
Subject: Abuse Report

User: interactive
Room: jibeweightensur Private Chat
Description: another automated message advertising websites

----------

Room Text:
<jibeweightensur>whats up man
>nothing
<jibeweightensur>you seem cool, care to chat?
>not really. you dont seem to have a profile... prefer to know who i'm talking to
<jibeweightensur>i'm new here but you can see my pics here, http://cams.myqaydar.com/cutest
>oh, another bot
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 9:07:33 AM
**To:**     paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: babyclanger@volleyball.com
Date: 2006-11-26 22:42:00.0
Subject: Abuse Report

User: baby_clanger
Room: whosimmerse Private Chat
Description: this user keeps on referring me to http://myqaydar.com/details.php?name=wrestlercole where they ask for your credit card details. This is not the first tiem I have been apporached, and I believe that it's a bot as opposed to a person, because the responses on gaydar chat are always the same.

----------

Room Text:
<whosimmerse>u uncut dude?
>easy tiger lol
<whosimmerse>how are you today?
>i'm good thanks lol
>you?
<whosimmerse>I'm new to this website but I got a profile here, http://cams.myqaydar.com/wrestlercole
>...right...
<whosimmerse>got my pics and stats on there and my cam is coming on
>oh well, take care
<whosimmerse>cool, I'm geting ready to release a load and I'd like nothing more than for you to join me
>buh-bye
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 9:06:55 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: tom30@btinternet.com
Date: 2006-11-26 22:41:00.0
Subject: Abuse Report

User: tomn7
Room: jibeweightensur Private Chat
Description: have received several chats from inactive profiles that are then for webchat / pay sites

----------

Room Text:
<jibeweightensur>I am new to this whole gay thing but I got a profile here, http://cams.myqaydar.com/bad
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 9:06:47 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: daguys65@hotmail.com
Date: 2006-11-26 22:36:00.0
Subject: Abuse Report

User: .johndoe
Room: whosimmerse Private Chat
Description: kinly view this trascript, I suspect it is automated as similar pvts occur each day, prompting useres in the room to sign up to a sight.

I suspect credit card fraud. there are numerous such nicks as in this chat which pvt many useres in the chat rooms.

This is my second report of such an instance.

----------

Room Text:
<whosimmerse>hi, whre are you
>here
<whosimmerse>just wanted to hit you up for chat and maybe a little more
>ti prospatheis na peis?
<whosimmerse>Steve here, 25, my stats and profile is at: http://cams.myqaydar.com/wrestlercole
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 9:06:40 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: nicenic@mac.com
Date: 2006-11-26 22:29:00.0
Subject: Abuse Report

User: nicenic
Room: whosimmerse Private Chat
Description: again one of those chatters, who trying to use Gaydar as a plattform for
Camsex.

Cheers Nico

----------

Room Text:
<whosimmerse>hey there how goes it?
>I am very good and you
<whosimmerse>you seem like someone we'd liek to chat with
>well i am
>sadly icant see your profile
<whosimmerse>I am new to this whole gay thing but I got a profile here, http://cams.myqaydar.com/sexydany
>you ook sexy
<whosimmerse>like what you see?
>yeah of course
>but would love to see it real
<whosimmerse>cool, I'm geting ready to release a load and I'd like nothing more than for you to join me
>hehe
>well i dont have a credit card as usual
<whosimmerse>I'll do whatever you want as long as you want
>i cant go further as I dotn have a creditcard
<whosimmerse>brb people coming in our cam chatroom =)
>well are you in cork?
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 9:06:33 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: southpaugh@excite.com
Date: 2006-11-26 22:27:00.0
Subject: Abuse Report

User: ameirbear
Room: whosimmerse Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

this guy is posing as a user and is marketing a website

http://myqaydar.com/details.php?name=just

His profile is already tagged inactive "whosimmerse"

----------

Room Text:
<whosimmerse>hey dude
>Hi. It says you're using an inactive profile
<whosimmerse>just wanna chat, Cole here, what's your name?
>I'm Nathan. Are you going to invite me to join some website?
<whosimmerse>I am new to this whole gay thing but I got a profile here, http://cams.myqaydar.com/just
Berit
*********************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 9:06:26 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: octopussy_ie@yahoo.com
Date: 2006-11-26 22:18:00.0
Subject: Abuse Report

User: subkulture
Room: whosimmerse Private Chat
Description: I got three of these guys prvt me with no profiles so obvious scammers

----------

Room Text:
<whosimmerse>hey
>What the fuck is going on
<whosimmerse>just wanted to see if you'd like to chat
>Do you think I'm some fucking retard that I don't what ur game is
<whosimmerse>cool, Steve here, no profile here yet but I have one at, http://cams.myqaydar.com/soccer
>I don't give a fucking toss about ur fucking cam website
<whosimmerse>like what you see?
>How the fuck are u hacking into gaydar
>not even gonna fucking luck at ur site
<whosimmerse>if you want, you can get a free screenname right on my profile page and watch me
>ur yet another one I've had to report for this bullshit
Berit
*********************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 9:06:11 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: aardvark1974@hotmail.com
Date: 2006-11-26 22:01:00.0
Subject: Abuse Report

User: aardvark1974
Room: criticbarbate Private Chat
Description: this guy is in the chat room but has no profile and is aking for me to go to a site to view him on
webcam

is this geniune or a scam or something equally dodgy?

----------

Room Text:
<criticbarbate>hey bud
>hi
<criticbarbate>just wanted to see if you'd like to chat
>sure
<criticbarbate>cool, Steve here, no profile here yet but I have one at, http://cams.myqaydar.com/hardbod
>ok - how can you be in chat without profile?
<criticbarbate>got my pics and stats on there and my cam is coming on
>I don't click on links through here due to gaydar warning about virus's etc
<criticbarbate>cool, I'm geting ready to release a load and I'd like nothing more than for you to join me
>guess I wll have to wait to see your profile pics and details
<criticbarbate>my st8 roomie is gonna let me blow him on cam, so cmon
Berit
****************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
****************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 9:06:05 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: fcmybody@hotmail.co.uk
Date: 2006-11-26 21:50:00.0
Subject: Abuse Report

User: fcmybody
Room: criticbarbate Private Chat
Description: pls remove this bot..so annoyed

----------

Room Text:
<criticbarbate>I am new to this whole gay thing but I got a profile here, http://cams.myqaydar.com/soccer
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 9:05:58 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: remixed_dude@hotmail.com
Date: 2006-11-26 21:49:00.0
Subject: Abuse Report

User: simonfrom1974
Room: criticbarbate Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

being messaged by a robot thingie

----------

Room Text:
<criticbarbate>yo bro
>Uhuh
<criticbarbate>just wanna chat, Cole here, what's your name?
>Where do ya live?
<criticbarbate>Steve here, 25, my stats and profile is at: http://cams.myqaydar.com/kylewaters
>You fit?
<criticbarbate>you into being bad on cam? if not you can just watch me? >;)
Berit
************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 9:05:51 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: nw2bottombear@dsl.pipex.com
Date: 2006-11-26 21:46:00.0
Subject: Abuse Report

User: nw2bottombear
Room: criticbarbate Private Chat
Description: promoting commercial site!!.

----------

Room Text:
<criticbarbate>whats up man
>not a lot
<criticbarbate>just wanted to see if you'd like to chat
>not doing anything else
> <grin>
<criticbarbate>Steve here, 25, my stats and profile is at: http://cams.myqaydar.com/dream
>no thnks
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 9:05:44 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: errata@gmail.com
Date: 2006-11-26 21:41:00.0
Subject: Abuse Report

User: officejunior
Room: criticbarbate Private Chat
Description: another cam spammer soliciting.

----------

Room Text:
<criticbarbate>hey there how goes it?
>super.
>says yr profile is inactive
<criticbarbate>you are gorgeous, what you doing?
> <confused>
<criticbarbate>I don't got a profile here yet but I have one here, http://cams.myqaydar.com/bad
>what u up for
<criticbarbate>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a
mic i can talk into
Berit
*************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*************************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 9:05:35 AM
**To:**     paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: paulweav@aol.com
Date: 2006-11-26 21:27:00.0
Subject: Abuse Report

User: tootie_fruity
Room: criticbarbate Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.hi there this person is try to get me on a chat line where hes showin his cam an
wants me to see it so i just thou u should know thanks

----------

Room Text:
<criticbarbate>hey bud
>hey
<criticbarbate>how's the weather where you are? hope you don't mind chatting
>its ok mate why we are u
<criticbarbate>Steve here,25, no profile here yet but I have one at, http://cams.myqaydar.com/sexydany
>where u from thou
<criticbarbate>got my pics and stats on there and my cam is coming on
>right ok
Berit
******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
******************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 9:05:28 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: tarnished_dragon@hotmail.com
Date: 2006-11-26 21:03:00.0
Subject: Abuse Report

User: martinp
Room: criticbarbate Private Chat
Description: I'm not certain, but this seems like some sort of automated commercial thing to me. there is no active profile behind the user.

----------

Room Text:
<criticbarbate>hey
>ow are you?
<criticbarbate>you are gorgeous, what you doing?
>hi there
>Just looking about
>can't seem to see your profile - asays it's inactive
<criticbarbate>I am new to this whole gay thing but I got a profile here, http://cams.myqaydar.com/stevek
>look very sexy mate!
>where abouts are you?
<criticbarbate>you into being bad on cam? if not you can just watch me? >;)
>don't have a cam mate
<criticbarbate>if you want, you can get a free screenname right on my profile page and watch me u don't need a cam
>prefer the real thing to cam stuff :(
<criticbarbate>I'll do whatever you want as long as you want
>not really into cam stuff mate - prefer real people
>sorry
>but if you fancy meeting I'd definately be up for that!
<criticbarbate>brb, few dudes comin into my cam session, i'll be waiting for u
Berit
******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
******************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 9:05:21 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: fergus.casey@blueyonder.co.uk
Date: 2006-11-26 20:58:00.0
Subject: Abuse Report

User: wolfcub
Room: jibeweightensur Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

Spambot of some sort with an inactive profile trying to get user to view a different web address - purporting to
be some sort of Gaydar address, but this seems most unlikely - refer to chat transcript please - best regards,
Wolfcub

----------

Room Text:
<jibeweightensur>u uncut dude?
>yep uncut
<jibeweightensur>how are you today?
>ok thanks - how about you ?
>you nave an incative profile <sad>
<jibeweightensur>I don't got a profile here yet but I have one here, http://cams.myqaydar.com/wildjock
>I see
<jibeweightensur>getting on cam and both of us showing off together is a new hobby of ours
>interesting - but I can't access that page - is there a typo in the address ?
<jibeweightensur>if ur into watchin just get a free screename and come watch, you dont need a cam
>I see, but what about the address ? Is it correct ?
<jibeweightensur>no cam needed or anything and we are on it now, come blow a load with us
>ok, so you seem to have the same answer, are you sure you are a real person and not a spambot ?
>Your next answer should clinch it !
<jibeweightensur>brb, few dudes comin into my cam session, i'll be waiting for u
>Ok then, just as I thought, it's off to the Gaydar moderators for you then matety...
Berit
****************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
****************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 9:05:14 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: andy.fall@btopenworld.com
Date: 2006-11-26 20:41:00.0
Subject: Abuse Report

User: newforestandy
Room: criticbarbate Private Chat
Description: yet another automated bot

----------

Room Text:
<criticbarbate>yo bro
>hi
<criticbarbate>you seem cool, care to chat?
>no
<criticbarbate>no profile on here yet, just joined but you can check me out here,
http://cams.myqaydar.com/wrestlercole
Berit
**************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 9:05:06 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: rob_jourdain@hotmail.com
Date: 2006-11-26 20:38:00.0
Subject: Abuse Report

User: jourdain
Room: criticbarbate Private Chat
Description: one more in a series of people trying to get me to join their website

----------

Room Text:
<criticbarbate>whats up man
>not a lot
<criticbarbate>just wanted to chat, u doin ok?
>yea, who are u? inactive profile?
<criticbarbate>cool, Steve here, no profile here yet but I have one at, http://cams.myqaydar.com/cutest
>not falling for that, keep contacting me using different usernames, I will keep reporting you to gaydar
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 9:04:59 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: fattestbear@yahoo.com
Date: 2006-11-26 20:36:00.0
Subject: Abuse Report

User: dubchaser
Room: whosimmerse Private Chat
Description: annoying bots that keeps on harressing others

----------

Room Text:
<whosimmerse>yo bro
>yo
<whosimmerse>how's the weather where you are? hope you don't mind chatting
>yo
<whosimmerse>I'm new to the whole gay thing but I got a profile here, http://cams.myqaydar.com/male
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 9:04:44 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: mail@adambailey.com
Date: 2006-11-26 20:36:00.0
Subject: Abuse Report

User: pornoman
Room: criticbarbate Private Chat
Description: this guy has an inactive profile, and is advertising paid-for web-cams to loads of ramdom people in
the rooms. I was in Kent Cruising and Essex Cruising.

They pretend to be other people, by giving out profiles of others, and seem to log into gaydar chat without being
online.

----------

Room Text:
<criticbarbate>hey you are gorgeous
>can't tell if you are though....your profile is inactive! :)
<criticbarbate>how's the weather where you are? hope you don't mind chatting
>need to see photos and your profile first mate.
>I don't just chat to random people.
<criticbarbate>I'm new to the whole gay thing but I got a profile here, http://cams.myqaydar.com/anfjock
>inactive, as I said
<criticbarbate>cool, Steve here, no profile here yet but I have one at, http://cams.myqaydar.com/hardbod
>where do you live Steve
<criticbarbate>getting on cam and both of us showing off together is a new hobby of ours
>so, Steve, you like Asian guys then?
<criticbarbate>cool, I'm geting ready to release a load and I'd like nothing more than for you to join me
>fuck off with your illegal advertising.....you've now been reported to Gaydar support.
Berit
*********************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 9:04:32 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: aerjet@hotmail.com
Date: 2006-11-26 20:29:00.0
Subject: Abuse Report

User: aerjetlad
Room: criticbarbate Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

adverts being presented in this way and profile showing as inactive,
pls can you attend to these kind of profiles.

thx


----------

Room Text:
<criticbarbate>hi
>hi
>says u have an inactive profile mate
<criticbarbate>you seem like someone I really would like to get to know
>oh right
<criticbarbate>no profile on here yet, just joined but you can check me out here,
http://cams.myqaydar.com/wannab
>i spose ur now gonna offer me a link to ur site
>adverts, what suprise
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 9:04:23 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: guy.in.dc@gmail.com
Date: 2006-11-26 20:23:00.0
Subject: Abuse Report

User: .latitude.
Room: whosimmerse Private Chat
Description: someone spamming those cam sites

----------

Room Text:
<whosimmerse>hi
>hi
<whosimmerse>just thought i'd hit you up for chat
>really
>to look at you on some cam site?
>not interested
<whosimmerse>I am new to this whole gay thing but I got a profile here, http://cams.myqaydar.com/anfjock
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 9:04:17 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: demonwaiteruk@aol.com
Date: 2006-11-26 20:15:00.0
Subject: Abuse Report

User: andycarlisle
Room: criticbarbate Private Chat
Description: it seems you have occured some spamming hoaxers on your site!

----------

Room Text:
<criticbarbate>hi cutie
>evening]
<criticbarbate>you seem like someone I really would like to get to know
>i would like to say the same bout you but it seems your profile doesnt exsist
<criticbarbate>I don't got a profile here yet but I have one here, http://cams.myqaydar.com/super
>yeah? youre the 3rd tonight whos said that!
>odd really....
<criticbarbate>got my pics and stats on there and my cam is coming on
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 9:04:09 AM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: chris.turk82@googlemail.com
Date: 2006-11-26 20:13:00.0
Subject: Abuse Report

User: nemo.8282
Room: criticbarbate Private Chat
Description: he is promoting a site

----------

Room Text:
<criticbarbate>wassap bro
>hey
<criticbarbate>how are you today?
>im kewl thanks and u
<criticbarbate>I am new to this whole gay thing but I got a profile here, http://cams.myqaydar.com/bstud
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 9:04:02 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: deaks_uk@yahoo.co.uk
Date: 2006-11-26 20:11:00.0
Subject: Abuse Report

User: deaks_uk1974
Room: jibeweightensur Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

there seems to be a link to a credit card scam if you link onto these

----------

Room Text:
<jibeweightensur>hey
>tell me about you - you profile is inactive how can you be emailing me?
<jibeweightensur>you seem interesting, care to chat?
>well tellme about you first - there is no info you might be a dodgy chat room
<jibeweightensur>no profile here yet but you can check me out here, http://cams.myqaydar.com/kylewaters
>tell me about you
<jibeweightensur>you into being bad on cam? if not you can just watch me? >;)
>?
<jibeweightensur>if you want, you can get a free screenname right on my profile page and watch me
>what do you do?
<jibeweightensur>no cam needed or anything and we are on it now, come blow a load with us
> <wink>
<jibeweightensur>brb people coming in our cam chatroom =)
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 9:03:54 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: suicidal_stickman@hotmail.com
Date: 2006-11-26 20:11:00.0
Subject: Abuse Report

User: stickman_117
Room: criticbarbate Private Chat
Description: This is the fourth person to try and chat to me and get me to sign up to
this site, or another site with "gaywebcam" in the address, using my credit
card details. The links they have offered which "display stats and pics" all
have the same layout. All of the gaydar profiles have either been inactive,
or have been completely blank, with most options set to "rather not say".
Although those involved have not been threatening or abusive, they are
very persistent.

----------

Room Text:
<criticbarbate>hey gorgeous
>hey
>no profile?
<criticbarbate>you seem interesting, care to chat?
>no pic?
<criticbarbate>i'm new here but you can see my pics here, http://cams.myqaydar.com/male
>i see...funny that, your the fourth person to try and chat to me who has said that...
<criticbarbate>got my pics and stats on there and my cam is coming on
>identical lines as well... whatever happened to the art of conversation
<criticbarbate>if you want, you can get a free screenname right on my profile page and watch me
>and use my credit card?
<criticbarbate>just signup, it's truly free man and you can tell me what you want on cam =)
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 9:03:46 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.


From: bs8mike@yahoo.co.uk
Date: 2006-11-26 20:10:00.0
Subject: Abuse Report

User: bs8mike
Room: criticbarbate Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.Spam - ?commercial

----------

Room Text:
<criticbarbate>hello there
>your profile is inactive
<criticbarbate>you seem interesting, care to chat?
>I dont chat to people who hide - enable your profile then i can see who I m chatting to
<criticbarbate>no profile here yet but you can check me out here, http://cams.myqaydar.com/wildjock
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 9:03:39 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: susstop-gdr@yahoo.co.uk
Date: 2006-11-26 20:06:00.0
Subject: Abuse Report

User: kestrel_uk_top
Room: jibeweightensur Private Chat
Description: And another bot I think

----------

Room Text:
<jibeweightensur>hey
>hi
<jibeweightensur>just wanted to chat, u doin ok?
>yes thanks
<jibeweightensur>I don't got a profile here yet but I have one here, http://cams.myqaydar.com/bstud
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 9:03:33 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: susstop-gdr@yahoo.co.uk
Date: 2006-11-26 20:05:00.0
Subject: Abuse Report

User: kestrel_uk_top
Room: criticbarbate Private Chat
Description: Is this another bot?

----------

Room Text:
<criticbarbate>yo bro
>hi
<criticbarbate>just thought i'd hit you up for chat
>ic
<criticbarbate>i'm new here but you can see my pics here, http://cams.myqaydar.com/magnum
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 9:03:25 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: lmkrft@hotmail.com
Date: 2006-11-26 20:05:00.0
Subject: Abuse Report

User: ethan141
Room: criticbarbate Private Chat
Description: another cam chat site advertising in chat rooms..can nothing be done about this??

----------

Room Text:
<criticbarbate>hi baby
>hello
<criticbarbate>you seem interesting, care to chat?
>cant see your profile..says its inactive
<criticbarbate>cool, Steve here, no profile here yet but I have one at, http://cams.myqaydar.com/stevek
>how you manage to get into chat without a profile?
<criticbarbate>i'm lookin for dudes to get off or watch me get off
>not to chat then
<criticbarbate>got my pics and stats on there and my cam is coming on
>you wanted to chat
>so lets chat
<criticbarbate>just get a free screenname on my page no cam needed and you can chat to me
>whats wrong with this chat room?>
<criticbarbate>I'll do whatever you want as long as you want
>lets chat in here then
<criticbarbate>brb people coming in our cam chatroom =)
Berit
**************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 9:03:14 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: fattestbear@yahoo.com
Date: 2006-11-26 20:04:00.0
Subject: Abuse Report

User: dubchaser
Room: jibeweightensur Private Chat
Description: this is a bot

----------

Room Text:
<jibeweightensur>wassup buddy
>hi
<jibeweightensur>how are you today?
>fine here
>how about u?
<jibeweightensur>no profile here yet but you can check me out here, http://cams.myqaydar.com/kingsize
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**        3/1/2007 9:03:06 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: rwolves79@aol.com
Date: 2006-11-26 20:04:00.0
Subject: Abuse Report

User: rwolves79
Room: jibeweightensur Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.


Has no profile also wants me to go on cam sight sounds like a con???

----------

Room Text:
<jibeweightensur>hi cutie
>hi
<jibeweightensur>you seem cool, care to chat?
>ok
>u dont have a profile???
<jibeweightensur>Steve here, 25, my stats and profile is at: http://cams.myqaydar.com/male
>where r u
<jibeweightensur>getting on cam and i wanna show off for you so we can get to know each other
>bye
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 9:03:00 AM
**To:**     paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: nicklodge@btinternet.com
Date: 2006-11-26 19:49:00.0
Subject: Abuse Report

User: nickbattersea
Room: jibeweightensur Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

I could not find this guy on the search, also the link profile, i could not find,
i don't understand who this person is??
Regards Nick

----------

Room Text:
<jibeweightensur>hey you are gorgeous
>i wonder if you have seen me for real!
<jibeweightensur>just thought i'd hit you up for chat
>thanks, always nice to chat
<jibeweightensur>I'm new to the whole gay thing but I got a profile here, http://cams.myqaydar.com/sexydany
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 9:02:52 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: jassey@sky.com
Date: 2006-11-26 19:48:00.0
Subject: Abuse Report

User: jassey
Room: criticbarbate Private Chat
Description: advertising!

----------

Room Text:
<criticbarbate>hey you are gorgeous
>thanks, can't comment on yours as i cant access it
<criticbarbate>just wanna chat, Cole here, what's your name?
>Jason, u got a pic?
<criticbarbate>cool, Steve here, no profile here yet but I have one at, http://cams.myqaydar.com/hardbod
Berit
*****************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*****************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 9:02:45 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: thomasaveyard@hotmail.com
Date: 2006-11-26 19:43:00.0
Subject: Abuse Report

User: northyorklad
Room: criticbarbate Private Chat
Description: Advertising a Cam site

----------

Room Text:
<criticbarbate>hey gorgeous
> <laugh> all rite mate
<criticbarbate>you seem interesting, care to chat?
>thanks.. sure
<criticbarbate>Steve here, 25, my stats and profile is at: http://cams.myqaydar.com/kylewaters
Berit
*********************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 9:02:34 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: tcp42@hotmail.com
Date: 2006-11-26 19:35:00.0
Subject: Abuse Report

User: fbig
Room: criticbarbate Private Chat
Description: another fake spammy profile

----------

Room Text:
<criticbarbate>hey what's up
>why no profile?
<criticbarbate>you seem interesting, care to chat?
>no
<criticbarbate>Steve here, 25, my stats and profile is at: http://cams.myqaydar.com/younggun
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 9:02:26 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: zoomspoon@hotmail.com
Date: 2006-11-26 19:26:00.0
Subject: Abuse Report

User: thebananaman
Room: jibeweightensur Private Chat
Description: This seems to be a chatbot luring people in to a cam pay room.

----------

Room Text:
<jibeweightensur>hey gorgeous
>hey
>you don't have a profile
<jibeweightensur>just thought i'd hit you up for chat
>ok
>go for it
<jibeweightensur>no profile here yet but you can check me out here, http://cams.myqaydar.com/hardbod
>where are you?
<jibeweightensur>getting on cam and i wanna show off for you so we can get to know each other
>ok
<jibeweightensur>cool, I'm geting ready to release a load and I'd like nothing more than for you to join me
>who would win in a race? superman or the flash?
<jibeweightensur>no cam needed or anything i'm on it now, come check me out
>yeah, as I suspected
>you're a computer aren't you?
<jibeweightensur>brb, few dudes comin into my cam session, i'll be waiting for u
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 9:02:11 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: saul.ezekiel@talktalk.net
Date: 2006-11-26 19:21:00.0
Subject: Abuse Report

User: mike_e_hants
Room: jibeweightensur Private Chat
Description: This profile is swamping me with adds !

----------

Room Text:
<jibeweightensur>hey there how goes it?
>hi
<jibeweightensur>you seem cool, care to chat?
>depend if this is a comercial or ur real1
>?
<jibeweightensur>I don't got a profile here yet but I have one here, http://cams.myqaydar.com/younggun
>I dont deal with commericial adds - Ur reported !
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 9:02:18 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.


From: pervert1@hotmail.co.uk
Date: 2006-11-26 19:23:00.0
Subject: Abuse Report

User: urscumbag1
Room: jibeweightensur Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.promoting a comercial site


----------

Room Text:
<jibeweightensur>hey you are gorgeous
>ello
<jibeweightensur>you seem cool, care to chat?
>ok
<jibeweightensur>i'm new here but you can see my pics here, http://cams.myqaydar.com/brendon
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 9:02:02 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: sasa@ratic.co.uk
Date: 2006-11-26 19:19:00.0
Subject: Abuse Report

User: kaleida
Room: criticbarbate Private Chat
Description: promoting website outside of gaydar

----------

Room Text:
<criticbarbate>hey what's up
>why is your profile inactive?
<criticbarbate>just wanted to see if you'd like to chat
>yeah butwhy is it inactive
<criticbarbate>I'm new to the whole gay thing but I got a profile here, http://cams.myqaydar.com/hardbod
Berit
********************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:56:43 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: cachaspasivomad@hotmail.com
Date: 2006-11-26 19:18:00.0
Subject: Abuse Report

User: chulo73
Room: whosimmerse Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

spam...now they put pictures in profiles

----------

Room Text:
<whosimmerse>yo bro
>hola
<whosimmerse>how's the weather where you are? hope you don't mind chatting
>your name
<whosimmerse>no profile here yet but you can check me out here, http://cams.myqaydar.com/cuteboys
Berit
************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:56:30 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: paulypaul1978@hotmail.com
Date: 2006-11-26 19:14:00.0
Subject: Abuse Report

User: tenchi1978
Room: criticbarbate Private Chat
Description: Constantly getting people with inactive or limited profile information trying to get me to go into another website, and watch them on camera. Its happened a few times now. They also try and get me to sign up to other websites, not sure if its lagit or not?


----------

Room Text:
<criticbarbate>hey
>hi ya
<criticbarbate>you seem like someone I really would like to get to know
> <blush>
<criticbarbate>no profile here yet but you can check me out here, http://cams.myqaydar.com/magnum
>kewl
<criticbarbate>got my pics and stats on there and my cam is coming on
>oh right, are you trying to sell me something?
<criticbarbate>if you want, you can get a free screenname right on my profile page and watch me
>ok
<criticbarbate>I got two of my friends here that are gonna join in they like to be watched
>oh right, there seems o be something wrong with the link you sent me, doesnt work
<criticbarbate>brb people coming in our cam chatroom =)
>ok
<criticbarbate>yep
Berit
*****************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*****************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:56:22 AM
**To:**      paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: mylastrolo68@hotmail.co.uk
Date: 2006-11-26 19:11:00.0
Subject: Abuse Report

User: mylastrolo
Room: jibeweightensur Private Chat
Description: hassling me to look at external web page

----------

Room Text:
<jibeweightensur>hey there how's your day goin
>good
<jibeweightensur>just thought i'd hit you up for chat
>ok
>how are u
<jibeweightensur>I'm new to this website but I got a profile here, http://cams.myqaydar.com/cutest
>gonna report you
Berit
****************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
****************************************************************

# support@gaydar.co.uk

**From:**    support@gaydar.co.uk
**Sent:**    3/1/2007 8:56:10 AM
**To:**    paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: sjw7125@msn.com
Date: 2006-11-26 19:08:00.0
Subject: Abuse Report

User: designerbear
Room: criticbarbate Private Chat
Description: Asking for cyber chat and watch him get off... gave me the profile
http://cams.mygaydar.com/just

was looking to be watched while he got off

----------

Room Text:
<criticbarbate>hello hello
>hello there
<criticbarbate>just wanna chat, Cole here, what's your name?
>its Alan.... so where you from then?
<criticbarbate>no profile here yet but you can check me out here, http://cams.myqaydar.com/just
>ahh right its like that is it...
<criticbarbate>i'm lookin for dudes to get off or watch me get off
Berit
************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 8:56:02 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: voodoo_circus@hotmail.com
Date: 2006-11-26 09:48:00.0
Subject: Abuse Report

User: voodoo_circus
Room: whosimmerse Private Chat
Description: No profile for this name listed, and the person wants you to go to another site to view cams. Think he might be a robot


----------

Room Text:
<whosimmerse>hey bud
>hi
<whosimmerse>just wanted to chat, u doin ok?
>yeah not bad
<whosimmerse>cool, Steve here, no profile here yet but I have one at, http://cams.myqaydar.com/college
>nice
<whosimmerse>getting on cam and both of us showing off together is a new hobby of ours
>whats the cost ?
<whosimmerse>if ur into watchin just get a free screename and come watch, you dont need a cam
>where r u guys ?
<whosimmerse>my st8 roomie is gonna let me blow him on cam, so cmon
>sorry mate, credit card details wanted....big NO NO
<whosimmerse>brb, tons of people comin in to my cam show
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**        3/1/2007 8:55:37 AM
**To:**           paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: neil.mcgibbon@discoverymail.co.za
Date: 2006-11-26 09:44:00.0
Subject: Abuse Report

User: n71
Room: criticbarbate Private Chat
Description: Is this guy on the site illegally? His profile is "inactive" but he is on the site - how does that work?

seems a bit suspect can you investigate?

Thanks

----------

Room Text:
<criticbarbate>hey dude
>hi
<criticbarbate>just wanted to see if you'd like to chat
>wheres your profile?
<criticbarbate>I'm new to the whole gay thing but I got a profile here, http://cams.myqaydar.com/super
>no i mean on the site, it says its inactive
<criticbarbate>getting on cam and both of us showing off together is a new hobby of ours
Berit
************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 8:55:29 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: djldavies@hotmail.com
Date: 2006-11-26 09:34:00.0
Subject: Abuse Report

User: uncled
Room: criticbarbate Private Chat
Description: another spammer for you

----------

Room Text:
>good morning
<criticbarbate>just thought i'd hit you up for chat
>nice whats up
<criticbarbate>I'm new to the whole gay thing but I got a profile here, http://cams.myqaydar.com/college
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:55:21 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.


From: luv_bmw_760li@hotmail.com
Date: 2006-11-26 09:34:00.0
Subject: Abuse Report

User: puvi_77
Room: whosimmerse Private Chat
Description: SPAM

----------

Room Text:
<whosimmerse>hey what's up
>hello
<whosimmerse>you seem cool, care to chat?
>sure
<whosimmerse>I'm new to the whole gay thing but I got a profile here, http://cams.myqaydar.com/brendon
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 8:55:11 AM
**To:**     paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: maharg@ggallop.co.uk
Date: 2006-11-26 09:30:00.0
Subject: Abuse Report

User: ,,,maharg
Room: jibeweightensur Private Chat
Description: im not in chat and this profile keeps opening a chat window to me asking me to look at a cam. his link to a genuine gaydar profile doesnt work

----------

Room Text:
<jibeweightensur>no profile here yet but you can check me out here, http://cams.myqaydar.com/kingsize
>u mean so i can pay to watch a webcam LOL
<jibeweightensur>getting on cam and i wanna show off for you so we can get to know each other
>no
<jibeweightensur>if you want, you can get a free screenname right on my profile page and watch me u don't need a cam
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:55:04 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: mick.oconchubair@googlemail.com
Date: 2006-11-26 09:25:00.0
Subject: Abuse Report

User: mick_oc
Room: jibeweightensur Private Chat
Description: More spammers advertising ;-)

----------

Room Text:
<jibeweightensur>hey
>hello
<jibeweightensur>just thought i'd hit you up for chat
>where are you?
<jibeweightensur>cool, Steve here, no profile here yet but I have one at, http://cams.myqaydar.com/brendon
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:54:53 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-26 09:18:00.0
Subject: Abuse Report

User: alondonblokese
Room: jibeweightensur Private Chat
Description: Commercial; Advertising


----------

Room Text:
<jibeweightensur>hey dude
>hi there
<jibeweightensur>just wanted to see if you'd like to chat
>inactive profile?
>nah m8, 4 meet only, sorry
<jibeweightensur>Steve here, 25, my stats and profile is at: http://cams.myqaydar.com/sexydany
>ok, arranging a meet @ mo m8. later <wink>
<jibeweightensur>you into being bad on cam? if not you can just watch me? >;)
>paypal too?
<jibeweightensur>if ur into watchin just get a free screename and come watch, you dont need a cam
>free screename, then pay to view eh?
<jibeweightensur>I'll do whatever you want as long as you want
>costing?
<jibeweightensur>brb people coming in our cam chatroom =)
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:54:47 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-26 08:30:00.0
Subject: Abuse Report

User: winkka
Room: whosimmerse Private Chat
Description: entra sin perfil y te manda a una pagina de hombres de pago, donde te ofrece servicios sin avisarte

----------

Room Text:
<whosimmerse>no profile on here yet, just joined but you can check me out here,
http://cams.myqaydar.com/younggun
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 8:54:39 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-26 08:26:00.0
Subject: Abuse Report

User: alinleic
Room: criticbarbate Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

this is a chat bot it say inactive profile when clicking on name

----------

Room Text:
<criticbarbate>hello hello
>hi
<criticbarbate>how's the weather where you are? hope you don't mind chatting
>sure
<criticbarbate>cool, Steve here, no profile here yet but I have one at, http://cams.myqaydar.com/kingsize
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:54:32 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-26 06:37:00.0
Subject: Abuse Report

User: loveblackinches
Room: jibeweightensur Private Chat
Description: as before

----------

Room Text:
<jibeweightensur>hey you are gorgeous
>???
<jibeweightensur>you seem interesting, care to chat?
>what u into
>cant see ur profile
<jibeweightensur>I'm new to this website but I got a profile here, http://cams.myqaydar.com/soccer
>?
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:54:25 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-26 05:33:00.0
Subject: Abuse Report

User: onehardone
Room: jibeweightensur Private Chat
Description: Advertising

----------

Room Text:
<jibeweightensur>hey gorgeous
>hey
<jibeweightensur>how are you today?
>well wot u up to
<jibeweightensur>Steve here,25, no profile here yet but I have one at, http://cams.myqaydar.com/bstud
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 8:54:18 AM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-26 05:27:00.0
Subject: Abuse Report

User: aftermuscles
Room: whosimmerse Private Chat
Description: robots

----------

Room Text:
<whosimmerse>hi, whre are you
>hi WHO r u
<whosimmerse>you seem interesting, care to chat?
>fuck u freak
<whosimmerse>no profile here yet but you can check me out here, http://cams.myqaydar.com/cuteboys
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:54:10 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-26 04:46:00.0
Subject: Abuse Report

User: uther2003
Room: criticbarbate Private Chat
Description: Once again i am being spammed by this company

----------

Room Text:
<criticbarbate>whats up man
>hi
<criticbarbate>how are you today?
>not bad u?
<criticbarbate>I'm new to this website but I got a profile here, http://cams.myqaydar.com/tsteel
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:54:02 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-26 04:24:00.0
Subject: Abuse Report

User: ..ace18
Room: criticbarbate Private Chat
Description: gives links to websites that cons people into giving credit card details.

----------

Room Text:
<criticbarbate>hey
>hi
<criticbarbate>just wanted to chat, u doin ok?
>yes
<criticbarbate>no profile on here yet, just joined but you can check me out here,
http://cams.myqaydar.com/soccer
>i am not dumb
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:53:53 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-26 04:08:00.0
Subject: Abuse Report

User: imelectric
Room: whosimmerse Private Chat
Description: why do i keep getting these cunts

----------

Room Text:
<whosimmerse>whats up man
>not a lot
>im trying to get laid
>not much is happening
<whosimmerse>you seem like someone I really want to talk to
>really?
<whosimmerse>no profile on here yet, just joined but you can check me out here,
http://cams.myqaydar.com/magnum
>no ta
>i want real sex
>with a real person
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 8:53:42 AM
**To:**     paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-26 03:57:00.0
Subject: Abuse Report

User: billyizdabomb
Room: whosimmerse Private Chat
Description: this dude is like trying to get me to sign up to some web cam site to watch him on cam and it asks for a credit card and everything .. is this commercial or something?

----------

Room Text:
<whosimmerse>hey there what u up to
>hi um not much hey .. just recovering from last night urself?
<whosimmerse>you seem like someone we'd liek to chat with
>we'd?
<whosimmerse>cool, Steve here, no profile here yet but I have one at, http://cams.myqaydar.com/kingsize
>oh you are one of those
<whosimmerse>got my pics and stats on there and my cam is coming on
>im not going to pay to watch you on cam
<whosimmerse>just get a free screenname and you can tell me what to do sexy
>do it on msn messenger?
<whosimmerse>I got two of my friends here that are gonna join in they like to be watched
>well im not giving my credit card details over the internet
>sorry mate not happening for me .. i prefer the real thing anyway
<whosimmerse>brb people coming in our cam chatroom =)
<whosimmerse>:)
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or employees shall not be liable for the incorrect or incomplete transmission of this e-mail or any attachments, nor responsible for any delay in receipt. Any opinions expressed in this message are those of the author only and do not necessarily represent the views of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:53:35 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-26 03:03:00.0
Subject: Abuse Report

User: alcander
Room: criticbarbate Private Chat
Description: very strange...is it some way that they make money? he didn't seem to be responding to the
questions I was asking and the profile came up as inactive.

----------

Room Text:
<criticbarbate>hey dude
>hello there
>your profile doesn't work
<criticbarbate>you seem cool, care to chat?
>can't see who you are
<criticbarbate>Steve here, 25, my stats and profile is at: http://cams.myqaydar.com/tsteel
>hello steve
<criticbarbate>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a
mic i can talk into
>can't seem to link up with your site
<criticbarbate>just get a free screenname on my page no cam needed and you can chat to me
>can't open the link to your site
<criticbarbate>I got two of my friends here that are gonna join in they like to be watched
>it just says inactive profile
>did you type the address right?
<criticbarbate>brb, few dudes comin into my cam session, i'll be waiting for u
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 8:53:28 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-26 01:55:00.0
Subject: Abuse Report

User: tm_escort
Room: whosimmerse Private Chat
Description: tried to redirect me to another website. Thanks.

----------

Room Text:
<whosimmerse>hi baby
>hi
<whosimmerse>just wanted to hit you up for chat and maybe a little more
>ok
>where r u? can't see your profile
<whosimmerse>no profile on here yet, just joined but you can check me out here,
http://cams.myqaydar.com/dream
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 8:53:19 AM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-26 01:50:00.0
Subject: Abuse Report

User: xtcinbridgy
Room: whosimmerse Private Chat
Description: Advertisement

----------

Room Text:
<whosimmerse>hi
>howdy
<whosimmerse>how are you today?
>doing well and yourself
<whosimmerse>no profile here yet but you can check me out here, http://cams.myqaydar.com/younggun
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:** support@gaydar.co.uk
**Sent:** 3/1/2007 8:53:12 AM
**To:** paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:** Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-26 01:40:00.0
Subject: Abuse Report

User: alanb202000
Room: criticbarbate Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

he is a pain - my chat with him will more than explain


----------

Room Text:
<criticbarbate>hey there how goes it?
>hi - im good thanks you?
<criticbarbate>you seem like someone I really want to talk to
>yeah - how so?
<criticbarbate>i'm new here but you can see my pics here, http://cams.myqaydar.com/younggun
>nah give us a break m8 - im looking for the real thing
<criticbarbate>i'm lookin for dudes to get off or watch me get off
>anyone who was up for the REAL THING would NOT have an INACTIVE profile
<criticbarbate>if you want, you can get a free screenname right on my profile page and watch me u don't need a
cam
>I WANT THE REAL THING not a quick wank from someone who is clearly BLOCKED
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:53:01 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-26 01:34:00.0
Subject: Abuse Report

User: marcos9597
Room: whosimmerse Private Chat
Description: This is an advert!!!!

----------

Room Text:
<whosimmerse>hey
>fvhfthj
<whosimmerse>just thought i'd hit you up for chat
>ghcfg
<whosimmerse>I don't got a profile here yet but I have one here, http://cams.myqaydar.com/wannab
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:52:54 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-26 01:27:00.0
Subject: Abuse Report

User: xlhungdude
Room: whosimmerse Private Chat
Description: Adbot

----------

Room Text:
<whosimmerse>wassap bro
>not much
>u
<whosimmerse>you are gorgeous, what you doing?
>not much
>u
<whosimmerse>I am new to this whole gay thing but I got a profile here, http://cams.myqaydar.com/bstud
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:** support@gaydar.co.uk
**Sent:** 3/1/2007 8:52:47 AM
**To:** paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:** Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-26 01:04:00.0
Subject: Abuse Report

User: nano-dbn
Room: whosimmerse Private Chat
Description: It's an adbot. Advertises cams.mygaydar.com

----------

Room Text:
<whosimmerse>hi baby
>hello
<whosimmerse>you are gorgeous, what you doing?
>thankyou
>and you ... have no profile
<whosimmerse>no profile on here yet, just joined but you can check me out here,
http://cams.myqaydar.com/just
>cool
>and whats your name?
<whosimmerse>getting on cam and both of us showing off together is a new hobby of ours
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:52:39 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-26 00:51:00.0
Subject: Abuse Report

User: ukmonkeynuts
Room: criticbarbate Private Chat
Description: This guys profile is a commercial link - please remove!

Thanks :-)

----------

Room Text:
<criticbarbate>hi, whre are you
>manor house - you?
>why is your profile inactive?
<criticbarbate>how's the weather where you are? hope you don't mind chatting
>why cant i see your profile?
<criticbarbate>no profile on here yet, just joined but you can check me out here,
http://cams.myqaydar.com/bstud
>ah, you're a virtual whore
>sorry dude, you aint getting my cash
<criticbarbate>getting on cam and both of us showing off together is a new hobby of ours
>i'm sure it is - but sod off
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 8:52:32 AM
**To:**     paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-26 00:44:00.0
Subject: Abuse Report

User: s41nt
Room: whosimmerse Private Chat
Description: publicidad de otras web de pago...

----------

Room Text:
<whosimmerse>hi
>?
<whosimmerse>just thought i'd hit you up for chat
>no hablo español
>digo ingles xD
<whosimmerse>I'm new to the whole gay thing but I got a profile here, http://cams.myqaydar.com/college
Berit
************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:52:24 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-26 00:32:00.0
Subject: Abuse Report

User: deepthroat.se19
Room: criticbarbate Private Chat
Description: this guy keeps contacting me and trying to get me to other sites
cant you do anything to stop these guys ?


----------

Room Text:
<criticbarbate>wassup buddy
>hi
<criticbarbate>just thought i'd hit you up for chat
>yeah - any pics ?
>methinks you are one of those dodgy guys trying to fuck up peoples computers
<criticbarbate>I don't got a profile here yet but I have one here, http://cams.myqaydar.com/cuteboys
>yep - and i've just reported you for trying to promote other sites
>bye
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:52:16 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-26 00:30:00.0
Subject: Abuse Report

User: str8lad26
Room: criticbarbate Private Chat
Description: some guy spamming

----------

Room Text:
<criticbarbate>hey there how goes it?
>good
<criticbarbate>you seem like someone I really want to talk to
>why you say that
<criticbarbate>I don't got a profile here yet but I have one here, http://cams.myqaydar.com/cutest
>thats a shit website
<criticbarbate>getting on cam and showing off is a new hobby of mine
>i dont like it
<criticbarbate>if you want, you can get a free screenname right on my profile page and watch me u don't need a cam
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:52:09 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-26 00:25:00.0
Subject: Abuse Report

User: agreekman
Room: whosimmerse Private Chat
Description: ...and another one... [even though his profile is inactive]

----------

Room Text:
<whosimmerse>hi
>hi
<whosimmerse>you seem like someone we'd liek to chat with
>how come yr profile is inactive?
<whosimmerse>Steve here, 25, my stats and profile is at: http://cams.myqaydar.com/kingsize
>hehe - duh
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:52:02 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-26 00:23:00.0
Subject: Abuse Report

User: themaskedspider
Room: criticbarbate Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile. This member is trying to lure me to another website please gelete his membership


----------

Room Text:
<criticbarbate>hey man
>hey sexy fANCY A MEET
<criticbarbate>you seem interesting, care to chat?
>were you from ???
<criticbarbate>I'm new to this website but I got a profile here, http://cams.myqaydar.com/college
>were are you from ??
<criticbarbate>like what you see?
Berit
*************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*************************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:51:50 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-26 00:03:00.0
Subject: Abuse Report

User: gavlancs
Room: criticbarbate Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

Advertising outside sites

----------

Room Text:
<criticbarbate>wassap bro
>hi
>where u from?
<criticbarbate>how's your day so far?
>not bad
>urs?
<criticbarbate>cool, Steve here, no profile here yet but I have one at, http://cams.myqaydar.com/wrestlercole
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:51:43 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-26 00:02:00.0
Subject: Abuse Report

User: icqt
Room: jibeweightensur Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile. advertising another website

----------

Room Text:
<jibeweightensur>hi baby
>hi
<jibeweightensur>just thought i'd hit you up for chat
>ok
<jibeweightensur>Steve here, 25, my stats and profile is at: http://cams.myqaydar.com/magnum
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:51:34 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-26 00:00:00.0
Subject: Abuse Report

User: icqt
Room: criticbarbate Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile. advertising another site

----------

Room Text:
<criticbarbate>hey gorgeous
>hi
<criticbarbate>just wanted to chat, u doin ok?
>all good, u?
<criticbarbate>no profile on here yet, just joined but you can check me out here, http://cams.myqaydar.com/just
Berit
*****************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*****************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:51:27 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 23:58:00.0
Subject: Abuse Report

User: spudie
Room: criticbarbate Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile. i think these blokes are scaming ppl throught that link


----------

Room Text:
<criticbarbate>hey
>hi
<criticbarbate>how are you today?
>im good
>you ?
<criticbarbate>I'm new to the whole gay thing but I got a profile here, http://cams.myqaydar.com/cuteboys
>where bouts you from ?
<criticbarbate>getting on cam and both of us showing off together is a new hobby of ours
>oh kewl
<criticbarbate>just get a free screenname and you can tell me what to do sexy
>kkkk
<criticbarbate>my st8 roomie is gonna let me blow him on cam, so cmon
>na i antputting my bank details in ant stupid !
Berit
****************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
****************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:51:20 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 23:54:00.0
Subject: Abuse Report

User: kerunk
Room: criticbarbate Private Chat
Description: another paysite

----------

Room Text:
<criticbarbate>hi
>helk
<criticbarbate>just thought i'd hit you up for chat
>did ulk
<criticbarbate>cool, Steve here, no profile here yet but I have one at, http://cams.myqaydar.com/magnum
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 8:51:13 AM
**To:**     paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 23:49:00.0
Subject: Abuse Report

User: barry0570
Room: criticbarbate Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.
this guy is commercial

----------

Room Text:
<criticbarbate>hi
>hi mate
<criticbarbate>just wanted to see if you'd like to chat
>i cant see ya profile
<criticbarbate>I am new to this whole gay thing but I got a profile here, http://cams.myqaydar.com/cuteboys
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:51:06 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 23:26:00.0
Subject: Abuse Report

User: topguy4more
Room: jibeweightensur Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

Another spam producer with cam commerial activities!!!

Please block them!

----------

Room Text:
<jibeweightensur>hello hello
>hello there!
<jibeweightensur>you seem interesting, care to chat?
>why not, but whats wrong with your inactive profile????
<jibeweightensur>I am new to this whole gay thing but I got a profile here, http://cams.myqaydar.com/hardbod
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:50:59 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 23:15:00.0
Subject: Abuse Report

User: twoguysfun
Room: criticbarbate Private Chat
Description: this is a person that is advetising another website see link http://cams.mygaydar.com/cutest

----------

Room Text:
<criticbarbate>hi cutie
>wheres your profile
<criticbarbate>how are you today?
>ok we cant see ur profile it says its inactve!
<criticbarbate>no profile here yet but you can check me out here, http://cams.myqaydar.com/wannab
>not into ad sites sorry
<criticbarbate>no profile here yet but you can check me out here, http://cams.myqaydar.com/cutest
>what ever am about to report you go away
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:50:52 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 22:59:00.0
Subject: Abuse Report

User: sam_spain247
Room: criticbarbate Private Chat
Description: automated messages asking me to go to another site to go on cam...had this message 5 times in the last few days

----------

Room Text:
<criticbarbate>hey
>hi there
<criticbarbate>you seem like someone I really would like to get to know
>thanx ur profile is inactive wot happened?
<criticbarbate>I'm new to the whole gay thing but I got a profile here, http://cams.myqaydar.com/sexydany
>k
<criticbarbate>getting on cam and both of us showing off together is a new hobby of ours
>iv had this before...the same message that a little odd isnt it
<criticbarbate>if you want, you can get a free screenname right on my profile page and watch me
>no thanks
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 8:50:43 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 22:40:00.0
Subject: Abuse Report

User: makini112
Room: criticbarbate Private Chat
Description: spam advertiser

----------

Room Text:
<criticbarbate>hi baby
>hi
<criticbarbate>you are gorgeous, what you doing?
>chillin
>u?
>u got a profile?
<criticbarbate>I'm new to the whole gay thing but I got a profile here, http://cams.myqaydar.com/super
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:50:36 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 22:35:00.0
Subject: Abuse Report

User: jluis
Room: whosimmerse Private Chat
Description: intenta desviar a otra página de pago, parece un fraude

----------

Room Text:
<whosimmerse>hey sexy
>hola
<whosimmerse>how are you today?
>fine thanks
>i can't see your profile
<whosimmerse>I am new to this whole gay thing but I got a profile here, http://cams.myqaydar.com/cuteboys
>ok
<whosimmerse>getting on cam and showing off is a new hobby of mine
>that is boring
>to me
<whosimmerse>if you want, you can get a free screenname right on my profile page and watch me
>enjoy your 'new hobby'
>i am not interested at all
>it sound strange...
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:50:29 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 22:13:00.0
Subject: Abuse Report

User: puiu
Room: whosimmerse Private Chat
Description: it's a spam i think. i hope it's not yours

----------

Room Text:
<whosimmerse>wassap bro
>hi
<whosimmerse>you are gorgeous, what you doing?
>fine
>u?
<whosimmerse>i'm new here but you can see my pics here, http://cams.myqaydar.com/stevek
>again?
>fuck off
<whosimmerse>you into being bad on cam? if not you can just watch me? >;)
>lò
<whosimmerse>just get a free screenname on my page no cam needed and you can chat to me
>fgf
<whosimmerse>no cam needed or anything and I am on it now, come blow a load with me sexy
>dfsd
<whosimmerse>brb people coming in our cam chatroom =)
>fdgfg
Berit
**************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:50:22 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 22:17:00.0
Subject: Abuse Report

User: m4rk2
Room: criticbarbate Private Chat
Description: Advertising links outside of gaydar.

----------

Room Text:
<criticbarbate>wassup buddy
>hi
<criticbarbate>you seem like someone I really want to talk to
>ok cool
<criticbarbate>I'm new to the whole gay thing but I got a profile here, http://cams.myqaydar.com/stevek
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:50:15 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 22:10:00.0
Subject: Abuse Report

User: martinlxr
Room: jibeweightensur Private Chat
Description: Some sort of bot

----------

Room Text:
<jibeweightensur>u uncut dude?
>?
<jibeweightensur>just wanna chat, Cole here, what's your name?
>?
<jibeweightensur>Steve here,25, no profile here yet but I have one at, http://cams.myqaydar.com/male
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 8:50:09 AM
**To:**     paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 21:58:00.0
Subject: Abuse Report

User: gjbell
Room: criticbarbate Private Chat
Description: another ANNOYING FAKE PROFILE POP UP

----------

Room Text:
<criticbarbate>just thought i'd hit you up for chat
>what evea
<criticbarbate>I don't got a profile here yet but I have one here, http://cams.myqaydar.com/dream
>i suppose ur gonna give me a link now...
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:50:02 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 21:38:00.0
Subject: Abuse Report

User: peterayr
Room: criticbarbate Private Chat
Description: yet another scam

Please remove the profile


----------

Room Text:
<criticbarbate>wassap bro
>am fine
<criticbarbate>you seem interesting, care to chat?
>so u not got a profile then
<criticbarbate>I'm new to this website but I got a profile here, http://cams.myqaydar.com/younggun
>oh great i rush over there now shall i
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:49:54 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 21:34:00.0
Subject: Abuse Report

User: rockaby
Room: jibeweightensur Private Chat
Description: hi there
fake profile
i know you get them, but I hope you appreciate notification
thanks
Chris

----------

Room Text:
<jibeweightensur>hey sexy
>hi
<jibeweightensur>you seem interesting, care to chat?
>what's your name
<jibeweightensur>I'm new to this website but I got a profile here, http://cams.myqaydar.com/wannab
Berit
**************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:49:48 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 21:07:00.0
Subject: Abuse Report

User: verscropselond
Room: criticbarbate Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile. This person is directing me to another comercial site - soz to have bothered you. But he wont take
no 4 an answer and as his profile is inactive I cannot block him

----------

Room Text:
<criticbarbate>hey man
>Hi - You've an inactive profile
<criticbarbate>just wanna chat, Cole here, what's your name?
>Im not into chattin m8
>soz
<criticbarbate>I am new to this whole gay thing but I got a profile here, http://cams.myqaydar.com/anfjock
>alas I dont have cam and am up 4 action onlyu
<criticbarbate>i'm lookin for dudes to get off or watch me get off
>I only do it 4 real - so soz u wasting yer time here - good luck & enjoy
<criticbarbate>just get a free screenname on my page no cam needed and you can chat to me
Berit
*****************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*****************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:49:40 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 21:06:00.0
Subject: Abuse Report

User: sizzlestick
Room: criticbarbate Private Chat
Description: here we go yet again with infiltrators

----------

Room Text:
<criticbarbate>wassup buddy
>says your profile is inactive
<criticbarbate>just thought i'd hit you up for chat
>why is your profile inactive?
<criticbarbate>I'm new to this website but I got a profile here, http://cams.myqaydar.com/male
>so you are an onscreen wanker!
Berit
*****************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*****************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:49:28 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 20:49:00.0
Subject: Abuse Report

User: stiffyw6
Room: criticbarbate Private Chat
Description: i've had several approaches in chat lately about these kinds of web sites

what do you know about them

is it just a con?

----------

Room Text:
<criticbarbate>hi
>hi
<criticbarbate>you seem like someone we'd liek to chat with
>your profile is inactive
<criticbarbate>I am new to this whole gay thing but I got a profile here, http://cams.myqaydar.com/tsteel
>i assume this is some kind of con as too many guys have tried this on lately
Berit
**************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:49:21 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 20:35:00.0
Subject: Abuse Report

User: shabbatastic
Room: criticbarbate Private Chat
Description: fake profile, advertising his webcam website

----------

Room Text:
<criticbarbate>hello hello
>hi there
<criticbarbate>how's the weather where you are? hope you don't mind chatting
>nope dont mind, how comes i cant see ur profile? says inactive?
<criticbarbate>I'm new to the whole gay thing but I got a profile here, http://cams.myqaydar.com/dream
>not interested in creating an account to watch ur webcam for free m8
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:49:13 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 20:31:00.0
Subject: Abuse Report

User: drigo25
Room: whosimmerse Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

Spam once again

Can't you at least take legal actions against the site they advertise?

----------

Room Text:
<whosimmerse>hi baby
>hi
<whosimmerse>just wanted to see if you'd like to chat
>yes
<whosimmerse>cool, Steve here, no profile here yet but I have one at, http://cams.myqaydar.com/cuteboys
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:49:06 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 20:30:00.0
Subject: Abuse Report

User: ...oirubmynuts
Room: criticbarbate Private Chat
Description: another one of those scam profiles!

----------

Room Text:
<criticbarbate>you seem like someone we'd liek to chat with
>oh yea, bet u wld
<criticbarbate>no profile here yet but you can check me out here, http://cams.myqaydar.com/male
Berit
*****************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*****************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:48:59 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 20:28:00.0
Subject: Abuse Report

User: theanswersindq
Room: whosimmerse Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile. got a pvt from this person have gotten quite a few recently from different people. they put up a
link, http://cams.mygaydar.com/stevek


----------

Room Text:
<whosimmerse>wassup buddy
>yo
<whosimmerse>you seem like someone I really want to talk to
>?
<whosimmerse>cool, Steve here, no profile here yet but I have one at, http://cams.myqaydar.com/stevek
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

---

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:48:52 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 20:19:00.0
Subject: Abuse Report

User: kevcw
Room: criticbarbate Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

This guy is advert

----------

Room Text:
<criticbarbate>hey dude
>hi
<criticbarbate>just thought i'd hit you up for chat
>ok - how comes your profile dont work ?
<criticbarbate>Steve here,25, no profile here yet but I have one at, http://cams.myqaydar.com/brendon
>i pay gaydar so u can fuck me off with ads
>thanks
>u know where u can go
<criticbarbate>got my pics and stats on there and my cam is coming on
Berit
**************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:48:44 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 20:14:00.0
Subject: Abuse Report

User: stearman
Room: criticbarbate Private Chat
Description:
advertising

----------

Room Text:
<criticbarbate>hey there how's your day goin
>ok thanks
<criticbarbate>just thought i'd hit you up for chat
>really .. can i see you on a website ???
<criticbarbate>I don't got a profile here yet but I have one here, http://cams.myqaydar.com/stevek
>you have been reported
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:46:29 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.


From: nobody@chat.qsoft
Date: 2006-11-25 20:10:00.0
Subject: Abuse Report

User: top_master_2
Room: criticbarbate Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.More Spam


----------

Room Text:
<criticbarbate>hey bud
>hi
<criticbarbate>how are you today?
>fine
<criticbarbate>Steve here, 25, my stats and profile is at: http://cams.myqaydar.com/bad
>I'm aguest mate
<criticbarbate>got my pics and stats on there and my cam is coming on
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:46:21 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 20:04:00.0
Subject: Abuse Report

User: master.tim
Room: criticbarbate Private Chat
Description: another bot - I know you are busy dealing with this so there is no need to reply, just reporting it.
Have a great weekend

----------

Room Text:
>Evening - sorry was in shower
<criticbarbate>just wanted to chat, u doin ok?
>I'm good thanks and you?
>Your profile is inactive
<criticbarbate>Steve here,25, no profile here yet but I have one at, http://cams.myqaydar.com/kylewaters
Berit
************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************

# support@gaydar.co.uk

**From:**    support@gaydar.co.uk
**Sent:**    3/1/2007 8:46:14 AM
**To:**    paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 20:00:00.0
Subject: Abuse Report

User: screwbedo
Room: whosimmerse Private Chat
Description: yet another adbot

----------

Room Text:
<whosimmerse>hey there how goes it?
>fine thanks
<whosimmerse>you are gorgeous, what you doing?
>chatting :-)
<whosimmerse>Steve here, 25, my stats and profile is at: http://cams.myqaydar.com/just
>what is 2 plus 2 ?
<whosimmerse>getting on cam and showing off is a new hobby of mine
>I enjoy reporting adbots
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:46:08 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 19:58:00.0
Subject: Abuse Report

User: xpressii
Room: whosimmerse Private Chat
Description: Profile name: whosimmerse

Avdertise the other web site

----------

Room Text:
<whosimmerse>hey there how goes it?
>hi
<whosimmerse>just wanna chat, Cole here, what's your name?
>P
>No pic on profile?
<whosimmerse>Steve here,25, no profile here yet but I have one at, http://cams.myqaydar.com/wrestlercole
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:46:02 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 19:56:00.0
Subject: Abuse Report

User: neillni
Room: jibeweightensur Private Chat
Description: Another one of the webcam guys getting you to their website etc, second report

----------

Room Text:
<jibeweightensur>whats up man
>sorry was on the phone
<jibeweightensur>just wanted to chat, u doin ok?
>yes very well thanks and you?
<jibeweightensur>I don't got a profile here yet but I have one here, http://cams.myqaydar.com/just
>sorry dont understand
<jibeweightensur>got my pics and stats on there and my cam is coming on
>you looking for sex?
>as stated on your profile?
<jibeweightensur>just get a free screenname and you can tell me what to do sexy
>what free screen name?
<jibeweightensur>no cam needed or anything and we are on it now, come blow a load with us
>the web address above is a gaydar profile?
<jibeweightensur>brb, few dudes comin into my cam session, i'll be waiting for u
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:45:55 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 19:55:00.0
Subject: Abuse Report

User: hairybum71
Room: criticbarbate Private Chat
Description: advertising other web site

----------

Room Text:
<criticbarbate>hi
>ello
>dont tell me ur gonna tell me about a website
<criticbarbate>just wanna chat, Cole here, what's your name?
>im sure u do
<criticbarbate>no profile here yet but you can check me out here, http://cams.myqaydar.com/cutest
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:45:49 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 19:55:00.0
Subject: Abuse Report

User: luvmen
Room: jibeweightensur Private Chat
Description: this is another one... oh fuck them all.. cos they are a nuisance.... hope u'll sort this out... cheers


----------

Room Text:
<jibeweightensur>hey man
>hello
>sorry was eating my dinner so hence long silence...
<jibeweightensur>you seem interesting, care to chat?
>no profile of urs....
<jibeweightensur>no profile here yet but you can check me out here, http://cams.myqaydar.com/hardbod
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 8:45:41 AM
**To:**     paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 19:55:00.0
Subject: Abuse Report

User: str8ladn8
Room: jibeweightensur Private Chat
Description: wasnt abuse as such but just someone advertising their webcam chatroom

----------

Room Text:
<jibeweightensur>hey man
>alright
<jibeweightensur>you are gorgeous, what you doing?
> your prof isnt active
>how you know im gorgous?
<jibeweightensur>I'm new to this website but I got a profile here, http://cams.myqaydar.com/stevek
>yeh pretty hot
<jibeweightensur>getting on cam and showing off is a new hobby of mine
>how you know im gorgeous?
>you got a webcam?
<jibeweightensur>cool, I'm geting ready to release a load and I'd like nothing more than for you to join me
>this is just a fucking advert isnt it?
<jibeweightensur>I'll do whatever you want as long as you want
>enough with the automated responses you fucking timewater
>timewaster
<jibeweightensur>brb gonna get some lube
>good so you can fuck yourself no problem then
<jibeweightensur>hmm
>im reporting you to gaydar
Berit
*****************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*****************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:45:35 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 19:52:00.0
Subject: Abuse Report

User: a
Room: criticbarbate Private Chat
Description: SPAM AUTO PLEASE REMOVE PROFILE

----------

Room Text:
<criticbarbate>i'm new here but you can see my pics here, http://cams.myqaydar.com/bstud
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:45:28 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 19:48:00.0
Subject: Abuse Report

User: damien-40
Room: criticbarbate Private Chat
Description: obviously a bot promoting a commercial website

----------

Room Text:
<criticbarbate>just thought i'd hit you up for chat
>right
<criticbarbate>I don't got a profile here yet but I have one here, http://cams.myqaydar.com/wannab
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:45:22 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 19:43:00.0
Subject: Abuse Report

User: a-10
Room: criticbarbate Private Chat
Description: Hey guys, not abuse but I think you have scammers working the rooms. Dont usually come in here, but getting people trying to direct us to cam sites. Promises of free cam session. Their profiles are inactive too. Maybe worth checking?

----------

Room Text:
<criticbarbate>hi, whre are you
>u dont have an active profile buddy....
<criticbarbate>just thought i'd hit you up for chat
>cool :-)
>dont know a thing about u though m8
<criticbarbate>Steve here,25, no profile here yet but I have one at, http://cams.myqaydar.com/just
>Good to meet you steve
>says your 54 on the profile though?
>LOL
<criticbarbate>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a mic i can talk into
>cool
>where u at?
<criticbarbate>cool, I'm geting ready to release a load and I'd like nothing more than for you to join me
>tell me where?
<criticbarbate>just signup, it's truly free man and you can tell me what you want on cam =)
>this the latest scam mate?
<criticbarbate>brb gonna get some lube
Berit
******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:45:15 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 19:43:00.0
Subject: Abuse Report

User: kl33
Room: criticbarbate Private Chat
Description: Trying to get me to go to the following site

http://cams.mygaydar.com/wildjock

this is happening continually these days

----------

Room Text:
<criticbarbate>whats up man
>hi
<criticbarbate>just wanted to chat, u doin ok?
>sure
>whats up with your profile
<criticbarbate>I am new to this whole gay thing but I got a profile here, http://cams.myqaydar.com/wildjock
>lol
>no thanks
<criticbarbate>got my pics and stats on there and my cam is coming on
>reporting you
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:45:08 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 19:33:00.0
Subject: Abuse Report

User: gizmo200
Room: criticbarbate Private Chat
Description: grrrr yet another spamming pvt,

----------

Room Text:
<criticbarbate>hey what's up
>hey
<criticbarbate>how are you today?
>erm ok
<criticbarbate>I don't got a profile here yet but I have one here, http://cams.myqaydar.com/cuteboys
> <laugh> <laugh>
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:45:00 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**   Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 19:28:00.0
Subject: Abuse Report

User: pedro_bcn
Room: whosimmerse Private Chat
Description: that's not the first time that a guy of this chat (always english speaking) is talking with me in order to see him on his webcam, sending me a link in order to open a connection. When I write this link I find out that this is a unfree site, and they ask me to register my credit card ... I find it abusive because they don't have any right to do this, although it be a service they pay for. It can be a job for them, who knows ??

----------

Room Text:
<whosimmerse>hello there
>hello
<whosimmerse>you seem like someone I really would like to get to know
>???
>why ?
<whosimmerse>I'm new to the whole gay thing but I got a profile here, http://cams.myqaydar.com/anfjock
>your perfil is inactive ..
>profile
<whosimmerse>getting on cam and showing off is a new hobby of mine
>ok but the link you gave me doesn't work
<whosimmerse>if you want, you can get a free screenname right on my profile page and watch me
>no, because I have to pay
>I have to give my credit card numbers
<whosimmerse>no cam needed or anything and we are on it now, come blow a load with us
>what is the right link ?
<whosimmerse>brb people coming in our cam chatroom =)
>would you please say 'it's free' when it's really free ???
<whosimmerse>:)
>because everytime I tried your links they redirected me to a credit card registration
>so .. please .. stop that because this is a free site
>and you can't do what you are doing here
>you know what I mean ?
Berit
****************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
****************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 8:44:53 AM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 19:21:00.0
Subject: Abuse Report

User: minni_me
Room: whosimmerse Private Chat
Description: automated messages from this user - please investigate


----------

Room Text:
<whosimmerse>hey sexy
>hi
>who r u?
<whosimmerse>you seem like someone I really want to talk to
>well i cant c ur profile..
<whosimmerse>I am new to this whole gay thing but I got a profile here, http://cams.myqaydar.com/soccer
>nice profile
<whosimmerse>you into being bad on cam? if not you can just watch me? >;)
> <wink>
<whosimmerse>getting on cam and both of us showing off together is a new hobby of ours
>i thought so... frm where r u?
<whosimmerse>if ur into watchin just get a free screename and come watch, you dont need a cam
Berit
************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 8:44:39 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.


From: nobody@chat.qsoft
Date: 2006-11-25 19:19:00.0
Subject: Abuse Report

User: an.erotic.tiger
Room: criticbarbate Private Chat
Description: gaydar this guy Is spamming

----------

Room Text:
<criticbarbate>hey there how's your day goin
>good Thanks
<criticbarbate>how are you today?
>im good U ?
<criticbarbate>no profile on here yet, just joined but you can check me out here, http://cams.myqaydar.com/bad
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:44:17 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 19:05:00.0
Subject: Abuse Report

User: createmichael
Room: criticbarbate Private Chat
Description: another one of those

----------

Room Text:
<criticbarbate>hey what's up
>hi
<criticbarbate>how are you today?
>good thanks, you?
<criticbarbate>Steve here,25, no profile here yet but I have one at, http://cams.myqaydar.com/college
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:44:24 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 19:08:00.0
Subject: Abuse Report

User: lachrymatory
Room: criticbarbate Private Chat
Description: Some other wesbite being advertised I think.

----------

Room Text:
<criticbarbate>hello hello
>Hello my inactive profile
>*mr
<criticbarbate>just wanted to see if you'd like to chat
>Sure why not
<criticbarbate>Steve here,25, no profile here yet but I have one at, http://cams.myqaydar.com/male
>what's that site?
<criticbarbate>you into being bad on cam? if not you can just watch me? >;)
>i don't have a ca,
>*cam
<criticbarbate>just get a free screenname on my page no cam needed and you can chat to me
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:44:32 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: xman2010@lycos.es
Date: 2006-11-25 19:12:00.0
Subject: Abuse Report

User: activo100
Room: whosimmerse Private Chat
Description: este señor me escribe y me envia a una web de cam
lo hacen con mucha frecuencia y es un verdadero fastidio
entiendo qie quieran promocionar su portal...pero no a través del vuestros
besos
tony

----------

Room Text:
<whosimmerse>hey gorgeous
>el tuyo tambien
<whosimmerse>you seem cool, care to chat?
>enviam efotos
<whosimmerse>cool, Steve here, no profile here yet but I have one at, http://cams.myqaydar.com/magnum
>no cam
>solo gaydar
<whosimmerse>like what you see?
Berit
****************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
****************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:41:10 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 19:02:00.0
Subject: Abuse Report

User: einherjar
Room: criticbarbate Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

Person with no profile , some sort of advert

----------

Room Text:
<criticbarbate>hey there how goes it?
>k u
<criticbarbate>just wanted to chat, u doin ok?
>r
<criticbarbate>cool, Steve here, no profile here yet but I have one at, http://cams.myqaydar.com/dream
Berit
************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:41:02 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 18:53:00.0
Subject: Abuse Report

User: luvmen
Room: criticbarbate Private Chat
Description: this chap always pvt to encourage others to watch them at play... is that commercial? or wot? pls
investigate and block them??? cheers

----------

Room Text:
<criticbarbate>how's the weather where you are? hope you don't mind chatting
>will you send me pics of urself.. I like to know who I am talking to.. grin
<criticbarbate>Steve here,25, no profile here yet but I have one at, http://cams.myqaydar.com/magnum
>ok thanks, not interested as it's similar to the weekly, to watch your cam.... no thanks....
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:40:51 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 18:49:00.0
Subject: Abuse Report

User: dagma
Room: criticbarbate Private Chat
Description: advertising

----------

Room Text:
<criticbarbate>hey sexy
>hello
<criticbarbate>how are you today?
>pissed off
<criticbarbate>I'm new to this website but I got a profile here, http://cams.myqaydar.com/tsteel
Berit
*********************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:39:50 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 18:43:00.0
Subject: Abuse Report

User: cuminface79
Room: criticbarbate Private Chat
Description: Another advert

----------

Room Text:
<criticbarbate>hey sexy
>hi
<criticbarbate>you seem like someone I really want to talk to
>why?
>tell me about you
<criticbarbate>no profile on here yet, just joined but you can check me out here,
http://cams.myqaydar.com/male
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:39:42 AM
**To:**      paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 18:43:00.0
Subject: Abuse Report

User: einherjar
Room: jibeweightensur Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

This person has no profile ??? seems to be an advert of some sort

----------

Room Text:
<jibeweightensur>hi cutie
>what
<jibeweightensur>you seem cool, care to chat?
>no
<jibeweightensur>no profile here yet but you can check me out here, http://cams.myqaydar.com/anfjock
>well i will if you let me punchfuck you
<jibeweightensur>getting on cam and showing off is a new hobby of mine
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:39:35 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 18:35:00.0
Subject: Abuse Report

User: .a_brazilian
Room: whosimmerse Private Chat
Description: advising me to visit his site http://cams.myqaydar.com/male however his gaydar profile is inactive.
Suspicious.

----------

Room Text:
<whosimmerse>hi
>hi
<whosimmerse>just wanted to see if you'd like to chat
>why don't u have a profile?
<whosimmerse>I am new to this whole gay thing but I got a profile here, http://cams.myqaydar.com/male
>well have a gaydar profile then we can chat
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:39:13 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 18:29:00.0
Subject: Abuse Report

User: agoodtime2bhad
Room: jibeweightensur Private Chat
Description: promoting cam sites

----------

Room Text:
<jibeweightensur>hi baby
>hi
<jibeweightensur>just wanna chat, Cole here, what's your name?
>Raj
<jibeweightensur>cool, Steve here, no profile here yet but I have one at, http://cams.myqaydar.com/bad
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 8:39:20 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 18:32:00.0
Subject: Abuse Report

User: laabdu
Room: whosimmerse Private Chat
Description: publicity

----------

Room Text:
<whosimmerse>hi
>hi
<whosimmerse>you seem cool, care to chat?
>yes
<whosimmerse>Steve here, 25, my stats and profile is at: http://cams.myqaydar.com/sexydany
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:39:27 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 18:35:00.0
Subject: Abuse Report

User: youngguy027
Room: criticbarbate Private Chat
Description:
please could you delete this profile name .. criticbarbate.. its another one of those
pay per wank guys on cam
many thanks


----------

Room Text:
<criticbarbate>hey you are gorgeous
>yeh you not seen my pic yet so how can you say that#
<criticbarbate>how are you today?
>ok tar
<criticbarbate>Steve here,25, no profile here yet but I have one at, http://cams.myqaydar.com/bad
>well why dont you do one then
<criticbarbate>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a
mic i can talk into
>that all free then
>or do we have to pay you
<criticbarbate>if you want, you can get a free screenname right on my profile page and watch me
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:38:58 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 18:19:00.0
Subject: Abuse Report

User: new2brum
Room: criticbarbate Private Chat
Description: are these people real?

----------

Room Text:
<criticbarbate>hey you are gorgeous
>inactive profile mate!!!
<criticbarbate>just wanted to hit you up for chat and maybe a little more
>not interested
>sorry
<criticbarbate>Steve here, 25, my stats and profile is at: http://cams.myqaydar.com/tsteel
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 8:39:06 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 18:24:00.0
Subject: Abuse Report

User: kentcoast
Room: jibeweightensur Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.More spam

----------

Room Text:
<jibeweightensur>hi, whre are you
>hi
<jibeweightensur>you seem interesting, care to chat?
>where are you ?
<jibeweightensur>Steve here,25, no profile here yet but I have one at, http://cams.myqaydar.com/kylewaters
>and I am a guest so i cannot see your profile
<jibeweightensur>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got
a mic i can talk into
Berit
************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:38:52 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 18:13:00.0
Subject: Abuse Report

User: new2brum
Room: whosimmerse Private Chat
Description: again another one of these annoying people!!!

----------

Room Text:
<whosimmerse>i'm new here but you can see my pics here, http://cams.myqaydar.com/hardbod
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:38:45 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 18:08:00.0
Subject: Abuse Report

User: dagma
Room: whosimmerse Private Chat
Description: advertising

----------

Room Text:
<whosimmerse>hi cutie
>hello?
<whosimmerse>how's your day so far?
>bit nothingness... why is your profile inactivee?
<whosimmerse>no profile here yet but you can check me out here, http://cams.myqaydar.com/dream
>oh another one of them. consider yourself reported.
Berit
***********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
***********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:38:31 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 18:01:00.0
Subject: Abuse Report

User: a
Room: jibeweightensur Private Chat
Description: spam username please delete profile/account

----------

Room Text:
<jibeweightensur>hi baby
>.
<jibeweightensur>just wanted to hit you up for chat and maybe a little more
>.
<jibeweightensur>I don't got a profile here yet but I have one here, http://cams.myqaydar.com/dream
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:38:39 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 18:06:00.0
Subject: Abuse Report

User: an.erotic.tiger
Room: whosimmerse Private Chat
Description: Hi Gaydar This Guy Is Spamming

----------

Room Text:
<whosimmerse>hi
>Hi there
<whosimmerse>just wanted to hit you up for chat and maybe a little more
>Cool
>How are u ?
<whosimmerse>I don't got a profile here yet but I have one here, http://cams.myqaydar.com/magnum
Berit
*****************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*****************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:38:20 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 17:59:00.0
Subject: Abuse Report

User: leather.ecosse
Room: criticbarbate Private Chat
Description: I think this is advertising

----------

Room Text:
<criticbarbate>hey bud
>hi there
<criticbarbate>how's your day so far?
>just grand, thanks - your profile doesn't open = "inactive"?
<criticbarbate>I'm new to the whole gay thing but I got a profile here, http://cams.myqaydar.com/magnum
>magnumxl?
<criticbarbate>getting on cam and both of us showing off together is a new hobby of ours
>where are you located?
<criticbarbate>cool, I'm geting ready to release a load and I'd like nothing more than for you to join me
>enjoy
<criticbarbate>just signup, it's truly free man and you can tell me what you want on cam =)
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:** support@gaydar.co.uk
**Sent:** 3/1/2007 8:38:13 AM
**To:** paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:** Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 17:58:00.0
Subject: Abuse Report

User: me2810
Room: criticbarbate Private Chat
Description: Inactive profile trying to get me onto some cam site, annoying me

----------

Room Text:
<criticbarbate>hey gorgeous
>hello xxx
<criticbarbate>just wanted to chat, u doin ok?
>good I think, bit daydreamy today though
<criticbarbate>I am new to this whole gay thing but I got a profile here, http://cams.myqaydar.com/soccer
>OK, will try and look some time, but not on cam here
<criticbarbate>like what you see?
>you have no profile?
<criticbarbate>if ur into watchin just get a free screename and come watch, you dont need a cam
Berit
**************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**************************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:38:06 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 17:54:00.0
Subject: Abuse Report

User: hornyoxfordguy
Room: criticbarbate Private Chat
Description: spammer

----------

Room Text:
<criticbarbate>hi
>hi
<criticbarbate>just wanted to hit you up for chat and maybe a little more
>cool
<criticbarbate>I'm new to the whole gay thing but I got a profile here, http://cams.myqaydar.com/soccer
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:35:53 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 17:54:00.0
Subject: Abuse Report

User: aaron1978
Room: criticbarbate Private Chat
Description: Seems to be a guy trying to get people to join a pay site to see cams.

----------

Room Text:
<criticbarbate>hey dude
>hi
<criticbarbate>just wanna chat, Cole here, what's your name?
>David
>how are you today?
<criticbarbate>I am new to this whole gay thing but I got a profile here, http://cams.myqaydar.com/younggun
>right
>are you in glasgow then?
<criticbarbate>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a mic i can talk into
>i'm not joining any site that wants my personal details mate
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:35:46 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 17:52:00.0
Subject: Abuse Report

User: frogsucker
Room: jibeweightensur Private Chat
Description: trying to sell webcam services

----------

Room Text:
<jibeweightensur>wassap bro
>pervin and wanking - u?
<jibeweightensur>just wanted to see if you'd like to chat
>sure - but cant see your profile
<jibeweightensur>cool, Steve here, no profile here yet but I have one at, http://cams.myqaydar.com/younggun
>ok, i'll look
<jibeweightensur>like what you see?
>mmmmm u are a big boy
<jibeweightensur>just get a free screenname and you can tell me what to do sexy
Berit
************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 8:35:39 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 17:52:00.0
Subject: Abuse Report

User: michaeldb
Room: criticbarbate Private Chat
Description: Advertising for pay-per-view at cams.mygaydar.com. Doesn't have a gaydar
profile. Is this something that you guys have sponsored?

----------

Room Text:
<criticbarbate>hey you are gorgeous
>thanks... can't see ur profile, whats ur stats?
<criticbarbate>how are you today?
>im good
>u?
<criticbarbate>no profile on here yet, just joined but you can check me out here,
http://cams.myqaydar.com/college
>what u looking for?
<criticbarbate>got my pics and stats on there and my cam is coming on
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:35:33 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 17:46:00.0
Subject: Abuse Report

User: jjw63
Room: whosimmerse Private Chat
Description: Commercial use

----------

Room Text:
<whosimmerse>hey what's up
>not much
<whosimmerse>just wanted to hit you up for chat and maybe a little more
>says ur profile inactive?
<whosimmerse>I'm new to the whole gay thing but I got a profile here, http://cams.myqaydar.com/male
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:35:26 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 17:40:00.0
Subject: Abuse Report

User: fifecrop
Room: criticbarbate Private Chat
Description:

----------

Room Text:
<criticbarbate>wassup buddy
>nothin m8 you
<criticbarbate>just wanted to hit you up for chat and maybe a little more
>TELL ME MORE , SAYS YOU HAVE AN INACTIVE PROFILE ??
>oops
<criticbarbate>no profile here yet but you can check me out here, http://cams.myqaydar.com/cuteboys
>pity
<criticbarbate>getting on cam and i wanna show off for you so we can get to know each other
>where are you bout ?
<criticbarbate>if you want, you can get a free screenname right on my profile page and watch me u don't need a
cam
>where are you though ?
<criticbarbate>just signup, it's truly free man and you can tell me what you want on cam =)
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:35:18 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: didec@bigpond.com
Date: 2006-11-25 11:12:00.0
Subject: *Demande de support de 'woolfguy"

Hi guys,

Strange thing happened on gaydar chat tonight.

Sexy pics young dude from Adelaide starts chat (dammit I now can't remember his gaydar profile name) but gives me this address for viewing him jackoff on webcam.
www.gaycam.com/members.php?name=wildjock
That site turns out to be Live Home Webcam... it offers free membership. But strangely asks also for credit card details if you wanna view the webcam. I'm real suspicious so don't proceed.

Ok, thats no big deal!

But within minutes I get another unusual hit on gaydar chat. A guy with profile "confidentiallyw" from Melbourne.
Asks me to go to this address http://myqaydar.com/profiles.php?name=kylewaters

Takes me to exactly the same site (Live Home Webcam) as the previous guy =wildjock. Again that site asks for membership and creditcard details. Now I'm thinking >> SCAM.

And I doubt if gaydar (GAYDAR) would want qaydar (QAYDAR) being used on its site. The "q" when underlined is so easily confused with a legitimate "g" of gaydar. Obviously its designed to make one think its a gaydar offshoot.

Thought you should know.

Cheers Denis
"woolfguy" at Gaydar
Gaydar email guy4p@yahoo.com.au


Denis Holland FRMIT RAIA
DIDEC DESIGN - ARCHITECTURE + INTERIORS

PO Box 5534 West End, Queensland 4101 AUSTRALIA
Apt N1 "Torbreck" 182 Dornoch Terrace, Highgate Hill Q 4101
Tel +61 (0)7 3844 3090
Mob +61 (0)417 601 418
Email didec@bigpond.com

```
<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.0 Transitional//EN">
<HTML><HEAD>
<META http-equiv=Content-Type content="text/html; charset=iso-8859-1">
<META content="MSHTML 6.00.5730.11" name=GENERATOR>
<STYLE></STYLE>
</HEAD>
<BODY bgColor=#ffffff>
<DIV><STRONG><FONT face=Verdana size=2>Hi guys,</FONT></STRONG></DIV>
<DIV><STRONG><FONT face=Verdana size=2></FONT></STRONG> </DIV>
<DIV><STRONG><FONT face=Verdana size=2>Strange thing happened on gaydar chat
tonight.</FONT></STRONG></DIV>
<DIV> </DIV>
<DIV><STRONG><FONT face=Verdana size=2>Sexy pics young dude from Adelaide starts
chat (dammit I now can't remember his gaydar profile name) but gives me this
address for viewing him jackoff on webcam.   <A
href="http://www.gaycam.com/members.php?name=wildjock">www.gaycam.com/members.php?nam
e=wildjock</A>
</FONT></STRONG></DIV>
<DIV><STRONG><FONT face=Verdana size=2>That site turns out to be Live Home
Webcam... it offers free membership.   But strangely asks
also for credit card details if you wanna view the webcam.   I'm real
suspicious so don't proceed.  </FONT></STRONG></DIV>
<DIV><STRONG><FONT face=Verdana size=2></FONT></STRONG> </DIV>
<DIV><STRONG><FONT face=Verdana size=2>Ok, thats no big
deal!</FONT></STRONG></DIV>
<DIV><STRONG><FONT face=Verdana size=2></FONT></STRONG> </DIV>
<DIV><STRONG><FONT face=Verdana size=2>But within minutes I get another unusual
hit on gaydar chat.  A guy with profile  "confidentiallyw" from
Melbourne.</FONT></STRONG></DIV>
<DIV><STRONG><FONT face=Verdana size=2>Asks me to go to this address <A
href="http://myqaydar.com/profiles.php?name=kylewaters">http://myqaydar.com/profiles.php?nam
e=kylewaters</A></FONT></STRONG></DIV>
<DIV><STRONG><FONT face=Verdana size=2></FONT></STRONG> </DIV>
<DIV><STRONG><FONT face=Verdana size=2>Takes me to exactly the same site (Live
Home Webcam) as the previous guy =wildjock.  Again that site asks for
membership and creditcard details.   N</FONT></STRONG><STRONG><FONT
face=Verdana size=2>ow I'm thinking  >> SCAM.</FONT></STRONG></DIV>
<DIV><STRONG><FONT face=Verdana size=2></FONT></STRONG> </DIV>
<DIV><STRONG><FONT face=Verdana size=2>And I doubt if gaydar (GAYDAR) would want
qaydar (QAYDAR) being used on its site.   The "q" when underlined is
so easily confused with a legitimate "g" of gaydar.    Obviously
its designed to make one think its a gaydar offshoot.</FONT></STRONG></DIV>
<DIV><STRONG><FONT face=Verdana size=2></FONT></STRONG> </DIV>
<DIV><STRONG><FONT face=Verdana size=2>Thought you should
know.</FONT></STRONG></DIV>
<DIV><STRONG><FONT face=Verdana size=2></FONT></STRONG> </DIV>
<DIV><STRONG><FONT face=Verdana size=2>Cheers Denis </FONT></STRONG></DIV>
<DIV><STRONG><FONT face=Verdana size=2>"woolfguy" at
Gaydar</FONT></STRONG></DIV>
<DIV><STRONG><FONT face=Verdana size=2>Gaydar email <A
href="mailto:guy4p@yahoo.com.au">guy4p@yahoo.com.au</A></FONT></STRONG></DIV>
<DIV><STRONG><FONT face=Verdana size=2></FONT></STRONG> </DIV>
<DIV><STRONG><FONT face=Verdana size=2></FONT></STRONG> </DIV>
<DIV><STRONG><FONT face=Verdana size=2></FONT></STRONG> </DIV>
<DIV><STRONG><FONT face=Verdana size=2></FONT></STRONG> </DIV>
```

\<DIV\>\<STRONG\>\<FONT face=Verdana size=2\>Denis Holland FRMIT RAIA\<BR\>DIDEC DESIGN
– ARCHITECTURE + INTERIORS\<BR\> \<BR\>PO Box 5534 West End, Queensland 4101
AUSTRALIA \<BR\>Apt N1 "Torbreck" 182 Dornoch Terrace, Highgate Hill Q 4101\<BR\>Tel
+61 (0)7 3844 3090\<BR\>Mob +61 (0)417 601 418\<BR\>Email \<A
href="mailto:didec@bigpond.com"\>didec@bigpond.com\</A\>\<BR\>\</FONT\>\</STRONG\>\</DIV\>\</B
ODY\>\</HTML\>
Berit
**********************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:35:03 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 10:22:00.0
Subject: Abuse Report

User: thinkx2
Room: criticbarbate Private Chat
Description: spamming

----------

Room Text:
<criticbarbate>u uncut dude?
>Rather not say
<criticbarbate>you seem cool, care to chat?
>u don't have much on your profile
<criticbarbate>I'm new to this website but I got a profile here, http://cams.myqaydar.com/super
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:35:10 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: geneticaurora@gmail.com
Date: 2006-11-25 11:12:00.0
Subject: *Support Query from 'raw_pig_herts"

Profile name airbarcommence


The above profile name appears to coaxing people into using their webcam
service using the following address
http://myqaydar.com/details.php?name=bstud which looks like a gaydar address
just thought I should let you know this happens quite allot


<html xmlns:o="urn:schemas-microsoft-com:office:office"
xmlns:w="urn:schemas-microsoft-com:office:word" xmlns="http://www.w3.org/TR/REC-html40">

<head>
<META HTTP-EQUIV="Content-Type" CONTENT="text/html; charset=us-ascii">
<meta name=Generator content="Microsoft Word 11 (filtered medium)">
<style>
<!--
/* Style Definitions */
p.MsoNormal, li.MsoNormal, div.MsoNormal
{margin:0cm;
margin-bottom:.0001pt;
font-size:12.0pt;
font-family:"Times New Roman";}
a:link, span.MsoHyperlink
{color:blue;
text-decoration:underline;}
a:visited, span.MsoHyperlinkFollowed
{color:purple;
text-decoration:underline;}
span.EmailStyle17
{mso-style-type:personal-compose;
font-family:Arial;
color:windowtext;}
@page Section1
{size:595.3pt 841.9pt;
margin:72.0pt 90.0pt 72.0pt 90.0pt;}
div.Section1
{page:Section1;}
-->

```
</style>

</head>

<body lang=EN-GB link=blue vlink=purple>

<div class=Section1>

<p class=MsoNormal><font size=2 face=Arial><span style='font-size:10.0pt;
font-family:Arial'>Profile name airbarcommence<o:p></o:p></span></font></p>

<p class=MsoNormal><font size=2 face=Arial><span style='font-size:10.0pt;
font-family:Arial'><o:p> </o:p></span></font></p>

<p class=MsoNormal><font size=2 face=Arial><span style='font-size:10.0pt;
font-family:Arial'>The above profile name appears to coaxing people into using
their webcam service using the following address <a
href="http://myqaydar.com/details.php?name=bstud">http://myqaydar.com/details.php?name=bstu
d</a>
which looks like a gaydar address just thought I should let you know this
happens quite allot<o:p></o:p></span></font></p>

</div>

</body>

</html>
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************
```

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:34:56 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 10:20:00.0
Subject: Abuse Report

User: tjorg
Room: whosimmerse Private Chat
Description: i am confused: i got pvt-ed by someone, although the profile is inactive, a search doesn' t work
either... so i am puzzled (doesn' t have to be abuse though)

----------

Room Text:
<whosimmerse>hey there how goes it?
>great, sorry i was away from the pc..
>how are you?
<whosimmerse>you seem like someone I really want to talk to
>nice of you, but i just looked at your profile, which is inactive??? i don' t understand
<whosimmerse>i'm new here but you can see my pics here, http://cams.myqaydar.com/tsteel
>strange, still get the message " inactive profile" try it yourself please
<whosimmerse>getting on cam and both of us showing off together is a new hobby of ours
>sounds good to me
<whosimmerse>got my pics and stats on there and my cam is coming on
>maybe the profile is too new, thats why it is not active yet
<whosimmerse>just get a free screenname and you can tell me what to do sexy
>free screenname?? what do you mean?
<whosimmerse>if ur into watchin just get a free screename and come watch, you dont need a cam
Berit
*************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 8:34:49 AM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 10:01:00.0
Subject: Abuse Report

User: chiron_man
Room: whosimmerse Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

same
scammer !!!

----------

Room Text:
<whosimmerse>hey what's up
>hey
<whosimmerse>how's the weather where you are? hope you don't mind chatting
>i think we already chatted
<whosimmerse>i'm new here but you can see my pics here, http://cams.myqaydar.com/cutest
>fucking scammer!
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:33:08 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 09:50:00.0
Subject: Abuse Report

User: cowboy_bcn
Room: whosimmerse Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.
This guy is trying me to connect to another website, which I suspecthe is selling some service or fooling people

----------

Room Text:
<whosimmerse>just wanna chat, Cole here, what's your name?
>Carlos
<whosimmerse>no profile on here yet, just joined but you can check me out here,
http://cams.myqaydar.com/tsteel
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:33:17 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 09:58:00.0
Subject: Abuse Report

User: dydhda
Room: jibeweightensur Private Chat
Description: another

----------

Room Text:
<jibeweightensur>hi baby
>hello
<jibeweightensur>how's the weather where you are? hope you don't mind chatting
>its damp
>so what made u want to chat to me?
<jibeweightensur>I am new to this whole gay thing but I got a profile here, http://cams.myqaydar.com/brendon
>surprise surprise
Berit
***********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
***********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 8:32:49 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 09:35:00.0
Subject: Abuse Report

User: wickeder
Room: whosimmerse Private Chat
Description: link to webcam page commercial

----------

Room Text:
<whosimmerse>wassap bro
>not much just got up ... yeah weekend
<whosimmerse>how are you today?
>great
>and you
<whosimmerse>no profile on here yet, just joined but you can check me out here,
http://cams.myqaydar.com/college
Berit
******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
******************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:32:57 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.


From: nobody@chat.qsoft
Date: 2006-11-25 09:38:00.0
Subject: Abuse Report

User: scotstrip
Room: criticbarbate Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.
this appears to be some sort of bot?

2nd one of the day to appear


----------

Room Text:
<criticbarbate>hello there
>hi
<criticbarbate>how's your day so far?
>not bad ta
>urs
<criticbarbate>I am new to this whole gay thing but I got a profile here, http://cams.myqaydar.com/male
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:32:41 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 09:21:00.0
Subject: Abuse Report

User: t4y5u8b2
Room: criticbarbate Private Chat
Description: Hello, I think this member is not real, it tries to get you to link to another site-

----------

Room Text:
<criticbarbate>hello hello
>hi there
<criticbarbate>just wanted to see if you'd like to chat
>yeah, ok how you doing?
<criticbarbate>Steve here, 25, my stats and profile is at: http://cams.myqaydar.com/male
>your profile is very secretive
<criticbarbate>getting on cam and both of us showing off together is a new hobby of ours
>you are a robot aren't you
>gone quiet?
<criticbarbate>if you want, you can get a free screenname right on my profile page and watch me
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:32:33 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 09:16:00.0
Subject: Abuse Report

User: richyk
Room: criticbarbate Private Chat
Description: FAKE PREOFILE ADVERTISNG PORN SITES

----------

Room Text:
<criticbarbate>whats up man
>not much
<criticbarbate>just wanted to hit you up for chat and maybe a little more
>more? as in what?
<criticbarbate>no profile on here yet, just joined but you can check me out here, http://cams.myqaydar.com/bad
Berit
************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:32:26 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 08:51:00.0
Subject: Abuse Report

User: roughtopfucker
Room: criticbarbate Private Chat
Description: this profile is scamming

----------

Room Text:
<criticbarbate>hey there how goes it?
>great
>how r u?
<criticbarbate>just wanted to hit you up for chat and maybe a little more
>cool
>like the look of u
>where ru?
<criticbarbate>no profile here yet but you can check me out here, http://cams.myqaydar.com/male
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:32:19 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 08:49:00.0
Subject: Abuse Report

User: se1bikerguy
Room: criticbarbate Private Chat
Description: cams.mygaydar.com/wrestlercole

----------

Room Text:
<criticbarbate>wassup buddy
>hi
<criticbarbate>you seem like someone I really want to talk to
>Oh yes ;-)
>u got a pic?
<criticbarbate>cool, Steve here, no profile here yet but I have one at, http://cams.myqaydar.com/wrestlercole
>yere really interesting...
Berit
****************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
****************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 8:32:11 AM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 08:39:00.0
Subject: Abuse Report

User: lonelyjbay
Room: whosimmerse Private Chat
Description: Hey guys... hope i am not wasting your time with this.... this is not the first time that someone has invited me to go on camchat with them on this site.. and it seems that it is not a gaydar site, as it asks for credit card details etc... if you click on the userprofile it says inactive... then they tell you to go to http://cams.mygaydar.com/ and their username for eg antjock...


----------

Room Text:
\<whosimmerse>hey you are gorgeous
>thanks.... why does your profile say inactive...? where u from?
\<whosimmerse>just wanted to chat, u doin ok?
>doing fine thanks.. and you?
>where are you from? whats ur asl?
\<whosimmerse>I am new to this whole gay thing but I got a profile here, http://cams.myqaydar.com/anfjock
>very nice profile... you are very sexy...
>so where you from?
\<whosimmerse>getting on cam and both of us showing off together is a new hobby of ours
>cool.... you guys in south africa?
\<whosimmerse>getting on cam and both of us showing off together is a new hobby of ours
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 8:32:05 AM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: thickcocktop@hotmail.com
Date: 2006-11-25 07:18:00.0
Subject: Abuse Report

User: pilgrim
Room: whosimmerse Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

scammers !!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

----------

Room Text:
<whosimmerse>hi baby
>baby?
<whosimmerse>you seem like someone I really want to talk to
>ok
<whosimmerse>i'm new here but you can see my pics here, http://cams.myqaydar.com/just
>fuck off
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:31:54 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 06:29:00.0
Subject: Abuse Report

User: uther2003
Room: airbarcommence Private Chat
Description: I keep getting spammed by this company...under different profile names. If u click on the link it
brings u up a link to a web cam site. It's happened several times and is starting to get V annoying...can u do
suumit about em?

----------

Room Text:
<airbarcommence>hi, whre are you
>Sorry was playing a game...Streatham, South London...U?
<airbarcommence>just thought i'd hit you up for chat
>Thats cool...but i'm off to bed in abit..just finished work lol
<airbarcommence>I don't got a profile here yet but I have one here, http://cams.myqaydar.com/wrestlercole
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 8:31:48 AM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: williamhayes1@hotmail.co.uk
Date: 2006-11-25 05:45:00.0
Subject: Abuse Report

User: mr.adam
Room: jibedissemble Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.no profile on gaydar - is this a commercial profile im fed up with these


----------

Room Text:
<jibedissemble>hi, whre are you
>hi
<jibedissemble>you are gorgeous, what you doing?
>canna see ur profile buddy
<jibedissemble>Steve here,25, no profile here yet but I have one at, http://cams.myqaydar.com/tsteel
>yes very nice n wheres u
<jibedissemble>getting on cam and showing off is a new hobby of mine
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:31:41 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 05:23:00.0
Subject: Abuse Report

User: briefsnspank
Room: whosimmerse Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

this guy is trying to get people to go pay cam site

----------

Room Text:
<whosimmerse>yo bro
>hi
<whosimmerse>how's the weather where you are? hope you don't mind chatting
>ok
<whosimmerse>no profile here yet but you can check me out here, http://cams.myqaydar.com/cuteboys
>cool will report you to gaydar now
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 8:31:33 AM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: rickie96@hotmail.com
Date: 2006-11-25 05:19:00.0
Subject: Abuse Report

User: tryout987
Room: airbarcommence Private Chat
Description: another one not in here for chat or making friends

----------

Room Text:
<airbarcommence>hey dude
>hi
>morning
<airbarcommence>just wanted to hit you up for chat and maybe a little more
>sorry but you might be too young for me
<airbarcommence>I am new to this whole gay thing but I got a profile here,
http://cams.myqaydar.com/sexydany
Berit
************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 8:31:26 AM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 05:14:00.0
Subject: Abuse Report

User: abstraction83
Room: whosimmerse Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.
Hey, I dunno, but this is the second time that someone from an area outside of melbourne has contacted me
saying to go to their profile which is outside gaydar, and then to go and sign up to some kind of cam webpage
thing that's free so that i can watch them fuck about...
Just sounds like a scam since its two different profiles, and nearly the same wording...
Thanks

----------

Room Text:
<whosimmerse>hi cutie
>hey
<whosimmerse>you seem like someone we'd liek to chat with
>ok
<whosimmerse>I am new to this whole gay thing but I got a profile here, http://cams.myqaydar.com/just
>so are you actually 54 and from london or 21 and in Sydney?
<whosimmerse>getting on cam and both of us showing off together is a new hobby of ours
>ok
<whosimmerse>just get a free screenname on my page no cam needed and you can chat to me
>no thanks, bye
<whosimmerse>no cam needed or anything and we are on it now, come blow a load with us
>dude, i know a scam when i see it, someone tried to sell me the exact same thing yesterday
<whosimmerse>brb, tons of people comin in to my cam show
>lmao, good luck with that
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:31:18 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: sjh2006@unwired.com.au
Date: 2006-11-25 05:00:00.0
Subject: Abuse Report

User: emboii
Room: whosimmerse Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.
advertising bot


----------

Room Text:
<whosimmerse>hey
>hey
<whosimmerse>just wanna chat, Cole here, what's your name?
>why :P
<whosimmerse>I'm new to the whole gay thing but I got a profile here, http://cams.myqaydar.com/hardbod
Berit
**************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**************************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:31:12 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: rickie96@hotmail.com
Date: 2006-11-25 04:31:00.0
Subject: Abuse Report

User: tryout987
Room: jibedissemble Private Chat
Description: just t let you know that this user is not here for chat

----------

Room Text:
<jibedissemble>hey there how's your day goin
>not bad thanks
<jibedissemble>you seem interesting, care to chat?
>sure
<jibedissemble>I am new to this whole gay thing but I got a profile here, http://cams.myqaydar.com/bstud
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:31:04 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 04:13:00.0
Subject: Abuse Report

User: wettrackys
Room: jibedissemble Private Chat
Description: IS THERE NO END TO THESE SPAMMERS? SELLIN CAM SITES?

----------

Room Text:
<jibedissemble>hey there what u up to
>hi
<jibedissemble>just wanted to hit you up for chat and maybe a little more
>but u got no profile
<jibedissemble>I'm new to this website but I got a profile here, http://cams.myqaydar.com/kingsize
>funny that - thought u might! take yer cam & ....spam off
Berit
************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:29:37 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: vez1967@hotmail.co.uk
Date: 2006-11-25 04:11:00.0
Subject: Abuse Report

User: .brad.
Room: airbarcommence Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.this person keeps changing name and advertising for dfferent people has pvt e from about 6
different frofiles to night all with the same text

----------

Room Text:
<airbarcommence>hey sexy
>hi
<airbarcommence>you seem cool, care to chat?
> yeah
<airbarcommence>Steve here,25, no profile here yet but I have one at, http://cams.myqaydar.com/hardbod
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:29:22 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 03:25:00.0
Subject: Abuse Report

User: bird-of-prey
Room: airbarcommence Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

I think this is that credit card scam . not sure though ?

----------

Room Text:
<airbarcommence>hi, whre are you
>Tooting
<airbarcommence>just thought i'd hit you up for chat
>are u im wales then
<airbarcommence>no profile here yet but you can check me out here, http://cams.myqaydar.com/hardbod
Berit
************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:29:29 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 03:51:00.0
Subject: Abuse Report

User: steveninluton
Room: airbarcommence Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.


advert not a person


----------

Room Text:
<airbarcommence>hey
>hi
<airbarcommence>you seem interesting, care to chat?
>ok also as ur not an adveryt
<airbarcommence>Steve here,25, no profile here yet but I have one at, http://cams.myqaydar.com/wrestlercole
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:29:16 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: krystelle1234@hotmail.com
Date: 2006-11-25 03:18:00.0
Subject: Abuse Report

User: nob_jockey
Room: whosimmerse Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile. spam

----------

Room Text:
<whosimmerse>hey what's up
>not alot man
>and u
<whosimmerse>you are gorgeous, what you doing?
>ahahha
>thanks i spose
<whosimmerse>no profile here yet but you can check me out here, http://cams.myqaydar.com/cutest
>just sittin here chattin thinkin bout what work i have to do today
Berit
*************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:29:09 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 02:48:00.0
Subject: Abuse Report

User: ..sexylegs..
Room: jibedissemble Private Chat
Description: I seem to be spending most nites with these spams

----------

Room Text:
<jibedissemble>hey you are gorgeous
>thanks
<jibedissemble>just wanted to chat, u doin ok?
>i am fine
>how u
<jibedissemble>I'm new to the whole gay thing but I got a profile here, http://cams.myqaydar.com/just
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:29:01 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: gaz_butch@msn.com
Date: 2006-11-25 01:42:00.0
Subject: Abuse Report

User: pocketgaz86
Room: jibedissemble Private Chat
Description: another robo you have prob bannedd but just in case here is another robot

----------

Room Text:
<jibedissemble>hey man
>lo
<jibedissemble>just wanted to hit you up for chat and maybe a little more
>another robo
<jibedissemble>no profile here yet but you can check me out here, http://cams.myqaydar.com/soccer
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:28:54 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 01:38:00.0
Subject: Abuse Report

User: blueyedbrit
Room: jibedissemble Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile. another person trying to redirect me to http://cams.mygaydar.com/wildjock

----------

Room Text:
<jibedissemble>yo bro
>your profile is not working - who are you?
<jibedissemble>you seem cool, care to chat?
>who are you?
>I have no idea as your profile is showing as inactive
<jibedissemble>cool, Steve here, no profile here yet but I have one at, http://cams.myqaydar.com/wildjock
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:28:46 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: zarakov@mac.com
Date: 2006-11-25 01:34:00.0
Subject: Abuse Report

User: zarakov
Room: jibedissemble Private Chat
Description: Spamming thru instant messages.


----------

Room Text:
>Sorry
>Hit wrong close button and missed last message
<jibedissemble>i'm new here but you can see my pics here, http://cams.myqaydar.com/kylewaters
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:28:34 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 01:33:00.0
Subject: Abuse Report

User: perseus2000
Room: whosimmerse Private Chat
Description: this guys an adbot

----------

Room Text:
<whosimmerse>hi
>g'day from down under <grin
<whosimmerse>just thought i'd hit you up for chat
>we're almost like canadians
<whosimmerse>I don't got a profile here yet but I have one here, http://cams.myqaydar.com/magnum
>adbot?
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:28:28 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 01:16:00.0
Subject: Abuse Report

User: ze1shetland
Room: jibedissemble Private Chat
Description: pay site i think

----------

Room Text:
<jibedissemble>hello there
>hi where r u
<jibedissemble>how's the weather where you are? hope you don't mind chatting
>no im fine
<jibedissemble>I'm new to this website but I got a profile here, http://cams.myqaydar.com/anfjock
>pay sites/?
>dont work
<jibedissemble>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a
mic i can talk into
>u can do that on msn
<jibedissemble>if ur into watchin just get a free screename and come watch, you dont need a cam
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:28:21 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 01:16:00.0
Subject: Abuse Report

User: pineappleprince
Room: whosimmerse Private Chat
Description: This is getting annoying gaydar - get rid of the ad bots!

----------

Room Text:
<whosimmerse>hey bud
>gday how are u
<whosimmerse>you seem like someone I really want to talk to
>are u an ad
<whosimmerse>I'm new to the whole gay thing but I got a profile here, http://cams.myqaydar.com/tsteel
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 8:28:15 AM
**To:**     paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 01:05:00.0
Subject: Abuse Report

User: fit-dude
Room: jibedissemble Private Chat
Description: Another bogus user by the looks of it - inactive profile

----------

Room Text:
<jibedissemble>hey there how's your day goin
>Hey m8
>doing ok thanks and yourself?
<jibedissemble>just thought i'd hit you up for chat
>np
>surfing here too hence the delayed reply
<jibedissemble>I'm new to the whole gay thing but I got a profile here, http://cams.myqaydar.com/tsteel
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:28:08 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 00:29:00.0
Subject: Abuse Report

User: aubs
Room: jibedissemble Private Chat
Description: Very possibly a dodgy user as giving other users details as own

----------

Room Text:
<jibedissemble>hello hello
>Hello
<jibedissemble>you seem like someone we'd liek to chat with
>Don't know... can't see your profile
<jibedissemble>Steve here,25, no profile here yet but I have one at, http://cams.myqaydar.com/hardbod
>Not your profile, sorry, no chat
<jibedissemble>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a mic i can talk into
>Yeah, ok.... go on then
<jibedissemble>got my pics and stats on there and my cam is coming on
>where can I get your cam/pix?
<jibedissemble>just get a free screenname and you can tell me what to do sexy
>Free screen name from where?
<jibedissemble>I got two of my friends here that are gonna join in they like to be watched
>Where can I get one of the free screen names?
>That would be cool
<jibedissemble>brb, tons of people comin in to my cam show
>ok. I'm gonna get off shortly so will probably miss out
>Any chance?
Berit
*****************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*****************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:25:58 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 00:15:00.0
Subject: Abuse Report

User: hungtop4u..
Room: jibedissemble Private Chat
Description: Spamming for a pay camming site

----------

Room Text:
<jibedissemble>hi baby
>?
<jibedissemble>just wanted to hit you up for chat and maybe a little more
>your profile says 'inactive'
<jibedissemble>I am new to this whole gay thing but I got a profile here, http://cams.myqaydar.com/stevek
>LOL you are a spammer. I have just reported you to gaydar
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:25:51 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 00:15:00.0
Subject: Abuse Report

User: nostringsafunn
Room: jibedissemble Private Chat
Description: Another one of these spoof profiles I believe.

----------

Room Text:
<jibedissemble>hey sexy
>hi
<jibedissemble>you seem like someone we'd liek to chat with
> <smile> <smile> <smile> <smile> <smile>
<jibedissemble>Steve here, 25, my stats and profile is at: http://cams.myqaydar.com/wannab
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:25:44 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**   Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 00:13:00.0
Subject: Abuse Report

User: ..a.microdot
Room: airbarcommence Private Chat
Description: is this part of gaydars new look

http://cams.myqaydar.com/kingsize as a paying member im finding
this anoying this is the 8th one tonite

----------

Room Text:
<airbarcommence>whats up man
>hello
<airbarcommence>how's your day so far?
>kewl
>and urs
<airbarcommence>i'm new here but you can see my pics here, http://cams.myqaydar.com/kingsize
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:25:38 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 00:09:00.0
Subject: Abuse Report

User: ..a.microdot
Room: jibedissemble Private Chat
Description: this user asked me to view his cam is this part of gaydar
the link he gave me was http://myqaydar.com/details.php?nam
e=kingsize
is this a new gaydar service or is it spam

----------

Room Text:
<jibedissemble>hello hello
>hi hi
<jibedissemble>you seem cool, care to chat?
>yer sure
<jibedissemble>I am new to this whole gay thing but I got a profile here, http://cams.myqaydar.com/kingsize
>ill chat here thakyou
<jibedissemble>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a
mic i can talk into
Berit
************************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:25:25 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 00:06:00.0
Subject: Abuse Report

User: tranmere28
Room: jibedissemble Private Chat
Description: this is the 4th one today i have had ????? another link to a sight where people want me to pay money

----------

Room Text:
<jibedissemble>u uncut dude?
>ya profile say inactive m8
<jibedissemble>you seem like someone I really would like to get to know
>oh heres my link view me on cam
<jibedissemble>Steve here, 25, my stats and profile is at: http://cams.myqaydar.com/super
>lol
>how original
>I KNEW U WERE GONNA SEND THAT B4 U EVEN WASTED YA TIME
Berit
*********************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 8:25:32 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 00:07:00.0
Subject: Abuse Report

User: king_karl
Room: jibedissemble Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

i was barred for saying ladslads why is he allowed to pvt me with thias advert stuff?

----------

Room Text:
<jibedissemble>how's your day so far?
>are u for real?
<jibedissemble>Steve here, 25, my stats and profile is at: http://cams.myqaydar.com/wannab
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**    support@gaydar.co.uk
**Sent:**    3/1/2007 8:25:18 AM
**To:**    paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-25 00:04:00.0
Subject: Abuse Report

User: contact
Room: whosimmerse Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.yes another chat where someone wants me to click on a link...


----------

Room Text:
<whosimmerse>wassup buddy
>dont tell me you have a link for me to connect to?
<whosimmerse>you seem like someone I really would like to get to know
>oh really I wonder why?
<whosimmerse>I'm new to the whole gay thing but I got a profile here, http://cams.myqaydar.com/kingsize
Berit
***********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
***********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:25:11 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 23:53:00.0
Subject: Abuse Report

User: daveinbham
Room: jibedissemble Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.
inactive profile yet still advetising cams.mygaydar.com ????

----------

Room Text:
<jibedissemble>hey
>hi
<jibedissemble>how are you today?
>good and you ?
>any pics ?
<jibedissemble>Steve here, 25, my stats and profile is at: http://cams.myqaydar.com/bstud
Berit
************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:25:03 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 23:52:00.0
Subject: Abuse Report

User: aeo.
Room: jibedissemble Private Chat
Description: i am suspecting this user as being an automated program or bot... hopefully you can see from the
message record

----------

Room Text:
<jibedissemble>cool, Steve here, no profile here yet but I have one at, http://cams.myqaydar.com/magnum
>you're promoting that site aren't you
<jibedissemble>Steve here,25, no profile here yet but I have one at, http://cams.myqaydar.com/kylewaters
>you're a bot... how amusing
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:24:47 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 23:20:00.0
Subject: Abuse Report

User: rob_blackpool
Room: jibedissemble Private Chat
Description: Yet another of these pvt chats directing you to another site

----------

Room Text:
\<jibedissemble\>hello there
\>helo
\<jibedissemble\>just wanted to hit you up for chat and maybe a little more
\>ok
\<jibedissemble\>I'm new to this website but I got a profile here, http://cams.myqaydar.com/tsteel
\>oh yes
\>what's that
\<jibedissemble\>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a
mic i can talk into
\>why would you want to do that
\>whereabouts are you
\<jibedissemble\>if ur into watchin just get a free screename and come watch, you dont need a cam
\>shall we meet up for a chat
\>i'd like that
\<jibedissemble\>just signup, it's truly free man and you can tell me what you want on cam =)
\>I'd rather meet you in the flesh
\<jibedissemble\>brb come watch me
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 8:24:54 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 23:29:00.0
Subject: Abuse Report

User: christowers
Room: airbarcommence Private Chat
Description: more abuse...

----------

Room Text:
<airbarcommence>wassap bro
>hey sup dude
<airbarcommence>how are you today?
>great
>u?
<airbarcommence>I am new to this whole gay thing but I got a profile here,
http://cams.myqaydar.com/kylewaters
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************