# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 8:24:38 AM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 23:18:00.0
Subject: Abuse Report

User: winterinjune
Room: jibedissemble Private Chat
Description: spamming yet another profile for you to remove me thinks...!

----------

Room Text:
<jibedissemble>just wanna chat, Cole here, what's your name?
>Malcolm
<jibedissemble>Steve here, 25, my stats and profile is at: http://cams.myqaydar.com/college
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**    support@gaydar.co.uk
**Sent:**    3/1/2007 8:24:30 AM
**To:**    paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 23:09:00.0
Subject: Abuse Report

User: townguy01
Room: jibedissemble Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

typin in links to other sites probably some kind of scam. this is just one of many recently

----------

Room Text:
<jibedissemble>hey you are gorgeous
>bollocks
<jibedissemble>just thought i'd hit you up for chat
>yeah
>and where's the link?
<jibedissemble>no profile here yet but you can check me out here, http://cams.myqaydar.com/magnum
>FUCK OFF
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 8:24:23 AM
**To:**     paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 23:04:00.0
Subject: Abuse Report

User: .patrick1975
Room: whosimmerse Private Chat
Description: Spammer - plugging a commercial site, again

----------

Room Text:
<whosimmerse>hi
>hi there
<whosimmerse>you are gorgeous, what you doing?
>thanks, not to much
>how about you?
<whosimmerse>I'm new to the whole gay thing but I got a profile here, http://cams.myqaydar.com/bstud
Berit
************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
***************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:24:16 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 23:02:00.0
Subject: Abuse Report

User: christowers
Room: jibedissemble Private Chat
Description: more abusive chats - this has been going on for ages now!!
Please do something about it!!


----------

Room Text:
<jibedissemble>hello hello
>hi who is this?
<jibedissemble>just wanna chat, Cole here, what's your name?
>chris
>where ur profile dude?
<jibedissemble>no profile on here yet, just joined but you can check me out here,
http://cams.myqaydar.com/younggun
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:24:09 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 23:02:00.0
Subject: Abuse Report

User: bikerboy
Room: airbarcommence Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile. I keep getting these messages..... are they legit??

----------

Room Text:
<airbarcommence>hey there how's your day goin
>evenin.....
>not bad...
<airbarcommence>you seem like someone we'd liek to chat with
>we??.....
> and why would that be?
<airbarcommence>no profile here yet but you can check me out here, http://cams.myqaydar.com/bstud
>bored shitless of these messsages....
<airbarcommence>getting on cam and both of us showing off together is a new hobby of ours
>is there really that little to do up north?
<airbarcommence>if you want, you can get a free screenname right on my profile page and watch me u don't
need a cam
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:24:02 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 22:57:00.0
Subject: Abuse Report

User: yourpix
Room: jibedissemble Private Chat
Description: i think that this profile is some sort of an advert and has bee pestering users for a while now--
thought u should know about this

----------

Room Text:
<jibedissemble>hey there how goes it?
>hi
<jibedissemble>you seem like someone I really would like to get to know
>and u seem like an advert that can fuk off
<jibedissemble>I'm new to this website but I got a profile here, http://cams.myqaydar.com/hardbod
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**    support@gaydar.co.uk
**Sent:**    3/1/2007 8:23:54 AM
**To:**    paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 22:52:00.0
Subject: Abuse Report

User: ...oirubmynuts
Room: airbarcommence Private Chat
Description: looks like another one of those credit card scam site things

----------

Room Text:
<airbarcommence>hey you are gorgeous
>lol
<airbarcommence>just wanted to hit you up for chat and maybe a little more
>u can call me for more
<airbarcommence>I don't got a profile here yet but I have one here, http://cams.myqaydar.com/cuteboys
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 8:23:46 AM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 22:41:00.0
Subject: Abuse Report

User: rohan-man
Room: jibedissemble Private Chat
Description: This maybe a commercial scam....?

----------

Room Text:
<jibedissemble>hey sexy
>hello - i cant see your profile <surprised>
>have you disabled it?
<jibedissemble>you seem cool, care to chat?
>thank you - tell me a bit about you
<jibedissemble>Steve here,25, no profile here yet but I have one at, http://cams.myqaydar.com/younggun
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:23:40 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 22:39:00.0
Subject: Abuse Report

User: cp3o
Room: jibedissemble Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

hi sorry oneof those generic chat sites have signed on again
thanks
chris

----------

Room Text:
<jibedissemble>whats up man
>not much toomanyfuneralsnot enough fun
<jibedissemble>just wanna chat, Cole here, what's your name?
>and my space bar is but lol
>im chris <smile>
<jibedissemble>Steve here, 25, my stats and profile is at: http://cams.myqaydar.com/just
>ok cant link it
<jibedissemble>like what you see?
>cant see it soz
<jibedissemble>cool, I'm geting ready to release a load and I'd like nothing more than for you to join me
Berit
*************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 8:23:33 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 22:33:00.0
Subject: Abuse Report

User: play-a-boy
Room: whosimmerse Private Chat
Description: yet again another fake profile this is the third one in a couple of days TOO MANY

----------

Room Text:
<whosimmerse>hey bud
>hello
<whosimmerse>you are gorgeous, what you doing?
>thanks
<whosimmerse>no profile here yet but you can check me out here, http://cams.myqaydar.com/cuteboys
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:23:25 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 22:25:00.0
Subject: Abuse Report

User: cd_rw
Room: whosimmerse Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.
spam/publicity

----------

Room Text:
<whosimmerse>hello there
>hola
<whosimmerse>just wanted to hit you up for chat and maybe a little more
>i m in europe.
<whosimmerse>I don't got a profile here yet but I have one here, http://cams.myqaydar.com/just
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:23:12 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 22:24:00.0
Subject: Abuse Report

User: baloo_dc
Room: jibedissemble Private Chat
Description: Non Genuine Profile

----------

Room Text:
<jibedissemble>yo bro
>pics?
<jibedissemble>how are you today?
>pics?
<jibedissemble>I am new to this whole gay thing but I got a profile here, http://cams.myqaydar.com/college
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:23:04 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 22:23:00.0
Subject: Abuse Report

User: fortwo
Room: airbarcommence Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile. oh look another adbot, many thanks

----------

Room Text:
<airbarcommence>hey you are gorgeous
>hello
<airbarcommence>how's your day so far?
>tiring
>you ?
<airbarcommence>no profile here yet but you can check me out here, http://cams.myqaydar.com/cuteboys
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**    support@gaydar.co.uk
**Sent:**    3/1/2007 8:22:58 AM
**To:**    paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 22:23:00.0
Subject: Abuse Report

User: leedsboi80
Room: jibedissemble Private Chat
Description: links to external website I suspect contains a virus, as form of message is very familiar.

----------

Room Text:
<jibedissemble>wassup buddy
>hello
<jibedissemble>you are gorgeous, what you doing?
>not a lot mate, what are you doing?
<jibedissemble>I am new to this whole gay thing but I got a profile here, http://cams.myqaydar.com/male
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:22:51 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 22:22:00.0
Subject: Abuse Report

User: des66
Room: jibedissemble Private Chat
Description: another advertising scam!

----------

Room Text:
<jibedissemble>hey what's up
>hi
<jibedissemble>you seem like someone I really would like to get to know
>nice if you had a profile
<jibedissemble>I am new to this whole gay thing but I got a profile here, http://cams.myqaydar.com/super
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:22:44 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 22:17:00.0
Subject: Abuse Report

User: baloo_dc
Room: airbarcommence Private Chat
Description: Commerical profile?

----------

Room Text:
<airbarcommence>i'm new here but you can see my pics here, http://cams.myqaydar.com/wannab
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 8:22:36 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 22:17:00.0
Subject: Abuse Report

User: goldcrestuk
Room: jibedissemble Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile. another spammer profile

----------

Room Text:
<jibedissemble>hey man
>hi
<jibedissemble>just wanted to hit you up for chat and maybe a little more
>?
<jibedissemble>no profile here yet but you can check me out here, http://cams.myqaydar.com/dream
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 8:21:21 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 22:09:00.0
Subject: Abuse Report

User: .agentx
Room: jibedissemble Private Chat
Description: Hope not trivial but I'm sick of crappy messages saying hey dude, sign up on this site.....

----------

Room Text:
<jibedissemble>hey gorgeous
> hey!" bizarre - just clicked on u and it says inactive profile!! <grin> <laugh>
<jibedissemble>you seem interesting, care to chat?
>absolutley lol but can u tell me a bit about yourself please?
>(got nothing to go on here lol)
<jibedissemble>Steve here,25, no profile here yet but I have one at, http://cams.myqaydar.com/wrestlercole
>yeah right
>so what can i do for you (please don't tell me i need to set up a profile at this site)
<jibedissemble>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a mic i can talk into
>think i prefer to have real sex
<jibedissemble>just get a free screenname and you can tell me what to do sexy
>cant be bothered
Berit
*****************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*****************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:21:14 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 22:08:00.0
Subject: Abuse Report

User: andysim
Room: airbarcommence Private Chat
Description: advertising links


----------

Room Text:
<airbarcommence>hello hello
>hi
>sorry miles away
<airbarcommence>just wanted to hit you up for chat and maybe a little more
>cool
<airbarcommence>I'm new to the whole gay thing but I got a profile here, http://cams.myqaydar.com/super
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:21:02 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 22:07:00.0
Subject: Abuse Report

User: makemestruggle
Room: jibedissemble Private Chat
Description: when you gonna stop these guys

----------

Room Text:
<jibedissemble>hey there how goes it?
>hi
<jibedissemble>just wanna chat, Cole here, what's your name?
>you
>mike
<jibedissemble>Steve here, 25, my stats and profile is at: http://cams.myqaydar.com/cutest
>fuck off
Berit
************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 8:20:54 AM
**To:**     paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 22:03:00.0
Subject: Abuse Report

User: welsh_teen
Room: jibedissemble Private Chat
Description: I know its not abuse, but I think this is another bot . . . had a few over the last week or two and
thought I'd send this to you.

----------

Room Text:
<jibedissemble>wassap bro
>whos this?
<jibedissemble>you seem cool, care to chat?
>o le wyt ti'n ddod?
<jibedissemble>I don't got a profile here yet but I have one here, http://cams.myqaydar.com/hardbod
Berit
************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:20:42 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 22:00:00.0
Subject: Abuse Report

User: guildfordchav
Room: jibedissemble Private Chat
Description: This is an automated profile

----------

Room Text:
<jibedissemble>hey there how goes it?
>not bad ere
<jibedissemble>you seem like someone I really would like to get to know
>cool
<jibedissemble>I'm new to this website but I got a profile here, http://cams.myqaydar.com/stevek
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 8:13:17 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 22:00:00.0
Subject: Abuse Report

User: vulpes
Room: airbarcommence Private Chat
Description: airbarcommence appears to be a bot/advert

----------

Room Text:
<airbarcommence>hello there
>hi
<airbarcommence>you seem cool, care to chat?
>yeah
>where are you, mate?
<airbarcommence>no profile here yet but you can check me out here, http://cams.myqaydar.com/dream
<airbarcommence>getting on cam and showing off is a new hobby of mine
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:13:09 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 21:59:00.0
Subject: Abuse Report

User: keninbham
Room: airbarcommence Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.
advert profile for mygaydar.com ?????

----------

Room Text:
<airbarcommence>hello there
>hi
<airbarcommence>just thought i'd hit you up for chat
>any more pic
<airbarcommence>no profile here yet but you can check me out here, http://cams.myqaydar.com/just
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 8:13:03 AM
**To:**     paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: lightingcliquekefarr@yahoo.com
Date: 2006-11-24 21:44:00.0
Subject: Abuse Report

User: dastonm
Room: whosimmerse Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile. - spam site

----------

Room Text:
<whosimmerse>hello hello
>hello
<whosimmerse>how's your day so far?
>well, not too bad thanks - although I'm not in Canada...!
<whosimmerse>Steve here,25, no profile here yet but I have one at, http://cams.myqaydar.com/wildjock
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:12:55 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 21:42:00.0
Subject: Abuse Report

User: swdub
Room: whosimmerse Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.
this guy redirects you to an ifriends site to pay to look at him on cam


----------

Room Text:
<whosimmerse>hey what's up
>hi there
<whosimmerse>you seem interesting, care to chat?
>sure chat away
>u are a long way from home in the eire room
<whosimmerse>Steve here,25, no profile here yet but I have one at, http://cams.myqaydar.com/male
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 8:12:47 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 21:42:00.0
Subject: Abuse Report

User: dreambrother
Room: whosimmerse Private Chat
Description: spammer

----------

Room Text:
<whosimmerse>wassap bro
>nothing much you
<whosimmerse>you seem cool, care to chat?
>as long as you got something to say
<whosimmerse>i'm new here but you can see my pics here, http://cams.myqaydar.com/male
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:12:39 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 21:35:00.0
Subject: Abuse Report

User: hotdawg10
Room: jibedissemble Private Chat
Description: keep getting these messages to check out these sites. get them all the time. Very annoying

----------

Room Text:
<jibedissemble>hey gorgeous
>hey
<jibedissemble>just wanted to chat, u doin ok?
>yup
<jibedissemble>no profile here yet but you can check me out here, http://cams.myqaydar.com/cutest
>Nah i'll give it a miss
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:12:31 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: glasgoat@hotmail.com
Date: 2006-11-24 21:35:00.0
Subject: Abuse Report

User: glasgoat
Room: jibedissemble Private Chat
Description: selling other website thru gaydar ?

----------

Room Text:
<jibedissemble>hey dude
>hi
<jibedissemble>how's the weather where you are? hope you don't mind chatting
>no problem. in glasgow,...you ?
<jibedissemble>no profile here yet but you can check me out here, http://cams.myqaydar.com/magnum
Berit
********************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:12:23 AM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: closeted28@hotmail.com
Date: 2006-11-24 21:34:00.0
Subject: Abuse Report

User: southglas75
Room: jibedissemble Private Chat
Description: just to let u know of another commercial site

----------

Room Text:
<jibedissemble>I'm new to the whole gay thing but I got a profile here, http://cams.myqaydar.com/cutest
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:12:15 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 21:32:00.0
Subject: Abuse Report

User: .toohorny
Room: airbarcommence Private Chat
Description: another advert

----------

Room Text:
<airbarcommence>hello hello
>hi mister
<airbarcommence>just wanted to chat, u doin ok?
>fine thanks
<airbarcommence>no profile here yet but you can check me out here, http://cams.myqaydar.com/anfjock
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:12:07 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: matworker2005@yahoo.co.uk
Date: 2006-11-24 21:30:00.0
Subject: Abuse Report

User: matworker
Room: jibedissemble Private Chat
Description: I've been told this is a bot. Wants to cam but sends you to a bogus site. I think they are trying to ruin our computers It's happened a few times sending the same messages

----------

Room Text:
<jibedissemble>hello hello
>hello
<jibedissemble>you seem like someone I really want to talk to
>your profile is inactive
<jibedissemble>I am new to this whole gay thing but I got a profile here, http://cams.myqaydar.com/wildjock
>Thats a bogus site
<jibedissemble>got my pics and stats on there and my cam is coming on
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 8:11:50 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: jonhtsw@aol.com
Date: 2006-11-24 21:30:00.0
Subject: Abuse Report

User: willeh11
Room: jibedissemble Private Chat
Description: inactive profile - invites me to join him on cam - at ifriends

----------

Room Text:
<jibedissemble>you seem like someone I really would like to get to know
> <grin>
>you profile doesn't work <sad>
<jibedissemble>no profile on here yet, just joined but you can check me out here,
http://cams.myqaydar.com/college
>says it is inactive - how come you are in chat?
<jibedissemble>getting on cam and showing off is a new hobby of mine
>ok - well you enjoy
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 8:11:39 AM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 21:29:00.0
Subject: Abuse Report

User: m-4-m
Room: jibedissemble Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.
spam

----------

Room Text:
<jibedissemble>hello hello
>oops sorry, did'nt see ur messagse
<jibedissemble>just wanna chat, Cole here, what's your name?
>Adrian, but I'm in the middle of packing.....off to see U2 in Tokyo..Hello, Hello
<jibedissemble>no profile on here yet, just joined but you can check me out here,
http://cams.myqaydar.com/bstud
>not just now thnks
<jibedissemble>i'm lookin for dudes to get off or watch me get off
> busy sorry
<jibedissemble>if you want, you can get a free screenname right on my profile page and watch me
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:11:26 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 21:27:00.0
Subject: Abuse Report

User: m-4-m
Room: jibedissemble Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.
spam again

----------

Room Text:
<jibedissemble>hello hello
>oops sorry, did'nt see ur messagse
<jibedissemble>just wanna chat, Cole here, what's your name?
>Adrian, but I'm in the middle of packing.....off to see U2 in Tokyo..Hello, Hello
<jibedissemble>no profile on here yet, just joined but you can check me out here,
http://cams.myqaydar.com/bstud
Berit
***********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
***********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 8:11:18 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.


From: leelondon777@hotmail.com
Date: 2006-11-24 21:27:00.0
Subject: Abuse Report

User: sadistlondon
Room: whosimmerse Private Chat
Description: another cyber web cam scam....

----------

Room Text:
<whosimmerse>whats up man
>ur in oz
>i'm in uk...
<whosimmerse>just wanted to chat, u doin ok?
>u speak english?
<whosimmerse>no profile here yet but you can check me out here, http://cams.myqaydar.com/kingsize
Berit
************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 8:11:11 AM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: djldavies@hotmail.com
Date: 2006-11-24 21:07:00.0
Subject: Abuse Report

User: uncled
Room: jibedissemble Private Chat
Description:
of your profile.another spammer for you Unckled is on partol LOL xxx


----------

Room Text:
>hello sexy
<jibedissemble>how's the weather where you are? hope you don't mind chatting
>not at all chat on
<jibedissemble>I'm new to this website but I got a profile here, http://cams.myqaydar.com/wildjock
Berit
*************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:11:00 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 20:54:00.0
Subject: Abuse Report

User: 1fit2fckyr
Room: jibedissemble Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.
i keep getting these offers to contact
http://cams.mygaydar.com/younggun etc are they part of this site?

----------

Room Text:
<jibedissemble>hey sexy
>hallo
<jibedissemble>you are gorgeous, what you doing?
>u have an inactive profile?
<jibedissemble>I don't got a profile here yet but I have one here, http://cams.myqaydar.com/younggun
>and are about to suggest i look at ur cam site.........
Berit
******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
******************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 8:10:53 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 20:51:00.0
Subject: Abuse Report

User: .ili.
Room: jibedissemble Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.advert

----------

Room Text:
<jibedissemble>hey what's up
>hi\
<jibedissemble>just wanted to see if you'd like to chat
>did u
<jibedissemble>no profile here yet but you can check me out here, http://cams.myqaydar.com/hardbod
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:10:45 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 20:51:00.0
Subject: Abuse Report

User: pales
Room: jibedissemble Private Chat
Description: This is a bot, that wanted me to click on links.

----------

Room Text:
<jibedissemble>hey there how's your day goin
>kewl thanks
>and you?
<jibedissemble>just wanted to chat, u doin ok?
>sure dude
>and what would you like to chat about?
<jibedissemble>I am new to this whole gay thing but I got a profile here, http://cams.myqaydar.com/sexydany
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:10:37 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 20:46:00.0
Subject: Abuse Report

User: ...durrson...
Room: airbarcommence Private Chat
Description: I think this is a bot or at least someone diverting away from gaydar..

----------

Room Text:
<airbarcommence>hey you are gorgeous
>thank you, and you look good yourself!
<airbarcommence>how's your day so far?
>very good, and yours?
<airbarcommence>I am new to this whole gay thing but I got a profile here, http://cams.myqaydar.com/bad
Berit
*********************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:10:28 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 20:34:00.0
Subject: Abuse Report

User: pchilds
Room: jibedissemble Private Chat
Description: seems to be a scam

----------

Room Text:
<jibedissemble>yo bro
>hello
<jibedissemble>you seem like someone I really would like to get to know
>your profile says it's inactive
>no pics?
<jibedissemble>Steve here, 25, my stats and profile is at: http://cams.myqaydar.com/wrestlercole
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:10:19 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 20:28:00.0
Subject: Abuse Report

User: darkroomdick1
Room: whosimmerse Private Chat
Description: I dont know if this is a scam but this did happen a few times now. People cum to invite you to watch them live wanking them self.
You need to give your credit card no before you can get a "free" username to watch hem wanking.
He also then gave you a gaydar profile witch does not exist (http://cams.maygaydar.com/soccer) if you do tell them you gonna
report them they tell you they will brb some people coming in our cam chatroom to watch the show
and then they dissapear.

----------

Room Text:
<whosimmerse>whats up man
>lol my dick...!!
<whosimmerse>just thought i'd hit you up for chat
>no problem dude
<whosimmerse>Steve here, 25, my stats and profile is at: http://cams.myqaydar.com/soccer
>let me go an have a look ok..!
<whosimmerse>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a mic i can talk into
>Mmmmm inactive profile....?
<whosimmerse>if ur into watchin just get a free screename and come watch, you dont need a cam
>NO THANK YOU THIS IS A SCAM....!!!!
>i DID TRY IT A COUPLE OF TIMES
<whosimmerse>no cam needed or anything i'm on it now, come check me out
>i'M NOT INTERESTED....!!!!! I'M NOT GIVING MY CREDIT CARD NO TO NO ONE....!!!!!
<whosimmerse>brb people coming in our cam chatroom =)
>Dont talk shit bro....!!!
<whosimmerse>I am a very nice person %)
>I'm gonna report you this is a scam....!!!!
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 8:10:12 AM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 20:25:00.0
Subject: Abuse Report

User: trvl69
Room: whosimmerse Private Chat
Description: Please look at this persons profile - think they are busy with credit card fraud or want to promote other websites


----------

Room Text:
<whosimmerse>hey man
>hey
<whosimmerse>just thought i'd hit you up for chat
>cool
<whosimmerse>no profile here yet but you can check me out here, http://cams.myqaydar.com/stevek
>sorry don't do that site
>send me free password without me to sign in and we can talk
<whosimmerse>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a mic i can talk into
>souns wonderfull
>send me free password
<whosimmerse>cool, I'm geting ready to release a load and I'd like nothing more than for you to join me
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:10:05 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 20:16:00.0
Subject: Abuse Report

User: staineslad_1977
Room: jibedissemble Private Chat
Description: this person is a spamer....thought i would report it

----------

Room Text:
<jibedissemble>hi, whre are you
>hi
<jibedissemble>how's the weather where you are? hope you don't mind chatting
>?
<jibedissemble>Steve here, 25, my stats and profile is at: http://cams.myqaydar.com/bstud
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 8:09:57 AM
**To:**     paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 20:16:00.0
Subject: Abuse Report

User: biladx
Room: airbarcommence Private Chat
Description: member using porilfe to try and promote pay to use website

----------

Room Text:
>hi mate
>u boned up and beatin off?
>bi lad here
>horny as fuck
<airbarcommence>just wanted to chat, u doin ok?
>fat cock
>yeh mate
>u wantin to chat and spunk on fone?
<airbarcommence>no profile here yet but you can check me out here, http://cams.myqaydar.com/wannab
Berit
**************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 8:09:50 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: dave.steele@btconnect.com
Date: 2006-11-24 20:13:00.0
Subject: Abuse Report

User: daveinbham
Room: airbarcommence Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.
advert link to mygaydar ????
are they using your company name in vain ????

----------

Room Text:
<airbarcommence>hey there how's your day goin
>hi
>its ok...and your day ?
<airbarcommence>you seem like someone I really want to talk to
<airbarcommence>no profile here yet but you can check me out here, http://cams.myqaydar.com/anfjock
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 8:09:42 AM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: michaelrmn@blueyonder.co.uk
Date: 2006-11-24 20:03:00.0
Subject: Abuse Report

User: mikey_9
Room: airbarcommence Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

fake profile

----------

Room Text:
<airbarcommence>no profile on here yet, just joined but you can check me out here,
http://cams.myqaydar.com/wildjock
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:09:33 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 19:50:00.0
Subject: Abuse Report

User: marknorthwest
Room: jibedissemble Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

see transcript

----------

Room Text:
<jibedissemble>you seem like someone we'd liek to chat with
>we?
<jibedissemble>no profile on here yet, just joined but you can check me out here,
http://cams.myqaydar.com/stevek
>no thanks
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:09:26 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 19:45:00.0
Subject: Abuse Report

User: agreekman
Room: airbarcommence Private Chat
Description: ...and another one,...

----------

Room Text:
<airbarcommence>yo bro
>hi man
<airbarcommence>you seem cool, care to chat?
>fuckin sexy pic m8
<airbarcommence>I'm new to this website but I got a profile here, http://cams.myqaydar.com/wrestlercole
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:09:19 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 19:40:00.0
Subject: Abuse Report

User: .....thestudio
Room: airbarcommence Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.
Another soliciting profile!!!

----------

Room Text:
<airbarcommence>hey
>Hi
<airbarcommence>just thought i'd hit you up for chat
>Sorry-no time for chat
<airbarcommence>I am new to this whole gay thing but I got a profile here, http://cams.myqaydar.com/tsteel
>Your profile will be now shut down.
Berit
*************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:09:10 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 19:34:00.0
Subject: Abuse Report

User: cutefuckee
Room: jibedissemble Private Chat
Description: Hi there, just been messaged by another scammer trying to divert to a pay website..

Adam

----------

Room Text:
<jibedissemble>hey gorgeous
>hi
<jibedissemble>you seem like someone I really would like to get to know
>you got pics mate
<jibedissemble>I'm new to the whole gay thing but I got a profile here, http://cams.myqaydar.com/cutest
>fuck off and scam somone else
Berit
***********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
***********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:05:13 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 19:31:00.0
Subject: Abuse Report

User: sexy_handsome
Room: jibedissemble Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

lately some people start chatting on me probably on others as well and without showing any face or giving details
they refer u to another web page to watch them on camera... all of them reply with the same range of answers
like it is kind of a virus and then they close the converstaion as follows..."brb,tons of people comin in to my cam
show" and then they leave the chat... i m afraid that hackers or other people that try to take control of pc's may
be back of these profiles ..please check this report
thank u

----------

Room Text:
<jibedissemble>hey sexy
>hi
>how r u?
<jibedissemble>how are you today?
>sorry but i cant c your profile
>im gd
<jibedissemble>no profile here yet but you can check me out here, http://cams.myqaydar.com/tsteel
>it doesnt allow me to pen teh site
<jibedissemble>like what you see?
>i cant c
>probably dodgy site
<jibedissemble>just get a free screenname on my page no cam needed and you can chat to me
>why from there and not from here
>whats that page?
<jibedissemble>I got two of my friends here that are gonna join in they like to be watched
>sorry m8
>i dont get u
>have an ice nite
>u sound dodgy
<jibedissemble>brb, tons of people comin in to my cam show
>i dont know what u wanna do with the computers
>xx
Berit
*********************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 8:05:07 AM
**To:**     paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 19:27:00.0
Subject: Abuse Report

User: putneyguy
Room: jibedissemble Private Chat
Description: this is the second time I got a message from someone from this site I think. Is there a way fro me not to get these in the future? This guy is interested in getting money from me


----------

Room Text:
<jibedissemble>yo bro
>hi
<jibedissemble>just thought i'd hit you up for chat
>I can't open your profile
<jibedissemble>no profile on here yet, just joined but you can check me out here,
http://cams.myqaydar.com/wannab
>so do you want me to contact you on this external site?
<jibedissemble>i'm lookin for dudes to get off or watch me get off
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:04:59 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 19:22:00.0
Subject: Abuse Report

User: apys
Room: jibedissemble Private Chat
Description: the second robot in about five minutes

----------

Room Text:
<jibedissemble>hey there how's your day goin
>its going okay thanks
>u?
<jibedissemble>how are you today?
>cool thanks
<jibedissemble>Steve here, 25, my stats and profile is at: http://cams.myqaydar.com/hardbod
>are you another robot?>
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 8:04:52 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 19:17:00.0
Subject: Abuse Report

User: ma1rbbr
Room: airbarcommence Private Chat
Description: this profile is advertising

----------

Room Text:
<airbarcommence>hey there how's your day goin
>ok thanx
>hows you
<airbarcommence>you are gorgeous, what you doing?
>looking for a meet
<airbarcommence>no profile here yet but you can check me out here, http://cams.myqaydar.com/wannab
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**    support@gaydar.co.uk
**Sent:**    3/1/2007 8:04:43 AM
**To:**    paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 19:15:00.0
Subject: Abuse Report

User: m-4-m
Room: airbarcommence Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.
Spam

----------

Room Text:
<airbarcommence>hey dude
>hi there
<airbarcommence>you seem like someone I really would like to get to know
>really?
<airbarcommence>Steve here,25, no profile here yet but I have one at, http://cams.myqaydar.com/anfjock
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:04:35 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 19:12:00.0
Subject: Abuse Report

User: andscot
Room: airbarcommence Private Chat
Description: Dear Gaydar

This is the third time that I have been hit with a link to this website. The first time I followed the link through but knew something was wrong when my credit card details were requested. I cannot remember the names of the other two profiles to do this to me but it does seem like some company using gaydar for a 'scam'.

Stewart

----------

Room Text:
<airbarcommence>hi
>hello
<airbarcommence>just thought i'd hit you up for chat
>feel free !
>how you doing ?
<airbarcommence>I'm new to the whole gay thing but I got a profile here,
http://cams.myqaydar.com/wrestlercole
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:04:22 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 19:11:00.0
Subject: Abuse Report

User: apys
Room: airbarcommence Private Chat
Description: Please remove the robot chatters tey are getting annoying!

----------

Room Text:
<airbarcommence>hey you are gorgeous
>ther isn't a pic on my profile!
<airbarcommence>you seem cool, care to chat?
>sure
<airbarcommence>no profile here yet but you can check me out here, http://cams.myqaydar.com/cutest
>are you another robot chatter?
Berit
*************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*************************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:04:14 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 19:10:00.0
Subject: Abuse Report

User: jhlive
Room: jibedissemble Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.he upset me to go on these news site can u control them
cheers


----------

Room Text:
<jibedissemble>hey you are gorgeous
>thks
<jibedissemble>just thought i'd hit you up for chat
>wxhy ur profile is inacgtif??
<jibedissemble>I'm new to this website but I got a profile here, http://cams.myqaydar.com/wrestlercole
>ok thks i don't want to pay so have a nice w end mat
>bye
<jibedissemble>getting on cam and both of us showing off together is a new hobby of ours
>byeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeee not interrested to pay for sex mate
<jibedissemble>if you want, you can get a free screenname right on my profile page and watch me u don't need
a cam
>no lol u earn ur salary like that ask someone to watch u wanking ur cock
>good luck
<jibedissemble>no cam needed or anything and I am on it now, come blow a load with me sexy
>or mate
<jibedissemble>brb people coming in our cam chatroom =)
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**        3/1/2007 8:04:07 AM
**To:**           paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 19:09:00.0
Subject: Abuse Report

User: limerick_bear
Room: airbarcommence Private Chat
Description: spam bot thing....

----------

Room Text:
<airbarcommence>wassap bro
>bro? <laugh> i'm good... u?
<airbarcommence>you seem like someone we'd liek to chat with
>yeah?
<airbarcommence>I don't got a profile here yet but I have one here, http://cams.myqaydar.com/brendon
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:04:01 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 19:08:00.0
Subject: Abuse Report

User: luiscachas
Room: whosimmerse Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

SPAM. Before they had profiles without pictures. Now, they have added pictures
to profiles to avoid you. They are usually from australia.

----------

Room Text:
<whosimmerse>wassap bro
>your name
<whosimmerse>you seem interesting, care to chat?
>your name
<whosimmerse>I don't got a profile here yet but I have one here, http://cams.myqaydar.com/hardbod
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 8:03:48 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 18:57:00.0
Subject: Abuse Report

User: smurfett2
Room: jibedissemble Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.user name jibedissemble when you ckick on him it says sorry thgis program is inactive yet hes still
there pvting me and trying to get me to go to a site that i dont recocgnise. the last time this ahppneed to me i
ended up with lots of viruses. also thought it was impossible to have an inactive profle and still use gaydar. this
person is still here how?

----------

Room Text:
<jibedissemble>hey gorgeous
>your profile says inactive profile
<jibedissemble>just thought i'd hit you up for chat
>why have you got no profile?
<jibedissemble>cool, Steve here, no profile here yet but I have one at, http://cams.myqaydar.com/magnum
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:03:40 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 18:54:00.0
Subject: Abuse Report

User: scoteee
Room: jibedissemble Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile. i think this guy is a scam from USA

----------

Room Text:
<jibedissemble>yo bro
>hey
<jibedissemble>you are gorgeous, what you doing?
>you got pic yourself cant see your profile
>got my m8 over from Dubin
<jibedissemble>I am new to this whole gay thing but I got a profile here, http://cams.myqaydar.com/super
>Dublin
<jibedissemble>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a
mic i can talk into
>sorry m8 busy here with my m8
<jibedissemble>if you want, you can get a free screenname right on my profile page and watch me
>sorry m8 im sure this is another scam
<jibedissemble>my st8 roomie is gonna let me blow him on cam, so cmon
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:03:32 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 18:50:00.0
Subject: Abuse Report

User: blondien6
Room: jibedissemble Private Chat
Description: automated message received

----------

Room Text:
<jibedissemble>hey bud
>hi
<jibedissemble>you seem like someone we'd liek to chat with
>ic
>your profile doesnt work.....
<jibedissemble>no profile on here yet, just joined but you can check me out here,
http://cams.myqaydar.com/wrestlercole
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:03:24 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 18:46:00.0
Subject: Abuse Report

User: keano30
Room: jibedissemble Private Chat
Description: they are back, yet again more commercial advertizing this is the 5 time i have had this shit.

----------

Room Text:
<jibedissemble>hey sexy
>hi
>have u got a profile?
<jibedissemble>you seem like someone we'd liek to chat with
>u got any pix
<jibedissemble>cool, Steve here, no profile here yet but I have one at, http://cams.myqaydar.com/wannab
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:03:17 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 18:45:00.0
Subject: Abuse Report

User: rftytffty
Room: airbarcommence Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

This person seems to be using the chatrooms to promote a camera service.

----------

Room Text:
<airbarcommence>hi baby
>evening
<airbarcommence>you seem cool, care to chat?
>sure
<airbarcommence>no profile here yet but you can check me out here, http://cams.myqaydar.com/wannab
>so the picture on your profile isn't you?
<airbarcommence>getting on cam and showing off is a new hobby of mine
>well that's not chatting is it?
<airbarcommence>just get a free screenname and you can tell me what to do sexy
>thanks, but no thanks
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:03:09 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: pauloclayton@hotmail.com
Date: 2006-11-24 18:42:00.0
Subject: Abuse Report

User: blow56
Room: jibedissemble Private Chat
Description: pretending to be a member wanting to chat and is a link to a webcam site

----------

Room Text:
<jibedissemble>hi
>hi
<jibedissemble>just wanna chat, Cole here, what's your name?
>up for more than chat - local fun
>you have no profile?
<jibedissemble>cool, Steve here, no profile here yet but I have one at, http://cams.myqaydar.com/younggun
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:03:01 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-24 18:39:00.0
Subject: Abuse Report

User: castlegate
Room: airbarcommence Private Chat
Description: bot alert

----------

Room Text:
<airbarcommence>hey bud
>hi
<airbarcommence>you seem interesting, care to chat?
>sure
<airbarcommence>I'm new to the whole gay thing but I got a profile here, http://cams.myqaydar.com/bstud
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:02:54 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: slider_uk@hotmail.com
Date: 2006-11-24 10:01:00.0
Subject: Abuse Report

User: rooster_nch
Room: jibedissemble Private Chat
Description: Yet ANOTHER advert for a web cam show

----------

Room Text:
<jibedissemble>hey there how's your day goin
>u have an inactive profile
<jibedissemble>how's your day so far?
>very well
>u have no profile tho'
<jibedissemble>Steve here, 25, my stats and profile is at: http://myqaydar.com/college
>lemme check
>says inactive
<jibedissemble>i'm lookin for dudes to get off or watch me get off
>oh right
>you want me to pay to watch u wank on cam
<jibedissemble>cool, I'm geting ready to release a load and I'd like nothing more than for you to join me
>ooh look an abuse report button
>byeeeeeeeeeeeee
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:02:47 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: chubynottm@aol.com
Date: 2006-11-24 09:44:00.0
Subject: Abuse Report

User: nottmbloke
Room: jibedissemble Private Chat
Description: Please close this profile down - they are just advertising commercial websites

----------

Room Text:
<jibedissemble>hey you are gorgeous
>Now what would you be advertising?
<jibedissemble>how's your day so far?
>....
<jibedissemble>cool, Steve here, no profile here yet but I have one at, http://myqaydar.com/college
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:02:41 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: bomberboy@ozonline.com.au
Date: 2006-11-24 09:39:00.0
Subject: Abuse Report

User: bomberboy29
Room: confidentiallyw Private Chat
Description: Is a spammer advertising a website, wasnt even a person i dont think. Wouldnt talk to me, just kept messaging me in a chat

----------

Room Text:
<confidentiallyw>hey
>Hi?
<confidentiallyw>just thought i'd hit you up for chat
>ok..
>How are you?
<confidentiallyw>no profile here yet but you can check me out here, http://myqaydar.com/wrestlercole
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 8:02:32 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: dingo_1080@hotmail.com
Date: 2006-11-24 09:38:00.0
Subject: Abuse Report

User: dingo_1080
Room: confidentiallyw Private Chat
Description: Bot guys

----------

Room Text:
<confidentiallyw>hey sexy
>what
<confidentiallyw>how are you today?
>what
<confidentiallyw>no profile here yet but you can check me out here, http://myqaydar.com/cuteboys
>/
>/
>/
>/
>/
>/
>/
>/
>/
>/
>/
>/
>/
>/
>/
>/
>/
>/
>/
>/
>/
>/
>/
>/
>/
>/
>/

>/
>/
>/
<confidentiallyw>you into being bad on cam? if not you can just watch me? >;)
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:02:24 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: cutesexygcboi@hotmail.com
Date: 2006-11-24 09:35:00.0
Subject: Abuse Report

User: beautifulboi82
Room: confidentiallyw Private Chat
Description: this seems like a spam chatter

----------

Room Text:
<confidentiallyw>hi, whre are you
>im on the GC
>u?
<confidentiallyw>you seem cool, care to chat?
>yes lets chat
>are u in melb?
<confidentiallyw>no profile on here yet, just joined but you can check me out here, http://myqaydar.com/cutest
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:02:15 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: stevens.damien@gmail.com
Date: 2006-11-24 09:33:00.0
Subject: Abuse Report

User: explode30
Room: confidentiallyw Private Chat
Description: adbot

----------

Room Text:
<confidentiallyw>hi cutie
>hi
<confidentiallyw>just wanted to hit you up for chat and maybe a little more
>ok
<confidentiallyw>I'm new to the whole gay thing but I got a profile here, http://myqaydar.com/bad
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 8:01:57 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: ntlboy@hotmail.com
Date: 2006-11-24 09:26:00.0
Subject: Abuse Report

User: tranmere28
Room: cartonbouillonl Private Chat
Description: this is an external link to another website

----------

Room Text:
<cartonbouillonl>hi cutie
>u wouldnt say that now after me working a 12 hour night shift
>i look like a smurf on a cum down lol
<cartonbouillonl>you seem cool, care to chat?
>sound fella
>that your bid pic on ya porfile
>bod
<cartonbouillonl>I'm new to the whole gay thing but I got a profile here, http://myqaydar.com/anfjock
>oh here we go
<cartonbouillonl>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a mic i can talk into
>send me a face pic then
<cartonbouillonl>if ur into watchin just get a free screename and come watch, you dont need a cam
Berit
***********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
***********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 8:01:48 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: herscheljoseph@yahoo.com
Date: 2006-11-24 09:25:00.0
Subject: Abuse Report

User: josephh_66
Room: confidentiallyw Private Chat
Description: links to outside sites

----------

Room Text:
<confidentiallyw>hey
>hi there
<confidentiallyw>just wanna chat, Cole here, what's your name?
>hi cole... Joseph (doh!) here
>chat is fine
>wassup?
<confidentiallyw>Steve here,25, no profile here yet but I have one at, http://myqaydar.com/kingsize
Berit
**********************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 8:01:29 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: chubynottm@aol.com
Date: 2006-11-24 09:13:00.0
Subject: Abuse Report

User: nottmbloke
Room: cartonbouillonl Private Chat
Description: This profile is just set up to advertise other websites. Please close it down!

----------

Room Text:
<cartonbouillonl>hey there how goes it?
>good thanks
<cartonbouillonl>you seem like someone I really would like to get to know
>how so?
<cartonbouillonl>I'm new to this website but I got a profile here, http://myqaydar.com/younggun
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:** support@gaydar.co.uk
**Sent:** 3/1/2007 8:01:18 AM
**To:** paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:** Message from gaydar support

.

From: leatherman@mail.gr
Date: 2006-11-24 09:09:00.0
Subject: 'Strange' Profile No 2

Thnx
Please also check the profile www.gaydar.co.uk/confidentiallyw.
He clicked me, but seems to give automated answers and not following
my questions.
he told me to go to the site http://myqaydar.com/profiles.php?name=anfjock
and watch live from there without cam.

Plsease let me know the results of your search.

Leatherman


Óôßò Mon, 20 Nov 2006 15:41:16 +0000 (GMT) support@gaydar.co.uk Ýãñáøå:

> Hi
>
> Thank you for letting us know about this.
>
> I have taken appropriate action.
>
> Please advise if I can be of any further assistance.
>
> Regards
>
>
> Kell
>
> *******************************************************************
>
> QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
> employees shall not be liable for the incorrect or incomplete
> transmission of this e-mail or any attachments, nor responsible
> for any delay in receipt. Any opinions expressed in this message are
> those of the author only and do not necessarily represent the views
> of QSoft Consulting Ltd or QSoft Media Ltd.
>
> *******************************************************************
>
>

_____

http://www.mail.gr - Get Your Free Greek E-mail Address at Mail.gr
http://www.iFree.gr - Free Internet! Number: 801 2000 801, User/Pass: free
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 8:01:09 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: cam.lee82@gmail.com
Date: 2006-11-24 09:08:00.0
Subject: Abuse Report

User: brandonst
Room: cartonbouillonl Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.


trivial solicitation -

----------

Room Text:
<cartonbouillonl>wassap bro
>woah me now after ur pic :(
<cartonbouillonl>how's the weather where you are? hope you don't mind chatting
>not too bad man, bit chilly but hey!
<cartonbouillonl>I'm new to the whole gay thing but I got a profile here, http://myqaydar.com/dream
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 7:59:22 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: touchmybodybaby@yahoo.co.uk
Date: 2006-11-24 08:54:00.0
Subject: Abuse Report

User: bestonthesite
Room: cartonbouillonl Private Chat
Description: CREDIT CARD SCAM, ANOTHER PROFILE TO REMOVE, IM SURE YOU KNOW WHICH TYPE I MEAN,
CONVINCE GUYS TO JOIN A WEBCAM SITE AND THEN DEFRAUD THEM OF THEIR MONEY

----------

Room Text:
<cartonbouillonl>yo bro
>YO
<cartonbouillonl>you seem like someone we'd liek to chat with
>YES FOR WEBCAM IM SURE
>AND ITS FREE AND BLA BLA BLA
>I MUST SIGN UP ON SOME LINK RIGHT
<cartonbouillonl>no profile on here yet, just joined but you can check me out here, http://myqaydar.com/bad
>AND TEHN I CAN TELL YOU WHAT TO DO
>GO ON TELL ME WHERE I SIGN UP COS IM SOOOOO INTERESTED
<cartonbouillonl>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a
mic i can talk into
>YEAH SURE
<cartonbouillonl>just get a free screenname on my page no cam needed and you can chat to me
>OK,TELL ME
<cartonbouillonl>my st8 roomie is gonna let me blow him on cam, so cmon
>IM SOOOOOO KEEN
<cartonbouillonl>brb, tons of people comin in to my cam show
>COS ITS SUCH A LOAD OF CRAP!
Berit
****************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
****************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 7:59:14 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: breakfast@qsoft.co.uk
Date: 2006-11-24 08:35:00.0
Subject: Abuse Report

User: breakfast
Room: jibedissemble Private Chat
Description: More random spamming to the studio
Neil:-)

----------

Room Text:
<jibedissemble>hey there how's your day goin
>hello
>How ya doin'?
<jibedissemble>just thought i'd hit you up for chat
>Whereabouts ru?
>How come yourprofile is not active?
<jibedissemble>no profile on here yet, just joined but you can check me out here, http://myqaydar.com/college
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 7:59:06 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: d-traylen@hotmail.com
Date: 2006-11-24 08:31:00.0
Subject: Abuse Report

User: dan..
Room: cartonbouillonl Private Chat
Description: spam

----------

Room Text:
<cartonbouillonl>hi, whre are you
>hi
<cartonbouillonl>just wanted to chat, u doin ok?
>no
<cartonbouillonl>I'm new to this website but I got a profile here, http://myqaydar.com/magnum
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 7:58:17 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: iremassaging@hotmail.com
Date: 2006-11-24 08:13:00.0
Subject: Abuse Report

User: iremassaging
Room: confidentiallyw Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile. ....

----------

Room Text:
<confidentiallyw>hey
>youir pic is interesting
<confidentiallyw>how's the weather where you are? hope you don't mind chatting
>where r u?
<confidentiallyw>I'm new to this website but I got a profile here, http://myqaydar.com/tsteel
Berit
***********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
***********************************************************************

# support@gaydar.co.uk

**From:** support@gaydar.co.uk
**Sent:** 3/1/2007 7:58:09 AM
**To:** paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:** Message from gaydar support

.

From: raffiel@yahoo.com
Date: 2006-11-24 08:07:00.0
Subject: Abuse Report

User: raffie
Room: cartonbouillonl Private Chat
Description: spamming

----------

Room Text:
<cartonbouillonl>I'm new to this website but I got a profile here, http://myqaydar.com/younggun
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**    support@gaydar.co.uk
**Sent:**    3/1/2007 7:57:44 AM
**To:**    paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: liquidwasser@hotmail.com
Date: 2006-11-24 07:55:00.0
Subject: Abuse Report

User: blutaz
Room: confidentiallyw Private Chat
Description: not abuse as such, but i think this is an automated bot

----------

Room Text:
<confidentiallyw>hey there what u up to
>hi - not much, yourself?
<confidentiallyw>how's the weather where you are? hope you don't mind chatting
>not too bad, and no - sorry, got another chat program running, so might be a delay in replies
<confidentiallyw>I am new to this whole gay thing but I got a profile here, http://myqaydar.com/cuteboys
>two profiles? don't know if that's a good thing
<confidentiallyw>getting on cam and i wanna show off for you so we can get to know each other
>fuck off, auto-boy
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 7:57:36 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: goldcrestuk@blueyonder.co.uk
Date: 2006-11-24 07:45:00.0
Subject: Abuse Report

User: goldcrestuk
Room: cartonbouillonl Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

this is a spam carrier

----------

Room Text:
<cartonbouillonl>hello there
>morning
<cartonbouillonl>just wanted to hit you up for chat and maybe a little more
>o thanks
>no
<cartonbouillonl>no profile here yet but you can check me out here, http://myqaydar.com/wrestlercole
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 7:57:29 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: djldavies@hotmail.com
Date: 2006-11-24 07:43:00.0
Subject: Abuse Report

User: uncled
Room: jibedissemble Private Chat
Description: todays first spammer for you


----------

Room Text:
>god mirning
<jibedissemble>how's the weather where you are? hope you don't mind chatting
>not at all
<jibedissemble>I'm new to this website but I got a profile here, http://myqaydar.com/cuteboys
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 7:57:21 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: atomiclogos@hotmail.com
Date: 2006-11-24 07:30:00.0
Subject: Abuse Report

User: cute_tiger7473
Room: confidentiallyw Private Chat
Description: bot

----------

Room Text:
<confidentiallyw>hey sexy
>hi
<confidentiallyw>you seem like someone I really want to talk to
>no u dont\
>bot
<confidentiallyw>I am new to this whole gay thing but I got a profile here, http://myqaydar.com/soccer
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 7:57:13 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: psco@talk21.com
Date: 2006-11-24 07:16:00.0
Subject: Abuse Report

User: spenco
Room: jibedissemble Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

a disguised commercial for a US Cam Site

Spenco

----------

Room Text:
<jibedissemble>hey what's up
>hi
<jibedissemble>how's your day so far?
>my cock will be i'm horny
>but you have no profile
<jibedissemble>cool, Steve here, no profile here yet but I have one at, http://myqaydar.com/cuteboys
>just a mo
<jibedissemble>got my pics and stats on there and my cam is coming on
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 7:57:06 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: bibiker@hotmail.co.uk
Date: 2006-11-24 06:54:00.0
Subject: Abuse Report

User: bibiker
Room: cartonbouillonl Private Chat
Description: advertising profile again!

Sorry guys

----------

Room Text:
<cartonbouillonl>hey bud
>hi
<cartonbouillonl>you seem like someone I really would like to get to know
>oh really
>here we go
<cartonbouillonl>no profile on here yet, just joined but you can check me out here, http://myqaydar.com/cutest
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 7:56:57 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: evil_v_p_b@hotmail.com
Date: 2006-11-24 05:55:00.0
Subject: Abuse Report

User: kane-st-kane
Room: confidentiallyw Private Chat
Description: this is an ad!!!!!

----------

Room Text:
<confidentiallyw>hey dude
>Hey :)
<confidentiallyw>just wanted to see if you'd like to chat
>Yeah for sure
<confidentiallyw>Steve here, 25, my stats and profile is at: http://myqaydar.com/wildjock
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 7:56:29 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: hot-rocks-boi@hotmail.co.uk
Date: 2006-11-24 05:43:00.0
Subject: Abuse Report

User: legs_up_lucy
Room: cartonbouillonl Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.


SCAM

----------

Room Text:
<cartonbouillonl>hey man
>you didnt take long from enterin to tthe message
<cartonbouillonl>how are you today?
>ok thnx
<cartonbouillonl>no profile here yet but you can check me out here, http://myqaydar.com/bstud
>i aint daft
>fuck off
<cartonbouillonl>getting on cam and both of us showing off together is a new hobby of ours
>FUCK OFF
>what word dont you understand
>FUCK or OFF
<cartonbouillonl>just get a free screenname and you can tell me what to do sexy
>one last time FUCK OFF
>how big is ya cock
>oi
<cartonbouillonl>no cam needed or anything i'm on it now, come check me out
>oi asked a question
>can i have an answer please
<cartonbouillonl>brb people coming in our cam chatroom =)
>dont be silly
>you are askin for epoples credit cards
>and i am gon na put a stop to it NOW
>WATCH
>given uo
>up*
>you will make NO money out of us
Berit
*********************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 7:56:19 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: fairbro79@hotmail.com
Date: 2006-11-24 05:39:00.0
Subject: Abuse Report

User: sydcobber
Room: confidentiallyw Private Chat
Description: this profile is an ad-- asking people to go to a porn site

----------

Room Text:
<confidentiallyw>I'm new to this website but I got a profile here, http://myqaydar.com/super
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 7:56:07 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: website@derwan.com
Date: 2006-11-24 05:38:00.0
Subject: Abuse Report

User: derwan
Room: confidentiallyw Private Chat
Description: Spam

----------

Room Text:
<confidentiallyw>yo bro
>hi
<confidentiallyw>you seem like someone we'd liek to chat with
>sweet :-)
<confidentiallyw>I'm new to this website but I got a profile here, http://myqaydar.com/magnum
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:** support@gaydar.co.uk
**Sent:** 3/1/2007 7:55:59 AM
**To:** paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:** Message from gaydar support

.

From: hot-rocks-boi@hotmail.co.uk
Date: 2006-11-24 05:28:00.0
Subject: Abuse Report

User: legs_up_lucy
Room: cartonbouillonl Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

another spam profile

----------

Room Text:
<cartonbouillonl>hey man
>you didnt take long from enterin to tthe message
<cartonbouillonl>how are you today?
>ok thnx
<cartonbouillonl>no profile here yet but you can check me out here, http://myqaydar.com/bstud
>i aint daft
>fuck off
<cartonbouillonl>getting on cam and both of us showing off together is a new hobby of ours
>FUCK OFF
>what word dont you understand
>FUCK or OFF
<cartonbouillonl>just get a free screenname and you can tell me what to do sexy
>one last time FUCK OFF
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 7:55:37 AM
**To:**     paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: pyell@hotmail.com
Date: 2006-11-24 03:37:00.0
Subject: Abuse Report

User: pyell
Room: confidentiallyw Private Chat
Description: This is a bot.

----------

Room Text:
<confidentiallyw>hey sexy
>hi
<confidentiallyw>just wanted to chat, u doin ok?
>yes
<confidentiallyw>I'm new to the whole gay thing but I got a profile here, http://myqaydar.com/bad
Berit
********************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 7:55:29 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: mark@lineisp.com
Date: 2006-11-24 03:24:00.0
Subject: Abuse Report

User: wboro_mark
Room: jibedissemble Private Chat
Description: I thought this was a genuine PVT, but I suspect it is spam. either way, he was giving a link to his profile whicvh didn't work.

----------

Room Text:
<jibedissemble>hey gorgeous
>lol - hi, who might you be :)
<jibedissemble>just wanted to hit you up for chat and maybe a little more
>Are you a local person - it sesm your prfile is switched off so I have no idea
<jibedissemble>I am new to this whole gay thing but I got a profile here, http://myqaydar.com/bad
>Hmm, it comes up as "inactive profile" at the moment for me
>Perhaps gaydar is just ahving an off-day :)
<jibedissemble>got my pics and stats on there and my cam is coming on
>where are you from anyway - tell me a little about yourself please
<jibedissemble>just get a free screenname on my page no cam needed and you can chat to me
>Are you spam - you ignre my questions and just eep giving me links that don't work
Berit
*****************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*****************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 7:55:21 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: mail@golan.me.uk
Date: 2006-11-24 02:26:00.0
Subject: Abuse Report

User: top_fucker_36
Room: cartonbouillonl Private Chat
Description: more advertizing ?

----------

Room Text:
<cartonbouillonl>I am new to this whole gay thing but I got a profile here, http://myqaydar.com/magnum
Berit
******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 7:55:13 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: adelecine@hotmail.co.uk
Date: 2006-11-24 02:15:00.0
Subject: Abuse Report

User: mitsubishi103
Room: jibedissemble Private Chat
Description: this guy is advertising another website saying its free when u have to put your credit card details in
ive had this several times now from different people posing to be gaydar members that are meant to be
chattinging but are using the chat room as a means to get peole to use another website

----------

Room Text:
<jibedissemble>hey what's up
>cant view ur profile send me a pic
<jibedissemble>just thought i'd hit you up for chat
>okay but i want to see who im talking 2
<jibedissemble>no profile here yet but you can check me out here, http://myqaydar.com/just
>no pics there either anyway im going to bed gotta be up early
>take care
<jibedissemble>like what you see?
>thats the prob there aint nothing to see ....
>theres no pics i can view
<jibedissemble>if ur into watchin just get a free screename and come watch, you dont need a cam
>no i aint into that going to bed
<jibedissemble>I got two of my friends here that are gonna join in they like to be watched
>if u keep advertising ur website i'll report u for abbuse
Berit
****************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
****************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 7:54:49 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: adelecine@hotmail.co.uk
Date: 2006-11-24 02:15:00.0
Subject: Abuse Report

User: mitsubishi103
Room: jibedissemble Private Chat
Description: this guy is advertising another website saying its free when u have to put your credit card details in
ive had this several times now from different people posing to be gaydar members that are meant to be
chattinging but are using the chat room as a means to get peole to use another website

----------

Room Text:
<jibedissemble>hey what's up
>cant view ur profile send me a pic
<jibedissemble>just thought i'd hit you up for chat
>okay but i want to see who im talking 2
<jibedissemble>no profile here yet but you can check me out here, http://myqaydar.com/just
>no pics there either anyway im going to bed gotta be up early
>take care
<jibedissemble>like what you see?
>thats the prob there aint nothing to see ....
>theres no pics i can view
<jibedissemble>if ur into watchin just get a free screename and come watch, you dont need a cam
>no i aint into that going to bed
<jibedissemble>I got two of my friends here that are gonna join in they like to be watched
>if u keep advertising ur website i'll report u for abbuse
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 7:54:40 AM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: jsayers@bigpond.net.au
Date: 2006-11-24 02:02:00.0
Subject: Abuse Report

User: justonepls
Room: confidentiallyw Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

This guy is not using a commerical profile to sell his online web cam creditc card site.
Please delete him asap be as it is disengenuous and against your rules and regs.

Cheers J.

----------

Room Text:
<confidentiallyw>yo bro
>hi
<confidentiallyw>just wanted to see if you'd like to chat
>sure
<confidentiallyw>I am new to this whole gay thing but I got a profile here, http://myqaydar.com/just
>i will now report you and block you as you are a commerical profile
>i'm not your average dumbwit
Berit
******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 7:54:32 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: t.finnegan@optimum-advantage.com
Date: 2006-11-24 01:58:00.0
Subject: Abuse Report

User: deepthroat.se19
Room: cartonbouillonl Private Chat
Description: this guy is trying to get me to go to another website
isnt that agains the rules ?


----------

Room Text:
<cartonbouillonl>hey there how goes it?
>hi!
<cartonbouillonl>you seem cool, care to chat?
>sure
<cartonbouillonl>no profile here yet but you can check me out here, http://myqaydar.com/dream
>no thanks
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 7:54:23 AM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: pleasure_of_paradise@hotmail.com
Date: 2006-11-24 01:45:00.0
Subject: Abuse Report

User: ..iso
Room: confidentiallyw Private Chat
Description: Another spamming bot!!

----------

Room Text:
<confidentiallyw>hi
>hello
>how are you
<confidentiallyw>how's your day so far?
>good thanks
>how is yours??
<confidentiallyw>no profile here yet but you can check me out here, http://myqaydar.com/cuteboys
>so whoses profile is this you are on??
<confidentiallyw>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a mic i can talk into
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 7:54:16 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: polo_118@hotmail.com
Date: 2006-11-24 01:42:00.0
Subject: Abuse Report

User: xpressii
Room: cartonbouillonl Private Chat
Description: Profile: cartonbouillonl

Av avdert..?

----------

Room Text:
<cartonbouillonl>hey sexy
>hi
<cartonbouillonl>just wanted to hit you up for chat and maybe a little more
>how are you?
>lol..
>where are you calling from?
<cartonbouillonl>I'm new to this website but I got a profile here, http://myqaydar.com/bad
>Don't you think this trick is boring?
Berit
*****************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*****************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 7:54:07 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: timandhugo@hotmail.com
Date: 2006-11-24 01:40:00.0
Subject: Abuse Report

User: ...raunchy
Room: confidentiallyw Private Chat
Description: I think this is a scam!

----------

Room Text:
<confidentiallyw>yo bro
>hey!
<confidentiallyw>just thought i'd hit you up for chat
>thanks
>hello
<confidentiallyw>Steve here, 25, my stats and profile is at: http://myqaydar.com/soccer
>Tim
<confidentiallyw>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a mic i can talk into
>can't log on to those things, fire walls at work as there are lots os scams with credit card details etc
<confidentiallyw>just get a free screenname on my page no cam needed and you can chat to me
>thanks mate, not really my type though
<confidentiallyw>no cam needed or anything and we are on it now, come blow a load with us
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 7:53:47 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: lion_aus@yahoo.com
Date: 2006-11-24 01:36:00.0
Subject: Abuse Report

User: byron_dude
Room: confidentiallyw Private Chat
Description: confidentiallyw (22 years old)

is floating about and offering cam shows etc.

referred for your inforamtion, please

----------

Room Text:
<confidentiallyw>hey there how's your day goin
>so far so gud
>is it all happening today 4 u?
<confidentiallyw>you seem like someone I really would like to get to know
>ty
>just read ur profile
<confidentiallyw>I'm new to the whole gay thing but I got a profile here, http://myqaydar.com/bstud
>no thansk
>not into cyber
>GET REAL
<confidentiallyw>got my pics and stats on there and my cam is coming on
>FIND ANOTHER CYBER GEEK
>NOT INTERESTED IN CYBER
<confidentiallyw>if you want, you can get a free screenname right on my profile page and watch me u don't
need a cam
Berit
****************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
****************************************************************

# support@gaydar.co.uk

**From:** support@gaydar.co.uk
**Sent:** 3/1/2007 7:53:35 AM
**To:** paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:** Message from gaydar support

.

From: kubbud@aol.com
Date: 2006-11-24 01:29:00.0
Subject: Abuse Report

User: gruffkub
Room: cartonbouillonI Private Chat
Description: this profile seems to be an adbot

http://www.gaydar.co.uk/scripts/ndisplay.asp?userid=cartonbouillonI&name=gruffkub&session=4288694&vsrc=C

----------

Room Text:
<cartonbouillonI>hey man
>hi man
<cartonbouillonI>you seem like someone I really want to talk to
>sorry i had another web page open..i did not see you
>why's that bud ...?
<cartonbouillonI>Steve here,25, no profile here yet but I have one at, http://myqaydar.com/younggun
>u do have a gaydar profile...i've just seen it !
<cartonbouillonI>you into being bad on cam? if not you can just watch me? >;)
>you said you can talk to me ?
>are you sure ?
<cartonbouillonI>just get a free screenname and you can tell me what to do sexy
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 7:53:27 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: cowboy33@eircom.net
Date: 2006-11-24 01:25:00.0
Subject: Abuse Report

User: eisystem
Room: confidentiallyw Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile. this a smap profile

----------

Room Text:
<confidentiallyw>hey
>sorry busy
<confidentiallyw>just thought i'd hit you up for chat
>sorry mt8# not been sharp whit ya
>me mt8 in chattin
>another time having too much fun
<confidentiallyw>no profile on here yet, just joined but you can check me out here, http://myqaydar.com/dream
>tks but think ill pass
<confidentiallyw>like what you see?
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 7:53:18 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: robwilko24@hotmail.com
Date: 2006-11-24 01:11:00.0
Subject: Abuse Report

User: robwilko
Room: confidentiallyw Private Chat
Description: spam

----------

Room Text:
<confidentiallyw>I'm new to the whole gay thing but I got a profile here, http://myqaydar.com/cutest
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 7:52:34 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: jdmp555@ukonline.co.uk
Date: 2006-11-24 00:41:00.0
Subject: Abuse Report

User: bi..bi
Room: confidentiallyw Private Chat
Description: I keep getting these fake profile hits. thanks

----------

Room Text:
<confidentiallyw>hello there
>.
<confidentiallyw>just wanted to hit you up for chat and maybe a little more
>.
<confidentiallyw>no profile here yet but you can check me out here, http://myqaydar.com/magnum
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 7:52:27 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: passofalso73@hotmail.com
Date: 2006-11-24 00:38:00.0
Subject: Abuse Report

User: sunsets
Room: confidentiallyw Private Chat
Description: This profile i sending automateed messages to make me log to his site...and its not the first time
cheers

----------

Room Text:
<confidentiallyw>just wanted to see if you'd like to chat
>mmmm not really into aussies
>lol kidding
<confidentiallyw>Steve here, 25, my stats and profile is at: http://myqaydar.com/soccer
>where are u
<confidentiallyw>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a
mic i can talk into
>fuck you
>ur an automated message
<confidentiallyw>just get a free screenname and you can tell me what to do sexy
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 7:52:20 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: postmaster@goldilocks.demon.co.uk
Date: 2006-11-24 00:35:00.0
Subject: Abuse Report

User: longhairedtop
Room: cartonbouillonl Private Chat
Description: This PVT is another advertising bot. I like the touch where they link to "myqadar.com", so easily mistaken for "mygadar.com"
if you dont notice the "g" is actually a "q"

----------

Room Text:
<cartonbouillonl>hey gorgeous
> <smile>
<cartonbouillonl>how's your day so far?
> <smile>
<cartonbouillonl>Steve here, 25, my stats and profile is at: http://myqaydar.com/sexydany
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 7:52:14 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: mail@garfy.co.uk
Date: 2006-11-24 00:34:00.0
Subject: Abuse Report

User: garfy
Room: jibedissemble Private Chat
Description: another of those bots for you

----------

Room Text:
<jibedissemble>u uncut dude?
>yes
<jibedissemble>you are gorgeous, what you doing?
>chatting u ?
<jibedissemble>I'm new to this website but I got a profile here, http://myqaydar.com/male
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 7:52:07 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: bewitched3508703@aol.com
Date: 2006-11-24 00:34:00.0
Subject: Abuse Report

User: winterinjune
Room: cartonbouillonl Private Chat
Description: spamming pls remove this profile thanx.x

----------

Room Text:
<cartonbouillonl>hey you are gorgeous
> <blush> thanx
>nice body
<cartonbouillonl>just wanna chat, Cole here, what's your name?
>andy
<cartonbouillonl>I'm new to the whole gay thing but I got a profile here, http://myqaydar.com/hardbod
>mmm
>do i have to pay if i click link?
>?
>u there?
<cartonbouillonl>a little busy now, but have a time for u
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 7:52:00 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: zztrax@inbox.lv
Date: 2006-11-24 00:32:00.0
Subject: Abuse Report

User: ciipars
Room: cartonbouillonl Private Chat
Description: promoting pay webcam website http://mygaydar.com/younggun but his profile is not commercial one.

----------

Room Text:
<cartonbouillonl>hello there
>hi there
<cartonbouillonl>you seem interesting, care to chat?
>yeah
> <smile>
<cartonbouillonl>Steve here,25, no profile here yet but I have one at, http://myqaydar.com/younggun Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 7:51:53 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: 19eightzero@gmail.com
Date: 2006-11-24 00:27:00.0
Subject: Abuse Report

User: 19eightzero
Room: confidentiallyw Private Chat
Description: Please see transcript - user: confidentiallyw looks like an adbot or similar.

Unsure if you want this sort of stuff reported, apologies if this is the wrong way to go about it.

----------

Room Text:
<confidentiallyw>hey sexy
>hey
>what's up?
<confidentiallyw>you seem like someone I really would like to get to know
>how's that? :-)
<confidentiallyw>I'm new to this website but I got a profile here, http://myqaydar.com/magnum
>okay
<confidentiallyw>got my pics and stats on there and my cam is coming on
>small question - ages don't match up? 22 on one, 31 on the other
<confidentiallyw>if ur into watchin just get a free screename and come watch, you dont need a cam
>ta but am not interested
<confidentiallyw>no cam needed or anything and I am on it now, come blow a load with me sexy
>do you copy/paste that stuff from a script? i had another random gaydar nick pvt me the other day and say the exact same thing as you did, word for word
>i'm not interested
<confidentiallyw>brb gonna get some lube
>yeah whatever
Berit
************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 7:51:44 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: matijs_bruffaerts@hotmail.com
Date: 2006-11-24 00:25:00.0
Subject: Abuse Report

User: eyesclosed
Room: cartonbouillonl Private Chat
Description: its a bot....

mxx

----------

Room Text:
<cartonbouillonl>hey gorgeous
>hey
<cartonbouillonl>just thought i'd hit you up for chat
>hehe really?
<cartonbouillonl>no profile here yet but you can check me out here, http://myqaydar.com/wannab
Berit
*************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 7:51:37 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**   Message from gaydar support

.

From: ben0123131@hotmail.com
Date: 2006-11-24 00:19:00.0
Subject: Abuse Report

User: daine69
Room: confidentiallyw Private Chat
Description: this profile is a scam it is a web compan that askes you to join free and them charges credit card $1.63 ish it always ends with the same line "brb people coming into chatroom" i presume it it automated as it doesnt answer questions. this is the first time for this profile and there is another that has contacted me twice http://www.gaycybermen.com/ is the site.

----------

Room Text:
<confidentiallyw>hey man
>hey
>how are you?
<confidentiallyw>just wanted to chat, u doin ok?
>yeah great
> whats happening?
<confidentiallyw>cool, Steve here, no profile here yet but I have one at, http://myqaydar.com/just
>not working today?
<confidentiallyw>got my pics and stats on there and my cam is coming on
>its a sexy bod...
>nice buldge
<confidentiallyw>if you want, you can get a free screenname right on my profile page and watch me u don't need a cam
>fuck off i had been thru this bulshit before
>whats the adress?
<confidentiallyw>no cam needed or anything and I am on it now, come blow a load with me sexy
>whats the adress?
<confidentiallyw>brb people coming in our cam chatroom =)
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**         3/1/2007 7:51:30 AM
**To:**            paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: whereare_younow@hotmail.com
Date: 2006-11-24 00:18:00.0
Subject: Abuse Report

User: madhatter84
Room: jibedissemble Private Chat
Description: Trying to sell webcam viewings through mygaydar.com. 2nd person that Ive had trying to do this in 2 days.

----------

Room Text:
<jibedissemble>yo bro
>howzit
<jibedissemble>you seem like someone I really would like to get to know
>haha well u got a profile i can see
<jibedissemble>I don't got a profile here yet but I have one here, http://myqaydar.com/cuteboys
>nope its coming up as inactive
<jibedissemble>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a mic i can talk into
>show me how
<jibedissemble>just get a free screenname and you can tell me what to do sexy
>i dont have a credit card
>only a debit
<jibedissemble>I got two of my friends here that are gonna join in they like to be watched
>well cant do it mate
<jibedissemble>brb people coming in our cam chatroom =)
Berit
*********************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:** support@gaydar.co.uk
**Sent:** 3/1/2007 7:51:24 AM
**To:** paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:** Message from gaydar support

.

From: hi_just_nathan@yahoo.com.au
Date: 2006-11-24 00:11:00.0
Subject: Abuse Report

User: 4blows
Room: confidentiallyw Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

Another automatic BOT - for your info

----------

Room Text:
<confidentiallyw>I am new to this whole gay thing but I got a profile here, http://myqaydar.com/college
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**        3/1/2007 7:51:14 AM
**To:**           paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: danstevenage32@aol.com
Date: 2006-11-24 00:08:00.0
Subject: Abuse Report

User: southern-escort
Room: confidentiallyw Private Chat
Description: american spam


----------

Room Text:
<confidentiallyw>hey bud
>hi
<confidentiallyw>just thought i'd hit you up for chat
>no
<confidentiallyw>no profile here yet but you can check me out here, http://myqaydar.com/dream
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 7:51:00 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: forensicsixtynine@hotmail.co.uk
Date: 2006-11-24 00:07:00.0
Subject: Abuse Report

User: fitbifucker
Room: confidentiallyw Private Chat
Description: ANOTHER OUTSIDE FRAUDSTER ON OUR SITE, NOT SURE WHY THEY ALL COME TO ME, BUT I SEND EM ALL TO YOU.
CIAO

----------

Room Text:
<confidentiallyw>hey bud
>HEY
<confidentiallyw>just wanted to see if you'd like to chat
>IF YOURE OFFERING WEBCAM STUFF LET ME KNOW NOW OR IF YOURE A LEGITIMATE CLIENT IGNORE THAT
<confidentiallyw>no profile here yet but you can check me out here, http://myqaydar.com/bad
>WHATS THAT?
<confidentiallyw>getting on cam and showing off is a new hobby of mine
>SO YOU Bare A WEBCAM SITE ADVERTISER AFTER ALL, YES?
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 7:50:53 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: polo_118@hotmail.com
Date: 2006-11-24 00:04:00.0
Subject: Abuse Report

User: xpressii
Room: jibedissemble Private Chat
Description: jibeddissemble

the advert, I think


----------

Room Text:
<jibedissemble>hey sexy
>hi
<jibedissemble>you seem like someone I really want to talk to
>how are you?
<jibedissemble>Steve here, 25, my stats and profile is at: http://myqaydar.com/sexydany
>what's that.. it's ionactive
<jibedissemble>got my pics and stats on there and my cam is coming on
>I tried to open it, but it doesn't work
<jibedissemble>if ur into watchin just get a free screename and come watch, you dont need a cam
>What are you talkg about?
<jibedissemble>I got two of my friends here that are gonna join in they like to be watched
>What address?
<jibedissemble>brb gonna get some lube
>What lube?
>What lube?
>What lube?
>What lube?
>What lube?
>What lube?
>?
>?
>?
>?
>/
>?
>vsfs
>fs
>gd
>gdf
>bhfg

>bd
>vsd
>ffsdf
>sg
>dbd
>bdf
>nhbfb
>cbvd
>gh
>fbhb
>fby
>by
>fg
>ngf
>h rf
>ybrvt
>aesrxcs
>d
>d
>g
>j
>a
>s
>x
>a
>What lube?
>What lube?
>What lube?
>What lube?
>What lube?
>What lube?
>What lube?
>What lube?
>What lube?
>What lube?
>What lube?
>What lube?
>What lube?
>What lube?
>What lube?
>What lube?
>What lube?
>What lube?
>Are you there?
>Talk to me
<jibedissemble>still here
>What wrong?
>I can open your URL
>I can't open your URL
>
>Hello
>Gone quiet again
>hello
<jibedissemble>hi
>what's up?
<jibedissemble>just looking for some interested people.

>oh.. but your profile is inactive
<jibedissemble>i'm a new here
>how could they see your pics?
<jibedissemble>hit my profile and go to my homepage ;-)
>It said sorry Inactive Profile
> <surprised>
>let me have the URL
>C;mon
>Come on
>Talk to me
>Talk
>Come on
>It's boring now
>You pvt me
>You supposed to chat
>chat
> <sad>
> <surprised>
> <angry>
> <angry>
> <angry>
> <angry>
> <angry>
> <angry>
> <angry>
> <grin>
> <confused>
> <wink>
> <smile>
> <yawn>
> <cry>
> <cool>
> <angry>
> <surprised>
> <sad>
<jibedissemble>yummmyy
> <grin>
> <blush>
> <laugh>
>Yeah
> <laugh>
> <blush>
> <grin>
> <sad>
> <surprised>
> <confused>
> <wink>
> <smile>
> <yawn>
> <yawn>
> <yawn>
> <yawn>
> <yawn>
> <yawn> <yawn>
> <yawn>
> <yawn>

> <yawn> <yawn> <yawn> <yawn> <yawn> <yawn> <yawn> <yawn> <yawn> <yawn> <yawn> <yawn>
<yawn> <yawn> <yawn> <yawn> <yawn> <yawn> <yawn> <yawn> <yawn> <yawn> <yawn>
<yawn> <yawn> <yawn> <yawn> <yawn> <yawn>
> <laugh>
> <blush>
> <grin>
> <sad>
> <surprised>
> <angry>
> <cool>
> <cool>
>yummy
<jibedissemble>yep
>yummy
> <laugh>
> <blush>
> <grin>
> <sad>
> <surprised>
> <angry>
> <cool>
> <cry>
> <yawn>
> <smile>
> <wink>
<jibedissemble>yummmyy
> <confused>
> <yawn>
> <cry>
> <cool>
> <angry>
> <angry>
> <angry>
<jibedissemble>yep
> <angry>
> <angry>
> <angry>
> <angry>
> <angry> <angry>
> <angry> <angry> <angry> <angry> <angry> <angry> <angry> <angry> <angry> <angry>
<angry> <angry> <angry> <angry> <angry> <angry> <angry> <angry> <angry> <angry> <angry>
<angry> <angry> <angry> <angry> <angry> <angry> <angry> <angry> <angry> <angry> <angry>
<angry> <angry> <angry> <angry> <angry> <angry> <angry> <angry> <angry> <angry> <angry>
<angry> <angry> <angry> <angry> <angry> <angry> <angry> <angry> <angry> <angry> <angry>
<angry> <angry> <angry> <angry> <angry> <angry> <angry> <angry> <angry> <angry> <angry>
<angry> <angry> <angry> <angry> <angry> <angry> <angry> <angry> <angry> <angry> <angry>
<angry> <angry> <angry> <angry> <angry> <angry> <angry> <angry> <angry> <angry> <angry>
<angry> <angry> <angry> <angry>
> <confused>
>yup
>yep
>yo
>yo
>yo
>yo
>yo

```
>yo
>yo
>yo
>yo
>yo
>wot sap
>wot sap
>yo
>yo
>yo
>yo
>yo
>yo
>yo
>yo
>yo
>yo
>yo
>yo
>yummy
>yummy
>yep
>cat
>dog
>ox
>pig
>monkey
>ape
>man
>woman
>gal
>boi
>a
>s
>d
>w
>e
>f
>t
>h
>y
>g
>d
>e
>d
>e
>s
>d
>yummy
>s
>d
>w
>a
>d
>d
>d
```

>d
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>Are you there?
<jibedissemble>a little busy now, but have a time for u
>You are so quiet
>And no face pic
<jibedissemble>you can chek out my profile (pics in it)
>Nothin
>I check it
>But nothin in it
>ahh.. got it
>You are an advert
>shit
>You wasted my time
<jibedissemble>cute and honest person going in to daring part of my self
>Shit
>Time waster
>You are not a gaydar member but the crook
>I'll report gaydar now
<jibedissemble>register first and see my live cam 4 free
>They will kick you out
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 7:50:46 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: rdscott@blueyonder.co.uk
Date: 2006-11-23 23:56:00.0
Subject: Abuse Report

User: rich_dudley
Room: jibedissemble Private Chat
Description: i was messaged by this user and at the same time by cashwitchso - they both used exactly the same wording and direct you to a site that needs you to register in order to view web cam, it asks for your credit card details to verify age but
to verify age but the server isnt secure, think it might be a scam!

----------

Room Text:
<jibedissemble>hey gorgeous
>hi
<jibedissemble>you seem like someone I really want to talk to
>y?
<jibedissemble>I don't got a profile here yet but I have one here, http://myqaydar.com/male
>nice
<jibedissemble>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a mic i can talk into
>yeah
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 7:50:37 AM
**To:**     paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: ravmanj@hotmail.com
Date: 2006-11-23 23:48:00.0
Subject: Abuse Report

User: ravman
Room: confidentiallyw Private Chat
Description: Sapmmer free advertising credit card scam guy whatever you want to call him

----------

Room Text:
<confidentiallyw>hello there
>hello
<confidentiallyw>you are gorgeous, what you doing?
>mmmm
>Im sitting here naked ready to get in the pool
<confidentiallyw>no profile on here yet, just joined but you can check me out here,
http://myqaydar.com/wannab
>no Im not intetrested and will report thsi as spamming
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 7:50:30 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: sweetcatatoniauk@gmail.com
Date: 2006-11-23 23:43:00.0
Subject: Abuse Report

User: sweetcatatonia
Room: cartonbouillonl Private Chat
Description: There's another wave of bots - I feel sorry for you guys that look after the site, there seem to have
been loads lately

----------

Room Text:
<cartonbouillonl>hey you are gorgeous
>thanks
<cartonbouillonl>how are you today?
>not bad you?
<cartonbouillonl>no profile here yet but you can check me out here, http://myqaydar.com/cuteboys
Berit
**************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 7:50:22 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: jamesdscott007@hotmail.com
Date: 2006-11-23 23:40:00.0
Subject: Abuse Report

User: jamsie_boi
Room: cartonbouillonl Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

this guy keeps trying to get both myself and my flatmate to sign up to his websites by giving credit card details
and name address etc. He does not have a commercial account and changes his profile name every couple of
hours, it seems. Please look into blocking his IP address, thanks.
(his pictures remain the same so must be the same person)


----------

Room Text:
<cartonbouillonl>hey there how's your day goin
>bn ok
>iring aper usakl
<cartonbouillonl>just wanted to see if you'd like to chat
>yeah can just about manage that lol
<cartonbouillonl>Steve here, 25, my stats and profile is at: http://myqaydar.com/wrestlercole
>cool
>howz tricks
>where ya from m8
<cartonbouillonl>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a
mic i can talk into
>na ur ok
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 7:50:15 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: wivenhoebloke@hotmail.com
Date: 2006-11-23 23:39:00.0
Subject: Abuse Report

User: kitsox
Room: cartonbouillonl Private Chat
Description: YET ANOTHER GUY trying to get us to go to there wank websites

----------

Room Text:
<cartonbouillonl>hey there how's your day goin
>not bad
<cartonbouillonl>just thought i'd hit you up for chat
>yeah...
<cartonbouillonl>I am new to this whole gay thing but I got a profile here, http://myqaydar.com/wannab
>oh please fuck off
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 7:50:08 AM
**To:**     paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: jbdogowner@hotmail.com
Date: 2006-11-23 23:37:00.0
Subject: Abuse Report

User: benmaster
Room: jibedissemble Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.
This is the second attempt to get me to go to a twink cam site tonight

----------

Room Text:
<jibedissemble>hi baby
>hi
<jibedissemble>how are you today?
>who's asking u have no profile
<jibedissemble>i'm new here but you can see my pics here, http://myqaydar.com/sexydany
>cant find a profile of that name
<jibedissemble>i'm lookin for dudes to get off or watch me get off
>i get off with real meets boi
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 7:50:00 AM
**To:**     paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: streetdragon@caramail.com
Date: 2006-11-23 23:37:00.0
Subject: Abuse Report

User: dark_angel974
Room: jibedissemble Private Chat
Description: This is not a real gaydar chatter.
its a commercial one, once again.
Its very annoying

----------

Room Text:
<jibedissemble>hey
>heya
>ows u ?
>asl please
<jibedissemble>just thought i'd hit you up for chat
>cool
>ow old r u ?
<jibedissemble>i'm new here but you can see my pics here, http://myqaydar.com/wildjock
>where u from?
<jibedissemble>you into being bad on cam? if not you can just watch me? >;)
Berit
************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 7:49:53 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: mallowisious@hotmail.com
Date: 2006-11-23 23:34:00.0
Subject: Abuse Report

User: mallowisious
Room: confidentiallyw Private Chat
Description: SPAM!

----------

Room Text:
<confidentiallyw>wassap bro
>nm
>you?
<confidentiallyw>you are gorgeous, what you doing?
>x y z
<confidentiallyw>I'm new to this website but I got a profile here, http://myqaydar.com/wildjock
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 7:49:44 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**   Message from gaydar support

.

From: mallowisious@hotmail.com
Date: 2006-11-23 23:31:00.0
Subject: Abuse Report

User: mallowisious
Room: cartonbouillonl Private Chat
Description: He is sending spam that redirects to a webcam pay site :((

----------

Room Text:
<cartonbouillonl>hi, whre are you
>newtown Australia
<cartonbouillonl>just wanted to hit you up for chat and maybe a little more
>hot pic
>:)
<cartonbouillonl>no profile here yet but you can check me out here, http://myqaydar.com/cuteboys
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 7:49:36 AM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: oxfordboy@tiscali.co.uk
Date: 2006-11-23 23:22:00.0
Subject: Abuse Report

User: hornyoxfordguy
Room: cartonbouillonl Private Chat
Description: spammer

----------

Room Text:
<cartonbouillonl>hey man
>hey
<cartonbouillonl>just wanted to chat, u doin ok?
>yeah cool. u
<cartonbouillonl>Steve here,25, no profile here yet but I have one at, http://myqaydar.com/sexydany
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 7:49:28 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: tabous@intnet.mu
Date: 2006-11-23 23:19:00.0
Subject: Abuse Report

User: tabou
Room: confidentiallyw Private Chat
Description: More spam

----------

Room Text:
<confidentiallyw>hi baby
>Hi?
<confidentiallyw>just wanted to hit you up for chat and maybe a little more
>who is that cutie
>hehe
>well thanks
>i might be slow! im working
<confidentiallyw>no profile here yet but you can check me out here, http://myqaydar.com/magnum
>bu i can see ur pic
>its an udnerwear pic lol
<confidentiallyw>got my pics and stats on there and my cam is coming on
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 7:49:20 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: forensicsixtynine@hotmail.co.uk
Date: 2006-11-23 23:17:00.0
Subject: Abuse Report

User: fitbifucker
Room: cartonbouillonl Private Chat
Description: another foreigner getting people to signup to these credit card scam webcam things, just to advise you guys, what you do is up to you

----------

Room Text:
<cartonbouillonl>yo bro
>hi, interesting username
<cartonbouillonl>you seem like someone we'd liek to chat with
>we, so youre a couple?
>/group
<cartonbouillonl>no profile here yet but you can check me out here, http://myqaydar.com/kingsize
>cool ill check it out
<cartonbouillonl>getting on cam and i wanna show off for you so we can get to know each other
>how do you chat wothout a profile then?
<cartonbouillonl>cool, I'm geting ready to release a load and I'd like nothing more than for you to join me
>lets have a look then
<cartonbouillonl>just signup, it's truly free man and you can tell me what you want on cam =)
>ok
Berit
****************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or employees shall not be liable for the incorrect or incomplete transmission of this e-mail or any attachments, nor responsible for any delay in receipt. Any opinions expressed in this message are those of the author only and do not necessarily represent the views of QSoft Consulting Ltd or QSoft Media Ltd.
****************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 7:49:11 AM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: gm14u@hotmail.com
Date: 2006-11-23 23:17:00.0
Subject: Abuse Report

User: contact
Room: cartonbouillonl Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.
yes cartonbouillonl has just tried to get me to click a link http://mygaydar.com/sexydany I belive this is yet
another scam on your site..

----------

Room Text:
<cartonbouillonl>hey bud
>hey
>hows you?
<cartonbouillonl>just thought i'd hit you up for chat
>cool
<cartonbouillonl>I don't got a profile here yet but I have one here, http://myqaydar.com/sexydany
>oh really! what do you think i am some kind of fucking idiot! gaydar is on to you and i'm not going to click onto
your link so go and fuck yourslef bud!
<cartonbouillonl>like what you see?
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 7:49:03 AM
**To:**     paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: dewies24@yahoo.co.uk
Date: 2006-11-23 23:14:00.0
Subject: Abuse Report

User: dewie
Room: confidentiallyw Private Chat
Description: been bugged by bots all night...keep getting the same kinda thing from different usernames...this is one of them...

----------

Room Text:
<confidentiallyw>hey what's up
>hey
<confidentiallyw>just wanna chat, Cole here, what's your name?
>cool
>names Dee
>how you?
<confidentiallyw>Steve here,25, no profile here yet but I have one at, http://myqaydar.com/tsteel
Berit
************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 7:48:55 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: budeboy24@netscape.net
Date: 2006-11-23 22:56:00.0
Subject: Abuse Report

User: the-boi
Room: cartonbouillonl Private Chat
Description: spammer

----------

Room Text:
<cartonbouillonl>hello hello
>hi
<cartonbouillonl>just wanted to hit you up for chat and maybe a little more
>please don't hit me !!
<cartonbouillonl>I am new to this whole gay thing but I got a profile here, http://myqaydar.com/stevek
>where r u?
Berit
******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 7:48:38 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: nytol@hotmail.co.uk
Date: 2006-11-23 22:42:00.0
Subject: Abuse Report

User: ..nytol
Room: jibedissemble Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile. another spammer it would seem

----------

Room Text:
<jibedissemble>how's your day so far?
>not bad thanks
>yours?
<jibedissemble>no profile here yet but you can check me out here, http://myqgaydar.com/just
>so you're adevrtising another site with your webcam?
<jibedissemble>like what you see?
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 7:48:30 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: mikemoon@dial.pipex.com
Date: 2006-11-23 22:27:00.0
Subject: Abuse Report

User: luke033
Room: confidentiallyw Private Chat
Description: recently have had a lot of contact through chat from people trying to divert to ifriends.... which is
premium rate chat

----------

Room Text:
<confidentiallyw>wassap bro
>hi
>not a lot... nearly bedtime hedre
<confidentiallyw>just wanted to chat, u doin ok?
>thats cool
>doing well here
>just watching some tv....
<confidentiallyw>I'm new to the whole gay thing but I got a profile here, http://myqaydar.com/bad
>actually its based in austarlia
<confidentiallyw>i'm lookin for dudes to get off or watch me get off
>ifriends?
<confidentiallyw>if you want, you can get a free screenname right on my profile page and watch me
>i have registered before... but it never works
<confidentiallyw>my st8 roomie is gonna let me blow him on cam, so cmon
> <wink> have heard that one before
<confidentiallyw>brb people coming in our cam chatroom =)
Berit
*********************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 7:48:24 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: vicprsa@hotmail.com
Date: 2006-11-23 22:25:00.0
Subject: Abuse Report

User: _lasher_
Room: confidentiallyw Private Chat
Description:

simple..no es el primer perfil q me da una direccion asi para q entre a paginas de pago

----------

Room Text:
<confidentiallyw>hi cutie
>hi
<confidentiallyw>you are gorgeous, what you doing?
>just resting..
>bit tired today.
>didn't sleep well last night
<confidentiallyw>Steve here,25, no profile here yet but I have one at, http://myqaydar.com/bad
Berit
************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete

transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*****************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 7:48:16 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.


From: shapegr@yahoo.com
Date: 2006-11-23 22:14:00.0
Subject: Abuse Report

User: shape
Room: confidentiallyw Private Chat
Description: yet another one...
thanx


----------


Room Text:
<confidentiallyw>hi, whre are you
>hi
>athens - u?
<confidentiallyw>how's your day so far?
>midnight here - tired
<confidentiallyw>I am new to this whole gay thing but I got a profile here, http://myqaydar.com/tsteel
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 7:48:09 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: plasticgayboy@yahoo.co.uk
Date: 2006-11-23 22:07:00.0
Subject: Abuse Report

User: kinkypool
Room: cartonbouillonl Private Chat
Description: I dont think this is a real user, they sent me some standard lines and directed me to the following site which i think is commercial

http://myqaydar.com/profiles.php?name=bstud

cheers jx

----------

Room Text:
<cartonbouillonl>hey bud
>hi m8
>how you doing?
<cartonbouillonl>just wanted to chat, u doin ok?
>yeah kewl m8
<cartonbouillonl>I am new to this whole gay thing but I got a profile here, http://myqaydar.com/bstud
>ok are you a real person?
<cartonbouillonl>you into being bad on cam? if not you can just watch me? >;)
>im gonna report you
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 7:48:01 AM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: raymond@rupson.wanadoo.co.uk
Date: 2006-11-23 22:05:00.0
Subject: Abuse Report

User: bozzxxx
Room: cartonbouillonl Private Chat
Description: this is another of the webb cam scams he uses profile cartonbouilloni

----------

Room Text:
<cartonbouillonl>hey there what u up to
>hi if your still therre
>sorry i have been away
<cartonbouillonl>you seem like someone I really would like to get to know
>oh?
>why
<cartonbouillonl>no profile on here yet, just joined but you can check me out here, http://myqaydar.com/tsteel
>well ive got a profile up of you
<cartonbouillonl>you into being bad on cam? if not you can just watch me? >;)
>no i am not interested thanks
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**          support@gaydar.co.uk
**Sent:**          3/1/2007 7:46:51 AM
**To:**            paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: spunkay@hotmail.co.uk
Date: 2006-11-23 22:01:00.0
Subject: Abuse Report

User: spunkyboi
Room: cartonbouillonl Private Chat
Description: spam

----------

Room Text:
<cartonbouillonl>hey what's up
>hey hows things
<cartonbouillonl>you seem like someone I really want to talk to
>yeah?
<cartonbouillonl>Steve here, 25, my stats and profile is at: http://myqaydar.com/male
>kewl
<cartonbouillonl>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a mic i can talk into
>no thanks
Berit
*************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*************************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 7:46:43 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: jamtrash@jamtrash.co.uk
Date: 2006-11-23 21:58:00.0
Subject: Abuse Report

User: wibble37
Room: cartonbouillonI Private Chat
Description: Another site promotion

----------

Room Text:
<cartonbouillonI>hi
>hi
<cartonbouillonI>just wanna chat, Cole here, what's your name?
>James
<cartonbouillonI>Steve here, 25, my stats and profile is at: http://myqaydar.com/tsteel
Berit
*********************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 7:46:35 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: asianesco@eircom.net
Date: 2006-11-23 21:40:00.0
Subject: Abuse Report

User: llazlo_13
Room: confidentiallyw Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.this guy is some sort of advert, its one of several spammers I have received recently, please delete
this profile

----------

Room Text:
<confidentiallyw>hey sexy
>hi , whose this
<confidentiallyw>you seem like someone I really want to talk to
>whys that..? and dont send me any links OK
<confidentiallyw>I'm new to the whole gay thing but I got a profile here, http://myqaydar.com/just
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 7:46:26 AM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: aotx38@dsl.pipex.com
Date: 2006-11-23 21:34:00.0
Subject: Abuse Report

User: marcmark
Room: jibedissemble Private Chat
Description: There seems to be alot of these sort of profiles at the moment which tell you to go to another site.

----------

Room Text:
<jibedissemble>hey there how's your day goin
>good
>u
<jibedissemble>just wanted to chat, u doin ok?
>yeah
>u
<jibedissemble>no profile here yet but you can check me out here, http://myqaydar.com/wannab
>what site is that - never sen that b4
<jibedissemble>got my pics and stats on there and my cam is coming on
>so its a commerical site then!
<jibedissemble>if ur into watchin just get a free screename and come watch, you dont need a cam
>not interested mate
Berit
*************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 7:46:18 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: relative.joker@ntlworld.com
Date: 2006-11-23 21:17:00.0
Subject: Abuse Report

User: manraider
Room: jibedissemble Private Chat
Description: more ifriends spam

----------

Room Text:
<jibedissemble>hi baby
>hey
<jibedissemble>just thought i'd hit you up for chat
>more spam
>waiting for the ...... I havent got a profile on here but....
<jibedissemble>no profile here yet but you can check me out here, http://myqaydar.com/kylewaters
>yup
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**        3/1/2007 7:46:09 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: relative.joker@ntlworld.com
Date: 2006-11-23 21:13:00.0
Subject: Abuse Report

User: manraider
Room: cartonbouillonl Private Chat
Description: this appears to be another spambot as it links to ifriends webcam - but it seems to be through a gaydar address ???

----------

Room Text:
<cartonbouillonl>hey there how's your day goin
>hi
<cartonbouillonl>just thought i'd hit you up for chat
>just got in
>hows it going?
<cartonbouillonl>no profile on here yet, just joined but you can check me out here,
http://myqaydar.com/kylewaters
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 7:45:52 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: xcentric_dh@hotmail.com
Date: 2006-11-23 20:54:00.0
Subject: Abuse Report

User: trinitrotoluene
Room: confidentiallyw Private Chat
Description: Profile with automatic private chat launcher.


----------

Room Text:
<confidentiallyw>hey man
>hi
<confidentiallyw>just wanted to see if you'd like to chat
>sure budd
>what's up?
<confidentiallyw>I don't got a profile here yet but I have one here, http://myqaydar.com/wildjock
>not again, fucking BOT!!!
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 7:45:43 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: clivejamesw@aol.com
Date: 2006-11-23 20:43:00.0
Subject: Abuse Report

User: alex43
Room: jibedissemble Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile. Not abuse but concerning! the text speaks for itself

----------

Room Text:
<jibedissemble>hey man
>hi
<jibedissemble>how's the weather where you are? hope you don't mind chatting
>no its ok, it very cold here, where are you?
<jibedissemble>I'm new to this website but I got a profile here, http://myqaydar.com/super
>your profile here is inactive
<jibedissemble>got my pics and stats on there and my cam is coming on
>sorry! not happy to go there when you are inactive on here, bye, you could be leading me anywhere i kinda feel
gaydar should know about this
<jibedissemble>if ur into watchin just get a free screename and come watch, you dont need a cam
>no sorry! you are inactive on here! have done that before and was sent a virus
<jibedissemble>no cam needed or anything and I am on it now, come blow a load with me sexy
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 7:45:33 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: c_rushworth@hotmail.com
Date: 2006-11-23 20:39:00.0
Subject: Abuse Report

User: .maverickmuscle
Room: jibedissemble Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

keep referring me to mygaydar.com

----------

Room Text:
<jibedissemble>hey
>profile inactive?
<jibedissemble>you seem cool, care to chat?
>as long as your not referring me to another website or selling me something ;)
<jibedissemble>I'm new to this website but I got a profile here, http://myqaydar.com/super
>sounds like the other person who referred me there
<jibedissemble>getting on cam and both of us showing off together is a new hobby of ours
>msn
<jibedissemble>if ur into watchin just get a free screename and come watch, you dont need a cam
>download msn
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:** support@gaydar.co.uk
**Sent:** 3/1/2007 7:45:23 AM
**To:** paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:** Message from gaydar support

.

From: grahampbaker@aol.com
Date: 2006-11-23 20:30:00.0
Subject: Abuse Report

User: top_master_2
Room: cartonbouillonl Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.MOre spam...guys


----------

Room Text:
<cartonbouillonl>hey there how goes it?
>hiya
<cartonbouillonl>just wanted to chat, u doin ok?
>yeah fine thanks and yourself?
<cartonbouillonl>no profile here yet but you can check me out here, http://myqaydar.com/hardbod
>it says 26..lol
<cartonbouillonl>got my pics and stats on there and my cam is coming on
>yep so you want me to sign in huh
<cartonbouillonl>cool, I'm geting ready to release a load and I'd like nothing more than for you to join me
Berit
*****************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*****************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 7:45:14 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: john.w.prince@btinternet.com
Date: 2006-11-23 20:24:00.0
Subject: Abuse Report

User: sk8ter_lad
Room: jibedissemble Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile. crap ads

----------

Room Text:
<jibedissemble>hello there
>hi
>hows u?
<jibedissemble>you seem like someone we'd liek to chat with
>really
<jibedissemble>i'm new here but you can see my pics here, http://myqaydar.com/stevek
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 7:45:04 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: saunders.malcolm@virgin.net
Date: 2006-11-23 20:18:00.0
Subject: Abuse Report

User: malky36uk
Room: jibedissemble Private Chat
Description: Is this gaydar?????

----------

Room Text:
<jibedissemble>hey sexy
>hi
<jibedissemble>just wanted to see if you'd like to chat
>how's you
<jibedissemble>I'm new to this website but I got a profile here, http://myqaydar.com/cuteboys
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 7:44:55 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: m4m842001@aol.com
Date: 2006-11-23 20:17:00.0
Subject: Abuse Report

User: subm4unow
Room: jibedissemble Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile. escorting without a commercial profile

----------

Room Text:
<jibedissemble>hey man
>hi
<jibedissemble>you seem like someone I really want to talk to
>go fuck ur mum
<jibedissemble>I am new to this whole gay thing but I got a profile here, http://myqaydar.com/male
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 7:44:45 AM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

,

From: fruitango@hotmail.com
Date: 2006-11-23 20:11:00.0
Subject: Abuse Report

User: a-bluebird
Room: jibedissemble Private Chat
Description: advertising outside websites

----------

Room Text:
<jibedissemble>whats up man
>am knackkered, lying in bed.
>u?
<jibedissemble>just wanna chat, Cole here, what's your name?
>Sam
<jibedissemble>I'm new to the whole gay thing but I got a profile here, http://myqaydar.com/younggun
Berit
**************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 7:44:36 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: gaydar@cloz.co.uk
Date: 2006-11-23 20:01:00.0
Subject: Abuse Report

User: clozzy
Room: cartonbouillonl Private Chat
Description: Another advert/spam bot for you guys to ghet rid of ...

----------

Room Text:
<cartonbouillonl>wassap bro
>i'd rather not say
<cartonbouillonl>just wanna chat, Cole here, what's your name?
>Margaret Thatcher
<cartonbouillonl>I am new to this whole gay thing but I got a profile here, http://myqaydar.com/tsteel
>Reported, bitch.
Berit
******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
******************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 7:44:28 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: sub4boss2003@yahoo.co.uk
Date: 2006-11-23 19:59:00.0
Subject: Abuse Report

User: sub4boss
Room: cartonbouillonl Private Chat
Description: are these sorts of chats allowed?

----------

Room Text:
<cartonbouillonl>hello there
>hi
<cartonbouillonl>you seem like someone I really would like to get to know
>oh ok why do you say that?
<cartonbouillonl>no profile on here yet, just joined but you can check me out here,
http://myqaydar.com/brendon
>what sort of men do you like
<cartonbouillonl>got my pics and stats on there and my cam is coming on
>excelllent
>what did you like about me?
<cartonbouillonl>if you want, you can get a free screenname right on my profile page and watch me u don't
need a cam
>thats brilliant
<cartonbouillonl>I'll do whatever you want as long as you want
>thats great now why dont you stop wasting my fucking time
Berit
************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 7:44:18 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: chubynottm@aol.com
Date: 2006-11-23 19:53:00.0
Subject: Abuse Report

User: nottmbloke
Room: confidentiallyw Private Chat
Description: Advertising websites

----------

Room Text:
<confidentiallyw>hey what's up
>hi
<confidentiallyw>you seem interesting, care to chat?
>interesting? how so?
<confidentiallyw>I'm new to the whole gay thing but I got a profile here, http://myqaydar.com/kylewaters
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 7:44:10 AM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: kinky699@hotmail.com
Date: 2006-11-23 19:49:00.0
Subject: Abuse Report

User: ass_hole_sucker
Room: jibedissemble Private Chat
Description: Fake profile, diverting to other sites

----------

Room Text:
<jibedissemble>hey gorgeous
>hi
<jibedissemble>you seem like someone we'd liek to chat with
>why is that?
<jibedissemble>cool, Steve here, no profile here yet but I have one at, http://myqaydar.com/bstud
>hey I am reporting you, your'e a FAKE
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 7:44:03 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: matt.burly@btinternet.com
Date: 2006-11-23 19:41:00.0
Subject: Abuse Report

User: burlybear
Room: jibedissemble Private Chat
Description: spam

----------

Room Text:
<jibedissemble>hey there what u up to
>.
<jibedissemble>just thought i'd hit you up for chat
>uh huh
<jibedissemble>no profile here yet but you can check me out here, http://myqaydar.com/super
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 7:43:55 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: andy.fall@btopenworld.com
Date: 2006-11-23 19:38:00.0
Subject: Abuse Report

User: newforestandy
Room: cartonbouillonl Private Chat
Description: think this an automated 'bot' as not getting any decent conversation

----------

Room Text:
<cartonbouillonl>hey there how's your day goin
>ok thanks but been asleep alot of it
<cartonbouillonl>just thought i'd hit you up for chat
>thats cool
<cartonbouillonl>I don't got a profile here yet but I have one here, http://myqaydar.com/super
>where in london are u?
<cartonbouillonl>you into being bad on cam? if not you can just watch me? >;)
>cant say i am and seeing i have to go to work i cant mate
<cartonbouillonl>just get a free screenname on my page no cam needed and you can chat to me
Berit
**********************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 7:43:48 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: discoboy1983@hotmail.com
Date: 2006-11-23 19:35:00.0
Subject: Abuse Report

User: meziman20
Room: jibedissemble Private Chat
Description: this person needs a comercial profile he is trying to get me to change
site onto a site where you have to pay to view his cam


----------

Room Text:
<jibedissemble>wassap bro
>hi
<jibedissemble>just thought i'd hit you up for chat
>cool
>do u have en other pics?
<jibedissemble>cool, Steve here, no profile here yet but I have one at, http://myqaydar.com/college
>cool
>so wheer u at
<jibedissemble>got my pics and stats on there and my cam is coming on
>is it one of thease pre paid cam things ?
>u pay to view cam ?
<jibedissemble>cool, I'm geting ready to release a load and I'd like nothing more than for you to join me
>is it a pay to view cam ????????
<jibedissemble>I got two of my friends here that are gonna join in they like to be watched
>just answer yea or no is it a pay to view cam ????
<jibedissemble>brb gonna get some lube
>take that as a yes
>just tell me so i know if it is guna cost me money so i know i dont mind if it is
>????????????
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 7:43:40 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: rapsdela@msn.com
Date: 2006-11-23 19:29:00.0
Subject: Abuse Report

User: rapsdela
Room: jibedissemble Private Chat
Description: anoying spam :(

----------

Room Text:
<jibedissemble>hey what's up
>nothing much
<jibedissemble>just wanted to hit you up for chat and maybe a little more
>ok cool
<jibedissemble>no profile here yet but you can check me out here, http://myqaydar.com/younggun
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 5:26:04 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: richardlambertw9@hotmail.com
Date: 2006-12-04 08:41:00.0
Subject: sapmmed in chat room

<html><div style='background-color:'><DIV class=RTE>Hello</DIV>
<DIV class=RTE> </DIV>
<DIV class=RTE>Sewbarb18 spammed me to go to his site
thhp://chat.gaydarguyz.com/stevek</DIV>
<DIV class=RTE> </DIV>
<DIV class=RTE> </DIV>
<DIV class=RTE>Is there any chance you could add a "Report Abuse" button to private chat
windows?</DIV>
<DIV class=RTE> </DIV>
<DIV class=RTE> </DIV>
<DIV class=RTE>Thanks</DIV>
<DIV class=RTE> </DIV>
<DIV class=RTE>Richard</DIV></div><br clear=all><hr>Windows Live™ Messenger has arrived.
<a href="http://g.msn.com/8HMBENUK/2746??PS=47575" target="_top">Click here to download it
for free!</a> </html>
Berit
************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 5:25:56 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: steve@findmealoser.com
Date: 2006-12-04 08:41:00.0
Subject: Support Query from 'bagpuss_nch"

Another american messaged me today. name is corporationillu he gave me a link to
http://chat.gaydarguyz.com/soccer
its happening a lot now, can anything be done?
<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.0 Transitional//EN">
<HTML><HEAD>
<META http-equiv=Content-Type content="text/html; charset=iso-8859-1">
<META content="MSHTML 6.00.5730.11" name=GENERATOR>
<STYLE></STYLE>
</HEAD>
<BODY bgColor=#ffffff>
<DIV><FONT face=Arial size=2>Another american messaged me today. name is
corporationillu he gave me a link to <A
href="http://chat.gaydarguyz.com/soccer">http://chat.gaydarguyz.com/soccer</A></FONT></DIV
>
<DIV><FONT face=Arial size=2>its happening a lot now, can anything be
done?</FONT></DIV></BODY></HTML>
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 5:25:48 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: thelegendaryhoponbaby@hotmail.com
Date: 2006-12-04 01:38:00.0
Subject: Abuse Report

User: hoponbaby
Room: corporationillu Private Chat
Description: Not abuse, but this guy's some kind of chatbot.

----------

Room Text:
<corporationillu>hi cutie
>hi
<corporationillu>you seem like someone I really would like to get to know
>ok...
<corporationillu>cool, Steve here, no profile here yet but I have one at, http://chat.gaydarguyz.com/stevek
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 5:25:41 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: njt73@hotmail.com
Date: 2006-12-04 00:45:00.0
Subject: Abuse Report

User: schnap
Room: corporationillu Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

will u please sort this out, im sick of gettin these hits

----------

Room Text:
<corporationillu>hi, whre are you
>hi
<corporationillu>just thought i'd hit you up for chat
>dont bother sending me alink to some cam site
>if ur not then hi there
<corporationillu>no profile here yet but you can check me out here, http://chat.gaydarguyz.com/male
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 5:25:33 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: leirbanor@yahoo.com
Date: 2006-12-04 00:26:00.0
Subject: Abuse Report

User: the_gaffer_
Room: corporationillu Private Chat
Description: spam

----------

Room Text:
<corporationillu>hi
>hey
<corporationillu>just thought i'd hit you up for chat
>cool
>how are you?
<corporationillu>no profile here yet but you can check me out here, http://chat.gaydarguyz.com/anfjock
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**    support@gaydar.co.uk
**Sent:**    3/1/2007 5:25:26 AM
**To:**    paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: vicprsa@hotmail.com
Date: 2006-12-04 00:25:00.0
Subject: Abuse Report

User: _lasher_
Room: corporationillu Private Chat
Description: spam and ad from another site

----------

Room Text:
<corporationillu>wassap bro
>HI
<corporationillu>you are gorgeous, what you doing?
>just resting in the bed and watching a dvd
<corporationillu>I don't got a profile here yet but I have one here, http://chat.gaydarguyz.com/super
> bye
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**          support@gaydar.co.uk
**Sent:**          3/1/2007 5:25:19 AM
**To:**            paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: gaybutcurious@yahoo.co.uk
Date: 2006-12-04 00:14:00.0
Subject: Abuse Report

User: gaybutcurious
Room: siegesentstatur Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

I was messaged by a guy whose nickname was siegesentstatur. It soon
became clear that I wasn't speaking to a real person but to some sort of
automated system. It referred me to a camming site, the address of
which was http://chat.gaydarguyz.com/kylewaters. This sort of thing has
happened before. They seem to target gaydar.co.uk. Hope you can bar
these people.


----------

Room Text:
<siegesentstatur>hi, whre are you
>SE London here. And you?
<siegesentstatur>just thought i'd hit you up for chat
>I'm flattered you've chosen me out of all the guys online. <laugh> <laugh>
<siegesentstatur>no profile here yet but you can check me out here, http://chat.gaydarguyz.com/kylewaters
>Whereabout are you then?
<siegesentstatur>got my pics and stats on there and my cam is coming on
>But where are you?
<siegesentstatur>if ur into watchin just get a free screename and come watch, you dont need a cam
>But where are you?
<siegesentstatur>no cam needed or anything i'm on it now, come check me out
>But where are you?
<siegesentstatur>brb people coming in our cam chatroom =)
>Are you a person or a machine?
<siegesentstatur>my st8 roomie is gonna let me blow him on cam, so cmon
>You are a machine, aren't you.
<siegesentstatur>brb, few dudes comin into my cam session, i'll be waiting for u
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 5:25:12 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: nachos@hotmail.co.uk
Date: 2006-12-03 23:46:00.0
Subject: Abuse Report

User: beuty_maker
Room: alotinstants18 Private Chat
Description: advertising external link

----------

Room Text:
<alotinstants18>hey bud
>hi
<alotinstants18>just thought i'd hit you up for chat
>hmmm
<alotinstants18>Steve here, 25, my stats and profile is at: http://chat.gaydarguyz.com/wannab
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 5:25:05 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: spunkydude83@yahoo.co.uk
Date: 2006-12-03 23:41:00.0
Subject: Abuse Report

User: cub-on-cam
Room: siegesentstatur Private Chat
Description: another dumbass non commercial advertiser!!!!

----------

Room Text:
<siegesentstatur>hey there how's your day goin
>gone
>go on then...........
>website?
<siegesentstatur>just thought i'd hit you up for chat
>course u did
>u need to learn a new line m8
<siegesentstatur>no profile here yet but you can check me out here, http://chat.gaydarguyz.com/just
>a little more original maybe
>zzzzzzzzzzzzzzzzzzzzzzzzzzzzzzz
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 5:24:55 AM
**To:**     paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: will_fox69@hotmail.com
Date: 2006-12-03 23:34:00.0
Subject: Abuse Report

User: rainbowman699
Room: corporationillu Private Chat
Description: this is a credit card scammer

----------

Room Text:
<corporationillu>hey what's up
>?
<corporationillu>you seem cool, care to chat?
>thats fine
<corporationillu>I am new to this whole gay thing but I got a profile here, http://chat.gaydarguyz.com/wildjock
>is that u in them picsQ
<corporationillu>getting on cam and i wanna show off for you so we can get to know each other
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 5:24:47 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: nakedbeachbum@tesco.net
Date: 2006-12-03 23:18:00.0
Subject: Abuse Report

User: winklepicker
Room: corporationillu Private Chat
Description: Another flipping scam!!! (See my report about 15 mins ago). Fed up with these!!!

----------

Room Text:
<corporationillu>hi
>Hello
<corporationillu>you seem like someone I really would like to get to know
>Now don't tell me
>Web cam
>Credit card details
<corporationillu>I am new to this whole gay thing but I got a profile here, http://chat.gaydarguyz.com/tsteel
>Are you copying and pasting all this?
>Do you say anything original?
<corporationillu>like what you see?
>Go on surprise me
>Say "hello"
<corporationillu>if you want, you can get a free screenname right on my profile page and watch me
>Are your replies time delayed?
>What is I don't ever want to hear from you again?
<corporationillu>I'll do whatever you want as long as you want
>Can I get my details removed from your lists?
<corporationillu>brb come watch me
>Hang on
>before you go
>Can we just chat some?
>Hello?
Berit
**********************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 5:24:40 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: nakedbeachbum@tesco.net
Date: 2006-12-03 22:49:00.0
Subject: Abuse Report

User: winklepicker
Room: siegesentstatur Private Chat
Description: Fed up with these American profiles that ask you to go to a website for a cam and then ask for your credit card details. This is the second time this profile has done this to me. I've been contacted by 4 separate profiles in the last two months. Getting fed up with them!!!

----------

Room Text:
<siegesentstatur>u uncut dude?
>You want to cam with me?
<siegesentstatur>how's the weather where you are? hope you don't mind chatting
>Are you automated responses?
>Or cut and paste?
<siegesentstatur>no profile here yet but you can check me out here, http://chat.gaydarguyz.com/anfjock
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 5:24:33 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: neilinverness@hotmail.com
Date: 2006-12-03 22:35:00.0
Subject: Abuse Report

User: topchub
Room: corporationillu Private Chat
Description: this user is tryng to get users to sign up to another site... i am suspicious about giving out my credit acrd details. There appears to be a number of young men advertising the link

----------

Room Text:
>hi there
<corporationillu>how's the weather where you are? hope you don't mind chatting
>it is ok tonight about 10C
>and a bit damp
>how is louisiana?
<corporationillu>no profile here yet but you can check me out here, http://chat.gaydarguyz.com/anfjock
>ok
>i used to live in monroe
>so chat wanted to chat
<corporationillu>i'm lookin for dudes to get off or watch me get off
>ok
>not interested in that ... take care
Berit
*****************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*****************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 5:24:27 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: robert.chapple@csim.demon.co.uk
Date: 2006-12-03 22:32:00.0
Subject: Abuse Report

User: robc
Room: corporationillu Private Chat
Description: This user is using chat to spam people on a pay per view website.

----------

Room Text:
<corporationillu>hey dude
>Hello
<corporationillu>you seem cool, care to chat?
>Of course
<corporationillu>no profile here yet but you can check me out here, http://chat.gaydarguyz.com/sexydany
>one sec
<corporationillu>getting on cam and both of us showing off together is a new hobby of ours
>Sorry this is spam isn't it?
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 5:24:20 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: djldavies@hotmail.com
Date: 2006-12-03 21:46:00.0
Subject: Abuse Report

User: uncled
Room: corporationillu Private Chat
Description: sneaky spammer sunday night LOL

----------

Room Text:
>hellooxx
<corporationillu>you seem like someone I really would like to get to know
>nice you too xxx
<corporationillu>Steve here, 25, my stats and profile is at: http://chat.gaydarguyz.com/wildjock
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 5:24:12 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: stevie_seven@msn.com
Date: 2006-12-03 21:42:00.0
Subject: Abuse Report

User: adamoff
Room: corporationillu Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

advertising bot again I suspect

----------

Room Text:
<corporationillu>no profile on here yet, just joined but you can check me out here,
http://chat.gaydarguyz.com/cuteboys
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 5:24:05 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: mikewadeuk@aol.com
Date: 2006-12-03 21:10:00.0
Subject: Abuse Report

User: looking_4_accom
Room: corporationillu Private Chat
Description: Looks like a rip off to me.... Not sure whether aim to get ££ or passwords...

----------

Room Text:
<corporationillu>wassup buddy
>hey
>hoy u doing?
<corporationillu>just wanna chat, Cole here, what's your name?
>how, even!
>Mike here
<corporationillu>cool, Steve here, no profile here yet but I have one at, http://chat.gaydarguyz.com/brendon
>HMM - so why not a gaydar profiile? I'm assuming this is going to be a pay to view style?
<corporationillu>getting on cam and i wanna show off for you so we can get to know each other
Berit
******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 5:23:57 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: marcuseh@clanmcneil.co.uk
Date: 2006-12-03 21:00:00.0
Subject: Abuse Report

User: .marcuseh
Room: siegesentstatur Private Chat
Description: This person has spoke to me before asking me to visit an external site.
The script always seems to be the same.
It feels like a scam so I thought I should report it.

----------

Room Text:
<siegesentstatur>hey
>Hi there
<siegesentstatur>just wanted to hit you up for chat and maybe a little more
>lol, we are a bit far apart
<siegesentstatur>cool, Steve here, no profile here yet but I have one at, http://chat.gaydarguyz.com/soccer
>Sorry, I dont click to sites outside gaydar sorry
<siegesentstatur>getting on cam and showing off is a new hobby of mine
>No thanks
<siegesentstatur>just get a free screenname and you can tell me what to do sexy
>Sorry not interested
<siegesentstatur>I got two of my friends here that are gonna join in they like to be watched
>You are not supposed to promote other web sites on here
Berit
******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 5:23:50 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: higham_888@hotmail.com
Date: 2006-12-03 20:26:00.0
Subject: Abuse Report

User: mel_z
Room: corporationillu Private Chat
Description: the over of this profile appears to be trying to get me to join a commercial web-site, i have had this problem with other members in the past and reported then, my concern is that is is a phishing site? can you have a look please.

----------

Room Text:
<corporationillu>hey bud
>hi
<corporationillu>you seem interesting, care to chat?
>sure i am up for a chat
<corporationillu>i'm new here but you can see my pics here, http://chat.gaydarguyz.com/hardbod
>right cheers
<corporationillu>like what you see?
>yep great pics
<corporationillu>if ur into watchin just get a free screename and come watch, you dont need a cam
>right i will have a look
<corporationillu>no cam needed or anything i'm on it now, come check me out
>i will have a go, but will have a look later
Berit
*************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 5:23:43 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: bobbyblue2@gay.com
Date: 2006-12-03 20:04:00.0
Subject: Abuse Report

User: cyberspunk29
Room: alotinstants18 Private Chat
Description: Robot chatter

----------

Room Text:
<alotinstants18>hi cutie
>hello
<alotinstants18>just wanted to hit you up for chat and maybe a little more
>Ya I bet. Ur a bot I'd say.
>A robot
>Am I right?
<alotinstants18>Steve here,25, no profile here yet but I have one at, http://chat.gaydarguyz.com/wrestlercole
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 5:23:34 AM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: brianbraybrook111@hotmail.com
Date: 2006-12-03 20:04:00.0
Subject: Abuse Report

User: brisussex
Room: siegesentstatur Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.
I am getting privates from a number of guys in america they are obviously trying to get me to pay for web
services I am hoping you can stop them.

----------

Room Text:
<siegesentstatur>hi, whre are you
>a long way away
<siegesentstatur>how are you today?
>a long way away
<siegesentstatur>Steve here,25, no profile here yet but I have one at, http://chat.gaydarguyz.com/younggun
>yes as i thought a link to a pay site
<siegesentstatur>getting on cam and both of us showing off together is a new hobby of ours
>yes but i have to pay for it
<siegesentstatur>if you want, you can get a free screenname right on my profile page and watch me u don't
need a cam
>yes but i have to pay for it
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 5:23:27 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: bsscorpion@aol.com
Date: 2006-12-03 20:03:00.0
Subject: Abuse Report

User: bigbat24
Room: corporationillu Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile. i do beleave this is another one of those scams

----------

Room Text:
<corporationillu>hey gorgeous
>hello
<corporationillu>just wanted to hit you up for chat and maybe a little more
>are you not in a differnt country to me
<corporationillu>no profile here yet but you can check me out here, http://chat.gaydarguyz.com/anfjock
>oh yes your another scam
<corporationillu>you into being bad on cam? if not you can just watch me? >;)
>no thanks , as i said your a scam
<corporationillu>if ur into watchin just get a free screename and come watch, you dont need a cam
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**    support@gaydar.co.uk
**Sent:**    3/1/2007 5:23:20 AM
**To:**    paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: rwplogic79@yahoo.co.uk
Date: 2006-12-03 20:02:00.0
Subject: Abuse Report

User: damnedlogic
Room: corporationillu Private Chat
Description: This profile is an automated advert for another site, its really bloody annoying!!!

----------

Room Text:
<corporationillu>hello hello
>hello there
<corporationillu>how are you today?
>i'm fine
>who in the blue blazing fires of hell are you?
<corporationillu>no profile here yet but you can check me out here, http://chat.gaydarguyz.com/super
>you an advert?
<corporationillu>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a mic i can talk into
>you are an advert arn't you?
<corporationillu>just get a free screenname and you can tell me what to do sexy
>so now your blind as well as being an advert
<corporationillu>I'll do whatever you want as long as you want
>i want you to go away
<corporationillu>brb, few dudes comin into my cam session, i'll be waiting for u
>YOUR NOT REAL!!!
Berit
****************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
****************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 5:23:13 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: michaelrmn@blueyonder.co.uk
Date: 2006-12-03 19:57:00.0
Subject: Abuse Report

User: mikey_9
Room: alotinstants18 Private Chat
Description: fake profile

----------

Room Text:
<alotinstants18>just wanna chat, Cole here, what's your name?
>brian
<alotinstants18>I'm new to this website but I got a profile here, http://chat.gaydarguyz.com/kingsize
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**    support@gaydar.co.uk
**Sent:**    3/1/2007 5:23:06 AM
**To:**    paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: fcmybody@hotmail.co.uk
Date: 2006-12-03 19:54:00.0
Subject: Abuse Report

User: fcmybody
Room: alotinstants18 Private Chat
Description: pls remove this bot..thanks

----------

Room Text:
<alotinstants18>hey what's up
>1 = 1 =?
<alotinstants18>just wanna chat, Cole here, what's your name?
>sorry 1+1=?
>answer my question
<alotinstants18>Steve here, 25, my stats and profile is at: http://chat.gaydarguyz.com/super
Berit
**************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**************************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 5:22:59 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: bebertgate2@caramail.com
Date: 2006-12-03 19:54:00.0
Subject: Abuse Report

User: bnorwich1981
Room: corporationillu Private Chat
Description: Hello,

This dude is clearly involved in some sort of commercial dealing, see transcript. it is not the first time that a similar page has been inserted in a chatroom conversation. Hope this is of help. Cheers

----------

Room Text:
<corporationillu>hey there how goes it?
>hello
>not bad thx, quiet eve ahead
<corporationillu>how's your day so far?
>you?
<corporationillu>Steve here, 25, my stats and profile is at: http://chat.gaydarguyz.com/super
>man, i dont to have anything to do with this site, thats such a con!
<corporationillu>i'm lookin for dudes to get off or watch me get off
>do u have msn?
<corporationillu>just get a free screenname on my page no cam needed and you can chat to me
>do u have msn???
<corporationillu>my st8 roomie is gonna let me blow him on cam, so cmon
>well am sure u can show it on msn, and i can put up my cam as well!!
<corporationillu>brb people coming in our cam chatroom =)
>ok, farewell!
>GO ON MSN, EVERYONE HAS IT
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 5:22:52 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: welshie79@hotmail.com
Date: 2006-12-03 19:39:00.0
Subject: Abuse Report

User: nowbristol
Room: corporationillu Private Chat
Description: hey folks, how are you getting on with barring guy from using chat for links to cams, just had another guy trying to get me to log on and sign up

----------

Room Text:
<corporationillu>whats up man
>hey there
>just chilling out
<corporationillu>you are gorgeous, what you doing?
>just listening to gaydar radio
<corporationillu>I am new to this whole gay thing but I got a profile here, http://chat.gaydarguyz.com/kingsize
>ar i see very professional pics
>where are you?
<corporationillu>got my pics and stats on there and my cam is coming on
>cheers fella i only use msn for cam
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 5:22:42 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: jsayers@bigpond.net.au
Date: 2006-12-03 19:32:00.0
Subject: Abuse Report

User: justonepls
Room: alotinstants18 Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

this guy is back again with is cam site but not commercial site

----------

Room Text:
>gday
<alotinstants18>just thought i'd hit you up for chat
>nice
>how r u
<alotinstants18>I am new to this whole gay thing but I got a profile here, http://chat.gaydarguyz.com/wildjock
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 5:22:34 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: michaelrmn@hotmail.com
Date: 2006-12-03 19:04:00.0
Subject: Abuse Report

User: michaelrmn
Room: siegesentstatur Private Chat
Description: fake profile

----------

Room Text:
<siegesentstatur>hi
>hello bud
<siegesentstatur>just wanted to see if you'd like to chat
>ok
<siegesentstatur>I'm new to this website but I got a profile here, http://chat.gaydarguyz.com/younggun
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:** support@gaydar.co.uk
**Sent:** 3/1/2007 5:22:20 AM
**To:** paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:** Message from gaydar support

.

From: jay73jat@yahoo.co.uk
Date: 2006-12-03 18:57:00.0
Subject: Abuse Report

User: decent3
Room: siegesentstatur Private Chat
Description: another adult site model using gaydar

----------

Room Text:
<siegesentstatur>hey you are gorgeous
>thanks
<siegesentstatur>you seem like someone I really would like to get to know
>yeah but ur too far away
<siegesentstatur>no profile here yet but you can check me out here, http://chat.gaydarguyz.com/magnum
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 5:22:27 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: devajeet_pathak007@yahoo.co.uk
Date: 2006-12-03 19:01:00.0
Subject: Abuse Report

User: passive_man4u
Room: corporationillu Private Chat
Description: this seems to be another of those automated scams

----------

Room Text:
<corporationillu>wassap bro
>hi
<corporationillu>you seem interesting, care to chat?
>fuck off
>i dont want to see your webcam
>dont you have anything better to do?
<corporationillu>Steve here,25, no profile here yet but I have one at, http://chat.gaydarguyz.com/anfjock
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 5:22:05 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: xyz1243@hotmail.com
Date: 2006-12-03 18:44:00.0
Subject: Abuse Report

User: fatal25
Room: alotinstants18 Private Chat
Description: Spam bot

----------

Room Text:
<alotinstants18>hi, whre are you
>jhb
<alotinstants18>just wanna chat, Cole here, what's your name?
>sure no prob
>louis
<alotinstants18>no profile on here yet, just joined but you can check me out here,
http://chat.gaydarguyz.com/sexydany
>mmm
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 5:22:11 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: synergysolns@icon.co.za
Date: 2006-12-03 18:55:00.0
Subject: Abuse Report

User: ..4funnow
Room: alotinstants18 Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

Hi there
This is nit the 1st time I have had this type of encounter - hope you can sort this perosn out!

Thanks!!
Keith


----------

Room Text:
<alotinstants18>hey
>hiya
>u well?
<alotinstants18>just wanted to chat, u doin ok?
>about what since ur anonymous why should I/
>?
>methinks you're a spammer and I shall have to report you
<alotinstants18>Steve here, 25, my stats and profile is at: http://chat.gaydarguyz.com/bstud
>did u spam me?
>ok your silent admission answers that then ... i have barred you and reported you ..
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 5:21:55 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: extralegem@yahoo.co.uk
Date: 2006-12-03 10:17:00.0
Subject: Abuse Report

User: docs
Room: pierbeside18 Private Chat
Description: I think this is commercial...

----------

Room Text:
<pierbeside18>hey sexy
>hi there
>any self pic?
<pierbeside18>you seem like someone we'd liek to chat with
>ok...
>any pic so I can see how u look like too?
<pierbeside18>cool, Steve here, no profile here yet but I have one at, http://chat.gaydarguyz.com/younggun
>is this really u?
<pierbeside18>getting on cam and both of us showing off together is a new hobby of ours
>cool
>and how much u charge? :-)
<pierbeside18>if you want, you can get a free screenname right on my profile page and watch me u don't need a cam
>ok let me see if I manage... :-)
>lol
<pierbeside18>no cam needed or anything and we are on it now, come blow a load with us
>it asks for a credit card...
Berit
******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 5:21:48 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: magicbilbo@ntlworld.com
Date: 2006-12-03 09:46:00.0
Subject: Abuse Report

User: notts75
Room: sewbarb18 Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.


this profile is american advertising webcam pay shows. It is not a real persons profile, just an advert. They are
using it to pvt people.

----------

Room Text:
<sewbarb18>hey sexy
>hi dude
<sewbarb18>just wanted to see if you'd like to chat
> <cool>
<sewbarb18>cool, Steve here, no profile here yet but I have one at, http://chat.gaydarguyz.com/wildjock
>where r u?
<sewbarb18>got my pics and stats on there and my cam is coming on
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:** support@gaydar.co.uk
**Sent:** 3/1/2007 5:21:40 AM
**To:** paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:** Message from gaydar support

.

From: newgaydar39@hotmail.com
Date: 2006-12-03 09:31:00.0
Subject: Abuse Report

User: mystic_pizza_69
Room: practicableurba Private Chat
Description: practicableurba - is a commercial ad bot

----------

Room Text:
<practicableurba>wassap bro
>hi
<practicableurba>you seem interesting, care to chat?
>nno
<practicableurba>no profile here yet but you can check me out here, http://chat.gaydarguyz.com/kingsize
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 5:21:33 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: topman_guy@hotmail.co.uk
Date: 2006-12-03 09:11:00.0
Subject: *Support Query from 'topmanuk''

http://gaydarguyz.com/detail.php?name=super

what is this site?

If i go in chat a get lots of guys trying to get me to sign up to this. is it genuine...gaydar?
<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.0 Transitional//EN">
<HTML><HEAD>
<META http-equiv=Content-Type content="text/html; charset=iso-8859-1">
<META content="MSHTML 6.00.5730.11" name=GENERATOR>
<STYLE></STYLE>
</HEAD>
<BODY bgColor=#ffffff>
<DIV><FONT face=Arial size=2><A
href="http://gaydarguyz.com/detail.php?name=super">http://gaydarguyz.com/detail.php?name=su
per</A></FONT></DIV>
<DIV><FONT face=Arial size=2></FONT> </DIV>
<DIV><FONT face=Arial size=2>what is this site?</FONT></DIV>
<DIV><FONT face=Arial size=2></FONT> </DIV>
<DIV><FONT face=Arial size=2>If i go in chat a get lots of guys trying to get me
to sign up to this. is it genuine...gaydar?</FONT></DIV></BODY></HTML>
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 5:21:27 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: mharrison252002@yahoo.co.uk
Date: 2006-12-03 07:46:00.0
Subject: Abuse Report

User: mattphwoar
Room: pierbeside18 Private Chat
Description: This is a chat message initiated by the user pierbeside18 it appears to seem like a genuine chat but in actual fact he gives a reference to an external website which is linked to a webcam chat site this is the second time i`ve been on gaydar chat and had one of these messages which run along similar chat lines and end up at this site when you click the link except it was a different user name before

----------

Room Text:
<pierbeside18>hey there what u up to
>hi..not much
>u?
<pierbeside18>you seem interesting, care to chat?
>ok
<pierbeside18>cool, Steve here, no profile here yet but I have one at, http://chat.gaydarguyz.com/sexydany
>nice profile
<pierbeside18>i'm lookin for dudes to get off or watch me get off
>shame cos i cant use that website
<pierbeside18>if you want, you can get a free screenname right on my profile page and watch me u don't need a cam
>i cant cos it says i need a credit card
<pierbeside18>just signup, it's truly free man and you can tell me what you want on cam =)
Berit
*****************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*****************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 5:21:19 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: meirionhughes@hotmail.com
Date: 2006-12-03 07:34:00.0
Subject: Abuse Report

User: mezbrighton
Room: sewbarb18 Private Chat
Description: spam

----------

Room Text:
<sewbarb18>hey there what u up to
>hey, how r u?
<sewbarb18>just wanna chat, Cole here, what's your name?
>mez, nice to meet u
<sewbarb18>I am new to this whole gay thing but I got a profile here, http://chat.gaydarguyz.com/stevek
>ok....
>and..?
<sewbarb18>i'm lookin for dudes to get off or watch me get off
>give me one good reason why I shouldn't report u for spamming gaydar....
Berit
*************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*************************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 5:21:13 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: jishak@hotmail.co.uk
Date: 2006-12-03 07:33:00.0
Subject: Abuse Report

User: .barefuck.
Room: pierbeside18 Private Chat
Description: more of the same

----------

Room Text:
<pierbeside18>hi, whre are you
>just north of yeovil
<pierbeside18>you seem like someone I really would like to get to know
>no cams
<pierbeside18>Steve here, 25, my stats and profile is at: http://chat.gaydarguyz.com/wannab
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 5:21:06 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: horned82@hotmail.co.uk
Date: 2006-12-03 06:29:00.0
Subject: Abuse Report

User: scottmac1982
Room: sewbarb18 Private Chat
Description: I have received several of these messages It appears that it is automated, no matter what i write it keeps coming back with messages that make no sense to the one before. The coment i mahde to get this resonse was i'm heading to bed can i catch u later.

----------

Room Text:
<sewbarb18>I am new to this whole gay thing but I got a profile here, http://chat.gaydarguyz.com/brendon
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 5:20:48 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: georgev@aapt.net.au
Date: 2006-12-03 05:55:00.0
Subject: Abuse Report

User: xstntl
Room: practicableurba Private Chat
Description: Another peddler

----------

Room Text:
<practicableurba>wassap bro
>yo yo yo what?
<practicableurba>just wanna chat, Cole here, what's your name?
>sorry now's not a good time for me. Have a great weekend. Bye
<practicableurba>no profile here yet but you can check me out here, http://chat.gaydarguyz.com/wrestlercole
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 5:20:41 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: jishak@hotmail.co.uk
Date: 2006-12-03 03:06:00.0
Subject: Abuse Report

User: .barefuck.
Room: sewbarb18 Private Chat
Description: another cyber hunter

----------

Room Text:
<sewbarb18>wassup buddy
>where r u, in south west?
<sewbarb18>just thought i'd hit you up for chat
>we are up on something having it now, looking for another to come over, no real time to chat to be honest
<sewbarb18>no profile on here yet, just joined but you can check me out here,
http://chat.gaydarguyz.com/male
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 5:20:34 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: mateusrose79@yahoo.co.uk
Date: 2006-12-03 01:29:00.0
Subject: Abuse Report

User: my_little_pony
Room: sewbarb18 Private Chat
Description: This is another guy making publicity of his own website or someone else where you have to pay to
see him on cam and other stuff, a bit annoying! A few like this around..

----------

Room Text:
<sewbarb18>hey dude
>hiya
<sewbarb18>just wanted to hit you up for chat and maybe a little more
>cool
<sewbarb18>cool, Steve here, no profile here yet but I have one at, http://chat.gaydarguyz.com/hardbod
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 5:20:25 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.


From: spot_e@hotmail.com
Date: 2006-12-03 01:25:00.0
Subject: Abuse Report

User: boyracer
Room: pierbeside18 Private Chat
Description: possible automated script

----------

Room Text:
>hey
<pierbeside18>you seem like someone we'd liek to chat with
> <cool>
>why do you say that?
<pierbeside18>no profile on here yet, just joined but you can check me out here,
http://chat.gaydarguyz.com/anfjock
>are you there?
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 5:20:19 AM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: thegolfo@hotmail.com
Date: 2006-12-03 01:16:00.0
Subject: Abuse Report

User: thegolfo
Room: practicableurba Private Chat
Description: I think this one is a bot...

----------

Room Text:
<practicableurba>wassap bro
>wassap
>where are you?
<practicableurba>just wanted to see if you'd like to chat
>sure
>what about? :)
<practicableurba>cool, Steve here, no profile here yet but I have one at, http://chat.gaydarguyz.com/stevek
>are you spam?
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 5:18:38 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: rmartin86@lycos.co.uk
Date: 2006-12-03 01:14:00.0
Subject: Abuse Report

User: richhull-18
Room: sewbarb18 Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.
SPAM

----------

Room Text:
<sewbarb18>hey
>hey
<sewbarb18>you seem like someone I really want to talk to
>really whys that
<sewbarb18>no profile on here yet, just joined but you can check me out here,
http://chat.gaydarguyz.com/hardbod
>1 sec
>dont exist
<sewbarb18>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a mic
i can talk into
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************