# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 5:18:28 AM
**To:**     paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: jimmyladlondon@hotmail.com
Date: 2006-12-03 01:10:00.0
Subject: Abuse Report

User: hot-male.com
Room: pierbeside18 Private Chat
Description: Ps. I will put on my profile to as anyone else if they get these spam profiles
to report it you you guys. Ill also ask people in chat if it happens to them, to report it.

Jim

----------

Room Text:
<pierbeside18>whats up man
>alrite ung lad?
<pierbeside18>how's your day so far?
>u american?
>what all 1 hr of it so far :)
<pierbeside18>I'm new to the whole gay thing but I got a profile here, http://chat.gaydarguyz.com/super
>so is that you?
>is it?
<pierbeside18>getting on cam and i wanna show off for you so we can get to know each other
Berit
************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 5:18:20 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: jimmyladlondon@hotmail.com
Date: 2006-12-03 01:07:00.0
Subject: Abuse Report

User: hot-male.com
Room: pierbeside18 Private Chat
Description: Here we go again Gaydar. I get these all the time. People hacking into gaydar from othere
sites. Its so anoying to the user. I know all you can do is delete their profile but maybe you need to look at where
its all coming from
Im being sent a link to gaydarguyz.com Maybe you can get their webste shut down?
Good luck.

Jim

----------

Room Text:
<pierbeside18>whats up man
>alrite ung lad?
<pierbeside18>how's your day so far?
>u american?
>what all 1 hr of it so far :)
<pierbeside18>I'm new to the whole gay thing but I got a profile here, http://chat.gaydarguyz.com/super
>so is that you?
>is it?
<pierbeside18>getting on cam and i wanna show off for you so we can get to know each other
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 5:18:01 AM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: ukbabybear@aol.com
Date: 2006-12-03 01:07:00.0
Subject: Abuse Report

User: jonnose15
Room: sewbarb18 Private Chat
Description: another Autobot annoying everyone in the room

----------

Room Text:
<sewbarb18>wassup buddy
>oner
<sewbarb18>just wanna chat, Cole here, what's your name?
>zzp
<sewbarb18>no profile here yet but you can check me out here, http://chat.gaydarguyz.com/kingsize
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 5:17:54 AM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: cropped2001@yahoo.co.uk
Date: 2006-12-03 00:25:00.0
Subject: Abuse Report

User: nostringsafunn
Room: pierbeside18 Private Chat
Description: presumably another spoof profile, sending so you can delte them if it is one.

----------

Room Text:
<pierbeside18>wassup buddy
>hi
<pierbeside18>just wanna chat, Cole here, what's your name?
>pete
>what room r u i n
<pierbeside18>Steve here, 25, my stats and profile is at: http://chat.gaydarguyz.com/wrestlercole
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 5:17:47 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: ryangsoton@tiscali.co.uk
Date: 2006-12-03 00:19:00.0
Subject: Abuse Report

User: sotonsubboi4use
Room: pierbeside18 Private Chat
Description: spam

----------

Room Text:
<pierbeside18>hey dude
>hi
<pierbeside18>just wanted to chat, u doin ok?
>yep, u?
<pierbeside18>I'm new to the whole gay thing but I got a profile here, http://chat.gaydarguyz.com/dream
Berit
************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 5:17:32 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: cjc_mids@hotmail.com
Date: 2006-12-03 00:18:00.0
Subject: Abuse Report

User: cc_chelt
Room: sewbarb18 Private Chat
Description: more cam spam!

----------

Room Text:
<sewbarb18>hello there
>hi
<sewbarb18>just thought i'd hit you up for chat
>excellent . . . how's things?
<sewbarb18>I'm new to the whole gay thing but I got a profile here, http://chat.gaydarguyz.com/soccer
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 5:17:17 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: ian_libra@yahoo.com
Date: 2006-12-03 00:11:00.0
Subject: Abuse Report

User: rockmebaby2
Room: sewbarb18 Private Chat
Description: Spam

----------

Room Text:
<sewbarb18>hey bud
>hello there = how's you?
<sewbarb18>just wanna chat, Cole here, what's your name?
>Hi Cole - Ian here
<sewbarb18>I am new to this whole gay thing but I got a profile here, http://chat.gaydarguyz.com/anfjock
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 5:15:53 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: chrispaco22@hotmail.com
Date: 2006-12-03 00:06:00.0
Subject: Abuse Report

User: australiano23
Room: practicableurba Private Chat
Description: This guy is asking me to go to a different website....... one of those pages that ask for your credit
card details and legal name bullshit.

----------

Room Text:
<practicableurba>hi cutie
>hey how are ya
<practicableurba>you seem interesting, care to chat?
>lol i am in many ways
>how was your night last night
<practicableurba>I'm new to this website but I got a profile here, http://chat.gaydarguyz.com/sexydany
>ah yes those places that ask you to jpoin
>join and give your credit card detsails
>what ever mate
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 5:15:46 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: gaydar@robmoore.org.uk
Date: 2006-12-02 23:49:00.0
Subject: Abuse Report

User: ukmonkeynuts
Room: pierbeside18 Private Chat
Description: Yet another guy using a psuedo-gaydar address to advertise their webcam services. Thought you should know.

Thanks

----------

Room Text:
<pierbeside18>hey what's up
>sod all - you?
<pierbeside18>just thought i'd hit you up for chat
>:-) well thanks
>got a pic or anything? your profile is fairly lacking in details ;-0
<pierbeside18>no profile on here yet, just joined but you can check me out here,
http://chat.gaydarguyz.com/soccer
>oh god will you guys just FUCK OFF
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 5:15:40 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: buckstop@cwcom.net
Date: 2006-12-02 23:18:00.0
Subject: Abuse Report

User: buckstop
Room: sewbarb18 Private Chat
Description: this ID is one of those spam advert chat robots on here!

----------

Room Text:
<sewbarb18>hey dude
>hey
<sewbarb18>just thought i'd hit you up for chat
>why - u not near MK ?
<sewbarb18>I'm new to this website but I got a profile here, http://chat.gaydarguyz.com/brendon
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 5:15:33 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: pstapleton1960@aol.com
Date: 2006-12-02 23:09:00.0
Subject: Abuse Report

User: 1960peter
Room: pierbeside18 Private Chat
Description: spam

----------

Room Text:
<pierbeside18>hey sexy
>hi
<pierbeside18>just thought i'd hit you up for chat
>thats ok how r u
<pierbeside18>I'm new to this website but I got a profile here, http://chat.gaydarguyz.com/wildjock
>where are ufrom
>what is 1 +2
<pierbeside18>got my pics and stats on there and my cam is coming on
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 5:15:26 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: pstapleton1960@aol.com
Date: 2006-12-02 23:09:00.0
Subject: Abuse Report

User: 1960peter
Room: pierbeside18 Private Chat
Description: spam

----------

Room Text:
<pierbeside18>hey sexy
>hi
<pierbeside18>just thought i'd hit you up for chat
>thats ok how r u
<pierbeside18>I'm new to this website but I got a profile here, http://chat.gaydarguyz.com/wildjock
>where are ufrom
>what is 1 +2
<pierbeside18>got my pics and stats on there and my cam is coming on
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 5:15:18 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: simonrha@hotmail.com
Date: 2006-12-02 23:09:00.0
Subject: Abuse Report

User: rha80
Room: pierbeside18 Private Chat
Description: is the same already abused user. Adv. his site

----------

Room Text:
<pierbeside18>wassap bro
>t?
>what?
<pierbeside18>you seem interesting, care to chat?
>sorry?
>yes
>but you?
>pics?
<pierbeside18>I am new to this whole gay thing but I got a profile here, http://chat.gaydarguyz.com/male
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 5:15:11 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: pidlen69@aol.com
Date: 2006-12-02 22:50:00.0
Subject: Abuse Report

User: pidlen69
Room: sewbarb18 Private Chat
Description: id rather not be solicited in this manner!!!

----------

Room Text:
<sewbarb18>I am new to this whole gay thing but I got a profile here, http://chat.gaydarguyz.com/super
>well well
>how refreshing
<sewbarb18>getting on cam and both of us showing off together is a new hobby of ours
>zzzzzzzzzzzzzzzz
> <yawn> <yawn> <yawn> <yawn> <yawn>
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 5:15:04 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: pidlen69@aol.com
Date: 2006-12-02 22:49:00.0
Subject: Abuse Report

User: pidlen69
Room: sewbarb18 Private Chat
Description: ban the nutter!

----------

Room Text:
<sewbarb18>I am new to this whole gay thing but I got a profile here, http://chat.gaydarguyz.com/super
>well well
>how refreshing
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 5:14:54 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: k12oo@hotmail.com
Date: 2006-12-02 22:39:00.0
Subject: Abuse Report

User: .fukbud.
Room: sewbarb18 Private Chat
Description: another cam magnet lol

----------

Room Text:
<sewbarb18>hey gorgeous
>hi
<sewbarb18>you seem like someone we'd liek to chat with
>well, just about to go up a level here, so wont be able to chat much really
<sewbarb18>I'm new to the whole gay thing but I got a profile here, http://chat.gaydarguyz.com/wrestlercole
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 5:14:47 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: wharf101@hotmail.com
Date: 2006-12-02 22:23:00.0
Subject: Abuse Report

User: kevcw
Room: pierbeside18 Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile. This profile is an ad - please cancel their profile

----------

Room Text:
<pierbeside18>yo bro
>hi
<pierbeside18>just wanna chat, Cole here, what's your name?
>kev
<pierbeside18>i'm new here but you can see my pics here, http://chat.gaydarguyz.com/college
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 5:14:39 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: richard.mein@lycos.co.uk
Date: 2006-12-02 22:17:00.0
Subject: Abuse Report

User: ric69er
Room: sewbarb18 Private Chat
Description: another adbot

----------

Room Text:
<sewbarb18>yo bro
>hi
<sewbarb18>you are gorgeous, what you doing?
>not a lot
<sewbarb18>I am new to this whole gay thing but I got a profile here, http://chat.gaydarguyz.com/just
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 5:14:28 AM
**To:**     paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: pollonhung20cms@hotmail.com
Date: 2006-12-02 21:59:00.0
Subject: Abuse Report

User: activehung20cms
Room: practicableurba Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

spam. They used to open profiles in Australia. Now they do it in the USA.

----------

Room Text:
<practicableurba>hello there
>hello
<practicableurba>you seem like someone I really want to talk to
>your name
<practicableurba>no profile on here yet, just joined but you can check me out here,
http://chat.gaydarguyz.com/younggun
>your name
<practicableurba>getting on cam and both of us showing off together is a new hobby of ours
Berit
************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
***********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 5:14:21 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: ricksta99@yahoo.com
Date: 2006-12-02 21:41:00.0
Subject: Abuse Report

User: staineslad_1977
Room: pierbeside18 Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

hi this guy is a spamer...thought u will like to know

regards

----------

Room Text:
<pierbeside18>hello hello
>hi
<pierbeside18>you are gorgeous, what you doing?
>lol...thanks
>hehhe
<pierbeside18>I don't got a profile here yet but I have one here, http://chat.gaydarguyz.com/cuteboys
>i am just here bored as usual
<pierbeside18>if you want, you can get a free screenname right on my profile page and watch me
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 5:14:14 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: subarukun@hotmail.com
Date: 2006-12-02 21:11:00.0
Subject: Abuse Report

User: su-kun77
Room: practicableurba Private Chat
Description: es un bot que busca gente para conectarse a paginas porno de pago.

----------

Room Text:
<practicableurba>hey you are gorgeous
> mmmmmmmmmm
<practicableurba>just wanted to hit you up for chat and maybe a little more
>yes yes
<practicableurba>I don't got a profile here yet but I have one here, http://chat.gaydarguyz.com/hardbod
>ohh ohhh
<practicableurba>i'm lookin for dudes to get off or watch me get off
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 5:14:08 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: putneyguy@hotmail.com
Date: 2006-12-02 21:11:00.0
Subject: Abuse Report

User: alteregosw15
Room: sewbarb18 Private Chat
Description: 4th time this has happened

when will this stop?

----------

Room Text:
<sewbarb18>hey there how goes it?
>it goes well
>how about with you?
<sewbarb18>you seem like someone I really want to talk to
>don't tell me
>you have a fucking webcam site
>you want me to check out??????
>is this right?
<sewbarb18>no profile on here yet, just joined but you can check me out here,
http://chat.gaydarguyz.com/male
>fuck off asshole
>you are reported
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 5:14:01 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: london.stani@hotmail.com
Date: 2006-12-02 21:08:00.0
Subject: Abuse Report

User: london-stani
Room: sewbarb18 Private Chat
Description: Linking to a commercial site.

----------

Room Text:
<sewbarb18>yo bro
>Hi there
>how's it going?
<sewbarb18>how's the weather where you are? hope you don't mind chatting
>The weather is probably the same as where you are. I'm assuming you're in London?
<sewbarb18>i'm new here but you can see my pics here, http://chat.gaydarguyz.com/male
>it wont work
<sewbarb18>getting on cam and both of us showing off together is a new hobby of ours
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 5:13:54 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: iatrogenic@mac.com
Date: 2006-12-02 20:12:00.0
Subject: Abuse Report

User: anbanb
Room: pierbeside18 Private Chat
Description: Advertising pay video service through chat

----------

Room Text:
<pierbeside18>hey man
>hi, how are you?
<pierbeside18>you seem like someone I really want to talk to
>why?
<pierbeside18>cool, Steve here, no profile here yet but I have one at, http://chat.gaydarguyz.com/bad
>piss off
<pierbeside18>got my pics and stats on there and my cam is coming on
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 5:13:47 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: johnsonfhus@yahoo.com
Date: 2006-12-02 21:06:00.0
Subject: Abuse Report

User: johnsonfhus
Room: sewbarb18 Private Chat
Description: he is a spammer

----------

Room Text:
<sewbarb18>I don't got a profile here yet but I have one here, http://chat.gaydarguyz.com/bstud
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 5:13:39 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: tommytucker52545@aol.com
Date: 2006-12-02 20:00:00.0
Subject: Abuse Report

User: tommytucker5254
Room: sewbarb18 Private Chat
Description: Once again,... here is another scammer trying to get you join up to a webcam site which requires card details etc. They are all using the same script and are total fraudsters!
I reported one last week too.
Thought i should let you know.
Tom x

----------

Room Text:
<sewbarb18>whats up man
>my cock
>u?
<sewbarb18>how's the weather where you are? hope you don't mind chatting
>what you after?
<sewbarb18>I'm new to the whole gay thing but I got a profile here, http://chat.gaydarguyz.com/wanna
>any pics?
<sewbarb18>getting on cam and both of us showing off together is a new hobby of ours
>yeh?
>'ours'
<sewbarb18>if ur into watchin just get a free screename and come watch, you dont need a cam
>NOT YOU AGAIN!!!!
>YOU ARE SCAMMERS AND SHOULD BE REGISTERED AS COMMERCIAL!!!!
<sewbarb18>just signup, it's truly free man and you can tell me what you want on cam =)
>APOLOGISE NOW!!!!
<sewbarb18>brb people coming in our cam chatroom =)
>loser
Berit
*****************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*****************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 5:13:33 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: devus8-gaydar2@yahoo.co.uk
Date: 2006-12-02 19:56:00.0
Subject: Abuse Report

User: chrismanch1
Room: pierbeside18 Private Chat
Description: Another one, directing me to a website, they are getting cleverer

----------

Room Text:
<pierbeside18>hi, whre are you
>it says on my profile
<pierbeside18>how's your day so far?
>not bad
<pierbeside18>I don't got a profile here yet but I have one here, http://chat.gaydarguyz.com/cuteboys
>of course you do
<pierbeside18>you into being bad on cam? if not you can just watch me? >;)
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 5:13:22 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: adjuk@hotmail.co.uk
Date: 2006-12-02 19:50:00.0
Subject: Abuse Report

User: no_return
Room: pierbeside18 Private Chat
Description: THIS ISNT A REAL PERSON. KEEP GETTING LOTS OF THESE

----------

Room Text:
<pierbeside18>hey man
>HI
<pierbeside18>just thought i'd hit you up for chat
>OK
<pierbeside18>no profile here yet but you can check me out here, http://chat.gaydarguyz.com/bad
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:** support@gaydar.co.uk
**Sent:** 3/1/2007 5:12:27 AM
**To:** paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:** Message from gaydar support

.

From: kookaburra333@hotmail.com
Date: 2006-12-02 08:39:00.0
Subject: RE: Ref: 1069635 re

Hi, thanks for writing back to me....I just wonder if they should come
under a listing - perhaps "commercial" or similar. It occurs to me that this
is like a pop up, as they make contact almost as soon as I enter Chat, or
interrupt, and then proceed to invite you to enter their site and basically
leave Gaydar behind. I do feel a loyalty to Gaydar and it seems to me you're
being taken advantage of by this group.

love your work Chris


>From: support@gaydar.co.uk
>To: kookaburra333@hotmail.com
>Subject: Ref: 1069635 re
>Date: Wed, 29 Nov 2006 14:00:29 +0000 (GMT)
>
>Hi Chris,
>
>Thank you for your email.
>
>Gaydarguyz.com is not our domain and has nothing to do with us.
>
>This is the list of our domains:
>
>https://daygar.com
>http://85.158.9.9
>gaydar.at
>gaydar.au.com
>gaydar.be
>gaydar.cc
>gaydar.ch
>gaydar.chat
>gaydar.cn
>gaydar.co.nz
>gaydar.co.uk
>gaydar.co.za
>gaydar.com.au
>gaydar.com.cn
>gaydar.com.mx
>gaydar.com.tr
>gaydar.com.tw

>gaydar.cz
>gaydar.de
>gaydar.de.com
>gaydar.es
>gaydar.eu.com
>gaydar.fr
>gaydar.gr
>gaydar.ie
>gaydar.it
>gaydar.jp
>gaydar.love
>gaydar.nl
>gaydar.nu
>gaydar.pt
>gaydarguys.co.uk
>gaydarguys.com
>gaydarguys.net
>mygaydar.cc
>mygaydar.co.uk
>mygaydar.com
>my-gaydar.com
>mygaydar.net
>daygar.com
>thedar.net
>thegaydar.com
>gaydard.com
>mrgaydar.com
>
>
>Regards,
>
>
>
>
>Andre
>
>********************************************************************
>
>QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
>employees shall not be liable for the incorrect or incomplete
>transmission of this e-mail or any attachments, nor responsible
>for any delay in receipt. Any opinions expressed in this message are
>those of the author only and do not necessarily represent the views
>of QSoft Consulting Ltd or QSoft Media Ltd.
>
>********************************************************************
>
>

_____
Win a $40K private Lear Jet experience with Flight Sim X!
http://ninemsn.com.au/share/redir/adTrack.asp?mode=click&clientID=730&referral=hotmailtagline&U
RL=http://games.ninemsn.com.au
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or

employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 5:12:19 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: roger@nelsonscorner.co.uk
Date: 2006-12-02 08:38:00.0
Subject: *Support Query from 'longfuse''

Hi,


Was just in 'south east London cruising' chat room and got into a private
chat that I think was about identity fraud, so thought I should pass it on
to you.


Username: dairyscene, started private chat with me though his profile was
inactive. Gave me link: http://chat.gaydarguyz.com/bstud and encouraged me
to sign up to free username to see him on his webcam. The sign up asked for
my email, postal address and credit card details, which of course I wasn't
going to give.


Not sure if there's anything you can do about this but thought you might
want to know.


My username is longfuse.


Cheers,


Roger Nelson



<html xmlns:o="urn:schemas-microsoft-com:office:office"
xmlns:w="urn:schemas-microsoft-com:office:word" xmlns="http://www.w3.org/TR/REC-html40">

<head>

```
<META HTTP-EQUIV="Content-Type" CONTENT="text/html; charset=us-ascii">
<meta name=Generator content="Microsoft Word 11 (filtered medium)">
<style>
<!--
/* Font Definitions */
@font-face
{font-family:Tahoma;
panose-1:2 11 6 4 3 5 4 4 2 4;}
/* Style Definitions */
p.MsoNormal, li.MsoNormal, div.MsoNormal
{margin:0cm;
margin-bottom:.0001pt;
font-size:12.0pt;
font-family:Tahoma;}
a:link, span.MsoHyperlink
{color:blue;
text-decoration:underline;}
a:visited, span.MsoHyperlinkFollowed
{color:purple;
text-decoration:underline;}
span.EmailStyle17
{mso-style-type:personal-compose;
font-family:Tahoma;
color:windowtext;
font-weight:normal;
font-style:normal;
text-decoration:none none;}
@page Section1
{size:21.0cm 842.0pt;
margin:2.0cm 2.0cm 2.0cm 2.0cm;}
div.Section1
{page:Section1;}
-->
</style>

</head>

<body lang=EN-US link=blue vlink=purple>

<div class=Section1>

<p class=MsoNormal><font size=3 face=Tahoma><span lang=EN-GB style='font-size:
12.0pt'>Hi, <o:p></o:p></span></font></p>

<p class=MsoNormal><font size=3 face=Tahoma><span lang=EN-GB style='font-size:
12.0pt'><o:p> </o:p></span></font></p>

<p class=MsoNormal><font size=3 face=Tahoma><span lang=EN-GB style='font-size:
12.0pt'>Was just in 'south east London cruising' chat room and got
into a private chat that I think was about identity fraud, so thought I should
pass it on to you. <o:p></o:p></span></font></p>

<p class=MsoNormal><font size=3 face=Tahoma><span lang=EN-GB style='font-size:
12.0pt'><o:p> </o:p></span></font></p>

<p class=MsoNormal><font size=3 face=Tahoma><span lang=EN-GB style='font-size:
```

12.0pt'>Username: dairyscene, started private chat with me though his profile
was inactive. Gave me link: <a
href="http://chat.gaydarguyz.com/bstud">http://chat.gaydarguyz.com/bstud</a>
and encouraged me to sign up to free username to see him on his webcam. The
sign up asked for my email, postal address and credit card details, which of
course I wasn't going to give. <o:p></o:p></span></font></p>

<p class=MsoNormal><font size=3 face=Tahoma><span lang=EN-GB style='font-size:
12.0pt'><o:p> </o:p></span></font></p>

<p class=MsoNormal><font size=3 face=Tahoma><span lang=EN-GB style='font-size:
12.0pt'>Not sure if there's anything you can do about this but thought
you might want to know. <o:p></o:p></span></font></p>

<p class=MsoNormal><font size=3 face=Tahoma><span lang=EN-GB style='font-size:
12.0pt'><o:p> </o:p></span></font></p>

<p class=MsoNormal><font size=3 face=Tahoma><span lang=EN-GB style='font-size:
12.0pt'>My username is longfuse. <o:p></o:p></span></font></p>

<p class=MsoNormal><font size=3 face=Tahoma><span lang=EN-GB style='font-size:
12.0pt'><o:p> </o:p></span></font></p>

<p class=MsoNormal><font size=3 face=Tahoma><span lang=EN-GB style='font-size:
12.0pt'>Cheers, <o:p></o:p></span></font></p>

<p class=MsoNormal><font size=3 face=Tahoma><span lang=EN-GB style='font-size:
12.0pt'><o:p> </o:p></span></font></p>

<p class=MsoNormal><strong><b><font size=2 face=Tahoma><span lang=EN-GB
style='font-size:10.0pt;font-family:Tahoma'>Roger Nelson</span></font></b></strong><span
lang=EN-GB><o:p></o:p></span></p>

<p class=MsoNormal><font size=3 face=Tahoma><span lang=EN-GB style='font-size:
12.0pt'><o:p> </o:p></span></font></p>

</div>

</body>

</html>
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 5:12:13 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: twohanded2001@aol.com
Date: 2006-12-01 12:43:00.0
Subject: Abuse Report

User: twohanded2001
Room: diaryscene Private Chat
Description: I hope this doesnt jeopodise my profile but this profile is innactive how can that be and he is
advertising another website?????

----------

Room Text:
>why is your profile innactive?
<diaryscene>just thought i'd hit you up for chat
>hmmmm
>innactive profile
<diaryscene>I'm new to this website but I got a profile here, http://chat.gaydarguyz.com/anfjock
>but your profile on here is innactive
<diaryscene>getting on cam and showing off is a new hobby of mine
>hmmmmm
>but your profile is innactive?
***: This user is no longer online***
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 5:12:04 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: protossuk@yahoo.co.uk
Date: 2006-12-01 12:21:00.0
Subject: Abuse Report

User: .deepin
Room: diaryscene Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.
diaryscene is a bot sending unsolicited spam

----------

Room Text:
<diaryscene>yo bro
>hi
<diaryscene>you are gorgeous, what you doing?
>your profile aint working
<diaryscene>I'm new to this website but I got a profile here, http://chat.gaydarguyz.com/super
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 5:11:56 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: mark@holland-house.me.uk
Date: 2006-12-01 11:59:00.0
Subject: Abuse Report

User: worcesterboy
Room: diaryscene Private Chat
Description: Here's another one
MArk


----------

Room Text:
<diaryscene>whats up man
>not much you?
<diaryscene>just wanna chat, Cole here, what's your name?
>Mark
<diaryscene>no profile here yet but you can check me out here, http://chat.gaydarguyz.com/male
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**    support@gaydar.co.uk
**Sent:**    3/1/2007 5:11:50 AM
**To:**    paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: teessidebloke@hotmail.com
Date: 2006-12-01 11:12:00.0
Subject: Abuse Report

User: idlebanter
Room: diaryscene Private Chat
Description: Heres another advertiser with no profile

regards
Brian

----------

Room Text:
<diaryscene>hello there
>hi
<diaryscene>just wanted to see if you'd like to chat
>cool
<diaryscene>I don't got a profile here yet but I have one here, http://chat.gaydarguyz.com/hardbod
>suprise suprise
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 5:11:39 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: lukefoy@hotmail.co.uk
Date: 2006-12-01 10:21:00.0
Subject: Abuse Report

User: gipsyhilllad
Room: diaryscene Private Chat
Description: touting for commercial websites...

----------

Room Text:
<diaryscene>hey bud
>hi
<diaryscene>you seem cool, care to chat?
>ok
> it wont let me into your profile..
<diaryscene>no profile here yet but you can check me out here, http://chat.gaydarguyz.com/cutest
Berit
*************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
***************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 5:11:33 AM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: benbristoll@yahoo.co.uk
Date: 2006-12-01 08:35:00.0
Subject: Abuse Report

User: benbristoll
Room: diaryscene Private Chat
Description: fyi

----------

Room Text:
<diaryscene>hi cutie
>hi
<diaryscene>just thought i'd hit you up for chat
>did you?
<diaryscene>Steve here, 25, my stats and profile is at: http://chat.gaydarguyz.com/kingsize
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 5:11:27 AM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: vashon22mia@aol.com
Date: 2006-12-01 04:40:00.0
Subject: Abuse Report

User: vashonm
Room: airfacilitate Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

another bot

----------

Room Text:
<airfacilitate>hey you are gorgeous
>ok thx
<airfacilitate>you seem like someone I really would like to get to know
>cool i guess
>u have no pic
<airfacilitate>I am new to this whole gay thing but I got a profile here, http://chat.gaydarguyz.com/hardbod
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 5:11:19 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: dmitriyyy@hotmail.com
Date: 2006-12-01 02:34:00.0
Subject: Abuse Report

User: andrewberger
Room: finallyimminent Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

Hi, this guy has lots of profiles and starts the conversation normally then send a message inviting to use another
site and I think is boring to get connected all the time for guys like him. Just tonight was 3 times. First I thought
it was one guy, but until now it happened 3 times, so I guess they are a group or just one guy with lots of
profiles. By the way the profile he invites to use is this HTTP://CHAT.GAYDARGUYZ.COM/SOCCER.


----------

Room Text:
<finallyimminent>hello there
>hi
<finallyimminent>just wanted to hit you up for chat and maybe a little more
>for a little what exactly?
<finallyimminent>Steve here, 25, my stats and profile is at: http://chat.gaydarguyz.com/soccer
Berit
******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
******************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 5:11:11 AM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: atom_ogait@hotmail.com
Date: 2006-12-01 02:29:00.0
Subject: Abuse Report

User: atom_ogait
Room: airfacilitate Private Chat
Description: Unwanted publicity

----------

Room Text:
<airfacilitate>yo bro
>oi
<airfacilitate>you are gorgeous, what you doing?
>nothing
<airfacilitate>no profile here yet but you can check me out here, http://chat.gaydarguyz.com/magnum
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:** support@gaydar.co.uk
**Sent:** 3/1/2007 5:11:04 AM
**To:** paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:** Message from gaydar support

.

From: richrickyd@hotmail.com
Date: 2006-12-01 02:09:00.0
Subject: Abuse Report

User: rickydicky
Room: diaryscene Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

Another advert!

----------

Room Text:
<diaryscene>hey man
> <laugh>
<diaryscene>just wanted to hit you up for chat and maybe a little more
>
<diaryscene>no profile here yet but you can check me out here, http://chat.gaydarguyz.com/soccer
Berit
*************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*************************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 5:10:57 AM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: cortex1@gmail.com
Date: 2006-12-01 02:03:00.0
Subject: Abuse Report

User: the_cortex
Room: airfacilitate Private Chat
Description: Those guys are advertising for webcams website. I find it pretty annoying. The also use different nicknames.

----------

Room Text:
<airfacilitate>hi, whre are you
>Melbourne...obviously <wink> are u going to try to make me having a look on a webcam website?
<airfacilitate>you seem like someone we'd liek to chat with
>and where are u?
>States?
>We?
<airfacilitate>I don't got a profile here yet but I have one here, http://chat.gaydarguyz.com/cuteboys
>Ok, what I thought...webcam advertising
Berit
**************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 5:03:22 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: amdb9099@hotmail.com
Date: 2006-12-01 01:55:00.0
Subject: Abuse Report

User: amdb9
Room: airfacilitate Private Chat
Description: this is an advert...please remove this profile.

regards,

amdb9

----------

Room Text:
<airfacilitate>hey there how goes it?
>good n u?
<airfacilitate>how are you today?
>yeah good n u?
<airfacilitate>cool, Steve here, no profile here yet but I have one at, http://chat.gaydarguyz.com/sexydany
Berit
*************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*************************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 5:03:15 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: jbuk20@hotmail.com
Date: 2006-12-01 01:51:00.0
Subject: Abuse Report

User: juk20
Room: finallyimminent Private Chat
Description: more spam

----------

Room Text:
<finallyimminent>hi cutie
>hi
<finallyimminent>how's the weather where you are? hope you don't mind chatting
>ok
<finallyimminent>I'm new to the whole gay thing but I got a profile here, http://chat.gaydarguyz.com/tsteel
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 5:03:08 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: charlzero@yahoo.com
Date: 2006-12-01 01:18:00.0
Subject: Abuse Report

User: lovetrap
Room: airfacilitate Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

not abuse but looks like fraud again?

----------

Room Text:
<airfacilitate>hey there how's your day goin
>it sounds very gay, but its going Fabulous
<airfacilitate>just thought i'd hit you up for chat
>chats boring
>i want more
<airfacilitate>no profile here yet but you can check me out here, http://chat.gaydarguyz.com/super
>wont open
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 5:03:00 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-12-01 00:49:00.0
Subject: Abuse Report

User: tammysnatch
Room: airfacilitate Private Chat
Description: Pestering ME for go join another web site

----------

Room Text:
<airfacilitate>i'm new here but you can see my pics here, http://chat.gaydarguyz.com/soccer
>FUCK OFF AND GO DO YA ADVERTS ELSWERE
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 5:02:52 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: dupplin2003@yahoo.co.uk
Date: 2006-11-30 23:50:00.0
Subject: Abuse Report

User: dupplinnow
Room: finallyimminent Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile. this is happening more and more often...

----------

Room Text:
<finallyimminent>hey there what u up to
>slowly stroking my cock
<finallyimminent>just wanted to see if you'd like to chat
>need to see pics on a profile bud
<finallyimminent>Steve here,25, no profile here yet but I have one at, http://chat.gaydarguyz.com/younggun
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 5:02:45 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: william_pugsley@hotmail.com
Date: 2006-11-30 23:41:00.0
Subject: Abuse Report

User: homophile
Room: finallyimminent Private Chat
Description: promotion of gaydarguyz site, does it infringe on your trade mark?

----------

Room Text:
<finallyimminent>hey what's up
>good evening sir
<finallyimminent>how's the weather where you are? hope you don't mind chatting
>no not at all
>just bear in mind that it is 11pm here
<finallyimminent>i'm new here but you can see my pics here, http://chat.gaydarguyz.com/super
>you guys are ralyl such a bunck of dick heads
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 5:02:37 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: cigarbearman@aol.com
Date: 2006-11-30 23:35:00.0
Subject: Abuse Report

User: .tall4mature
Room: finallyimminent Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

spamming

----------

Room Text:
<finallyimminent>no profile on here yet, just joined but you can check me out here,
http://chat.gaydarguyz.com/soccer
>please stop spamming everyone with this website - everyone knows about it and we have all been warned in
the chat rooms
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 5:02:27 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: cigarbearman@aol.com
Date: 2006-11-30 23:02:00.0
Subject: Abuse Report

User: .tall4mature
Room: diaryscene Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

spamming

----------

Room Text:
<diaryscene>hey what's up
>busy thanks
<diaryscene>just wanna chat, Cole here, what's your name?
>busy
<diaryscene>no profile here yet but you can check me out here, http://chat.gaydarguyz.com/kylewaters
>no
<diaryscene>got my pics and stats on there and my cam is coming on
>stop spamming everyone you tried last week GOODBYE
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 5:02:19 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: alan.guess@tiscali.co.uk
Date: 2006-11-30 22:50:00.0
Subject: Abuse Report

User: alinleic
Room: finallyimminent Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

another chat bot he sends me to a webcam website

----------

Room Text:
<finallyimminent>hi, whre are you
>leicester england
<finallyimminent>you seem interesting, care to chat?
>sure
<finallyimminent>no profile on here yet, just joined but you can check me out here,
http://chat.gaydarguyz.com/stevek
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 5:02:10 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: sex.mad.lad@hotmail.co.uk
Date: 2006-11-30 22:46:00.0
Subject: Abuse Report

User: sex.mad.lad
Room: diaryscene Private Chat
Description: robot

----------

Room Text:
<diaryscene>hey there how goes it?
>hey u k?
<diaryscene>how are you today?
>ok
>u?
<diaryscene>I'm new to this website but I got a profile here, http://chat.gaydarguyz.com/just
Berit
************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 5:02:03 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: paulrushden@hotmail.com
Date: 2006-11-30 09:55:00.0
Subject: Abuse Report

User: paulnnlad
Room: everyoneberry26 Private Chat
Description: spamming

----------

Room Text:
<everyoneberry26>u uncut dude?
>why is your profile dead?
<everyoneberry26>you seem interesting, care to chat?
>why is your profile dead?
>youre going to post a link arent you
<everyoneberry26>cool, Steve here, no profile here yet but I have one at, http://cam.gaydarguyz.com/super Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 5:01:55 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: ugs@mweb.co.za
Date: 2006-11-30 09:26:00.0
Subject: Support Query from 'cardinalsyn''

Hi there!

I have contacted support before about guys advertising on gaydar chat
just as they do on yahoo. The next profile is threwdue26.
He said I must go see him on cam at http://cam.gaydarguyz.com/wildjock

```
<html xmlns:o="urn:schemas-microsoft-com:office:office"
xmlns:w="urn:schemas-microsoft-com:office:word" xmlns="http://www.w3.org/TR/REC-html40">

<head>
<META HTTP-EQUIV="Content-Type" CONTENT="text/html; charset=us-ascii">


<meta name=ProgId content=Word.Document>
<meta name=Generator content="Microsoft Word 10">
<meta name=Originator content="Microsoft Word 10">
<link rel=File-List href="cid:filelist.xml@01C71402.D68A81C0">
<!--[if gte mso 9]><xml>
<o:OfficeDocumentSettings>
<o:DoNotRelyOnCSS/>
</o:OfficeDocumentSettings>
</xml><![endif]--><!--[if gte mso 9]><xml>
<w:WordDocument>
<w:SpellingState>Clean</w:SpellingState>
<w:GrammarState>Clean</w:GrammarState>
<w:DocumentKind>DocumentEmail</w:DocumentKind>
<w:EnvelopeVis/>
<w:Compatibility>
<w:BreakWrappedTables/>
<w:SnapToGridInCell/>
<w:WrapTextWithPunct/>
<w:UseAsianBreakRules/>
</w:Compatibility>
<w:BrowserLevel>MicrosoftInternetExplorer4</w:BrowserLevel>
</w:WordDocument>
</xml><![endif]-->
<style>
```

```
<!--
/* Style Definitions */
p.MsoNormal, li.MsoNormal, div.MsoNormal
{mso-style-parent:"";
margin:0cm;
margin-bottom:.0001pt;
mso-pagination:widow-orphan;
font-size:12.0pt;
font-family:"Times New Roman";
mso-fareast-font-family:"Times New Roman";}
a:link, span.MsoHyperlink
{color:blue;
text-decoration:underline;
text-underline:single;}
a:visited, span.MsoHyperlinkFollowed
{color:purple;
text-decoration:underline;
text-underline:single;}
span.EmailStyle17
{mso-style-type:personal-compose;
mso-style-noshow:yes;
mso-ansi-font-size:14.0pt;
mso-bidi-font-size:14.0pt;
font-family:Arial;
mso-ascii-font-family:Arial;
mso-hansi-font-family:Arial;
mso-bidi-font-family:Arial;
color:blue;
font-weight:normal;
font-style:normal;
text-decoration:none;
text-underline:none;
text-decoration:none;
text-line-through:none;}
span.SpellE
{mso-style-name:"";
mso-spl-e:yes;}
@page Section1
{size:595.3pt 841.9pt;
margin:72.0pt 90.0pt 72.0pt 90.0pt;
mso-header-margin:35.4pt;
mso-footer-margin:35.4pt;
mso-paper-source:0;}
div.Section1
{page:Section1;}
-->
</style>
<!--[if gte mso 10]>
<style>
/* Style Definitions */
table.MsoNormalTable
{mso-style-name:"Table Normal";
mso-tstyle-rowband-size:0;
mso-tstyle-colband-size:0;
mso-style-noshow:yes;
mso-style-parent:"";
```

```
mso-padding-alt:0cm 5.4pt 0cm 5.4pt;
mso-para-margin:0cm;
mso-para-margin-bottom:.0001pt;
mso-pagination:widow-orphan;
font-size:10.0pt;
font-family:"Times New Roman";}
</style>
<![endif]-->
</head>

<body lang=EN-ZA link=blue vlink=purple style='tab-interval:36.0pt'>

<div class=Section1>

<p class=MsoNormal><font size=4 color=blue face=Arial><span style='font-size:
14.0pt;font-family:Arial;color:blue'>Hi there! <o:p></o:p></span></font></p>

<p class=MsoNormal><font size=4 color=blue face=Arial><span style='font-size:
14.0pt;font-family:Arial;color:blue'><o:p> </o:p></span></font></p>

<p class=MsoNormal><font size=4 color=blue face=Arial><span style='font-size:
14.0pt;font-family:Arial;color:blue'>I have contacted support before about guys
advertising on <span class=SpellE>gaydar</span> chat just as they do on yahoo. The
next profile is threwdue26.<o:p></o:p></span></font></p>

<p class=MsoNormal><font size=4 color=blue face=Arial><span style='font-size:
14.0pt;font-family:Arial;color:blue'>He said I must go see him on cam at <a
href="http://cam.gaydarguyz.com/wildjock">http://cam.gaydarguyz.com/wildjock</a><o:p></o:p>
</span></font></p>

<p class=MsoNormal><font size=4 color=blue face=Arial><span style='font-size:
14.0pt;font-family:Arial;color:blue'><o:p> </o:p></span></font></p>

<p class=MsoNormal><font size=4 color=blue face=Arial><span style='font-size:
14.0pt;font-family:Arial;color:blue'><o:p> </o:p></span></font></p>

<p class=MsoNormal><font size=3 face="Times New Roman"><span style='font-size:
12.0pt'><o:p> </o:p></span></font></p>

</div>

</body>

</html>
Berit
```

*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 5:01:47 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: ronald@rturrell.freeserve.co.uk
Date: 2006-11-30 09:26:00.0
Subject: Support Query from 'manville''

Keep getting guys refering me to cam.gaydarguyz.com/college

User kefshown is one
<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.0 Transitional//EN">
<HTML><HEAD>
<META http-equiv=Content-Type content="text/html; charset=iso-8859-1">
<META content="MSHTML 6.00.2900.2995" name=GENERATOR>
<STYLE></STYLE>
</HEAD>
<BODY bgColor=#ffffff>
<DIV><FONT face=Arial size=2>Keep getting guys refering me to
cam.gaydarguyz.com/college</FONT></DIV>
<DIV><FONT face=Arial size=2></FONT> </DIV>
<DIV><FONT face=Arial size=2>User kefshown is one</FONT></DIV></BODY></HTML>
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

| | |
|---|---|
| **From:** | support@gaydar.co.uk |
| **Sent:** | 3/1/2007 5:01:35 AM |
| **To:** | paul.trickey@qsoft.co.uk |
| **Cc:** | |
| **Bcc:** | |
| **Subject:** | Message from gaydar support |

.

From: northernchub@yahoo.co.uk
Date: 2006-11-30 08:30:00.0
Subject: Abuse Report

User: northernchub
Room: kefshown Private Chat
Description: commercial site trying to get you to pay to go in a porn/pay per view site

----------

Room Text:
<kefshown>hi, whre are you
>hi manchester
<kefshown>just wanted to see if you'd like to chat
>sure
<kefshown>I am new to this whole gay thing but I got a profile here, http://cam.gaydarguyz.com/brendon
>is this a pay site?
<kefshown>getting on cam and i wanna show off for you so we can get to know each other
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:58:37 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: radhae_co@yahoo.com
Date: 2006-11-30 04:10:00.0
Subject: Abuse Report

User: raj_sg
Room: threwdue26 Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.


Spamer



----------

Room Text:
<threwdue26>hello there
>hello
<threwdue26>just wanted to chat, u doin ok?
>yeah I am
>what about u
<threwdue26>Steve here, 25, my stats and profile is at: http://cam.gaydarguyz.com/super
>ah another spamer
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:58:28 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: luvchaser@hotmail.com
Date: 2006-11-30 04:00:00.0
Subject: Abuse Report

User: smoothgamc
Room: threwdue26 Private Chat
Description: He is a scam!

----------

Room Text:
<threwdue26>no profile here yet but you can check me out here, http://cam.gaydarguyz.com/wildjock
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 4:58:15 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: martimusross@hotmail.com
Date: 2006-11-30 02:02:00.0
Subject: Abuse Report

User: sexy-boy
Room: everyoneberry26 Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

Sorry this is yet another fake profile trying to get me into a pay per view web page, is there anything that can be
done

----------

Room Text:
<everyoneberry26>hi, whre are you
>I am in East London
>my name is Martin
<everyoneberry26>just wanted to hit you up for chat and maybe a little more
>ok
>chat then
<everyoneberry26>I am new to this whole gay thing but I got a profile here,
http://cam.gaydarguyz.com/wrestlercole
>I dont do web pages or anything like that
>do you thin Im a mug
<everyoneberry26>i'm lookin for dudes to get off or watch me get off
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 4:58:06 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: alanchef@graftonregis.fsnet.co.uk
Date: 2006-11-30 01:42:00.0
Subject: Abuse Report

User: m16hef
Room: kefshown Private Chat
Description: trying to get me to go to a pay site, these are getting more and more regulr on gaydar, and its the main reason i left gay.com!

----------

Room Text:
<kefshown>hello there
>do you hve a pic?
<kefshown>just thought i'd hit you up for chat
>are you ugly?
<kefshown>I'm new to this website but I got a profile here, http://cam.gaydarguyz.com/stevek
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 4:57:50 AM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: j-boy83@hotmail.com
Date: 2006-11-30 00:43:00.0
Subject: Abuse Report

User: j-boy
Room: threwdue26 Private Chat
Description: This user threwdue26 is trying to get peoples credit card details on a "free" site

----------

Room Text:
<threwdue26>hey there what u up to
>hiya, not a whole lot
<threwdue26>just wanted to see if you'd like to chat
>yeah sure
>u got msn?
<threwdue26>Steve here,25, no profile here yet but I have one at, http://cam.gaydarguyz.com/sexydany
>soz not interested in this shit
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**    support@gaydar.co.uk
**Sent:**    3/1/2007 4:57:41 AM
**To:**    paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: scallypoker@hotmail.co.uk
Date: 2006-11-30 00:30:00.0
Subject: Abuse Report

User: wizbmth
Room: everyoneberry26 Private Chat
Description: profile being used for sign up to ifriends cam


----------

Room Text:
<everyoneberry26>hey bud
>hi
<everyoneberry26>just wanna chat, Cole here, what's your name?
>Thats kewl, Steve is the name
<everyoneberry26>I'm new to this website but I got a profile here, http://cam.gaydarguyz.com/dream
>oh right
<everyoneberry26>getting on cam and showing off is a new hobby of mine
>you making much money out of it then
<everyoneberry26>cool, I'm geting ready to release a load and I'd like nothing more than for you to join me
>you just plying for business then
<everyoneberry26>just signup, it's truly free man and you can tell me what you want on cam =)
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 4:57:31 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: jessemallory@yahoo.com
Date: 2006-11-30 00:27:00.0
Subject: Abuse Report

User: jessemallory
Room: threwdue26 Private Chat
Description: Bot....advertising gay porn website

----------

Room Text:
<threwdue26>hey there how's your day goin
>Cold
<threwdue26>how's your day so far?
>Yeah ok, yours?
<threwdue26>I'm new to this website but I got a profile here, http://cam.gaydarguyz.com/kingsize
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:57:20 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: cowboy_chrisuk@yahoo.co.uk
Date: 2006-11-29 23:59:00.0
Subject: Abuse Report

User: out4thelads
Room: everyoneberry26 Private Chat
Description: I think that this is actually a "bot" trying to get me to click on a link within the chat

----------

Room Text:
<everyoneberry26>hey you are gorgeous
> <smile> why thank you... I'd like to say the same but I don't know what you look like matey
<everyoneberry26>how's the weather where you are? hope you don't mind chatting
>it's wet
>you?
<everyoneberry26>I am new to this whole gay thing but I got a profile here,
http://cam.gaydarguyz.com/cuteboys
>are you an advert?
>I don;t think you're real
>I'm fed up of this shit
<everyoneberry26>getting on cam and i wanna show off for you so we can get to know each other
>I'm going to report you immediately
>are you an advert?
<everyoneberry26>if you want, you can get a free screenname right on my profile page and watch me u don't
need a cam
>OK buddy. thats it. I'm convinced you're not a real person and I'm reporting you NOW
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:57:08 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: rossheyhousewill69@hotmail.com
Date: 2006-11-29 23:53:00.0
Subject: Abuse Report

User: aboutforit
Room: everyoneberry26 Private Chat
Description: commercial profile after money

----------

Room Text:
<everyoneberry26>hi, whre are you
>me?
<everyoneberry26>you seem like someone I really want to talk to
>why?
<everyoneberry26>no profile on here yet, just joined but you can check me out here,
http://cam.gaydarguyz.com/magnum
>you after money again?
>commercial profile
<everyoneberry26>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got
a mic i can talk into
>and you want me to pay?
<everyoneberry26>cool, I'm geting ready to release a load and I'd like nothing more than for you to join me
>and you want me to pay for it?
>how much do you charge?
<everyoneberry26>my st8 roomie is gonna let me blow him on cam, so cmon
>thats what you said last time
>how much do you charge?
<everyoneberry26>brb come watch me
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:56:56 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: rossheyhousewill69@hotmail.com
Date: 2006-11-29 23:50:00.0
Subject: Abuse Report

User: aboutforit
Room: everyoneberry26 Private Chat
Description: commercial profile

----------

Room Text:
<everyoneberry26>hi, whre are you
>me?
<everyoneberry26>you seem like someone I really want to talk to
>why?
<everyoneberry26>no profile on here yet, just joined but you can check me out here,
http://cam.gaydarguyz.com/magnum
>you after money again?
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 4:56:41 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: craigmodo@hotmail.com
Date: 2006-11-29 23:50:00.0
Subject: Abuse Report

User: nicholas25
Room: everyoneberry26 Private Chat
Description: this is possibly the 12th time i have been contacted by different individuals that relate to this
particular site, its obvious that they are preying on people that want to chat to younger guys and "Part with
CASH" i think its disgusting that gaydar should partner this, therefore i feel i should take this further and contact,
AXM mag, MPG, and the PInk Paper to warn people that this is in fact a common occurence

----------

Room Text:
<everyoneberry26>hey sexy
>hey
>ows u tonight
<everyoneberry26>you seem interesting, care to chat?
>yeah thanks
>so what ya been up to
<everyoneberry26>no profile here yet but you can check me out here, http://cam.gaydarguyz.com/soccer
>so what ya gt planned for the rest of ur evening
<everyoneberry26>got my pics and stats on there and my cam is coming on
>good for u
<everyoneberry26>cool, I'm geting ready to release a load and I'd like nothing more than for you to join me
>do i really look that stupid?
<everyoneberry26>no cam needed or anything and we are on it now, come blow a load with us
>ha ha it reads like an add
>i aint that old or that sad that i would have to pay some "SPECIAL" sperson to get their kit off
<everyoneberry26>brb people coming in our cam chatroom =)
>teak it they are pisseed.\older, or just plain "SPECIAL" .... doh !
<everyoneberry26>not so old for u
>he he that makes it even worse, even after the torrid of abuseu are still willing to talk to me, i am not
interedted in parting wit cash to see u rub a poor excuse of a cock, really not that interesed, i only want to talk
with PEOPLE that are genuine, like to have fun, and belong to the real world
<everyoneberry26>a little busy now, but have a time for u
>lol
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views

of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:** support@gaydar.co.uk
**Sent:** 3/1/2007 4:56:28 AM
**To:** paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:** Message from gaydar support

.

From: rossheyhousewill69@hotmail.com
Date: 2006-11-29 23:43:00.0
Subject: Abuse Report

User: aboutforit
Room: kefshown Private Chat
Description: commercial site advertised

----------

Room Text:
<kefshown>hey bud
>hey
<kefshown>how's your day so far?
>hot
<kefshown>I don't got a profile here yet but I have one here, http://cam.gaydarguyz.com/wannab
>what are you after?
<kefshown>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a mic i can talk into
>you after money again?
<kefshown>if ur into watchin just get a free screename and come watch, you dont need a cam
>I pay taxes to be able to work - cant afford paying for sex
<kefshown>my st8 roomie is gonna let me blow him on cam, so cmon
>str8 n u suck him?
<kefshown>brb people coming in our cam chatroom =)
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 4:56:20 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: rossheyhousewill69@hotmail.com
Date: 2006-11-29 23:38:00.0
Subject: Abuse Report

User: aboutforit
Room: kefshown Private Chat
Description: advertising to get money

----------

Room Text:
<kefshown>hey bud
>hey
<kefshown>how's your day so far?
>hot
<kefshown>I don't got a profile here yet but I have one here, http://cam.gaydarguyz.com/wannab
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 4:56:13 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: dubliner_1999@yahoo.com
Date: 2006-11-29 23:08:00.0
Subject: Abuse Report

User: leithtron
Room: everyoneberry26 Private Chat
Description: this messages from this kind of profiles are quite anoying:

profiles with everything : rather not to say, no pic and promoting a website:
http://cam.gaydarguyz.com/bad

----------

Room Text:
<everyoneberry26>hello there
>hello
<everyoneberry26>you are gorgeous, what you doing?
> <blush> <blush>
<everyoneberry26>I am new to this whole gay thing but I got a profile here, http://cam.gaydarguyz.com/bad
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 4:55:59 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.


From: vhealeyuk@hotmail.com
Date: 2006-11-29 22:48:00.0
Subject: Abuse Report

User: lads~lad
Room: everyoneberry26 Private Chat
Description: spam

----------

Room Text:
<everyoneberry26>hey what's up
>hey
<everyoneberry26>you seem cool, care to chat?
>k
<everyoneberry26>I'm new to the whole gay thing but I got a profile here, http://cam.gaydarguyz.com/just
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:55:47 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: whitephoenix914@hotmail.com
Date: 2006-11-29 22:42:00.0
Subject: Abuse Report

User: cinnamonboi
Room: everyoneberry26 Private Chat
Description: this user is advertising another site http://cam.gaydarguyz.com/super a pay cam site.

----------

Room Text:
<everyoneberry26>hello hello
>hi there
<everyoneberry26>just thought i'd hit you up for chat
>cool, your profile doesn't say much
<everyoneberry26>no profile here yet but you can check me out here, http://cam.gaydarguyz.com/super
>oh god
<everyoneberry26>getting on cam and both of us showing off together is a new hobby of ours
>sorry i am not interested in joining this. i have had people message me on here about this
<everyoneberry26>cool, I'm geting ready to release a load and I'd like nothing more than for you to join me
>i'm not joining that site
<everyoneberry26>my st8 roomie is gonna let me blow him on cam, so cmon
>no way, i know all about that site
<everyoneberry26>brb people coming in our cam chatroom =)
>and i know the reason your profile is blank is cuz gaydar keeps banning people who advertise that site in here
<everyoneberry26>i'm a new here
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 4:55:35 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: david800514@hotmail.com
Date: 2006-11-29 22:40:00.0
Subject: Abuse Report

User: irishcrystal
Room: threwdue26 Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.thredue26 is a spammer, please remove this profile.

----------

Room Text:
<threwdue26>hi cutie
>hi
<threwdue26>just wanna chat, Cole here, what's your name?
>King
<threwdue26>Steve here,25, no profile here yet but I have one at, http://cam.gaydarguyz.com/stevek
>FUCK OFF
Berit
*********************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:55:27 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: cokluvinhore@aol.com
Date: 2006-11-29 22:39:00.0
Subject: Abuse Report

User: play_the_lp
Room: everyoneberry26 Private Chat
Description: advertising another website

----------

Room Text:
>hi
<everyoneberry26>how's your day so far?
>ok, yours?#
<everyoneberry26>I'm new to the whole gay thing but I got a profile here,
http://cam.gaydarguyz.com/kylewaters
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 4:55:16 AM
**To:**     paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: gary.tiernan@gmail.com
Date: 2006-11-29 22:35:00.0
Subject: Abuse Report

User: jockboi_27
Room: threwdue26 Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

guys from this site have made contact with me a few times looking to join the site saying its free, however when
you go to look it asks for a credit card. also thier profiles dont match age etc thanks

----------

Room Text:
<threwdue26>hello hello
>hi
<threwdue26>you seem interesting, care to chat?
>you got any pics
<threwdue26>cool, Steve here, no profile here yet but I have one at, http://cam.gaydarguyz.com/magnum
>cool will have a look
<threwdue26>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a
mic i can talk into
>so what u doing in eire chat
<threwdue26>just get a free screenname and you can tell me what to do sexy
>its not free
>u need a credit card
<threwdue26>I got two of my friends here that are gonna join in they like to be watched
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 4:55:09 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: jdmp555@ukonline.co.uk
Date: 2006-11-29 22:25:00.0
Subject: Abuse Report

User: bi..bi
Room: everyoneberry26 Private Chat
Description: funny profile

----------

Room Text:
<everyoneberry26>hey there what u up to
>h
<everyoneberry26>just wanted to see if you'd like to chat
>g
<everyoneberry26>I'm new to the whole gay thing but I got a profile here, http://cam.gaydarguyz.com/cutest
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 4:54:57 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: junkstuff121212@hotmail.com
Date: 2006-11-29 22:23:00.0
Subject: Abuse Report

User: hairy_bloke
Room: everyoneberry26 Private Chat
Description: yet another advert

----------

Room Text:
<everyoneberry26>hey dude
>hi
<everyoneberry26>you seem like someone I really want to talk to
>great
<everyoneberry26>no profile here yet but you can check me out here, http://cam.gaydarguyz.com/dream
>great
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 4:54:49 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: iansb2003@hotmail.com
Date: 2006-11-29 22:07:00.0
Subject: Abuse Report

User: ib1978
Room: everyoneberry26 Private Chat
Description: non commercial profile luring people to payable web sites

----------

Room Text:
<everyoneberry26>I don't got a profile here yet but I have one here, http://cam.gaydarguyz.com/wanna
>grrrr
<everyoneberry26>i'm lookin for dudes to get off or watch me get off
>would love to watch you get off
<everyoneberry26>just get a free screenname and you can tell me what to do sexy
>not that easy
>msn
<everyoneberry26>my st8 roomie is gonna let me blow him on cam, so cmon
>dont believe its that easy !
>bye
<everyoneberry26>brb, tons of people comin in to my cam show
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:54:37 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: topandbtm@yahoo.co.uk
Date: 2006-11-29 21:58:00.0
Subject: Abuse Report

User: dirtyteenslut
Room: kefshown Private Chat
Description: hi, KEFSHOWN is a an ADBOT. thank you.

----------

Room Text:
<kefshown>hey bud
>hey
>into??
<kefshown>you seem like someone I really want to talk to
>i sense an ad coming on???
<kefshown>I'm new to the whole gay thing but I got a profile here, http://cam.gaydarguyz.com/hardbod
Berit
******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
******************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 4:54:25 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: immenino@yahoo.co.uk
Date: 2006-11-29 21:44:00.0
Subject: Abuse Report

User: ..curiouslad..
Room: counselorkeek Private Chat
Description: using profile for commercial

----------

Room Text:
<counselorkeek>hey gorgeous
>http://cam.gaydarguyz.com/anfjock
<counselorkeek>you seem cool, care to chat?
>how can i be cool, if u r not an escort then ull ask me to watch u...
>answer now
>with invite
>c'mon
>now
<counselorkeek>I don't got a profile here yet but I have one here, http://ukgaycam.com/users.php?
name=soccer
Berit
************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:54:18 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: mikeinmidlands@yahoo.co.uk
Date: 2006-11-29 21:30:00.0
Subject: Abuse Report

User: wetordry
Room: kefshown Private Chat
Description: advertising - can't even chat these days

----------

Room Text:
<kefshown>hi baby
>hi there
<kefshown>how's your day so far?
>not bad thanks
>yours?
<kefshown>i'm new here but you can see my pics here, http://cam.gaydarguyz.com/cuteboys
>ok lets send this off to GD Admin - you have commercial membership?
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:54:11 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: immenino@yahoo.co.uk
Date: 2006-11-29 21:24:00.0
Subject: Abuse Report

User: ..curiouslad..
Room: threwdue26 Private Chat
Description: not an escort but promoting such service.....thanks

----------

Room Text:
<threwdue26>wassap bro
>bro my ass, im not american
<threwdue26>just wanted to see if you'd like to chat
>whats ur next move..if i want to see u on cam?
<threwdue26>no profile here yet but you can check me out here, http://cam.gaydarguyz.com/anfjock
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:54:03 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: delboye@hotmail.com
Date: 2006-11-29 21:16:00.0
Subject: Abuse Report

User: artanis2001
Room: threwdue26 Private Chat
Description: this looks like a spammer profile

----------

Room Text:
<threwdue26>yo bro
>?
<threwdue26>you seem cool, care to chat?
>ok
<threwdue26>no profile here yet but you can check me out here, http://cam.gaydarguyz.com/wildjock
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 4:53:56 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: carlyles@hotmail.co.uk
Date: 2006-11-29 21:06:00.0
Subject: Abuse Report

User: hornyescortluke
Room: everyoneberry26 Private Chat
Description: Just sent one concerning a breach of security and as another one has come through with almost an identical format of chat I thought you had better see it

----------

Room Text:
<everyoneberry26>hey man
>hi there
<everyoneberry26>just wanna chat, Cole here, what's your name?
>luke
<everyoneberry26>Steve here,25, no profile here yet but I have one at, http://cam.gaydarguyz.com/dream
Berit
************************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 4:53:48 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: carlyles@hotmail.co.uk
Date: 2006-11-29 21:04:00.0
Subject: Abuse Report

User: hornyescortluke
Room: threwdue26 Private Chat
Description: I think this is serious this user directs you to a website that asks you for your credit card details I ahve had several of these and regard it as abuse in a serious nature. They always say the same thing that they dont have a profile on here yet but in actual fact one does appear but the status is offlin. I think this could be a possible security breach. If I am over reacting fine but I have had 3 come through to me in the last 10 mins and another one just came through to usually they are based in America although I have had one based in Glasgow allegedly. Just thought i should bring this to your urgent attention because if it is a breach of security and people are infultrating gaydar to get people credit card details it doesn't look good on Gaydar does it.

----------

Room Text:
<threwdue26>hello there
>Hi how r u?
<threwdue26>you seem like someone I really would like to get to know
>you seen my profile yeah?
>like the pics?
<threwdue26>no profile here yet but you can check me out here, http://cam.gaydarguyz.com/super
>nice m8y
Berit
*******************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:53:03 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: wrestlemask@hotmail.co.uk
Date: 2006-11-29 21:02:00.0
Subject: Abuse Report

User: ....wrestlemask
Room: threwdue26 Private Chat
Description: These people r becoming a pest. They r tryin 2 get people 2 go into cam 2 cam site, and they r not commercial.

Really annoying.

Please please please please

try to do something.

Many thanks

Mark

----------

Room Text:
<threwdue26>wassap bro
>heyh
<threwdue26>how are you today?
>good
<threwdue26>I'm new to the whole gay thing but I got a profile here, http://cam.gaydarguyz.com/male
>go away m8
<threwdue26>got my pics and stats on there and my cam is coming on
>and i suppose i have 2 register
<threwdue26>if ur into watchin just get a free screename and come watch, you dont need a cam
>u do not have a commercial profile m9
>m8
<threwdue26>I'll do whatever you want as long as you want
>and u guys r becomin pests
<threwdue26>brb people coming in our cam chatroom =)
Berit
**********************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or employees shall not be liable for the incorrect or incomplete transmission of this e-mail or any attachments, nor responsible for any delay in receipt. Any opinions expressed in this message are those of the author only and do not necessarily represent the views of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:52:53 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: michaelrmn@blueyonder.co.uk
Date: 2006-11-29 20:55:00.0
Subject: Abuse Report

User: mikey_9
Room: everyoneberry26 Private Chat
Description: fake profile

----------

Room Text:
<everyoneberry26>you are gorgeous, what you doing?
>##########""""""""""""""""""
<everyoneberry26>I'm new to this website but I got a profile here, http://cam.gaydarguyz.com/wrestlercole
Berit
************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:52:42 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: s845193@hotmail.com
Date: 2006-11-29 20:47:00.0
Subject: Abuse Report

User: orecchiette
Room: everyoneberry26 Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.
Web bot - redirects to extrenal dating site.

----------

Room Text:
<everyoneberry26>hey what's up
>Where do you live
>?
<everyoneberry26>how are you today?
>Where do you live?
<everyoneberry26>I'm new to the whole gay thing but I got a profile here, http://cam.gaydarguyz.com/cuteboys
Berit
**************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:52:34 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: fergus.casey@blueyonder.co.uk
Date: 2006-11-29 20:42:00.0
Subject: Abuse Report

User: wolfcub
Room: everyoneberry26 Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

Spammer of some sort - automated messages, surprise, surprise, directing viewer to another website....

----------

Room Text:
<everyoneberry26>hey dude
>hi there
<everyoneberry26>you seem like someone I really want to talk to
>oh yes, and why is that then ?
<everyoneberry26>Steve here,25, no profile here yet but I have one at, http://cam.gaydarguyz.com/soccer
>let me guess, you have some pay to view website that you might want me to view ?
<everyoneberry26>i'm lookin for dudes to get off or watch me get off
>I thought so, now why do I get the feeling that you might not actually be a real person, tell me are you a real
human ?
<everyoneberry26>if you want, you can get a free screenname right on my profile page and watch me
>I thought as much, well I'll just report you as a spammer to Gaydar then.... <wink>
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 4:52:16 AM
**To:**     paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: david@gopherhelp.co.uk
Date: 2006-11-29 20:15:00.0
Subject: Abuse Report

User: dd29
Room: everyoneberry26 Private Chat
Description: This person is trying to get me to go to anouthere site this is the second from this guy and ive had anouthe from anouther user name,
the site looks ok but want cc details to get a free user name (Yes i whent and had a look)

Anyway thes messages are just getting anoying

Ta David xx

----------

Room Text:
<everyoneberry26>hey dude
>hello how u doing
<everyoneberry26>how are you today?
>im good now im home from work
<everyoneberry26>no profile here yet but you can check me out here, http://cam.gaydarguyz.com/cutest
>nicely chilled at the min
<everyoneberry26>like what you see?
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:** support@gaydar.co.uk
**Sent:** 3/1/2007 4:52:08 AM
**To:** paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:** Message from gaydar support

.

From: neil.mcgibbon@discoverymail.co.za
Date: 2006-11-29 20:14:00.0
Subject: Abuse Report

User: n71
Room: threwdue26 Private Chat
Description: sorry to bother you guys again this seems like another one of those annoying advertisers that at the moment
are bombarding your site.

best wishes and please make them go away!!!!!

----------

Room Text:
<threwdue26>hey man
>hi
<threwdue26>you seem interesting, care to chat?
>sure
<threwdue26>Steve here,25, no profile here yet but I have one at, http://cam.gaydarguyz.com/sexydany
Berit
*************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 4:51:59 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: czouzo@yahoo.com
Date: 2006-11-29 20:10:00.0
Subject: Abuse Report

User: czouzo
Room: everyoneberry26 Private Chat
Description: ad for another site and not a chat


----------

Room Text:
<everyoneberry26>hey there how goes it?
>hi
<everyoneberry26>you seem like someone we'd liek to chat with
>2 secs just looking at your profile
<everyoneberry26>Steve here,25, no profile here yet but I have one at, http://cam.gaydarguyz.com/kingsize
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:** support@gaydar.co.uk
**Sent:** 3/1/2007 4:51:37 AM
**To:** paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:** Message from gaydar support

.

From: john_ohare_price@yahoo.co.uk
Date: 2006-11-29 19:58:00.0
Subject: Abuse Report

User: overheadprice
Room: everyoneberry26 Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.
Its not really abuse, just hassle...

----------

Room Text:
<everyoneberry26>wassup buddy
>hiya
<everyoneberry26>you seem like someone I really want to talk to
>really, that's nice of you to say
<everyoneberry26>Steve here,25, no profile here yet but I have one at, http://cam.gaydarguyz.com/college
>thanks mate but too many of your friends have been doing this before
<everyoneberry26>like what you see?
>oh yeah, you're very cute
>not mistaking that
<everyoneberry26>if you want, you can get a free screenname right on my profile page and watch me
>the problem is the credit card application...
<everyoneberry26>no cam needed or anything and I am on it now, come blow a load with me sexy
>i can't because of the credit card application form
<everyoneberry26>brb people coming in our cam chatroom =)
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:51:28 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: nathedmunds@hotmail.com
Date: 2006-11-29 19:41:00.0
Subject: Abuse Report

User: nathanplym
Room: everyoneberry26 Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.
spamming

----------

Room Text:
<everyoneberry26>u uncut dude?
>yes
<everyoneberry26>you seem like someone I really want to talk to
>whsy that
<everyoneberry26>I don't got a profile here yet but I have one here, http://cam.gaydarguyz.com/anfjock
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:51:16 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: dupplin2003@yahoo.co.uk
Date: 2006-11-29 19:41:00.0
Subject: Abuse Report

User: dupplinnow
Room: everyoneberry26 Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

I think this guy is selling...

----------

Room Text:
<everyoneberry26>hello there
>hello
<everyoneberry26>you seem like someone we'd liek to chat with
>there's more than one of you?
<everyoneberry26>I don't got a profile here yet but I have one here, http://cam.gaydarguyz.com/just
Berit
************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 4:51:03 AM
**To:**     paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: kookaburra333@hotmail.com
Date: 2006-11-29 13:00:00.0
Subject: re

Hi...can you tell me if the site <Gaydarguyz.com> is related to gaydar
proper. It goes to an Ichat site and invites you to join...happens to me
every time I enter Gaydar Chat . It asks for email and claims to be
free....can you enlighten me>
thanks Chris

_____
Advertisement: Fresh jobs daily. Stop waiting for the newspaper. Search now!
www.seek.com.au
http://a.ninemsn.com.au/b.aspx?URL=http%3A%2F%2Fninemsn%2Eseek%2Ecom%2Eau&_t=7572
63760&_r=Hotmail_EndText_Nov06&_m=EXT
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:50:53 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: idt62@o2.co.uk
Date: 2006-11-29 13:00:00.0
Subject: Gaydarguyz

Can you advise me if gaydarguyz is an affiliate of Gaydar. i keep
haing privates from guys with various profiles who persistently
encouragem me to log on to a cam site. I do not wish to do this - is
there any way of blocking these privates. If this is not a gaydar site
are you taking measures to prevent the abuse of Gaydar

thanks for your assistance and advice

Iain
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:50:43 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: samuel@williams231.wanadoo.co.uk
Date: 2006-11-29 13:00:00.0
Subject: *Support Query from 'mavvx"

hi,

i keep getting message when in chat by guys who have no pics and then say they are on this site
http://camz.gaydarguyz.com/jus t or something similar. the one i just hd was from the profile
queueaddition26. The site says there are guys on cam saying it's free but need a credit card to verify.
I've had too many of thee for it to be genuine (the guy never has a gayday pic) so must be a scam to
get to people to sign up and give away credit vcard details.

I assume you will either be able to stop the people doing this or at least warn people against it
Sam
<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.0 Transitional//EN">
<HTML><HEAD>
<META http-equiv=Content-Type content="text/html; charset=iso-8859-1">
<META content="MSHTML 6.00.5730.11" name=GENERATOR>
<STYLE></STYLE>
</HEAD>
<BODY bgColor=#ffffff>
<DIV><FONT face=Arial size=2>hi,</FONT></DIV>
<DIV><FONT face=Arial size=2></FONT> </DIV>
<DIV><FONT face=Arial size=2>i keep getting message when in chat by guys who
have no pics and then say they are on this site http://camz.gaydarguyz.com/jus t
or something similar. the one i just hd was from the profile queueaddition26.
The site says there are guys on cam saying it's free but need a credit card to
verify. I've had too many of thee for it to be genuine (the guy never has a
gayday pic) so must be a scam to get to people to sign up and give away credit
vcard details. </FONT></DIV>
<DIV><FONT face=Arial size=2></FONT> </DIV>
<DIV><FONT face=Arial size=2>I assume you will either be able to stop the people
doing this or at least warn people against it</FONT></DIV>
<DIV><FONT face=Arial size=2>Sam</FONT></DIV></BODY></HTML>
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 4:50:35 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: ajchi84@yahoo.com
Date: 2006-11-29 06:51:00.0
Subject: Abuse Report

User: aweto
Room: queueaddition26 Private Chat
Description: Continually getting msgs from guys on this cam site touting for business.

----------

Room Text:
<queueaddition26>wassap bro
>hi
<queueaddition26>just wanted to chat, u doin ok?
>sure, yeah bit bored
<queueaddition26>Steve here, 25, my stats and profile is at: http://camz.gaydarguyz.com/college
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 4:50:27 AM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: ianlegg@btinternet.com
Date: 2006-11-29 06:20:00.0
Subject: Abuse Report

User: ianpubboy
Room: officiousphysic Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.
and another person advertising their site which isn't allowed and annoying , needs deleting and blocking


----------

Room Text:
<officiousphysic>whats up man
>not a lot
<officiousphysic>you are gorgeous, what you doing?
>and let me guess your horny and if i log on to a link your about to send i'll be able to watch you
<officiousphysic>I am new to this whole gay thing but I got a profile here, http://camz.gaydarguyz.com/anfjock
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:48:55 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: perkynanana@hotmail.com
Date: 2006-11-29 05:39:00.0
Subject: Abuse Report

User: perkynana
Room: manevisecausal2 Private Chat
Description: This isnt abuse, but its promoting a commercial website and it is the third time this has happened to me in the last week. The users do not have profiles o rhave no information on their profiles and are just using gaydar chat to advertise their website. They are wasting my time and just down right annoying for normal users who are here to chat not advertise. We should not ahve to put up with users such as this going around advertising their websites everytime we log into the chat room. I noticed it says on your terms and condiitons that they are not allowed to advertise websites unless they have a commerical profile and obviously they do not. Just thought I would let you know! Thanks, Ryan.


----------

Room Text:
<manevisecausal2>hey you are gorgeous
>lol thanks..
<manevisecausal2>just wanna chat, Cole here, what's your name?
>ryan
<manevisecausal2>I don't got a profile here yet but I have one here, http://camz.gaydarguyz.com/just Berit
************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:48:48 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: ianlegg@btinternet.com
Date: 2006-11-29 05:30:00.0
Subject: Abuse Report

User: ianpubboy
Room: queueaddition26 Private Chat
Description: not actual abuse but one of the annoying people on promoting a web cam site and needs blocking
from gaydar


----------

Room Text:
<queueaddition26>Steve here, 25, my stats and profile is at: http://camz.gaydarguyz.com/soccer
>there's a surprise and let me guess i can become a free member of that site to see you on cam but need to
enter my credit card details to prove how old i am
>seen it before luv
>i'm not even gonna go to the link
<queueaddition26>getting on cam and showing off is a new hobby of mine
>now i've tried to be polite
>but please go bug someone else
<queueaddition26>just get a free screenname and you can tell me what to do sexy
>do you want me to report you?
Berit
***********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
***********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 4:48:41 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: myownmale@yahoo.com
Date: 2006-11-29 05:14:00.0
Subject: Abuse Report

User: jk04
Room: manevisecausal2 Private Chat
Description: Are the people from gaydarguys.com supposed to be looking for people to sing up to there services through gaydar chat. this is my second time coming accross them and don't like the idea.

----------

Room Text:
<manevisecausal2>hey there how goes it?
>alright mate how u doin?
<manevisecausal2>just wanna chat, Cole here, what's your name?
>i take it ur new to this cole?
<manevisecausal2>no profile here yet but you can check me out here, http://camz.gaydarguyz.com/bstud
>how do i chat with u there?
<manevisecausal2>you into being bad on cam? if not you can just watch me? >;)
>aint signing up to something i've to give my credit card details to.
<manevisecausal2>just get a free screenname and you can tell me what to do sexy
>cant get free screenname with card details
<manevisecausal2>my st8 roomie is gonna let me blow him on cam, so cmon
>can go on skype or msn webccam if u like
<manevisecausal2>brb gonna get some lube
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:37:57 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: tyrant456@hotmail.com
Date: 2006-11-29 03:57:00.0
Subject: Abuse Report

User: cuteboy08
Room: manevisecausal2 Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

4th time i get a virus link in 10 days!
something is wrong...

----------

Room Text:
<manevisecausal2>wassup buddy
>hey there
<manevisecausal2>just wanna chat, Cole here, what's your name?
>cool
>George
<manevisecausal2>I'm new to the whole gay thing but I got a profile here,
http://camz.gaydarguyz.com/cuteboys
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:37:42 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: piquesometimekeekerb@yahoo.com
Date: 2006-11-29 03:39:00.0
Subject: Abuse Report

User: .unclebobby
Room: manevisecausal2 Private Chat
Description: webcam spam

----------

Room Text:
<manevisecausal2>hello there
>well hi there
<manevisecausal2>how's the weather where you are? hope you don't mind chatting
>sunny, partly overcast and rather warm
>:)
<manevisecausal2>i'm new here but you can see my pics here, http://camz.gaydarguyz.com/magnum
>what is that?
<manevisecausal2>I got two of my friends here that are gonna join in they like to be watched
>who are they
<manevisecausal2>brb gonna get some lube
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 4:37:35 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: sexalley@hotmail.com
Date: 2006-11-29 03:37:00.0
Subject: Abuse Report

User: bb_btm_wanted
Room: manevisecausal2 Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

hey there this guy prvt me last week and again today hes promoting a commercial website that u have to jion up
to i have saved it if ur unable to c it anyway

----------

Room Text:
<manevisecausal2>whats up man
>hey there
<manevisecausal2>you seem interesting, care to chat?
>depends if ur in melb and arnt going to refer me to a wesite to c ur pics
<manevisecausal2>no profile on here yet, just joined but you can check me out here,
http://camz.gaydarguyz.com/cutest
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 4:37:27 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: kdhakl@yahoo.com
Date: 2006-11-29 03:35:00.0
Subject: Abuse Report

User: kdhakl
Room: manevisecausal2 Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

Promoting an external Gaydar site

----------

Room Text:
<manevisecausal2>hello hello
>hi
>long way from Melbourne
<manevisecausal2>you seem like someone I really want to talk to
>ok
<manevisecausal2>cool, Steve here, no profile here yet but I have one at,
http://camz.gaydarguyz.com/younggun
>goodby
Berit
************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 4:37:21 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: dwaynekerrisk@hotmail.com
Date: 2006-11-29 03:24:00.0
Subject: Abuse Report

User: no1poser
Room: manevisecausal2 Private Chat
Description: chat bot. grr

----------

Room Text:
<manevisecausal2>i'm new here but you can see my pics here, http://camz.gaydarguyz.com/cuteboys
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:37:14 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: blkboi@hotmail.co.uk
Date: 2006-11-29 03:19:00.0
Subject: Abuse Report

User: ..blkboi
Room: queueaddition26 Private Chat
Description: fake profile

----------

Room Text:
<queueaddition26>hey what's up
>fake?
<queueaddition26>you seem interesting, care to chat?
>r u fake?
<queueaddition26>Steve here,25, no profile here yet but I have one at, http://camz.gaydarguyz.com/sexydany
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 4:37:07 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: younggayslut@yahoo.co.uk
Date: 2006-11-29 03:16:00.0
Subject: Abuse Report

User: caton_boi
Room: queueaddition26 Private Chat
Description: master says to report bots

----------

Room Text:
<queueaddition26>whats up man
>Are carrots green?
<queueaddition26>you seem like someone I really want to talk to
>are pigeons orange?
<queueaddition26>no profile here yet but you can check me out here, http://camz.gaydarguyz.com/kylewaters
Berit
********************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 4:36:57 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: bassim63@hotmail.com
Date: 2006-11-29 03:09:00.0
Subject: Abuse Report

User: samash_2005
Room: manevisecausal2 Private Chat
Description: OFRECE IR AL SITIO http://camz.gaydarguyz.com/anfjock

ME LO IMAGINE, ESTRATEGIA DE VENTA CON MUY POCO TACTO Y RESPETO....

----------

Room Text:
<manevisecausal2>I don't got a profile here yet but I have one here, http://camz.gaydarguyz.com/anfjock
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:36:47 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: riosrodrigues15@yahoo.com.br
Date: 2006-11-29 02:33:00.0
Subject: Abuse Report

User: articwarm
Room: officiousphysic Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile. this is a fake profile this guy is only advertising another payed site

----------

Room Text:
<officiousphysic>hi baby
>hey
<officiousphysic>just thought i'd hit you up for chat
>cool
>hows u?
<officiousphysic>Steve here, 25, my stats and profile is at: http://camz.gaydarguyz.com/cutest
>cool
>what u looking for?
<officiousphysic>got my pics and stats on there and my cam is coming on
>u chat on msn?
<officiousphysic>just get a free screenname on my page no cam needed and you can chat to me
Berit
******************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
******************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 4:36:40 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: riosrodrigues15@yahoo.com.br
Date: 2006-11-29 02:33:00.0
Subject: Abuse Report

User: articwarm
Room: officousphysic Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile. this is a fake profile this guy is only advertising another payed site

----------

Room Text:
<officousphysic>hi baby
>hey
<officousphysic>just thought i'd hit you up for chat
>cool
>hows u?
<officousphysic>Steve here, 25, my stats and profile is at: http://camz.gaydarguyz.com/cutest
>cool
>what u looking for?
<officousphysic>got my pics and stats on there and my cam is coming on
>u chat on msn?
<officousphysic>just get a free screenname on my page no cam needed and you can chat to me
Berit
*****************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*****************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:36:32 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: pendrum1981@yahoo.ie
Date: 2006-11-29 02:12:00.0
Subject: Abuse Report

User: pendrum
Room: manevisecausal2 Private Chat
Description: this is an advertisng profile

----------

Room Text:
<manevisecausal2>hey
>hey
>u there
<manevisecausal2>just wanted to see if you'd like to chat
>yes cool
<manevisecausal2>I'm new to the whole gay thing but I got a profile here, http://camz.gaydarguyz.com/cutest
manevisecausal2 has quit chat
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 4:36:25 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: phil12helena@hotmail.com
Date: 2006-11-29 02:10:00.0
Subject: Abuse Report

User: salf72
Room: officiousphysic Private Chat
Description: iv bin told this is some sort of scam that bleeds ur credit card dry

----------

Room Text:
<officiousphysic>hey you are gorgeous
>hey
>thanks
<officiousphysic>just wanted to chat, u doin ok?
>yeah im good ta
>u?
<officiousphysic>Steve here, 25, my stats and profile is at: http://camz.gaydarguyz.com/soccer
>really
<officiousphysic>getting on cam and both of us showing off together is a new hobby of ours
>ours?
<officiousphysic>if ur into watchin just get a free screename and come watch, you dont need a cam
Berit
*********************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:36:17 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**   Message from gaydar support

.

From: tobyjoehorny@hotmail.co.uk
Date: 2006-11-29 02:00:00.0
Subject: Abuse Report

User: tobyjoechris
Room: officiousphysic Private Chat
Description: Not really abuse but often get invites in the same format as the one that I have just received; this one invites me to check out his profile at:
http://camz.gaydarguyz.com/cutest

----------

Room Text:
<officiousphysic>hey gorgeous
>Hey
<officiousphysic>you seem like someone I really want to talk to
>You about to invite me to watch your webcam by any chance?
<officiousphysic>cool, Steve here, no profile here yet but I have one at, http://camz.gaydarguyz.com/cutest
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:36:09 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: virtuallyme@mindless.com
Date: 2006-11-29 01:54:00.0
Subject: Abuse Report

User: meetformeet
Room: manevisecausal2 Private Chat
Description: I think this guy is a spam-merchant
please boot him off

thanks a thousand

:)


----------

Room Text:
<manevisecausal2>hey there how goes it?
>all is well thank you, and yourself?
<manevisecausal2>you are gorgeous, what you doing?
>how do you know i'm gorgeous?
<manevisecausal2>I'm new to this website but I got a profile here, http://camz.gaydarguyz.com/just
>yeah,
>bye bye mr spam-merchant!
Berit
***********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
***********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 4:36:01 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: roughguy28@gmx.net
Date: 2006-11-29 01:32:00.0
Subject: Abuse Report

User: roughguy31_e14
Room: officiousphysic Private Chat
Description: spam with webcam pay site... again...

----------

Room Text:
<officiousphysic>hey there how's your day goin
>good
>urs?
<officiousphysic>just wanted to hit you up for chat and maybe a little more
>u in birmingham?
<officiousphysic>I don't got a profile here yet but I have one here, http://camz.gaydarguyz.com/magnum
Berit
**************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 4:35:54 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: raffiel@yahoo.com
Date: 2006-11-29 01:32:00.0
Subject: Abuse Report

User: raffie
Room: officiousphysic Private Chat
Description: another spamming

----------

Room Text:
<officiousphysic>hello hello
>how may i help?
<officiousphysic>just wanna chat, Cole here, what's your name?
>raffie
<officiousphysic>Steve here,25, no profile here yet but I have one at, http://camz.gaydarguyz.com/brendon
Berit
*******************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 4:35:46 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: crispstuart@msn.com
Date: 2006-11-29 01:12:00.0
Subject: Abuse Report

User: 2econd_comming
Room: officiousphysic Private Chat
Description: officiousphysic isnt a person at all i think it is a programme that automatically pvts all those in room and tells you about being new on here and that they have another profile on a different site n want you to go watch them on cam and have to pay for the privalige
i think you may want to take a look or remove the profile

----------

Room Text:
<officiousphysic>hey what's up
>my cock n i want some cock up me
<officiousphysic>you seem like someone I really want to talk to
>?
<officiousphysic>I'm new to this website but I got a profile here, http://camz.gaydarguyz.com/stevek
>where are you
<officiousphysic>i'm lookin for dudes to get off or watch me get off
>where are you
<officiousphysic>if ur into watchin just get a free screename and come watch, you dont need a cam
>are you going to tell me where youare or is this just another of those automated programmes that gets people to go to another web site and have to pay to watch
<officiousphysic>still here
>i see u havent answered anything i have asked you
>well??????????????????????????????
Berit
*****************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*****************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:35:39 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: mark@hookbells.co.uk
Date: 2006-11-29 00:19:00.0
Subject: Abuse Report

User: hookbell
Room: officiousphysic Private Chat
Description: Another one of those ....

----------

Room Text:
<officiousphysic>u uncut dude?
>yes
<officiousphysic>you seem like someone I really want to talk to
>thanks
<officiousphysic>I'm new to this website but I got a profile here, http://camz.gaydarguyz.com/magnum
Berit
*********************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:35:22 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: pete@baboonish.org.uk
Date: 2006-11-29 00:05:00.0
Subject: Abuse Report

User: fifer82
Room: officiousphysic Private Chat
Description: Possible spammer

----------

Room Text:
<officiousphysic>hey what's up
>up is the opposite of down :) How are ya?
<officiousphysic>just wanted to see if you'd like to chat
>sure, why not :)
<officiousphysic>no profile on here yet, just joined but you can check me out here,
http://camz.gaydarguyz.com/bad
>and how many guys have you pasted that message to?
<officiousphysic>got my pics and stats on there and my cam is coming on
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:35:14 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: traductoni@hotmail.com
Date: 2006-11-28 23:59:00.0
Subject: Abuse Report

User: mondegreen87
Room: officiousphysic Private Chat
Description: He is advertising a web

----------

Room Text:
<officiousphysic>hello hello
>hello
<officiousphysic>you seem interesting, care to chat?
>yes
<officiousphysic>no profile on here yet, just joined but you can check me out here,
http://camz.gaydarguyz.com/sexydany
>you're not my type,sorry
<officiousphysic>getting on cam and i wanna show off for you so we can get to know each other
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:35:07 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: jg679@hotmail.co.uk
Date: 2006-11-28 23:52:00.0
Subject: Abuse Report

User: belfastguy25
Room: officiousphysic Private Chat
Description: This is happening all the time now guys saying hi then giving a link to a different site.
Its getting to the point chat is no longer fun to use

----------

Room Text:
<officiousphysic>whats up man
>nothing much u?
<officiousphysic>how are you today?
>grand u?
<officiousphysic>I am new to this whole gay thing but I got a profile here, http://camz.gaydarguyz.com/magnum
>do u guys never get sick doing that?
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 4:34:58 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-28 23:45:00.0
Subject: Abuse Report

User: _dizzy_
Room: queueaddition26 Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.this user sent a link to a porn site!

----------

Room Text:
<queueaddition26>hey man
>hi
<queueaddition26>how are you today?
>fine
<queueaddition26>I don't got a profile here yet but I have one here, http://camz.gaydarguyz.com/anfjock
>thats u reported now bye bye!
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 4:34:51 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: scottyboy79@msn.com
Date: 2006-11-28 23:45:00.0
Subject: Abuse Report

User: _dizzy_
Room: queueaddition26 Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile. this user sent a link to a porn site!

----------

Room Text:
<queueaddition26>hey man
>hi
<queueaddition26>how are you today?
>fine
<queueaddition26>I don't got a profile here yet but I have one here, http://camz.gaydarguyz.com/anfjock
>thats u reported now bye bye!
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:34:45 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: rhadamanthusuk@yahoo.co.uk
Date: 2006-11-28 23:43:00.0
Subject: Abuse Report

User: rhdoxon
Room: officiousphysic Private Chat
Description: Might be wrong, but think this is one of the spam chat-bots.

----------

Room Text:
<officiousphysic>whats up man
>Hello
<officiousphysic>you are gorgeous, what you doing?
>Java Engine?
<officiousphysic>no profile here yet but you can check me out here, http://camz.gaydarguyz.com/bstud
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:34:36 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: lukasbbuk@hotmail.com
Date: 2006-11-28 23:42:00.0
Subject: Abuse Report

User: bloodtryst
Room: officiousphysic Private Chat
Description: spam thingy.... bot advertising own website.

----------

Room Text:
<officiousphysic>hey sexy
>hello...
<officiousphysic>just thought i'd hit you up for chat
>ok
<officiousphysic>I'm new to this website but I got a profile here, http://camz.gaydarguyz.com/anfjock
>fuck off
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 4:34:29 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: colmasters@hotmail.com
Date: 2006-11-28 23:40:00.0
Subject: Abuse Report

User: colmasters
Room: officiousphysic Private Chat
Description:


----------

Room Text:
<officiousphysic>yo bro
>hey
<officiousphysic>you seem like someone I really would like to get to know
>kl
<officiousphysic>no profile on here yet, just joined but you can check me out here,
http://camz.gaydarguyz.com/bstud
Berit
******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:34:20 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: dr_sperm@hotmail.com
Date: 2006-11-28 23:22:00.0
Subject: Abuse Report

User: dr_sperm
Room: officiousphysic Private Chat
Description: Another Robot Chatter I think, please please please get rid of them

----------

Room Text:
<officiousphysic>hey
>hi
<officiousphysic>you seem interesting, care to chat?
>sure
<officiousphysic>Steve here,25, no profile here yet but I have one at, http://camz.gaydarguyz.com/tsteel
>oh god not another one
<officiousphysic>got my pics and stats on there and my cam is coming on
>okay well I am not into camera stuff, I thought you wanted to chat?
<officiousphysic>just get a free screenname on my page no cam needed and you can chat to me
>I dont want a free screenname
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 4:34:13 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: stokeladuk@hotmail.com
Date: 2006-11-28 23:19:00.0
Subject: Abuse Report

User: littlebanker
Room: officiousphysic Private Chat
Description: advert

----------

Room Text:
<officiousphysic>hey there how's your day goin
>very well and u
<officiousphysic>you seem like someone I really want to talk to
>really why
<officiousphysic>Steve here, 25, my stats and profile is at: http://camz.gaydarguyz.com/stevek
Berit
********************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:34:05 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: alexphouston@hotmail.com
Date: 2006-11-28 23:18:00.0
Subject: Abuse Report

User: alex22notts
Room: officiousphysic Private Chat
Description: This is another user attempting to direct people to purportedly free webcam sites. I have no proof of this being a scam but am deeply suspicious of being asked for my credit card details. Needless to say I didn't sign up.

----------

Room Text:
<officiousphysic>u uncut dude?
>hi
<officiousphysic>how's your day so far?
>pretty good.
>so far lol - nearly over!
<officiousphysic>Steve here,25, no profile here yet but I have one at, http://camz.gaydarguyz.com/magnum
>I am uncut - aren't you in brimingham?
<officiousphysic>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a mic i can talk into
>yes
<officiousphysic>if you want, you can get a free screenname right on my profile page and watch me
>yeah, I don't like giving my credit card numbers out. Shame
<officiousphysic>just signup, it's truly free man and you can tell me what you want on cam =)
>it's free? ok, in that case I'll go and hand over all my banking details. Hang on!
<officiousphysic>brb gonna get some lube
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 4:33:58 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: robertpparry@hotmail.com
Date: 2006-11-28 23:11:00.0
Subject: Abuse Report

User: rob30lpool
Room: officiousphysic Private Chat
Description: he is trying to send u to a pay site

----------

Room Text:
<officiousphysic>hey you are gorgeous
>cheers
<officiousphysic>you seem interesting, care to chat?
>sure
<officiousphysic>I'm new to the whole gay thing but I got a profile here, http://camz.gaydarguyz.com/sexydany
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 4:33:51 AM
**To:**     paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: bloke_john@hotmail.com
Date: 2006-11-28 23:00:00.0
Subject: Abuse Report

User: blokeuk
Room: officiousphysic Private Chat
Description: this person was trying to get me to follow a link and part with my credit card details

----------

Room Text:
<officiousphysic>hi, whre are you
>im here
>sorry, st helens
<officiousphysic>you seem like someone I really want to talk to
>ok
<officiousphysic>no profile here yet but you can check me out here, http://camz.gaydarguyz.com/magnum
Berit
***********************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
***********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**        3/1/2007 4:33:43 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: urbankiss@aol.com
Date: 2006-11-28 22:53:00.0
Subject: Abuse Report

User: web_head
Room: officiousphysic Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.
ADVERTISING !

----------

Room Text:
<officiousphysic>hey man
>hullo
<officiousphysic>just wanted to chat, u doin ok?
>yeh am excellent mister - u?
<officiousphysic>no profile on here yet, just joined but you can check me out here,
http://camz.gaydarguyz.com/male
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:33:36 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: wigwyuk6969@hotmail.com
Date: 2006-11-28 22:51:00.0
Subject: Abuse Report

User: daveinleeds
Room: officiousphysic Private Chat
Description: chats like this are becoming a regular thing on here now n spoilin things as they did on gay.com
i hope that you can do somthing about it

----------

Room Text:
<officiousphysic>hi baby
>hi there
<officiousphysic>how are you today?
>i'm ok thanks
>how r u?
<officiousphysic>i'm new here but you can see my pics here, http://camz.gaydarguyz.com/stevek
>thanks
<officiousphysic>getting on cam and showing off is a new hobby of mine
Berit
*************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*************************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:33:24 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: londnundrgrnd@aol.com
Date: 2006-11-28 22:41:00.0
Subject: Abuse Report

User: londonundrgrnd
Room: officiousphysic Private Chat
Description: Hi this is one of those automatic advertising programs, just to let you know

x

----------

Room Text:
<officiousphysic>hi
>hi
>could you send me your face pic
>thanks
<officiousphysic>you seem like someone I really want to talk to
>cheers
<officiousphysic>Steve here, 25, my stats and profile is at: http://camz.gaydarguyz.com/tsteel
>oh ur not real
>>
>?
<officiousphysic>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a
mic i can talk into
>ur an automatic program?
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 4:33:16 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: footballsponsorship@hotmail.com
Date: 2006-11-28 22:37:00.0
Subject: Abuse Report

User: swansealad22
Room: officiousphysic Private Chat
Description: user only wanted to promote another site

----------

Room Text:
<officiousphysic>u uncut dude?
>yeah
<officiousphysic>you seem like someone we'd liek to chat with
>where u based?
<officiousphysic>I am new to this whole gay thing but I got a profile here, http://camz.gaydarguyz.com/magnum
>your new to it?
<officiousphysic>like what you see?
>how long u been online?
<officiousphysic>if you want, you can get a free screenname right on my profile page and watch me u don't need a cam
>so u not been on gaydar long then?
<officiousphysic>I'll do whatever you want as long as you want
>u not answering my questions...
<officiousphysic>brb, few dudes comin into my cam session, i'll be waiting for u
>lol dodgy fuck
<officiousphysic>Be FUN, like me!!!
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 4:33:07 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: harryt2002@tiscali.co.uk
Date: 2006-11-28 22:36:00.0
Subject: Abuse Report

User: harry
Room: officiousphysic Private Chat
Description: this is a scammer?

----------

Room Text:
<officiousphysic>hi baby
>hi
<officiousphysic>how's your day so far?
>great ta
<officiousphysic>Steve here, 25, my stats and profile is at: http://camz.gaydarguyz.com/stevek
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:33:00 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: lee_reuben_68@hotmail.com
Date: 2006-11-28 22:36:00.0
Subject: Abuse Report

User: davelad2006
Room: officiousphysic Private Chat
Description: this guy is another selling his webcam on a non comercial profile

----------

Room Text:
<officiousphysic>hi baby
>ello mr u ok
<officiousphysic>just wanted to chat, u doin ok?
>yeah im good, bored. hence on here
<officiousphysic>I'm new to this website but I got a profile here, http://camz.gaydarguyz.com/just
>what is it
<officiousphysic>got my pics and stats on there and my cam is coming on
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 4:32:52 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: nightguy_uk3@yahoo.co.uk
Date: 2006-11-28 22:31:00.0
Subject: Abuse Report

User: nightguy_uk3
Room: officiousphysic Private Chat
Description: spam

----------

Room Text:
<officiousphysic>wassup buddy
>hey matey
<officiousphysic>you seem interesting, care to chat?
>go on then!
<officiousphysic>I'm new to this website but I got a profile here, http://camz.gaydarguyz.com/younggun
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 4:32:45 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: terryrouse516@msn.com
Date: 2006-11-28 22:29:00.0
Subject: Abuse Report

User: chunkymassage
Room: officiousphysic Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.another-profile-to-remove

another-profile-to-remove?

----------

Room Text:
<officiousphysic>hi
>hi
<officiousphysic>just wanted to hit you up for chat and maybe a little more
>which-room-did-you-private-from?
<officiousphysic>Steve here, 25, my stats and profile is at: http://camz.gaydarguyz.com/college
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:32:37 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: niksyrag@hotmail.com
Date: 2006-11-28 22:28:00.0
Subject: Abuse Report

User: parking_at_rear
Room: officiousphysic Private Chat
Description: spammer

----------

Room Text:
<officiousphysic>I'm new to this website but I got a profile here, http://camz.gaydarguyz.com/cuteboys
>go away
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 4:32:26 AM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: marbellamanfriday@gmail.com
Date: 2006-11-28 22:23:00.0
Subject: Abuse Report

User: 985253
Room: manevisecausal2 Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

This is happening more and more!!!
How are these guys getting into the gaydar system... I don't pay for membership to deal with this rubbish.

----------

Room Text:
<manevisecausal2>hey gorgeous
>what?
<manevisecausal2>just thought i'd hit you up for chat
>did you...
> great
>I'm thrilled
<manevisecausal2>I'm new to the whole gay thing but I got a profile here, http://camz.gaydarguyz.com/stevek
>and now you want my credit card details
> so I can watch you wank with your room mate
<manevisecausal2>got my pics and stats on there and my cam is coming on
> yea?/
> fab u fuckin lus
<manevisecausal2>just get a free screenname and you can tell me what to do sexy
>tell you waht to do??
> ok.... FUCK OFF
<manevisecausal2>no cam needed or anything and I am on it now, come blow a load with me sexy
>bring it on.....
<manevisecausal2>brb people coming in our cam chatroom =)
> I resent being asked for credit card details in here ............
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 4:32:19 AM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: ijgulliver@hotmail.co.uk
Date: 2006-11-28 22:23:00.0
Subject: Abuse Report

User: ..adrenaline..
Room: queueaddition26 Private Chat
Description: Various guys have been using gaydar to advertise there webcam sites, and making peoplepart with their debit card detailsto verify age, now imreally worried that they are creating credit card fraud!, hopeyoucan help


----------

Room Text:
<queueaddition26>wassap bro
>hey
>hows it going?
<queueaddition26>you seem interesting, care to chat?
>yeah sure
>has tobe better than the shiton tv at the moment lol
>:)
<queueaddition26>no profile on here yet, just joined but you can check me out here,
http://camz.gaydarguyz.com/younggun
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:32:12 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: mysexybf@aol.com
Date: 2006-11-28 22:20:00.0
Subject: Abuse Report

User: bowbearcub
Room: queueaddition26 Private Chat
Description: an advert

----------

Room Text:
<queueaddition26>hey there how's your day goin
>fine ND YOURS
>oops and yours
<queueaddition26>just thought i'd hit you up for chat
>but r u real
<queueaddition26>no profile on here yet, just joined but you can check me out here,
http://camz.gaydarguyz.com/cuteboys
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 4:32:04 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: twentytwomids@hotmail.com
Date: 2006-11-28 22:18:00.0
Subject: Abuse Report

User: gm1981
Room: queueaddition26 Private Chat
Description: Hi,
Please see conversation. Looks like I've found another spamming thing,
bloody things always seem to private me, anyway, will let you know if I get
any more if you'd be so kind as to take the appropriate action with this one.
Many Thanks again
Rich

----------

Room Text:
<queueaddition26>hey there how goes it?
>fine thanks you?
<queueaddition26>how's the weather where you are? hope you don't mind chatting
>hi sorry, got a bit tied up then.....
>.....weathers ok at the min, bit dark but its good at the mo
<queueaddition26>no profile here yet but you can check me out here, http://camz.gaydarguyz.com/dream
>hows about over there?
<queueaddition26>i'm lookin for dudes to get off or watch me get off
>ah, I've been down this road before
>you're not real are you
>another automated spamming thing!!!!
<queueaddition26>if ur into watchin just get a free screename and come watch, you dont need a cam
>consider yourself reported!
Berit
************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:31:56 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: paadzer@hotmail.com
Date: 2006-11-28 22:15:00.0
Subject: Abuse Report

User: paadzer
Room: officiousphysic Private Chat
Description: Spammer send links on pvt

----------

Room Text:
<officiousphysic>hey dude
>hello
<officiousphysic>you seem like someone I really would like to get to know
>why's that
> <laugh>
<officiousphysic>I'm new to this website but I got a profile here, http://camz.gaydarguyz.com/sexydany
>spam
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 4:31:48 AM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: onestjimhay@hotmail.com
Date: 2006-11-28 22:12:00.0
Subject: Abuse Report

User: badreddine
Room: officiousphysic Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.
Spam account - redirects to external dating site.

----------

Room Text:
<officiousphysic>u uncut dude?
>yep
<officiousphysic>just thought i'd hit you up for chat
>What about you where you from?
<officiousphysic>Steve here, 25, my stats and profile is at: http://camz.gaydarguyz.com/cuteboys
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 4:31:40 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: mark.chevis@telstra.com
Date: 2006-11-28 22:07:00.0
Subject: Abuse Report

User: chev13
Room: officiousphysic Private Chat
Description: external site asking for credit card to see his profile

----------

Room Text:
<officiousphysic>hi
>Hi
<officiousphysic>how's the weather where you are? hope you don't mind chatting
>Sorry wasn't watching room, shopping at pottery barn
>i never mind chatting
>the weather isn't so bad,
<officiousphysic>no profile on here yet, just joined but you can check me out here,
http://camz.gaydarguyz.com/stevek
>it has been worse
<officiousphysic>getting on cam and showing off is a new hobby of mine
>oh right, shame that it will cost me money
<officiousphysic>if you want, you can get a free screenname right on my profile page and watch me
>i would love to, but have to enter credit card details which i am not willing to do
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:31:33 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: cpspanker@hotmail.co.uk
Date: 2006-11-28 22:04:00.0
Subject: Abuse Report

User: spanking_dad
Room: queueaddition26 Private Chat
Description: another advert

----------

Room Text:
<queueaddition26>hey there how goes it?
>good thanks
<queueaddition26>you seem like someone we'd liek to chat with
>we?
<queueaddition26>I don't got a profile here yet but I have one here, http://camz.gaydarguyz.com/cuteboys
>great thanks
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 4:31:23 AM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: stevemelville80@hotmail.com
Date: 2006-11-28 21:59:00.0
Subject: Abuse Report

User: bluey2
Room: officiousphysic Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.yet another credit card scam

----------

Room Text:
<officiousphysic>hey bud
>hi
<officiousphysic>you seem cool, care to chat?
>j
<officiousphysic>no profile on here yet, just joined but you can check me out here,
http://camz.gaydarguyz.com/soccer
Berit
************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 4:31:12 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: topbloke14@hotmail.com
Date: 2006-11-28 21:44:00.0
Subject: Abuse Report

User: hotnfit
Room: officiousphysic Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

I think we have another scammer on here - thought you might like to know

----------

Room Text:
<officiousphysic>hey there what u up to
>cruisin
>u?
<officiousphysic>just wanted to hit you up for chat and maybe a little more
>cool
>what u up 4?
<officiousphysic>I don't got a profile here yet but I have one here, http://camz.gaydarguyz.com/wrestlercole
>hmm - I dont do scams
>bye
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 4:31:05 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: markfudge@dsl.pipex.com
Date: 2006-11-28 21:34:00.0
Subject: Abuse Report

User: lascension
Room: officiousphysic Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

profile is spamming

----------

Room Text:
<officiousphysic>u uncut dude?
>u got a facepic
<officiousphysic>you seem like someone I really want to talk to
>u got a fqacepic
<officiousphysic>Steve here,25, no profile here yet but I have one at, http://camz.gaydarguyz.com/cuteboys
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 4:30:57 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: missrank2000@yahoo.co.uk
Date: 2006-11-28 21:29:00.0
Subject: Abuse Report

User: ~~a~~
Room: officiousphysic Private Chat
Description: this is spam to try and get me to sign up tio a site

----------

Room Text:
<officiousphysic>hello hello
>hello
<officiousphysic>you seem cool, care to chat?
>why the devil not
<officiousphysic>Steve here,25, no profile here yet but I have one at, http://camz.gaydarguyz.com/kylewaters
>oh
<officiousphysic>getting on cam and showing off is a new hobby of mine
>marvellous
<officiousphysic>if you want, you can get a free screenname right on my profile page and watch me
Berit
************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:30:51 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: alanpreston04@yahoo.co.uk
Date: 2006-11-28 21:28:00.0
Subject: Abuse Report

User: alanpreston04
Room: queueaddition26 Private Chat
Description: bot

----------

Room Text:
<queueaddition26>hey what's up
>me lol
<queueaddition26>just wanna chat, Cole here, what's your name?
>alan - u
<queueaddition26>i'm new here but you can see my pics here, http://camz.gaydarguyz.com/anfjock
>not that new eh
<queueaddition26>i'm lookin for dudes to get off or watch me get off
>whats ur name
<queueaddition26>just get a free screenname and you can tell me what to do sexy
Berit
*****************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*****************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 4:30:43 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: matthewjones75@yahoo.co.uk
Date: 2006-11-28 21:27:00.0
Subject: Abuse Report

User: matt4504
Room: officiousphysic Private Chat
Description: people keep on advertising this site

----------

Room Text:
<officiousphysic>hey what's up
>hey not much, just watching tv
>you?
<officiousphysic>how's your day so far?
>mmm ok, kinda weird, but went quick
>what you doing outside the brum room?
<officiousphysic>I'm new to this website but I got a profile here, http://camz.gaydarguyz.com/magnum
>ergh seriously i get so many of these link things
<officiousphysic>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a mic i can talk into
>please shut up lol, you all say the same thing
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:30:37 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: marchavant@aol.com
Date: 2006-11-28 21:23:00.0
Subject: Abuse Report

User: havant2005
Room: officiousphysic Private Chat
Description: spamming profile


----------

Room Text:
<officiousphysic>you seem interesting, care to chat?
>.
<officiousphysic>no profile here yet but you can check me out here, http://camz.gaydarguyz.com/tsteel
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 4:30:25 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: fergamrod@hotmail.com
Date: 2006-11-28 21:23:00.0
Subject: Abuse Report

User: darth_vader
Room: officiousphysic Private Chat
Description: Another advertising a camz.gaydarguyz.com/bsud site.

potential virus.

Please deal with this plague. I'll keep reporting them until it stops.

Ta.

----------

Room Text:
<officiousphysic>I am new to this whole gay thing but I got a profile here, http://camz.gaydarguyz.com/bstud
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:30:17 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: ---REMOVED---
Date: 2006-11-28 21:13:00.0
Subject: Abuse Report

User: fitmarathonguy
Room: officiousphysic Private Chat
Description: yet another one to kill off!

----------

Room Text:
<officiousphysic>wassap bro
>nothing ta
<officiousphysic>just thought i'd hit you up for chat
>why?
<officiousphysic>I'm new to the whole gay thing but I got a profile here, http://camz.gaydarguyz.com/younggun
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 4:30:09 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: mgraves_arval@hotmail.com
Date: 2006-11-28 21:12:00.0
Subject: Abuse Report

User: cleanfun
Room: officiousphysic Private Chat
Description: advertising

----------

Room Text:
<officiousphysic>u uncut dude?
>sure am
<officiousphysic>just wanted to chat, u doin ok?
>yeah cool
<officiousphysic>I'm new to the whole gay thing but I got a profile here, http://camz.gaydarguyz.com/dream
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:30:01 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: tmescort@hotmail.com
Date: 2006-11-28 20:55:00.0
Subject: Abuse Report

User: tm_escort
Room: officiousphysic Private Chat
Description: Trying to redirect me to another website. thanks

----------

Room Text:
<officiousphysic>u uncut dude?
>hi
<officiousphysic>just wanted to see if you'd like to chat
>i'm cut, but got some skin to play with <wink>
<officiousphysic>I am new to this whole gay thing but I got a profile here, http://camz.gaydarguyz.com/bstud
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:29:47 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: forensicsixtynine@hotmail.co.uk
Date: 2006-11-28 20:53:00.0
Subject: Abuse Report

User: fitbifucker
Room: officiousphysic Private Chat
Description: fraudsters from fake webcam site still contacting us, here is another one of them to block

----------

Room Text:
<officiousphysic>whats up man
>hi
<officiousphysic>you seem cool, care to chat?
>client?
<officiousphysic>i'm new here but you can see my pics here, http://camz.gaydarguyz.com/wildjock
>very nice
>so what you looking for mister sexy boy
>?
<officiousphysic>you into being bad on cam? if not you can just watch me? >;)
>ok
>tell me more?
<officiousphysic>just get a free screenname and you can tell me what to do sexy
>so i have to enter credit card details
<officiousphysic>my st8 roomie is gonna let me blow him on cam, so cmon
>i havent got one thiugh
>though
<officiousphysic>brb, few dudes comin into my cam session, i'll be waiting for u
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:29:40 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: well_hung_horny_lad@yahoo.co.uk
Date: 2006-11-28 20:52:00.0
Subject: Abuse Report

User: kinkycunt
Room: officiousphysic Private Chat
Description: this profile is an adbot

----------

Room Text:
<officiousphysic>hello hello
>hi mate
<officiousphysic>how are you today?
>i am fine and yerself
<officiousphysic>I am new to this whole gay thing but I got a profile here,
http://camz.gaydarguyz.com/cuteboys
>u have a profile here that i can as well pal
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:29:30 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: terryrouse516@msn.com
Date: 2006-11-28 20:26:00.0
Subject: Abuse Report

User: chunkymassage
Room: queueaddition26 Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.Another-"spam"-profile-like-last-one-I-reported?

----------

Room Text:
<queueaddition26>hi cutie
>hello
<queueaddition26>you seem like someone I really would like to get to know
>really...which-room-have-you-privated-from?
<queueaddition26>no profile on here yet, just joined but you can check me out here,
http://camz.gaydarguyz.com/cutest
Berit
************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 4:29:18 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: rwolves79@aol.com
Date: 2006-11-28 20:09:00.0
Subject: Abuse Report

User: rwolves79
Room: officiousphysic Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

Been having these when chaps want me to go on a cam sight thing bit of a con

----------

Room Text:
<officiousphysic>hi
>hi
<officiousphysic>just thought i'd hit you up for chat
>ok very random then
<officiousphysic>no profile here yet but you can check me out here, http://camz.gaydarguyz.com/younggun
>no thanks
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:29:10 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: paulhopkins@hotmail.co.uk
Date: 2006-11-28 20:08:00.0
Subject: Abuse Report

User: pklondon
Room: officiousphysic Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile. he is using gaydar to promote webcam site.

----------

Room Text:
<officiousphysic>hey gorgeous
>hi'
<officiousphysic>just wanted to chat, u doin ok?
>i am cool thanks how r u'
<officiousphysic>no profile on here yet, just joined but you can check me out here,
http://camz.gaydarguyz.com/kylewaters
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:29:01 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: sportsmuscles@yahoo.com
Date: 2006-11-28 20:02:00.0
Subject: Abuse Report

User: sport4u
Room: officiousphysic Private Chat
Description: Guy is advertising his webcam services with noncommercial profile...I have recently recieved many of such "invitations"... from same website and they want you to give after credit card information and they bill you monthly...its very tricky soliciting for money and classified as a scam! Good luck with removing that, Mark

----------

Room Text:
<officiousphysic>hey there how goes it?
>i am cool
>you?
<officiousphysic>you seem like someone I really would like to get to know
> <cool>
>where r u based?
<officiousphysic>I don't got a profile here yet but I have one here, http://camz.gaydarguyz.com/kylewaters
>is this some webcam site? :)
<officiousphysic>getting on cam and showing off is a new hobby of mine
>interesting...I prefer doing that on msn ;)
<officiousphysic>if you want, you can get a free screenname right on my profile page and watch me u don't need a cam
>this is a paying site...
<officiousphysic>no cam needed or anything i'm on it now, come check me out
>hey you better move to London and you will make more money as an escort... <wink>
<officiousphysic>brb people coming in our cam chatroom =)
Berit
*****************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*****************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 4:28:52 AM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: tcd_guy@hotmail.com
Date: 2006-11-28 19:56:00.0
Subject: Abuse Report

User: bruindub
Room: Europe - Eire Room
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

This guy is promoting a commercial website in private chat.
Link is http://camz.gaydarguyz.com/stevek

----------

Room Text:
bruindub has joined the room<dubwheels>cant remember <wink>
<shaneesback25>i do
<trainred>u bitch
<someman4oneman>gday guys, whats happenin
<shaneesback25>cool mate
<peadar2000>i havent a clue whats happening
<peadar2000>not an iota
<dubwheels>i dunno
<trainred>its sooooooo boring here
<ardree>ARDREE IN DUB 8 ANYONE WANT SUM????
hornywanker06 has joined the room<trainred>sum what
<shaneesback25>well u did and thats it
solar-seani has joined the room<trainred>cock?
<i_wont-give-li>hi ironside
<shaneesback25>believe it or not
gayguyindub has joined the room<solar-seani>hey everyone
<climbing>any hot young bottom guys for t

{MIDDLE SECTION REMOVED BY SERVER FOR BREVITY}

25>mate
<tomboy40>why do u guys have to talk about what u had last weekend who gives a shit
<dubwheels> <smile>
<shaneesback25>did u cum dubwheels
<peadar2000>well he stuck around the next day so it meant he didnt suddenly wake up next to the ugly frog
<laugh> <laugh>
<peadar2000>shane...ure a strange fella
<donnacha>ha ha, very good

<hotmalestuff>tallaght here, any1 up for it??????????
<shaneesback25>peadar you culchie shut d fuc up
<csrs>he is a troll ignore him
<donnacha>maybe he was still drunk
dub526 has joined the room<peadar2000>the cheek!
fizz has joined the room<beebzer>peadar
<csrs>he gets his sad little kicks from calling people nnames
<donnacha>take it easy shane, no need for that
<shaneesback25>ok handbags at dawn
<csrs>he is a sad attention seeking little queen
<j.d36>DROGHEDA ANY GUYS CAN ACCOM ???????????????????
<peadar2000>shanes got kind words for everyone tonite i see
yourgayimgay has joined the room<shaneesback25>oh i lov being a queen
echo2007 has joined the room<donnacha>so i see
<demr>south tipp ne1
disposablebytes has joined the room<csrs>Shane grow up u sap
dublin-2006 has joined the roombmouth has joined the roombrock34 has joined the roomgive_head has joined
the room<shaneesback25>where r my high heels
<tomboy40>just wondering if my chat is working as nobody is talking to me
dublin1958 has joined the roomforfuckonly has joined the room<shaneesback25>and my lipstick
<ridgewood>chill out tom
julhiws has joined the room<shaneesback25>oh my tampons
ben20000 has joined the roomirishguy27 has joined the room<donnacha>just insult someone tomboy, ur sure to
get a response then!
<beebzer>got ur name right
<2319limkbi>evenin all
crystal06 has joined the room<julhiws>hello guys
<ben20000>inchicore?
<peadar2000>and ure medication shane?
..troubador has joined the roombigidub has joined the room<shaneesback25>and of course my bra
dabub has joined the room<peadar2000>lol@donna
kite12 has joined the room<tomboy40>at least i know its working cheers ridge
staples07 has joined the roomkalango70 has joined the roomdaibhi has joined the roomslicker28 has joined the
room<ridgewood>join in the drama!
<shaneesback25>oh my mascara
17121975 has joined the roomkilmount has joined the room<shaneesback25>blusher
<rawbbtop28>28 y/o top in Limerick Hotel Looking to Accomdate
<peadar2000>and ure mouth-gag?
tatty1 has joined the room<shaneesback25>and my tights
<tomboy40>not into drama thank u
<daibhi>evening lads
tirlea has joined the room<ridgewood>u love it!
<shaneesback25>but i need a coc
forfuckonly has joined the roombear4skins has joined the room<shaneesback25>where can i find one
donegalsth has joined the room<dubwheels>HEY daibhi <cool>
forfuckonly has joined the room<dub_guy_hello>D4, D6, D14, D16, D18 meet now.....Pvt me
<tomboy40>do i fuck as like
<daibhi>ello wheels
<peadar2000>u'll have trouble
ndio has joined the roomhungtop69 has joined the room<shaneesback25>dubwheels i want
stockydub has joined the room<shaneesback25>daibhi hes mine
Berit
******************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible

for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 4:13:27 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: tcd_guy@hotmail.com
Date: 2006-11-28 19:56:00.0
Subject: Abuse Report

User: bruindub
Room: Europe - Eire Room
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

This guy is promoting a commercial website in private chat.
Link is http://camz.gaydarguyz.com/stevek

----------

Room Text:
bruindub has joined the room<dubwheels>cant remember <wink>
<shaneesback25>i do
<trainred>u bitch
<someman4oneman>gday guys, whats happenin
<shaneesback25>cool mate
<peadar2000>i havent a clue whats happening
<peadar2000>not an iota
<dubwheels>i dunno
<trainred>its sooooooo boring here
<ardree>ARDREE IN DUB 8 ANYONE WANT SUM????
hornywanker06 has joined the room<trainred>sum what
<shaneesback25>well u did and thats it
solar-seani has joined the room<trainred>cock?
<i_wont-give-li>hi ironside
<shaneesback25>believe it or not
gayguyindub has joined the room<solar-seani>hey everyone
<climbing>any hot young bottom guys for t

{MIDDLE SECTION REMOVED BY SERVER FOR BREVITY}

25>mate
<tomboy40>why do u guys have to talk about what u had last weekend who gives a shit
<dubwheels> <smile>
<shaneesback25>did u cum dubwheels
<peadar2000>well he stuck around the next day so it meant he didnt suddenly wake up next to the ugly frog
<laugh> <laugh>
<peadar2000>shane...ure a strange fella
<donnacha>ha ha, very good

\<hotmalestuff\>tallaght here, any1 up for it??????????
\<shaneesback25\>peadar you culchie shut d fuc up
\<csrs\>he is a troll ignore him
\<donnacha\>maybe he was still drunk
dub526 has joined the room\<peadar2000\>the cheek!
fizz has joined the room\<beebzer\>peadar
\<csrs\>he gets his sad little kicks from calling people nnames
\<donnacha\>take it easy shane, no need for that
\<shaneesback25\>ok handbags at dawn
\<csrs\>he is a sad attention seeking little queen
\<j.d36\>DROGHEDA ANY GUYS CAN ACCOM ???????????????????
\<peadar2000\>shanes got kind words for everyone tonite i see
yourgayimgay has joined the room\<shaneesback25\>oh i lov being a queen
echo2007 has joined the room\<donnacha\>so i see
\<demr\>south tipp ne1
disposablebytes has joined the room\<csrs\>Shane grow up u sap
dublin-2006 has joined the roombmouth has joined the roombrock34 has joined the roomgive_head has joined the room\<shaneesback25\>where r my high heels
\<tomboy40\>just wondering if my chat is working as nobody is talking to me
dublin1958 has joined the roomforfuckonly has joined the room\<shaneesback25\>and my lipstick
\<ridgewood\>chill out tom
julhiws has joined the room\<shaneesback25\>oh my tampons
ben20000 has joined the roomirishguy27 has joined the room\<donnacha\>just insult someone tomboy, ur sure to get a response then!
\<beebzer\>got ur name right
\<2319limkbi\>evenin all
crystal06 has joined the room\<julhiws\>hello guys
\<ben20000\>inchicore?
\<peadar2000\>and ure medication shane?
..troubador has joined the roombigidub has joined the room\<shaneesback25\>and of course my bra
dabub has joined the room\<peadar2000\>lol@donna
kite12 has joined the room\<tomboy40\>at least i know its working cheers ridge
staples07 has joined the roomkalango70 has joined the roomdaibhi has joined the roomslicker28 has joined the room\<ridgewood\>join in the drama!
\<shaneesback25\>oh my mascara
17121975 has joined the roomkilmount has joined the room\<shaneesback25\>blusher
\<rawbbtop28\>28 y/o top in Limerick Hotel Looking to Accomdate
\<peadar2000\>and ure mouth-gag?
tatty1 has joined the room\<shaneesback25\>and my tights
\<tomboy40\>not into drama thank u
\<daibhi\>evening lads
tirlea has joined the room\<ridgewood\>u love it!
\<shaneesback25\>but i need a coc
forfuckonly has joined the roombear4skins has joined the room\<shaneesback25\>where can i find one
donegalsth has joined the room\<dubwheels\>HEY daibhi \<cool\>
forfuckonly has joined the room\<dub_guy_hello\>D4, D6, D14, D16, D18 meet now.....Pvt me
\<tomboy40\>do i fuck as like
\<daibhi\>ello wheels
\<peadar2000\>u'll have trouble
ndio has joined the roomhungtop69 has joined the room\<shaneesback25\>dubwheels i want
stockydub has joined the room\<shaneesback25\>daibhi hes mine
Berit
****************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible

for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:13:19 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: jay73jat@yahoo.co.uk
Date: 2006-11-28 19:48:00.0
Subject: Abuse Report

User: decent3
Room: officiousphysic Private Chat
Description: Anohter Adult site model

----------

Room Text:
>hi
<officiousphysic>you seem cool, care to chat?
>sure. where abou t r u?
<officiousphysic>I am new to this whole gay thing but I got a profile here, http://camz.gaydarguyz.com/hardbod
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 4:13:11 AM
**To:**     paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: jace146@hotmail.com
Date: 2006-11-28 19:48:00.0
Subject: Abuse Report

User: robby1975
Room: officiousphysic Private Chat
Description: im gettin bored of these gaydarguys wankers please block them all, tis all a con to join there wed
site as i have reported b 4

----------

Room Text:
<officiousphysic>hey you are gorgeous
>hi
>thx
<officiousphysic>how are you today?
>good and u
<officiousphysic>I don't got a profile here yet but I have one here, http://camz.gaydarguyz.com/cutest
>why dont you have one here
<officiousphysic>getting on cam and i wanna show off for you so we can get to know each other
>why not msn its free
<officiousphysic>just get a free screenname on my page no cam needed and you can chat to me
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 4:13:05 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: jon.windsor@gmail.com
Date: 2006-11-28 19:41:00.0
Subject: Abuse Report

User: earlscourt_bb
Room: queueaddition26 Private Chat
Description: Another scammer :)

----------

Room Text:
<queueaddition26>hey bud
>hey
>no pics?
<queueaddition26>you seem like someone I really want to talk to
>do i?
<queueaddition26>no profile here yet but you can check me out here, http://camz.gaydarguyz.com/bstud
>okay thanks
<queueaddition26>like what you see?
>yes mate
<queueaddition26>just get a free screenname and you can tell me what to do sexy
>i thought you might say that
<queueaddition26>no cam needed or anything i'm on it now, come check me out
>how much will that cost me then?!
> <laugh>.
<queueaddition26>brb, few dudes comin into my cam session, i'll be waiting for u
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 4:12:57 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.


From: jon.windsor@gmail.com
Date: 2006-11-28 19:41:00.0
Subject: Abuse Report

User: earlscourt_bb
Room: queueaddition26 Private Chat
Description: Another scammer ;)

----------

Room Text:
<queueaddition26>hey bud
>hey
>no pics?
<queueaddition26>you seem like someone I really want to talk to
>do i?
<queueaddition26>no profile here yet but you can check me out here, http://camz.gaydarguyz.com/bstud
>okay thanks
<queueaddition26>like what you see?
>yes mate
<queueaddition26>just get a free screenname and you can tell me what to do sexy
>i thought you might say that
<queueaddition26>no cam needed or anything i'm on it now, come check me out
>how much will that cost me then?!
> <laugh>.
<queueaddition26>brb, few dudes comin into my cam session, i'll be waiting for u
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:12:49 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: rick4676@hotmail.com
Date: 2006-11-28 19:39:00.0
Subject: Abuse Report

User: hot4dads
Room: officiousphysic Private Chat
Description: this guy is automatic profile

----------

Room Text:
<officiousphysic>hey you are gorgeous
>thanks
<officiousphysic>you seem interesting, care to chat?
>are you a robot.
>hello robot
>when do I get the porn link
<officiousphysic>no profile here yet but you can check me out here, http://camz.gaydarguyz.com/soccer
>aha
>bingo
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:12:40 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: markiesmith@hotmail.com
Date: 2006-11-28 19:36:00.0
Subject: Abuse Report

User: markiesmith
Room: officiousphysic Private Chat
Description: user is directing me to another site soliciting

----------

Room Text:
<officiousphysic>hello there
>hi
>how r u
<officiousphysic>you seem like someone I really want to talk to
>why?
<officiousphysic>Steve here,25, no profile here yet but I have one at, http://camz.gaydarguyz.com/cutest
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:12:29 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: contact@donnachadh-mccarthy.co.uk
Date: 2006-11-28 19:31:00.0
Subject: Abuse Report

User: earthwarrior
Room: queueaddition26 Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

this guy seems to be using gaydar to promote commercial stuff ?

----------

Room Text:
<queueaddition26>hey
>hey u
<queueaddition26>you seem interesting, care to chat?
>sure
<queueaddition26>cool, Steve here, no profile here yet but I have one at, http://camz.gaydarguyz.com/dream
>thought u might say that - fancy paying me $500 dollars to stay chatting to you , you sad person you?
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:12:20 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: rwilliams105@hotmail.com
Date: 2006-11-28 19:27:00.0
Subject: Abuse Report

User: abbeywell
Room: officiousphysic Private Chat
Description: this is spam

----------

Room Text:
<officiousphysic>hi, whre are you
>london
<officiousphysic>just wanted to hit you up for chat and maybe a little more
>what you looking for
<officiousphysic>no profile here yet but you can check me out here, http://camz.gaydarguyz.com/younggun
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:12:07 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-28 18:42:00.0
Subject: Abuse Report

User: dsm-r
Room: lapsewritepeer Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.
this is the third time i get this on gaydar> am i just lucky or is gaydar becomming my new spambox???
check details of "chat "


----------

Room Text:
<lapsewritepeer>hey gorgeous
>hi inactive profile
<lapsewritepeer>you are gorgeous, what you doing?
>trying to read your inactive profile
<lapsewritepeer>i'm new here but you can see my pics here, http://camz.gaydarguyz.com/male
Berit
**************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:11:59 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: kurt_lillywhite@hotmail.com
Date: 2006-11-28 17:49:00.0
Subject: Abuse Report

User: ..w1
Room: knowpersonnelul Private Chat
Description: More phising going on....

----------

Room Text:
<knowpersonnelul>hey there what u up to
>quiet afternoon... how about u?
<knowpersonnelul>how's the weather where you are? hope you don't mind chatting
>raining down here in Southampton for a change... where are you then?
<knowpersonnelul>Steve here, 25, my stats and profile is at: http://camz.gaydarguyz.com/super
>already had two of your mates try that one... sorry fella... so phishing
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:11:51 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**   Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-28 17:31:00.0
Subject: Abuse Report

User: mrkone
Room: viseeightdisass Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile. this guy is an advert please block him

----------

Room Text:
<viseeightdisass>Steve here, 25, my stats and profile is at: http://camz.gaydarguyz.com/wrestlercole
Berit
**************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 4:11:44 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: eggtimer72@tiscali.co.uk
Date: 2006-11-28 10:21:00.0
Subject: Abuse Report

User: .hardsub
Room: insinuatewhose Private Chat
Description: INACTIVE PROFILE ADVERTISING A COMMERCIAL WEBSITE!

----------

Room Text:
<insinuatewhose>I don't got a profile here yet but I have one here, http://gaydarguyz.com/cuteboys
>so you're advertising your own website then?
<insinuatewhose>i'm lookin for dudes to get off or watch me get off
>but I'd have to pay to do that would I?
>It's good that you can get into gaydar without a profile, how do you do that?
<insinuatewhose>if you want, you can get a free screenname right on my profile page and watch me
>Oh
<insinuatewhose>just signup, it's truly free man and you can tell me what you want on cam =)
>I'm not sure seeing a guy having a webwank is my scene.
<insinuatewhose>brb, few dudes comin into my cam session, i'll be waiting for u
>I think I'll decline.!
>It's people like you that undermine the other genuine users of GAYDAR by not having a valid profile...or this could be due to the fact you've been banned.
<insinuatewhose>i'm a new here
>so why no valid profile?
<insinuatewhose>i'm a new here
>so if you're new here, you should have a an active profile!
<insinuatewhose>i'm a new here
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 4:11:28 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: robertallcock@aol.com
Date: 2006-11-28 10:10:00.0
Subject: Abuse Report

User: skin456
Room: insinuatewhose Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.
Yet another inactive rofile in the chat rooms trying to get guys to join another site???????????

----------

Room Text:
<insinuatewhose>hi
>Hi M8
<insinuatewhose>you seem like someone we'd liek to chat with
>You have an inactive profile
<insinuatewhose>cool, Steve here, no profile here yet but I have one at, http://gaydarguyz.com/tsteel
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:11:19 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: antoniusman@hotmail.com
Date: 2006-11-28 09:56:00.0
Subject: nos remite a otro ..... que hacer....

quieridos amigos de gaydar con frecuencia nos sale el siguiente perfil:

http://gaydar.es/whosimmerse

que se encuentra INACTIVO, no podemos ver quien es y al decirselo nos remite
a:

http://gaydarguyz.com/profiles.php?name=hardbod

no sabemos que hacer ya que no sabemso quien es el perfil y pq nos remite a
otro, tampoco sabemos nada de ---- gaydarguy.comç

que debemos de hacer?

_____
Descarga gratis la Barra de Herramientas de MSN
http://www.msn.es/usuario/busqueda/barra?XAPID=2031&DI=1055&SU=http%3A//www.hotmail.co
m&HL=LINKTAG1OPENINGTEXT_MSNBH
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**    support@gaydar.co.uk
**Sent:**    3/1/2007 4:11:09 AM
**To:**      paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support
**Attachments:**    ____Mail-monitor__support__1067501_0_blank bkgrd.gif .dat;

.

From: colin@massage33.com
Date: 2006-11-28 09:56:00.0
Subject: *Support Query from 'massage33"

Hi

I am sure that you have been informed of this but recently over the past
few months gaydar seems to have been infiltrated by people in the chat
rooms who contact members via chat and then try to get us to link to an
alternative web site

the web site they give is www.gaydarguyz ... etc

Its a real pain and seems to be occurring more frequently, hope you can
deal with it

Colin Richards
Massage 33
www.massage33.com <http://www.massage33.com/>
Game of 33
www.gameof33.com <http://www.gameof33.com/>
Mob: 07966 522696

<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.0 Transitional//EN">
<HTML><HEAD>
<META HTTP-EQUIV="Content-Type" CONTENT="text/html; charset=us-ascii">
<TITLE id=ridTitle>Message</TITLE>

<STYLE>BODY {
MARGIN-TOP: 25px; FONT-SIZE: 10pt; MARGIN-LEFT: 25px; COLOR: #000000;
FONT-FAMILY: Arial, Helvetica
}
P.msoNormal {
MARGIN-TOP: 0px; FONT-SIZE: 10pt; MARGIN-LEFT: 0px; COLOR: #ffffcc; FONT-FAMILY:
Helvetica, "Times New Roman"
}
LI.msoNormal {
MARGIN-TOP: 0px; FONT-SIZE: 10pt; MARGIN-LEFT: 0px; COLOR: #ffffcc; FONT-FAMILY:
Helvetica, "Times New Roman"

```
}
</STYLE>

<META content="MSHTML 6.00.2900.2995" name=GENERATOR></HEAD>
<BODY id=ridBody background=cid:015440000@28112006-28A2>
<DIV><SPAN class=015440000-28112006><FONT face=Verdana>Hi</FONT></SPAN></DIV>
<DIV><SPAN class=015440000-28112006><FONT
face=Verdana></FONT></SPAN> </DIV>
<DIV><SPAN class=015440000-28112006><FONT face=Verdana>I am sure that you have
been informed of this but recently over the past few months gaydar seems to have
been infiltrated by people in the chat rooms who contact members via chat and
then try to get us to link to an alternative web site</FONT></SPAN></DIV>
<DIV><SPAN class=015440000-28112006><FONT
face=Verdana></FONT></SPAN> </DIV>
<DIV><SPAN class=015440000-28112006><FONT face=Verdana>the web site they give is
<A href="http://www.gaydarguyz">www.gaydarguyz</A> ... etc </FONT></SPAN></DIV>
<DIV><SPAN class=015440000-28112006><FONT
face=Verdana></FONT></SPAN> </DIV>
<DIV><SPAN class=015440000-28112006><FONT face=Verdana>Its a real pain and seems
to be occurring more frequently, hope you can deal with it</FONT></SPAN></DIV>
<DIV> </DIV>
<DIV dir=ltr align=left><FONT face=Verdana>Colin Richards</FONT></DIV>
<DIV dir=ltr align=left><FONT face=Verdana>Massage 33</FONT></DIV>
<DIV dir=ltr align=left><FONT face=Verdana><A
href="http://www.massage33.com/">www.massage33.com</A></FONT></DIV>
<DIV dir=ltr align=left><FONT face=Verdana>Game of 33</FONT></DIV>
<DIV dir=ltr align=left><FONT face=Verdana><A
href="http://www.gameof33.com/">www.gameof33.com</A></FONT></DIV>
<DIV dir=ltr align=left><FONT face=Verdana>Mob: 07966 522696</FONT></DIV>
<DIV> </DIV>
<P> </P></BODY></HTML>
Berit
```

******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:11:00 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: jorobopo@yahoo.es
Date: 2006-11-28 09:47:00.0
Subject: Abuse Report

User: jorobopo1
Room: jibeweightensur Private Chat
Description: Sent me straight to another site, the dick

----------

Room Text:
<jibeweightensur>wassup buddy
>Hello
<jibeweightensur>you are gorgeous, what you doing?
>just hanging out--you?
<jibeweightensur>I'm new to this website but I got a profile here, http://gaydarguyz.com/wildjock
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**          support@gaydar.co.uk
**Sent:**          3/1/2007 4:10:53 AM
**To:**            paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**          Message from gaydar support

.

From: robrogers@r6852.freeserve.co.uk
Date: 2006-11-28 09:41:00.0
Subject: Abuse Report

User: rob685211
Room: jibeweightensur Private Chat
Description:
trying to make us use antoehr site

----------

Room Text:
<jibeweightensur>I'm new to this website but I got a profile here, http://gaydarguyz.com/younggun
Berit
************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:10:45 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: lachlanbug@iinet.net.au
Date: 2006-11-28 08:48:00.0
Subject: Abuse Report

User: east_perth
Room: whosimmerse Private Chat
Description: Hi, I have not been abused, but dont know how to contact you othewise.

I am a new member and so far I have been approached by guys in the chatroom several times, they have an inactive profile, but ask me to go to a gaydarguyz website where you need to give your credit card details.

Is this allowed? it is extremely annoying, unfortunately I have not listed other usernames, but I have been approached three times today, this occasion being the fourth.

thanks

----------

Room Text:
<whosimmerse>hi baby
>hi
<whosimmerse>just wanted to hit you up for chat and maybe a little more
>why is your profile inactive
<whosimmerse>I'm new to this website but I got a profile here, http://gaydarguyz.com/magnum
>I'm new too, but mine works...not interested in paying to watch guys, thanks
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:10:32 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: o8ic@hotmail.com
Date: 2006-11-28 08:32:00.0
Subject: Abuse Report

User: o8ic
Room: whosimmerse Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile. spam

----------

Room Text:
<whosimmerse>hey sexy
>hi
<whosimmerse>just wanted to hit you up for chat and maybe a little more
>ok cool
<whosimmerse>cool, Steve here, no profile here yet but I have one at, http://gaydarguyz.com/cutest
>ok
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:10:25 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: partlizard@gmail.com
Date: 2006-11-28 08:26:00.0
Subject: Abuse Report

User: gaym3r
Room: insinuatewhose Private Chat
Description: This is another annoying chat bot.

----------

Room Text:
<insinuatewhose>hi baby
<insinuatewhose>hi cutie
>dhfdh
<insinuatewhose>you seem cool, care to chat?
>eybdhhdh
<insinuatewhose>no profile here yet but you can check me out here, http://gaydarguyz.com/wannab
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:10:17 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: armarantine78@hotmail.com
Date: 2006-11-28 08:12:00.0
Subject: Abuse Report

User: sainthonore
Room: whosimmerse Private Chat
Description: Spam.

----------

Room Text:
<whosimmerse>hi
>hey hey
<whosimmerse>just wanna chat, Cole here, what's your name?
>James
<whosimmerse>no profile here yet but you can check me out here, http://gaydarguyz.com/soccer
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:10:09 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: kristianmurden@hotmail.com
Date: 2006-11-28 08:06:00.0
Subject: Abuse Report

User: kriss2004
Room: insinuatewhose Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

Another automated advertiser for you to deal with

----------

Room Text:
<insinuatewhose>yo bro
insinuatewhose has quit chat<insinuatewhose>hey you are gorgeous
insinuatewhose has quit chat<insinuatewhose>hey
>hi
<insinuatewhose>you are gorgeous, what you doing?
>im just getting ready to clear of to australia for a couple of months
<insinuatewhose>cool, Steve here, no profile here yet but I have one at, http://gaydarguyz.com/dream
>another advert
Berit
***********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
***********************************************************************

# support@gaydar.co.uk

**From:** support@gaydar.co.uk
**Sent:** 3/1/2007 4:10:00 AM
**To:** paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:** Message from gaydar support

.

From: londonw11@hotmail.co.uk
Date: 2006-11-28 07:44:00.0
Subject: Abuse Report

User: w11fuck
Room: insinuatewhose Private Chat
Description: spammer

----------

Room Text:
<insinuatewhose>hey sexy
>hi
<insinuatewhose>just thought i'd hit you up for chat
>sorry wasn't there when you messaged
>got a face pic?
<insinuatewhose>I'm new to this website but I got a profile here, http://gaydarguyz.com/brendon
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:09:52 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: wankmeoff_london@yahoo.co.uk
Date: 2006-11-28 07:16:00.0
Subject: Abuse Report

User: wanksuckfun
Room: insinuatewhose Private Chat
Description: Is this guy another bot? gaydarguyz.com isn't a gaydar web site is it?

----------

Room Text:
<insinuatewhose>hi
>hi
<insinuatewhose>you seem like someone I really want to talk to
>ok mate, are you in London?
<insinuatewhose>I am new to this whole gay thing but I got a profile here, http://gaydarguyz.com/stevek
Berit
*********************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**    support@gaydar.co.uk
**Sent:**    3/1/2007 4:09:45 AM
**To:**    paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: kevantayloruk@yahoo.co.uk
Date: 2006-11-28 07:08:00.0
Subject: Abuse Report

User: cpenthusiast
Room: jibeweightensur Private Chat
Description: Spammer

----------

Room Text:
<jibeweightensur>hi, whre are you
>Brighton
<jibeweightensur>you are gorgeous, what you doing?
>nothing much
<jibeweightensur>I am new to this whole gay thing but I got a profile here, http://gaydarguyz.com/hardbod
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 4:09:35 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: jobbster@yahoo.com
Date: 2006-11-28 06:53:00.0
Subject: Abuse Report

User: wkdchub
Room: whosimmerse Private Chat
Description: Automatic ad account!

----------

Room Text:
<whosimmerse>hey sexy
>hi
<whosimmerse>you seem like someone we'd liek to chat with
>cool
<whosimmerse>Steve here, 25, my stats and profile is at: http://gaydarguyz.com/younggun
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 4:09:28 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: fyl@johns-cf44-8bw.freeserve.co.uk
Date: 2006-11-28 05:23:00.0
Subject: Abuse Report

User: kimz
Room: insinuatewhose Private Chat
Description: hi - these guys are abusing private chat to get guys on to this site where they have to put credit card
details in to get access

----------

Room Text:
<insinuatewhose>hey there how's your day goin
>hi who's this
<insinuatewhose>just thought i'd hit you up for chat
>whereabouts are you?
<insinuatewhose>I'm new to this website but I got a profile here, http://gaydarguyz.com/male
>is that the free site where you have to stick your credit card number in to get access?
<insinuatewhose>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a
mic i can talk into
Berit
*************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*************************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:09:21 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: mighty_atom_2000@hotmail.com
Date: 2006-11-28 05:10:00.0
Subject: Abuse Report

User: surfinsafari
Room: jibeweightensur Private Chat
Description: another bot with an inactive profile

this seems to be ruining gaydar chat, i would be interested to know what u plan on doing to combat it

----------

Room Text:
<jibeweightensur>hello hello
>hello
>hows u
<jibeweightensur>how's the weather where you are? hope you don't mind chatting
>why is ur profile inactive
<jibeweightensur>Steve here, 25, my stats and profile is at: http://gaydarguyz.com/younggun
Berit
**********************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:09:14 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: castellcoch@aol.com
Date: 2006-11-28 05:05:00.0
Subject: Abuse Report

User: welshman01
Room: insinuatewhose Private Chat
Description: Another one of these guys who wants to show off on cam!

----------

Room Text:
<insinuatewhose>hey dude
>morning
<insinuatewhose>just thought i'd hit you up for chat
>is that ur pic?
<insinuatewhose>I'm new to this website but I got a profile here, http://gaydarguyz.com/wrestlercole
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:09:03 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: gaydar@leoonline.co.uk
Date: 2006-11-28 04:23:00.0
Subject: Abuse Report

User: leoonline22
Room: insinuatewhose Private Chat
Description: more spam lol

----------

Room Text:
<insinuatewhose>how's the weather where you are? hope you don't mind chatting
>its raining lol
>u in london?
<insinuatewhose>I'm new to the whole gay thing but I got a profile here, http://gaydarguyz.com/hardbod
>god ur spam lol
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:08:56 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: richard27yrs@yahoo.co.uk
Date: 2006-11-28 03:42:00.0
Subject: Abuse Report

User: .biker73
Room: insinuatewhose Private Chat
Description: anything you can do about this constantly happening now ??


----------

Room Text:
<insinuatewhose>yo bro
>hi
<insinuatewhose>you seem like someone I really want to talk to
>??
>tell me more
<insinuatewhose>I don't got a profile here yet but I have one here, http://gaydarguyz.com/male
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:08:49 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: fillgarrett79@excite.com
Date: 2006-11-28 02:59:00.0
Subject: Abuse Report

User: phil79
Room: jibeweightensur Private Chat
Description: spam for a webcam site


----------

Room Text:
<jibeweightensur>hello hello
>hi
<jibeweightensur>you seem like someone I really would like to get to know
>thankyou
<jibeweightensur>no profile here yet but you can check me out here, http://gaydarguyz.com/wrestlercole
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:08:40 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: fillgarrett79@excite.com
Date: 2006-11-28 02:58:00.0
Subject: Abuse Report

User: phil79
Room: insinuatewhose Private Chat
Description: spam for a webcam site !!

----------

Room Text:
<insinuatewhose>hey there how goes it?
>not too bad thanks how r things with you ?
<insinuatewhose>just wanted to chat, u doin ok?
>yup pretty good
<insinuatewhose>I don't got a profile here yet but I have one here, http://gaydarguyz.com/wrestlercole
>great
<insinuatewhose>got my pics and stats on there and my cam is coming on
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:08:33 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: aussieguym_17@hotmail.com
Date: 2006-11-28 02:40:00.0
Subject: Abuse Report

User: aussieguy20
Room: whosimmerse Private Chat
Description: this profile is a spammer advertising adult material, it is a bot...

----------

Room Text:
<whosimmerse>hey man
>hi
<whosimmerse>just wanna chat, Cole here, what's your name?
>pete nice to meet u
<whosimmerse>no profile here yet but you can check me out here, http://gaydarguyz.com/male
Berit
********************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:08:24 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: mark@abrahamd.freeserve.co.uk
Date: 2006-11-28 02:35:00.0
Subject: Abuse Report

User: kettlad
Room: insinuatewhose Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

advertising from usa profile

----------

Room Text:
<insinuatewhose>no profile on here yet, just joined but you can check me out here,
http://gaydarguyz.com/brendon
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 4:08:17 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: greenwood_brian@hotmail.com
Date: 2006-11-28 01:36:00.0
Subject: Abuse Report

User: a_newdayhascome
Room: insinuatewhose Private Chat
Description: this profile is being used to promote a cam service... just to let you know...
are we supposed to report all of these?

----------

Room Text:
<insinuatewhose>hey gorgeous
>hey
<insinuatewhose>how are you today?
>im alright
>u up2 much?
<insinuatewhose>no profile here yet but you can check me out here, http://gaydarguyz.com/stevek
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:08:10 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: andylaytonjames@btinternet.com
Date: 2006-11-28 01:23:00.0
Subject: Abuse Report

User: ....andy
Room: jibeweightensur Private Chat
Description: here is ANOTHER!!

----------

Room Text:
<jibeweightensur>i'm new here but you can see my pics here, http://gaydarguyz.com/kingsize
>nothing happens
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:08:02 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: jbuk20@hotmail.com
Date: 2006-11-28 01:16:00.0
Subject: Abuse Report

User: juk20
Room: whosimmerse Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

SPAM!!! AGAIN

----------

Room Text:
<whosimmerse>hello hello
>hi
<whosimmerse>just wanted to chat, u doin ok?
>yes thanks
<whosimmerse>cool, Steve here, no profile here yet but I have one at, http://gaydarguyz.com/cutest
Berit
*************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*************************************************************************