# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:07:54 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: djoverweel@hotmail.com
Date: 2006-11-28 00:59:00.0
Subject: Abuse Report

User: hotchris19
Room: whosimmerse Private Chat
Description: is a advert

----------

Room Text:
<whosimmerse>hello there
>HI
<whosimmerse>how are you today?
>good thx
<whosimmerse>no profile here yet but you can check me out here, http://gaydarguyz.com/younggun
>urself
<whosimmerse>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a mic i can talk into
>cool;
>u 4 real or an ad
<whosimmerse>if ur into watchin just get a free screename and come watch, you dont need a cam
>an ad obviously
<whosimmerse>no cam needed or anything and I am on it now, come blow a load with me sexy
Berit
*******************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 4:07:46 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: funkbungalow@hotmail.com
Date: 2006-11-28 00:40:00.0
Subject: Abuse Report

User: trakkiefuk
Room: jibeweightensur Private Chat
Description: Hello;
Please see transcript of private chat window. I've had these messages
a lot recently and think it is a scam>?

Thanks.

----------

Room Text:
<jibeweightensur>hey there what u up to
>hi, not much
>your profile is inactive
<jibeweightensur>you seem like someone I really would like to get to know
>o realllllllllllllllllly. have your friends got a website for me to look at?
>or have you got one?
>i bet you have
>go on
>tell it to me
>i know you want to
<jibeweightensur>I don't got a profile here yet but I have one here, http://gaydarguyz.com/magnum
>o fancy! thanks so much, that really is great news.
Berit
*****************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*****************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:07:38 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: laurencepike@yahoo.co.uk
Date: 2006-11-28 00:15:00.0
Subject: Abuse Report

User: traffordbar
Room: insinuatewhose Private Chat
Description: spammer


----------

Room Text:
<insinuatewhose>hey sexy
>HI THERE
<insinuatewhose>you seem cool, care to chat?
>yeah sure
<insinuatewhose>no profile here yet but you can check me out here, http://gaydarguyz.com/tsteel
>go fuck yrelf
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:07:30 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: jjsdoc@aol.com
Date: 2006-11-28 00:13:00.0
Subject: Abuse Report

User: anure
Room: insinuatewhose Private Chat
Description: commercial message


----------

Room Text:
<insinuatewhose>hello there
>hi
<insinuatewhose>just thought i'd hit you up for chat
>Thats ok \Hows ur nite?
<insinuatewhose>Steve here, 25, my stats and profile is at: http://gaydarguyz.com/college
>Hi steve Sorry u notnin on Gaydar
<insinuatewhose>got my pics and stats on there and my cam is coming on
>Sorry heard that site a ripoff
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:07:23 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: launcelot@dol.ie
Date: 2006-11-28 00:03:00.0
Subject: Abuse Report

User: launcelot
Room: insinuatewhose Private Chat
Description: another!


----------

Room Text:
<insinuatewhose>hi baby
>hello chicken
>how's you?
<insinuatewhose>you seem like someone I really would like to get to know
>really
>got a face?
>what's your name... I'm Mark
<insinuatewhose>no profile here yet but you can check me out here, http://gaydarguyz.com/magnum
Berit
************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:07:15 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: fawkes52002@yahoo.com
Date: 2006-11-27 23:34:00.0
Subject: Abuse Report

User: fawkes52002
Room: insinuatewhose Private Chat
Description: Being messaged by this and other 'members' wanting to link with other sites - am concerned too much phishing going on.

----------

Room Text:
<insinuatewhose>wassup buddy
>u 19?
<insinuatewhose>how's the weather where you are? hope you don't mind chatting
>depends...im 20 years your senior <wink>
<insinuatewhose>cool, Steve here, no profile here yet but I have one at, http://gaydarguyz.com/dream
>No thanks..is this some dumb phishing expedition?
<insinuatewhose>i'm lookin for dudes to get off or watch me get off
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:07:08 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: macwullie@hotmail.com
Date: 2006-11-27 23:28:00.0
Subject: Abuse Report

User: hwillie
Room: insinuatewhose Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

promoting a commercial site

----------

Room Text:
<insinuatewhose>hey man
>hej
<insinuatewhose>just wanted to chat, u doin ok?
>grand thanks, you?
<insinuatewhose>I don't got a profile here yet but I have one here, http://gaydarguyz.com/super
Berit
*************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*************************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:07:01 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: launcelot@dol.ie
Date: 2006-11-27 23:26:00.0
Subject: Abuse Report

User: launcelot
Room: whosimmerse Private Chat
Description: this guy is soliciting credit card details!

----------

Room Text:
<whosimmerse>hey bud
>hello
>I can't find your profile
>you hide it?
<whosimmerse>you seem like someone I really would like to get to know
>then send me a pic
<whosimmerse>I'm new to the whole gay thing but I got a profile here, http://gaydarguyz.com/bstud
>oh mi bollox
>piss off
<whosimmerse>you into being bad on cam? if not you can just watch me? >;)
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 4:06:54 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: quakeshock@hotmail.com
Date: 2006-11-27 23:17:00.0
Subject: Abuse Report

User: charvet
Room: whosimmerse Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.


fake fake fake...

----------

Room Text:
<whosimmerse>hey gorgeous
>??
<whosimmerse>how are you today?
>are u of those fake profiles? :)
<whosimmerse>I'm new to this website but I got a profile here, http://gaydarguyz.com/soccer
>:)
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 4:06:47 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: monkeyman1808@tiscali.co.uk
Date: 2006-11-27 23:08:00.0
Subject: Abuse Report

User: punk.monkey
Room: insinuatewhose Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

Hi - yet another spam private! Getting loads of these through at the moment and they are really annoying - not
sure if it counts as abuse or not, but it is happening all the time at the moment.

Cheers

J

----------

Room Text:
<insinuatewhose>hey there how goes it?
>good cheers
>u?
<insinuatewhose>just thought i'd hit you up for chat
>ok
<insinuatewhose>no profile on here yet, just joined but you can check me out here,
http://gaydarguyz.com/cuteboys
>ah thought you might be touting something
<insinuatewhose>like what you see?
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:06:40 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: chappie_c@hotmail.com
Date: 2006-11-27 23:04:00.0
Subject: Abuse Report

User: chris.hastings
Room: insinuatewhose Private Chat
Description: There seems to be a lot of these floating about - I think one is "itsbanner" or something. Looks like they have somehow got directly into your Chat system. They don't have profiles......

----------

Room Text:
<insinuatewhose>hey dude
>Sorry fella, not signing up to your website
<insinuatewhose>how's your day so far?
>Oh good, another automated response. . . . . . let me guess, your name is "Erik".......
<insinuatewhose>i'm new here but you can see my pics here, http://gaydarguyz.com/super
>LOLO, I was so close
<insinuatewhose>you into being bad on cam? if not you can just watch me? >;)
>So what's your name then?
<insinuatewhose>if ur into watchin just get a free screename and come watch, you dont need a cam
>No, what's your name?
<insinuatewhose>no cam needed or anything i'm on it now, come check me out
>Automated responses - nothing more imaginative huh?
<insinuatewhose>brb, tons of people comin in to my cam show
>You wish
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 4:06:31 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: njt73@hotmail.com
Date: 2006-11-27 22:51:00.0
Subject: Abuse Report

User: schnap
Room: jibeweightensur Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

why are these allowed on gaydar????

----------

Room Text:
<jibeweightensur>hey dude
>hi
<jibeweightensur>just thought i'd hit you up for chat
>:)
<jibeweightensur>I am new to this whole gay thing but I got a profile here, http://gaydarguyz.com/cuteboys
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 4:06:23 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: perthcityguy@hotmail.com
Date: 2006-11-27 22:35:00.0
Subject: Abuse Report

User: perthcityguy
Room: whosimmerse Private Chat
Description: Hello This is a bot I think.
Peter

----------

Room Text:
<whosimmerse>I'm new to this website but I got a profile here, http://gaydarguyz.com/bad
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 4:06:12 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.


From: gaydar@cloz.co.uk
Date: 2006-11-27 22:34:00.0
Subject: Abuse Report

User: clozzy
Room: insinuatewhose Private Chat
Description: Adbot for you guys to remove.

----------

Room Text:
<insinuatewhose>hey sexy
>hello
<insinuatewhose>you seem cool, care to chat?
>No, bog off.
<insinuatewhose>Steve here, 25, my stats and profile is at: http://gaydarguyz.com/cutest
Berit
*********************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:06:05 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: jayelliot2000@yahoo.co.uk
Date: 2006-11-27 22:34:00.0
Subject: Abuse Report

User: f.i.n.e.
Room: insinuatewhose Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.
Spammer


----------

Room Text:
<insinuatewhose>no profile here yet but you can check me out here, http://gaydarguyz.com/wildjock
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:05:58 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: d-traylen@hotmail.com
Date: 2006-11-27 22:22:00.0
Subject: Abuse Report

User: dan..
Room: insinuatewhose Private Chat
Description: american spam

----------

Room Text:
<insinuatewhose>hello hello
>hi
<insinuatewhose>how are you today?
>ok
<insinuatewhose>no profile here yet but you can check me out here, http://gaydarguyz.com/kylewaters
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 4:05:49 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: avitnow1986@hotmail.com
Date: 2006-11-27 22:15:00.0
Subject: Abuse Report

User: behave69
Room: insinuatewhose Private Chat
Description: another computerised account. i know i keep reporting them but i hope its helping you more than being a hinderance thank you 4 your time

----------

Room Text:
<insinuatewhose>hey gorgeous
>hello
<insinuatewhose>just thought i'd hit you up for chat
>lol
>u had a good day?
<insinuatewhose>I am new to this whole gay thing but I got a profile here, http://gaydarguyz.com/anfjock
>wats ya favourite colour?
<insinuatewhose>getting on cam and i wanna show off for you so we can get to know each other
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 4:05:35 AM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: duptj@hotmail.co.uk
Date: 2006-11-27 22:00:00.0
Subject: Abuse Report

User: sandiegoessex
Room: insinuatewhose Private Chat
Description: cam-spammer

----------

Room Text:
<insinuatewhose>hey you are gorgeous
>really? judging by?
<insinuatewhose>just wanted to see if you'd like to chat
>where are you?
<insinuatewhose>no profile here yet but you can check me out here, http://gaydarguyz.com/soccer
>where u at?
<insinuatewhose>got my pics and stats on there and my cam is coming on
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 4:05:28 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: daveinwiltshire@yahoo.co.uk
Date: 2006-11-27 21:55:00.0
Subject: Abuse Report

User: dmsciguy
Room: insinuatewhose Private Chat
Description: spam site

----------

Room Text:
<insinuatewhose>hey gorgeous
>hi
<insinuatewhose>you seem like someone I really would like to get to know
>really?
<insinuatewhose>I don't got a profile here yet but I have one here, http://gaydarguyz.com/bad
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     3/1/2007 4:05:19 AM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: simon@gaysimon.info
Date: 2006-11-27 21:42:00.0
Subject: Abuse Report

User: leeds_simon
Room: jibeweightensur Private Chat
Description: This man is an advert for a cam site

----------

Room Text:
<jibeweightensur>hey what's up
>dunno - what is up ?
<jibeweightensur>you seem interesting, care to chat?
>yes
>yes i am interesting
>yes i like to chat
<jibeweightensur>Steve here, 25, my stats and profile is at: http://gaydarguyz.com/wrestlercole
Berit
************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 4:05:12 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: mattyvx@hotmail.com
Date: 2006-11-27 21:40:00.0
Subject: Abuse Report

User: mattyxx
Room: insinuatewhose Private Chat
Description: someone advertising another site, seems like a chatbot, bit more clever than most... how come they keep doing this on chat?

----------

Room Text:
<insinuatewhose>hey gorgeous
>hey, hot pic
<insinuatewhose>just thought i'd hit you up for chat
>cool, where you from?
<insinuatewhose>cool, Steve here, no profile here yet but I have one at, http://gaydarguyz.com/sexydany
>??? im looking at your profile now buddy
>nice pic
<insinuatewhose>you into being bad on cam? if not you can just watch me? >;)
>you got msn?
>i have a cam
<insinuatewhose>cool, I'm geting ready to release a load and I'd like nothing more than for you to join me
>whats your address then
<insinuatewhose>I'll do whatever you want as long as you want
>do you have an address then
<insinuatewhose>brb people coming in our cam chatroom =)
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:05:04 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: j1mbo216@btopenworld.com
Date: 2006-11-27 21:40:00.0
Subject: Abuse Report

User: jay_lamp
Room: insinuatewhose Private Chat
Description: Scamming for card details - new site (gaydarguyz.com) set up to scam people for cams.

----------

Room Text:
<insinuatewhose>hey there how's your day goin
>hey :)
>pretty good, yours?
<insinuatewhose>how's the weather where you are? hope you don't mind chatting
>not at all, lol
>it's pretty grey
<insinuatewhose>Steve here,25, no profile here yet but I have one at, http://gaydarguyz.com/anfjock
>heh, hot pics, but i've spoken to several guys on here who have those things where you need to put in card details
>nothing at gaydarguyz.com, either
>if you're gonna try get card details off people, at least do a decent job of it, bub :)
<insinuatewhose>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a mic i can talk into
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 4:04:56 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: jay73jat@yahoo.co.uk
Date: 2006-11-27 21:35:00.0
Subject: Abuse Report

User: decent3
Room: insinuatewhose Private Chat
Description: Another Adult site model

----------

Room Text:
<insinuatewhose>hi
>yo
<insinuatewhose>just wanted to chat, u doin ok?
>yeah not bad
<insinuatewhose>Steve here,25, no profile here yet but I have one at, http://gaydarguyz.com/bad
Berit
*********************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:04:47 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: pwlich@hotmail.com
Date: 2006-11-27 21:24:00.0
Subject: Abuse Report

User: lichp
Room: insinuatewhose Private Chat
Description: Repeatedly sends messages pushing a pay site gaydarguyz

----------

Room Text:
<insinuatewhose>no cam needed or anything and I am on it now, come blow a load with me sexy
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 4:04:37 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: kgconway@hotmail.com
Date: 2006-11-27 21:20:00.0
Subject: Abuse Report

User: ...cityboy
Room: whosimmerse Private Chat
Description: I know you are dealing with this problem, so just letting you know of another!

Cheers.


----------

Room Text:
<whosimmerse>hey there what u up to
>hi there!
<whosimmerse>just wanted to hit you up for chat and maybe a little more
>with a link? no thanks.
<whosimmerse>I don't got a profile here yet but I have one here, http://gaydarguyz.com/kylewaters
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 4:04:29 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: jace146@hotmail.com
Date: 2006-11-27 21:11:00.0
Subject: Abuse Report

User: robby1975
Room: jibeweightensur Private Chat
Description: have and a numer of guys PVT me and they want me to join another web site gaydarguyz, its all just a con. its the 5th time and they always say the same thing


----------

Room Text:
<jibeweightensur>hello there
>hi
<jibeweightensur>how are you today?
>good and you
<jibeweightensur>no profile on here yet, just joined but you can check me out here,
http://gaydarguyz.com/cuteboys
>ok
<jibeweightensur>getting on cam and i wanna show off for you so we can get to know each other
>what about msn
<jibeweightensur>just get a free screenname and you can tell me what to do sexy
>bollocks your just a con
<jibeweightensur>no cam needed or anything and we are on it now, come blow a load with us
>your all crap
<jibeweightensur>brb gonna get some lube
>ol please
>dont pvt me again
Berit
**************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 4:04:21 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: jamie_dodger99@yahoo.com
Date: 2006-11-27 21:11:00.0
Subject: Abuse Report

User: jamie_dodger99
Room: insinuatewhose Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

Appears to be automated advert for another website (http://gaydarguyz.com/hardbod)

----------

Room Text:
<insinuatewhose>hi cutie
>Hi there.....sorry, I didn't notice popup
>U been waiting long?
<insinuatewhose>just thought i'd hit you up for chat
>OK.....so where abouts r u?
<insinuatewhose>Steve here, 25, my stats and profile is at: http://gaydarguyz.com/hardbod
>So you're an advert
<insinuatewhose>got my pics and stats on there and my cam is coming on
Berit
**************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 4:04:14 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-27 21:06:00.0
Subject: Abuse Report

User: .not_average
Room: insinuatewhose Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

Another spam

----------

Room Text:
<insinuatewhose>just wanted to chat, u doin ok?
> <smile>fine
>u?
<insinuatewhose>I'm new to this website but I got a profile here, http://gaydarguyz.com/soccer
>oh fuck off
>You have been reported to Gaydar
Berit
*****************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*****************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:04:06 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: pstapleton1960@aol.com
Date: 2006-11-27 21:05:00.0
Subject: Abuse Report

User: 1960peter
Room: insinuatewhose Private Chat
Description: i think it spam not intereacting with my chat

----------

Room Text:
<insinuatewhose>hey bud
>hi
<insinuatewhose>just thought i'd hit you up for chat
>thats fine
<insinuatewhose>i'm new here but you can see my pics here, http://gaydarguyz.com/bad
>how do i go on it
<insinuatewhose>i'm lookin for dudes to get off or watch me get off
>how does it work
<insinuatewhose>just get a free screenname on my page no cam needed and you can chat to me
>the link doesnt work
<insinuatewhose>I'll do whatever you want as long as you want
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:03:59 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: peterrank@supanet.com
Date: 2006-11-27 21:05:00.0
Subject: Abuse Report

User: dshl
Room: insinuatewhose Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.his

Is this a commercial profile..... we dont need to have this when we log in

----------

Room Text:
<insinuatewhose>hello hello
>Hello
<insinuatewhose>you seem like someone I really would like to get to know
>and why is that
<insinuatewhose>cool, Steve here, no profile here yet but I have one at, http://gaydarguyz.com/college
>but that will cost
<insinuatewhose>got my pics and stats on there and my cam is coming on
>but it will still cost
<insinuatewhose>cool, I'm geting ready to release a load and I'd like nothing more than for you to join me
>bit it will stll cost me
<insinuatewhose>my st8 roomie is gonna let me blow him on cam, so cmon
>I think I would rather have a wank on my own
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:03:51 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: scoteee1@hotmail.com
Date: 2006-11-27 20:59:00.0
Subject: Abuse Report

User: scoteee
Room: jibeweightensur Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.
is this another spam we seem to be getting a lot of them

----------

Room Text:
<jibeweightensur>hey gorgeous
>how come i cant see your profile
<jibeweightensur>just thought i'd hit you up for chat
>lol
>dont even know who you are
<jibeweightensur>Steve here,25, no profile here yet but I have one at, http://gaydarguyz.com/stevek
>are you touting for new members
<jibeweightensur>getting on cam and i wanna show off for you so we can get to know each other
>where you based
<jibeweightensur>if you want, you can get a free screenname right on my profile page and watch me u don't
need a cam
>is this another attempt to get my credit details
Berit
*****************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*****************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 4:03:44 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: basingstoke26@hotmail.com
Date: 2006-11-27 20:58:00.0
Subject: Abuse Report

User: basingstoke26
Room: insinuatewhose Private Chat
Description: i can't believe they are even using "gaydar addresses" for this spam now!

----------

Room Text:
<insinuatewhose>hey dude
>hi
<insinuatewhose>just thought i'd hit you up for chat
>nice profile
<insinuatewhose>Steve here,25, no profile here yet but I have one at, http://gaydarguyz.com/soccer
>hmm. you're ugly
Berit
******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:03:35 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: sebastian.kola-bankole@tht.org.uk
Date: 2006-11-27 20:57:00.0
Subject: Abuse Report

User: tht.sebastian
Room: jibeweightensur Private Chat
Description: Automated profile leading me to an external website.

----------

Room Text:
<jibeweightensur>hi
>hi there
<jibeweightensur>just thought i'd hit you up for chat
>did u want to ask me about something?
<jibeweightensur>cool, Steve here, no profile here yet but I have one at, http://gaydarguyz.com/wildjock
>i see
<jibeweightensur>i'm lookin for dudes to get off or watch me get off
Berit
****************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
****************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 4:03:25 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: dannyfoster@btinternet.com
Date: 2006-11-27 20:53:00.0
Subject: Abuse Report

User: techiedan
Room: jibeweightensur Private Chat
Description: fake

----------

Room Text:
<jibeweightensur>no profile on here yet, just joined but you can check me out here,
http://gaydarguyz.com/bstud
>FUCK OFF
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:03:17 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: orko104@hotmail.com
Date: 2006-11-27 20:46:00.0
Subject: Abuse Report

User: lukestoke2006
Room: jibeweightensur Private Chat
Description: Scam Again!

----------

Room Text:
<jibeweightensur>hi baby
>Evening, how're u?
<jibeweightensur>how are you today?
>am ok cheers, you?
<jibeweightensur>i'm new here but you can see my pics here, http://gaydarguyz.com/wannab
Berit
*******************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:03:07 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: hughpenney@ntlworld.com
Date: 2006-11-27 20:42:00.0
Subject: Abuse Report

User: outdoorlad99a
Room: insinuatewhose Private Chat
Description: link to a commercial site

----------

Room Text:
<insinuatewhose>yo bro
>hi
<insinuatewhose>you are gorgeous, what you doing?
>cheers mate
>like your pic too
<insinuatewhose>no profile here yet but you can check me out here, http://gaydarguyz.com/sexydany
>is that commercial?
<insinuatewhose>getting on cam and i wanna show off for you so we can get to know each other
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 4:03:00 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: niksyrag@hotmail.com
Date: 2006-11-27 20:38:00.0
Subject: Abuse Report

User: parking_at_rear
Room: jibeweightensur Private Chat
Description: spammer

----------

Room Text:
<jibeweightensur>cool, Steve here, no profile here yet but I have one at, http://gaydarguyz.com/male
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 4:02:52 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: richards0090@hotmail.com
Date: 2006-11-27 20:29:00.0
Subject: Abuse Report

User: wood_man
Room: whosimmerse Private Chat
Description: Please check this profile out....?

----------

Room Text:
<whosimmerse>hey bud
>Why your profile is invalid....?
<whosimmerse>you seem cool, care to chat?
>Why your profile is invalid
<whosimmerse>I'm new to the whole gay thing but I got a profile here, http://gaydarguyz.com/stevek
>So what is this new scam all about......?
<whosimmerse>Steve here,25, no profile here yet but I have one at, http://gaydarguyz.com/wannab
>No dont talk shit you cant be in the open chat room if you dont even have a profile on gaydar...!!!!
Berit
*********************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 4:02:44 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: pauldmcardle@hotmail.com
Date: 2006-11-27 20:29:00.0
Subject: Abuse Report

User: cooper_s_boi
Room: jibeweightensur Private Chat
Description: not real person

----------

Room Text:
<jibeweightensur>hey sexy
>hi
<jibeweightensur>you are gorgeous, what you doing?
>...
<jibeweightensur>no profile on here yet, just joined but you can check me out here,
http://gaydarguyz.com/younggun
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:02:36 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: mram_00@yahoo.com.ar
Date: 2006-11-27 20:11:00.0
Subject: Abuse Report

User: mar29_croydon
Room: insinuatewhose Private Chat
Description: This person is a concealed escort who is using this chat room to advertise his services. He contacted me before, I reported him and now he's back on the chatroom with another username.

----------

Room Text:
<insinuatewhose>hi
>hi
<insinuatewhose>just wanted to see if you'd like to chat
>are you an escort?
>im reporting you
<insinuatewhose>no profile here yet but you can check me out here, http://gaydarguyz.com/stevek
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:** support@gaydar.co.uk
**Sent:** 3/1/2007 4:02:25 AM
**To:** paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:** Message from gaydar support

.

From: thomas.jones17@btinternet.com
Date: 2006-11-27 19:58:00.0
Subject: Abuse Report

User: trackievers
Room: insinuatewhose Private Chat
Description: insinuatewhose is another one of those twats who try to get you to pay to see them. i have report once already to gaydar nice to see you are doing something about it.

one pissed off customer

----------

Room Text:
<insinuatewhose>u uncut dude?
>yea mate
<insinuatewhose>just thought i'd hit you up for chat
>ok mate
>what you into?
<insinuatewhose>no profile on here yet, just joined but you can check me out here,
http://gaydarguyz.com/bstud
>thanks mate but dont pay to watch someone having a wank
>i am
>not theat desperate
>or ugly
<insinuatewhose>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a mic i can talk into
>or that rich that i would want to give someone i have never meet me cash
>so why dont you just FUCK OFF you TWAT
<insinuatewhose>cool, I'm geting ready to release a load and I'd like nothing more than for you to join me
>people like you should not be allowed on gaydar
>have you got the message yet
<insinuatewhose>no cam needed or anything and I am on it now, come blow a load with me sexy
>FUCK OFF AND DIE
>still no answer from u
<insinuatewhose>brb people coming in our cam chatroom =)
>time wasting fuckin twat
<insinuatewhose>cmon guy, be real, hahaha !!
>no fuck you
<insinuatewhose>hmm
>cunt cash grabbing twat
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or

employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 4:02:16 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: jimmyladlondon@hotmail.com
Date: 2006-11-27 19:52:00.0
Subject: Abuse Report

User: hot-male.com
Room: insinuatewhose Private Chat
Description: I gettin really fed up Gaydar! In the chat I am constanly being sent messages
from fake automated profiles leading me to other gay sites to sign upto.
What is going on. If this is nothing to do with Gaydar then you guys
seem to be in danger of large junk inteference???

Please sort it out.

----------

Room Text:
<insinuatewhose>hey what's up
>alrite?
<insinuatewhose>how's your day so far?
>not bad uÀ
>?
>u from lOn?
>Lon
<insinuatewhose>no profile here yet but you can check me out here, http://gaydarguyz.com/kylewaters
>k
<insinuatewhose>got my pics and stats on there and my cam is coming on
>and?
<insinuatewhose>if you want, you can get a free screenname right on my profile page and watch me
>why wud I want that?
<insinuatewhose>my st8 roomie is gonna let me blow him on cam, so cmon
>whatever. ur not my type
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:02:09 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: mangr007@yahoo.com
Date: 2006-11-27 19:50:00.0
Subject: Abuse Report

User: bisexman.
Room: insinuatewhose Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

profiles like that keep appearing

----------

Room Text:
<insinuatewhose>wassup buddy
>all ok and u
<insinuatewhose>you seem interesting, care to chat?
>no problem
<insinuatewhose>I'm new to the whole gay thing but I got a profile here, http://gaydarguyz.com/wildjock
>ok will check
<insinuatewhose>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a
mic i can talk into
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:01:59 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: damon1uk@excite.com
Date: 2006-11-27 19:48:00.0
Subject: Abuse Report

User: damon1uk
Room: jibeweightensur Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

probable spammer ??
gaydarguyz.com/kylewaters

----------

Room Text:
<jibeweightensur>hello hello
>hi
<jibeweightensur>you are gorgeous, what you doing?
>nothing
>wot chat room u in
<jibeweightensur>I don't got a profile here yet but I have one here, http://gaydarguyz.com/kylewaters
>then how u see my pic if no profile
<jibeweightensur>getting on cam and both of us showing off together is a new hobby of ours
>but u already said ud seen me
<jibeweightensur>cool, I'm geting ready to release a load and I'd like nothing more than for you to join me
>wot chat rooms u in on here
<jibeweightensur>I got two of my friends here that are gonna join in they like to be watched
>im not into girls
<jibeweightensur>brb come watch me
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 4:01:51 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: jfortun@vodafone.net
Date: 2006-11-27 19:43:00.0
Subject: Abuse Report

User: jimichubi
Room: jibeweightensur Private Chat
Description: this is the third time I have been in a conversation with someone in Private Chat that trys to direct
me to an external website!! And in this case two at the same time with an identical "script! tyoe thing!!! I realise
this is not abusive as such. Just I think it is an abuse of the serivce!!!!

----------

Room Text:
<jibeweightensur>hi, whre are you
>uxbridge, west london kinda way, you?
<jibeweightensur>you seem like someone I really would like to get to know
>really? what makes ya say that? where abouts are you?
<jibeweightensur>I don't got a profile here yet but I have one here, http://gaydarguyz.com/bad
>this is weird, I am have a conversation that is word for word in another window and both directing me to that
website!!!
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 4:01:43 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: saburton1980@hotmail.com
Date: 2006-11-27 19:43:00.0
Subject: Abuse Report

User: bonesey
Room: insinuatewhose Private Chat
Description: advertising commercial cam site

----------

Room Text:
<insinuatewhose>hey there how goes it?
>im good fella just in from work u?
<insinuatewhose>you are gorgeous, what you doing?
>about to get in shower
>lol
>u got anymore pics
<insinuatewhose>no profile here yet but you can check me out here, http://gaydarguyz.com/super
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 4:01:35 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: jfortun@vodafone.net
Date: 2006-11-27 19:41:00.0
Subject: Abuse Report

User: jimichubi
Room: insinuatewhose Private Chat
Description: this is the third time I have been contacted by someone in chat directing me to this website... find this sightly suspicous!!!!

----------

Room Text:
<insinuatewhose>hi, whre are you
>west lon
<insinuatewhose>you seem like someone I really want to talk to
>where you?
<insinuatewhose>I don't got a profile here yet but I have one here, http://gaydarguyz.com/wildjock
>this is weird, I am have a conversation that is word for word in another window and both directing me to that website!!
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 4:01:27 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: dl_thug@hotmail.co.uk
Date: 2006-11-27 19:41:00.0
Subject: Abuse Report

User: ..luva
Room: insinuatewhose Private Chat
Description: and anuva fake! wots goin on wit gaydar?

----------

Room Text:
<insinuatewhose>hi cutie
>is dis a fake?
<insinuatewhose>you seem like someone I really want to talk to
>uh-huh
<insinuatewhose>I'm new to the whole gay thing but I got a profile here, http://gaydarguyz.com/super
Berit
******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:01:18 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: sebastian.kola-bankole@tht.org.uk
Date: 2006-11-27 19:39:00.0
Subject: Abuse Report

User: tht.sebastian
Room: insinuatewhose Private Chat
Description: Automated profile directing you to an external website

----------

Room Text:
<insinuatewhose>hey bud
> hi there
<insinuatewhose>you seem like someone I really would like to get to know
>ok
<insinuatewhose>i'm new here but you can see my pics here, http://gaydarguyz.com/bad
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**    support@gaydar.co.uk
**Sent:**    3/1/2007 4:01:10 AM
**To:**    paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: matt_rendu1980@yahoo.co.uk
Date: 2006-11-27 19:32:00.0
Subject: Abuse Report

User: mattmcmlxxx
Room: whosimmerse Private Chat
Description: Commercial profile I think?

Matt

----------

Room Text:
<whosimmerse>hey there how's your day goin
>good you?
>how come ur profile is inactive?
<whosimmerse>just wanted to hit you up for chat and maybe a little more
>ok
>cant see ur profile mate
<whosimmerse>I am new to this whole gay thing but I got a profile here, http://gaydarguyz.com/college
>cool
>got a pic?
<whosimmerse>getting on cam and showing off is a new hobby of mine
>u trade?
>need to pay for cams right?
<whosimmerse>if you want, you can get a free screenname right on my profile page and watch me u don't need a cam
>u commercial?
<whosimmerse>my st8 roomie is gonna let me blow him on cam, so cmon
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:01:02 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: erikhants@yahoo.co.uk
Date: 2006-11-27 19:30:00.0
Subject: Abuse Report

User: erikhants
Room: insinuatewhose Private Chat
Description: spam

----------

Room Text:
<insinuatewhose>hello there
>alright
<insinuatewhose>you seem like someone we'd liek to chat with
>nope
<insinuatewhose>Steve here,25, no profile here yet but I have one at, http://gaydarguyz.com/super
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 4:00:54 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: sardomoro@hotmail.it
Date: 2006-11-27 19:28:00.0
Subject: Abuse Report

User: ......sardinia
Room: insinuatewhose Private Chat
Description: Plese read our chat.
thanks

----------

Room Text:
<insinuatewhose>u uncut dude?
>YES MATE!
<insinuatewhose>you seem like someone we'd liek to chat with
>SENT MSG
<insinuatewhose>I am new to this whole gay thing but I got a profile here, http://gaydarguyz.com/cutest
Berit
*************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 4:00:47 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: baflat@yahoo.com
Date: 2006-11-27 19:26:00.0
Subject: Abuse Report

User: bafla
Room: whosimmerse Private Chat
Description: this guy seems to be using a false profile to get me to go to another site

----------

Room Text:
<whosimmerse>hey dude
>hi
<whosimmerse>you seem interesting, care to chat?
>can't open your profile - are YOU interesting? <wink>
<whosimmerse>no profile on here yet, just joined but you can check me out here,
http://gaydarguyz.com/younggun
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**         support@gaydar.co.uk
**Sent:**         3/1/2007 4:00:38 AM
**To:**           paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: erikhants@yahoo.co.uk
Date: 2006-11-27 19:23:00.0
Subject: Abuse Report

User: erikhants
Room: jibeweightensur Private Chat
Description: spam

----------

Room Text:
<jibeweightensur>whats up man
>ok here thanks
<jibeweightensur>how's the weather where you are? hope you don't mind chatting
>im just about to leave actually
<jibeweightensur>no profile here yet but you can check me out here, http://gaydarguyz.com/younggun
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 4:00:29 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: hornymates@hotmail.co.uk
Date: 2006-11-27 19:16:00.0
Subject: Abuse Report

User: upformeetnow06
Room: insinuatewhose Private Chat
Description: advertising other site.

----------

Room Text:
<insinuatewhose>hello hello
>hi
<insinuatewhose>just thought i'd hit you up for chat
>cool
>where are u
<insinuatewhose>I am new to this whole gay thing but I got a profile here, http://gaydarguyz.com/kylewaters
>where are u
<insinuatewhose>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a
mic i can talk into
>where are u
<insinuatewhose>cool, I'm geting ready to release a load and I'd like nothing more than for you to join me
>where are u
<insinuatewhose>my st8 roomie is gonna let me blow him on cam, so cmon
Berit
****************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
****************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:00:21 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: gimme.some@mac.com
Date: 2006-11-27 19:05:00.0
Subject: Abuse Report

User: .gimmesome
Room: insinuatewhose Private Chat
Description: Same bloke as before. Different profile name.
Hawking some other webcam site.
Persistant and VERY annoying.


----------

Room Text:
<insinuatewhose>hey there how's your day goin
>Going good.
>You?
<insinuatewhose>you are gorgeous, what you doing?
>Thanks! Just chilling after work...
>You got more pics?
<insinuatewhose>I am new to this whole gay thing but I got a profile here, http://gaydarguyz.com/bad
>Send me some pics on here.
<insinuatewhose>if ur into watchin just get a free screename and come watch, you dont need a cam
Berit
**************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:00:12 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: jon.windsor@gmail.com
Date: 2006-11-27 19:02:00.0
Subject: Abuse Report

User: earlscourt_bb
Room: insinuatewhose Private Chat
Description: seems to be another fake profile

----------

Room Text:
<insinuatewhose>hey
>hi
<insinuatewhose>just wanted to hit you up for chat and maybe a little more
>sounds cool
<insinuatewhose>I'm new to the whole gay thing but I got a profile here, http://gaydarguyz.com/male
>nice pic,
<insinuatewhose>got my pics and stats on there and my cam is coming on
>where are you?
<insinuatewhose>cool, I'm geting ready to release a load and I'd like nothing more than for you to join me
>okay..
<insinuatewhose>I'll do whatever you want as long as you want
>nice one
<insinuatewhose>brb, few dudes comin into my cam session, i'll be waiting for u
Berit
*****************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*****************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      3/1/2007 4:00:04 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: junkstuff121212@hotmail.com
Date: 2006-11-27 18:59:00.0
Subject: Abuse Report

User: hairy_bloke
Room: jibeweightensur Private Chat
Description: Another advert

----------

Room Text:
<jibeweightensur>yo bro
>hi there
>hows things
<jibeweightensur>just wanna chat, Cole here, what's your name?
>Damien
>where are you based?
<jibeweightensur>Steve here,25, no profile here yet but I have one at, http://gaydarguyz.com/wrestlercole
>ok mate
>I'll check it out
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        3/1/2007 3:59:50 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: laszlohajdu@hotmail.com
Date: 2006-11-27 18:58:00.0
Subject: Abuse Report

User: _laz
Room: insinuatewhose Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.
and an other bug

----------

Room Text:
<insinuatewhose>whats up man
>not much
>u?
<insinuatewhose>just wanted to hit you up for chat and maybe a little more
>cool
>ask away
<insinuatewhose>no profile on here yet, just joined but you can check me out here,
http://gaydarguyz.com/cutest
Berit
************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       3/1/2007 3:59:16 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

www.gaydarguyz.com

From: springbok@vodafone.ie
Date: 2006-11-27 18:55:00.0
Subject: Abuse Report

User: springbok2005
Room: insinuatewhose Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.
Another one! from insinuatewhose

----------

Room Text:
<insinuatewhose>u uncut dude?
>no got all my bits and ieces
<insinuatewhose>you seem interesting, care to chat?
>yeah, just be awarevgot other guys talking to as well
<insinuatewhose>I'm new to the whole gay thing but I got a profile here, http://gaydarguyz.com/magnum
>really?
<insinuatewhose>getting on cam and i wanna show off for you so we can get to know each other
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     2/28/2007 12:39:53 PM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: sanddunedude@hotmail.co.uk
Date: 2006-11-21 05:23:00.0
Subject: Abuse Report

User: penybony831
Room: idyllthorough18 Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of
your profile.
im being approached by people wishing ti nsell their sell thir bodoes on cam i am noy approaching then they bare
pestering me this looks like prostitution and i dont like lots on here doing itso im putting the wind uio them when
they do it


----------

Room Text:
<idyllthorough18>hey there how goes it?
>hi
<idyllthorough18>you seem like someone I really would like to get to know
>i seem like someone who has jusr realised he left the windows open lol and its pouring lol
>mm
<idyllthorough18>I'm new to the whole gay thing but I got a profile here, http://pr.gaydarcams.net/dream
>i dont look ast profilres away fom here
<idyllthorough18>getting on cam and showing off is a new hobby of mine
>im a gaydar monitor and you are noted
<idyllthorough18>if ur into watchin just get a free screename and come watch, you dont need a cam
>goodby
<idyllthorough18>I'll do whatever you want as long as you want
>your addt will be deleted within a timeslot
>addy
<idyllthorough18>brb people coming in our cam chatroom =)
>monitors watching you lot
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:39:45 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: mr_alexisabc@hotmail.com
Date: 2006-11-21 04:21:00.0
Subject: Abuse Report

User: styleco.
Room: forbearenroute Private Chat
Description: This user is getting guys to put in their credit card details onto an unsecure site to watch him jerk off on cam...

----------

Room Text:
<forbearenroute>hi
>hello
>how r u?
<forbearenroute>just thought i'd hit you up for chat
>thats cool
<forbearenroute>I am new to this whole gay thing but I got a profile here, http://pr.gaydarcams.net/soccer
>cool
<forbearenroute>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a mic i can talk into
>your details have been fowarded to gaydar mangement to be cancelled.
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**       2/28/2007 12:39:36 PM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: luv_bmw_760li@hotmail.com
Date: 2006-11-21 03:11:00.0
Subject: Abuse Report

User: puvi_77
Room: forbearenroute Private Chat
Description: Spam! trying to get me to go to another site where i have to pay

----------

Room Text:
<forbearenroute>hey
>howdy
<forbearenroute>how are you today?
>Wornout..but good!
<forbearenroute>I don't got a profile here yet but I have one here, http://pr.gaydarcams.net/younggun
>it dont work
<forbearenroute>getting on cam and both of us showing off together is a new hobby of ours
Berit
************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 12:39:27 PM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: gayboi@freemail.com.au
Date: 2006-11-21 03:10:00.0
Subject: Abuse Report

User: gayboiepping
Room: forbearenroute Private Chat
Description: These chat bots keep giving links to gaydarcams.net

----------

Room Text:
<forbearenroute>hello hello
>hi
<forbearenroute>just thought i'd hit you up for chat
>cheers
>hot pic :D
<forbearenroute>i'm new here but you can see my pics here, http://pr.gaydarcams.net/just
>sure, where are you located?
<forbearenroute>getting on cam and showing off is a new hobby of mine
>yeah
<forbearenroute>just get a free screenname on my page no cam needed and you can chat to me
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:39:19 PM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: jessie@students.lincoln.ac.uk
Date: 2006-11-21 03:09:00.0
Subject: Abuse Report

User: jpuff
Room: idyllthorough18 Private Chat
Description: Advertising (possible part of the credit card scam you alerted us to earlier)

----------

Room Text:
<idyllthorough18>yo bro
>hi
<idyllthorough18>just wanna chat, Cole here, what's your name?
>you got msn, tis easier to use?
<idyllthorough18>cool, Steve here, no profile here yet but I have one at, http://pr.gaydarcams.net/tsteel
Berit
*********************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:39:12 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: dannumberone@btinternet.com
Date: 2006-11-21 02:58:00.0
Subject: Abuse Report

User: gradeone
Room: idyllthorough18 Private Chat
Description: This is not exactly abuse, however I have come across a few of these 'people' on your chat server.
Firstly they never answer a question, and the things they type are always the same
I was wondering if one of your competitors had a computer that automatically typed stuff.

Its just really annoying!

Regards
Dan

----------

Room Text:
>hey...your profile is shown as inactive...
<idyllthorough18>you seem interesting, care to chat?
>how old are ya?
<idyllthorough18>I don't got a profile here yet but I have one here, http://pr.gaydarcams.net/cutest
>that says inactive too
>how old are you?
<idyllthorough18>you into being bad on cam? if not you can just watch me? >;)
>How old are you?
<idyllthorough18>just get a free screenname on my page no cam needed and you can chat to me
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:39:03 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: xmatias22@hotmail.com
Date: 2006-11-21 02:53:00.0
Subject: Abuse Report

User: xmatias22
Room: forbearenroute Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.a

----------

Room Text:
<forbearenroute>hello there
>hi there
<forbearenroute>just wanted to see if you'd like to chat
>i would be fine
<forbearenroute>cool, Steve here, no profile here yet but I have one at, http://pr.gaydarcams.net/bstud
Berit
************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        2/28/2007 12:38:49 PM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: gaydar_are_cunts@alexheylin.com
Date: 2006-11-21 02:09:00.0
Subject: Abuse Report

User: alex-h
Room: idyllthorough18 Private Chat
Description: Chat bot again

----------

Room Text:
<idyllthorough18>yo bro
>hey
<idyllthorough18>how's your day so far?
>coolta, just watching film in bed. how u?
<idyllthorough18>no profile on here yet, just joined but you can check me out here,
http://pr.gaydarcams.net/younggun
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 12:38:42 PM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: caladan1810@aim.com
Date: 2006-11-21 02:09:00.0
Subject: Abuse Report

User: caladan1810
Room: forbearenroute Private Chat
Description: username: forbearenroute open chat window and suggestd I look at this profile
http://pr.gaydarcams.net/sexydany which I believe was meant to be cam site however
points directly back to http://gaydar.co.uk

I had told the user I was not iterested in cam and then he proceeds to tell me
he's getting ready to release a load and he'd like noting more than for me to join him.

He initially said he didn't hae a profile on here however the profile states
Area : South Australia - Adelaide, City : Adelaide , Australia, Viewed 2397 Times
Last Visit : 20 November 2006.

Hope you can take care of this spammer.

----------

Room Text:
<forbearenroute>hey there how goes it?
>hello, doing well here and you?
<forbearenroute>you seem like someone we'd liek to chat with
>thank you :) always after a good chat with someone :)
<forbearenroute>no profile here yet but you can check me out here, http://pr.gaydarcams.net/sexydany
>right and you don't have a profile on here?
<forbearenroute>getting on cam and showing off is a new hobby of mine
>ok well... thanks for the invite but I'm not into cam sorry.
<forbearenroute>cool, I'm geting ready to release a load and I'd like nothing more than for you to join me
Berit
******************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
******************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 12:38:35 PM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: four_2_the_floor@hotmail.com
Date: 2006-11-21 02:06:00.0
Subject: Abuse Report

User: 4_2_the_floor
Room: forbearenroute Private Chat
Description: this seems to be an automated msg

----------

Room Text:
<forbearenroute>hey what's up
>hey
>nuttin much
>u
<forbearenroute>just thought i'd hit you up for chat
>ok kool :)
<forbearenroute>I am new to this whole gay thing but I got a profile here, http://pr.gaydarcams.net/just
>whereabout ya from
<forbearenroute>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a mic i can talk into
>ok u got msn??
<forbearenroute>if you want, you can get a free screenname right on my profile page and watch me u don't need a cam
>msn is easier
<forbearenroute>I got two of my friends here that are gonna join in they like to be watched
>do you have msn?
<forbearenroute>brb, few dudes comin into my cam session, i'll be waiting for u
>?"??
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:** support@gaydar.co.uk
**Sent:** 2/28/2007 12:38:27 PM
**To:** paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:** Message from gaydar support

.

From: keele@andymesa.co.uk
Date: 2006-11-21 01:44:00.0
Subject: Abuse Report

User: lipstick_lips
Room: idyllthorough18 Private Chat
Description: he's a spammer, trying to get people to sign on to other websites to watch them on cam or some
shit

----------

Room Text:
<idyllthorough18>yo bro
>hey
<idyllthorough18>just wanna chat, Cole here, what's your name?
>why wont it let me look at your profile?
<idyllthorough18>no profile here yet but you can check me out here, http://pr.gaydarcams.net/kingsize
>nah it wont let me
<idyllthorough18>getting on cam and i wanna show off for you so we can get to know each other
>??
>how?
<idyllthorough18>if you want, you can get a free screenname right on my profile page and watch me
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:38:05 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: euphoria_uk1@yahoo.co.uk
Date: 2006-11-21 01:09:00.0
Subject: Abuse Report

User: euphoria_uk1
Room: idyllthorough18 Private Chat
Description: Spammer robot rubbish!
Cheers

----------

Room Text:
<idyllthorough18>hey what's up
>hey nowts up <smile>
>n u?
<idyllthorough18>just wanna chat, Cole here, what's your name?
>more importantly whats up with your profile
>i'm Mike
>so where u from Cole
<idyllthorough18>i'm new here but you can see my pics here, http://pr.gaydarcams.net/bstud
>ah another robot eh!
>lets try usual works every time failsafe test
>coz anyhuman should manage this one
>what is 2 + 2
<idyllthorough18>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a mic i can talk into
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:37:55 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: patrickkuziw@hotmail.com
Date: 2006-11-21 00:52:00.0
Subject: Abuse Report

User: patrick_68
Room: idyllthorough18 Private Chat
Description: more spam guys adverstizine gaysames.net

----------

Room Text:
<idyllthorough18>how are you today?
>not bad and you
<idyllthorough18>no profile here yet but you can check me out here, http://pr.gaydarcams.net/bad
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**    support@gaydar.co.uk
**Sent:**    2/28/2007 12:37:48 PM
**To:**    paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: martin@scorcher-uk.com
Date: 2006-11-21 00:43:00.0
Subject: Abuse Report

User: musicker
Room: forbearenroute Private Chat
Description: 'nuff said?
Get rid of these wasters - they're taking up space, online.

----------

Room Text:
<forbearenroute>hey dude
>.
<forbearenroute>you seem cool, care to chat?
>.
<forbearenroute>I am new to this whole gay thing but I got a profile here, http://pr.gaydarcams.net/brendon
>.
<forbearenroute>got my pics and stats on there and my cam is coming on
>.
<forbearenroute>just get a free screenname on my page no cam needed and you can chat to me
>.
<forbearenroute>my st8 roomie is gonna let me blow him on cam, so cmon
>.
<forbearenroute>brb people coming in our cam chatroom =)
>.
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:37:39 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: will_fox69@hotmail.com
Date: 2006-11-21 00:42:00.0
Subject: Abuse Report

User: rainbowman699
Room: idyllthorough18 Private Chat
Description: dont know who this person is but they talkin crap and have no profile, have spoken sort of to someone like it before but it seems like an auto mated response or something

----------

Room Text:
<idyllthorough18>hey sexy
>hello
<idyllthorough18>you seem interesting, care to chat?
>i would but i cant view ur profile!
>it says "inactive profile?
<idyllthorough18>I don't got a profile here yet but I have one here, http://pr.gaydarcams.net/brendon
>where are you?
<idyllthorough18>got my pics and stats on there and my cam is coming on
Berit
*************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*************************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:37:05 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: ---REMOVED---
Date: 2006-11-21 00:18:00.0
Subject: Abuse Report

User: ..hmxlon
Room: idyllthorough18 Private Chat
Description: 3rd guy not genuine but touting webcam

----------

Room Text:
<idyllthorough18>hey
>hi
<idyllthorough18>how are you today?
>im good thnx u?
<idyllthorough18>no profile on here yet, just joined but you can check me out here,
http://pr.gaydarcams.net/hardbod
Berit
*************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 12:36:44 PM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: stuart.anderson21@btinternet.com
Date: 2006-11-20 21:59:00.0
Subject: Abuse Report

User: ...oirubmynuts
Room: idyllthorough18 Private Chat
Description: hello looks like another user with one of those hacker sites!

----------

Room Text:
<idyllthorough18>hey there how's your day goin
>ok and u
<idyllthorough18>just wanted to chat, u doin ok?
>yea
<idyllthorough18>i'm new here but you can see my pics here, http://pr.gaydarcams.net/wannab
>ok
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:36:37 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: purplenoise@hotmail.com
Date: 2006-11-20 21:54:00.0
Subject: Abuse Report

User: purplenoise
Room: idyllthorough18 Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

FAKE PROFILE WHICH IS ON HERE TO ADVERTISE PORN SITES

----------

Room Text:
<idyllthorough18>hey dude
>hi
>how r u
<idyllthorough18>you seem like someone we'd liek to chat with
>why is that?
<idyllthorough18>I am new to this whole gay thing but I got a profile here, http://pr.gaydarcams.net/wildjock
>fuck off
>are people really stupid enough to fall for your shite advertising!
>wankers
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        2/28/2007 12:36:30 PM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: russell_sims09@hotmail.com
Date: 2006-11-20 21:54:00.0
Subject: Abuse Report

User: lucky_rus
Room: forbearenroute Private Chat
Description: advertising other site

----------

Room Text:
>hot body
<forbearenroute>you seem like someone I really want to talk to
>really??
>why is that?
>or is that sarcastic??
<forbearenroute>Steve here,25, no profile here yet but I have one at, http://pr.gaydarcams.net/hardbod
>hmm i think i reported u the other day
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 12:36:23 PM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-20 21:41:00.0
Subject: Abuse Report

User: kerunk
Room: UK Kent Cruising
Description: cherck out that web site
gaydar cams

----------

Room Text:
<cockneygeeza>lol cheeky
<cockneygeeza>how u doin anyway?
<bromleyman39>Bromley north area – looking to suck and swallow a load now - meet
now ??............................pvt if ur interested
<bromleyman39>Bromley north area – looking to suck and swallow a load now - meet
now ??............................pvt if ur interested
<anothergoodidea>Coolio thanks
<anothergoodidea>You going to the QA friday hun?
<nakedandproud>Anyone around south London (like Bromley!) interested in meeting up?
<anothergoodidea>If you are, you can drive me, its your turn
<cockneygeeza>dunno have to see babe, but it should be kewl :D
<cockneygeeza>another party down QA?
<anothergoodidea>Good girl
<anothergoodidea>My house, half u7 ok
<harveysex>Evening guys!
<cockneygeeza>hehe wikid
>hiya guys
<anothergoodidea>See u Friday then Neil =]
<cockneygeeza>btw i left my jacket in rainbows lol
<anothergoodidea>Chris I mean
<expara009>hi another xx
<anothergoodidea>I left my scarf there but Bea is picking it up for me
<a.n.t.s>my birthday party bash shiraz, pls pls come
<anothergoodidea>Yo para
<cockneygeeza>ooo im coming :D:D
<anothergoodidea>He just said he is with me Chris, dear me, old age love?
<expara009>xx boo to you xx
<nakedandproud>Anyone around south London (like Bromley!) interested in meeting up?
<cockneygeeza>i asked tyler and he said my jacekts still there, hes seen it
<anothergoodidea>Yeah they're cleaning the bar with it
<cockneygeeza>lol thatd make the bar dirtier
<anothergoodidea>True ...

&lt;nicio&gt;Hi everyone, I am in hotel in Rochester, looking to meet now, plse pvt, pics to xchange
&lt;anothergoodidea&gt;Right my programmes on so better go .. laters all x
&lt;expara009&gt;looking 4 a meet in the week pvt me if you up 4 it
&lt;cockneygeeza&gt;laters J
&lt;a.n.t.s&gt;not anotohr soap jamey xxxxxxx
&lt;stpa&gt;yeah bye jamey
&lt;a.n.t.s&gt;yeah bye jamey lol
&lt;stpa&gt;woteva jamey
&lt;a.n.t.s&gt;woteva lol
&lt;stpa&gt;go watch Gardeners World then jamey
&lt;expara009&gt;this is shit going to have a coffee
&lt;jp01970&gt;Evening Guys
&lt;a.n.t.s&gt;hi jp xxx
&lt;jp01970&gt;Hi ants
&lt;jp01970&gt;I see things haven't changed while I've been away. lol
&lt;bexleysublad&gt;BI SUB LAD &lt;&lt;&lt;&lt;&lt; CAN ACCOM TOMOZ LATE MORNING &lt;&lt;&lt;&lt;&lt;&lt;&lt;&lt; bexley
&lt;welshdragonsfd&gt;oooh ants?
&lt;a.n.t.s&gt;u mean so much excitement
&lt;a.n.t.s&gt;hey welsh, so u eventually speak lol
&lt;jp01970&gt;I guess you could call it that. lol
&lt;welshdragonsfd&gt;i said ello ages ago :op
&lt;ashfrd&gt;anyone come to ashford
&lt;the_shagger&gt;hi rob baby
&lt;welshdragonsfd&gt;ermmmm, anothergoodidea (jamey) is really cute for a 26 yr old hehe
&lt;a.n.t.s&gt;oh soz love
&lt;a.n.t.s&gt;yeaah not bad for at least 28 lol
&lt;a.n.t.s&gt;isnt that right neil lol
&lt;welshdragonsfd&gt;is he??
&lt;b1rdman&gt;Hi All
&lt;welshdragonsfd&gt;are they authentic pics tho?
&gt;hes been 26 for a few .............
&lt;stomper_stu&gt;tunbridge wells area ne1?
&lt;stomper_stu&gt; &lt;cool&gt; &lt;cool&gt; &lt;cool&gt; pvt me
&lt;stpa&gt;28.......yeah if u say so chris
&lt;a.n.t.s&gt;oh yes iIndeed welsh
&lt;welshdragonsfd&gt;hmmmm hes very young lookin for 28 lol
&lt;a.n.t.s&gt;yeah known him years love
&lt;stpa&gt;since he was at school wasnt it chris?
&lt;nicio&gt;Hi everyine, I am in hotel in Rochester, looking to meet now, plse pvt, pics to xchange
&lt;al_1979&gt;any smooth, slim and young boy here looking to have fun with ahairy middle eastern boy in kent ?
&lt;a.n.t.s&gt;neil, xxxxxxxxxx biatch xxxxxxxxxxxx
&lt;stpa&gt;woteva
&lt;a.n.t.s&gt;just because u aint cumming to my party
&lt;stpa&gt;i am out to dinner with 15 girls/women......darling
&lt;stpa&gt;oh and 2 other fags too
&lt;al_1979&gt;any smooth, slim and young boy here looking to have fun with ahairy middle eastern boy in kent ?
&lt;al_1979&gt;any smooth, slim and young boy here looking to have fun with ahairy middle eastern boy in kent ?
&lt;welshdragonsfd&gt;15 girls/women???? sounds like hell to me :op
&lt;stpa&gt;why......were all girlies
&lt;welshdragonsfd&gt;speak for urself mr
&lt;welshdragonsfd&gt;im all man
&lt;stpa&gt;i was love
&lt;jp01970&gt;Tonbridge anyone?. Pvt ok
&lt;welshdragonsfd&gt;PMSL and if u believe that u'll believe anything &lt;laugh&gt; &lt;laugh&gt;
&lt;stpa&gt;woteva
&lt;bexleysublad&gt;BI SUB LAD &lt;&lt;&lt;&lt;&lt; CAN ACCOM TOMOZ LATE MORNING &lt;&lt;&lt;&lt;&lt;&lt;&lt;&lt; bexley

\<welshdragonsfd\>i was takin piss out of myself @ stpa
\<damaged_goods\> \<yawn\>
\<welshdragonsfd\>*nudges damaged* wake up bitch :op
\<stpa\>babes....i know.....i'm just in one of those unloved moods tonight.......so pay no notice to me
\<nicio\>Hi everyone, I am in hotel in Rochester, looking to meet now, plse pvt, pics to xchange
\<welshdragonsfd\>awwwwww *hugs*
\<a.n.t.s\>hey NEIL whats with all this woteva lark
\<stpa\>wot fucking lark?
\<stpa\>i'm in a funny mood babes
\<bijedi69\>anyone here near dartford?
\<stpa\>not funny hah ha though
\<nighthaunt\>How many other people getting pvt invites to go watch guys just need to register with a free
username - must give credit card detaisl though - hah no charges for security - is everyone getting em?
\<a.n.t.s\>well snap out of it pls xxxxxxxx
\<jp01970\>Would never have guessed stpa
\<welshdragonsfd\>ermmm nope @ night
\<al_1979\>any smooth, slim and young boy here looking to have fun with a 27 , hairy, middle eastern in kent ?
PVT
\<stpa\>thanx jp.........!
\<welshdragonsfd\>not so far anyways
\<a.n.t.s\>both sandy and i have nighthaunt
\<cockneygeeza\>do u really like it? is it is it wikid?
\<the_shagger\>folkestone ashford dover any 1 pvt ok
\<jp01970\>Yes got those invites and deleted them
\<a.n.t.s\>best way jp xxxx
\<stpa\>hell no..i maxed me credit card trying to look at all that cock
\<nighthaunt\>watch it - smells like a scam to me - one of the links had http://pr.gaydarcams.com/hardbod -
makes it seem like a gaydar licenced product but nothing to do with it - dont give your card details out guys -
looks like might be a scam
\<bexleysublad\>BI SUB LAD \<\<\<\<\< CAN ACCOM TOMOZ LATE MORNING \<\<\<\<\<\<\<\<\< bexley
\<nakedandproud\>Orpington anyone?
\>tell gaydar support
\<a.n.t.s\>hey good evening kentlad x
\<kentlad_25\>Good evening all
\<kentlad_25\>hi ants
Berit
*********************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 12:36:15 PM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: chris.lovitt@tht.org.uk
Date: 2006-11-20 21:38:00.0
Subject: Abuse Report

User: tht.chris
Room: idyllthorough18 Private Chat
Description: Hi Guys
Another automated conversation designed to get me to go to a pay web cam site :-(

Chris

----------

Room Text:
<idyllthorough18>hey dude
>hey
<idyllthorough18>you seem interesting, care to chat?
>sure
>u used netreach before?
<idyllthorough18>Steve here, 25, my stats and profile is at: http://pr.gaydarcams.net/wildjock
>so is this an automated conversation?
Berit
*****************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*****************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:36:07 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: zemciug@hotmail.com
Date: 2006-11-20 20:57:00.0
Subject: Abuse Report

User: zemciug
Room: forbearenroute Private Chat
Description: is this correct spam? http://pr.gaydarcams.net/sexydany
This profile is offering me to contact him by cam, and i suppose it's spam.

Greetings


----------

Room Text:
<forbearenroute>hey sexy
>hi
<forbearenroute>you seem cool, care to chat?
>sure
>but my english it's no so good nowadays as it used to be!
>lol
<forbearenroute>Steve here,25, no profile here yet but I have one at, http://pr.gaydarcams.net/sexydany
<forbearenroute>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a mic i can talk into
Berit
**********************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:36:01 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: formula@blueyonder.co.uk
Date: 2006-11-20 20:53:00.0
Subject: Abuse Report

User: formula1000
Room: idyllthorough18 Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

more rubbish from these automated msgs

----------

Room Text:
<idyllthorough18>hey sexy
>hi how are you
<idyllthorough18>how are you today?
>i am good thanks
<idyllthorough18>I'm new to this website but I got a profile here, http://pr.gaydarcams.net/kylewaters
>qwsedr
<idyllthorough18>got my pics and stats on there and my cam is coming on
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:35:52 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: pepamarcos@hotmail.com
Date: 2006-11-20 20:52:00.0
Subject: Abuse Report

User: eromeno
Room: forbearenroute Private Chat
Description: Hello, I think this user is advertising sexual services without a comercial profile.
You may want to check it out.
Thank you

----------

Room Text:
<forbearenroute>hey bud
>Hi
<forbearenroute>you seem cool, care to chat?
>thanks
<forbearenroute>cool, Steve here, no profile here yet but I have one at, http://pr.gaydarcams.net/younggun
>I'll have to go out for dinner in aminute
<forbearenroute>just get a free screenname and you can tell me what to do sexy
>I'm not interested
<forbearenroute>no cam needed or anything i'm on it now, come check me out
>no
>I'm not
<forbearenroute>brb come watch me
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     2/28/2007 12:35:45 PM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: five_5_pack@hotmail.com
Date: 2006-11-20 20:49:00.0
Subject: Abuse Report

User: play-a-boy
Room: forbearenroute Private Chat
Description: this is another link to divert you to another site there is far too many of
these now in the gaydar chat rooms as a paying gaydar customer
I am not happy as to the service I am receiving

----------

Room Text:
>hola chico que tal?
<forbearenroute>just thought i'd hit you up for chat
>who me?
<forbearenroute>Steve here, 25, my stats and profile is at: http://pr.gaydarcams.net/wildjock
Berit
************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:35:36 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: andyc@excite.com
Date: 2006-11-20 10:55:00.0
Subject: Abuse Report

User: compandy
Room: martialintellig Private Chat
Description: How can this guy be in chat when he has no profile? The responses received look automated to me, and he is advertsing going to another site to view his profile.

----------

Room Text:
<martialintellig>yo bro
>hi
<martialintellig>you seem like someone I really want to talk to
>oh, why's that?
<martialintellig>no profile here yet but you can check me out here, http://gaydarcams.net/tsteel
>how can you be on the chat without having a profile?
<martialintellig>getting on cam and i wanna show off for you so we can get to know each other
>...
<martialintellig>cool, I'm geting ready to release a load and I'd like nothing more than for you to join me
>tell me how you can be in chat without being a gaydar member
<martialintellig>no cam needed or anything i'm on it now, come check me out
Berit
*************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 12:35:28 PM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: fitirishlad06@hotmail.com
Date: 2006-11-20 10:20:00.0
Subject: Abuse Report

User: fitirishlad06
Room: scenedisprove Private Chat
Description: spam

----------

Room Text:
<scenedisprove>wassup buddy
>no profile
<scenedisprove>just wanted to see if you'd like to chat
>ok
>age
<scenedisprove>Steve here, 25, my stats and profile is at: http://gaydarcams.net/wildjock
>ah more spam i see
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:35:20 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: abailey@it.net.au
Date: 2006-11-20 10:13:00.0
Subject: *Support Query from 'pilgrim'

COMPLAINT ..... SCAMMING THROUGH THE CHATROOMS

this guy "scenedisprove" is using the chatroom to entice guys into a PAID website ie
http://gaydarcams.net/hardbod

if this site IS associated with gaydar (as the name suggests) SHAME ... if not, then you have a job to
do

if it IS assocaited with gaydar, then you are committing an offence under Federal Trace Practices Law
... misleading adverstising ... gaolable offence!!

if not, then you need to stop thse guys sneaking up on people in the chatrooms .. its not the first time

please give me a response by tomorrow ...

thank you

Allan

PS I have saved his chatroom message with this link .........
<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.0 Transitional//EN">
<HTML><HEAD>
<META http-equiv=Content-Type content="text/html; charset=windows-1252">
<META content="MSHTML 6.00.2900.2995" name=GENERATOR>
<STYLE></STYLE>
</HEAD>
<BODY bgColor=#ffffff>
<DIV><FONT color=#0000ff>COMPLAINT  ..... SCAMMING THROUGH THE
CHATROOMS</FONT></DIV>
<DIV><FONT color=#0000ff></FONT> </DIV>
<DIV><FONT color=#0000ff>this guy "scenedisprove" is using the chatroom to
entice guys into a PAID website  ie  <A
href="http://gaydarcams.net/hardbod">http://gaydarcams.net/hardbod</A>
</FONT></DIV>
<DIV><FONT color=#0000ff></FONT> </DIV>
<DIV><FONT color=#0000ff>if this site IS associated with gaydar (as the name
suggests)  SHAME  ... if not, then you have a job to do</FONT></DIV>
<DIV><FONT color=#0000ff></FONT> </DIV>
<DIV><FONT color=#0000ff>if it IS assocaited with gaydar, then you are
committing an offence under Federal Trace Practices Law ... misleading

adverstising ... gaolable offence!! </FONT></DIV>
<DIV><FONT color=#0000ff></FONT> </DIV>
<DIV><FONT color=#0000ff>if not, then you need to stop thse guys sneaking up on
people in the chatrooms .. its not the first time</FONT></DIV>
<DIV><FONT color=#0000ff></FONT> </DIV>
<DIV><FONT color=#0000ff>please give me a response by tomorrow ...
</FONT></DIV>
<DIV><FONT color=#0000ff></FONT> </DIV>
<DIV><FONT color=#0000ff>thank you</FONT></DIV>
<DIV><FONT color=#0000ff></FONT> </DIV>
<DIV><FONT color=#0000ff>Allan </FONT></DIV>
<DIV><FONT color=#0000ff></FONT> </DIV>
<DIV><FONT color=#0000ff>PS  I have saved his chatroom message with this
link ......... </FONT></DIV></BODY></HTML>
Berit
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# support@gaydar.co.uk

**From:** support@gaydar.co.uk
**Sent:** 2/28/2007 12:35:14 PM
**To:** paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:** Message from gaydar support

.

From: reflectionstc@btinternet.com
Date: 2006-11-20 10:12:00.0
Subject: Abuse Report

User: men4massage
Room: martialintellig Private Chat
Description: spam robot getting really fed up with this as a paying client i am seriously considering closing my profile

----------

Room Text:
>hi sorry about that got disconnected
<martialintellig>I am new to this whole gay thing but I got a profile here, http://gaydarcams.net/sexydany
Berit
**********************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        2/28/2007 12:35:05 PM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: ya_flammin_mongruel@hotmail.com
Date: 2006-11-20 10:12:00.0
Subject: Abuse Report

User: yahotcountryboi
Room: scenedisprove Private Chat
Description: promoting web cameras links

----------

Room Text:
<scenedisprove>no profile on here yet, just joined but you can check me out here,
http://gaydarcams.net/college
>fuck you
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     2/28/2007 12:34:57 PM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: thebarbican@yahoo.co.uk
Date: 2006-11-20 10:09:00.0
Subject: Abuse Report

User: buttmutt
Room: scenedisprove Private Chat
Description: This is a spam profile

----------

Room Text:
<scenedisprove>hi cutie
>hiya
>hows you ?
<scenedisprove>just thought i'd hit you up for chat
>spam ?
>good lord
<scenedisprove>Steve here,25, no profile here yet but I have one at, http://gaydarcams.net/wildjock
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:34:50 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: sparklingsparkles@hotmail.com
Date: 2006-11-20 09:41:00.0
Subject: Abuse Report

User: newie_sparkles
Room: scenedisprove Private Chat
Description: there seems to be alot of new profiles chating to people to get people to gon their page

----------

Room Text:
<scenedisprove>hey sexy
>hi
<scenedisprove>you seem interesting, care to chat?
>how old u?
<scenedisprove>I'm new to this website but I got a profile here, http://gaydarcams.net/bstud
>nup
<scenedisprove>getting on cam and showing off is a new hobby of mine
>no u dont
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**    support@gaydar.co.uk
**Sent:**    2/28/2007 12:34:43 PM
**To:**    paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: cablehack@yahoo.com
Date: 2006-11-20 09:34:00.0
Subject: Abuse Report

User: trekrider
Room: scenedisprove Private Chat
Description: This is one of a few automated spam bots that have been appearing of late.
This one even had an inactive profile.

----------

Room Text:
<scenedisprove>yo bro
>hey
<scenedisprove>you seem like someone I really want to talk to
>really?
<scenedisprove>i'm new here but you can see my pics here, http://gaydarcams.net/super
>looks like spam
>time to report you
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        2/28/2007 12:34:36 PM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: studio@gaydarradio.com
Date: 2006-11-20 08:24:00.0
Subject: Abuse Report

User: gaydarradio.com
Room: martialintellig Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

Advertising

----------

Room Text:
<martialintellig>hey man
>hi
<martialintellig>you seem interesting, care to chat?
>I am on air at the mo
<martialintellig>i'm new here but you can see my pics here, http://gaydarcams.net/wrestlercole
Berit
*************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*************************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     2/28/2007 12:34:28 PM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: kgconway@hotmail.com
Date: 2006-11-20 08:19:00.0
Subject: Abuse Report

User: ...cityboy
Room: scenedisprove Private Chat
Description: This is another of these "spam" pvt's. Cheers.

----------

Room Text:
<scenedisprove>hi baby
>hello!
<scenedisprove>you seem like someone I really want to talk to
>And let me guess, you are going to send me a link ...
<scenedisprove>no profile here yet but you can check me out here, http://gaydarcams.net/younggun
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:** support@gaydar.co.uk
**Sent:** 2/28/2007 12:34:21 PM
**To:** paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:** Message from gaydar support

.

From: belfusion@hotmail.com
Date: 2006-11-20 05:38:00.0
Subject: Abuse Report

User: cruzer30
Room: scenedisprove Private Chat
Description: Hi there. Just advising of another spam scam.

Cheers

----------

Room Text:
<scenedisprove>just wanna chat, Cole here, what's your name?
>Heath
>chat or not, always good to know who you're talking to
<scenedisprove>I don't got a profile here yet but I have one here, http://gaydarcams.net/tsteel
>Ah. NO THANKS
<scenedisprove>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a mic i can talk into
>NO THANKS
scenedisprove has quit chat
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        2/28/2007 12:34:11 PM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: rocketjordan@hotmail.com
Date: 2006-11-20 04:26:00.0
Subject: Abuse Report

User: rocketlaser
Room: scenedisprove Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.
hi there looks like spam /cam guys r getting into gaydar now cna this be stopped??/
this has happened few times to me via pvt msging over last few weeks

----------

Room Text:
<scenedisprove>hey bud
>hi
<scenedisprove>you seem like someone we'd liek to chat with
>who is we?? and where is details in profile??
>r u adbot??
<scenedisprove>i'm new here but you can see my pics here, http://gaydarcams.net/cutest
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:34:02 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: gaz_butch@msn.com
Date: 2006-11-20 03:27:00.0
Subject: Abuse Report

User: pocketgaz86
Room: martialintellig Private Chat
Description: i know you are aware of the problem, but here is another candidate to ban

Gary

----------

Room Text:
>hello
<martialintellig>you seem interesting, care to chat?
> <laugh>
<martialintellig>Steve here, 25, my stats and profile is at: http://gaydarcams.net/anfjock
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:33:54 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: illmatic@leocosmos.com
Date: 2006-11-20 03:21:00.0
Subject: Abuse Report

User: illmatik
Room: scenedisprove Private Chat
Description: Hello, i have received numerous "chats" later by people claiming to be "new here" and asking to open a link

"gaydarcams.net" something that are only ads.


the later has been from somebody "scenedisprove"

i don't know if this is part of gaydar but i seriously doubt.

Best Regards,


Alex


----------

Room Text:
<scenedisprove>hey what's up
>hello
<scenedisprove>just thought i'd hit you up for chat
>well, what can i say?
>you got me!!!
<scenedisprove>i'm new here but you can see my pics here, http://gaydarcams.net/tsteel
>oh got enough with those ads
Berit
****************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
****************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        2/28/2007 12:33:40 PM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: visualscope@hotmail.com
Date: 2006-11-20 03:03:00.0
Subject: Abuse Report

User: ryguy9935
Room: scenedisprove Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile. spam bot

----------

Room Text:
<scenedisprove>hi, whre are you
>hi how are you
>im in australia
<scenedisprove>you seem like someone I really want to talk to
>do i !
<scenedisprove>I don't got a profile here yet but I have one here, http://gaydarcams.net/younggun
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 12:33:33 PM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: bub.bear@iinet.net.au
Date: 2006-11-20 01:49:00.0
Subject: Abuse Report

User: hairygreekguy
Room: scenedisprove Private Chat
Description: advertising, gaydarcams.net

----------

Room Text:
<scenedisprove>I'm new to the whole gay thing but I got a profile here, http://gaydarcams.net/bad
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:33:25 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: riverlance@gmail.com
Date: 2006-11-20 01:49:00.0
Subject: Abuse Report

User: riverlance
Room: scenedisprove Private Chat
Description: This account is a bot and is advertising a cam site.


----------

Room Text:
<scenedisprove>hey there how's your day goin
>pretty good.. how bout urs?
<scenedisprove>you seem like someone I really want to talk to
>is this a bot?
>:P
<scenedisprove>Steve here,25, no profile here yet but I have one at, http://gaydarcams.net/sexydany
>hey bot how were you programmed?
>1011110001111000011111
>0000111110000111000011111
>1001101111011011011110101
<scenedisprove>got my pics and stats on there and my cam is coming on
>0001110001110001110011
>100011110111101101101111110
>1101010101010101010110111000
>This is funny
<scenedisprove>just get a free screenname and you can tell me what to do sexy
Berit
******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:33:17 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: gaydar@leoonline.co.uk
Date: 2006-11-20 00:38:00.0
Subject: Abuse Report

User: leoonline22
Room: martialintellig Private Chat
Description: spam advert AGAIN!! Please don't let this turn into what happened to gay.com a few years ago!

Put in extra security measures, record ip addresses of the spammers and ban them from the website.

This is the second one tonight i've had!

----------

Room Text:
<martialintellig>hello there
>hi
<martialintellig>you seem cool, care to chat?
>sure if u have a pic?
<martialintellig>no profile on here yet, just joined but you can check me out here, http://gaydarcams.net/male
>SPAM ADVERT AGAIN!!!
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:33:10 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: londnundrgrnd@aol.com
Date: 2006-11-20 00:28:00.0
Subject: Abuse Report

User: londonundrgrnd
Room: martialintellig Private Chat
Description: Dear Gaydar,

Just to let you know this profile "martialintellig" as you can see from the message sent to me, is not a real person, but an automated program asking me to visit some other commercial website.

Thought I'd let you know

x


----------

Room Text:
<martialintellig>hey you are gorgeous
>hi
>i was away
>thanks <wink>
<martialintellig>you are gorgeous, what you doing?
>oh Im just doing some work
>first time i logged on here
>in a long time
<martialintellig>I am new to this whole gay thing but I got a profile here, http://gaydarcams.net/kingsize
>oh
>u are not real
>you are an automated program?
<martialintellig>i'm lookin for dudes to get off or watch me get off
Berit
****************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
****************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 12:33:01 PM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: jjsdoc@aol.com
Date: 2006-11-20 00:21:00.0
Subject: Abuse Report

User: anure
Room: martialintellig Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.Commercial contact unwelcome


----------

Room Text:
<martialintellig>I don't got a profile here yet but I have one here, http://gaydarcams.net/just
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     2/28/2007 12:32:54 PM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: skinpup06@hotmail.co.uk
Date: 2006-11-20 00:21:00.0
Subject: Abuse Report

User: pup.pup
Room: martialintellig Private Chat
Description: This member is pvting me for commerical links.....which i believe is against gaydar membership
rules.

----------

Room Text:
<martialintellig>hi cutie
>hows u
<martialintellig>you seem interesting, care to chat?
>no probs
<martialintellig>no profile on here yet, just joined but you can check me out here, http://gaydarcams.net/stevek
>no thanks
>sorry.
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 12:32:46 PM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: azabachebcn@hotmail.com
Date: 2006-11-19 23:52:00.0
Subject: Abuse Report

User: weltgetummel
Room: scenedisprove Private Chat
Description: spam

----------

Room Text:
<scenedisprove>hey bud
>hey
<scenedisprove>just wanted to see if you'd like to chat
>yes this is a chat, isn't it?
>are u in USA or now in Spain for holiday or something?
<scenedisprove>Steve here,25, no profile here yet but I have one at, http://gaydarcams.net/college
Berit
************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     2/28/2007 12:32:38 PM
**To:**     paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-19 23:41:00.0
Subject: Abuse Report

User: anactiveguy
Room: scenedisprove Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

profiles like that keep clikcing me and ask to join a site for web camera

----------

Room Text:
<scenedisprove>hello hello
>hello
<scenedisprove>just wanted to hit you up for chat and maybe a little more
>its ok
>where r u?
<scenedisprove>no profile here yet but you can check me out here, http://gaydarcams.net/tsteel
>so where r u?
<scenedisprove>you into being bad on cam? if not you can just watch me? >;)
>r u in uk?
<scenedisprove>just get a free screenname and you can tell me what to do sexy
>can u answr my question?
Berit
*****************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*****************************************************************

# support@gaydar.co.uk

**From:**    support@gaydar.co.uk
**Sent:**    2/28/2007 12:32:32 PM
**To:**    paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: jdeig@eircom.net
Date: 2006-11-19 23:25:00.0
Subject: Abuse Report

User: jaayd
Room: scenedisprove Private Chat
Description: this guy is a commercial cam site

----------

Room Text:
<scenedisprove>u uncut dude?
>HI
>WHERE R U?
<scenedisprove>you seem interesting, care to chat?
>where r u in the us r ireland?
<scenedisprove>I am new to this whole gay thing but I got a profile here, http://gaydarcams.net/soccer
>r u running a commercial site?
<scenedisprove>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a mic i can talk into
>wont be giving you my cc details to watch u
<scenedisprove>just get a free screenname and you can tell me what to do sexy
>to get screen name you have to put in cc details
<scenedisprove>I'll do whatever you want as long as you want
>give me an msn address and i'll watch through it
<scenedisprove>brb, few dudes comin into my cam session, i'll be waiting for u
Berit
**************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     2/28/2007 12:32:25 PM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: frankiov@hotmail.com
Date: 2006-11-19 23:23:00.0
Subject: Abuse Report

User: frankiov
Room: scenedisprove Private Chat
Description: he is promoting this site www.gaydarcams.net/soccer

----------

Room Text:
<scenedisprove>hey there how's your day goin
>hy
<scenedisprove>you seem interesting, care to chat?
>wow your profile is empty
<scenedisprove>i'm new here but you can see my pics here, http://gaydarcams.net/soccer
>ou es tu?
<scenedisprove>getting on cam and showing off is a new hobby of mine
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:32:14 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: anythingulike@ntlworld.com
Date: 2006-11-19 23:13:00.0
Subject: Abuse Report

User: anythingulike
Room: martialintellig Private Chat
Description: advert

----------

Room Text:
<martialintellig>wassap bro
>not any thing at all at the monent
<martialintellig>you seem like someone I really would like to get to know
>do i you can tell tht by 1 sentence
<martialintellig>cool, Steve here, no profile here yet but I have one at, http://gaydarcams.net/stevek
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 12:32:07 PM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: steve@steve-k.co.uk
Date: 2006-11-19 23:11:00.0
Subject: Abuse Report

User: saintste
Room: martialintellig Private Chat
Description: Started pvt chat and directed to http://gaydarcams.net/hardbod

Replies with random stuff about cam shows, adbot??

----------

Room Text:
<martialintellig>hey there how's your day goin
>not too bad ta, how's yours?
<martialintellig>just wanted to see if you'd like to chat
>yeah sure
<martialintellig>I'm new to this website but I got a profile here, http://gaydarcams.net/hardbod
>cool, will have a look
<martialintellig>getting on cam and showing off is a new hobby of mine
>lol, sounds like fun ;)
<martialintellig>if you want, you can get a free screenname right on my profile page and watch me
>how old r u
<martialintellig>I'll do whatever you want as long as you want
>age?
<martialintellig>brb, few dudes comin into my cam session, i'll be waiting for u
>bye
<martialintellig>brb gonna get some lube
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:32:00 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: real_dinner@yahoo.com
Date: 2006-11-19 23:11:00.0
Subject: Abuse Report

User: realdinner
Room: martialintellig Private Chat
Description: This guy is blatantly pushing another website. The chat is unsolicited.

----------

Room Text:
<martialintellig>hello hello
>Hello
<martialintellig>just thought i'd hit you up for chat
>OK - I'm just off to bed. You just caught me.
<martialintellig>I don't got a profile here yet but I have one here, http://gaydarcams.net/just
>Right
<martialintellig>getting on cam and both of us showing off together is a new hobby of ours
>OK
<martialintellig>if you want, you can get a free screenname right on my profile page and watch me u don't need a cam
>can't you do msn?
<martialintellig>no cam needed or anything i'm on it now, come check me out
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:31:53 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: guernseyboy@hotmail.com
Date: 2006-11-19 23:08:00.0
Subject: Abuse Report

User: guernseyboy
Room: martialintellig Private Chat
Description: member promoting commercial site via PM

----------

Room Text:
<martialintellig>yo bro
>hi
<martialintellig>just wanted to see if you'd like to chat
>I'm happy to chat :)
<martialintellig>Steve here, 25, my stats and profile is at: http://gaydarcams.net/soccer
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:31:44 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: fcmybody@hotmail.co.uk
Date: 2006-11-19 23:07:00.0
Subject: Abuse Report

User: fcmybody
Room: scenedisprove Private Chat
Description: pls remove ..this is bot

----------

Room Text:
<scenedisprove>u uncut dude?
>why
<scenedisprove>just wanted to chat, u doin ok?
>no
<scenedisprove>I'm new to the whole gay thing but I got a profile here, http://gaydarcams.net/kingsize
Berit
******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
******************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     2/28/2007 12:31:36 PM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: jason_gatwick@yahoo.co.uk
Date: 2006-11-19 22:53:00.0
Subject: Abuse Report

User: suklgw
Room: martialintellig Private Chat
Description: commercial

----------

Room Text:
>hi
<martialintellig>you seem like someone I really would like to get to know
>yea
>right
<martialintellig>no profile here yet but you can check me out here, http://gaydarcams.net/male
>yea, right
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:31:29 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: chin_pete@blueyonder.co.uk
Date: 2006-11-19 22:13:00.0
Subject: Abuse Report

User: chin_pete
Room: martialintellig Private Chat
Description: Comercial user, advertising other websites for cameras stating that was other profile, clearly not.

----------

Room Text:
<martialintellig>hi
>howdy
>you ok?
<martialintellig>just wanted to chat, u doin ok?
>im not bad, fucking knackered and icle bored, how is u?
<martialintellig>no profile here yet but you can check me out here, http://gaydarcams.net/bstud
Berit
**************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        2/28/2007 12:31:21 PM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: junkstuff121212@hotmail.com
Date: 2006-11-19 21:37:00.0
Subject: Abuse Report

User: hairy_bloke
Room: martialintellig Private Chat
Description: yet another advert...

----------

Room Text:
<martialintellig>hi cutie
>Cutie???
>lol
<martialintellig>you are gorgeous, what you doing?
>watching AI film on tv
>so... got a picture?
<martialintellig>I am new to this whole gay thing but I got a profile here, http://gaydarcams.net/soccer
>very cute
Berit
*********************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:31:14 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-19 21:25:00.0
Subject: Abuse Report

User: pozibottom
Room: scenedisprove Private Chat
Description: SPAM BOT

----------

Room Text:
<scenedisprove>hey
>yes?
<scenedisprove>just thought i'd hit you up for chat
>really? how fun
<scenedisprove>I don't got a profile here yet but I have one here, http://gaydarcams.net/younggun
>wow. maybe you can get one?
<scenedisprove>getting on cam and showing off is a new hobby of mine
>what was your old hobby?
<scenedisprove>if ur into watchin just get a free screename and come watch, you dont need a cam
>I have a cam.. you wanna watch me too?
<scenedisprove>no cam needed or anything and we are on it now, come blow a load with us
Berit
************************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 12:31:06 PM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: djldavies@hotmail.com
Date: 2006-11-19 20:32:00.0
Subject: Abuse Report

User: uncled
Room: martialintellig Private Chat
Description: is the a new scammer ?? using a gaydar name

----------

Room Text:
>hiya
<martialintellig>how's your day so far?
>good
<martialintellig>Steve here, 25, my stats and profile is at: http://gaydarcams.net/tsteel
>and yours
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 12:30:58 PM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: graham@commercialpools.co.za
Date: 2006-11-19 20:32:00.0
Subject: Abuse Report

User: greebo_za
Room: scenedisprove Private Chat
Description: what's with these "gaydarcams" things - someone hacking? I keep getting - usually from some
person claiming to be from Australia?

Cheers

Graham

----------

Room Text:
<scenedisprove>hey dude
>hiya
<scenedisprove>just thought i'd hit you up for chat
> <laugh> ok
<scenedisprove>cool, Steve here, no profile here yet but I have one at, http://gaydarcams.net/kingsize
>get lost
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:** support@gaydar.co.uk
**Sent:** 2/28/2007 12:30:51 PM
**To:** paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:** Message from gaydar support

.

From: dagromessex@hotmail.com
Date: 2006-11-19 20:27:00.0
Subject: Abuse Report

User: uknottingham
Room: martialintellig Private Chat
Description: You may want to be aware this is an advert and they now have started incorporating gaydar in their web address so it looks like its sponsored by gaydar

----------

Room Text:
<martialintellig>cool, Steve here, no profile here yet but I have one at, http://gaydarcams.net/just Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        2/28/2007 12:30:43 PM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: jamonbcn@hotmail.com
Date: 2006-11-19 20:08:00.0
Subject: Abuse Report

User: jamonbcn
Room: scenedisprove Private Chat
Description: again. Junk

----------

Room Text:
<scenedisprove>hey there how goes it?
>not too bad
>do you have pic?
<scenedisprove>just wanted to see if you'd like to chat
>no
>without pic
>no
<scenedisprove>I'm new to this website but I got a profile here, http://gaydarcams.net/soccer
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**  support@gaydar.co.uk
**Sent:**  2/28/2007 12:30:29 PM
**To:**  paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**  Message from gaydar support

.

From: sammycontact@hotmail.com
Date: 2006-11-19 20:01:00.0
Subject: Abuse Report

User: design4fun
Room: martialintellig Private Chat
Description: he want me to watch him on cam performing sex, and pay for it....please band this type of profile because they are just timewasters
Thanks

----------

Room Text:
<martialintellig>hey man
>hi
<martialintellig>you seem cool, care to chat?
>why not
>but up 4 a meet
>u?
<martialintellig>I don't got a profile here yet but I have one here, http://gaydarcams.net/college
>ok
<martialintellig>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a mic i can talk into
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:30:20 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: cannonwood@hotmail.com
Date: 2006-11-19 19:55:00.0
Subject: Abuse Report

User: cannonwood
Room: martialintellig Private Chat
Description: promoting external cam websites

----------

Room Text:
<martialintellig>hello there
>evening
<martialintellig>you seem cool, care to chat?
>just going out for some dinner....been on here too long
<martialintellig>Steve here,25, no profile here yet but I have one at, http://gaydarcams.net/anfjock
>no cam here
<martialintellig>getting on cam and i wanna show off for you so we can get to know each other
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:** support@gaydar.co.uk
**Sent:** 2/28/2007 12:30:14 PM
**To:** paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:** Message from gaydar support

.

From: crisn@vp.pl
Date: 2006-11-19 19:54:00.0
Subject: Abuse Report

User: kris19yo
Room: martialintellig Private Chat
Description: he s sending his commercial link http://gaydarcams.net/wildjock on here

----------

Room Text:
<martialintellig>yo bro
>yo
<martialintellig>how's your day so far?
>kool
<martialintellig>no profile here yet but you can check me out here, http://gaydarcams.net/wildjock
>i v been chating with you b4
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:30:07 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-19 19:35:00.0
Subject: Abuse Report

User: cub_candy
Room: scenedisprove Private Chat
Description: promoting websites outside of gaydar

----------

Room Text:
<scenedisprove>hi baby
>fuckoff
<scenedisprove>you are gorgeous, what you doing?
>fuckoff
<scenedisprove>I am new to this whole gay thing but I got a profile here, http://gaydarcams.net/tsteel
>this is a spam user and there is a lot of them lately, it is like some computer automated drone, can you do something about nthese please as it looks like they are using some macro to instigate this activit, this is the third one in the last hour and it is a SCAM.
Berit
******************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:29:59 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: joaoferreirauk@yahoo.com.br
Date: 2006-11-19 19:25:00.0
Subject: Abuse Report

User: .......helder
Room: scenedisprove Private Chat
Description: i dont think thats a real profile

----------

Room Text:
<scenedisprove>yo bro
>hi
<scenedisprove>you seem like someone we'd liek to chat with
>we? how many r u?
<scenedisprove>I don't got a profile here yet but I have one here, http://gaydarcams.net/soccer
>ah ok
<scenedisprove>i'm lookin for dudes to get off or watch me get off
>how old are u?
<scenedisprove>if ur into watchin just get a free screename and come watch, you dont need a cam
Berit
****************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
****************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     2/28/2007 12:29:49 PM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: mail@garfy.co.uk
Date: 2006-11-19 19:06:00.0
Subject: Abuse Report

User: garfy
Room: martialintellig Private Chat
Description: you seem to have a new breed of spammer, contents of private chat from martialintellig trying to get us to go to a web site

----------

Room Text:
<martialintellig>hi baby
>hi
<martialintellig>just thought i'd hit you up for chat
>tell me about u
<martialintellig>I'm new to the whole gay thing but I got a profile here, http://gaydarcams.net/just Berit
****************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
****************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 12:29:42 PM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: twisted_thoughts_warped_mind@yahoo.co.uk
Date: 2006-11-19 12:30:00.0
Subject: Abuse Report

User: bluefroguk
Room: formallysuitcom Private Chat
Description: User is linking to a spam webcam website.


----------

Room Text:
<formallysuitcom>wassap bro
>nothing you?
<formallysuitcom>you are gorgeous, what you doing?
>thanks.....shame i can;t seem you see youre profile - says it's inactive
>nothing much u?
<formallysuitcom>I'm new to this website but I got a profile here, http://gaydarcams.net/brendon
>very cute
>wherw you from?
<formallysuitcom>getting on cam and both of us showing off together is a new hobby of ours
>lemme guess....cough up my credit card details and i can watch!
<formallysuitcom>if you want, you can get a free screenname right on my profile page and watch me u don't
need a cam
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:29:36 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: de_vriespaul@hotmail.com
Date: 2006-11-19 11:09:00.0
Subject: Abuse Report

User: nothus
Room: weightlightingc Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.
He has not abused me,but has tried to sell himself by a commercial link.
http://gaydarcams.net/wildjock
I can expect this kind of contact at Yahoo chat,but NOT at Gaydar.Please keep this chatroom clean from
commercials.


----------

Room Text:
<weightlightingc>hey there how's your day goin
>Like every sunday,ralaxed!
<weightlightingc>you seem like someone I really want to talk to
>Ohhh,what makes you to deside?
<weightlightingc>I am new to this whole gay thing but I got a profile here, http://gaydarcams.net/wildjock
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:29:29 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: jonnyp42@hotmail.com
Date: 2006-11-19 10:12:00.0
Subject: Abuse Report

User: se1bikerguy
Room: formallysuitcom Private Chat
Description: attempting to redirect to fake external site gaydarcams.net/just

----------

Room Text:
<formallysuitcom>hey gorgeous
>hi there how r u?
<formallysuitcom>how are you today?
>good thanks ;-)
<formallysuitcom>i'm new here but you can see my pics here, http://gaydarcams.net/just
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

---

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:29:22 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: orko104@hotmail.com
Date: 2006-11-19 10:01:00.0
Subject: RE: Ref: 1060866 Abuse Report

No problem, thank you for getting onto it. I just thought it was better to
notify you regardless, either to provide you evidence of another incident of
unlicensed advertising on the site (especially as they use the name
gaydarcams.net, which implies it is still authorised and licensed by
yourselves) or to bring it to your attention generally to strengthen any
case you might choose to bring against them.

Kind regards and thanks for an otherwise awesome service

>From: support@gaydar.co.uk
>To: orko104@hotmail.com
>Subject: Ref: 1060866 Abuse Report
>Date: Sat, 18 Nov 2006 10:43:06 +0000 (GMT)
>MIME-Version: 1.0
>Received: from smtp10.qsoft.co.uk ([85.158.9.2]) by
>bay0-mc11-f6.bay0.hotmail.com with Microsoft SMTPSVC(6.0.3790.2444); Sat,
>18 Nov 2006 02:43:07 -0800
>Received: from mistercrocker (mistercrocker.qsoft [172.20.201.52])by
>smtp10.qsoft.co.uk (Postfix) with ESMTP id 6F50C2EC1C9for
><orko104@hotmail.com>; Sat, 18 Nov 2006 10:43:53 +0000 (GMT)
>X-Message-Info: LsUYwwHHNt3XeM8jGQraFXrJXhY5+zIPGR7KcdUKhw4=
>Return-Path: support@gaydar.co.uk
>X-OriginalArrivalTime: 18 Nov 2006 10:43:08.0317 (UTC)
>FILETIME=[55F0E4D0:01C70AFE]
>
> Hi,
>
>Thank you for your message,
>
>We know about this problem.
>
>At the moment we can only remove the profiles as we become aware of them.
>
>Our technical team are working on a way to keep them off the site.
>
>We apologise for the intrusion and the inconvenience.
>

>
>Regards
>
>
>Deidda
>
>*********************************************************************
>
>QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
>employees shall not be liable for the incorrect or incomplete
>transmission of this e-mail or any attachments, nor responsible
>for any delay in receipt. Any opinions expressed in this message are
>those of the author only and do not necessarily represent the views
>of QSoft Consulting Ltd or QSoft Media Ltd.
>
>*********************************************************************
>
>

_____
Be the first to hear what's new at MSN - sign up to our free newsletters!
http://www.msn.co.uk/newsletters
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:29:10 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: davidbest@vcommunities.com.au
Date: 2006-11-19 10:00:00.0
Subject: *Support Query from 'mr_sox"

Hi


I have been getting messages on chat that are inviting me to a free web cam thingy.


The last one came from a profile 'weightlightingc' - they say they want to chat – then ask you to go to HYPERLINK "http://gaydarcams.net/wildjock"http://gaydarcams.net/wildjock. I have not gone to the link – but I'm sure it is just advertising.


Can you look into this – I think it is spam – and is annoying.


Thanks


Mr Sox


--
No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.430 / Virus Database: 268.14.7/537 - Release Date: 11/17/2006 5:56 PM


<html xmlns:o="urn:schemas-microsoft-com:office:office"
xmlns:w="urn:schemas-microsoft-com:office:word" xmlns="http://www.w3.org/TR/REC-html40">

<head>

```
<META HTTP-EQUIV="Content-Type" CONTENT="text/html; charset=windows-1250">


<meta name=Generator content="Microsoft Word 11 (filtered medium)">
<style>
<!--
/* Style Definitions */
p.MsoNormal, li.MsoNormal, div.MsoNormal
{margin:0in;
margin-bottom:.0001pt;
font-size:12.0pt;
font-family:"Times New Roman";}
a:link, span.MsoHyperlink
{color:blue;
text-decoration:underline;}
a:visited, span.MsoHyperlinkFollowed
{color:purple;
text-decoration:underline;}
span.EmailStyle17
{mso-style-type:personal-compose;
font-family:Arial;
color:windowtext;}
@page Section1
{size:8.5in 11.0in;
margin:1.0in 1.25in 1.0in 1.25in;}
div.Section1
{page:Section1;}
-->
</style>

</head>

<body lang=EN-US link=blue vlink=purple>

<div class=Section1>

<p class=MsoNormal><font size=2 face=Arial><span style='font-size:10.0pt;
font-family:Arial'>Hi <o:p></o:p></span></font></p>

<p class=MsoNormal><font size=2 face=Arial><span style='font-size:10.0pt;
font-family:Arial'><o:p> </o:p></span></font></p>

<p class=MsoNormal><font size=2 face=Arial><span style='font-size:10.0pt;
font-family:Arial'>I have been getting messages on chat that are inviting me to
a free web cam thingy. <o:p></o:p></span></font></p>

<p class=MsoNormal><font size=2 face=Arial><span style='font-size:10.0pt;
font-family:Arial'><o:p> </o:p></span></font></p>

<p class=MsoNormal><font size=2 face=Arial><span style='font-size:10.0pt;
font-family:Arial'>The last one came from a profile 'weightlightingc'
- they say they want to chat – then ask you to go to <a
href="http://gaydarcams.net/wildjock">http://gaydarcams.net/wildjock</a>.  I
have not gone to the link – but I'm sure it is just advertising.
<o:p></o:p></span></font></p>
```

&lt;p class=MsoNormal&gt;&lt;font size=2 face=Arial&gt;&lt;span style='font-size:10.0pt;
font-family:Arial'&gt;&lt;o:p&gt; &lt;/o:p&gt;&lt;/span&gt;&lt;/font&gt;&lt;/p&gt;

&lt;p class=MsoNormal&gt;&lt;font size=2 face=Arial&gt;&lt;span style='font-size:10.0pt;
font-family:Arial'&gt;Can you look into this – I think it is spam –
and is annoying.&lt;o:p&gt;&lt;/o:p&gt;&lt;/span&gt;&lt;/font&gt;&lt;/p&gt;

&lt;p class=MsoNormal&gt;&lt;font size=2 face=Arial&gt;&lt;span style='font-size:10.0pt;
font-family:Arial'&gt;&lt;o:p&gt; &lt;/o:p&gt;&lt;/span&gt;&lt;/font&gt;&lt;/p&gt;

&lt;p class=MsoNormal&gt;&lt;font size=2 face=Arial&gt;&lt;span style='font-size:10.0pt;
font-family:Arial'&gt;Thanks&lt;o:p&gt;&lt;/o:p&gt;&lt;/span&gt;&lt;/font&gt;&lt;/p&gt;

&lt;p class=MsoNormal&gt;&lt;font size=2 face=Arial&gt;&lt;span style='font-size:10.0pt;
font-family:Arial'&gt;&lt;o:p&gt; &lt;/o:p&gt;&lt;/span&gt;&lt;/font&gt;&lt;/p&gt;

&lt;p class=MsoNormal&gt;&lt;font size=2 face=Arial&gt;&lt;span style='font-size:10.0pt;
font-family:Arial'&gt;&lt;o:p&gt; &lt;/o:p&gt;&lt;/span&gt;&lt;/font&gt;&lt;/p&gt;

&lt;p class=MsoNormal&gt;&lt;font size=2 face=Arial&gt;&lt;span style='font-size:10.0pt;
font-family:Arial'&gt;Mr Sox&lt;o:p&gt;&lt;/o:p&gt;&lt;/span&gt;&lt;/font&gt;&lt;/p&gt;

&lt;/div&gt;

&lt;/body&gt;

&lt;/html&gt;
&lt;BR&gt;

&lt;P&gt;&lt;FONT SIZE=2&gt;--&lt;BR&gt;
No virus found in this outgoing message.&lt;BR&gt;
Checked by AVG Free Edition.&lt;BR&gt;
Version: 7.5.430 / Virus Database: 268.14.7/537 - Release Date: 11/17/2006 5:56 PM&lt;BR&gt;
&lt;/FONT&gt; &lt;/P&gt;
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        2/28/2007 12:29:02 PM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: dwoodtas@hotmail.com
Date: 2006-11-19 09:57:00.0
Subject: Abuse Report

User: wilgc
Room: weightlightingc Private Chat
Description: Another ad

----------

Room Text:
<weightlightingc>just wanted to chat, u doin ok?
>yeah
<weightlightingc>I am new to this whole gay thing but I got a profile here, http://gaydarcams.net/sexydany
Berit
****************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     2/28/2007 12:28:54 PM
**To:**     paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: koolthing77@hotmail.com
Date: 2006-11-19 09:33:00.0
Subject: Abuse Report

User: amabile
Room: weightlightingc Private Chat
Description: Adbot

----------

Room Text:
<weightlightingc>hey man
>howdy
<weightlightingc>you seem like someone I really would like to get to know
>really? kewl!
<weightlightingc>i'm new here but you can see my pics here, http://gaydarcams.net/kingsize
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:28:47 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: steve_artis@hotmail.com
Date: 2006-11-19 09:17:00.0
Subject: Abuse Report

User: murphyslaw
Room: weightlightingc Private Chat
Description: another adbot

----------

Room Text:
<weightlightingc>hey there what u up to
>just chilling and chatting wat abt u
<weightlightingc>just thought i'd hit you up for chat
>ur profiles a bit vague lol
<weightlightingc>Steve here,25, no profile here yet but I have one at, http://gaydarcams.net/dream
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     2/28/2007 12:28:40 PM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: carlossogari@hotmail.com
Date: 2006-11-19 09:12:00.0
Subject: Abuse Report

User: aftermuscles
Room: weightlightingc Private Chat
Description: robotsssssssssssssssssssssssssssssssssssssssssssssssss

----------

Room Text:
<weightlightingc>hey man
>hey man
<weightlightingc>just wanted to hit you up for chat and maybe a little more
>u got it mate
<weightlightingc>no profile here yet but you can check me out here, http://gaydarcams.net/sexydany
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:28:25 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: carlossogari@hotmail.com
Date: 2006-11-19 09:12:00.0
Subject: Abuse Report

User: aftermuscles
Room: weightlightingc Private Chat
Description: robot shit

----------

Room Text:
<weightlightingc>hey man
>hey man
<weightlightingc>just wanted to hit you up for chat and maybe a little more
>u got it mate
<weightlightingc>no profile here yet but you can check me out here, http://gaydarcams.net/sexydany
Berit
*********************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:28:16 PM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.


From: relay12b@hotmail.com
Date: 2006-11-19 08:04:00.0
Subject: Abuse Report

User: screwbedo
Room: weightlightingc Private Chat
Description: This is another adbot - see log for details

----------

Room Text:
<weightlightingc>yo bro
>hi
<weightlightingc>how are you today?
>good thanks
<weightlightingc>no profile on here yet, just joined but you can check me out here,
http://gaydarcams.net/soccer
>what is 2+2?
<weightlightingc>you into being bad on cam? if not you can just watch me? >;)
>hi
<weightlightingc>cool, I'm geting ready to release a load and I'd like nothing more than for you to join me
>r u human
<weightlightingc>my st8 roomie is gonna let me blow him on cam, so cmon
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 12:28:10 PM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: bradleyj@fastmail.fm
Date: 2006-11-19 07:53:00.0
Subject: Abuse Report

User: vidocain
Room: weightlightingc Private Chat
Description: i think this is a bot

----------

Room Text:
<weightlightingc>hey dude
>hi
<weightlightingc>you seem cool, care to chat?
>sure, how's things?
<weightlightingc>I am new to this whole gay thing but I got a profile here, http://gaydarcams.net/wannab
>where r u?
<weightlightingc>got my pics and stats on there and my cam is coming on
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        2/28/2007 12:28:01 PM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: richlake15@hotmail.com
Date: 2006-11-19 07:40:00.0
Subject: Abuse Report

User: richie84_
Room: weightlightingc Private Chat
Description: this profile is a bot

----------

Room Text:
<weightlightingc>whats up man
>hey, not much, u?
<weightlightingc>how's the weather where you are? hope you don't mind chatting
>not bad
<weightlightingc>no profile here yet but you can check me out here, http://gaydarcams.net/kingsize
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 12:27:54 PM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: pool_shark01@hotmail.com
Date: 2006-11-19 07:39:00.0
Subject: Abuse Report

User: poolshark
Room: weightlightingc Private Chat
Description: hes an add

----------

Room Text:
<weightlightingc>hey dude
>hi
<weightlightingc>you seem cool, care to chat?
>sure
<weightlightingc>cool, Steve here, no profile here yet but I have one at, http://gaydarcams.net/tsteel
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:27:46 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: liampquinn@bigpond.com
Date: 2006-11-19 06:09:00.0
Subject: Abuse Report

User: liamq
Room: weightlightingc Private Chat
Description: Think this is SPAM

----------

Room Text:
<weightlightingc>hey there what u up to
>Hello
>how are you
<weightlightingc>how are you today?
>Good thanks
<weightlightingc>i'm new here but you can see my pics here, http://gaydarcams.net/hardbod
>Sure that is you ?
<weightlightingc>got my pics and stats on there and my cam is coming on
>Are you sure that is YOU
<weightlightingc>cool, I'm geting ready to release a load and I'd like nothing more than for you to join me
>SPAM
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 12:27:38 PM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: eire0072003@yahoo.com.au
Date: 2006-11-19 05:37:00.0
Subject: Abuse Report

User: quakerboy
Room: weightlightingc Private Chat
Description: spam

----------

Room Text:
<weightlightingc>hey there how's your day goin
>???
<weightlightingc>you seem like someone we'd liek to chat with
>???
<weightlightingc>I'm new to this website but I got a profile here, http://gaydarcams.net/college
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:27:31 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: vweuk@hotmail.com
Date: 2006-11-19 02:19:00.0
Subject: Abuse Report

User: 1fitlad
Room: formallysuitcom Private Chat
Description: spam chat msgs. asking me to goto another ( fake ) gaydar web site.

----------

Room Text:
<formallysuitcom>cool, Steve here, no profile here yet but I have one at, http://gaydarcams.net/college
>Cherry Bakewell
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 12:27:24 PM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: ukbabybear@aol.com
Date: 2006-11-19 02:18:00.0
Subject: Abuse Report

User: jonnose15
Room: formallysuitcom Private Chat
Description: Another annoying bot

Is there no way you can monitor for this kind of thing?


----------

Room Text:
<formallysuitcom>no profile on here yet, just joined but you can check me out here,
http://gaydarcams.net/tsteel
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        2/28/2007 12:27:17 PM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: sheehan_alan@hotmail.com
Date: 2006-11-19 02:10:00.0
Subject: Abuse Report

User: greensboro
Room: weightlightingc Private Chat
Description: bot

----------

Room Text:
<weightlightingc>hey man
>hi
>u in Melb?
<weightlightingc>you seem cool, care to chat?
>r u in Melb?????
<weightlightingc>Steve here,25, no profile here yet but I have one at, http://gaydarcams.net/magnum
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 12:27:08 PM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: patrickkuziw@hotmail.com
Date: 2006-11-19 02:01:00.0
Subject: Abuse Report

User: patrick_68
Room: weightlightingc Private Chat
Description: more spam adviertizing gaydarcams.net

----------

Room Text:
<weightlightingc>wassup buddy
>hi
<weightlightingc>you seem like someone we'd liek to chat with
>really
<weightlightingc>I am new to this whole gay thing but I got a profile here, http://gaydarcams.net/just
Berit
*********************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        2/28/2007 12:27:01 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: guynextdoor2004@hotmail.com
Date: 2006-11-19 01:41:00.0
Subject: Abuse Report

User: biboltonguy
Room: formallysuitcom Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

Think this is another comercial that you might want to look at ...


----------

Room Text:
<formallysuitcom>hey there how goes it?
>horny as hell m8 - you ?
<formallysuitcom>you seem interesting, care to chat?
>sure - you in Lonfdon or Lancs
<formallysuitcom>no profile here yet but you can check me out here, http://gaydarcams.net/bstud
>this another of those commercial sites that wants a credit card ???
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 12:26:51 PM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: fritz14@ntlworld.com
Date: 2006-11-19 01:38:00.0
Subject: Abuse Report

User: fritz14
Room: formallysuitcom Private Chat
Description: Not sure if this is some sort of advertising chatbot.. but id say so.. :)

----------

Room Text:
<formallysuitcom>hello there
>heyaa
<formallysuitcom>how's the weather where you are? hope you don't mind chatting
>heh course not
>its um
>dark
>and cold
<formallysuitcom>no profile here yet but you can check me out here, http://gaydarcams.net/wrestlercole
>ok
<formallysuitcom>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a mic i can talk into
>u advertising this site or something?
>cos i cant be arsed registereing
<formallysuitcom>cool, I'm geting ready to release a load and I'd like nothing more than for you to join me
>lol
<formallysuitcom>no cam needed or anything and we are on it now, come blow a load with us
>what is this, some sort of chat bot
Berit
*************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*************************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 12:26:44 PM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: gaydar@aquae.org.uk
Date: 2006-11-19 01:17:00.0
Subject: Abuse Report

User: merrynoise
Room: formallysuitcom Private Chat
Description: bot for http://gaydarcams.net/wildjock

----------

Room Text:
<formallysuitcom>hey sexy
>ah hello
<formallysuitcom>you seem interesting, care to chat?
>pretty knackered actually
>just got back from germany...
<formallysuitcom>Steve here,25, no profile here yet but I have one at, http://gaydarcams.net/wildjock
Berit
******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
******************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     2/28/2007 12:26:35 PM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: spitfire600979@hotmail.com
Date: 2006-11-19 00:37:00.0
Subject: Abuse Report

User: -zuma-
Room: formallysuitcom Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile. i think this profile is advertising on your site ilegally

----------

Room Text:
<formallysuitcom>hey bud
>hey
>interestin profile!!
<formallysuitcom>just wanted to chat, u doin ok?
>ok fella
<formallysuitcom>I'm new to the whole gay thing but I got a profile here, http://gaydarcams.net/kylewaters
>thats u..
>omg..
<formallysuitcom>got my pics and stats on there and my cam is coming on
>nwish i cold m8 i don't hav a credit card
<formallysuitcom>cool, I'm geting ready to release a load and I'd like nothing more than for you to join me
>i hav no credit card..
<formallysuitcom>no cam needed or anything and we are on it now, come blow a load with us
Berit
**************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:26:27 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: bored_bi_bloke@hotmail.com
Date: 2006-11-18 23:54:00.0
Subject: Abuse Report

User: bored_bi_bloke
Room: formallysuitcom Private Chat
Description: ban the muppet!!!

----------

Room Text:
<formallysuitcom>just wanted to hit you up for chat and maybe a little more
>where u to then?
<formallysuitcom>I am new to this whole gay thing but I got a profile here, http://gaydarcams.net/younggun
>ah
>right
>commercial crap
>i get it
>lol
Berit
*********************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     2/28/2007 12:24:49 PM
**To:**     paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: tietienne82@yahoo.fr
Date: 2006-11-18 23:44:00.0
Subject: Abuse Report

User: tietienne82
Room: weightlightingc Private Chat
Description: This user ask me to go to this website : http://gaydarcams.net/younggun

----------

Room Text:
<weightlightingc>hello hello
>hi
>do u have pics mate?
<weightlightingc>just wanted to hit you up for chat and maybe a little more
>any pics?
<weightlightingc>i'm new here but you can see my pics here, http://gaydarcams.net/younggun
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        2/28/2007 12:24:42 PM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: paul.easton@dsl.pipex.com
Date: 2006-11-18 23:05:00.0
Subject: Abuse Report

User: unclebaldy
Room: formallysuitcom Private Chat
Description: tries to get you to join pay webcam site.......

----------

Room Text:
<formallysuitcom>hey you are gorgeous
>blush
<formallysuitcom>you seem like someone I really want to talk to
>good listener
<formallysuitcom>i'm new here but you can see my pics here, http://gaydarcams.net/stevek
>pay site?
<formallysuitcom>getting on cam and showing off is a new hobby of mine
>solo or with friends?
<formallysuitcom>just get a free screenname and you can tell me what to do sexy
>dudesnudes webcams are better
<formallysuitcom>no cam needed or anything and I am on it now, come blow a load with me sexy
>not entering credit card details....
<formallysuitcom>brb, tons of people comin in to my cam show
>enjoy it then
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:24:35 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-18 22:42:00.0
Subject: Abuse Report

User: .escort-jamie84
Room: formallysuitcom Private Chat
Description: and another one...

----------

Room Text:
<formallysuitcom>hi
>hey
<formallysuitcom>you seem interesting, care to chat?
>perhaps but somethin tells me ure about to ask me to check ure pics on another site
<formallysuitcom>I don't got a profile here yet but I have one here, http://gaydarcams.net/kingsize
Berit
*******************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**    support@gaydar.co.uk
**Sent:**    2/28/2007 12:24:27 PM
**To:**    paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: daveoliver@hotmail.co.uk
Date: 2006-11-18 22:13:00.0
Subject: Abuse Report

User: kea.ie
Room: weightlightingc Private Chat
Description: this is spam

----------

Room Text:
<weightlightingc>hi
>hwdy
<weightlightingc>you seem like someone I really want to talk to
>go ahead
<weightlightingc>I'm new to the whole gay thing but I got a profile here, http://gaydarcams.net/anfjock
>spam
Berit
******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
******************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     2/28/2007 12:24:18 PM
**To:**     paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: bob@britguys.com
Date: 2006-11-18 22:09:00.0
Subject: Abuse Report

User: britguys.com
Room: weightlightingc Private Chat
Description: non commercial selling webcam

----------

Room Text:
<weightlightingc>whats up man
>hi, no pics on your profile - got some?
<weightlightingc>just wanna chat, Cole here, what's your name?
>Sean
<weightlightingc>cool, Steve here, no profile here yet but I have one at, http://gaydarcams.net/younggun
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:24:11 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: tim@timcrouch.wanadoo.co.uk
Date: 2006-11-18 22:04:00.0
Subject: Abuse Report

User: .t2000
Room: formallysuitcom Private Chat
Description: user trying to get people to scam website where u have to put your credit card details.

----------

Room Text:
<formallysuitcom>hey what's up
>Hey
>good thanks
>u?
<formallysuitcom>how's the weather where you are? hope you don't mind chatting
>where are u?
<formallysuitcom>Steve here,25, no profile here yet but I have one at, http://gaydarcams.net/kylewaters
>yeah right, nice try
<formallysuitcom>like what you see?
>sure - shame its a wind up
<formallysuitcom>just get a free screenname and you can tell me what to do sexy
>and whats in it for you?
<formallysuitcom>my st8 roomie is gonna let me blow him on cam, so cmon
>as i said, whats in it for u?
<formallysuitcom>brb people coming in our cam chatroom =)
Berit
************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 12:24:03 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: matijs_bruffaerts@hotmail.com
Date: 2006-11-18 21:51:00.0
Subject: Abuse Report

User: eyesclosed
Room: formallysuitcom Private Chat
Description: this guy is advertising some kinda porn thing,...well its a bot...

----------

Room Text:
<formallysuitcom>hi baby
>hey
<formallysuitcom>just wanted to hit you up for chat and maybe a little more
>hehe what do u mean with a little more?
<formallysuitcom>I'm new to the whole gay thing but I got a profile here, http://gaydarcams.net/hardbod
>lol
>not at gaydar too now
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 12:23:55 PM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: amberheart1@hotmail.com
Date: 2006-11-18 21:10:00.0
Subject: Abuse Report

User: bi_druid
Room: formallysuitcom Private Chat
Description: just the latest bits of the convo that i just reported in my last mesage about a possible phisher

----------

Room Text:
<formallysuitcom>hey gorgeous
>hello...
<formallysuitcom>just wanna chat, Cole here, what's your name?
>Anthony
>got any pics so i knows who i'm chatting to please :)
<formallysuitcom>I'm new to the whole gay thing but I got a profile here, http://gaydarcams.net/wildjock
>k...
<formallysuitcom>got my pics and stats on there and my cam is coming on
>ok, before we go any further, do i have to give over credit card details to become a 'free' member anyway?
<formallysuitcom>if you want, you can get a free screenname right on my profile page and watch me
>yeah, but is it one of those sites where if you dont have credit details to give, you cant' become a free member?
<formallysuitcom>my st8 roomie is gonna let me blow him on cam, so cmon
>one second please...
<formallysuitcom>brb come watch me
>no
>talk to me on here, or not at all please
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     2/28/2007 12:23:49 PM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: amberheart1@hotmail.com
Date: 2006-11-18 21:07:00.0
Subject: Abuse Report

User: bi_druid
Room: formallysuitcom Private Chat
Description: I've been found by another one

I'm affraid another 'free membership if you give us your credit card details' phisher has started chatting to me via private chat.
on the point of saying 'one moment please...' to which point i started writing this message to you guys at gaydar hq, he has written a brb and gone silent like the others did.


----------

Room Text:
<formallysuitcom>hey gorgeous
>hello...
<formallysuitcom>just wanna chat, Cole here, what's your name?
>Anthony
>got any pics so i knows who i'm chatting to please :)
<formallysuitcom>I'm new to the whole gay thing but I got a profile here, http://gaydarcams.net/wildjock
>k...
<formallysuitcom>got my pics and stats on there and my cam is coming on
>ok, before we go any further, do i have to give over credit card details to become a 'free' member anyway?
<formallysuitcom>if you want, you can get a free screenname right on my profile page and watch me
>yeah, but is it one of those sites where if you dont have credit details to give, you cant' become a free member?
<formallysuitcom>my st8 roomie is gonna let me blow him on cam, so cmon
>one second please...
Berit
*****************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*****************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        2/28/2007 12:23:41 PM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: james_basiluk@yahoo.co.uk
Date: 2006-11-18 20:24:00.0
Subject: Abuse Report

User: .escort-jamie84
Room: weightlightingc Private Chat
Description: yet another example - as a paid member this is sooo irritating - i doubt i will be paying another £45
when my membership expires on wednesday. This is really off-putting

----------

Room Text:
<weightlightingc>u uncut dude?
>cut - says on profile
<weightlightingc>just wanted to hit you up for chat and maybe a little more
>kl
<weightlightingc>no profile on here yet, just joined but you can check me out here, http://gaydarcams.net/bstud
Berit
************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     2/28/2007 12:23:34 PM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: mail.jamesc@gmail.com
Date: 2006-11-18 20:16:00.0
Subject: Abuse Report

User: sleazyfun26
Room: weightlightingc Private Chat
Description: I think they are spamming some cam service he doesn't seem to be replying to my messages and he's on about webcams...

----------

Room Text:
<weightlightingc>hi cutie
>hi
<weightlightingc>just wanna chat, Cole here, what's your name?
>not looking for chat sorry
<weightlightingc>I'm new to this website but I got a profile here, http://gaydarcams.net/bad
>not looking for chat **
<weightlightingc>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a mic i can talk into
>you charging?
<weightlightingc>if you want, you can get a free screenname right on my profile page and watch me u don't need a cam
>where i can't see a link?
<weightlightingc>no cam needed or anything and we are on it now, come blow a load with us
Berit
*********************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:** support@gaydar.co.uk
**Sent:** 2/28/2007 12:23:27 PM
**To:** paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:** Message from gaydar support

.

From: southsideman@yahoo.com
Date: 2006-11-18 20:15:00.0
Subject: Abuse Report

User: soundbloke27
Room: weightlightingc Private Chat
Description: selling services

----------

Room Text:
<weightlightingc>Steve here, 25, my stats and profile is at: http://gaydarcams.net/wrestlercole
>where r u
<weightlightingc>getting on cam and both of us showing off together is a new hobby of ours
>where r u
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:23:20 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: tonybmth@hotmail.com
Date: 2006-11-18 20:06:00.0
Subject: Abuse Report

User: tonybmth
Room: formallysuitcom Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.
This person is advertising over website, by just clicking on anyones profiles


----------

Room Text:
<formallysuitcom>hi
>evening
<formallysuitcom>how's your day so far?
>been working all day in portsmouth
<formallysuitcom>no profile on here yet, just joined but you can check me out here,
http://gaydarcams.net/wrestlercole
> <angry>
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 12:23:08 PM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: 8699@mailbox.co.za
Date: 2006-11-18 19:17:00.0
Subject: Abuse Report

User: slayer3
Room: weightlightingc Private Chat
Description: This seems to be some sort of chat bot. I've had several chat requests like this that redirect me to another online video stream, and chats that dont sound like 'real' pople.

----------

Room Text:
<weightlightingc>whats up man
>yo
>not much yet
<weightlightingc>you seem cool, care to chat?
>yep - ok sure
<weightlightingc>cool, Steve here, no profile here yet but I have one at, http://gaydarcams.net/magnum
>u far from home here
<weightlightingc>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a mic i can talk into
>no - not my thing
<weightlightingc>cool, I'm geting ready to release a load and I'd like nothing more than for you to join me
>did you read my previous comment ?
<weightlightingc>no cam needed or anything and we are on it now, come blow a load with us
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     2/28/2007 12:22:59 PM
**To:**     paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: furtiveness@yahoo.com.au
Date: 2006-11-18 11:24:00.0
Subject: Abuse Report

User: furtive01
Room: petitionspeciou Private Chat
Description: Advertising webcam site

----------

Room Text:
<petitionspeciou>hey there what u up to
>hey mate
<petitionspeciou>just wanted to hit you up for chat and maybe a little more
>cool, fine by me
>I can't seem to view your profile, it says it is INACTIVE??!
<petitionspeciou>I don't got a profile here yet but I have one here, http://gaydarcams.net/bad
>OKAY, i look now
<petitionspeciou>getting on cam and i wanna show off for you so we can get to know each other
>oh I see!
<petitionspeciou>if ur into watchin just get a free screename and come watch, you dont need a cam
>free?
<petitionspeciou>no cam needed or anything i'm on it now, come check me out
>why?
<petitionspeciou>brb, few dudes comin into my cam session, i'll be waiting for u
>fuck you
Berit
*****************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*****************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:22:52 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: heathrowgary@aol.com
Date: 2006-11-18 11:14:00.0
Subject: Abuse Report

User: heathrowgary
Room: petitionspeciou Private Chat
Description: I think that he may have been banned. Judging by the fact the profile is inactive. Plus I think it may be a bot.

----------

Room Text:
<petitionspeciou>hey there how's your day goin
>Fine thanks. Yours?
<petitionspeciou>just wanted to hit you up for chat and maybe a little more
>Oh right. So where you from?
<petitionspeciou>I am new to this whole gay thing but I got a profile here, http://gaydarcams.net/sexydany
>This whole gay thing??
<petitionspeciou>got my pics and stats on there and my cam is coming on
>So where are you from? I reckon you may be a bot....
Berit
************************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:22:44 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: rwilliams105@hotmail.com
Date: 2006-11-18 11:02:00.0
Subject: Abuse Report

User: abbeywell
Room: petitionspeciou Private Chat
Description: this is a commercial website, I dont appreciate being hit by ads, who pretend to be genuine

----------

Room Text:
<petitionspeciou>hi cutie
>sorry cant see your profile
>who are you?
<petitionspeciou>just thought i'd hit you up for chat
>ok
>which room you in
<petitionspeciou>Steve here,25, no profile here yet but I have one at, http://gaydarcams.net/super
Berit
*********************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:22:36 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: b_earnug@hotmail.com
Date: 2006-11-18 10:53:00.0
Subject: Abuse Report

User: midnitee
Room: immergetaught Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.Evening sorry to bother u, but someeone has jsut started
chatted to me and doesnt have a gaydar profile, seems a bit suspiciou
s to me, the username is immergetaught


----------

Room Text:
<immergetaught>hey what's up
>hey buddy
>sorry i was jsut having dinner
<immergetaught>just wanted to chat, u doin ok?
>yep y
>u got no profile, wat is the story there?
> <confused>
<immergetaught>I'm new to the whole gay thing but I got a profile here, http://gaydarcams.net/sexydany
>i dotn check ohter websites buddy
<immergetaught>like what you see?
>how can u chat without a profile
>u have to have aprofiel to b on gaydar
Berit
****************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
****************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:22:26 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: mark.aletto@hotmail.com
Date: 2006-11-18 10:46:00.0
Subject: Abuse Report

User: beer_boy
Room: immergetaught Private Chat
Description: this is a bot

----------

Room Text:
<immergetaught>hey gorgeous
>why hello
>how r u?
<immergetaught>you seem like someone we'd liek to chat with
>do u have an active profile?
<immergetaught>cool, Steve here, no profile here yet but I have one at, http://gaydarcams.net/male
>cool
<immergetaught>got my pics and stats on there and my cam is coming on
Berit
************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:22:02 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: lessyd@optusnet.com.au
Date: 2006-11-18 10:40:00.0
Subject: Abuse Report

User: lessyd
Room: immergetaught Private Chat
Description: this is a spam, not a real person

----------

Room Text:
<immergetaught>hey what's up
>hi immergetaught
<immergetaught>just thought i'd hit you up for chat
>cool
<immergetaught>I don't got a profile here yet but I have one here, http://gaydarcams.net/cutest
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 12:21:16 PM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: sleek_one@hotmail.com
Date: 2006-11-18 10:39:00.0
Subject: Abuse Report

User: articmax
Room: immergetaught Private Chat
Description: hey guys, just another of these peski scam bots .. or what ever u call em

cheers

----------

Room Text:
<immergetaught>hi cutie
>hi
<immergetaught>just thought i'd hit you up for chat
>interesting
<immergetaught>i'm new here but you can see my pics here, http://gaydarcams.net/super
>naturally :P
<immergetaught>getting on cam and showing off is a new hobby of mine
>let me guess .. yr about to go get some lube ?
>yes of course .. but when did software develop erotic hobbies ?
<immergetaught>if you want, you can get a free screenname right on my profile page and watch me u don't
need a cam
>all i need is a credit card right ?
>what a bargin lol
<immergetaught>no cam needed or anything and I am on it now, come blow a load with me sexy
>nah thanx ... just let me report you ok :P ... its been fun but haveing sex with software isnt really my scene ..
but good luck with it lol
Berit

*****************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*****************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:20:59 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: matt611@optushome.com.au
Date: 2006-11-18 10:00:00.0
Subject: Abuse Report

User: oeth
Room: immergetaught Private Chat
Description: This user has been sending my friend and I fake profiles on cam sites.

----------

Room Text:
<immergetaught>u uncut dude?
>umm... sure
<immergetaught>just thought i'd hit you up for chat
>interesting introduction
<immergetaught>I am new to this whole gay thing but I got a profile here, http://gaydarcams.net/wannab
>why does ur gaydar profile say 21 and gaydarcams say 31?
<immergetaught>i'm lookin for dudes to get off or watch me get off
>right, so how come you sent my friend a totally different profile?
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**    support@gaydar.co.uk
**Sent:**    2/28/2007 12:20:51 PM
**To:**    paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: suckonmeknob@yahoo.ie
Date: 2006-11-18 09:56:00.0
Subject: Abuse Report

User: suckonmeknob
Room: immergetaught Private Chat
Description: commercial profile

----------

Room Text:
<immergetaught>hey there what u up to
>hi
<immergetaught>you seem like someone I really want to talk to
>where are you?
<immergetaught>I am new to this whole gay thing but I got a profile here, http://gaydarcams.net/younggun
>oh fuck off
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:20:43 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: pineappleprince@optusnet.com.au
Date: 2006-11-18 09:46:00.0
Subject: Abuse Report

User: pineappleprince
Room: immergetaught Private Chat
Description: i beleive this is a ad-bot/spam user name.

----------

Room Text:
<immergetaught>hello hello
>hi
<immergetaught>you seem like someone I really want to talk to
>do i,why
>u are half way round the world
<immergetaught>I am new to this whole gay thing but I got a profile here, http://gaydarcams.net/brendon
Berit
******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:20:35 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: dj_ess@hotmail.com
Date: 2006-11-18 09:46:00.0
Subject: Abuse Report

User: dj_ess
Room: immergetaught Private Chat
Description: Yet another iFriends bot!

----------

Room Text:
<immergetaught>wassup buddy
>hey there not much, getting ready for a bit night. urself?
<immergetaught>how's the weather where you are? hope you don't mind chatting
>am a little busy at the moment, so replies might be slow...
>weather is good, but hot! already up to 33
<immergetaught>no profile here yet but you can check me out here, http://gaydarcams.net/cuteboys
>ahhh so ur a bot?
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:20:28 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: ozrobtsv@hotmail.com
Date: 2006-11-18 09:45:00.0
Subject: Abuse Report

User: gaychefdude
Room: immergetaught Private Chat
Description: again I am tired of ppl pushing links to other sites...am sooo tired of it...thanx.....robbie

----------

Room Text:
<immergetaught>hey there how's your day goin
>not bad thanx
>urs?
<immergetaught>you seem like someone we'd liek to chat with
>we?
<immergetaught>I'm new to the whole gay thing but I got a profile here, http://gaydarcams.net/younggun
>only caht
<immergetaught>like what you see?
>yer i do
>are u in townsville?
<immergetaught>just get a free screenname on my page no cam needed and you can chat to me
>can chat rite here
>are u pushing another website on Gaydar?
<immergetaught>no cam needed or anything and I am on it now, come blow a load with me sexy
>nah...want the real thing tanx
<immergetaught>brb people coming in our cam chatroom =)
>wotever
Berit

****************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
****************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:20:20 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: narnarf@gmail.com
Date: 2006-11-18 09:43:00.0
Subject: Abuse Report

User: poz1970
Room: immergetaught Private Chat
Description: another automated spambot

----------

Room Text:
<immergetaught>hey you are gorgeous
>hi
<immergetaught>you are gorgeous, what you doing?
>not going to look at your webcam
<immergetaught>no profile on here yet, just joined but you can check me out here, http://gaydarcams.net/bad
>nice automated script,
<immergetaught>got my pics and stats on there and my cam is coming on
>lacks responses though
<immergetaught>if you want, you can get a free screenname right on my profile page and watch me u don't
need a cam
>i bet the next line is 'i'll do whateveryou want as long as you want'
<immergetaught>no cam needed or anything and we are on it now, come blow a load with us
>ohh, different script
<immergetaught>brb, tons of people comin in to my cam show
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 12:20:13 PM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: junzuki92@hotmail.com
Date: 2006-11-18 09:37:00.0
Subject: Abuse Report

User: funwanted
Room: petitionspeciou Private Chat
Description: This person is advertising his pay for view web site.

----------

Room Text:
<petitionspeciou>i'm new here but you can see my pics here, http://gaydarcams.net/wrestlercole
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:20:06 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.


From: graingerbrian@hotmail.com
Date: 2006-11-18 09:28:00.0
Subject: Support Query from 'hoarsebox''

I had messages in chat from two different members to enter a website
http://gaydarcams.net/members.php?name=soccer it seems to be a lure to get
details of people's credit card number to join but its "free" i suggested
MSn and he got off the line
not sure if i can check his gaydar profile, but it happened to me a while
back with another one, so i will make note of the profile next time
thanks
Brian Grainger


_____
Find a baby-sitter FAST with MSN Search! http://search.msn.ie/
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 12:19:53 PM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: iremassaging@hotmail.com
Date: 2006-11-18 09:25:00.0
Subject: Abuse Report

User: iremassaging
Room: immergetaught Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile. THis guys is just trying to advertise his site here

----------

Room Text:
<immergetaught>no profile here yet but you can check me out here, http://gaydarcams.net/kingsize
>go away
Berit
*********************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 12:19:46 PM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: sardomoro@hotmail.it
Date: 2006-11-18 09:23:00.0
Subject: Abuse Report

User: ......sardinia
Room: immergetaught Private Chat
Description: Please check the link that this member show me during the chat

Thanks


----------

Room Text:
<immergetaught>I am new to this whole gay thing but I got a profile here, http://gaydarcams.net/tsteel
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**    support@gaydar.co.uk
**Sent:**    2/28/2007 12:19:39 PM
**To:**    paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: mick@digitalbridge.org.uk
Date: 2006-11-18 08:35:00.0
Subject: Abuse Report

User: .hairyfairy
Room: petitionspeciou Private Chat
Description: one of those crappy advert sites....

----------

Room Text:
<petitionspeciou>yo bro
>morning
<petitionspeciou>you seem like someone I really want to talk to
>why is that then?
<petitionspeciou>i'm new here but you can see my pics here, http://gaydarcams.net/dream
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        2/28/2007 12:19:32 PM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: ricardogarran@hotmail.com
Date: 2006-11-18 08:30:00.0
Subject: Abuse Report

User: ricag
Room: immergetaught Private Chat
Description: These people are here, trying to get people into signing up to www.gaydarcams.net & won't leave a person alone, when you tell them you don't have a credit card, consistantly, then they always say they have someone comming in to see them, i think it's a scam!

----------

Room Text:
<immergetaught>if ur into watchin just get a free screename and come watch, you dont need a cam
>yeah i know, but i don't have a credit card to get the account, to verify my age
<immergetaught>brb, few dudes comin into my cam session, i'll be waiting for u
>you'll be wainting for a while!
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 12:19:24 PM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: michaelkillackey@hotmail.com
Date: 2006-11-18 07:49:00.0
Subject: Abuse Report

User: mkderby
Room: petitionspeciou Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile. spam

----------

Room Text:
<petitionspeciou>hi
>hello
<petitionspeciou>you seem like someone I really want to talk to
>how can u say that, u have only just ntered the chat room ?
<petitionspeciou>Steve here, 25, my stats and profile is at: http://gaydarcams.net/sexydany
>noit wont work
>u seen my profile ?
>no tthen
<petitionspeciou>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a
mic i can talk into
>no, send me a pic first
>u have no pics at all
<petitionspeciou>if ur into watchin just get a free screename and come watch, you dont need a cam
>no, now will u go away
<petitionspeciou>I'll do whatever you want as long as you want
>u weird or summit ?
<petitionspeciou>brb, few dudes comin into my cam session, i'll be waiting for u
>go away tosser
Berit
*****************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*****************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:19:17 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: michaelkillackey@hotmail.com
Date: 2006-11-18 07:46:00.0
Subject: Abuse Report

User: mkderby
Room: petitionspeciou Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile spam !!!!!!!!!!!!!!!!!!.

----------

Room Text:
<petitionspeciou>hi
>hello
<petitionspeciou>you seem like someone I really want to talk to
>how can u say that, u have only just ntered the chat room ?
<petitionspeciou>Steve here, 25, my stats and profile is at: http://gaydarcams.net/sexydany
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 12:19:10 PM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: emear_g@hotmail.com
Date: 2006-11-18 07:23:00.0
Subject: Abuse Report

User: emear_g
Room: immergetaught Private Chat
Description: It is not necessarily this guy but i'm noticing a trend appearing
a pvt chat will be requested and then they ask you to go to a different
profile and site that has cam where they expect you to watch them.
When you decline they use a standard "brb, few dudes comin into
my cam session, i'll be waiting for you"
It's starting to become a little tiresome


----------

Room Text:
<immergetaught>hi cutie
>hey there
<immergetaught>you seem like someone we'd liek to chat with
>we'd??
>you aint got a pic on your profile
>why is this
<immergetaught>no profile here yet but you can check me out here, http://gaydarcams.net/younggun
>ok
>yum
<immergetaught>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a mic
i can talk into
>i would prefer you come over and let me suck you
<immergetaught>if ur into watchin just get a free screename and come watch, you dont need a cam
>na sorry i'm on here to get sex not watch.
<immergetaught>I'll do whatever you want as long as you want
>well come then
<immergetaught>brb, few dudes comin into my cam session, i'll be waiting for u
>as usual
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        2/28/2007 12:19:04 PM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: campbellmatthies@optusnet.com.au
Date: 2006-11-18 07:10:00.0
Subject: Abuse Report

User: jaecam
Room: immergetaught Private Chat
Description: i am pretty sure this is an ad!

----------

Room Text:
<immergetaught>I'm new to the whole gay thing but I got a profile here, http://gaydarcams.net/tsteel
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     2/28/2007 12:18:52 PM
**To:**     paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: heavens_handmassage@yahoo.com
Date: 2006-11-18 06:52:00.0
Subject: Abuse Report

User: heavens_hand
Room: Australia - Victoria - Melbourne General Chat
Description: person with profile immergetaught is asking me to give my creditcard details to watch him strip. he doesnt have a commercial gaydar profile but asked me to check his profile out at gaydarcams.net/hardbod and get a membership. everytime i enter the chatroom i am being harrassed by advertisers from strip cam sites to join up.
i'm not sure if gaydarcams.net is linked with gaydar.com but i would assume thats it's not since you need to open a new membership.
regards
Tim

----------

Room Text:
<6andy6>well have they been there b4 leo?
<leo_gerard>andy i have a thung for men in pinnies with nothing else on
<6andy6>if so then dont stand on ceremony - they will be used to it
<6andy6>lol@leo
<cryingnun>OMG
<6andy6>i would look stoppid in a pinny wiht nothing else on i reckon
<sierrant> <smile>
<leo_gerard>one has one hasnt but hes one of my best frends

{MIDDLE SECTION REMOVED BY SERVER FOR BREVITY}

ill ill b zzzzzzzzzz then gotta work L8er
<orbr>evening fully
<dfdboyz>poor xc
<orbr>hello jonnyy :-)
<orbr>hey andy
<tenorboyo>why is smithy in jail chazza?
<chazray>can i giv u a hand andy <laugh> <laugh> <laugh> <laugh>:P
<6andy6>'grabs douche hose and shoves up tenor'
<fully_sikmate>hey dadiooooooo
<6andy6>'to clean his potty mouth'
<discretedave>what you do for work charay
<dadicub>hiya fsm
<leo_gerard>is it ok for a dinner party to stop for the bill?
<jonnyy>Hello Dadicub. Hugs.
<chazray>i missed last tuesday tenor rats!!!

<dadicub>hello jonjon
<6andy6>lol@chaz
<6andy6>hi dadi
<fully_sikmate>wb chrisss
<dfdboyz>are the rules in here like fishing rules
<dadicub>hi 6andy6
<jonnyy>Hello Chrisrrrrrr. Hugs.
<6andy6>yes@leo
<6andy6>why not
<captainphil>Smitty gets beaten up in The Bill tonight
<6andy6>helps the flow of conversation
<dfdboyz>put them back if tooo small
<tenorboyo>well gina went to see him in jail, but i have no clue why that spunk is there?
<chazray>um rather not say here dave lol now i' m being discreet <laugh> <laugh> <laugh> <laugh>
<leo_gerard>ta andy with your permission i will do it
<grrrrex>my god phil is that show still running?!?
<asian4whity>seek a nice white guy for long term rel
<6andy6>to point out mistakes in DC Plod's investigations
<dadicub>grrrrrrrrrrrrrrrex WOOF
<leo_gerard>hmmm and whose a spunk
<jonnyy>I used to watch The Bill back in the 90s... But, lost interest in them.
<jureki49>hwrrrrr
<grrrrex>g'day dadicub
<6andy6>thats when i did jonny
<grrrrex>mee too jonnyy & 6a6
<6andy6>when it got to soap operaish
<chazray>i think the bill has been going nearly as long as coronation st <laugh> <laugh> <laugh> <laugh> <laugh>
<captainphil>Smithy is not a spunk - now give me either of the Hunter Brothers any time
<jureki49>I`m big fan freench arabian pornstar Francois Sagat
<grrrrex>'twas good when they had the 2x30 min episodes
<6andy6>is he a fan of you jurek?
<captainphil>It has only been going for 20 odd years
<leo_gerard>chaz dont be silly! i used to watch coronation st in the 60s
<grrrrex>actually had story line
<chazray><========has got the book of the bill <grin>
<jonnyy>The Bill has been going on since 1984. Coronation Street has been going on since 1960.
<6andy6>ena sharples
<dadicub>Coronatoin Street is brilliant
<groveboy>looking to hook up later
<6andy6>with her hair nets
<chazray>its still on tho leo
<fully_sikmate>anyone seen SHORTBUS
<chazray>coronation st
<6andy6>and florrie
<leo_gerard>chaz is it??
<chazray>yeah leo
<6andy6>who was that jezzabel with the big blond hair that ran the Rovers return
<jonnyy><== has never watched Coronation Street. <surprised>
<grrrrex>no fully unless you mean mazda 121 metros, the kinda look like a short bus
<dadicub>Bette
<grrrrex>they
<6andy6>thnx dadi
<fully_sikmate>LOL REXXX
<chazray>yeah dadi lol
<tenorboyo>dont like corrie

&lt;tenorboyo&gt;like holby tho
&lt;leo_gerard&gt;daaaaaa da da da dada daaaaaa &gt;&gt;&gt; theme for corronotation st
&lt;dadicub&gt;the viewers used to send her earrings
Berit
*********************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:18:44 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: robauz@mail.com
Date: 2006-11-18 06:02:00.0
Subject: Abuse Report

User: robauz
Room: immergetaught Private Chat
Description: spammer

----------

Room Text:
>hi matey
>lovely warm day in canberra today
<immergetaught>you seem like someone I really want to talk to
>where are you?
<immergetaught>i'm new here but you can see my pics here, http://gaydarcams.net/younggun
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     2/28/2007 12:18:37 PM
**To:**     paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: billgatessux@hotmail.com
Date: 2006-11-18 06:00:00.0
Subject: Abuse Report

User: xlhungdude
Room: immergetaught Private Chat
Description: profile is an adbot

----------

Room Text:
<immergetaught>hey bud
>hi
<immergetaught>you seem like someone I really want to talk to
>you in sydney?
<immergetaught>no profile here yet but you can check me out here, http://gaydarcams.net/tsteel
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     2/28/2007 12:18:24 PM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: vlboi26@hotmail.com
Date: 2006-11-18 05:04:00.0
Subject: Abuse Report

User: mechanicguy
Room: immergetaught Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

net bot

----------

Room Text:
<immergetaught>hi, whre are you
>hey
>toorak
<immergetaught>just thought i'd hit you up for chat
>no probs
>how are you
<immergetaught>cool, Steve here, no profile here yet but I have one at, http://gaydarcams.net/male
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:** support@gaydar.co.uk
**Sent:** 2/28/2007 12:18:16 PM
**To:** paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:** Message from gaydar support

.

From: genezis@go.com
Date: 2006-11-18 04:53:00.0
Subject: Abuse Report

User: genezis
Room: immergetaught Private Chat
Description: selling sites, a bot.

----------

Room Text:
<immergetaught>yo bro
>hola
<immergetaught>how's the weather where you are? hope you don't mind chatting
>no
>its fine
>spring
>almost summer
<immergetaught>I'm new to this website but I got a profile here, http://gaydarcams.net/brendon
>putito
>traga leche
<immergetaught>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a mic i can talk into
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:18:08 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: orko104@hotmail.com
Date: 2006-11-18 04:27:00.0
Subject: Abuse Report

User: lukestoke2006
Room: petitionspeciou Private Chat
Description: Apparently a scam according to other ppl in room to get credit card details.

----------

Room Text:
<petitionspeciou>hey gorgeous
>Good morning how're you?
<petitionspeciou>you seem cool, care to chat?
>I would indeed, go for it :)
<petitionspeciou>Steve here, 25, my stats and profile is at: http://gaydarcams.net/anfjock
>one moment please, just setting up a new window, so how are you this morning?
<petitionspeciou>getting on cam and showing off is a new hobby of mine
>hehe very cool. Sadly I don't have a webcam atm otherwise I would reciprocate
<petitionspeciou>just get a free screenname on my page no cam needed and you can chat to me
>just doing so :)
<petitionspeciou>just signup, it's truly free man and you can tell me what you want on cam =)
>thats cool, I'm just on second page now, will be sorted shortly. in the meantime, tell me more about yourself
Steven :)
<petitionspeciou>brb come watch me
>just one sec, need to nip and find my card
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:17:55 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: polo_118@hotmail.com
Date: 2006-11-18 03:21:00.0
Subject: Abuse Report

User: xpressii
Room: immergetaught Private Chat
Description: Profile: immergetaught

Advertised the other website


----------

Room Text:
<immergetaught>hey there how's your day goin
>hiya
<immergetaught>how's the weather where you are? hope you don't mind chatting
>I'm in North Devon.. raining here
<immergetaught>no profile here yet but you can check me out here, http://gaydarcams.net/kylewaters
immergetaught has quit chat
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:17:46 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: gentle_giant_03@hotmail.com
Date: 2006-11-18 02:39:00.0
Subject: Abuse Report

User: revenant_05
Room: immergetaught Private Chat
Description: think its gonna be an advertising thing.

----------

Room Text:
<immergetaught>hey sexy
>hi
<immergetaught>you seem like someone I really would like to get to know
>oh? in what way?
<immergetaught>I'm new to the whole gay thing but I got a profile here, http://gaydarcams.net/brendon
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:17:38 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: albertlondon_uk@yahoo.co.uk
Date: 2006-11-18 02:38:00.0
Subject: Abuse Report

User: asianhottie...
Room: immergetaught Private Chat
Description: using his profile for commercial..but he is not anescort or registered

----------

Room Text:
<immergetaught>hi baby
>hi
<immergetaught>just wanna chat, Cole here, what's your name?
>Toshi
<immergetaught>no profile here yet but you can check me out here, http://gaydarcams.net/younggun
>what is that?
<immergetaught>getting on cam and showing off is a new hobby of mine
>then i need to register..have my credit ready
>all this thing
>init?
<immergetaught>if you want, you can get a free screenname right on my profile page and watch me
>then
>u will say good bye now because a lot of people wanna see u
>isnt it?
<immergetaught>no cam needed or anything and we are on it now, come blow a load with us
>give me a screename then ill believe u
<immergetaught>brb people coming in our cam chatroom =)
>see bitchhhhhhhhhhhhhh
<immergetaught>I am a very nice person %)
>i dont thin so
>u r the 10th person invited me and leave
Berit
****************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
****************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:17:29 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: tradebaby1982@aol.com
Date: 2006-11-18 02:16:00.0
Subject: Abuse Report

User: tradebaby1982
Room: petitionspeciou Private Chat
Description: i think its spam 2nd one 2nite wiv same text

----------

Room Text:
<petitionspeciou>hey gorgeous
>hi
<petitionspeciou>you seem like someone I really want to talk to
>whys that?
<petitionspeciou>Steve here,25, no profile here yet but I have one at, http://gaydarcams.net/tsteel
>yeh someone jus done that already
<petitionspeciou>got my pics and stats on there and my cam is coming on
>fuck off
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**    support@gaydar.co.uk
**Sent:**    2/28/2007 12:17:20 PM
**To:**    paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: russell_sims09@hotmail.com
Date: 2006-11-18 01:22:00.0
Subject: Abuse Report

User: lucky_rus
Room: immergetaught Private Chat
Description: advertising other site

----------

Room Text:
<immergetaught>you seem interesting, care to chat?
>yeah sure
>tell me about u
<immergetaught>Steve here, 25, my stats and profile is at: http://gaydarcams.net/hardbod
>ur profile isnt very immformative lol
<immergetaught>like what you see?
>doesnt want to open for me
<immergetaught>if you want, you can get a free screenname right on my profile page and watch me u don't
need a cam
Berit
**************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**************************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     2/28/2007 12:17:12 PM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: matthew.halpin@bigpond.com
Date: 2006-11-18 01:15:00.0
Subject: Abuse Report

User: _matt75
Room: immergetaught Private Chat
Description: This guy is just online to push membership to a commercial site

----------

Room Text:
<immergetaught>hey gorgeous
> <blush> Hi there
<immergetaught>you seem interesting, care to chat?
>interesting hey?
<immergetaught>i'm new here but you can see my pics here, http://gaydarcams.net/magnum
>... you on the otherhand are the man of mystery
<immergetaught>you into being bad on cam? if not you can just watch me? >;)
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     2/28/2007 12:17:00 PM
**To:**     paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: webcrawla@hotmail.com
Date: 2006-11-18 01:01:00.0
Subject: Abuse Report

User: ctx79
Room: petitionspeciou Private Chat
Description: trying to advert another site

----------

Room Text:
<petitionspeciou>hey sexy
>hi
<petitionspeciou>just wanna chat, Cole here, what's your name?
>Jay
>cool .. up to much?
<petitionspeciou>cool, Steve here, no profile here yet but I have one at, http://gaydarcams.net/soccer
>thats a nice picture of a model .. be nice to see one of u ..
>concidering hes 22 .. and ur 26
>cya
<petitionspeciou>got my pics and stats on there and my cam is coming on
>fuck off ...
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:16:51 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: gayboyjunior1983@yahoo.com
Date: 2006-11-18 00:25:00.0
Subject: Abuse Report

User: mesto
Room: immergetaught Private Chat
Description: Spambot

----------

Room Text:
<immergetaught>hey gorgeous
>hey
>who r u?
<immergetaught>just thought i'd hit you up for chat
>good:D
<immergetaught>i'm new here but you can see my pics here, http://gaydarcams.net/bad
>are you there?
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 12:16:43 PM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: delboye@hotmail.com
Date: 2006-11-18 00:19:00.0
Subject: Abuse Report

User: artanis2001
Room: immergetaught Private Chat
Description: This appeares to be an adbot

----------

Room Text:
<immergetaught>hey there how's your day goin
>not too bad
>esp as its coming to an end now
>and u?
<immergetaught>just wanted to hit you up for chat and maybe a little more
>nice
>where r u?
<immergetaught>i'm new here but you can see my pics here, http://gaydarcams.net/younggun
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 12:16:35 PM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: bobbyblue2@gay.com
Date: 2006-11-18 00:18:00.0
Subject: Abuse Report

User: cyberspunk29
Room: immergetaught Private Chat
Description: Spam Robot

----------

Room Text:
<immergetaught>hi cutie
>heya
<immergetaught>just wanted to hit you up for chat and maybe a little more
>:)
>ur hitting me up!
<immergetaught>i'm new here but you can see my pics here, http://gaydarcams.net/super
>what's ur name
<immergetaught>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a mic i can talk into
Berit
**************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**************************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:16:27 PM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: james.regan@homecall.co.uk
Date: 2006-11-18 00:04:00.0
Subject: Abuse Report

User: il_chat
Room: petitionspeciou Private Chat
Description: another automated profie

----------

Room Text:
<petitionspeciou>hey there what u up to
>talking shite on msn u?
<petitionspeciou>just wanna chat, Cole here, what's your name?
>james
<petitionspeciou>I'm new to the whole gay thing but I got a profile here, http://gaydarcams.net/college
>oh ffs
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 12:16:18 PM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: neoinbris@hotmail.com
Date: 2006-11-18 00:00:00.0
Subject: Abuse Report

User: d3ds3xi
Room: immergetaught Private Chat
Description: chat bot


----------

Room Text:
<immergetaught>hey there how goes it?
>great and you ?
<immergetaught>how are you today?
>great... u ?
<immergetaught>I don't got a profile here yet but I have one here, http://gaydarcams.net/younggun
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************