# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:11:19 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: pnjintheuk@yahoo.com
Date: 2006-11-17 23:42:00.0
Subject: Abuse Report

User: dwanie
Room: petitionspeciou Private Chat
Description: the messages are automated in the pvt box - are you aware of this abuse, please?

----------

Room Text:
<petitionspeciou>wassap bro
>hello
<petitionspeciou>you seem interesting, care to chat?
>why?
<petitionspeciou>I don't got a profile here yet but I have one here, http://gaydarcams.net/kylewaters
>so i''m in ifriends - now what?
>can't find u?
<petitionspeciou>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a mic i can talk into
> <yawn> I can't find u!?
<petitionspeciou>just get a free screenname and you can tell me what to do sexy
>i have one
>dwanie2006
<petitionspeciou>no cam needed or anything i'm on it now, come check me out
>i can't find u!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!
>listen to me!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!
<petitionspeciou>brb people coming in our cam chatroom =)
Berit
************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 12:11:11 PM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: pnjintheuk@yahoo.com
Date: 2006-11-17 23:40:00.0
Subject: Abuse Report

User: dwanie
Room: petitionspeciou Private Chat
Description: keep getting targetted to sign up to ifriedns - is this allowed on the site?

----------

Room Text:
<petitionspeciou>wassap bro
>hello
<petitionspeciou>you seem interesting, care to chat?
>why?
<petitionspeciou>I don't got a profile here yet but I have one here, http://gaydarcams.net/kylewaters
>so i"m in ifriends - now what?
>can't find u?
<petitionspeciou>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a mic i can talk into
> <yawn> I can't find u!?
<petitionspeciou>just get a free screenname and you can tell me what to do sexy
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 12:11:02 PM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: euro393m@hotmail.com
Date: 2006-11-17 23:33:00.0
Subject: Abuse Report

User: badguymadrid
Room: immergetaught Private Chat
Description: this guy is redirecting me to a commercial porn website

----------

Room Text:
<immergetaught>u uncut dude?
>yes
<immergetaught>how's your day so far?
>well, just begenning weekend, so, getting much better
<immergetaught>no profile on here yet, just joined but you can check me out here,
http://gaydarcams.net/wildjock
Berit
******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
******************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        2/28/2007 12:10:31 PM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: planetcake@aol.com
Date: 2006-11-17 23:18:00.0
Subject: Abuse Report

User: dbltops
Room: petitionspeciou Private Chat
Description: Another auto bot that won't take no for an answer

----------

Room Text:
<petitionspeciou>i'm new here but you can see my pics here, http://gaydarcams.net/cuteboys
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        2/28/2007 12:10:22 PM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: shapegr@yahoo.com
Date: 2006-11-17 23:17:00.0
Subject: Abuse Report

User: shape
Room: immergetaught Private Chat
Description: yet another one...
if u would rather i did not bother u with these, please let me know
many thanx for all your support and responses so far

----------

Room Text:
<immergetaught>hi baby
>and i 2u2
>[hi]
<immergetaught>just wanted to hit you up for chat and maybe a little more
>uhuh
<immergetaught>no profile on here yet, just joined but you can check me out here,
http://gaydarcams.net/cutest
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:09:48 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: vhealeyuk@hotmail.com
Date: 2006-11-17 23:14:00.0
Subject: Abuse Report

User: lads~lad
Room: petitionspeciou Private Chat
Description: spam

----------

Room Text:
<petitionspeciou>hey there how goes it?
>good m8 u??
<petitionspeciou>how's your day so far?
>good m8 u?
<petitionspeciou>I don't got a profile here yet but I have one here, http://gaydarcams.net/anfjock
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 12:09:40 PM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: gaydar@minding.plus.com
Date: 2006-11-17 23:13:00.0
Subject: Abuse Report

User: dagma
Room: immergetaught Private Chat
Description: Advertising

----------

Room Text:
<immergetaught>hey gorgeous
>hello?
<immergetaught>just thought i'd hit you up for chat
>interesting chaup line
>*chatup
<immergetaught>I don't got a profile here yet but I have one here, http://gaydarcams.net/anfjock
>and?
<immergetaught>got my pics and stats on there and my cam is coming on
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:09:32 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: arhodes@hotmail.co.uk
Date: 2006-11-17 23:11:00.0
Subject: Abuse Report

User: .agentx
Room: petitionspeciou Private Chat
Description: Is this for real?? Hoping this isn't inappropriate on my part but gettin pretty
tired of these commercial crap things.

Regards,

Paul

----------

Room Text:
<petitionspeciou>hey there what u up to
>hey soz didn't see u there
<petitionspeciou>just wanted to chat, u doin ok?
>yeah just on way to bed....
<petitionspeciou>I'm new to the whole gay thing but I got a profile here, http://gaydarcams.net/wrestlercole
>lol
<petitionspeciou>i'm lookin for dudes to get off or watch me get off
>yeah right
>nightnight
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     2/28/2007 12:09:24 PM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: narcolyptic@yahoo.co.uk
Date: 2006-11-17 23:11:00.0
Subject: Abuse Report

User: fitty_fitty
Room: petitionspeciou Private Chat
Description: Spamming ask me to watch him jack off and stuff directed me to http://gaydarcams.net/sexydany

----------

Room Text:
<petitionspeciou>hey there how goes it?
>it goes like most friday nights of poverty,
>stuck on the internet
<petitionspeciou>just thought i'd hit you up for chat
>cool
>so how has ur day been?
<petitionspeciou>I'm new to this website but I got a profile here, http://gaydarcams.net/sexydany
>so do u really look llike that
<petitionspeciou>i'm lookin for dudes to get off or watch me get off
>but cant u just do that on msn??
<petitionspeciou>cool, I'm geting ready to release a load and I'd like nothing more than for you to join me
>cant u just go on msn
<petitionspeciou>my st8 roomie is gonna let me blow him on cam, so cmon
>give me ur msn and ill watch on there
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:09:17 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: d.m.s@orange.net
Date: 2006-11-17 23:10:00.0
Subject: Abuse Report

User: stokelads
Room: petitionspeciou Private Chat
Description: another user directing me to go to a site which i believe to be a credit card scam

----------

Room Text:
<petitionspeciou>hey man
>hi
<petitionspeciou>how's your day so far?
>not bad ta - better now the weekend has started!
<petitionspeciou>no profile here yet but you can check me out here, http://gaydarcams.net/super Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     2/28/2007 12:09:08 PM
**To:**     paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: manc1@msn.com
Date: 2006-11-17 23:04:00.0
Subject: Abuse Report

User: mancbi34
Room: petitionspeciou Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile. commercial site sent to me when i said i was not interested


----------

Room Text:
<petitionspeciou>hey man
>lol...blank profile...goodbye
<petitionspeciou>just wanted to see if you'd like to chat
>nah
>bye
<petitionspeciou>Steve here, 25, my stats and profile is at: http://gaydarcams.net/college
>ok reporting u to gaydar for spam
Berit
*************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*************************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:08:59 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: forensicsixtynine@hotmail.co.uk
Date: 2006-11-17 23:04:00.0
Subject: Abuse Report

User: fitbifucker
Room: immergetaught Private Chat
Description: these people keep advertising some sites web cam facility and it is very irritating, can we not keep ppl like this off our site and keep the high standard

----------

Room Text:
<immergetaught>hi
>hi there
<immergetaught>you seem like someone I really want to talk to
>cool
<immergetaught>I am new to this whole gay thing but I got a profile here, http://gaydarcams.net/magnum
>so does everyine else, im not at all interested in signing up for cam sessions as i am far too busy, but thank, no thanks
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:08:44 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: robsey@lycos.co.uk
Date: 2006-11-17 22:11:00.0
Subject: Abuse Report

User: robsey
Room: petitionspeciou Private Chat
Description: spamming


----------

Room Text:
<petitionspeciou>hey bud
>hi
<petitionspeciou>how's your day so far?
>not too bad. busy as usual
>urs?
<petitionspeciou>I am new to this whole gay thing but I got a profile here, http://gaydarcams.net/tsteel
>kewl
<petitionspeciou>like what you see?
>not really into muscles, but cool for mates
<petitionspeciou>cool, I'm geting ready to release a load and I'd like nothing more than for you to join me
>did u not read what i just wrote?
<petitionspeciou>no cam needed or anything i'm on it now, come check me out
>fuck off
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        2/28/2007 12:08:31 PM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: al2364@aol.com
Date: 2006-11-17 21:59:00.0
Subject: Abuse Report

User: activeherts
Room: petitionspeciou Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

One of several attempts to get me to subscribe to an online pay per view service. Not what I expect from gaydar.

----------

Room Text:
<petitionspeciou>hi baby
>me?
<petitionspeciou>how's your day so far?
>been busy and tiring - just in from work - what about urs?
<petitionspeciou>Steve here, 25, my stats and profile is at: http://gaydarcams.net/bstud
Berit
************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:08:23 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: bionic110@hotmail.com
Date: 2006-11-17 21:48:00.0
Subject: Abuse Report

User: bionic110
Room: petitionspeciou Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

Has this guy got a commercial membership? He is pushing his website.

----------

Room Text:
<petitionspeciou>hi
>hi
<petitionspeciou>how's the weather where you are? hope you don't mind chatting
>dont mind chatting and the weather is shit lol
>Where abouts are you mate?
<petitionspeciou>I am new to this whole gay thing but I got a profile here, http://gaydarcams.net/brendon
>new? really?
<petitionspeciou>like what you see?
>yeah but Im not doing it
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 12:08:15 PM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: johanjoubert@ananzi.co.za
Date: 2006-11-17 21:39:00.0
Subject: Abuse Report

User: joubertj
Room: petitionspeciou Private Chat
Description: one more profile with webcam adds for you.....

----------

Room Text:
<petitionspeciou>hey
>hi
<petitionspeciou>how's your day so far?
>fine
<petitionspeciou>no profile on here yet, just joined but you can check me out here,
http://gaydarcams.net/hardbod
Berit
*************************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*************************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:08:07 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: davepark@dsl.pipex.com
Date: 2006-11-17 21:22:00.0
Subject: Abuse Report

User: bgdcarlisle
Room: petitionspeciou Private Chat
Description: This person is sending links to paysites. Basically spamming in private chats.

----------

Room Text:
<petitionspeciou>hey dude
>Hello
<petitionspeciou>you seem like someone I really would like to get to know
>how are you?
>do i ?
<petitionspeciou>no profile on here yet, just joined but you can check me out here, http://gaydarcams.net/tsteel
>oh yeah, and how much do you have to pay
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     2/28/2007 12:07:50 PM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: aosrcmt@yahoo.co.uk
Date: 2006-11-17 21:15:00.0
Subject: Abuse Report

User: andy251
Room: immergetaught Private Chat
Description: Computer generated person advertising a pay web site

----------

Room Text:
<immergetaught>hey you are gorgeous
>lol
<immergetaught>just thought i'd hit you up for chat
>u in aus
<immergetaught>cool, Steve here, no profile here yet but I have one at, http://gaydarcams.net/dream
>looks good
<immergetaught>you into being bad on cam? if not you can just watch me? >;)
>ok
>u hung
<immergetaught>just get a free screenname on my page no cam needed and you can chat to me
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**    support@gaydar.co.uk
**Sent:**    2/28/2007 12:07:43 PM
**To:**    paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: five_5_pack@hotmail.com
Date: 2006-11-17 21:11:00.0
Subject: Abuse Report

User: play-a-boy
Room: immergetaught Private Chat
Description: This is an ad trying to get people to use their link to enter another web site

----------

Room Text:
<immergetaught>how's the weather where you are? hope you don't mind chatting
>the weather is always good here
<immergetaught>cool, Steve here, no profile here yet but I have one at, http://gaydarcams.net/hardbod
>is that an ad
<immergetaught>i'm lookin for dudes to get off or watch me get off
>no thanks
>bye
<immergetaught>just get a free screenname on my page no cam needed and you can chat to me
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:07:34 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: pwright02@optusnet.com.au
Date: 2006-11-17 21:09:00.0
Subject: Abuse Report

User: cock-a-doodle
Room: immergetaught Private Chat
Description: bot

----------

Room Text:
<immergetaught>yo bro
>hey there
<immergetaught>just wanted to chat, u doin ok?
>yer doing fine
<immergetaught>Steve here,25, no profile here yet but I have one at, http://gaydarcams.net/wrestlercole
>i will have a look
<immergetaught>i'm lookin for dudes to get off or watch me get off
> mate i'm after the real thing catch ya later no thanks
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     2/28/2007 12:07:25 PM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: john@ricky.co.uk
Date: 2006-11-17 21:01:00.0
Subject: Abuse Report

User: jr28
Room: petitionspeciou Private Chat
Description: user not logged into gaydar but trying to get me to go to another
website to "chat"

get at least 3 messages a night from people doing this

----------

Room Text:
<petitionspeciou>hey what's up
>ello
<petitionspeciou>just wanted to chat, u doin ok?
>fine and you?
<petitionspeciou>no profile here yet but you can check me out here, http://gaydarcams.net/just
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     2/28/2007 12:07:16 PM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: streetdragon@caramail.com
Date: 2006-11-17 20:56:00.0
Subject: Abuse Report

User: dark_angel974
Room: petitionspeciou Private Chat
Description: petitionspeciou isnt a real profile, can u delete it please?

----------

Room Text:
>hi
<petitionspeciou>you seem like someone I really would like to get to know
>lolcool!:)
>wots ur name?
<petitionspeciou>Steve here, 25, my stats and profile is at: http://gaydarcams.net/soccer
>cool
>whereru from?
<petitionspeciou>getting on cam and i wanna show off for you so we can get to know each other
>allooooooooooooooo
>IM GOINGTOTELL GAYDAR TO REMOVEUR PROFILE!
Berit
***********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
***********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:07:06 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: dale_taylor@hotmail.com
Date: 2006-11-17 20:51:00.0
Subject: Abuse Report

User: elad23
Room: petitionspeciou Private Chat
Description: automated bot by the looks of it.

----------

Room Text:
<petitionspeciou>hey gorgeous
>hi
<petitionspeciou>how's your day so far?
>tiring...u?
<petitionspeciou>I'm new to this website but I got a profile here, http://gaydarcams.net/super
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     2/28/2007 12:06:58 PM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: quakeshock@hotmail.com
Date: 2006-11-17 20:33:00.0
Subject: Abuse Report

User: charvet
Room: immergetaught Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

fake profile.

----------

Room Text:
<immergetaught>hi, whre are you
>i am now in istanbul
<immergetaught>just thought i'd hit you up for chat
>u r from the cyprus channel?
>yor welcome for chat
<immergetaught>I don't got a profile here yet but I have one here, http://gaydarcams.net/cutest
>yeah yeah
>u are hottt
<immergetaught>you into being bad on cam? if not you can just watch me? >;)
>and fakeeee :)
Berit
*********************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 12:06:50 PM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: ---REMOVED---
Date: 2006-11-17 20:07:00.0
Subject: Abuse Report

User: m.a.d.
Room: petitionspeciou Private Chat
Description: spam 4 u

----------

Room Text:
<petitionspeciou>hi baby
>hi
<petitionspeciou>how's the weather where you are? hope you don't mind chatting
>hey
>no thats ok
>its crap here
>and at yours...
<petitionspeciou>no profile on here yet, just joined but you can check me out here,
http://gaydarcams.net/cuteboys
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:06:39 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: jorge@lourenco.co.uk
Date: 2006-11-17 20:04:00.0
Subject: Abuse Report

User: jorgew11
Room: immergetaught Private Chat
Description: SPAM chat - another CHAT bot...

----------

Room Text:
<immergetaught>hey there what u up to
>lol
>looking for a shag
<immergetaught>just wanted to chat, u doin ok?
>yeh i'm good
<immergetaught>I am new to this whole gay thing but I got a profile here, http://gaydarcams.net/soccer
>SPAM CHAT reporting you
Berit
************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 12:06:29 PM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: sasa@ratic.co.uk
Date: 2006-11-17 20:02:00.0
Subject: Abuse Report

User: kaleida
Room: petitionspeciou Private Chat
Description: promotion of websites outside of gaydar

----------

Room Text:
<petitionspeciou>hey there how goes it?
>not bad and you?
<petitionspeciou>just wanted to chat, u doin ok?
>yeah not too bad, my foot is just killing me for no reason
<petitionspeciou>no profile here yet but you can check me out here, http://gaydarcams.net/hardbod
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:06:19 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: johninbath@btinternet.com
Date: 2006-11-17 19:59:00.0
Subject: Abuse Report

User: johninbath
Room: petitionspeciou Private Chat
Description: Selling Commercial webcam services on normal profile

----------

Room Text:
<petitionspeciou>hi baby
>hi there
<petitionspeciou>you seem like someone we'd liek to chat with
>how nice
<petitionspeciou>I'm new to the whole gay thing but I got a profile here, http://gaydarcams.net/just
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 12:05:59 PM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: tailor68@hotmail.com
Date: 2006-11-17 19:43:00.0
Subject: Abuse Report

User: d15sex
Room: immergetaught Private Chat
Description: i think this is a scam

----------

Room Text:
<immergetaught>u uncut dude?
>yes
<immergetaught>you seem like someone I really would like to get to know
>bit of distance between us
<immergetaught>I don't got a profile here yet but I have one here, http://gaydarcams.net/hardbod
>hold on
<immergetaught>got my pics and stats on there and my cam is coming on
Berit
************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:05:50 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: teessidebloke@hotmail.com
Date: 2006-11-17 19:32:00.0
Subject: Abuse Report

User: idlebanter
Room: petitionspeciou Private Chat
Description: Another time wasting advertiser that seems to be taking over gaydar these days

----------

Room Text:
<petitionspeciou>hey bud
>hi
<petitionspeciou>you seem like someone we'd liek to chat with
>ic
<petitionspeciou>cool, Steve here, no profile here yet but I have one at, http://gaydarcams.net/hardbod
>cool
<petitionspeciou>i'm lookin for dudes to get off or watch me get off
>i bet it free too
<petitionspeciou>if you want, you can get a free screenname right on my profile page and watch me
Berit
*************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*************************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:05:41 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: noddy1117@hotmail.com
Date: 2006-11-17 19:29:00.0
Subject: Abuse Report

User: jesusismyhommie
Room: petitionspeciou Private Chat
Description: look, im sorry if his seems rude but adverts for other sites, even if they're gaydar are really annoying

----------

Room Text:
<petitionspeciou>hello there
>hi
<petitionspeciou>you seem like someone I really would like to get to know
>erm thanks....
>whys that?
<petitionspeciou>no profile here yet but you can check me out here, http://gaydarcams.net/younggun
Berit
******************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
******************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 12:05:32 PM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: djldavies@hotmail.com
Date: 2006-11-17 19:29:00.0
Subject: Abuse Report

User: uncled
Room: petitionspeciou Private Chat
Description: another spammer fot you


----------

Room Text:
>hhow can u be a teenager at 26
<petitionspeciou>you seem like someone I really would like to get to know
>great xx
<petitionspeciou>Steve here,25, no profile here yet but I have one at, http://gaydarcams.net/soccer
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:05:24 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support
**Attachments:**         ____Mail-monitor__support__1060634_0_gaydarcams.jpg .dat;

.

From: maraissa@telkomsa.net
Date: 2006-11-17 09:14:00.0
Subject: Support Query from 'onthemenu''

Hi,

I have twice in one week received chat invitations from profile name "ourreallybarbar", which then tries to lure me to a website called http://gaydarcams.net/magnum. Surely this is not legitimate? If nothing else, it's very annoying.

Thanks,
Shane Marais
www.gaydar.co.za/onthemenu

```
<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.0 Transitional//EN">
<HTML><HEAD>
<META http-equiv=Content-Type content="text/html; charset=iso-8859-1">
<META content="MSHTML 6.00.2900.2963" name=GENERATOR>
<STYLE></STYLE>
</HEAD>
<BODY bgColor=#ffffff>
<DIV>Hi,</DIV>
<DIV> </DIV>
<DIV>I have twice in one week received chat invitations from profile name
"ourreallybarbar", which then tries to lure me to a website called <A
href="http://gaydarcams.net/magnum">http://gaydarcams.net/magnum</A>. Surely
this is not legitimate? If nothing else, it's very annoying.</DIV>
<DIV> </DIV>
<DIV>Thanks,</DIV>
<DIV>Shane Marais</DIV>
<DIV><A
href="http://www.gaydar.co.za/onthemenu">www.gaydar.co.za/onthemenu</A></DIV>
<DIV> </DIV></BODY></HTML>
```
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

**ourreallybarbar Private Chat**

<ourreallybarbar>u uncut dude?
>no, cut
<ourreallybarbar>just wanted to hit you up for chat and maybe a little more
>what you have in mind?
>and why me?
<ourreallybarbar>im new to the whole gay thing but i got a profile
here, http://gaydarcams.net/magnum
<ourreallybarbar>5 yrs
>im not an idiot and i dont appreciate this kind of "soft" marketing
<ourreallybarbar>getting on cam and i wanna show off for you so we
can get to know each other
>fok off

© 2003-2006 OSoft Consulting Ltd. All rights reserved.

Java Applet Window

Accounts & Commercial
Info & Support
FAQ
Max Factor
Interstar Radio
Contact



45 years old
Johannesburg

batusill
49 years old
Roodepoort

I'm just me, what's your excuse?

2 hours.

16 November 2006 21:58:00
16 November 2006 21:35:00
16 November 2006 21:27:00
16 November 2006 21:21:00
16 November 2006 21:19:00

Norton AntiVirus

Start    Done    iTunes    Windows Live Mess...    6 Internet Explo...    Inbox - Outlook Exp...    shane    Internet    10:32 PM

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**        2/28/2007 12:05:14 PM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: maraissa@telkomsa.net
Date: 2006-11-17 09:14:00.0
Subject: Support Query from 'onthemenu''

Hi,

I have twice in one week received chat invitations from profile name "ourreallybarbar", which then tries to lure me to a website called http://gaydarcams.net/magnum. Surely this is not legitimate? If nothing else, it's very annoying.

Thanks,
Shane Marais
www.gaydar.co.za/onthemenu

```
<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.0 Transitional//EN">
<HTML><HEAD>
<META http-equiv=Content-Type content="text/html; charset=iso-8859-1">
<META content="MSHTML 6.00.2900.2963" name=GENERATOR>
<STYLE></STYLE>
</HEAD>
<BODY bgColor=#ffffff>
<DIV>Hi,</DIV>
<DIV> </DIV>
<DIV>I have twice in one week received chat invitations from profile name
"ourreallybarbar", which then tries to lure me to a website called <A
href="http://gaydarcams.net/magnum">http://gaydarcams.net/magnum</A>. Surely
this is not legitimate? If nothing else, it's very annoying.</DIV>
<DIV> </DIV>
<DIV>Thanks,</DIV>
<DIV>Shane Marais</DIV>
<DIV><A
href="http://www.gaydar.co.za/onthemenu">www.gaydar.co.za/onthemenu</A></DIV>
<DIV> </DIV></BODY></HTML>
```
Berit

*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:05:05 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: cweste@bigpond.com
Date: 2006-11-17 09:13:00.0
Subject: *Support Query from 'gcjw"

Hi guys just got a private chat from ourreallybarbar saying to go to
gaydarcams.net/kingsize and the site asks for name address and credit card
details do you know of this site or is it a scam cheers chris

<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 3.2//EN">
<HTML>
<HEAD>
<META HTTP-EQUIV="Content-Type" CONTENT="text/html; charset=us-ascii">
<META NAME="Generator" CONTENT="MS Exchange Server version 6.5.7036.0">
<TITLE>*Support Query from 'gcjw"</TITLE>
</HEAD>
<BODY>
<!-- Converted from text/rtf format -->

<P><FONT SIZE=2 FACE="Arial">Hi guys just got a private chat from ourreallybarbar saying to go to
gaydarcams.net/kingsize and the site asks for name address and credit card details do you know of
this site or is it a scam cheers chris</FONT></P>

</BODY>
</HTML>
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:04:57 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: mygord1@optusnet.com.au
Date: 2006-11-17 09:12:00.0
Subject: Abuse Report

User: .g0rd1e
Room: ourreallybarbar Private Chat
Description: ourreallybarbar has no profile, doesn't chat in the main room, but directs me to a cam network and encourages me to watch.

I believe this to be against gaydar policy.

----------

Room Text:
<ourreallybarbar>hi cutie
> <blush>
<ourreallybarbar>you seem like someone we'd liek to chat with
>where are you in the room... you have an 'inactive profile'???
<ourreallybarbar>Steve here,25, no profile here yet but I have one at, http://gaydarcams.net/wildjock
>and you're not in the queensland room?
<ourreallybarbar>getting on cam and showing off is a new hobby of mine
>where in the world are you?
<ourreallybarbar>if ur into watchin just get a free screename and come watch, you dont need a cam
Berit
******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:04:48 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.


From: stuartj@internode.on.net
Date: 2006-11-17 09:10:00.0
Subject: Abuse Report

User: wdc
Room: ourreallybarbar Private Chat
Description: spam...

----------

Room Text:
<ourreallybarbar>yo bro
>hi... hows it going
<ourreallybarbar>how are you today?
>good thanks. u?
<ourreallybarbar>cool, Steve here, no profile here yet but I have one at, http://gaydarcams.net/anfjock
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:** support@gaydar.co.uk
**Sent:** 2/28/2007 12:04:40 PM
**To:** paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:** Message from gaydar support

.

From: sardomoro@hotmail.it
Date: 2006-11-17 08:58:00.0
Subject: Abuse Report

User: ......sardinia
Room: kickyouwhoever Private Chat
Description: Sorry but I don't understand why many member try to chat with me and there profile is not active and they often advertise there own commercial site as this member done.

Thanks

----------

Room Text:
<kickyouwhoever>no profile here yet but you can check me out here, http://gaydarcams.net/soccer
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:** support@gaydar.co.uk
**Sent:** 2/28/2007 12:04:33 PM
**To:** paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:** Message from gaydar support

.

From: kristianmurden@hotmail.com
Date: 2006-11-17 08:17:00.0
Subject: Abuse Report

User: kriss2004
Room: ourreallybarbar Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

This is another idiot pushing live webcam shows

----------

Room Text:
<ourreallybarbar>hey what's up
>piss off
<ourreallybarbar>how are you today?
>i aint interested in your stupid adverts
<ourreallybarbar>I'm new to the whole gay thing but I got a profile here, http://gaydarcams.net/soccer
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:04:25 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: gaydar@cloz.co.uk
Date: 2006-11-17 08:07:00.0
Subject: Abuse Report

User: clozzy
Room: kickyouwhoever Private Chat
Description: Advert bot.

----------

Room Text:
<kickyouwhoever>hi
>hello
<kickyouwhoever>you seem like someone I really want to talk to
>and you know that how ?
<kickyouwhoever>no profile on here yet, just joined but you can check me out here,
http://gaydarcams.net/younggun
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 12:03:28 PM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

'

From: newboy999@hotmail.com
Date: 2006-11-17 08:05:00.0
Subject: Abuse Report

User: melb_hotfuck
Room: ourreallybarbar Private Chat
Description: spam and directed to gaydarcams.net/cutest

----------

Room Text:
<ourreallybarbar>hey what's up
>not much
<ourreallybarbar>just wanted to chat, u doin ok?
>yep
<ourreallybarbar>I'm new to the whole gay thing but I got a profile here, http://gaydarcams.net/cutest
> <laugh> <laugh> <laugh> <laugh> no!
<ourreallybarbar>getting on cam and showing off is a new hobby of mine
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:03:20 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: paulrobinson129@hotmail.com
Date: 2006-11-17 07:52:00.0
Subject: Abuse Report

User: paulrobinson129
Room: ourreallybarbar Private Chat
Description: seems to be the same scam as i have already reportred


----------

Room Text:
<ourreallybarbar>hello hello
>hello
<ourreallybarbar>you seem interesting, care to chat?
>your profile is very similar to dissembletortuo
<ourreallybarbar>Steve here, 25, my stats and profile is at: http://gaydarcams.net/anfjock
>????
<ourreallybarbar>you into being bad on cam? if not you can just watch me? >;)
>yeah sure
<ourreallybarbar>cool, I'm geting ready to release a load and I'd like nothing more than for you to join me
>i think your ugly'
<ourreallybarbar>no cam needed or anything and I am on it now, come blow a load with me sexy
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 12:03:12 PM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: cpspanker@hotmail.co.uk
Date: 2006-11-17 07:37:00.0
Subject: Abuse Report

User: spanking_dad
Room: kickyouwhoever Private Chat
Description: yet another advert

----------

Room Text:
<kickyouwhoever>hey there what u up to
>Just logged on for a min to look for a mate... nice pic on your profile... <cool>
<kickyouwhoever>just wanted to chat, u doin ok?
>fine... and what exactly attracted you to my profile...??? lol
<kickyouwhoever>no profile on here yet, just joined but you can check me out here, http://gaydarcams.net/bad
>ok... I'll check it out
Berit
***********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
***********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:03:01 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: mouchi@ya.com
Date: 2006-11-17 07:31:00.0
Subject: Abuse Report

User: busco1
Room: ourreallybarbar Private Chat
Description: It's getting very common these type of private chat inviting you to visit another website!!

----------

Room Text:
<ourreallybarbar>hey you are gorgeous
>Thank you
<ourreallybarbar>how are you today?
>fine.. and yourself?
<ourreallybarbar>I am new to this whole gay thing but I got a profile here, http://gaydarcams.net/wannab
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:02:53 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: kernow1962@googlemail.com
Date: 2006-11-17 07:17:00.0
Subject: Abuse Report

User: dydhda
Room: kickyouwhoever Private Chat
Description: another

----------

Room Text:
>i am over ur age range, but wanted to say ur body look great
<kickyouwhoever>how's your day so far?
>not bad just up and urs?
<kickyouwhoever>I'm new to the whole gay thing but I got a profile here, http://gaydarcams.net/stevek
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        2/28/2007 12:02:45 PM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: badboi1969@yahoo.com
Date: 2006-11-17 06:25:00.0
Subject: Abuse Report

User: badboibrisbane
Room: ourreallybarbar Private Chat
Description: Spam

----------

Room Text:
<ourreallybarbar>hey gorgeous
>Hi
<ourreallybarbar>you seem like someone we'd liek to chat with
>who is we?
<ourreallybarbar>I am new to this whole gay thing but I got a profile here, http://gaydarcams.net/wannab
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 12:02:17 PM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: primitive-love@hotmail.com
Date: 2006-11-17 06:03:00.0
Subject: Abuse Report

User: primitive-love
Room: ourreallybarbar Private Chat
Description: I think this user is a commercial spam site hes not responding to conversation properly


----------

Room Text:
<ourreallybarbar>hello there
>hi
<ourreallybarbar>you seem like someone I really would like to get to know
>thanx
>where r u
<ourreallybarbar>I don't got a profile here yet but I have one here, http://gaydarcams.net/hardbod
>where r u???
<ourreallybarbar>like what you see?
>WHERE R U???
<ourreallybarbar>if you want, you can get a free screenname right on my profile page and watch me
>so r u gunna tell me where u r or not
<ourreallybarbar>I'll do whatever you want as long as you want
>look yr a commercial site im gunna report u!
> <angry> <angry> <angry> <angry> <angry>
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:02:08 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: funkyboy5@jc.com.au
Date: 2006-11-17 05:26:00.0
Subject: Abuse Report

User: stevey73
Room: ourreallybarbar Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.
*** javascript link to Pay for Porn ....


----------

Room Text:
<ourreallybarbar>Steve here, 25, my stats and profile is at: http://gaydarcams.net/dream
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:01:58 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: stevie_seven@msn.com
Date: 2006-11-17 03:45:00.0
Subject: Abuse Report

User: adamoff
Room: ourreallybarbar Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

I suspect it is a spy bot

----------

Room Text:
<ourreallybarbar>hello hello
>hello
<ourreallybarbar>just wanted to see if you'd like to chat
>yeah why not
<ourreallybarbar>I don't got a profile here yet but I have one here, http://gaydarcams.net/bstud
>oh ffs
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 12:01:47 PM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: tyrant456@hotmail.com
Date: 2006-11-17 02:07:00.0
Subject: Abuse Report

User: cuteboy08
Room: ourreallybarbar Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

sent virus link

----------

Room Text:
<ourreallybarbar>you seem like someone I really want to talk to
>lol thats cool
>why is that
<ourreallybarbar>I am new to this whole gay thing but I got a profile here, http://gaydarcams.net/wannab
>did u just send me a virus mr
<ourreallybarbar>getting on cam and both of us showing off together is a new hobby of ours
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:01:37 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: aaggiiss@hotmail.com
Date: 2006-11-17 01:05:00.0
Subject: Abuse Report

User: aaggiiss
Room: kickyouwhoever Private Chat
Description: keep getting pvts like this advertising other sites

----------

Room Text:
<kickyouwhoever>hey gorgeous
>Hey
<kickyouwhoever>just wanted to hit you up for chat and maybe a little more
>we are a tad far away . .lol
>know ayr though,
<kickyouwhoever>no profile here yet but you can check me out here, http://gaydarcams.net/wildjock
Berit
*************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*************************************************************

# support@gaydar.co.uk

**From:**    support@gaydar.co.uk
**Sent:**    2/28/2007 12:01:28 PM
**To:**    paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: cam.lee82@gmail.com
Date: 2006-11-17 00:57:00.0
Subject: Abuse Report

User: brandonst
Room: ourreallybarbar Private Chat
Description: soliciting

----------

Room Text:
<ourreallybarbar>hello hello
>hello hello
<ourreallybarbar>just wanted to hit you up for chat and maybe a little more
>little more huh? :p
<ourreallybarbar>I am new to this whole gay thing but I got a profile here, http://gaydarcams.net/kylewaters
Berit
*********************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 12:01:19 PM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: lol@dircon.co.uk
Date: 2006-11-16 23:57:00.0
Subject: Abuse Report

User: ukmike
Room: kickyouwhoever Private Chat
Description: advertising

----------

Room Text:
<kickyouwhoever>hey man
>hiya
<kickyouwhoever>you seem cool, care to chat?
>about?
<kickyouwhoever>I don't got a profile here yet but I have one here, http://gaydarcams.net/brendon
>eh?
<kickyouwhoever>getting on cam and showing off is a new hobby of mine
>where r u?
<kickyouwhoever>if you want, you can get a free screenname right on my profile page and watch me u don't need a cam
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        2/28/2007 12:01:11 PM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

/

From: ciaobelloragazzo@hotmail.com
Date: 2006-11-16 23:53:00.0
Subject: Abuse Report

User: ciaobelloragazz
Room: ourreallybarbar Private Chat
Description: Spam

----------

Room Text:
<ourreallybarbar>hey what's up
>hey
>sall good... how u doing?
<ourreallybarbar>just thought i'd hit you up for chat
>ok
<ourreallybarbar>I'm new to the whole gay thing but I got a profile here, http://gaydarcams.net/wrestlercole
>well thats wonderful for you
<ourreallybarbar>i'm lookin for dudes to get off or watch me get off
>excellent- well im sure you will find lots
<ourreallybarbar>just get a free screenname on my page no cam needed and you can chat to me
>well i'd love to but I forgot... tonight I promised myself I would hit my head against a wall
<ourreallybarbar>I'll do whatever you want as long as you want
>no sorry... still hitting my head against a wall- i cant cancel- it wouldnt be fair to the wall
<ourreallybarbar>brb, few dudes comin into my cam session, i'll be waiting for u
>sure well don't hold your breath
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:00:29 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: nick_2001@fanthomn.freeserve.co.uk
Date: 2006-11-16 23:48:00.0
Subject: Abuse Report

User: nicknow
Room: kickyouwhoever Private Chat
Description: C'mon qsoft, get rid of these buggers!

----------

Room Text:
<kickyouwhoever>hey gorgeous
>.
<kickyouwhoever>just wanna chat, Cole here, what's your name?
>.
<kickyouwhoever>I am new to this whole gay thing but I got a profile here, http://gaydarcams.net/super
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     2/28/2007 12:00:20 PM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: belami_cowboy@hotmail.com
Date: 2006-11-16 23:46:00.0
Subject: Abuse Report

User: belami_pornstar
Room: ourreallybarbar Private Chat
Description: spam


----------

Room Text:
<ourreallybarbar>hello there
>hi there
>brb smoke
<ourreallybarbar>you seem like someone I really would like to get to know
>really
<ourreallybarbar>Steve here, 25, my stats and profile is at: http://gaydarcams.net/hardbod
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 12:00:11 PM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: trg37@hotmail.com
Date: 2006-11-16 23:43:00.0
Subject: Abuse Report

User: trg37
Room: ourreallybarbar Private Chat
Description: isnt this spam!

----------

Room Text:
<ourreallybarbar>hey sexy
>hi
<ourreallybarbar>how's your day so far?
>well it just started here!
<ourreallybarbar>cool, Steve here, no profile here yet but I have one at, http://gaydarcams.net/brendon
>no point really if yur in Ca
Berit
**************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        2/28/2007 11:59:59 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: irishhooligan@lycos.com
Date: 2006-11-16 23:28:00.0
Subject: Abuse Report

User: irishhooligan
Room: ourreallybarbar Private Chat
Description: User offering premium services on an automated basis and is bugging me!!!

----------

Room Text:
<ourreallybarbar>hi
>hi
<ourreallybarbar>you seem like someone I really want to talk to
>why so?
<ourreallybarbar>I don't got a profile here yet but I have one here, http://gaydarcams.net/male
>of course u do
<ourreallybarbar>got my pics and stats on there and my cam is coming on
>ah well
>im a GD fan and will always remain loyal oh and btw you should be paying a premium rate for advertising your services
<ourreallybarbar>cool, I'm geting ready to release a load and I'd like nothing more than for you to join me
<ourreallybarbar>I'll do whatever you want as long as you want
>yes you are an automated machine really arented u
<ourreallybarbar>brb people coming in our cam chatroom =)
>yes i will report you to the GD admin team
>so you go right ahead
>you will not have your signin next time!
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:59:51 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: christopherbickerton@hotmail.com
Date: 2006-11-16 23:24:00.0
Subject: Abuse Report

User: fiveorders
Room: ourreallybarbar Private Chat
Description: this guy is spam

----------

Room Text:
<ourreallybarbar>whats up man
>nm. just about to get up
<ourreallybarbar>you seem like someone I really would like to get to know
>haha thabks. do u have a facepic?
<ourreallybarbar>cool, Steve here, no profile here yet but I have one at, http://gaydarcams.net/bstud
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 11:59:43 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: mt9599@hotmail.com
Date: 2006-11-16 23:21:00.0
Subject: Abuse Report

User: quandi
Room: kickyouwhoever Private Chat
Description: on a daily basis now i'm reciving messages of this mannor of message spam i'm sure you guys are
aware of it its just a little anooying

----------

Room Text:
<kickyouwhoever>hello there
>hi
<kickyouwhoever>you seem like someone I really would like to get to know
>thxs
<kickyouwhoever>Steve here, 25, my stats and profile is at: http://gaydarcams.net/super
>no thxs
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:59:35 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: huwrobs@mac.com
Date: 2006-11-16 23:17:00.0
Subject: Abuse Report

User: huw86
Room: kickyouwhoever Private Chat
Description: think someones accounts been hacked or whatever

----------

Room Text:
<kickyouwhoever>hey there how's your day goin
>hey I'm not too bad ta, day hasnt been to bad, have done bugger all lol, how about you?
<kickyouwhoever>just wanted to chat, u doin ok?
>yeah I'm good ta
>how about you?
<kickyouwhoever>cool, Steve here, no profile here yet but I have one at, http://gaydarcams.net/bad
>cool
<kickyouwhoever>you into being bad on cam? if not you can just watch me? >;)
>yellow
<kickyouwhoever>just get a free screenname on my page no cam needed and you can chat to me
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:59:26 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: smarty21gr@hotmail.com
Date: 2006-11-16 23:14:00.0
Subject: Abuse Report

User: virile25
Room: ourreallybarbar Private Chat
Description: Spammer, gaydarcams ?

----------

Room Text:
<ourreallybarbar>hey
>hello
<ourreallybarbar>just wanted to see if you'd like to chat
>always up for a chat
<ourreallybarbar>no profile here yet but you can check me out here, http://gaydarcams.net/wrestlercole
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        2/28/2007 11:59:19 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: web@claire-richards.com
Date: 2006-11-16 23:07:00.0
Subject: Abuse Report

User: mrrichards
Room: kickyouwhoever Private Chat
Description: trying to get me to sign up to fucking webcamera sites

www.gaydarcams.net

----------

Room Text:
<kickyouwhoever>whats up man
>hiya
<kickyouwhoever>you seem like someone we'd liek to chat with
>haha
<kickyouwhoever>no profile here yet but you can check me out here, http://gaydarcams.net/kingsize
>oh you are prett
>y
>shame i dont have a credit card
>oh well
>you're more than welcome to get naked on msn for me
<kickyouwhoever>getting on cam and i wanna show off for you so we can get to know each other
>whats your msn
<kickyouwhoever>just get a free screenname and you can tell me what to do sexy
>free
>its asking for my credit card number
<kickyouwhoever>just signup, it's truly free man and you can tell me what you want on cam =)
>no thanks
>I aint putting my cc number into any dodgy websites
Berit
**************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 11:59:10 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.


From: oxfordboy@tiscali.co.uk
Date: 2006-11-16 23:06:00.0
Subject: Abuse Report

User: hornyoxfordguy
Room: ourreallybarbar Private Chat
Description: spammer

----------

Room Text:
<ourreallybarbar>whats up man
>alright
<ourreallybarbar>you seem like someone I really would like to get to know
>ok
<ourreallybarbar>i'm new here but you can see my pics here, http://gaydarcams.net/soccer
Berit
*********************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:59:03 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: ron.dunning@lineone.net
Date: 2006-11-16 22:43:00.0
Subject: Abuse Report

User: rocketron
Room: ourreallybarbar Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

Second time in an hour been pvt with similar message

Very strange

----------

Room Text:
<ourreallybarbar>hello there
>hi
<ourreallybarbar>how are you today?
>good
>u?
<ourreallybarbar>I'm new to the whole gay thing but I got a profile here, http://gaydarcams.net/younggun
>where ru??
<ourreallybarbar>you into being bad on cam? if not you can just watch me? >;)
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        2/28/2007 11:57:55 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: cachaspasivomad@hotmail.com
Date: 2006-11-16 22:41:00.0
Subject: Abuse Report

User: chulo73
Room: ourreallybarbar Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

spam

----------

Room Text:
<ourreallybarbar>hey there what u up to
>your name?
<ourreallybarbar>just wanted to see if you'd like to chat
>your name?
<ourreallybarbar>no profile here yet but you can check me out here, http://gaydarcams.net/soccer
Berit
************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        2/28/2007 11:57:47 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: ainsly.b@hccnet.nl
Date: 2006-11-16 22:19:00.0
Subject: Abuse Report

User: dsm-r
Room: ourreallybarbar Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile
pls read transcript> .

----------

Room Text:
<ourreallybarbar>hey what's up
>hi
<ourreallybarbar>how's your day so far?
>well my day is about to end > just got home and on bleeper duty so in for a crappy night i suppose
<ourreallybarbar>no profile on here yet, just joined but you can check me out here, http://gaydarcams.net/bad
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 11:57:38 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: 4u2c@deon.gr
Date: 2006-11-16 21:42:00.0
Subject: Abuse Report

User: 4u2c_
Room: ourreallybarbar Private Chat
Description: ourreallybarbar is promoting a website with cameras

----------

Room Text:
<ourreallybarbar>hello hello
>hello!
<ourreallybarbar>you seem like someone we'd liek to chat with
>really?
<ourreallybarbar>I am new to this whole gay thing but I got a profile here, http://gaydarcams.net/wannab
>so... what do you want?
<ourreallybarbar>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a mic i can talk into
>why to do this? I have no problem... I do a lot of sex...
<ourreallybarbar>if ur into watchin just get a free screename and come watch, you dont need a cam
>it's not FREE exactly... I have to put my credit card info...
>not interested
>go to promote this site to another guy
<ourreallybarbar>no cam needed or anything and I am on it now, come blow a load with me sexy
>byeeeeee
>don't bother me again
<ourreallybarbar>brb, tons of people comin in to my cam show
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:57:30 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: kingeran@yahoo.com
Date: 2006-11-16 21:38:00.0
Subject: Abuse Report

User: dreamer_
Room: ourreallybarbar Private Chat
Description: this person is trying to promote a webcam site

----------

Room Text:
<ourreallybarbar>hey you are gorgeous
> <smile>
>thank you!
<ourreallybarbar>you seem like someone I really want to talk to
>nice
<ourreallybarbar>no profile here yet but you can check me out here, http://gaydarcams.net/male
>I think that this is a spam message...
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:57:21 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**   Message from gaydar support

.

From: mifren@yahoo.com.au
Date: 2006-11-16 21:26:00.0
Subject: Abuse Report

User: malpa
Room: ourreallybarbar Private Chat
Description: am unsure if this person is scamming with his unsolicited camming or not
however i guess u guys can review the transcript& decide fromthere

kind regards, matthew

----------

Room Text:
<ourreallybarbar>hi, whre are you
>mornig
>in bed
> <wink>
<ourreallybarbar>just wanted to hit you up for chat and maybe a little more
>aw
>thnku <blush>
>matt here
>wankingup
>er
<ourreallybarbar>no profile here yet but you can check me out here, http://gaydarcams.net/super
>wakingup
<ourreallybarbar>i'm lookin for dudes to get off or watch me get off
>wow
>nice
>hot even
<ourreallybarbar>if you want, you can get a free screenname right on my profile page and watch me
>bet u have lotsa fellas after u <wink>
<ourreallybarbar>I'll do whatever you want as long as you want
>wow
>where r u?
<ourreallybarbar>brb come watch me
>it wants my visa
> <blush>
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:** support@gaydar.co.uk
**Sent:** 2/28/2007 11:57:11 AM
**To:** paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:** Message from gaydar support

.

From: ciaobelloragazzo@hotmail.com
Date: 2006-11-16 21:25:00.0
Subject: Abuse Report

User: ciaobelloragazz
Room: kickyouwhoever Private Chat
Description: Spam!

----------

Room Text:
<kickyouwhoever>hi baby
>im glad u said that- im in the mood for an arfument!
<kickyouwhoever>you seem like someone I really want to talk to
>u seem like a total twat
<kickyouwhoever>i'm new here but you can see my pics here, http://gaydarcams.net/super
>what a surprise... ur spam!
Berit
*************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*************************************************************

# support@gaydar.co.uk

**From:** support@gaydar.co.uk
**Sent:** 2/28/2007 11:57:02 AM
**To:** paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:** Message from gaydar support

.

From: erikhants@yahoo.co.uk
Date: 2006-11-16 21:17:00.0
Subject: Abuse Report

User: erikhants
Room: kickyouwhoever Private Chat
Description: spam

----------

Room Text:
<kickyouwhoever>hey you are gorgeous
>thanks
>how are you?
<kickyouwhoever>you seem like someone I really want to talk to
<kickyouwhoever>I am new to this whole gay thing but I got a profile here, http://gaydarcams.net/anfjock
>whatever
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     2/28/2007 11:56:19 AM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: lotsofsexnow@yahoo.com
Date: 2006-11-16 20:55:00.0
Subject: Abuse Report

User: hairysexmate
Room: ourreallybarbar Private Chat
Description: SPAM

A BOT

Please stop this, as it is the reason i do not use gay.com

thanks.

----------

Room Text:
<ourreallybarbar>whats up man
>not much.. you?
<ourreallybarbar>just wanted to hit you up for chat and maybe a little more
>good mate.. what do you wanna chat about?
<ourreallybarbar>cool, Steve here, no profile here yet but I have one at, http://gaydarcams.net/dream
>you have a profile here mate.. didnt you see it?
<ourreallybarbar>like what you see?
>yes hot mate.. i want you now. come over.
<ourreallybarbar>if you want, you can get a free screenname right on my profile page and watch me u don't
need a cam
>really, no need for a cam?
>wow
>how will i see you if youdont have a cam?
<ourreallybarbar>no cam needed or anything and I am on it now, come blow a load with me sexy
>just one load?
<ourreallybarbar>brb, few dudes comin into my cam session, i'll be waiting for u
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:56:07 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: pollonhung20cms@hotmail.com
Date: 2006-11-16 20:55:00.0
Subject: Abuse Report

User: activehung20cms
Room: ourreallybarbar Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

Spam

----------

Room Text:
<ourreallybarbar>hey bud
>hello
<ourreallybarbar>you seem interesting, care to chat?
>your name?
<ourreallybarbar>I am new to this whole gay thing but I got a profile here, http://gaydarcams.net/soccer
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:55:56 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: johanjoubert@ananzi.co.za
Date: 2006-11-16 20:43:00.0
Subject: Abuse Report

User: joubertj
Room: ourreallybarbar Private Chat
Description: this profile adverstise this site http://gaydarcams.net/users.php?name=wrestlercole
continuesly via a few gaydar profiles in the chatrooms!

----------

Room Text:
<ourreallybarbar>whats up man
>hi
<ourreallybarbar>just thought i'd hit you up for chat
>what you up to? where you?
<ourreallybarbar>I'm new to the whole gay thing but I got a profile here, http://gaydarcams.net/wrestlercole
>i dont do cams sorry - face pic first
<ourreallybarbar>you into being bad on cam? if not you can just watch me? >;)
>i dont watch if you dont send me your face pic
<ourreallybarbar>if you want, you can get a free screenname right on my profile page and watch me
>i said send yoruf ace pic first
>your face pic
<ourreallybarbar>no cam needed or anything i'm on it now, come check me out
>same old story - send your face pic first
<ourreallybarbar>brb gonna get some lube
>and you are def not neew to this
>so send me your face pic
<ourreallybarbar>no cam needed or anything i'm on it now, come check me out
>so send your face pic first if you want any of us to watch you
<ourreallybarbar>brb, few dudes comin into my cam session, i'll be waiting for u
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     2/28/2007 11:55:46 AM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: walissonr3@yahoo.co.uk
Date: 2006-11-16 20:40:00.0
Subject: Abuse Report

User: stallion_sw
Room: kickyouwhoever Private Chat
Description: annoying advertise

----------

Room Text:
<kickyouwhoever>I'm new to the whole gay thing but I got a profile here, http://gaydarcams.net/younggun
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**    support@gaydar.co.uk
**Sent:**    2/28/2007 11:55:33 AM
**To:**    paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: andy@egoit.co.uk
Date: 2006-11-16 20:36:00.0
Subject: Abuse Report

User: mancguy29
Room: ourreallybarbar Private Chat
Description: spam


----------

Room Text:
<ourreallybarbar>u uncut dude?
>hi there
>yes
<ourreallybarbar>just wanted to chat, u doin ok?
>yes im good
<ourreallybarbar>no profile here yet but you can check me out here, http://gaydarcams.net/cutest
>your a long way
<ourreallybarbar>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a mic i can talk into
>oh your selling something
Berit

*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     2/28/2007 11:55:25 AM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: ncr@blueyonder.co.uk
Date: 2006-11-16 20:30:00.0
Subject: Abuse Report

User: .ncr
Room: CP/Spanking
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.Please tell me what is going on in the cp/spanking room ,it seems like a battle going on in here

----------

Room Text:
<mike89>in East London, up 4 a meet pvt me
<jeremyid1>jamie i have ni idea what u talking aboutr so shut up
<jeremyid1>he is an alchy
<jeremyid1>he drinks lkike a fish
<jeremyid1>what would u know
<jamiemeyers>and what's yur point?
<jeremyid1>are u saying this is ok
<jeremyid1>are u saying lets all drink like a fish
<jamiemeyers>anyway guys how is evryone this cold november evening?
<haymarket3110>yip
<jamieuk001>Fish don't drink!
<se19bttmforfun>hi guyz
<haymarket3110>i'm off to the pub
<jeremyid1>lets pretend i never asked the question lets pretend the world is perfect
<jamiemeyers>good man haymarket
<se19bttmforfun>thort they do drink
<je

{MIDDLE SECTION REMOVED BY SERVER FOR BREVITY}

tchy lol
<mike89>in East London, (mile end) up 4 a meet pvt me
<bi_sex_mad>hi all
<se19bttmforfun>hi sex
<peter.powney>some of us regularly have very intimate friendly banter with close chat friends that other guys
don't realise how close we are
<bi_sex_mad>hi SE
<se19bttmforfun>think i might try transex
<jamieuk001>I know!!
<ukstan>evening all
<peter.powney>e.g i often tell dady44 he is a budda and a hippo, he knows i am joking and it means i get a few

good whacks of the cane when i next see him
<jeremyid1>and when u take it to others u have to pay for that
<se19bttmforfun>ello stan
<dream-boy>a YOUNG BOY wants 2 SPANK some1!
<peter.powney>this sort of banter is fine ASLONG AS after naughty comments i put LOL or similar so that
dady44 and other know it is friendly banter and not abuse
<jeremyid1>i have to stay in here all fuckin day because of u guys im sick of it
<peter.powney>well don't come into the room then jeremyid1 if your upset and people friendly banter
<jamiemeyers>well if you do really work here and are so unhappy, why not get another job? this one obviously
ain't for you
<jamiemeyers>poor thing
<jeremyid1>its not my choice u stupid little man
<koboo>exactly, sit ouside the room and watch
<jeremyid1>i work here duh
>not surprising jeremyid ,not nice are ya
<jamiemeyers>i'm neither stupid nor little
<mastergoody>Who got CP for real when they were @ school? Cane? Slipper? Strap/Belt? Pvt me if ur willing to
chat
<jamieuk001>grasser!
<metrocopuk>peter powney - pvt me pls
<peter.powney>prove it whats your position jeremyid1 at gaydar
<jamiemeyers>quite, pp
<jeremyid1>peter f u
<peter.powney>if you really have that power then revoke my paid up membership NOW, and also revoke NOW
all the other people you claim have upset you and stepped out of line
<jamiemeyers>and mine
<purpleronnie36>anyone know how to get into gaydarcams?
<jeremyid1>peter a seldom used rule is a court prosecution as its often hard to trace someone
<jamiemeyers>what you mean by fu jeremy
<jeremyid1>peter would u like to be prosecuted
<koboo>for what?
<koboo>being gay?
<koboo>liking cp?
<jamiemeyers>so what's his ip address?
<jeremyid1>your abuse of other gay people
<jeremyid1>if u are gay
<jamiemeyers>oh please <yawn> <yawn> <yawn>
<peter.powney>as c callcneter customer service manager regards of your postiopn and the so called abuse and
upset you might receive from customers you would never speak to them the way you have done
jeremyid1..............how you have spoke to and treated people in any business employment law is clear GROSS
MISCODUCT and is an instant dismissal offence so if you really work for gaydar your defo looking for another job
tomorrow so as i said befoer SHUT UP AND PIS
<mastergoody>Who got CP for real when they were @ school? Cane? Slipper? Strap/Belt? Pvt me if ur willing to
chat
<koboo>and gaydar actually employ you????
<jamiemeyers>to say fu to your customers?
<koboo>to promote their business?
<jamiemeyers>outrageous!!! to think we pay for this too
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.

*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:55:16 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-16 20:01:00.0
Subject: Abuse Report

User: dontsaya
Room: kickyouwhoever Private Chat
Description: getting fed up of this sort of chat

----------

Room Text:
<kickyouwhoever>hey man
>hi
<kickyouwhoever>you seem interesting, care to chat?
>can do
>for qa while
>whats so interesting
<kickyouwhoever>I don't got a profile here yet but I have one here, http://gaydarcams.net/bstud
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 11:55:07 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: deafsean@hotmail.co.uk
Date: 2006-11-16 09:22:00.0
Subject: Abuse Report

User: seandeaf
Room: yokeidyll18 Private Chat
Description: this user is advertising an unsecure site where credit card details are asked for

----------

Room Text:
<yokeidyll18>hey what's up
>not a lot lol
<yokeidyll18>you seem like someone I really want to talk to
>Y
<yokeidyll18>I don't got a profile here yet but I have one here, http://gaydarcams.net/kylewaters
>why yo tell me
<yokeidyll18>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a mic i can talk into
>k
>sounds fun
<yokeidyll18>cool, I'm geting ready to release a load and I'd like nothing more than for you to join me
>jst looked at site you a commercial
>have to give credit card details
Berit
*********************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:54:59 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: mark.h@121mediagroup.com
Date: 2006-11-16 09:11:00.0
Subject: Abuse Report

User: .markyboy
Room: yokeidyll18 Private Chat
Description: spam

----------

Room Text:
<yokeidyll18>hey there how goes it?
>ok thanks u?
<yokeidyll18>you are gorgeous, what you doing?
>lol thanks
>just got up
<yokeidyll18>Steve here,25, no profile here yet but I have one at, http://gaydarcams.net/bad
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:54:50 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: andrew@esdgroup.co.uk
Date: 2006-11-16 09:11:00.0
Subject: Abuse Report

User: v.a.i.o
Room: yokeidyll18 Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

reported once for tryin to deviate cutomers

----------

Room Text:
<yokeidyll18>hello there
>hi
>u have a profile / pics
<yokeidyll18>you seem like someone I really want to talk to
<yokeidyll18>no profile on here yet, just joined but you can check me out here, http://gaydarcams.net/kingsize
Berit
*************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:54:42 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: zebedee_070@hotmail.com
Date: 2006-11-16 09:05:00.0
Subject: Support Query

Think you should check out chordwhale18 in chat.

Inviting people to join www.gaydarcams.net/sexydany

Profile is not the same and in order to view, you must supply credit card
details for what is supposed to be a FREE site.

I used an old card, which was DECLINED.......remembering that the site is
supposed to be FREE !!!

When i brought this to his attention, he quickly disappeared.

Hope too many members don't get ripped off.

Thanks

_____
Advertisement: 110,000+ cars with the click of a mouse at carsales.com.au
http://a.ninemsn.com.au/b.aspx?URL=http%3A%2F%2Fsecure%2Dau%2Eimrworldwide%2Ecom%2
Fcgi%2Dbin%2Fa%2Fci%5F450304%2Fet%5F2%2Fcg%5F801577%2Fpi%5F1005244%2Fai%5F83
8593&_t=757768878&_r=endtext_110000&_m=EXT
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     2/28/2007 11:54:34 AM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: psp.traducciones@infonegocio.com
Date: 2006-11-16 09:05:00.0
Subject: *Soporte requerido por 'permad"

Fakes - commercial

Perfil: chordwhale18

Recommended web site: http://gaydarcams.net/kylewaters


You should have a look on it.

Best regards
permad


```
<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.0 Transitional//EN">
<HTML><HEAD>
<META http-equiv=Content-Type content="text/html; charset=iso-8859-1">
<META content="MSHTML 6.00.2900.2963" name=GENERATOR>
<STYLE></STYLE>
</HEAD>
<BODY bgColor=#ffffff>
<DIV><FONT face=Arial size=2>Fakes - commercial</FONT></DIV>
<DIV><FONT face=Arial size=2></FONT> </DIV>
<DIV><FONT face=Arial size=2>Perfil:
<TABLE class=tbl-2 cellSpacing=0 cellPadding=0 width="100%" align=center
border=0>
<TBODY>
<TR class=tbl-1>
<TD class=wtl> </TD>
<TD height=20>
<TABLE style="HEIGHT: 60px" cellSpacing=0 cellPadding=0 width="100%"
border=0>
<TBODY>
<TR vAlign=top align=left>
<TD class=w-m-b width="65%">
<DIV>chordwhale18 </DIV>
<DIV> </DIV>
<DIV><FONT size=2>Recommended web site: <A
```
href="http://gaydarcams.net/kylewaters">http://gaydarcams.net/kylewaters</A></FONT></DIV>
```
<DIV><FONT size=2></FONT> </DIV>
```

```
<DIV><FONT size=2></FONT> </DIV>
<DIV><FONT size=2>You should have a look on it.</FONT></DIV>
<DIV><FONT size=2></FONT> </DIV>
<DIV><FONT size=2>Best regards</FONT></DIV>
<DIV><FONT

size=2>permad</FONT></DIV></TD></TR></TBODY></TABLE></TD></TR></TBODY></TABLE
></FONT></DIV></BODY></HTML>
```
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:54:25 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: bsscorpion@aol.com
Date: 2006-11-16 09:05:00.0
Subject: *Support Query from 'bigbat24"

hello just wanted to check that gaydarcams.net/bad is part of gaydar
,because i keep getting messages saying login ,then they ask for creditcard details
which i will not give they are using gaydar chat to do it, user yokeidyll18

```
<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.0 Transitional//EN">
<HTML><HEAD>
<META http-equiv=Content-Type content="text/html; charset=US-ASCII">
<META content="MSHTML 6.00.2900.2963" name=GENERATOR></HEAD>
<BODY id=role body style="FONT-SIZE: 10pt; COLOR: #000000; FONT-FAMILY: Arial"
bottomMargin=7 leftMargin=7 topMargin=7 rightMargin=7><FONT id=role document
face=Arial color=#000000 size=2>
<DIV>hello just wanted to check that gaydarcams.net/bad is part of gaydar
,because i keep getting messages saying login ,then they ask for creditcard
details which i will not give  they are using gaydar chat to do
it, user yokeidyll18</DIV></FONT></BODY></HTML>
```
Berit
*********************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        2/28/2007 11:54:17 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: 0404314408@vodafone.net.au
Date: 2006-11-16 08:49:00.0
Subject: Abuse Report

User: ...ambitious...
Room: chordwhale18 Private Chat
Description: seems to be promoting commercial site


----------

Room Text:
<chordwhale18>you seem like someone I really would like to get to know
>so how's you day. Dont seem to be able to see you profile on gdar. :)
<chordwhale18>no profile here yet but you can check me out here, http://gaydarcams.net/bstud
>So where are you buddy in the world that is hehehe
<chordwhale18>like what you see?
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:54:08 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: priddle_family@bigpond.com
Date: 2006-11-16 08:39:00.0
Subject: Abuse Report

User: wildperthboi
Room: chordwhale18 Private Chat
Description: this user is advertising other website

----------

Room Text:
<chordwhale18>yo bro
>hey how u doin
<chordwhale18>just wanted to see if you'd like to chat
>yeah dude where u from?
<chordwhale18>Steve here, 25, my stats and profile is at: http://gaydarcams.net/wrestlercole
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:53:58 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: bbruce77@hotmail.com
Date: 2006-11-16 08:32:00.0
Subject: Abuse Report

User: sleezefun
Room: yokeidyll18 Private Chat
Description: Why can't these sort of guys be stopped from advertising themselves on other sites. They just com
eon here to give you details of other sites and are not really interested in chatting or meeting up at all.

----------

Room Text:
<yokeidyll18>hi, whre are you
>falkirk. u?
<yokeidyll18>you are gorgeous, what you doing?
>looking for a good seeing to. where r u?
<yokeidyll18>no profile on here yet, just joined but you can check me out here, http://gaydarcams.net/tsteel
>where r u?
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:53:49 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: tripod_100@hotmail.com
Date: 2006-11-16 08:29:00.0
Subject: Abuse Report

User: tripod_100
Room: chordwhale18 Private Chat
Description: Another person promoting a webcam site. This is really annoying,

----------

Room Text:
<chordwhale18>hello there
>hey
<chordwhale18>you seem like someone I really want to talk to
>whys that
<chordwhale18>cool, Steve here, no profile here yet but I have one at, http://gaydarcams.net/hardbod
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:53:41 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: duffni80@hotmail.com
Date: 2006-11-16 08:27:00.0
Subject: Abuse Report

User: duncaneer80
Room: yokeidyll18 Private Chat
Description: this is spam how can an inactive profile be on chat

----------

Room Text:
<yokeidyll18>hey dude
>hi
<yokeidyll18>how are you today?
>good u
<yokeidyll18>I am new to this whole gay thing but I got a profile here, http://gaydarcams.net/cuteboys
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        2/28/2007 11:53:33 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: jeffers78_bris@hotmail.com
Date: 2006-11-16 08:23:00.0
Subject: Abuse Report

User: jeffers78_bris
Room: chordwhale18 Private Chat
Description: these bots keep getting smarter but still annoying!

----------

Room Text:
<chordwhale18>hey sexy
>hey mr
>how are u
>i aint a skinny white boy with a big uncut cock hahaha
<chordwhale18>just wanna chat, Cole here, what's your name?
>jeff
>u got a face pic?
<chordwhale18>I'm new to this website but I got a profile here, http://gaydarcams.net/college
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 11:53:19 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: kris@themanlysisters.com
Date: 2006-11-16 08:22:00.0
Subject: Abuse Report

User: ausgernor
Room: chordwhale18 Private Chat
Description: adbot....needs to be removed

----------

Room Text:
<chordwhale18>hey man
>hiya
<chordwhale18>how's the weather where you are? hope you don't mind chatting
>weather's been shit... chat is fine
<chordwhale18>no profile here yet but you can check me out here, http://gaydarcams.net/dream
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        2/28/2007 11:53:11 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: georgev@aapt.net.au
Date: 2006-11-16 08:18:00.0
Subject: Abuse Report

User: xstntl
Room: chordwhale18 Private Chat
Description: Just to let you know there is another one of those...umm...whatever they are called...pretending to have a profile but actually just an ad.

----------

Room Text:
<chordwhale18>hey you are gorgeous
>its just good lighting
>is this the bit whre you invite me to look at your fascinating website?
<chordwhale18>just wanted to hit you up for chat and maybe a little more
>thanks but I'm all booked out just now
>cheers for the chat though
<chordwhale18>I'm new to this website but I got a profile here, http://gaydarcams.net/anfjock
>sorry but my mom wont let me look at that website. She's very strict about what I look at online
Berit
*********************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or employees shall not be liable for the incorrect or incomplete transmission of this e-mail or any attachments, nor responsible for any delay in receipt. Any opinions expressed in this message are those of the author only and do not necessarily represent the views of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:53:04 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: mjw@picknowl.com.au
Date: 2006-11-16 08:08:00.0
Subject: Abuse Report

User: serato
Room: chordwhale18 Private Chat
Description: this is advertising a commercial website.

----------

Room Text:
<chordwhale18>hello there
>hi
>nice profile :-)
<chordwhale18>you seem like someone we'd liek to chat with
<chordwhale18>I don't got a profile here yet but I have one here, http://gaydarcams.net/kylewaters
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:52:55 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: chumscrubber1@primusonline.com.au
Date: 2006-11-16 08:07:00.0
Subject: Abuse Report

User: .0hbro
Room: chordwhale18 Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile. chordwhale18 Steve here no rpofile yet but I have one at http:gaydarcams.net/bstud


----------

Room Text:
<chordwhale18>hi baby
> hi
<chordwhale18>you seem like someone we'd liek to chat with
> no i dont
<chordwhale18>cool, Steve here, no profile here yet but I have one at, http://gaydarcams.net/bstud
> your a cyber promoter im reporting you to gaydar admin
Berit
**************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 11:52:16 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: perthcityguy@hotmail.com
Date: 2006-11-16 07:54:00.0
Subject: Abuse Report

User: perthcityguy
Room: chordwhale18 Private Chat
Description: Hi I think this is a bot.

----------

Room Text:
<chordwhale18>hi, whre are you
>perth
>why?
<chordwhale18>you seem like someone we'd liek to chat with
>age?
<chordwhale18>cool, Steve here, no profile here yet but I have one at, http://gaydarcams.net/male
Berit
*****************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*****************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 11:52:07 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: uready4carl@hotmail.com
Date: 2006-11-16 07:48:00.0
Subject: Abuse Report

User: ...uready4carl
Room: chordwhale18 Private Chat
Description: robot

----------

Room Text:
<chordwhale18>hi baby
>hi
<chordwhale18>just wanted to see if you'd like to chat
>more than that
<chordwhale18>I don't got a profile here yet but I have one here, http://gaydarcams.net/soccer
>fuck robot
Berit
*****************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*****************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        2/28/2007 11:51:57 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: sjh2006@unwired.com.au
Date: 2006-11-16 07:46:00.0
Subject: Abuse Report

User: emboii
Room: chordwhale18 Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.
BOTS IN THE CHANNEL


----------

Room Text:
<chordwhale18>hello there
>hey lolk
>i was just looking at your profile
>:)
<chordwhale18>just wanna chat, Cole here, what's your name?
>stephen
>are you asian
<chordwhale18>Steve here, 25, my stats and profile is at: http://gaydarcams.net/brendon
Berit
************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************

# support@gaydar.co.uk

**From:**    support@gaydar.co.uk
**Sent:**    2/28/2007 11:51:49 AM
**To:**    paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: robauz@mail.com
Date: 2006-11-16 07:44:00.0
Subject: Abuse Report

User: robauz
Room: chordwhale18 Private Chat
Description: spamer. very quickly wanted to direct me to a web site, http://gaycams.net/cutest

pretended to be a real person

----------

Room Text:
<chordwhale18>hey dude
>hello there
<chordwhale18>you seem like someone I really would like to get to know
>Thanks. where are you?
<chordwhale18>Steve here,25, no profile here yet but I have one at, http://gaydarcams.net/cutest
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        2/28/2007 11:51:40 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: ravmanj@hotmail.com
Date: 2006-11-16 07:01:00.0
Subject: Abuse Report

User: ravman
Room: chordwhale18 Private Chat
Description: I dont beleive that this is a genuine profile but an advertising scam for sme otehr web site

----------

Room Text:
<chordwhale18>yo bro
chordwhale18 has quit chat<chordwhale18>hey sexy
>heya
<chordwhale18>how's the weather where you are? hope you don't mind chatting
>well I just got home from work and about to go to the gym
>sunny but windy her today
<chordwhale18>I am new to this whole gay thing but I got a profile here, http://gaydarcams.net/hardbod
<chordwhale18>got my pics and stats on there and my cam is coming on
>yeah but Im not interested
<chordwhale18>just get a free screenname and you can tell me what to do sexy
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:51:32 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: gc.19@hotmail.com
Date: 2006-11-16 06:23:00.0
Subject: Abuse Report

User: gc.19
Room: chordwhale18 Private Chat
Description: spam

----------

Room Text:
<chordwhale18>hey there how goes it?
>hi
<chordwhale18>how are you today?
>ok u
<chordwhale18>Steve here,25, no profile here yet but I have one at, http://gaydarcams.net/college
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     2/28/2007 11:51:23 AM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: grau48@optusnet.com.au
Date: 2006-11-16 06:16:00.0
Subject: Abuse Report

User: grau48
Room: chordwhale18 Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.
Commercial number in chat

----------

Room Text:
<chordwhale18>just thought i'd hit you up for chat
>I like a sense of humour lol
>where r u?
<chordwhale18>I'm new to the whole gay thing but I got a profile here, http://gaydarcams.net/wildjock
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:51:16 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: website@derwan.com
Date: 2006-11-16 06:04:00.0
Subject: Abuse Report

User: derwan
Room: chordwhale18 Private Chat
Description: Spam

----------

Room Text:
<chordwhale18>hey dude
>Hi there
<chordwhale18>how's the weather where you are? hope you don't mind chatting
>it's a windy day here today :-)
<chordwhale18>cool, Steve here, no profile here yet but I have one at, http://gaydarcams.net/male
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 11:51:08 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: armarantine78@hotmail.com
Date: 2006-11-16 05:59:00.0
Subject: Abuse Report

User: sainthonore
Room: chordwhale18 Private Chat
Description: SPAM.

----------

Room Text:
<chordwhale18>u uncut dude?
>hey
>halfie
<chordwhale18>just wanted to see if you'd like to chat
>yeah sure
>where r u
<chordwhale18>I'm new to this website but I got a profile here, http://gaydarcams.net/wrestlercole
>k
<chordwhale18>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a
mic i can talk into
>sure
>whats ur email
<chordwhale18>just get a free screenname and you can tell me what to do sexy
Berit
************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:51:00 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: west_ryde@hotmail.com
Date: 2006-11-16 05:59:00.0
Subject: Abuse Report

User: west_ryder
Room: chordwhale18 Private Chat
Description: im guessing this person is a bot, chats like one

----------

Room Text:
<chordwhale18>how's the weather where you are? hope you don't mind chatting
>freezing mate, howling wind and icey here today, what about there?
<chordwhale18>i'm new here but you can see my pics here, http://gaydarcams.net/cutest
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     2/28/2007 11:50:49 AM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: robbers8666@yahoo.com
Date: 2006-11-16 05:47:00.0
Subject: Abuse Report

User: robbers8666
Room: chordwhale18 Private Chat
Description: hi, i got this message but it was just a message pointing me to a commercial website

----------

Room Text:
<chordwhale18>u uncut dude?
>hi
<chordwhale18>you seem like someone I really want to talk to
>i am cut, bf uncut
<chordwhale18>I am new to this whole gay thing but I got a profile here, http://gaydarcams.net/bstud
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:** support@gaydar.co.uk
**Sent:** 2/28/2007 11:50:41 AM
**To:** paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:** Message from gaydar support

.

From: ladomat@gmail.com
Date: 2006-11-16 05:34:00.0
Subject: Abuse Report

User: i.r.anus
Room: yokeidyll18 Private Chat
Description: hi I think this some kind of scam or something
I've had 5/6 private chats (most only got as far as their opening line) with 5/6 different profiles
all the profiles had a similar obtuse name - last one was -'something'banshee.
the details have all read 'rather not say'
I only just realised that my reply is ignored and an obvious automated or 'multible choce' reply is given
normally directing to some webcam site to see their pics
the site has free registration but requests your credit card details to verify you are over 18
i don't know if this is a common non-uk practice or not

that's it! I just think it's really odd. sorry for wasting your time if it's harmless or just some marketing thing!


----------

Room Text:
<yokeidyll18>hi cutie
>oh hi again. is this a new one??
<yokeidyll18>you are gorgeous, what you doing?
>at least u got a pic now i suppose. so are u going to tell why u have all those profiles then or what?
<yokeidyll18>i'm new here but you can see my pics here, http://gaydarcams.net/kylewaters
>so why do you go to all this trouble? last chance. or i'm off...
<yokeidyll18>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a mic
i can talk into
>test1
<yokeidyll18>just get a free screenname and you can tell me what to do sexy
>test2
<yokeidyll18>my st8 roomie is gonna let me blow him on cam, so cmon
>test3
<yokeidyll18>brb, tons of people comin in to my cam show
>test4
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are

those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
***********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:50:34 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: freddy_281@hotmail.com
Date: 2006-11-16 04:47:00.0
Subject: Abuse Report

User: x2r4
Room: yokeidyll18 Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

yet more porn linked auto messages

----------

Room Text:
<yokeidyll18>hello there
>hi you
<yokeidyll18>how are you today?
>I'm good thanks
>so you live in belfast?
<yokeidyll18>I am new to this whole gay thing but I got a profile here, http://gaydarcams.net/wrestlercole
>ah another of the waste of time spammers
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        2/28/2007 11:50:26 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: gustavo@plugue.com.br
Date: 2006-11-16 04:21:00.0
Subject: Abuse Report

User: gutoau
Room: chordwhale18 Private Chat
Description: not properly abuse.. but i have been receiving a lot of invitations this type to log into this website

----------

Room Text:
<chordwhale18>hi baby
>hello
<chordwhale18>you seem like someone I really want to talk to
>so call him...
>lol
>sorry i misundestood
>what'sup?
<chordwhale18>no profile on here yet, just joined but you can check me out here,
http://gaydarcams.net/sexydany
>and what do u want?
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:50:18 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: avitnow1986@hotmail.com
Date: 2006-11-16 04:18:00.0
Subject: Abuse Report

User: behave69
Room: yokeidyll18 Private Chat
Description: another computerised profile lol

----------

Room Text:
>hey bud
<yokeidyll18>hey what's up
>not alot bud
>hows u?
<yokeidyll18>you seem like someone I really want to talk to
>u in bmth?
>wats the time?
<yokeidyll18>I'm new to the whole gay thing but I got a profile here, http://gaydarcams.net/male
<yokeidyll18>like what you see?
>no
<yokeidyll18>if ur into watchin just get a free screename and come watch, you dont need a cam
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 11:50:09 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: dingo_1080@hotmail.com
Date: 2006-11-16 04:17:00.0
Subject: Abuse Report

User: dingo_1080
Room: chordwhale18 Private Chat
Description: this is a ad bot

----------

Room Text:
<chordwhale18>hi, whre are you
>read my profile and you will see
<chordwhale18>you seem like someone I really want to talk to
>well i'm not skinny so i dont know how i'm one that you want to talk too
<chordwhale18>no profile on here yet, just joined but you can check me out here,
http://gaydarcams.net/wannab
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        2/28/2007 11:49:59 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: super_sonique@hotmail.com
Date: 2006-11-16 02:56:00.0
Subject: Abuse Report

User: leo_matt
Room: chordwhale18 Private Chat
Description: please investigate this person... i have been harassed by him every day for the last month. everytime he tries to hit me up for chat and nearly every day he uses a different profile with the same rather not say information and something really lame written in his about and looking for sections. everyday i have sent an email to myself with his details...
i am starting to get really annoyed. im pretty sure that somewhere along the line his details will be the same. i am happy to provide information of every profile that he has used in the last month if someone from gaydar support contacts me.


----------

Room Text:
<chordwhale18>hey bud
>what do u want?
<chordwhale18>just wanted to hit you up for chat and maybe a little more
>dont u think the fact that u move around so much will make it kind of difficult for the 'little more'?
<chordwhale18>cool, Steve here, no profile here yet but I have one at, http://gaydarcams.net/brendon
>not interested
<chordwhale18>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a mic i can talk into
>not interested
<chordwhale18>if you want, you can get a free screenname right on my profile page and watch me
>not interested
>not interested
>not interested
>not interested
>not interested
>not interested
>not interested
>not interested
>not interested
>not interested
>not interested
<chordwhale18>no cam needed or anything and I am on it now, come blow a load with me sexy
>not interested

>not interested
<chordwhale18>brb come watch me
>not interested
>not interested
>not interested
>not interested
>not interested
>not interested
>not interested
>not interested
>not interested
>not interested
>not interested
>not interested
>not interested
Berit
*********************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 11:49:51 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: xtcinw@icqmail.com
Date: 2006-11-16 02:51:00.0
Subject: Abuse Report

User: xtcinbridgy
Room: chordwhale18 Private Chat
Description: Pretend chat...redirecting to another gay website

----------

Room Text:
<chordwhale18>hi
>morning
<chordwhale18>just thought i'd hit you up for chat
>hit away
<chordwhale18>I am new to this whole gay thing but I got a profile here, http://gaydarcams.net/wrestlercole
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     2/28/2007 11:49:41 AM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: llamabruce@hotmail.com
Date: 2006-11-16 02:43:00.0
Subject: Abuse Report

User: cowburgers
Room: chordwhale18 Private Chat
Description: This is the 2nd time i've been approached in this way....

profile with not much detail and a picture asking me to sign up to gaydarcams...

2 different profiles each time.. cant remember the first profile name though

----------

Room Text:
<chordwhale18>whats up man
>hey not much urself?
<chordwhale18>you seem like someone I really want to talk to
>oh ok cool :)
<chordwhale18>i'm new here but you can see my pics here, http://gaydarcams.net/bad
>u look pretty hot
<chordwhale18>like what you see?
>yeah
<chordwhale18>if you want, you can get a free screenname right on my profile page and watch me
>oh right....
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 11:49:31 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: dwaynekerrisk@hotmail.com
Date: 2006-11-16 02:38:00.0
Subject: Abuse Report

User: no1poser
Room: chordwhale18 Private Chat
Description: not a real person. advertising.

----------

Room Text:
<chordwhale18>hi baby
>im not skinny or uncut
<chordwhale18>just wanted to see if you'd like to chat
>about?
<chordwhale18>no profile here yet but you can check me out here, http://gaydarcams.net/wildjock
>i saw your profile here
<chordwhale18>like what you see?
>its just a picture
<chordwhale18>if you want, you can get a free screenname right on my profile page and watch me
Berit
*************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*************************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:49:17 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: whateverdude1@hotmail.co.uk
Date: 2006-11-16 02:02:00.0
Subject: Abuse Report

User: slimcute1
Room: yokeidyll18 Private Chat
Description: adbot

----------

Room Text:
<yokeidyll18>hello hello
>face pic
<yokeidyll18>how are you today?
>ok any face pic
>what is 2 plus 2
<yokeidyll18>cool, Steve here, no profile here yet but I have one at, http://gaydarcams.net/stevek
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:49:07 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: ahunglad@hotmail.com
Date: 2006-11-16 01:58:00.0
Subject: Abuse Report

User: ahunglad
Room: yokeidyll18 Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

this user, whos obviuosly created bogus profiles to promote pay webs sites, see link pasted etc

----------

Room Text:
<yokeidyll18>hey man
>hi
<yokeidyll18>how's your day so far?
>this day inst that old
>u meant yesterday?
<yokeidyll18>cool, Steve here, no profile here yet but I have one at, http://gaydarcams.net/dream
>what ya mean, ur msg'g me from a profile
<yokeidyll18>i'm lookin for dudes to get off or watch me get off
>ok
>whos profile ya on then
<yokeidyll18>just get a free screenname on my page no cam needed and you can chat to me
>ok, i will look
<yokeidyll18>no cam needed or anything i'm on it now, come check me out
>ok
<yokeidyll18>brb people coming in our cam chatroom =)
>so ur promoting a pay web site
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:48:58 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**   Message from gaydar support

.

From: littlewelshnathan@hotmail.co.uk
Date: 2006-11-16 01:26:00.0
Subject: Abuse Report

User: spunkywelshlad
Room: chordwhale18 Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.this person is a fraundster... ccredit vcard things on webcams, thhey message me ey message me
with differenyt profiles everyday

----------

Room Text:
<chordwhale18>hey you are gorgeous
>cheers dude
<chordwhale18>how's the weather where you are? hope you don't mind chatting
>im cool
>anymore pics?
<chordwhale18>no profile here yet but you can check me out here, http://gaydarcams.net/brendon
Berit
*************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*************************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 11:48:48 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: coast_bear@hotmail.com
Date: 2006-11-16 01:05:00.0
Subject: Abuse Report

User: coastbear
Room: chordwhale18 Private Chat
Description: Spambot

----------

Room Text:
<chordwhale18>yo bro
>hi
<chordwhale18>you seem cool, care to chat?
>sure
>what are ya looking for?
<chordwhale18>I am new to this whole gay thing but I got a profile here, http://gaydarcams.net/cuteboys
>you're spam!
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:48:39 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: uksmylie@aol.com
Date: 2006-11-16 01:03:00.0
Subject: Abuse Report

User: smylie
Room: yokeidyll18 Private Chat
Description: I dont need these messages - seems more and more people are getting them in chat now

----------

Room Text:
<yokeidyll18>whats up man
>hi there fella - in bed and horny as fuck - u ?
<yokeidyll18>you seem like someone I really want to talk to
> <wink>
<yokeidyll18>no profile here yet but you can check me out here, http://gaydarcams.net/wildjock
>tell me more bout u
<yokeidyll18>getting on cam and i wanna show off for you so we can get to know each other
>not for me mate - sorry - a) I dont have a cam and b) I never use hyperlinks
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     2/28/2007 11:48:31 AM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: jbuk20@hotmail.com
Date: 2006-11-16 01:01:00.0
Subject: Abuse Report

User: juk20
Room: yokeidyll18 Private Chat
Description: spamming

----------

Room Text:
<yokeidyll18>hi cutie
>hi
<yokeidyll18>how's your day so far?
>crap, work was bad, but now I am on here its got better
>u?
<yokeidyll18>Steve here,31,london area, no profile here yet but I have one at,
http://gaydarcams.net/wrestlercole
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 11:48:22 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: snarbee@bigpond.net.au
Date: 2006-11-16 00:56:00.0
Subject: Abuse Report

User: coolridge
Room: chordwhale18 Private Chat
Description: im sure you are aware of this....... just in case

----------

Room Text:
<chordwhale18>hi cutie
>hello
<chordwhale18>how's the weather where you are? hope you don't mind chatting
>nah nah.. its ok.. windy today
<chordwhale18>no profile here yet but you can check me out here, http://gaydarcams.net/bad
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:48:14 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: deef78@hotmail.com
Date: 2006-11-16 00:47:00.0
Subject: Abuse Report

User: ipayu
Room: chordwhale18 Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile. looks like another ad

----------

Room Text:
<chordwhale18>hey there how goes it?
>hi
>im good u?
<chordwhale18>how are you today?
>horny as usual
>u?
<chordwhale18>I don't got a profile here yet but I have one here, http://gaydarcams.net/cutest
>really
<chordwhale18>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a
mic i can talk into
>like the real thing
<chordwhale18>cool, I'm geting ready to release a load and I'd like nothing more than for you to join me
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:48:03 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: ghendo@mac.com
Date: 2006-11-16 00:26:00.0
Subject: Abuse Report

User: ghendo
Room: chordwhale18 Private Chat
Description: this is an ad
I dont appeciate having to pay for the service only to be
bombarded with ads

----------

Room Text:
<chordwhale18>u uncut dude?
>no
<chordwhale18>you seem like someone I really would like to get to know
>Do I?
<chordwhale18>I don't got a profile here yet but I have one here, http://gaydarcams.net/dream
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        2/28/2007 11:47:55 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: howudoinm8@hotmail.com
Date: 2006-11-16 00:20:00.0
Subject: Abuse Report

User: x1x2x3
Room: yokeidyll18 Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

yokeidyll18 trying to get me to get a "free screenname" for a webcam site

----------

Room Text:
<yokeidyll18>hey there how goes it?
>hi
<yokeidyll18>just wanna chat, Cole here, what's your name?
>Joe
<yokeidyll18>Steve here, 31, my stats and profile is at: http://gaydarcams.net/just
>are u just enormous?
<yokeidyll18>you into being bad on cam? if not you can just watch me? >;)
>yeah-need a credit card
>i dont think so
<yokeidyll18>just get a free screenname on my page no cam needed and you can chat to me
>cant give you my creditcard details
<yokeidyll18>I'll do whatever you want as long as you want
>okay... set me up a screenname
>;o)
<yokeidyll18>brb, few dudes comin into my cam session, i'll be waiting for u
>i told ya set me a link and im there
<yokeidyll18>not so old for u
>?
>so gimme a screenname
<yokeidyll18>how did u think Brett its perfect name for me?
>Brett is a great name for a porn star
<yokeidyll18> Clyde of course
>lol
>so have u had many takers
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:47:46 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: antneyb@gmail.com
Date: 2006-11-16 00:17:00.0
Subject: Abuse Report

User: antney
Room: chordwhale18 Private Chat
Description: Ad bot..

----------

Room Text:
<chordwhale18>hi, whre are you
>hey mate. near city
<chordwhale18>you seem like someone I really want to talk to
>yeah? y?
<chordwhale18>Steve here,25, no profile here yet but I have one at, http://gaydarcams.net/wrestlercole
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     2/28/2007 11:47:37 AM
**To:**     paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: mallowisious@hotmail.com
Date: 2006-11-16 00:15:00.0
Subject: Abuse Report

User: mallowisious
Room: chordwhale18 Private Chat
Description: Spam

----------

Room Text:
<chordwhale18>hello hello
>hi
<chordwhale18>how are you today?
>ok thanks
>how's perth/
<chordwhale18>cool, Steve here, no profile here yet but I have one at, http://gaydarcams.net/wannab
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     2/28/2007 11:47:29 AM
**To:**     paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: firejinx@hotmail.com
Date: 2006-11-16 00:14:00.0
Subject: Abuse Report

User: firejinx
Room: chordwhale18 Private Chat
Description: AD BOT

----------

Room Text:
<chordwhale18>hey there how goes it?
>G'day mate
>Yeah good thanks
>Got today off... so yeah - its GREAT
>and you?
<chordwhale18>how's the weather where you are? hope you don't mind chatting
>Nah its cool
>And literally - its so chilly here today - unlike a normal November day
<chordwhale18>no profile on here yet, just joined but you can check me out here,
http://gaydarcams.net/wannab
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:47:20 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: gfanizza@yahoo.com
Date: 2006-11-16 00:12:00.0
Subject: Abuse Report

User: maskioporko
Room: chordwhale18 Private Chat
Description: Looks like a commercial site.....comes on as a regular chat....winds up asking for Credit Card on the
web site

----------

Room Text:
<chordwhale18>hi baby
>baby?
>who you calling a baby?
<chordwhale18>you seem cool, care to chat?
>thanks...where u at?
<chordwhale18>cool, Steve here, no profile here yet but I have one at, http://gaydarcams.net/anfjock
>cool
>nice ad
<chordwhale18>got my pics and stats on there and my cam is coming on
>I am supposed to register to see this?
<chordwhale18>if you want, you can get a free screenname right on my profile page and watch me
>what's the catch?
<chordwhale18>no cam needed or anything and we are on it now, come blow a load with us
>don't forget the credit card piece......
>which is what is needed
<chordwhale18>brb, tons of people comin in to my cam show
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:47:12 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: stronk_it@yahoo.co.uk
Date: 2006-11-16 00:11:00.0
Subject: Abuse Report

User: roystonjames
Room: yokeidyll18 Private Chat
Description: This guy is another credit card wanker! Stop this please!

----------

Room Text:
<yokeidyll18>hey there how goes it?
>hey babe - I'm good! You?
<yokeidyll18>just wanted to hit you up for chat and maybe a little more
>Love to chat gorgeous, but I'm in Brighton - where are you? xxx
<yokeidyll18>I'm new to the whole gay thing but I got a profile here, http://gaydarcams.net/just
>Are you in Brighton? You don't have a face pic but the pants are nice! x
<yokeidyll18>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a mic
i can talk into
Berit
**********************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     2/28/2007 11:46:54 AM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: charlzero@yahoo.com
Date: 2006-11-16 00:06:00.0
Subject: Abuse Report

User: lovetrap
Room: chordwhale18 Private Chat
Description: misleads you to http://gaydarcams.net/users.php?name=sexydany

wants credit card details


----------

Room Text:
<chordwhale18>yo bro
>hey
<chordwhale18>just wanna chat, Cole here, what's your name?
>Charl
>why me?
<chordwhale18>I don't got a profile here yet but I have one here, http://gaydarcams.net/sexydany
>so who is chordwhale18
<chordwhale18>like what you see?
>my service provider blocks the domain from that site
<chordwhale18>just get a free screenname on my page no cam needed and you can chat to me
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:46:45 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: tabous@intnet.mu
Date: 2006-11-16 00:04:00.0
Subject: Abuse Report

User: tabou
Room: chordwhale18 Private Chat
Description: Is that spam?

----------

Room Text:
<chordwhale18>hi
>hi
<chordwhale18>just thought i'd hit you up for chat
>AHA
<chordwhale18>I'm new to this website but I got a profile here, http://gaydarcams.net/magnum
>looking ,....
>it takes me back to ur profile
<chordwhale18>getting on cam and both of us showing off together is a new hobby of ours
>will have to type it i think
<chordwhale18>just get a free screenname on my page no cam needed and you can chat to me
>but i can chat to u here too.........
<chordwhale18>my st8 roomie is gonna let me blow him on cam, so cmon
>that does not sound real at all
<chordwhale18>brb people coming in our cam chatroom =)
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:46:36 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: rotia_@terra.es
Date: 2006-11-16 00:02:00.0
Subject: Abuse Report

User: clash21
Room: chordwhale18 Private Chat
Description: it's spam. you can close this account?

----------

Room Text:
<chordwhale18>no profile here yet but you can check me out here, http://gaydarcams.net/hardbod
>you're in madrid?
<chordwhale18>you into being bad on cam? if not you can just watch me? >;)
>you0re in madrid?
<chordwhale18>if you want, you can get a free screenname right on my profile page and watch me
>you're a robot no?
> <laugh> <laugh> <laugh> <laugh> <laugh>
<chordwhale18>I got two of my friends here that are gonna join in they like to be watched
>am
>ves que bien
Berit
****************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
****************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 11:46:28 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: bsscorpion@aol.com
Date: 2006-11-15 23:55:00.0
Subject: Abuse Report

User: bigbat24
Room: yokeidyll18 Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile. hope this is nothing but this is the second tome this has happend to me ,wen you log on to the
link given it eventually ask for your cedit card details and home address ect,wen i asked why it was needed when
said free , they made exscuses ,i got suspicious,

----------

Room Text:
<yokeidyll18>hey bud
>hello
<yokeidyll18>you seem like someone we'd liek to chat with
>we ??
<yokeidyll18>no profile here yet but you can check me out here, http://gaydarcams.net/bad
>ooooh
<yokeidyll18>like what you see?
>oh yes
<yokeidyll18>if ur into watchin just get a free screename and come watch, you dont need a cam
>yes but if its free why do you need my visa no
<yokeidyll18>my st8 roomie is gonna let me blow him on cam, so cmon
>you did not ansaw the question
<yokeidyll18>brb people coming in our cam chatroom =)
>some how dont belive you
<yokeidyll18>NC
Berit
*****************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*****************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:46:13 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: dave@hobnail-and-last.co.uk
Date: 2006-11-15 23:24:00.0
Subject: Abuse Report

User: pozboi69
Room: yokeidyll18 Private Chat
Description: spaming


----------

Room Text:
<yokeidyll18>hey gorgeous
>hello
<yokeidyll18>just wanted to chat, u doin ok?
>im ok
<yokeidyll18>i'm new here but you can see my pics here, http://gaydarcams.net/male
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:46:04 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: bitch_in_boots2000@yahoo.co.uk
Date: 2006-11-15 23:23:00.0
Subject: Abuse Report

User: getyou85
Room: yokeidyll18 Private Chat
Description: I'm not really sure if this is the right way to report this, but there seems to be a lot of this going around at the moment
these guys are trying to get people to sign up to these credit card sites and it's really annoying
sorry if it's not the right place to reprt it

----------

Room Text:
<yokeidyll18>hey man
>hi
<yokeidyll18>how's your day so far?
>ok thanks, and yours?
<yokeidyll18>Steve here,31,london area, no profile here yet but I have one at, http://gaydarcams.net/bstud
>whats that?
<yokeidyll18>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a mic i can talk into
>its ok you know
Berit
*************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*************************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:45:55 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: irish.boy.in.town@hotmail.co.uk
Date: 2006-11-15 23:11:00.0
Subject: Abuse Report

User: irish.boy.in.to
Room: chordwhale18 Private Chat
Description: asking to watch some gaydar/college site to view cam its a load a crap he is not commercial i object

----------

Room Text:
<chordwhale18>hey there how goes it?
>you stil;l there
<chordwhale18>you seem cool, care to chat?
>actually just came in the door starving lol
<chordwhale18>i'm new here but you can see my pics here, http://gaydarcams.net/college
>ok
<chordwhale18>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a mic i can talk into
>and? i'm not paying anything tory watch you on cam sor
<chordwhale18>just get a free screenname on my page no cam needed and you can chat to me
>no
<chordwhale18>no cam needed or anything and I am on it now, come blow a load with me sexy
>no
<chordwhale18>brb come watch me
>no
Berit
*****************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*****************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**        2/28/2007 11:45:45 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: luiscachas@hotmail.com
Date: 2006-11-15 23:07:00.0
Subject: Abuse Report

User: luiscachas
Room: chordwhale18 Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

I think this profile is spam..It does not answer the questions logically. It has been
happening often with profiles from Australia.

----------

Room Text:
<chordwhale18>hey bud
>hello
<chordwhale18>just thought i'd hit you up for chat
>your name?
<chordwhale18>I am new to this whole gay thing but I got a profile here, http://gaydarcams.net/kingsize
>your name?
<chordwhale18>i'm lookin for dudes to get off or watch me get off
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:45:38 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: sparkylucas2000@hotmail.com
Date: 2006-11-15 23:04:00.0
Subject: Abuse Report

User: fitmarathonguy
Room: yokeidyll18 Private Chat
Description: another of the dodgy accounts

----------

Room Text:
<yokeidyll18>hey sexy
>?
<yokeidyll18>you are gorgeous, what you doing?
>?
<yokeidyll18>no profile here yet but you can check me out here, http://gaydarcams.net/college
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 11:45:30 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: kenwood_1999@hotmail.com
Date: 2006-11-15 21:57:00.0
Subject: Abuse Report

User: jose_hucknall
Room: yokeidyll18 Private Chat
Description: This user is using auto messaging software

----------

Room Text:
<yokeidyll18>whats up man
>alright
<yokeidyll18>just wanna chat, Cole here, what's your name?
>Josh
<yokeidyll18>no profile on here yet, just joined but you can check me out here, http://gaydarcams.net/sexydany
>i could say anything and u would just give me a auto response
<yokeidyll18>got my pics and stats on there and my cam is coming on
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**    support@gaydar.co.uk
**Sent:**    2/28/2007 11:45:22 AM
**To:**    paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: sydney_guy03@yahoo.com
Date: 2006-11-15 21:46:00.0
Subject: Abuse Report

User: syd_dude03
Room: chordwhale18 Private Chat
Description: This user appears to be sending spam to subscription webcam sites

----------

Room Text:
<chordwhale18>hey dude
>heya
<chordwhale18>you seem cool, care to chat?
>sure why not... u in WA?
<chordwhale18>no profile here yet but you can check me out here, http://gaydarcams.net/kylewaters
Berit
*********************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:45:05 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: pleasure_of_paradise@hotmail.com
Date: 2006-11-15 21:45:00.0
Subject: Abuse Report

User: ..iso
Room: chordwhale18 Private Chat
Description: Member is requesting that I sign up to another site requesting credit card details.

----------

Room Text:
<chordwhale18>hey what's up
>hey
>just got up
>you?
<chordwhale18>just wanna chat, Cole here, what's your name?
>Greg
>I can chat juts briefly
>have to take car down to garage
<chordwhale18>I'm new to the whole gay thing but I got a profile here, http://gaydarcams.net/soccer
>whats doing in perth?
<chordwhale18>like what you see?
>lemme look
<chordwhale18>if you want, you can get a free screenname right on my profile page and watch me
>now why would I sign up for something free and give out credit card details when I could do the same thing for free on msn?
<chordwhale18>my st8 roomie is gonna let me blow him on cam, so cmon
>sorry, it is a posible scam
<chordwhale18>brb come watch me
>asking for cc details and confirmation code etc
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:44:56 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: coolster1@hotmail.co.uk
Date: 2006-11-15 21:45:00.0
Subject: Abuse Report

User: coolster1
Room: yokeidyll18 Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.
Spam adds


----------

Room Text:
<yokeidyll18>no profile on here yet, just joined but you can check me out here, http://gaydarcams.net/bad
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 11:44:47 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: colin_67933@hotmail.com
Date: 2006-11-15 21:26:00.0
Subject: Abuse Report

User: angstrom_mk_uk
Room: yokeidyll18 Private Chat
Description: spam profile


----------

Room Text:
<yokeidyll18>hey what's up
>hello
<yokeidyll18>just wanted to chat, u doin ok?
>I'm good thanks, you?
<yokeidyll18>I am new to this whole gay thing but I got a profile here, http://gaydarcams.net/cuteboys
>doh lol
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:44:37 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: irishsock@hotmail.com
Date: 2006-11-15 21:24:00.0
Subject: Abuse Report

User: sockshag
Room: yokeidyll18 Private Chat
Description: more spam received!

----------

Room Text:
<yokeidyll18>just wanted to hit you up for chat and maybe a little more
>oh tell me more
<yokeidyll18>Steve here, 31, my stats and profile is at: http://gaydarcams.net/male
>spam
Berit
*********************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:44:28 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: hoppygary@yahoo.com
Date: 2006-11-15 21:21:00.0
Subject: Abuse Report

User: .back2mine
Room: chordwhale18 Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.
This person is soliciting porn sites

----------

Room Text:
<chordwhale18>just wanted to hit you up for chat and maybe a little more
>u in Oz/
>?
<chordwhale18>no profile here yet but you can check me out here, http://gaydarcams.net/younggun
Berit
******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:44:18 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: roughguy28@gmx.net
Date: 2006-11-15 21:06:00.0
Subject: Abuse Report

User: roughguy31_e14
Room: yokeidyll18 Private Chat
Description: user was spamming me with links to gaydarcams.net/bad - seems to be a bot.


----------

Room Text:
<yokeidyll18>hey there what u up to
>hello
>nothing much
>u?
<yokeidyll18>just wanted to see if you'd like to chat
>sure
<yokeidyll18>no profile here yet but you can check me out here, http://gaydarcams.net/bad
>aha
<yokeidyll18>getting on cam and showing off is a new hobby of mine
>why would i want so see that?
<yokeidyll18>if you want, you can get a free screenname right on my profile page and watch me
>and if i don't?
<yokeidyll18>no cam needed or anything and I am on it now, come blow a load with me sexy
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 11:44:06 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: svbjoz@f2s.com
Date: 2006-11-15 20:50:00.0
Subject: Abuse Report

User: shtrunf
Room: yokeidyll18 Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

this is second time happeing in last 2 hrs.... (different user name but exactely the same massege - it seems like is
getnerated by some sort of application) I believe they are trying to get the the credit card details through the fake
website
like this one: http://gaydracams.net/sexydany
i've notice that it is not legitimate website so I didn't enter my crdit card details... but i believe many do... u can
notice that is not legitimate website becasue it hasn't go secure connection...
please do something to stop them...


----------

Room Text:
<yokeidyll18>hi baby
>hi
<yokeidyll18>just wanted to chat, u doin ok?
>yeah i m doing well
>u?
<yokeidyll18>I am new to this whole gay thing but I got a profile here, http://gaydarcams.net/sexydany
>ey babe... i m going to report froad...
>i got your ip address.. <wink>
<yokeidyll18>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a mic i
can talk into
>u r full of shit
<yokeidyll18>if you want, you can get a free screenname right on my profile page and watch me
>stop stealing money by getting the credit card info
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:43:57 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: dannyfoster@btinternet.com
Date: 2006-11-15 20:22:00.0
Subject: Abuse Report

User: techiedan
Room: yokeidyll18 Private Chat
Description: fake profile

----------

Room Text:
<yokeidyll18>I'm new to the whole gay thing but I got a profile here, http://gaydarcams.net/younggun
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        2/28/2007 11:43:48 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: paulandrews5@ukonline.co.uk
Date: 2006-11-15 20:20:00.0
Subject: Abuse Report

User: mrbowjangles
Room: yokeidyll18 Private Chat
Description: hi there,, had a few problems will some spamers from america a few weeks ago, think this is one them

----------

Room Text:
<yokeidyll18>whats up man
>not much mr
<yokeidyll18>you seem like someone I really want to talk to
>and why would that be lol
>you in belfast
<yokeidyll18>Steve here, 31, my stats and profile is at: http://gaydarcams.net/bstud
>and im sure there be a lonly spam when i get there too
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        2/28/2007 11:43:39 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: jjwalsh63@hotmail.com
Date: 2006-11-15 20:01:00.0
Subject: Abuse Report

User: jjw63
Room: chordwhale18 Private Chat
Description: use of room for commercial reasons

----------

Room Text:
<chordwhale18>hey sexy
>hey
<chordwhale18>you are gorgeous, what you doing?
>wanking
<chordwhale18>I am new to this whole gay thing but I got a profile here, http://gaydarcams.net/anfjock
Berit
*********************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:32:55 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: email4james@gmail.com
Date: 2006-11-15 19:50:00.0
Subject: Abuse Report

User: uk_james
Room: chordwhale18 Private Chat
Description: this guy is touting for business with other sites.

----------

Room Text:
<chordwhale18>hi cutie
>hi
<chordwhale18>just wanted to see if you'd like to chat
>sure
>surprised by the cutie comment though
>you say your into slim guys
<chordwhale18>I don't got a profile here yet but I have one here, http://gaydarcams.net/male
>so your not really around here then
>your just touting for business
<chordwhale18>got my pics and stats on there and my cam is coming on
>are you reading what I am saying
>or are you just being geerated by a computer
<chordwhale18>if ur into watchin just get a free screename and come watch, you dont need a cam
Berit
*********************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     2/28/2007 11:32:45 AM
**To:**     paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: dirtyrentboy@yahoo.co.uk
Date: 2006-11-15 19:49:00.0
Subject: Abuse Report

User: ......sleazylad
Room: chordwhale18 Private Chat
Description: advertising another site.

----------

Room Text:
<chordwhale18>u uncut dude?
>why?
>it wont reach all the way to australia lol
<chordwhale18>just thought i'd hit you up for chat
>why?
>Im an escort...
<chordwhale18>Steve here, 25, my stats and profile is at: http://gaydarcams.net/soccer
>Im so not interested
>its scary
<chordwhale18>like what you see?
>not in the slightest
>you are a particularly ugly man
<chordwhale18>just get a free screenname and you can tell me what to do sexy
>ok reported to gaydar
<chordwhale18>I'll do whatever you want as long as you want
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**    support@gaydar.co.uk
**Sent:**    2/28/2007 11:32:36 AM
**To:**    paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

.

From: danstevenage32@aol.com
Date: 2006-11-15 19:48:00.0
Subject: Abuse Report

User: southern-escort
Room: chordwhale18 Private Chat
Description: spam

----------

Room Text:
<chordwhale18>hey
>hi
<chordwhale18>you seem like someone we'd liek to chat with
>ok
<chordwhale18>no profile here yet but you can check me out here, http://gaydarcams.net/cuteboys
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 11:32:27 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: discoveruk@hotmail.com
Date: 2006-11-15 19:24:00.0
Subject: Abuse Report

User: ahole4u2fuckbar
Room: yokeidyll18 Private Chat
Description: Advert

----------

Room Text:
<yokeidyll18>i'm new here but you can see my pics here, http://gaydarcams.net/college
>YUCK!
Berit
********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:23:29 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-22 11:33:00.0
Subject: Abuse Report

User: kr_gr
Room: speciallyexult Private Chat
Description: this is the fifth profile to send me automated msgs!!! with links to go to other sites!!! have a look into it!!! they start off by saying "just thought i'd hit you for a chat"!!! this time the link was:
http://pr.gaydarboys.net/bad

----------

Room Text:
>hey mate how are ya?
<speciallyexult>just thought i'd hit you up for chat
>huh?
<speciallyexult>I'm new to the whole gay thing but I got a profile here, http://pr.gaydarboys.net/bad
Berit
*************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:23:19 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: nobody@chat.qsoft
Date: 2006-11-22 11:25:00.0
Subject: Abuse Report

User: zaximilian^
Room: corporationmien Private Chat
Description: this is some kind of robot profile. auto responses etc. can you do something about it?

----------

Room Text:
<corporationmien>hi cutie
>hello
<corporationmien>just thought i'd hit you up for chat
>ok
<corporationmien>cool, Steve here, no profile here yet but I have one at, http://pr.gaydarboys.net/just
>cool i will have a look then eh
>:-)
<corporationmien>getting on cam and both of us showing off together is a new hobby of ours
>doesnt go anywhere
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:23:08 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: etiennel@gillmich.co.za
Date: 2006-11-22 09:44:00.0
Subject: Support Query from 'me4fun2"

.Hi there

Just thought I have to mention.. In the chat room 2 guys started chatting..
both said they have no profile on gaydar as yet but can be viewed at
greatboysfirst and the other at gaydarboys . they both lure u into "free"
cam sessions .. only to be asked for credit card details once u sighn
up..The profiles are appraisecollusi and geniusdeing. Think they are abusing
Gaydar..

Kind regards

ME4FUN2

<html xmlns:v="urn:schemas-microsoft-com:vml" xmlns:o="urn:schemas-microsoft-com:office:office"
xmlns:w="urn:schemas-microsoft-com:office:word" xmlns="http://www.w3.org/TR/REC-html40">

<head>
<META HTTP-EQUIV="Content-Type" CONTENT="text/html; charset=us-ascii">
<meta name=Generator content="Microsoft Word 11 (filtered medium)">
<style>
<!--
/* Style Definitions */
p.MsoNormal, li.MsoNormal, div.MsoNormal
{margin:0in;
margin-bottom:.0001pt;
font-size:12.0pt;
font-family:"Times New Roman";}
a:link, span.MsoHyperlink
{color:blue;
text-decoration:underline;}
a:visited, span.MsoHyperlinkFollowed

```
{color:purple;
text-decoration:underline;}
span.EmailStyle17
{mso-style-type:personal-compose;
color:black;}
@page Section1
{size:8.5in 11.0in;
margin:1.0in 1.25in 1.0in 1.25in;}
div.Section1
{page:Section1;}
-->
</style>
<!--[if gte mso 9]><xml>
<o:shapedefaults v:ext="edit" spidmax="1026" />
</xml><![endif]--><!--[if gte mso 9]><xml>
<o:shapelayout v:ext="edit">
<o:idmap v:ext="edit" data="1" />
</o:shapelayout></xml><![endif]-->
</head>

<body lang=EN-US link=blue vlink=purple>

<div class=Section1>

<div>

<p class=MsoNormal><font size=2 color=black face=Arial><span style='font-size:
10.0pt;font-family:Arial;color:black'> <o:p></o:p></span></font></p>

</div>

<div>

<p class=MsoNormal><font size=2 color=black face=Arial><span style='font-size:
10.0pt;font-family:Arial;color:black'>.Hi there<o:p></o:p></span></font></p>

<p class=MsoNormal><font size=2 color=black face=Arial><span style='font-size:
10.0pt;font-family:Arial;color:black'><o:p> </o:p></span></font></p>

<p class=MsoNormal><font size=2 color=black face=Arial><span style='font-size:
10.0pt;font-family:Arial;color:black'><o:p> </o:p></span></font></p>

<p class=MsoNormal><font size=2 color=black face=Arial><span style='font-size:
10.0pt;font-family:Arial;color:black'>Just thought I have to mention.. In the
chat room 2 guys started chatting.. both said they have no profile on gaydar as
yet but can be viewed at greatboysfirst and the other at gaydarboys ... they
both lure u into "free" cam sessions .. only to be asked for credit
card details once u sighn up..The profiles are appraisecollusi and geniusdeing.
Think they are abusing Gaydar..<o:p></o:p></span></font></p>

<p class=MsoNormal><font size=2 color=black face=Arial><span style='font-size:
10.0pt;font-family:Arial;color:black'><o:p> </o:p></span></font></p>

<p class=MsoNormal><font size=2 color=black face=Arial><span style='font-size:
10.0pt;font-family:Arial;color:black'>Kind regards<o:p></o:p></span></font></p>
```

```
<p class=MsoNormal><font size=2 color=black face=Arial><span style='font-size:
10.0pt;font-family:Arial;color:black'><o:p> </o:p></span></font></p>

<p class=MsoNormal><font size=2 color=black face=Arial><span style='font-size:
10.0pt;font-family:Arial;color:black'>ME4FUN2 <o:p></o:p></span></font></p>

</div>

</div>

</body>

</html>
```
Berit
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 11:22:59 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: single_adult@hotmail.com
Date: 2006-11-22 09:35:00.0
Subject: Abuse Report

User: cex_in_the_city
Room: sleightraysbert Private Chat
Description: spam

----------

Room Text:
<sleightraysbert>wassup buddy
>??
<sleightraysbert>just wanted to chat, u doin ok?
>im doing fine
<sleightraysbert>no profile on here yet, just joined but you can check me out here,
http://pr.gaydarboys.net/wildjock
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:22:51 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: cokluvinhore@aol.com
Date: 2006-11-22 09:19:00.0
Subject: Abuse Report

User: play_the_lp
Room: sleightraysbert Private Chat
Description: advertising something i think

----------

Room Text:
<sleightraysbert>wassap bro
>hello
>how u doin?
<sleightraysbert>just wanted to hit you up for chat and maybe a little more
>ok
>got a pic?
<sleightraysbert>I'm new to this website but I got a profile here, http://pr.gaydarboys.net/bstud
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        2/28/2007 11:22:42 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: jamtrash@jamtrash.co.uk
Date: 2006-11-22 09:14:00.0
Subject: Abuse Report

User: wibble37
Room: sitrite Private Chat
Description: 2nd site promotion this morning

----------

Room Text:
<sitrite>hey man
>let me guess gaydarboys.net?
<sitrite>just thought i'd hit you up for chat
>ok
<sitrite>I don't got a profile here yet but I have one here, http://greatboysfirst.com/members.php?
name=kylewaters
Berit
******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
******************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 11:22:34 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: beastit45@hotmail.co.uk
Date: 2006-11-22 09:13:00.0
Subject: Abuse Report

User: hotbuns40
Room: speciallyexult Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.these guys getting really annoying trying to lure us to other sites

----------

Room Text:
<speciallyexult>hey bud
>im in edin m8
<speciallyexult>you seem like someone we'd liek to chat with
>how do u know that
<speciallyexult>I am new to this whole gay thing but I got a profile here, http://pr.gaydarboys.net/tsteel
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 11:22:24 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: jamtrash@jamtrash.co.uk
Date: 2006-11-22 09:10:00.0
Subject: Abuse Report

User: wibble37
Room: speciallyexult Private Chat
Description: I think this counts as site promotion.

----------

Room Text:
<speciallyexult>hey
>hello
<speciallyexult>just wanna chat, Cole here, what's your name?
>James
<speciallyexult>Steve here,25, no profile here yet but I have one at, http://pr.gaydarboys.net/stevek
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        2/28/2007 11:22:14 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: glendublin@hotmail.com
Date: 2006-11-22 08:59:00.0
Subject: Abuse Report

User: ringbinder
Room: sleightraysbert Private Chat
Description: suspected commercil

----------

Room Text:
<sleightraysbert>hey sexy
>hi
<sleightraysbert>how's your day so far?
>grand
>where u?
<sleightraysbert>I am new to this whole gay thing but I got a profile here, http://pr.gaydarboys.net/soccer
>so you are a commercial then?
<sleightraysbert>you into being bad on cam? if not you can just watch me? >;)
>im reporting you
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        2/28/2007 11:22:04 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: lathsailcritic@yahoo.com
Date: 2006-11-22 07:39:00.0
Subject: Abuse Report

User: assignate
Room: geniusdyeing Private Chat
Description: please read the dialogue in this conversation, this person is urgeing me strongly to view his cam site, and i have given him pretty clear reasons why i am here, i am sure this is not allowed on gaydar

----------

Room Text:
<geniusdyeing>hey sexy
>hey
<geniusdyeing>you seem like someone I really would like to get to know
>i haven't given you much to go on
<geniusdyeing>I am new to this whole gay thing but I got a profile here, http://pr.gaydarboys.net/wildjock
>so that is you is it
<geniusdyeing>got my pics and stats on there and my cam is coming on
>please explain are you here to meet people or show your cam
<geniusdyeing>cool, I'm geting ready to release a load and I'd like nothing more than for you to join me
>well i would like to meet the right guy for sex - if you are advertising a camsite i don't see the connection
<geniusdyeing>my st8 roomie is gonna let me blow him on cam, so cmon
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:21:57 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: anyoneimminentbilled@yahoo.com
Date: 2006-11-22 05:52:00.0
Subject: Abuse Report

User: darlo
Room: winestatuefacti Private Chat
Description: another of those automatic chat things which are all over the place at the moment

----------

Room Text:
<winestatuefacti>hey dude
>hi
<winestatuefacti>just thought i'd hit you up for chat
>got pics?
<winestatuefacti>I'm new to the whole gay thing but I got a profile here, http://pr.gaydarboys.net/wildjock
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        2/28/2007 11:21:48 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: pacific90272@hotmail.com
Date: 2006-11-22 05:25:00.0
Subject: Abuse Report

User: ....dylan27
Room: winestatuefacti Private Chat
Description: winestatuefacti is using his profile for promoting webcam paid services


----------

Room Text:
<winestatuefacti>whats up man
>just came home u?
<winestatuefacti>just wanted to see if you'd like to chat
>where are u*
<winestatuefacti>I'm new to this website but I got a profile here, http://pr.gaydarboys.net/college
>fuck off i m going to report u
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 11:21:39 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

.

From: radhae_co@yahoo.com
Date: 2006-11-22 04:25:00.0
Subject: Abuse Report

User: raj_sg
Room: geniusdyeing Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

Spamer


----------

Room Text:
<geniusdyeing>hey there what u up to
>hello
<geniusdyeing>how are you today?
>great here and u
<geniusdyeing>no profile on here yet, just joined but you can check me out here,
http://pr.gaydarboys.net/kylewaters
Berit
**********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
**********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:21:30 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: tyrant456@hotmail.com
Date: 2006-11-22 01:29:00.0
Subject: Abuse Report

User: cuteboy08
Room: winestatuefacti Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.

sent virus link
3rd time this week!

----------

Room Text:
<winestatuefacti>yo bro
>hey there
<winestatuefacti>you are gorgeous, what you doing?
>thanx
>not much really home
>u
<winestatuefacti>no profile here yet but you can check me out here, http://pr.gaydarboys.net/just
>nice
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**       support@gaydar.co.uk
**Sent:**       2/28/2007 11:21:22 AM
**To:**         paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**       Message from gaydar support

.

From: dr_sperm@hotmail.com
Date: 2006-11-22 01:24:00.0
Subject: Abuse Report

User: dr_sperm
Room: winestatuefacti Private Chat
Description: Can you remove these robot chatters?

----------

Room Text:
<winestatuefacti>hi cutie
>hi
<winestatuefacti>you seem like someone I really want to talk to
>oh why?
<winestatuefacti>no profile here yet but you can check me out here, http://pr.gaydarboys.net/stevek
Berit
******************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
******************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     2/28/2007 11:21:12 AM
**To:**       paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: martin@scorcher-uk.com
Date: 2006-11-22 01:06:00.0
Subject: Abuse Report

User: musicker
Room: winestatuefacti Private Chat
Description: DO SOMETHING ABOUT THIS, NOW

I (we paying members) am/are paying for our online time to be hijacked - and you are failing to respond to Red-Triangle reports!

This has been going on for weeks now - and QSoft has failed to come-up with a remedy, in spite of many suggestions. Deleting each offending auto-profile when it is reported, is *NOT* cracking the problem! QSoft takes our membership-fee AND takes advertising revenue from banner-ads - yet staunchly ignores our pleas to stop this kind of intrusion (over which only QSoft has any influence)... Perhaps a few media highlight calls would help QSoft to find a remedy more quickly?

Call me, please, on 0791 059 7046

----------

Room Text:
<winestatuefacti>hey man
>.
<winestatuefacti>just thought i'd hit you up for chat
>.
<winestatuefacti>I'm new to the whole gay thing but I got a profile here, http://pr.gaydarboys.net/tsteel
>.
<winestatuefacti>got my pics and stats on there and my cam is coming on
>.
<winestatuefacti>if ur into watchin just get a free screename and come watch, you dont need a cam
>.
<winestatuefacti>no cam needed or anything and I am on it now, come blow a load with me sexy
>.
<winestatuefacti>brb people coming in our cam chatroom =)
>.
Berit
************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or employees shall not be liable for the incorrect or incomplete transmission of this e-mail or any attachments, nor responsible for any delay in receipt. Any opinions expressed in this message are those of the author only and do not necessarily represent the views of QSoft Consulting Ltd or QSoft Media Ltd.

*****************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:21:04 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: ermis25@gmail.com
Date: 2006-11-21 23:27:00.0
Subject: Abuse Report

User: drigo25
Room: geniusdyeing Private Chat
Description: please type details of the abuse here
Trivial reports that waste the time of support will result in the removal
of your profile.


SPAM-probably spam bot

----------

Room Text:
<geniusdyeing>hey there what u up to
>hi!
<geniusdyeing>you seem interesting, care to chat?
>sure :)
<geniusdyeing>I am new to this whole gay thing but I got a profile here, http://pr.gaydarboys.net/tsteel
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:20:55 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: athlonelad@hotmail.com
Date: 2006-11-21 23:20:00.0
Subject: Abuse Report

User: athlonelad
Room: geniusdyeing Private Chat
Description: Looks like he is commercial user.

----------

Room Text:
<geniusdyeing>hello hello
>hi
<geniusdyeing>just wanted to chat, u doin ok?
>sure i be looging off soon to watch lost
<geniusdyeing>no profile on here yet, just joined but you can check me out here,
http://pr.gaydarboys.net/wildjock
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:20:47 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: sex.mad.lad@hotmail.co.uk
Date: 2006-11-21 22:21:00.0
Subject: Abuse Report

User: sex.mad.lad
Room: winestatuefacti Private Chat
Description: Robot talking

----------

Room Text:
<winestatuefacti>yo bro
>hey
>u k?
<winestatuefacti>how's your day so far?
>ok
>jus a lil borin
<winestatuefacti>I'm new to this website but I got a profile here, http://pr.gaydarboys.net/tsteel
>u even a real person?
<winestatuefacti>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a mic i can talk into
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:20:38 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

.

From: mr_gazley_j@hotmail.com
Date: 2006-11-21 22:12:00.0
Subject: Abuse Report

User: mr_gj
Room: winestatuefacti Private Chat
Description: here's another one!!

----------

Room Text:
<winestatuefacti>hey there how goes it?
>hullo - not bad
<winestatuefacti>just thought i'd hit you up for chat
>if your going to add a link for a cam site, forget it
<winestatuefacti>no profile on here yet, just joined but you can check me out here,
http://pr.gaydarboys.net/bad
>tell you what - how about i reportyou for this and i can go back to chatting to my friends
Berit
************************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************************

# support@gaydar.co.uk

**From:**     support@gaydar.co.uk
**Sent:**     2/28/2007 11:20:28 AM
**To:**     paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**     Message from gaydar support

.

From: mike.j.thompson@ntlworld.com
Date: 2006-11-21 22:09:00.0
Subject: Abuse Report

User: se1southbank
Room: winestatuefacti Private Chat
Description: these guys are trying to get me to logon to another site to see him... yawn. quite a lot fo this goin on now

----------

Room Text:
<winestatuefacti>hey you are gorgeous
>why thank u
>id say the same im sure but i dont know wot ur like
>;-)
<winestatuefacti>you seem like someone we'd liek to chat with
>we?
>who else is there then?
>im happy to chat
>im mike... who r u
<winestatuefacti>cool, Steve here, no profile here yet but I have one at, http://pr.gaydarboys.net/brendon
>so ur not brendon r u
<winestatuefacti>i'm lookin for dudes to get off or watch me get off
>but the trick is u can show me on msn i have to logon to that site right?
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:20:04 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

www.gaydarboys.net

From: donnachamaguire@gmail.com
Date: 2006-11-21 22:00:00.0
Subject: Abuse Report

User: blackrockboi
Room: geniusdyeing Private Chat
Description: This is spam

----------

Room Text:
<geniusdyeing>hey gorgeous
>hi
<geniusdyeing>how's your day so far?
>grand and u
>where r u
<geniusdyeing>Steve here, 25, my stats and profile is at: http://pr.gaydarboys.net/kylewaters
>wont open
<geniusdyeing>got my pics and stats on there and my cam is coming on
>good bye
Berit
*********************************************************************

QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**        support@gaydar.co.uk
**Sent:**        2/28/2007 11:19:45 AM
**To:**          paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**        Message from gaydar support

berit

From: aqueerstic@web.de
Date: 2006-11-21 21:55:00.0
Subject: Abuse Report

User: dreambrother
Room: geniusdyeing Private Chat
Description: spammer

----------

Room Text:
<geniusdyeing>hey man
>hi there
<geniusdyeing>you are gorgeous, what you doing?
>chatting
<geniusdyeing>i'm new here but you can see my pics here, http://pr.gaydarboys.net/dream
Berit
*******************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*******************************************************************

# support@gaydar.co.uk

**From:**    support@gaydar.co.uk
**Sent:**    2/28/2007 11:19:28 AM
**To:**    paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**    Message from gaydar support

gaydarboys.net

From: chubynottm@aol.com
Date: 2006-11-21 20:49:00.0
Subject: Abuse Report

User: nottmbloke
Room: winestatuefacti Private Chat
Description: Advertising other commercial websites

----------

Room Text:
<winestatuefacti>Steve here,25, no profile here yet but I have one at, http://pr.gaydarboys.net/just
>oh i see
>so u r advertisingt crap then
<winestatuefacti>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a mic i can talk into
>Does Gaydar know this?
Berit
*********************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
*********************************************************************

# support@gaydar.co.uk

**From:**      support@gaydar.co.uk
**Sent:**      2/28/2007 11:19:10 AM
**To:**        paul.trickey@qsoft.co.uk
**Cc:**
**Bcc:**
**Subject:**      Message from gaydar support

www.gaydarboys.net

From: adrian.mcn@gmail.com
Date: 2006-11-21 20:32:00.0
Subject: Abuse Report

User: mac25yrs
Room: geniusdyeing Private Chat
Description: Again someone from this page is trying to get me to connect to another site.

----------

Room Text:
<geniusdyeing>hey there how's your day goin
>good how about u?
>nothing in ur profile? no pics?
<geniusdyeing>just thought i'd hit you up for chat
>nice
<geniusdyeing>I am new to this whole gay thing but I got a profile here, http://pr.gaydarboys.net/younggun
>sorry if u are one of those trying to get me to connect and pay your webcam i am not interested
>and it is not allowed to use this chat for comercial purposes
<geniusdyeing>getting on cam and i wanna get a guy off that will watch me, you wanna hear me cum? I got a mic i can talk into
>i am not gonna pay for those services sorry
<geniusdyeing>just get a free screenname on my page no cam needed and you can chat to me
>stop writting me
Berit
************************************************************
QSoft Consulting Ltd., QSoft Media Ltd, their subsidiaries and/or
employees shall not be liable for the incorrect or incomplete
transmission of this e-mail or any attachments, nor responsible
for any delay in receipt. Any opinions expressed in this message are
those of the author only and do not necessarily represent the views
of QSoft Consulting Ltd or QSoft Media Ltd.
************************************************************