IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

QSOFT CONSULTING, LIMITED,       :
                                 :
              Plaintiff,          :
                                 :
      v.                         :    Civil Action No. 07-391-JJF
                                 :
TEDDY TONG and TDTONG LTD.,      :
                                 :
              Defendants.         :

### ORDER FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION

WHEREAS, on June 19, 2007, QSoft filed its Verified Complaint (D.I. 1);

WHEREAS, on October 2, 2007, the Court granted QSoft's Motion For Preliminary Injunction and transferred ownership of the three infringing domain names from Defendants to QSoft (D.I. 47);

WHEREAS, Defendants did not file an answer or otherwise plead;

WHEREAS, the Court hereby finds that Defendants willfully and intentionally adopted the three infringing domain names <gaydarboys.net>, <gaydarcams.net>, and <myqadar.com> with a bad faith intent to profit from QSoft's GAYDAR mark;

WHEREAS, the Court hereby finds that Defendants provided knowingly fictitious postal addresses to two different domain name registrars when registering the infringing domain names in violation of 15 U.S.C. § 1117;

WHEREAS, the Court hereby finds that Defendants willfully and knowingly committed aggravated violations of the CAN-SPAM Act as defined by 15 U.S.C. § 7706(g)(3)(C);

WHEREAS, the Court hereby finds that QSoft is a prevailing party and is therefore entitled to recover attorneys' fees and costs under Section 1117(a);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion For Entry Of Default Judgment And Permanent Injunction (D.I. 49) is **GRANTED**.

2. Defendants are in default for failing to answer or otherwise defend against Plaintiff's Verified Complaint.

3. The terms of the Preliminary Injunction issued by this Court on October 2, 2007 (D.I. 47y) are wholly incorporated and made permanent under this Permanent Injunction.

4. Plaintiff QSoft is awarded statutory damages under the Controlling Assault of Non-Solicited Pornography and Marketing Act, 15 U.S.C. § 7701 et seq., in an amount to be determined at the damages hearing.

5. Plaintiff QSoft is awarded statutory damages under the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125, in an amount to be determined at the damages hearing.

6. Plaintiff QSoft is awarded its reasonable attorneys' fees and costs in an amount to be determined at the damages hearing under 15 U.S.C. § 1117 and 15 U.S.C. § 7706.

7.  Plaintiff QSoft is awarded its actual, compensatory, and consequential damages under its CFAA, Lanham Act, Delaware's Uniform Deceptive Trade Practice Act, breach of contract, common law trademark infringement and unfair competition, and trespass to chattel claims in an amount to be determined at the damages hearing.

8.  A hearing to determine Plaintiff's damages is set for **Friday, July 11, 2008 at 12:00 p.m.**, in Courtroom No. 4B on the 4th floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

9.  Plaintiff QSoft will give Defendants notice of entry of default instanter.

June 13, 2008                                    *[signature]*
                                          UNITED STATES DISTRICT JUDGE