AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF   DELAWARE

QSOFT CONSULTING LTD

V.

TEDDY TOND & TDTONG LTD

**EXHIBIT AND WITNESS LIST**

Case Number:   07cv391

| PRESIDING JUDGE<br>FARNAN | PLAINTIFF'S ATTORNEY<br>Detweiler | DEFENDANT'S ATTORNEY<br>none |
|---|---|---|
| ~~TRIAL DATE~~(S) Evid. Hearing Date<br>7/11/2008 | COURT REPORTER<br>Darlene | COURTROOM DEPUTY<br>Debbie Krett |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| A | | 7/11/08 | X | 7/11/08 | Proof of service of default order and notice of hrg. |
| B | | " | X | " | Summary of damages |
| C | | " | X | " | Proffer of evidence in support of damages |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages