IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QSOFT CONSULTING LIMITED, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-391 JJF |
| TEDDY TONG and TDTONG LTD., | : |
| Defendants. | : |

**FINAL JUDGMENT ORDER**

AND NOW TO WIT this **11th** day of **July, 2008**, the Defendant having failed to plead or otherwise defend in this matter, the Court having entered a Default Judgment and Permanent Injunction, and the Court having held a Damages Hearing;

**NOW THEREFORE, IT IS HEREBY ORDERED**, in accordance with Federal Rule of Civil Procedure 55(b)(2) that Judgment be and hereby is **ENTERED** in favor of the Plaintiff and against the Defendants, Teddy Tong and TDTong Ltd., in the amount of $750,984.14.

_____
UNITED STATES DISTRICT JUDGE

By _____
    Deputy Clerk