IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QSOFT CONSULTING, LIMITED ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-cv-391 (JJF) |
| ) | |
| TEDDY TONG and TDTONG LTD. ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE      §
                                          §  SS:
NEW CASTLE COUNTY   §

Elizabeth C. Thomas, being duly sworn according to law, deposes and says that she is employed by Greenberg Traurig, LLP, which is counsel for the Plaintiff, QSoft Consulting, Limited, for the above-captioned action, and that on the 1st day of July 2008, she caused copies of the *Order for Default Judgment and Permanent Injunction* [Docket No. 55] to be served upon the parties listed below via Registered First Class Mail.

| Teddy Tong<br>45 10th Ave # 19<br>Princeton, New Jersey 08540 | Teddy Tong<br>Lengting Ave. 14-51<br>San Francisco, California 94104 |
|---|---|
| tdtong, ltd.<br>45 10th Ave # 19<br>Princeton, New Jersey 08540 | tdtong, ltd.<br>Lengting Ave. 14-51<br>San Francisco, California 94104 |

Dated: July 10, 2008

_____
Elizabeth C. Thomas

SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

_____
Notary Public

